# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### Tampa Division

**FEDERAL TRADE COMMISSION**,

      Plaintiff,

v.

**THE ONLINE ENTREPRENEUR, INC.,**
a corporation, also d/b/a THE SIX FIGURE
PROGRAM and BEN AND DAVE'S
PROGRAM;

**BEN AND DAVE'S CONSULTING
ASSOCIATES, INC.,** a corporation;

**BENJAMIN MOSKEL**, individually and as an
officer or owner of THE ONLINE
ENTREPRENEUR, INC.; and BEN AND
DAVE'S CONSULTING ASSOCIATES,
INC.; and

**DAVID CLABEAUX**, individually and as an
officer or owner of THE ONLINE
ENTREPRENEUR, INC., and BEN AND
DAVE'S CONSULTING ASSOCIATES, INC.,

      Defendants.

Case No.

## PLAINTIFF FEDERAL TRADE COMMISSION

## VOLUME I

## Supporting Declarations

# TABLE OF CONTENTS

**Exhibit #**

1.   **Declaration of Michael Liggins**, Senior Investigator,
     Federal Trade Commission

## DECLARATION OF MICHAEL S. LIGGINS
### Pursuant to 28 U.S.C. § 1746

I, Michael S. Liggins, declare that I have personal knowledge of the facts set forth below. If called as a witness before any court, I could and would testify as follows:

**A.**     **Professional Experience and Background**

1.      I am a citizen of the United States and am over the age of 18.  I am employed as an Investigator with the Federal Trade Commission ("FTC" or the "Commission") in the Southeast Regional Office.  My office address is 225 Peachtree Street, N.E., Suite 1500, Atlanta, Georgia 30303.  I have been employed by the FTC since 2000.

2.      I earned a Master of Arts degree from Luther Rice University in 2012 and a Bachelor of Arts degree in Criminology from Saint Leo University in 1991.  Prior to joining the FTC in 2000, I was employed with the District Attorney's Office, White Collar Crime Unit, Atlanta Judicial Circuit, Atlanta, Georgia; prior to that, I was enlisted in the US Army.  During my enlistment with the US Army, I was assigned to Law Enforcement duties, first with the US Army Military Police Corps, then as a Special Agent with the US Army Criminal Investigation Command (CID).

3.      As an Investigator with the Commission, my primary duties include, but are not limited to:  identifying patterns of unfair and deceptive trade practices; conducting computer research using a variety of Internet search engines, public record and law enforcement databases, and computer software-based investigative tools; requesting, receiving, and examining information provided by third parties, including information provided by state regulatory authorities and other regulatory organizations; and analyzing data related to possible violations of the Federal Trade Commission Act and other laws enforced by the Commission.

P.X. 1 - M. Liggins Declaration - 1

4.      As part of my duties, I have been assigned to work on the investigation of The Online Entrepreneur, Inc., also d/b/a The Six Figure Program and Ben and Dave's Program, and Ben and Dave's Consulting Associates, Inc., and their principals, Benjamin Moskel and David Clabeaux.  The investigation uncovered documents and information related to: (a) Defendants' corporate records; (b) Defendants' corporate banking records from financial institutions; (c) Defendants' telephone service records; and (d) Defendants' websites.

5.      The documents and information that I obtained in connection with this investigation are identified and discussed below.

## B.      New York Secretary of State Corporate Records

6.      ***The Online Entrepreneur, Inc.***   Upon request, the New York Secretary of State's Office provided my office with the certified corporate records of The Online Entrepreneur, Inc.  These corporate records include the following:

a.      ***Certificate of Incorporation***:  The Certificate of  Incorporation, filed on March 20, 2007, identifies The Online Entrepreneur, Inc., as a New York corporation.  (Attachment A.)  The address for the service of process is listed as [Private Residence], Churchville, New York 14428.

b.      ***2011 Business Corporation Biennial Statement:***  On June 3, 2011, a Business Corporation Biennial Statement was filed on behalf of The Online Entrepreneur, Inc.  The Statement listed Benjamin Moskel as the President of The Online Entrepreneur, Inc. and was signed by Ben Moskel with the address for service process listed as 200 High Point Road, Victor, New York 14564.  (Attachment B.)

P.X. 1 - M. Liggins Declaration - 2

7.     ***Ben and Dave's Consulting Associates, Inc.***  Upon request, the New York Secretary of State's Office provided my office with the certified corporate records of Ben and Dave's Consulting Associates, Inc.  These corporate records include the following:

a.     ***Certificate of Incorporation:***  The Certificate of  Incorporation, filed on June 19, 2012, identifies Ben and Dave's Consulting Associates, Inc., as a New York corporation.  (Attachment C.)  The name and address for the service of process is listed as Ben Moskel, 2171 Monroe Avenue, Suite 204, Rochester, New York 14618.

## C.     Real Estate Property Search

8.     As part of the investigation, I searched public databases and other documents to identify business locations affiliated with, either The Online Entrepreneur, Inc., Ben and Dave's Consulting Associates, Inc., Benjamin Moskel, or David Clabeaux.

9.     In my searches, I specifically accessed and searched the Pasco County (Florida) Tax Collector's website, www.pascotaxes.com and obtained a copy of real estate property records pertaining to [Private Residence], Land O Lakes, Florida 34638-6068.  One such record is attached as Attachment D.   Attachment D shows that the owner of record of the private property located at this address is David J. Clabeaux.  This address was listed as the business address of The Online Entrepreneur, Inc. and The Six Figure Program in applications filed with the Better Business Bureau of West Florida (*See* PX 2 and PX3) and it was also listed as the address on the business checks of The Online Entrepreneur, Inc. and Six Figure Program (*See* Attachments G, H, I, J, L, M, O, and P.)

## D.     Civil Investigative Demands (CIDs)

10.     In the regular course of its activity, the Commission maintains records of

P.X. 1 - M. Liggins Declaration - 3

materials produced in response to Civil Investigative Demands ("CIDs") that are issued by the Commission, pursuant to Section 20 of the Federal Trade Commission Act, 15 USC § 57b-1. The following responses to CID's are part of the Commission's records related to this investigation:

11.   ***Bank of America***   A CID was issued to Bank of America.  A Certification of Regularly Conducted Activity (Attachment E) was returned by Bank of America along with records regarding two business checking accounts that were held by The Online Entrepreneur, Inc.  These records revealed that:

a.   Benjamin Moskel and David Clabeaux opened a business account, xxxxxxxxx7087, on March 26, 2007, for The Online Entrepreneur, Inc. Moskel and Clabeaux were both listed as the President of The Online Entrepreneur and were the only signatories on the account's corporate signature card.  (Attachment F.)

b.   Provided are copies of business checks that were written against account xxxxxxxxx7087 to third parties signed Benjamin Moskel.  (Attachment G.)

c.   In 2008, Benjamin Moskel and David Clabeaux began using a second business account, xxxxxxxxx1038, with Bank of America for The Online Entrepreneur, Inc.  Bank of America provided copies of account statements, cashed business checks, and items of deposit regarding this account, dating from July 2008 to August 2012.

d.   Attached is a copy of a business check that was written against account xxxxxxxxx1038 dated September 6, 2011 to NMS Monroe Inc., for office

P.X. 1 - M. Liggins Declaration - 4

space rental at 2171 Monroe Avenue, Rochester, New York.  (Attachment H.)  This check was signed by Benjamin Moskel.

e.       Attached are copies of  business checks that were written against account xxxxxxxx1038 to NMS Monroe Inc., for office space rental located at 2171 Monroe Avenue, Rochester, New York.  (Attachment I.)  These checks were signed by David Clabeaux.

f.       Attached are copies of electronic business checks that were issued against account xxxxxxxx1038 to NMS Monroe Inc., for office space rental located at 2171 Monroe Avenue, Rochester, New York. (Attachment J.) Printed on the top of these checks is the note, "Account: BEN MOSKEL SIX FIGURE PROGRAM."

g.       Attached are copies of business checks written against account xxxxxxxx1038 to third parties by The Six Figure Program, 2171 Monroe Avenue, Suite 204, Rochester, NY 14618 printed as the issuer and signed by David Clabeaux.  (Attachment K.)

h.       Attached is a copy of an electronic business check that was written against account xxxxxxxx1038 dated March 14, 2011 to Bank of America with the Six Figur[sic] Inc., [Private Residence], Land O Lakes, FL 34638 printed as the issuer.  (Attachment L.)

i.       Attached are copies of  business checks that were written against account xxxxxxxx1038 to North Forest Properties, for office space rental located at 8203 Main Street, Suite 9, Williamsville, New York.  (Attachment M.) These checks were signed by David Clabeaux.

P.X. 1 - M. Liggins Declaration - 5

j.      Attached are copies of checks issued to The Online Entrepreneur, Inc. by Point Click U.S. of Middlebury, IN 46540.  Noted in the "memo" section of these checks is "Ben Moskel, The Online Entrepreneur, Inc., 200 High Point Road, Victor, NY 14564, United States."  (Attachment N.)  These checks are endorsed by either David Clabeaux, Benjamin Moskel, or both.

k.      Attached is a copy of a business check that was written against account xxxxxxxxx1038 dated July 13, 2012 to Benjamin Moskel for expenses. (Attachment O.)  This check was signed by David Clabeaux and endorsed by Benjamin Moskel.

l.      Attached is a copy of a business check that was written against account xxxxxxxxx1038 dated August 3, 2012 to Ben and Dave's Consulting Associates.  (Attachment P.)  This check was signed by David Clabeaux and endorsed by Benjamin Moskel.

12.    ***Spreadsheet of Monthly Deposits***  I reviewed The Online Entrepreneur's monthly banking statements for Bank of America accounts xxxxxxxxx7087 and xxxxxxxxx1038 for the years 2007 through 2012 and created a summary spreadsheet showing monthly deposits to those accounts, which is attached as Attachment Q.  The total deposits reflected in this summary spreadsheet is  over $3.1 million.  This spreadsheet covers the time the accounts were opened:  xxxxxxxxx7087 from March 2007 to November 2008, and xxxxxxxxx1038 from July 2008 to August 2012, the date of the response to the CID.

13.    ***Spreadsheet of pay-outs to Benjamin Moskel***  I reviewed The Online Entrepreneur's monthly banking statements for Bank of America accounts xxxxxxxxx7087 and xxxxxxxxx1038 for the years 2007 through 2012 and created a summary spreadsheet showing

P.X. 1 - M. Liggins Declaration - 6

payments to Benjamin Moskel, which is attached as Attachment R. The total payments reflected in this summary spreadsheet are over $297,000.00. This spreadsheet covers the time the accounts were opened: xxxxxxxxx7087 from March 2007 to November 2008, and xxxxxxxxx1038 from July 2008 to August 2012, the date of the response to the CID.

14.    ***Spreadsheet of pay-outs to David Clabeaux***  I reviewed The Online Entrepreneur's monthly banking statements for Bank of America accounts xxxxxxxxx7087 and xxxxxxxxx1038 for the years 2007 through 2012 and created a summary spreadsheet showing payments to David Clabeaux, which is attached as Attachment S. The total payments reflected in this summary spreadsheet are over $785,000.00. This spreadsheet covers the time the accounts were opened: xxxxxxxxx7087 from March 2007 to November 2008, and xxxxxxxxx1038 from July 2008 to August 2012, the date of the response to the CID.

15.    ***Spreadsheet of deposits of payments from Brian Host, LLC to The Online Entrepreneur***  I reviewed The Online Entrepreneur's monthly banking statements for Bank of America accounts xxxxxxxxx7087 and xxxxxxxxx1038 for the years 2007 through 2012 and created a summary spreadsheet showing payments to The Online Entrepreneur from Brian Host, LLC, which is attached as Attachment T. The total payments reflected in this summary spreadsheet are over $198,000.00. This spreadsheet covers the time the accounts were opened: xxxxxxxxx7087 from March 2007 to November 2008, and xxxxxxxxx1038 from July 2008 to August 2012, the date of the response to the CID.

16.    ***Spreadsheet of deposits of payments from Smart Puppy Hosting, Inc. to The Online Entrepreneur***  I reviewed The Online Entrepreneur's monthly banking statements for Bank of America accounts xxxxxxxxx7087 and xxxxxxxxx1038 for the years 2007 through 2012 and created a summary spreadsheet showing payments to The Online Entrepreneur from Smart

P.X. 1 - M. Liggins Declaration - 7

Puppy Hosting, which is attached as Attachment U.  The total payments reflected in this

summary spreadsheet are over $102,000.00.  This spreadsheet covers the time the accounts were

opened:  xxxxxxxxx7087 from March 2007 to November 2008, and xxxxxxxxx1038 from July

2008 to August 2012, the date of the response to the CID.

      17.    ***JP Morgan Chase Bank***  A CID was issued to JP Morgan Chase Bank.  A

Certification of Regularly Conducted Activity (Attachment V) was returned by JP Morgan Chase

Bank along with account information that revealed:

      a.    According to the account's signature card, Benjamin Moskel opened a

business account, xxxxxxxxx1070, on August 3, 2012, for Ben and Dave's

Consulting Associates, Inc.  The address listed on the signature card for

the company is 2171 Monroe Avenue, Suite 204, Rochester, New York

14618-2432.  Moskel was listed on the signature card as the president of

Ben and Dave's Consulting Associates, Inc. and is the sole signatory on

the account's corporate signature card. (Attachment W.)

      b.    On September 23, 2012, Benjamin Moskel executed an amended signature

card for the business account.  (Attachment X.) The name on the account

was changed to Ben and Dave's Consulting Associates, Inc.  The address

listed on the signature card is 2171 Monroe Avenue, Suite 204, Rochester,

New York 14618-2432.  Moskel is listed as the president of Ben and

Dave's Consulting Associates, Inc. and is the sole signatory on the

account's corporate amended signature card.

      18.    ***Liquid Web, Inc.***  A CID was issued to Liquid Web, Inc., a company that

provides website hosting.  A Certification of Regularly Conducted Activity (Attachment Y) was

returned by Liquid Web along with client account information that revealed:

   a.   Attachment Z, Page 1 shows David Clabeaux is listed as the account

owner of Internet Protocol Address 69.16.244.26, with the account contact

information listed as Six Figure Program, [Private Residence], Land O'

Lakes, FL 34638, and the telephone 813-495-XXXX.  The client account

information also shows the following Internet Protocol Addresses

associated with Mr. Clabeaux's account:

> 69.16.244.26 - 69.16.244.27
> 69.16.244.157
> 69.16.244.33 - 69.16.244.34
> 69.16.244.63
> 50.28.39.104 - 50.28.39.105
> 50.28.39.151

Internet Protocol (IP) Address is a numerical label assigned to each device

(*e.g.*, computer, printer, server) participating in a computer network that

uses the Internet Protocol for communication.  The IP addresses can be

used to identify specific domain names and websites. (*See* Attachment KK

below in Paragraph 27.)

   19.   *J2 Global, Inc.*  A CID was issued to J2 Global Inc., a telephone communications

company.   A response and Certification of Regularly Conducted Activity (Attachment AA) was

returned by J2 Global along with subscriber information that revealed:

   a.   Benjamin Moskel, [Private Residence], Pittsford, FL [NY] 14534 is the

subscriber and billing contact for telephone number (585) 486-3112.

(Attachment BB.)

   b.   The telephone number (585) 486-3112 is listed as the fax number on The

P.X. 1 - M. Liggins Declaration - 9

Online Entrepreneur, Inc. and The Six Figure Program's applications for certification to the Better Business Bureau dated February 17, 2012 and February 23, 2012  (*See* PX 2 and PX 3.)

**E.**     **Certified Business Records**

20.     ***ATG Technologies, Inc., d/b/a PATLive***  Certified business records were provided by ATG Technologies, Inc., d/b/a PATLive, a company that provides telephone answering services.  A Certification of Regularly Conducted Activity (Attachment CC) was returned by PATLive along with telephone service subscriber information that revealed:

a.     Ben Moskel/CYA Denim, Inc., [Private Residence], Pittsford, NY 14534 is the subscriber of telephone numbers, (800) 585-4902 and (800) 245-3939, in addition to other numbers. (Attachment DD.)

b.     The telephone number (800) 585-4902 is the contact number for Six Figure Program on website the www.sixfigureprogram.com (*See* Attachment GG) as well as the contact number for Ben and Dave's Program on the website www.benanddavesprogram.com. (*See* Attachment HH.)

c.     The telephone number (800) 245-3939 is the contact number for Dave and Ben's Program on the websites www.website-income.net and www.myworkathomedvd.com (*See* Attachments SS and TT.)

21.     ***Call Catchers, Inc., d/b/a Freedom Voice***  Certified business records were provided by  Call Catchers, Inc., d/b/a Freedom Voice, a provider of toll free numbers and services.  A Certification of Regularly Conducted Activity (Attachment EE) was returned by Freedom Voice along with telephone service subscriber information that revealed:

P.X. 1 - M. Liggins Declaration - 10

   a.      David Clabeaux, 200 High Point Drive, Victor, NY 14564 is the primary

            billing contact for telephone number (800) 497-5331. (Attachment FF)

   b.      The telephone number (800) 497-5331 is the contact number for Six

            Figure Program's Privacy Policy on the website the

            www.sixfigureprogram.com (*See* Attachment GG) as well as the contact

            number Ben and Dave's Program Privacy Policy on the website

            www.benanddavesprogram.com. (*See* Attachment HH).

**F.**   **Defendants' Websites**

   22.     Throughout the course of this investigation, I used an undercover FTC computer

located in the Southeast Region Office that is separate from the FTC network.  This computer

has various evidence-capture software tools.

   23.     ***Six Figure Program's Website www.sixfigureprogram.com:***  On June 7, 2012, I

logged onto the FTC computer to view the website located at www.sixfigureprogram.com and to

preserve evidence of my online experience.  To accomplish this task, I used a website capture

computer program called "Camtasia," which records a video of any action that appears on the

computer screen and saves the recording electronically in an Audio Video Interleave (.avi) file

format.  This format allows you to play the video on Windows Media, RealOne Media Player,

and other media software.   I also captured the website a second time using a website capture

computer program called "Adobe Acrobat Pro 9", which captures a website in a Portable

Document Format (.pdf) file.  I preserved and copied the website to the computer's hard drive

and a CD.  A print-out of the web pages of the website is provided. (Attachment GG.)

   24.     ***Ben and Dave's Program Website www.benanddavesprogram.com:*** On

September 11, 2012, I logged onto the FTC computer to view the website located at

P.X. 1 - M. Liggins Declaration - 11

www.benanddavesprogram.com and to preserve evidence of my online experience.  To

accomplish this task, I used a website capture computer program called "Camtasia," which

records a video of any action that appears on the computer screen and saves the recording

electronically in an Audio Video Interleave (.avi) file format.  This format allows you to play the

video on Windows Media, Real One Media Player, and other media software.   I also captured

the website a second time using a website capture computer program called "Adobe Acrobat Pro

9", which captures a website in a Portable Document Format (.pdf) file.  I preserved and copied

the website to the computer's hard drive and a CD.  A print-out of the web pages of the website

is provided. (Attachment HH.)

        a.      My review of Ben and Dave's Program website located at

                 www.benanddavesprogram.com revealed the website made seventeen

                 references to Six Figure Program and was very similar in structure to

                 www.sixfigureprogram.com (*See* Attachment GG ).

    25.   ***Ben and Dave's Consulting Website www.benanddavesconsulting.com***: On

September 19, 2012, I logged onto the FTC computer to view the website located at

www.benanddavesconsulting.com and to preserve evidence of my online experience.  A print-

out of the web pages of the website is provided. (Attachment II.)

        a.      My review of Ben and Dave's Consulting website located at

                 www.benanddavesconsulting.com revealed the website lists its contact

                 information as: Ben and Dave's Consulting, 8203 Main Street, Suite 9,

                 Williamsville, NY 14221.  The website also lists Benjamin Moskel as

                 Chief Executive Officer for Ben and Dave's Consulting and David

                 Clabeaux as Director of Business Development for Ben and Dave's

Consulting. In addition, the Whois report for this domain name lists Smart

Puppy Hosting, 200 High Point Drive, Victor, NY 14564 as the

Administrative, Technical, and Registrant contact for the website.

(Attachment JJ.)

26.     As part of my duties, I often develop and analyze information regarding websites,

domain names, and internet protocol addresses. To accomplish these duties the FTC acquired an

account with Domain Tools, LLC. Domain Tools is a company that maintains records regarding

domain name registration, website information, internet protocol addresses, and internet server

information, as well as other web related information.

27.     On November 1, 2012, I logged onto the Domain Tools account and conducted a

"reverse IP" search regarding the Internet Protocol addresses provided in the CID response from

Liquid Web (*See* Attachment Z). A reverse IP search is accomplished by entering a known

Internet Protocol address in the search field and the results of the search will yield the domain

names associated with the Internet Protocol address. The following are the results of the reverse

IP search:

| Internet Protocol Address | Domain Name |
| --- | --- |
| 50.28.39.104 | benanddavesconsulting.com |
|  | smartpuppyhosting.net |
|  | website-income.net |
| 69.16.244.27 | sixfigureprogram.com |
| 69.16.244.157 | benanddavesprogram.com |

Print-outs of the search results are also provided. (Attachment KK.)

**G.     Undercover Purchases**

28.     On July 24, 2012, I logged onto the FTC computer and accessed the website

located at www.sixfigureprogram.com. I submitted my undercover name, undercover email

P.X. 1 - M. Liggins Declaration - 13

account address, contact information, and credit card information on the website to purchased
The Six Figure Program for the total amount of $27.00.  I captured the online purchase, using a
website capture program called "Snag It 10" which captures a screen shot of selected pages of a
website and preserves the pages in a Portable Document Format (.pdf) file.  I preserved and
copied the screen shots of the purchase to the computer's hard drive and a CD.  A print-out of
the screen shots of the purchase is provided.  (Attachment LL.)

29.     On July 31, 2012, I called telephone number (800) 585-4902 (*See* Attachment
GG) and posed as a consumer interested in ordering The Six Figure Program.  The phone call
was answered by a representative who told me about The Six Figure Program.  During this call, I
provided the representative with my undercover name, undercover email address, contact
information, and credit card information to purchase The Six Figure Program for the total
amount of $27.00.

30.     I digitally recorded my conversation and purchase with The Six Figure Program
using an Olympus digital voice recorder, which connects, captures, and records a call in a
Windows Media Audio (.wma) file format.  Immediately after I made the recording, I played it
back and listened to it to ensure that it had been properly recorded.  I then transferred the
recording to my assigned FTC computer work station and saved it to the FTC's network and also
preserved a copy on a CD.

31.     I sent an exact duplicate of the recording to For the Record, Inc., a private
reporting company, for transcription of the call.  (Attachment MM is a true and correct copy of
the transcript of the telephone call made to Six Figure Program).

32.     On August 1, 2012, I logged onto the FTC computer and accessed the undercover
email account that I provided when I made the July 24, 2012, purchase of The Six Figure

P.X. 1 - M. Liggins Declaration - 14

Program.  Between July 24, 2012 and August 1, 2012, nine emails were received regarding The

Six Figure Program purchase.  These emails included the receipt for purchase, training

instructions, and other solicitations.  A print-out of these emails directly from the email account

are provided. (Attachment NN.)

33.     On August 1, 2012, I logged onto the FTC computer and accessed the undercover

email account that I provided when I made the July 31, 2012, telephone purchase of The Six

Figure Program.  Between July 31, 2012 and August 1, 2012, three emails were received

regarding The Six Figure Program telephone purchase.  These emails included the receipt for

purchase, training instructions, and other solicitations.  A print-out of these emails directly from

the email account are provided. (Attachments OO.)

34.     Specifically noted, in the July 25, 2012 email from The Six Figure Program

was a website link, www.sixfigureprogram.com/trainingcenter.htm, that directed users to

training videos and materials.  I downloaded a book from the Ben and Dave's Program, titled;

"THE ONLINE ENTREPRENEUR CREATING A SIX FIGURE ONLINE BUSINESS IN 30

DAYS BY BEN MOSKEL AND DAVID CLABEAUX."  A print-out of this book is provided.

(Attachment PP.)

35.     On September 14, 2012, I retrieved two large envelopes from the FTC's

undercover mailbox.  Both envelopes had a return address listed as Six Figure Program, 2171

Monroe Avenue, Suite 204, Rochester, NY 14618 United States.

36.     Envelope #1 was post marked July 25, 2012.  This envelope was delivered as a

result of the July 24, 2012 undercover online purchase.  I then opened and examined the contents

of the envelope, which were intact and undamaged. The envelope contained one DVD labeled,

"SIX FIGURE PROGRAM QUICK START DVD," one twelve-page pamphlet labeled,

"CLAIM CASH SPECIAL REPORT, SIX FIGURE PROGRAM," and one three-page welcome letter labeled, "SIX FIGURE PROGRAM." Copies of these materials, including mailing envelope, are provided. (Attachment QQ.)

37.     Envelope #2 was post marked August 1, 2012. This envelope was delivered as a result of the July 31, 2012 undercover telephone purchase. I then opened and examined the contents of the envelope, which were intact and undamaged. The envelope contained one DVD labeled, "SIX FIGURE PROGRAM QUICK START DVD," one twelve page pamphlet labeled, "CLAIM CASH SPECIAL REPORT, SIX FIGURE PROGRAM," and one three-page welcome letter labeled, "SIX FIGURE PROGRAM." Copies of these materials, including mailing envelope, are provided. (Attachment RR.)

38.     At the time of the both undercover purchases and payments made to The Six Figure Program, the Defendants did not provide the following:

    a.     In connection with the sale of The Six Figure Program, before I made payments to The Six Figure Program, Defendants failed to furnish me with a document with the title "Disclosure of Important Information About Business Opportunity," or a document such as the "Disclosure Of Important Information About Business Opportunity Required by the Federal Trade Commission."

    b.     On their website, www.sixfigureprogram.com, Defendants made earnings claims in connection with the offering for sale, sale, or promotion of a The Six Figure Program. (*See* Attachment GG.) At no time before I made payments to The Six Figure Program, did I see a document entitled "Earnings Claim Statement Required By Law."

P.X. 1 - M. Liggins Declaration - 16

## H.   Affiliated Websites Advertising Ben and Dave's Program

39.   The investigation revealed that three additional websites advertise Ben and Dave's Program,  www.myworkathomedvd.com; www.website-incom.net and www.unimaxmedia.com, that are also affiliated with the named Defendants.

a.   ***www.myworkathomedvd.com*** not only advertises Ben and Dave's Program, but lists the contact information for the program as: The Online Entrepreneur, Inc., and Ben Moskel, 2604 Elmwood Ave, # 287, Rochester, NY 14618 with the telephone number 800-245-3939. (Attachment SS.)

b.   ***www.website-income.net*** provides contact information for Ben and Dave's Program as 2604 Elmwood Ave, # 287, Rochester, NY 14618 and the phone number as 800-245-3939.  (Attachment TT.)  In addition, the Whois report for this domain name lists Smart Puppy Hosting, 200 High Point Drive, Victor, NY 14564 as the Administrative, Technical, and Registrant contact for the website. (Attachment UU.)

c.   ***www.unimaxmedia.com,*** the third additional website advertising Ben and Dave's Program, provides the contact information as 8203 Main Street, Suite 9, Williamsville, NY 14221.  (Attachment VV.)

Pursuant to 28 U.S. C. § 1746, I hereby declare under penalty of perjury that the foregoing is true and correct.  Executed on **NOVEMBER 2**____, 2012.

**MICHAEL S. LIGGINS**

P.X. 1 - M. Liggins Declaration - 18

# ATTACHMENT A

# STATE OF NEW YORK

# DEPARTMENT OF STATE

I hereby certify that the annexed copy has been compared with the original document in the custody of the Secretary of State and that the same is a true copy of said original.



WITNESS my hand and official seal of the Department of State, at the City of Albany, on August 20, 2012.

Daniel E. Shapiro
First Deputy Secretary of State

Rev. 06/07

03/20/2007 00:25 FAX  5184343841          ACCELERATED          → DOS          ☑ 005/005

0703 20 00 1126

## AIDF-24

### CERTIFICATE OF INCORPORATION

### OF

### THE ONLINE ENTREPRENEUR, INC.

### UNDER SECTION 402 OF THE BUSINESS CORPORATION LAW

STATE OF NEW YORK
DEPARTMENT OF STATE
FILED   MAR 20 2007

TAX $
BY:

FILED
2007 MAR 20  PM 6: 37

## AIDF-24

## Drawdown

1213

Filed by:
Samuel J. Ianacone, Jr., P.C.
Hiram Sibley Building, Suite 215
311 Alexander Street
Rochester, NY  14604

**CUSTOMER REFERENCE #:**   4033

RECEIVED
2007 MAR 20 PM 1: 32

03/20/2007 00:24 FAX 5184343841         ACCELERATED        • DOS        @003/005

AIDF-24

0703 20 00 1126

# CERTIFICATE OF INCORPORATION
## OF
## THE ONLINE ENTREPRENEUR, INC.

### Under Section 402 of the Business Corporation Law

The undersigned, for the purposes of forming a corporation pursuant to Section 402 of the New York Business Corporation Law, hereby certify:

1.   The name of the corporation is The Online Entrepreneur, Inc.

2.   The purposes for which the corporation is organized are:

    (a)   To carry on and engage in the business of selling on the internet informational products and techniques relating to affiliate marketing to consumers, in CD Rom, book and other media formats, both at wholesale and retail;

    (b)   To enter into any lawful arrangement for sharing profits and losses in any transaction or transactions, and to promote and organize other corporations;

    (c)   To invest the funds of the corporation in real estate, mortgages, stocks, bonds, or any other type of investment;

    (d)   To do everything necessary and proper for the accomplishment of any of the purposes or the attainment of the objectives or the furtherance of any of the purposes enumerated in this Certificate of Incorporation or any amendment hereof;

    (e)   And to have and to exercise all rights and powers that are now or may hereafter be granted to a corporation by law.

    The foregoing shall be construed as objects, purposes, and powers, and the enumeration thereof shall not be held to limit or restrict in any manner the powers now or hereafter conferred on this corporation by the laws of the State of New York. The objects and powers specified herein shall, except as otherwise expressed, be in no way limited or restricted by reference to or inference from the terms of any other clause or paragraph of these articles. The objects, purposes, and powers specified in each of the clauses or paragraphs of this Certificate of Incorporation shall be regarded as independent objects, purposes, or powers.

3.    The office of the corporation shall be located in the County of Monroe, State of New York.

4.    The aggregate number of shares which the corporation shall have authority to issue is Two Hundred (200), all of which are to be common shares with no par value.

5.    No shareholder shall have any preemptive right to purchase shares or other securities to be issued, or subjected to rights or options to purchase, as such preemptive right is deemed and construed under the laws of the State of New York.

6.    No director of the corporation shall be personally liable to the corporation or its shareholders for damages for any breach of duty in such capacity except where a judgement or other final adjudication adverse to said director establishes: that the director's acts or omissions were in bad faith or involved intentional misconduct or a knowing violation of law or that said director personally gained a financial profit or other advantage to which he was not entitled, or that the director's acts violated Section 719 of the New York Business Corporation Law.

7.    The Secretary of the State of New York is hereby designated as the agent of the corporation upon whom process in any action or proceeding against it may be served, and the address to which the Secretary of State shall mail a copy of process in any action or proceeding against the corporation which may be served upon him is 1908 Park Creek Lane, Churchville, New York 14428.

IN WITNESS WHEREOF, I have signed the Certificate the 20th day of March, 2007 and hereby affirm the truth of the statements contained herein under penalties of perjury.

Samuel J. Innscore, Jr.
Incorporator
Hiram Sibley Building--Suite 215
311 Alexander Street
Rochester, New York 14604

# ATTACHMENT B

# *STATE OF NEW YORK*

# *DEPARTMENT OF STATE*

I hereby certify that the annexed copy has been compared with the original document in the custody of the Secretary of State and that the same is a true copy of said original.



WITNESS my hand and official seal of the Department of State, at the City of Albany, on September 5, 2012.

Daniel E. Shapiro
First Deputy Secretary of State

Rev. 06/07

NYS Department of State
Division of Corporations, Records and UCC
Albany, NY 12231-0002
www.dos.state.ny.us

**Business Corporation**
**Biennial Statement**

For Internal Use Only

**3492192**

Business Name:

THE ONLINE ENTREPRENEUR, INC.

THE ONLINE ENTREPRENEUR, INC.                    3492192

CHURCHVILLE, NY 14428

`11060300`
`2669`

Filed By: _____

Cash # _____

Required Fee:          $9.00
Filing Period:         03/2011
Make checks payable to the Department of State

The Business Corporation Law requires corporations to update information with the Department of State every two years in the calendar month in which the corporation was formed or authorized. Farm Corporations are EXEMPT from this requirement and should complete Parts 4 and 5 ONLY. Please review the information in Parts 1, 2 and 3. Update the information in the space provided, if necessary. If no changes are necessary, proceed to Part 5. A corporation which fails to timely file its Biennial Statement shall be shown to be past due on the Department of State's records.

**Part 1: Name and Business Address of Chief Executive Officer**

Name: BENJAMIN MOSKEL

City: _____   State: NY

**Part 2: Street Address of the Principal Executive Office** (A Post Office Box cannot be substituted)

Address Line 1:

Address Line 2:

City: _____   State: NY

**Part 3: Address for Service of Process**

THE ONLINE ENTREPRENEUR, INC.
1968 PARK CREEK LANE
CHURCHVILLE, NY 14428

Name: THE ONLINE ENTREPRENEUR, INC

City: _____   State: NY

**Part 4: Farm Corporation Exemption**

☐ This corporation is a farm corporation and is NOT required to update information with the Department of State every two years. A farm corporation is engaged in the production of crops, livestock and livestock products on land used in agricultural production. Farm corporations should complete Parts 4 and 5 ONLY and retain the form to the Department of State. No filing fee is required for farm corporations.

**Part 5: Signature of Officer, Director, Attorney-in-Fact or Authorized Person**

Signature: _____          Name of Signer (Please Print): BENJAMIN MOSKEL

Title of Signer (Please Print): PRESIDENT

DOS-1178

110603002669

# ATTACHMENT C

# STATE OF NEW YORK

# DEPARTMENT OF STATE

I hereby certify that the annexed copy has been compared with the original document in the custody of the Secretary of State and that the same is a true copy of said original.



WITNESS my hand and official seal of the Department of State, at the City of Albany, on October 10, 2012.

Daniel E. Shapiro
First Deputy Secretary of State

Rev. 06/07

120619000 8 8 2

OPAL.ID: 1254272

New York State
Department of State
Division of Corporations, State Records
and Uniform Commercial Code
Albany, NY 12231

(This form must be printed or typed in black ink)

# CERTIFICATE OF INCORPORATION
## OF

Ben and Dave's Consulting Associates Inc.
*(Insert corporate name)*

Under Section 402 of the Business Corporation Law

**FIRST:** The name of the corporation is:   Ben and Dave's Consulting Associates Inc.

**SECOND:** This corporation is formed to engage in any lawful act or activity for which a corporation may be organized under the Business Corporation Law, provided that it is not formed to engage in any act or activity requiring the consent or approval of any state official, department, board, agency or other body without such consent or approval first being obtained.

**THIRD:** The county, within this state, in which the office of the corporation is to be located is:   Monroe

**FOURTH:** The total number of shares which the corporation shall have authority to issue and a statement of the par value of each share or a statement that the shares are without par value are: 200 No Par Value

**FIFTH:** The Secretary of State is designated as agent of the corporation upon whom process against the corporation may be served. The address to which the Secretary of State shall mail a copy of any process accepted on behalf of the corporation is:

Ben Moskel



NY        USA

120619000882

120619000 88 2

OPALID: 1254272

## Incorporator Information Required

**X** <u>Benjamin D Moskel</u>
*(Signature)*

<u>Benjamin D Moskel</u>
*(Type or print name)*

▮▮▮▮▮▮▮▮
*(Address)*

▮▮▮▮ NY ▮▮▮▮ USA
*(City, State, Zip code, and Country)*

2012 JUN 19 PM 3:30

# CERTIFICATE OF INCORPORATION
# OF

<u>Ben and Dave's Consulting Associates Inc.</u>
*(Insert corporate name)*

Under Section 402 of the Business Corporation Law

Filed by: <u>Benjamin D Moskel</u>
*(Name)*

▮▮▮▮▮▮▮▮
*(Mailing address)*

▮▮▮▮ NY ▮▮▮▮ USA
*(City, State, Zip code, and Country)*



F  STATE OF NEW YORK
DEPARTMENT OF STATE

FILED   JUN 19 2012
TAX $   10.00
BY:   LAP
MONR

Note: This online form was prepared by the NYS Department of State and the NYS Chief Information Officer/Office for Technology for filing a certificate of incorporation for a business corporation. It does not contain all option provisions under the law. You are not required to use this from.

You may draft you own form or use forms available at legal stationery stores. The Department of State recommends that legal documents be prepared under the guidance of an attorney. The fee for a certificate of incorporation is $125 plus the applicable tax on shares required by Section 180 of the Tax Law. The minimum tax on shares is $10. The tax on 200 no par value shares is $10 (total $135) The certificate must be submitted with filing fee and applicable tax.

961

# ATTACHMENT D

Pasco County Tax Collector Parcel Search Result                    Page 1 of 1

# Mike Olson TAX COLLECTOR PASCO COUNTY FLORIDA

HOME    |    Real Estate Search    |    Tangible Search    |    Business Tax Receipt Search

Tax    |   Driver License  |  Motor Vehicle  |   Boat   |   Business Tax Receipt  |  Fishing/Hunting License

## Real Estate Property Search Results

On-line searches are temporarily unavailable. The information displayed is from a weekly archive.

**\*\*\* THE INFORMATION CONTAINED HEREIN DOES NOT CONSTITUTE A TITLE SEARCH AND SHOULD NOT BE RELIED ON AS SUCH. ADDITIONAL LIENS AND DELINQUENCIES MAY EXIST THAT ARE NOT INCLUDED BELOW. THE PASCO COUNTY TAX COLLECTOR ACCEPTS NO RESPONSIBILITY FOR THE ACCURACY OF THE INFORMATION PROVIDED. ALL FIGURES ARE SUBJECT TO CHANGE OR CORRECTION.(SEE FLORIDA STATUTE 197.122)**

| | |
|---|---|
| **Parcel ID** | **2011 Tax Year** |
| 23 26 18 0080 00800 0180 | ASSESSED VALUE 189,454 |
| **Owner of Record** | HMSTD EXEMPT 25,000 |
| CLAREAUX DAVID J | ADD'L HMSTD EX 25,000 |
| | OTHER EXEMPT |
| LAND O LAKES  FL | NON-SCH TAX VALUE 139,454 |
| **Legal Description** (First 4 Lines) | SCHOOL TAX VALUE 164,454 |
| STONEGATE PHASE 1 PB 56 PG 041 | AREA 9100 |
| BLOCK 8 | MILLAGE 16.39640 |
| LOT 18 | GROSS TAX |
| OR 7623 PG 1291 | (INCLUDING SPECIAL DISTRICTS) 2,534.49 |
| **Mail To /Paid By Information** | **Special Districts** |
| SAME AS ABOVE | SOLID WASTE 62.00 |
| **Escrow Code** | PASCO COUNTY STREETLIGHT 0 |
| NW - WELLS FARGO HOME MORTGAGE INC | PASCO COUNTY STORMWATER 47.00 |
| | **Current Tax** |

**Current Tax**

| DATE | RECEIPT | AMOUNT PAID |
|---|---|---|
| 11/28/11 | 13553 | $2,433.11 |

**Tax Lien (Homestead Denial)**
NONE

**Unpaid Delinquent Taxes**

NONE

SIGN UP FOR ELECTRONIC TAX NOTICES        SIGN UP FOR ELECTRONIC RECEIPT
PAYMENT HISTORY    2011 INFORMATIONAL NOTICE☒    NOTICE SIDE 2☒

Search Again

Appraiser's Information        Appraiser's Map    Delinquent Map        Delinquent Map Information

Email Us    Webmaster

HOME    |    Real Estate Search    |    Tangible Search    |    Business Tax Receipt Search

Tax    |   Driver License  |  Motor Vehicle  |   Boat   |   Business Tax Receipt  |  Fishing/Hunting License

# ATTACHMENT E

Bank of America Legal Order Processing
RE: Reference # U082812000947
Court Case number:
Court or Issuer: FEDERAL TRADE COMMISSION
Court Case Name: THE ONLINE ENTREPRENEUR

**AFFIDAVIT OF BANK OF AMERICA BANK OFFICER AND/OR CUSTODIAN OF RECORDS**

Before me, the undersigned authority, personally appeared,
Mirela Veiz
Who, being duly sworn by me, deposes and says as follows:

1.) **Authority.** I, Mirela Veiz, am a duly authorized bank officer and/or custodian of the records of Bank of America N.A with authority to execute this affidavit and certify to the authenticity and accuracy of the records produced with this affidavit.

2.) **Records.** The records produced herewith by Bank of America, N.A. are original documents or are true copies of records of a regularly conducted banking activity that:
   a.)  Were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;
   b.)  Were made and kept in the course of regularly conducted banking activity by Bank of America, N.A. personnel or by persons acting under their control; and
   c.)  Were made and kept by the regularly conducted activity of Bank of America N.A. as a regular practice, on or about the time of the act, condition, or event recorded.
      **Additional Comments:**

   - **Signature card and corporate resolution for account ending in 7087 in the name of THE ONLINE ENTREPRENEUR, INC.**
   - **Attachment to Affidavit.**

3.) **Production.** *(Select One)*
   __X__ The records produced herewith (together with any banking records produced by Bank of America N.A. previously in response to the subject request, order, or subpoena) constitute a complete production of bank records responsive to the subject request order or subpoena (or a complete production under the terms of a subject request, order, subpoena as subsequently limited by the issuer).
                                    **OR**
   _____ A thorough search has been conducted and no records could be located that are responsive to the subject request, order, or subpoena.

4.) I declare under penalty of perjury that the foregoing is true and correct.

Date: ___9/10/12___      Signature: _Mirela Veiz_____

The above named Bank of America N.A. bank officer and/or custodian of records is known to me (or satisfactorily proven) to be the person who subscribed the within document and acknowledged to me that he/she executed the same for the purposes stated there in.

____✓____ Signer is personally known to me.

_____ Signer has produced the following identification: _____

Sworn to and subscribed before me this __10__ day of __Sept. 2012__. In witness thereof I have set my hand and official seal.

_Brianne L Swanson_
Signature of Notary Public in and for
State of NY
City/County of Utica/Oneida   6/1/14
My Commission Expires ___6/1/14___

BRIANNE L SWANSON
Notary Public - State of New York
No. 01SW6222774
Qualified in Herkimer County
My Commission Expires June 01, 2014

**Attachment A**
Ref #u082812000947
Case: THE ONLINE ENTREPRENEUR



Account number: ████████6175
Account type: Checking
Account holder: DAVID J CLABEAUX
Address: 1████████████████ OR ████-601

Account number: ████████6188
Account type: Savings
Account holder: DAVID J CLABEAUX
Address: ████████████████ OR ████-601

Account number: ████████1038
Account type: Checking
Account holder: THE ONLINE ENTREPRENEUR, INC
Address ██████████████ LAND O LAKES FL ████████

00-14-2427B 02-2005

Recycled Paper

# ATTACHMENT F

# Bank of America

**Corporate Signature Card**

BANK OF AMERICA, N.A. (USA) (BACUSA??)

| | |
|---|---|
| Account Number | _____0087 |
| Account Type | Checking |
| Account Title | The Online 1 |

☐ Temporary Signature Card

## Tax Identification Number  20-8576426

By signing below, the above named Corporation agrees that this account is and shall be governed by the terms and conditions set forth in the following documents, as amended from time to time: (1) the Deposit Agreement and Disclosures, (2) the Business Schedule of Fees, (3) the Miscellaneous Fees for Business Accounts and the Corporation further acknowledges the receipt of these documents.

Substitute Form W-9 Certification - Under penalties of perjury, I certify that: (1) The number shown on this form is the correct taxpayer identification number (or I am waiting for a number to be issued to me), and (2) I am not subject to backup withholding because: (A) I am exempt from backup withholding, or (B) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding, as a result of a failure to report all interest or dividends, or (C) The IRS has notified me that I am no longer subject to backup withholding.

### Certification Instructions
(You must cross out item (2) above if you have been notified by the IRS that you are currently subject to backup withholding because of underreporting interest or dividends on your tax return. (See also IRS Instructions for Substitute Form W-9 in the Deposit Agreement and Disclosures.)

☑ Exempt (check if applicable)

The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

## Name (typed or printed)

| | Name (typed or printed) | Title | Signature |
|---|---|---|---|
| 1. | Benjamin Mordad | President | _signature_ |
| 2. | David Chebeaux | President | _signature_ |
| 3. | | | |
| 4. | | | |
| 5. | | | |

I, the undersigned, hereby certify (1) I am the Secretary or Assistant Secretary of the Corporation named above, (2) the above named person(s) are above person(s) correctly empowered to act under the Corporate resolution authorizing this account and the other banking services provided for therein, (3) that the title and signature appearing set forth opposite his name of each person are true and genuine, and (4) th. Substitute, Form W-9 certification.

The ___26th___ day of ___March___, ___2007___

Secretary: _signature_

Signature _signature_   Title  President

## ATM/Deposit/Check Card Request

Provided that the account referenced above is eligible to receive automated teller machine cards and/or Check Cards, I (as authorized by the resolutions and/or court documents set forth above in the who) authorize this account) hereby request the issuance of such and/or any of the authorized signers on this account.

Signature _signature_   Title

---

## Bank Information

| | |
|---|---|
| Date | __ / __ / __ |
| Associate - Phone Number | Banking Center Name |
| | Associate's Name |

95-14-9006MW 06-1999

**MAR 2 8 2007**

# Bank of America 

**Certified Copy of Corporate Resolutions - Opening and Maintaining Deposit Accounts and Services**

BANK OF AMERICA, N.A. (THE "BANK")

Name of Corporation     The Online Entrepreneur

I, the undersigned, hereby certify to     Bank of America
that I am the Secretary/Assistant Secretary and the designated keeper of the records and minutes of

**The Online Entrepreneur**

State of     Florida     (the "Corporation"), a duly organized and existing under the laws of the

that the foregoing is a true copy of resolutions duly adopted by the Board of

Directors of said Corporation at a meeting duly held on the ____ 26th ____ day of ____ Feb ____, at which a quorum was present and acted

throughout and adopted by the unanimous written consent of the Board of Directors; and that such resolutions are in full force and effect and have not been amended

or rescinded.

**1. Resolved, that** _____ **Bank of America** _____ (the "Bank") is hereby designated

as a depository of the Corporation and that deposit accounts and/or time deposits (CDs) be opened and maintained in the name of the Corporation with Bank in

accordance with the terms of the Bank's Deposit Agreement and Disclosures and the applicable rules and regulations, for such accounts; that any one of the

following officers or employees of the Corporation (insert titles, not names):

**Benjamin Menkel**

| Title: President | Title: |
| David Clubman | |
| Title: President | Title: |
| Title: | Title: |

is hereby authorized, on behalf of this Corporation and in the name, to execute and to sign any application, deposit agreement, signature card, any other

documentation required by Bank to open said accounts, to sign checks, drafts, notes, bills of exchange, acceptances, time deposits (CDs) or other orders for payment

of money; to endorse checks, drafts, notes, bills, time deposits (CDs) or other instruments owned or held by the Corporation for deposit with Bank or for collection

or discount by Bank; to accept drafts, acceptances, and other instruments payable at Bank; to place orders with Bank for the purchase and sale of foreign currencies

on behalf of this Corporation; to execute and deliver an electronic fund transfer agreement and to make transfers or withdrawals by electronic transfer or on behalf of

the Corporation; to obtain an access device (including but not limited to a card, code, or other means of access to its Corporation's accounts) that may be used for

...and deposit services in this Corporation [Corporation agrees and acknowledges that neither the Electronic Fund Transfer Act (15 U.S.C. 1693 et seq.) nor

Regulation E (12 C.F.R. Part 205) shall disclose or apply to any such...

**2. Further Resolved,** that it is, Bank be and is hereby authorized to honor, receive, certify, pay or exchange for money orders or other instruments all instruments

signed in accordance with the foregoing even though such payment may create an overdraft or even though such instruments may be drawn or endorsed to the

order of any officer or employee...

**3. Further Resolved,** that the Bank be and is hereby authorized to honor, receive, certify, pay or exchange for money orders or other instruments, for

the payment of money drawn or purportedly drawn in this Corporation's name...

**4.  Further Resolved,** that endorsements for deposit may be evidenced by the name of the Corporation being written or stamped on the check or other instrument deposited, without designation of the party making the endorsement, and Bank is authorized to supply any endorsement on any instrument tendered for deposit or collection; and

**5.  Further Resolved,** that the Secretary or Assistant Secretary of this Corporation shall certify to Bank names and signatures of persons authorized to act on behalf of this Corporation under the foregoing resolutions and shall from time to time hereafter, as changes in the identity of said officers and employees are made, immediately report, furnish and certify such changes to Bank and shall submit to Bank a new account signature card reflecting such change(s) in order to make such changes effective and Bank shall be fully protected in relying on such certifications and shall be indemnified and saved harmless from any claims, demands, expenses, losses, or damages resulting from, or growing out of, honoring the signature of any officer or employee so certified, or refusing to honor any signature not so certified; and

**6.  Further Resolved,** the foregoing resolutions shall remain in full force and effect and the authority herein given to all of said persons shall remain irrevocable as far as Bank is concerned until three (3) business days after Bank is notified in writing of the revocation of such authority and that receipt of such notice shall not affect any action taken by said Bank prior thereto; and

**7.  Further Resolved,** that all transactions by any officer or employee of this Corporation on its behalf and in its name with Bank prior to the delivery to Bank of a certified copy of the foregoing resolutions are, in all respects, hereby ratified, confirmed, approved and adopted; and

**8.  Further Resolved,** that the Secretary or Assistant Secretary be and hereby is, authorized and directed to certify these resolutions to said Bank and that the provisions hereof are in conformity with the Charter or Articles of Incorporation and Bylaws of this Corporation and that the Secretary or Assistant Secretary be and hereby is, authorized and directed to certify, from time to time hereafter, the names of the holders of the above authorized titles and their signatures on any signature card or other documentation required by said Bank.

**In Witness Whereof,** I have hereunto subscribed my name and affixed the seal of this Corporation, this  26ᵗʰ  day of  *March 2007* .

_____
Secretary/Assistant Secretary

**(Corporate Seal)**

---

**Bank Information**

Date:  /  /  _____

Banking Center Name:  _____

Associate's Name:  _____

Associate's Phone Number:  _____

**MAR 2 8 2007**

Page 2 of 2

# ATTACHMENT G



**Capture Date: 03/31/2008 Sequence #: 3292286602**

THE ONLINE ENTREPRENEUR, INC.          03/07                    **1154**
PH┃       0573
LAND O LAKES, FL  04638                    Date 3·23·08          63-27/631 FL
                                                                    30898

Pay to the
Order of ___Pinnacle  Financial  Group_____ | $ 30.⁷⁹

___THIRTY - DOLLARS  AND  SEVENTY -NINE CENTS_____ Dollars

**Bank of America**

ACH R/T 063100277

For_ CK 0232  PayPal Fees____              ⟋ᴣᴍ Mᴴᴜ∕_____

⁊08 7⁙⁙ 1 1 54

⅃⅃⅃⅃₈⅃⅃⅃⅃ ⅃⅃ₒ Pₒ Cₒ... -20.... .... .... .... ....

**Electronic Endorsements**

| Date | Sequence | Bank # | Endrs Type | TRN | RRC | Bank Name |
|---|---|---|---|---|---|---|
| 03/28/2008 | | 91915654 | Undetermined | Y | | KLEINBANK |
| 03/28/2008 | | 91408501 | Undetermined | N | | U.S. BANK NATIONAL A |
| 03/28/2008 | | 91000022 | Undetermined | N | | U.S. BANK NATIONAL A |
| 03/31/2008 | | 111012822 | Undetermined | N | | BANK OF AMERICA, NA |

No Payee Endorsements Found



Capture Date: 04/09/2008 Sequence #: 2892598857

THE ONLINE ENTREPRENEUR, INC.     03/07                    1156

LAND O LAKES, FL 34638                    Date 4·7·08          63-27/631 FL
                                                                       90899

Pay to the
Order of _Chris Vendilli_____ | $ 160. 61

_One - Hundred and Sixty - Dollars and 61/100 cents_ Dollars

**Bank of America**

ACM R\T 063100277

For 2·7·08 - 3·27·08 Pd Commissions

⑈708⑈7⑈1156

031000053
PNC BANK TINTON PHL PA

0500897632

Electronic Endorsements
Date         Sequence      Bank #      Endrs Type    TRN   RRC   Bank Name
04/09/2008   002892598857  111012822   Undetermined  N           BANK OF AMERICA, NA
04/09/2008   000500897632  31000053    Undetermined  Y           PNC BANK, NATIONAL A
No Payee Endorsements Found



**Capture Date: 03/19/2008 Sequence #: 4770060796**

THE ONLINE ENTREPRENEUR, INC.          03/07                          **1153**
PH.█████████0975
LAND O LAKES, FL  34638                        Date _3/17/08_        63-27/631 FL
                                                                      50899

Pay to the
Order of  _NY State  Corporation  Tax_                    | $ _100.00_

_One-Hundred Dollars  and  zero cents_____    Dollars

**Bank of America**
ACH R/T 063100277

For _20-8764216_____              _signature_

                        ⑆7087⑈1153  ⑆00000 10000⑆

FOR DEPOSIT ONLY
WITHOUT PREJUDICE
CORP COMPT.STATE OF NY

BANK OF AMERICA NA HRT
▮011000138▮ E2473 01 P07
03/19/08

4770060796

⑆ 983680908082 01

No Electronic Endorsements Found
No Payee Endorsements Found

# ATTACHMENT H



**Capture Date: 09/08/2011 Sequence #: 6692240415**

THE ONLINE ENTREPRENEUR, INC      07/08      4039

LAND O LAKES, FL 34638      63-4/830 FL
9832

Date  9/6/11

Pay to the
Order of   NMS Monroe Inc.                              $ 400.00

Four - Hundred   Dollars —————   Dollars

**Bank of America**

ACH RVT 063100277

For  Suite 204

⑆063000047⑆ ███████ 4038⑊4039

Electronic Endorsements

| Date | Sequence | Bank # | Endrs Type | TRN | RRC | Bank Name |
|------|----------|--------|-----------|-----|-----|-----------|
| 09/07/2011 | 000002100541621 | 22300018 | Rtn Loc/BOFD | Y | | MANUFACTURERS AND TR |
| 09/08/2011 | 006692240415 | 111012822 | Pay Bank | N | | BANK OF AMERICA, NA |

No Payee Endorsements Found

# ATTACHMENT I



**Capture Date:** 10/26/2011 **Sequence #:** 7092169884

THE ONLINE ENTREPRENEUR, INC        07/08                                    4273

LAND O LAKES, FL 34638                                                        83-4/630  FL
                                                                             9832

                                                  10/24 /11
                                                          Date

Pay to the   NMS  MONROE   INC.                      $ 600.⁵⁰
Order of

Six- HUNDRED  DOLLARS  AND   NO CENTS ——— Dollars

**Bank of America**

ACH R/T 063100277

For SUITE 202  DEPOSIT                    Dave Chabeaux

⑆063000047⑆            ⑈038⑆4273

Electronic Endorsements

| Date | Sequence | Bank # | Endrs Type | TRN | RRC | Bank Name |
|------|----------|--------|------------|-----|-----|-----------|
| 10/26/2011 | 007092169884 | 111012822 | Pay Bank | N | | BANK OF AMERICA, NA |
| 10/26/2011 | 000002100529660 | 22300018 | Rtn Loc/BOFD | Y | | MANUFACTURERS AND TR |

No Payee Endorsements Found



**Capture Date: 11/02/2011 Sequence #: 6892516092**

THE ONLINE ENTREPRENEUR, INC          07/08                                    4078

LAND O LAKES, FL 34638                                                 63-4/630 FL
                                                                        9832

                                        11-1-11
                                        _____
                                          Date

Pay to the
Order of    NMS Monroe Inc.                              $ 600.⁰⁰

Six-Hundred Dollars And   no cents _____  Dollars

Bank of America

ACH R/T #63100277

For  Suite 204  (2171 Monroe Ave.)        Dave Chateauf

⑆063000047⑆        ⑈1038⑉4078

CREDITED TO THE ACCOUNT
OF THE PAYEE NAMED HEREIN
BRIGHTON OFFICE
Manufacturers and Tracers Trust Company

**Electronic Endorsements**

| Date | Sequence | Bank # | Endrs Type | TRN | RRC | Bank Name |
|------|----------|--------|------------|-----|-----|-----------|
| 11/02/2011 | 000001700837575 | 22300018 | Rtn Loc/BOFD | Y | | MANUFACTURERS AND TR |
| 11/02/2011 | 006892516092 | 111012822 | Pay Bank | N | | BANK OF AMERICA, NA |

No Payee Endorsements Found

**Bank of America**

**Capture Date: 01/23/2012 Sequence #: 6192323133**

THE ONLINE ENTREPRENEUR, INC
LAND O LAKES, FL 34638

8039
63-4/630 FL
25240

1/18/2012

Pay to the order of  NMS MONROE INC $ 600.00

SIX-HUNDRED DOLLARS AND ZER CENTS

**Bank of America**

ACH R/T 063100277

Ben Moskel
2171 Monroe - Suite 204

Dave Claheaux

⑆063000047⑆                  ⑈038⑆8039

Electronic Endorsements
| Date | Sequence | Bank # | Endrs Type | TRN | RRC | Bank Name |
|------|----------|--------|-----------|-----|-----|-----------|
| 01/23/2012 | 000002100656075 | 22300018 | Rtn Loc/BOFD | Y | | MANUFACTURERS AND TR |
| 01/23/2012 | 006192323133 | 111012822 | Pay Bank | N | | BANK OF AMERICA, NA |
| No Payee Endorsements Found | | | | | | |



**Capture Date: 02/07/2012 Sequence #: 6092276491**

THE ONLINE ENTREPRENEUR, INC

LAND O LAKES, FL 34638            -0564

8029

2 - 1 - 2012

$ 1,200.⁰⁰

*Aug 22, 2.26* *dat of* NMS MONROE INC.

TWELVE - HUNDRED DOLLARS AND ZERO CENTS

**Bank of America**

ACH R/T 063100877

≈ SUITE 204 PLUS SUITE 200D ?        *Dave Clareaux*

⑆063000047⑆        1038 8029

Security Features included. Details on back.

Electronic Endorsements

| Date | Sequence | Bank # | Endrs Type | TRN | RRC | Bank Name |
|------|----------|--------|------------|-----|-----|-----------|
| 02/06/2012 | 000002100880342 | 22300018 | Rtn Loc/BOFD | Y | | MANUFACTURERS AND TR |
| 02/07/2012 | 006092276491 | 111012822 | Pay Bank | N | | BANK OF AMERICA, NA |

No Payee Endorsements Found



**Capture Date: 03/06/2012 Sequence #: 6892926437**

THE ONLINE ENTREPRENEUR, INC                                     8067
LAND O LAKES, FL 34638                                          63-4630 FL
                                               0564                25241

                                          3/2/2012

Pay To The
Order of   NMS MONROE INC.                        $ 1,200. 00

TWELVE-HUNDRED DOLLARS AND NO CENTS

**Bank of America**

ACH R/T 063100277

Ben Moskel - Suite 204+202 D        Dave Clabaux

⑆063000047⑆            1038⑈8067

M&T BANK 20120305
⑉022300018⑉ BUFFALO NY
                                    46
1201242166

**Electronic Endorsements**

| Date | Sequence | Bank # | Endrs Type | TRN | RRC | Bank Name |
|------|----------|--------|------------|-----|-----|-----------|
| 03/05/2012 | 000001201242166 | 22300018 | Rtn Loc/BOFD | Y | | MANUFACTURERS AND TR |
| 03/06/2012 | 006892926437 | 111012822 | Pay Bank | N | | BANK OF AMERICA, NA |

No Payee Endorsements Found

# ATTACHMENT J


**Bank of America**

Capture Date: 08/09/2012 Sequence #: 6592915076

PLEASE POST THIS PAYMENT FOR OUR MUTUAL CUSTOMER

**Account:** BEN MOSKEL SIX FIGURE PROGRAM $1,200.00

To: (800) 279-8100
ONLINE BANKING - BILL PAYMENT

4/630

0000007197

THE ONLINE ENTREPRENEUR, INC.
LAND O LAKES, FL

Please Direct Any Questions
BANK OF AMERICA, N.A.

VOID    VOID    VOID

August 03, 2012

Pay ONE THOUSAND TWO HUNDRED AND 00/100 ———— **DOLLARS**

$ ******1,200.00

9529 1 AT 0.506    3-D    149
>15730 210S137 001 080005   00001/00001
NMS MONROE INC.
MAIN

To
The
Order
Of

Void After 180 DAYS
Signature On File
This check has been authorized
by your depositor

⑈007197⑈  ⑆063000047⑆  1038⑈ 189

160941058

Manufacturers and Traders Trust Company
The Within Named Payee
Absence Of Endorsement Guaranteed
Credit To The Account Of

DO NOT WRITE STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

**Electronic Endorsements**

| Date | Sequence | Bank # | Endrs Type | TRN | RRC | Bank Name |
|---|---|---|---|---|---|---|
| 08/09/2012 | 00002000598438 | 22300018 | Rtn Loc/BOFD | Y | | MANUFACTURERS AND TR |
| 08/09/2012 | 006592915076 | 111012822 | Pay Bank | N | | BANK OF AMERICA, NA |

No Payee Endorsements Found



**Capture Date: 04/06/2012 Sequence #: 6092884123**

| Account: | BEN MOSKEL SIX FIGURE PROGRAM | | $1,200.00 |
|---|---|---|---|
| | PLEASE POST THIS PAYMENT FOR OUR MUTUAL CUSTOMER | | |
| THE ONLINE ENTREPRENEUR, INC | Please Direct Any Questions To: (800) 279-8302 | 4/830 | |
| LAND O LAKES FL | ONLINE BANKING · BILL PAYMENT | | 0000007146 |
| | BANK OF AMERICA, N.A. | | April 05, 2012 |

Pay **ONE THOUSAND TWO HUNDRED AND 00/100** ——————————— **DOLLARS**

$ ******1,200.00

To The Order Of

>26007 8216860 001 080005  00001/00001
NMS MONROE INC.
MAIN

NY

Void After 180 DAYS
*Signature On File*
This check has been authorized
by your depositor

⑈007146⑈   ⑆063000047⑈   1038⑈ 189

06098312⁞

Electronic Endorsements

| Date | Sequence | Bank # | Endrs Type | TRN | RRC | Bank Name |
|---|---|---|---|---|---|---|
| 04/05/2012 | 000002000864423 | 22300018 | Rtn Loc/BOFD | Y | | MANUFACTURERS AND TR |
| 04/06/2012 | 006092884123 | 111012822 | Pay Bank | N | | BANK OF AMERICA, NA |

No Payee Endorsements Found



**Capture Date: 05/08/2012 Sequence #: 6592702234**



Electronic Endorsements

| Date | Sequence | Bank # | Endrs Type | TRN | RRC | Bank Name |
|------|----------|--------|-----------|-----|-----|-----------|
| 05/08/2012 | 006592702234 | 111012822 | Pay Bank | N | | BANK OF AMERICA, NA |
| 05/07/2012 | 000002100644637 | 22300018 | Rtn Loc/BOFD | Y | | MANUFACTURERS AND TR |

No Payee Endorsements Found



**Capture Date: 06/05/2012 Sequence #: 6292344315**



Account: **BEN MOSKEL SIX FIGURE PROGRAM** $1,200.00

THE ONLINE ENTREPRENEUR, INC
LAND O LAKES, FL

Please Direct Any Questions
To: (800) 276-8262
ONLINE BANKING - BILL PAYMENT
BANK OF AMERICA, N.A.

4/630
0000007170
June 05, 2012

Pay **ONE THOUSAND TWO HUNDRED AND 00/100**                    DOLLARS

$ ******1,200.00

To
The
Order
Of

>25499 2041007 001 080005  00001/00001
NMS MONROE INC.
MAIN

Void After 180 DAYS
Signature On File
This check has been authorized
by your depositor

⑆007170⑆  ⑉063000047⑉ 1038⑆ 189

12526461

**Electronic Endorsements**

| Date | Sequence | Bank # | Endrs Type | TRN | RRC | Bank Name |
|------|----------|--------|-----------|-----|-----|-----------|
| 06/05/2012 | 000002100554162 | 22300018 | Rtn Loc/BOFD | Y | | MANUFACTURERS AND TR |
| 06/05/2012 | 006292344315 | 111012822 | Pay Bank | N | | BANK OF AMERICA, NA |

No Payee Endorsements Found



**Capture Date: 07/05/2012 Sequence #: 6092103327**



Account: **BEN MOSKEL SIX FIGURE PROGRAM** $1,200.00

THE ONLINE ENTREPRENEUR, INC
LAND O LAKES, FL

Please Direct Any Questions
To: (888) 279-5392
ONLINE BANKING - BILL PAYMENT
BANK OF AMERICA, N.A.

0000007183

July 05, 2012

Pay ONE THOUSAND TWO HUNDRED AND 00/100 ———————— DOLLARS

$ ******1,200.00

To
The
Order
Of

>31511 2070824 001 080005 00001/00001
NMS MONROE INC.
MAIN
NY

Void After 180 DAYS
Signature On File
This check has been authorized
by your depositor

007183    4038

128654050

Credit To The Account Of
The Within Named Payee
Absence Of Endorsement Guaranteed
Manufacturers and Traders Trust Company

**Electronic Endorsements**

| Date | Sequence | Bank # | Endrs Type | TRN | RRC | Bank Name |
|------|----------|--------|------------|-----|-----|-----------|
| 07/05/2012 | 000002100561303 | 22300018 | Rtn Loc/BOFD | Y | | MANUFACTURERS AND TR |
| 07/05/2012 | 006092103327 | 111012822 | Pay Bank | N | | BANK OF AMERICA, NA |

No Payee Endorsements Found

# ATTACHMENT K



**Capture Date: 07/17/2012 Sequence #: 9692117596**

Six Figure Program

Rochester, NY

Bank of America
PO Box 25118
Tampa, FL 33622

63-4630 FL

104

06/20/2012

PAY TO THE
ORDER OF  Angela Pancake                                    $ **11.75

Eleven and 75/100*********************************************************

DOLLARS

Angela Pancake

OH
United States

MEMO  Claim Cash                          Dave Clareaux    AUTHORIZED SIGNATURE

⑈000104⑈ ⑆063000047⑆        1038⑈

ENDORSE HERE
x Angela Pancake

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

E 2012 ID 385 PKT 61

**Electronic Endorsements**

| Date | Sequence | Bank # | Endrs Type | TRN | RRC | Bank Name |
|---|---|---|---|---|---|---|
| 07/17/2012 | 009692117596 | 111012822 | Pay Bank | N | | BANK OF AMERICA, NA |
| 07/17/2012 | 009792391047 | 91000022 | Undetermined | N | | U.S. BANK NATIONAL A |
| 07/17/2012 | 009792391047 | 91000022 | Undetermined | N | | U.S. BANK NATIONAL A |
| 07/17/2012 | 4978129777 | 91000022 | Rtn Loc/BOFD | Y | | U.S. BANK NATIONAL A |

No Payee Endorsements Found



**Capture Date: 07/17/2012 Sequence #: 9692117596**

Six Figure Program
Rochester, NY 14618

Bank of America
PO Box 25118
Tampa, FL 33622

63-4/630 FL

06/20/2012

104

PAY TO THE
ORDER OF    Angela Pancake                                      $   **11.75

Eleven and 75/100***********************************************************    DOLLARS

Angela Pancake
                    OH
United States

MEMO    Claim Cash                                    Dave Clareaux
                                                      AUTHORIZED SIGNATURE

⑈000104⑈  ⑆063000047⑈            1038⑈

M99100002249792012
E 2912 ID 305 PKT 01
4978129777

ENDORSE HERE
x Angela Pancake

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

**Electronic Endorsements**

| Date | Sequence | Bank # | Endrs Type | TRN | RRC | Bank Name |
|------|----------|--------|------------|-----|-----|-----------|
| 07/17/2012 | 009692117596 | 111012822 | Pay Bank | N | | BANK OF AMERICA, NA |
| 07/17/2012 | 009792391047 | 91000022 | Undetermined | N | | U.S. BANK NATIONAL A |
| 07/17/2012 | 009792391047 | 91000022 | Undetermined | N | | U.S. BANK NATIONAL A |
| 07/17/2012 | 4978129777 | 91000022 | Rtn Loc/BOFD | Y | | U.S. BANK NATIONAL A |

No Payee Endorsements Found

Bank of America

**Capture Date: 07/19/2012 Sequence #: 7092236396**



**Electronic Endorsements**

| Date | Sequence | Bank # | Endrs Type | TRN | RRC | Bank Name |
|------|----------|--------|-----------|-----|-----|-----------|
| 07/19/2012 | 007092236396 | 111012822 | Pay Bank | N | | BANK OF AMERICA, NA |
| 07/19/2012 | 000000400403562 | 21300077 | Rtn Loc/BOFD | Y | | KEYBANK NATIONAL ASS |
| No Payee Endorsements Found | | | | | | |



**Capture Date: 07/19/2012 Sequence #: 7092236396**



Electronic Endorsements

| Date | Sequence | Bank # | Endrs Type | TRN | RRC | Bank Name |
|------|----------|--------|------------|-----|-----|-----------|
| 07/19/2012 | 007092236396 | 111012822 | Pay Bank | N | | BANK OF AMERICA, NA |
| 07/19/2012 | 000000400403562 | 21300077 | Rtn Loc/BOFD | Y | | KEYBANK NATIONAL ASS |

No Payee Endorsements Found



**Capture Date: 07/19/2012 Sequence #: 7092236396**



Electronic Endorsements

| Date | Sequence | Bank # | Endrs Type | TRN | RRC | Bank Name |
|------|----------|--------|------------|-----|-----|-----------|
| 07/19/2012 | 007092236396 | 111012822 | Pay Bank | N | | BANK OF AMERICA, NA |
| 07/19/2012 | 000000400403562 | 21300077 | Rtn Loc/BOFD | Y | | KEYBANK NATIONAL ASS |

No Payee Endorsements Found



**Capture Date: 07/19/2012 Sequence #: 7092236396**



Electronic Endorsements
Date        Sequence        Bank #        Endrs Type    TRN    RRC    Bank Name
07/19/2012  007092236396    111012822     Pay Bank      N             BANK OF AMERICA, NA
07/19/2012  000000400403562 21300077      Rtn Loc/BOFD  Y             KEYBANK NATIONAL ASS
No Payee Endorsements Found



**Capture Date: 07/16/2012 Sequence #: 6292519969**





**Electronic Endorsements**

| Date | Sequence | Bank # | Endrs Type | TRN | RRC | Bank Name ▾ |
|------|----------|--------|------------|-----|-----|-------------|
| 07/16/2012 | 006292519969 | 111012822 | Pay Bank | N | | BANK OF AMERICA, NA |
| 07/14/2012 | 000000003636646 | 231381116 | Rtn Loc/BOFD | Y | | PENNSYLVANIA STATE E |
| 07/16/2012 | 6139679371 | 11100481 | Undetermined | N | | FED RES BK WINDSOR L |

No Payee Endorsements Found



**Capture Date: 07/16/2012 Sequence #: 6292519969**





Electronic Endorsements

| Date | Sequence | Bank # | Endrs Type | TRN | RRC | Bank Name |
|------|----------|--------|------------|-----|-----|-----------|
| 07/16/2012 | 006292519969 | 111012822 | Pay Bank | N | | BANK OF AMERICA, NA |
| 07/14/2012 | 000000003636646 | 231381116 | Rtn Loc/BOFD | Y | | PENNSYLVANIA STATE E |
| 07/16/2012 | 6139679371 | 11100481 | Undetermined | N | | FED RES BK WINDSOR L |

No Payee Endorsements Found



**Capture Date: 07/02/2012 Sequence #: 2082371014**



Electronic Endorsements
| Date | Sequence | Bank # | Endrs Type | TRN | RRC | Bank Name ▾ |
|------|----------|--------|------------|-----|-----|-------------|
| 07/02/2012 | 2082371014 | 122000661 | Rtn Loc/BOFD | Y | | BANK OF AMERICA, NA |

No Payee Endorsements Found



**Capture Date: 07/02/2012 Sequence #: 2082371014**

Six Figure Program
Rochester, NY 14618

Bank of America
PO Box 25118
Tampa, FL 33622
63-4830 FL

110

08/20/2012

PAY TO THE
ORDER OF     Roberto Sergio Quinones                    $ **10.00

Ten and 00/100*                                          DOLLARS

Roberto Sergio Quinones
NC      United States

MEMO     Claim Cash                         Dave Clabraux
                                            AUTHORIZED SIGNATURE

⑈000⑈10⑈ ⑆063000047⑆      1038⑈

Electronic Endorsements
| Date | Sequence | Bank # | Endrs Type | TRN | RRC | Bank Name |
|------|----------|--------|------------|-----|-----|-----------|
| 07/02/2012 | 2082371014 | 122000661 | Rtn Loc/BOFD | Y | | BANK OF AMERICA, NA |

No Payee Endorsements Found



**Capture Date: 06/29/2012 Sequence #: 412928296**



Electronic Endorsements
Date          Sequence          Bank #          Endrs Type          TRN          RRC          Bank Name
06/29/2012    0412928296        122000661       Rtn Loc/BOFD         Y                          BANK OF AMERICA, NA
No Payee Endorsements Found



**Capture Date: 06/29/2012 Sequence #: 412928296**



Electronic Endorsements
Date          Sequence          Bank #        Endrs Type    TRN    RRC    Bank Name
06/29/2012    0412928296        122000661     Rtn Loc/BOFD   Y             BANK OF AMERICA, NA
No Payee Endorsements Found