| ate | Description | Amount |
|---|---|---|
| 7/02/2011 | eFax Number: 15854863112 (Jul 3 - Aug 2) | 16.95 |
| 7/03/2011 | Charge to Credit Card | -16.95 |
| 7/11/2011 | Charge to Credit Card | -10.0 |
| 7/11/2011 | Transfer from Account Balance to Usage Balance | 10.0 |
| 8/02/2011 | eFax Number: 15854863112 (Aug 3 - Sep 2) | 16.95 |
| 8/03/2011 | Charge to Credit Card | -16.95 |
| 9/02/2011 | eFax Number: 15854863112 (Sep 3 - Oct 2) | 16.95 |
| 9/03/2011 | Charge to Credit Card | -16.95 |
| 0/02/2011 | eFax Number: 15854863112 (Oct 3 - Nov 2) | 16.95 |
| 0/03/2011 | Charge to Credit Card | -16.95 |
| 1/02/2011 | eFax Number: 15854863112 (Nov 3 - Dec 2) | 16.95 |
| 1/03/2011 | Charge to Credit Card | -16.95 |
| 2/02/2011 | eFax Number: 15854863112 (Dec 3 - Jan 2) | 16.95 |
| 2/03/2011 | Charge to Credit Card | -16.95 |
| 1/02/2012 | eFax Number: 15854863112 (Jan 3 - Feb 2) | 16.95 |
| 1/03/2012 | Charge to Credit Card | -16.95 |
| 2/02/2012 | eFax Number: 15854863112 (Feb 3 - Mar 2) | 16.95 |
| 2/03/2012 | Charge to Credit Card | -16.95 |
| 3/02/2012 | eFax Number: 15854863112 (Mar 3 - Apr 2) | 16.95 |
| 3/03/2012 | Charge to Credit Card | -16.95 |
| 4/02/2012 | eFax Number: 15854863112 (Apr 3 - May 2) | 16.95 |
| 4/03/2012 | Charge to Credit Card | -16.95 |
| 5/02/2012 | eFax Number: 15854863112 (May 3 - Jun 2) | 16.95 |
| 5/10/2012 | Credit Card Payment | -16.95 |
| 6/02/2012 | eFax Number: 15854863112 (Jun 3 - Jul 2) | 16.95 |
| 6/03/2012 | Charge to Credit Card | -16.95 |
| 7/02/2012 | eFax Number: 15854863112 (Jul 3 - Aug 2) | 16.95 |
| 7/03/2012 | Charge to Credit Card | -16.95 |
| 7/18/2012 | Charge to Credit Card | -10.0 |
| 7/18/2012 | Transfer from Account Balance to Usage Balance | 10.0 |
| 7/24/2012 | Charge to Credit Card | -10.0 |
| 7/24/2012 | Transfer from Account Balance to Usage Balance | 10.0 |
| 7/30/2012 | Charge to Credit Card | -10.0 |
| 7/30/2012 | Transfer from Account Balance to Usage Balance | 10.0 |
| 8/02/2012 | eFax Number: 15854863112 (Aug 3 - Sep 2) | 16.95 |
| 8/03/2012 | Charge to Credit Card | -16.95 |
| 8/28/2012 | Charge to Credit Card | -10.0 |
| 8/28/2012 | Transfer from Account Balance to Usage Balance | 10.0 |

| essage ate/time(GMT) | Billing date/time(PST) | J2 number | Email address | Duration | Pages | Type | CSID | Charged | Caller id |
|---|---|---|---|---|---|---|---|---|---|
| 6/03/2011 | 06/03/2011 | 15854863112 | 15854863112@messages.efax.com\|2;benmoskel@gmail.com\|0 | 108 | 4 | FAX | 518 473 5637 | 0.6 | |
| 6/09/2011 | 06/09/2011 | 15854863112 | 15854863112@messages.efax.com\|2;benmoskel@gmail.com\|0 | 40 | 1 | FAX | 913-967-8849 | 0.15 | |
| 6/09/2011 | 06/09/2011 | 15854863112 | 15854863112@messages.efax.com\|2;benmoskel@gmail.com\|0 | 47 | 1 | FAX | 6079369198 | 0.15 | |
| 6/13/2011 | 06/13/2011 | 15854863112 | 15854863112@messages.efax.com\|2;benmoskel@gmail.com\|0 | 40 | 1 | FAX | 913-967-8849 | 0.15 | |
| 6/14/2011 | 06/14/2011 | 15854863112 | 15854863112@messages.efax.com\|2;benmoskel@gmail.com\|0 | 40 | 1 | FAX | 913-967-8849 | 0.15 | |
| 6/15/2011 | 06/15/2011 | 15854863112 | 15854863112@messages.efax.com\|2;benmoskel@gmail.com\|0 | 41 | 1 | FAX | 913-967-8849 | 0.15 | |
| 6/16/2011 | 06/16/2011 | 15854863112 | 15854863112@messages.efax.com\|2;benmoskel@gmail.com\|0 | 32 | 2 | FAX | unknown | 0.3 | |
| 6/20/2011 | 06/20/2011 | 15854863112 | 15854863112@messages.efax.com\|2;benmoskel@gmail.com\|0 | 42 | 1 | FAX | 913-967-8849 | 0.15 | |
| 6/21/2011 | 06/21/2011 | 15854863112 | 15854863112@messages.efax.com\|2;benmoskel@gmail.com\|0 | 41 | 1 | FAX | 913-967-8849 | 0.15 | |
| 6/29/2011 | 06/29/2011 | 15854863112 | 15854863112@messages.efax.com\|2;benmoskel@gmail.com\|0 | 42 | 1 | FAX | 913-967-8849 | 0.15 | |
| 7/01/2011 | 07/01/2011 | 15854863112 | 15854863112@messages.efax.com\|2;benmoskel@gmail.com\|0 | 39 | 1 | FAX | 913-967-8849 | 0.15 | |
| 7/05/2011 | 07/05/2011 | 15854863112 | 15854863112@messages.efax.com\|2;benmoskel@gmail.com\|0 | 26 | 1 | FAX | 6079369198 | 0.15 | |
| 7/05/2011 | 07/05/2011 | 15854863112 | 15854863112@messages.efax.com\|2;benmoskel@gmail.com\|0 | 42 | 1 | FAX | 913-967-8849 | 0.15 | |
| 7/05/2011 | 07/05/2011 | 15854863112 | 15854863112@messages.efax.com\|2;benmoskel@gmail.com\|0 | 42 | 1 | FAX | 913-967-8849 | 0.15 | |
| 7/08/2011 | 07/08/2011 | 15854863112 | 15854863112@messages.efax.com\|2;benmoskel@gmail.com\|0 | 41 | 1 | FAX | 913-967-8849 | 0.15 | |
| 7/13/2011 | 07/13/2011 | 15854863112 | 15854863112@messages.efax.com\|2;benmoskel@gmail.com\|0 | 40 | 1 | FAX | 913-967-8849 | 0.15 | |
| 7/25/2011 | 07/25/2011 | 15854863112 | 15854863112@messages.efax.com\|2;benmoskel@gmail.com\|0 | 38 | 1 | FAX | 913-967-8849 | 0.15 | |
| 7/26/2011 | 07/26/2011 | 15854863112 | 15854863112@messages.efax.com\|2;benmoskel@gmail.com\|0 | 43 | 1 | FAX | 913-967-8849 | 0.15 | |
| 8/01/2011 | 08/01/2011 | 15854863112 | 15854863112@messages.efax.com\|2;benmoskel@gmail.com\|0 | 39 | 1 | FAX | 913-967-8849 | 0.15 | |
| 8/11/2011 | 08/11/2011 | 15854863112 | 15854863112@messages.efax.com\|2;benmoskel@gmail.com\|0 | 39 | 1 | FAX | 913-967-8849 | 0.15 | |
| 8/15/2011 | 08/15/2011 | 15854863112 | 15854863112@messages.efax.com\|2;benmoskel@gmail.com\|0 | 43 | 1 | FAX | 913-967-8849 | 0.15 | |
| 8/23/2011 | 08/23/2011 | 15854863112 | 15854863112@messages.efax.com\|2;benmoskel@gmail.com\|0 | 41 | 1 | FAX | 913-967-8849 | 0.15 | |
| 8/30/2011 | 08/30/2011 | 15854863112 | 15854863112@messages.efax.com\|2;benmoskel@gmail.com\|0 | 39 | 1 | FAX | 913-967-8849 | 0.15 | |
| 8/31/2011 | 08/31/2011 | 15854863112 | 15854863112@messages.efax.com\|2;benmoskel@gmail.com\|0 | 40 | 1 | FAX | 913-967-8849 | 0.15 | |
| 9/06/2011 | 09/06/2011 | 15854863112 | 15854863112@messages.efax.com\|2;benmoskel@gmail.com\|0 | 38 | 1 | FAX | 913-967-8849 | 0.15 | |
| 9/06/2011 | 09/06/2011 | 15854863112 | 15854863112@messages.efax.com\|2;benmoskel@gmail.com\|0 | 41 | 1 | FAX | 913-967-8849 | 0.15 | |

| ssage e/time (GMT) | Billing date/time (PST) | J2 number | Email address | Duration | Pages | Type | CSID | Charged | Caller id |
|---|---|---|---|---|---|---|---|---|---|
| /13/2011 | 09/13/2011 | 15854863112 | 15854863112@messages.efax.com|2;benmosk el@gmail.com|0 | 41 | 1 | FAX | 913-967-8849 | 0.15 | |
| /20/2011 | 09/20/2011 | 15854863112 | 15854863112@messages.efax.com|2;benmosk el@gmail.com|0 | 42 | 1 | FAX | 913-967-8849 | 0.15 | |
| /27/2011 | 09/27/2011 | 15854863112 | 15854863112@messages.efax.com|2;benmosk el@gmail.com|0 | 40 | 1 | FAX | 913-967-8849 | 0.15 | |
| /27/2011 | 09/27/2011 | 15854863112 | 15854863112@messages.efax.com|2;benmosk el@gmail.com|0 | 40 | 1 | FAX | 913-967-8849 | 0.15 | |
| /04/2011 | 10/04/2011 | 15854863112 | 15854863112@messages.efax.com|2;benmosk el@gmail.com|0 | 40 | 1 | FAX | 913-967-8849 | 0.15 | |
| /04/2011 | 10/04/2011 | 15854863112 | 15854863112@messages.efax.com|2;benmosk el@gmail.com|0 | 46 | 1 | FAX | 913-967-8849 | 0.15 | |
| /06/2011 | 10/06/2011 | 15854863112 | 15854863112@messages.efax.com|2;benmosk el@gmail.com|0 | 41 | 1 | FAX | 913-967-8849 | 0.15 | |
| /13/2011 | 10/13/2011 | 15854863112 | 15854863112@messages.efax.com|2;benmosk el@gmail.com|0 | 41 | 1 | FAX | 913-967-8849 | 0.15 | |
| /17/2011 | 10/17/2011 | 15854863112 | 15854863112@messages.efax.com|2;benmosk el@gmail.com|0 | 43 | 1 | FAX | 913-967-8849 | 0.15 | |
| /31/2011 | 10/31/2011 | 15854863112 | 15854863112@messages.efax.com|2;benmosk el@gmail.com|0 | 43 | 1 | FAX | 913-967-8849 | 0.15 | |
| /01/2011 | 11/01/2011 | 15854863112 | 15854863112@messages.efax.com|2;benmosk el@gmail.com|0 | 42 | 1 | FAX | 913-967-8849 | 0.15 | |
| /04/2011 | 11/04/2011 | 15854863112 | 15854863112@messages.efax.com|2;benmosk el@gmail.com|0 | 39 | 1 | FAX | 913-967-8849 | 0.15 | |
| /09/2011 | 11/09/2011 | 15854863112 | 15854863112@messages.efax.com|2;benmosk el@gmail.com|0 | 39 | 1 | FAX | 913-967-8849 | 0.15 | |
| /15/2011 | 11/15/2011 | 15854863112 | 15854863112@messages.efax.com|2;benmosk el@gmail.com|0 | 42 | 1 | FAX | 913-967-8849 | 0.15 | |
| 2/20/2011 | 12/20/2011 | 15854863112 | 15854863112@messages.efax.com|2;benmosk el@gmail.com|0 | 39 | 1 | FAX | 913-967-8849 | 0.15 | |
| 2/27/2011 | 12/27/2011 | 15854863112 | 15854863112@messages.efax.com|2;benmosk el@gmail.com|0 | 41 | 1 | FAX | 913-967-8849 | 0.15 | |
| 1/03/2012 | 01/03/2012 | 15854863112 | 15854863112@messages.efax.com|2;benmosk el@gmail.com|0 | 41 | 1 | FAX | 913-967-8849 | 0.15 | |
| 1/04/2012 | 01/04/2012 | 15854863112 | 15854863112@messages.efax.com|2;benmosk el@gmail.com|0 | 40 | 1 | FAX | 913-967-8849 | 0.15 | |
| 1/10/2012 | 01/10/2012 | 15854863112 | 15854863112@messages.efax.com|2;benmosk el@gmail.com|0 | 42 | 1 | FAX | 913-967-8849 | 0.15 | |
| 1/17/2012 | 01/17/2012 | 15854863112 | 15854863112@messages.efax.com|2;benmosk el@gmail.com|0 | 38 | 1 | FAX | 913-967-8849 | 0.15 | |
| 1/31/2012 | 01/31/2012 | 15854863112 | 15854863112@messages.efax.com|2;benmosk el@gmail.com|0 | 42 | 1 | FAX | 913-967-8849 | 0.15 | |
| 2/01/2012 | 02/01/2012 | 15854863112 | 15854863112@messages.efax.com|2;benmosk el@gmail.com|0 | 68 | 4 | FAX | 276 228 4055 | 0.6 | |
| 2/06/2012 | 02/06/2012 | 15854863112 | 15854863112@messages.efax.com|2;benmosk el@gmail.com|0 | 40 | 1 | FAX | 913-967-8849 | 0.15 | |
| 2/14/2012 | 02/14/2012 | 15854863112 | 15854863112@messages.efax.com|2;benmosk el@gmail.com|0 | 44 | 1 | FAX | 913-967-8849 | 0.15 | |
| 2/29/2012 | 02/29/2012 | 15854863112 | 15854863112@messages.efax.com|2;benmosk el@gmail.com|0 | 43 | 1 | FAX | 913-967-8849 | 0.15 | |
| 3/05/2012 | 03/05/2012 | 15854863112 | 15854863112@messages.efax.com|2;benmosk el@gmail.com|0 | 40 | 1 | FAX | 913-967-8849 | 0.15 | |

| Message date/time (GMT) | Billing date/time (PST) | J2 number | Email address | Duration | Pages | Type | CSID | Charged | Caller id |
|---|---|---|---|---|---|---|---|---|---|
| 3/14/2012 | 03/14/2012 | 15854863112 | 15854863112@messages.efax.com\|2;benmoskel@gmail.com\|0 | 43 | 1 | FAX | 913-967-8849 | 0.15 | |
| 3/19/2012 | 03/19/2012 | 15854863112 | 15854863112@messages.efax.com\|2;benmoskel@gmail.com\|0 | 41 | 1 | FAX | 913-967-8849 | 0.15 | |
| 4/02/2012 | 04/02/2012 | 15854863112 | 15854863112@messages.efax.com\|2;benmoskel@gmail.com\|0 | 41 | 1 | FAX | 913-967-8849 | 0.15 | |
| 4/03/2012 | 04/03/2012 | 15854863112 | 15854863112@messages.efax.com\|2;benmoskel@gmail.com\|0 | 38 | 1 | FAX | 913-967-8849 | 0.15 | |
| 4/09/2012 | 04/09/2012 | 15854863112 | 15854863112@messages.efax.com\|2;benmoskel@gmail.com\|0 | 41 | 1 | FAX | 913-967-8849 | 0.15 | |
| 4/10/2012 | 04/10/2012 | 15854863112 | 15854863112@messages.efax.com\|2;benmoskel@gmail.com\|0 | 327 | 15 | FAX | Remote ID | 2.25 | |
| 4/12/2012 | 04/12/2012 | 15854863112 | 15854863112@messages.efax.com\|2;benmoskel@gmail.com\|0 | 40 | 1 | FAX | 913-967-8849 | 0.15 | |
| 5/08/2012 | 05/08/2012 | 15854863112 | 15854863112@messages.efax.com\|2;benmoskel@gmail.com\|0 | 41 | 1 | FAX | 913-967-8849 | 0.15 | |
| 5/08/2012 | 05/08/2012 | 15854863112 | 15854863112@messages.efax.com\|2;benmoskel@gmail.com\|0 | 41 | 1 | FAX | 913-967-8849 | 0.15 | |
| 5/15/2012 | 05/15/2012 | 15854863112 | 15854863112@messages.efax.com\|2;benmoskel@gmail.com\|0 | 39 | 1 | FAX | 913-967-8849 | 0.15 | |
| 5/17/2012 | 05/17/2012 | 15854863112 | 15854863112@messages.efax.com\|2;benmoskel@gmail.com\|0 | 40 | 1 | FAX | 913-967-8849 | 0.15 | |
| 5/22/2012 | 05/22/2012 | 15854863112 | 15854863112@messages.efax.com\|2;benmoskel@gmail.com\|0 | 41 | 1 | FAX | 913-967-8849 | 0.15 | |
| 5/29/2012 | 05/29/2012 | 15854863112 | 15854863112@messages.efax.com\|2;benmoskel@gmail.com\|0 | 41 | 1 | FAX | 913-967-8849 | 0.15 | |
| 6/13/2012 | 06/13/2012 | 15854863112 | 15854863112@messages.efax.com\|2;benmoskel@gmail.com\|0 | 41 | 1 | FAX | 913-967-8849 | 0.15 | |
| 6/19/2012 | 06/19/2012 | 15854863112 | 15854863112@messages.efax.com\|2;benmoskel@gmail.com\|0 | 39 | 1 | FAX | 913-967-8849 | 0.15 | |
| 6/26/2012 | 06/26/2012 | 15854863112 | 15854863112@messages.efax.com\|2;benmoskel@gmail.com\|0 | 39 | 1 | FAX | 913-967-8849 | 0.15 | |
| 6/27/2012 | 06/27/2012 | 15854863112 | 15854863112@messages.efax.com\|2;benmoskel@gmail.com\|0 | 40 | 1 | FAX | 913-967-8849 | 0.15 | |
| 7/09/2012 | 07/09/2012 | 15854863112 | 15854863112@messages.efax.com\|2;benmoskel@gmail.com\|0 | 41 | 1 | FAX | 913-967-8849 | 0.15 | |
| 7/11/2012 | 07/11/2012 | 15854863112 | 15854863112@messages.efax.com\|2;benmoskel@gmail.com\|0 | 43 | 1 | FAX | 913-967-8849 | 0.15 | |
| 7/25/2012 | 07/25/2012 | 15854863112 | 15854863112@messages.efax.com\|2;benmoskel@gmail.com\|0 | 39 | 1 | FAX | 913-967-8849 | 0.15 | |
| 7/25/2012 | 07/25/2012 | 15854863112 | 15854863112@messages.efax.com\|2;benmoskel@gmail.com\|0 | 37 | 1 | FAX | 913-967-8849 | 0.15 | |
| 7/30/2012 | 07/30/2012 | 15854863112 | 15854863112@messages.efax.com\|2;benmoskel@gmail.com\|0 | 39 | 1 | FAX | 913-967-8849 | 0.15 | |
| 8/08/2012 | 08/08/2012 | 15854863112 | 15854863112@messages.efax.com\|2;benmoskel@gmail.com\|0 | 42 | 1 | FAX | 913-967-8849 | 0.15 | |
| 8/13/2012 | 08/13/2012 | 15854863112 | 15854863112@messages.efax.com\|2;benmoskel@gmail.com\|0 | 41 | 1 | FAX | 913-967-8849 | 0.15 | |
| 8/15/2012 | 08/15/2012 | 15854863112 | 15854863112@messages.efax.com\|2;benmoskel@gmail.com\|0 | 40 | 1 | FAX | 913-967-8849 | 0.15 | |
| 8/28/2012 | 08/28/2012 | 15854863112 | 15854863112@messages.efax.com\|2;benmoskel@gmail.com\|0 | 40 | 1 | FAX | 913-967-8849 | 0.15 | |

# ATTACHMENT CC

## CERTIFICATION OF RECORDS OF REGULARLY CONDUCTED ACTIVITY
### Pursuant to 28 U.S.C. § 1746

1. I, _Karen Stark_, have personal knowledge of the facts set forth below and am competent to testify as follows:

2. I have authority to certify the authenticity of the records produced by ATG Technologies, Inc., d/b/a PATLive, or any of its subsidiaries, which are attached hereto.

3. The documents produced and attached hereto by ATG Technologies, Inc., d/b/a PATLive are originals or true copies of records of regularly conducted activity that:

   a) Were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

   b) Were kept in the course of the regularly conducted activity of ATG Technologies, Inc., d/b/a PATLive; and

   c) Were made by the regularly conducted activity as a regular practice of ATG Technologies, Inc., d/b/a PATLive.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on _October 3_, 2012.

_Karen Stark_
Signature

# ATTACHMENT DD



PROFESSIONALLY
ANSWERED
TELEPHONES

CEDARS BLDG B, SUITE 200
2639 N. MONROE ST.
TALLAHASSEE, FL 32303
1.800.775.7790 PHONE
1.800.800.6126 FAX

# FACSIMILE TRANSMISSION

| To:  Barbara E. Bolton | From:  Karen Stark |
|---|---|
| Company: FTC | Company:  **PATLive/Hosted Numbers** |
| Phone:  404-656-1362 | Phone:   800-775-7790 x 702 |
| FAX:  404-656-1379 | FAX:   800.800.6126 |
| Date:  10/01/12 | Pages (including cover sheet):  1 |

| RE:  Civil Investigative Demand regarding 800-520-2224 & 800-585-4902 |
|---|

Ms. Bolton –

The following is subscriber information regarding the two numbers listed above:

Ben Moskel/CYA Denim, Inc., ████████████, Pittsford, NY 14534-9522

In addition to the two numbers listed above, he is the end user for the following other telephone numbers through our service:

| | |
|---|---|
| 1-888-884-2116 | 1-800-760-9161 |
| 1-888-830-6525 | 1-585-433-4341 |
| 1-888-876-2693 | |
| 1-866-487-7817 | |
| 1-888-260-5803 | |
| 1-800-245-3939 | |

The remaining CID information will be prepared for you on Wednesday, October 3, 2012.

Feel free to contact me with questions.
Karen Stark

# ATTACHMENT EE

## CERTIFICATION OF RECORDS OF REGULARLY CONDUCTED ACTIVITY
### Pursuant to 28 U.S.C. § 1746

1.  I, _Heather Blais_, have personal knowledge of the facts set forth below and am competent to testify as follows:

2.  I have authority to certify the authenticity of the records produced by **Call Catchers, Inc. d/b/a Freedom Voice**, or any of its subsidiaries, which are attached hereto.

3.  The documents produced and attached hereto by **Call Catchers, Inc. d/b/a Freedom Voice** are originals or true copies of records of regularly conducted activity that:

   a)  Were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

   b)  Were kept in the course of the regularly conducted activity of **Call Catchers, Inc. d/b/a Freedom Voice**; and

   c)  Were made by the regularly conducted activity as a regular practice of **Call Catchers, Inc. d/b/a Freedom Voice**.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on _October 26_, 2012.

_____
Signature

## Form of Certificate of Compliance*

I/We do certify that all of the documents and information required by the attached Civil Investigative Demand which are in the possession, custody, control, or knowledge of the person to whom the demand is directed have been submitted to a custodian named herein.

If a document responsive to this Civil Investigative Demand has not been submitted, the objections to its submission and the reasons for the objection have been stated.

If an interrogatory or a portion of the request has not been fully answered or a portion of the report has not been completed, the objections to such interrogatory or uncompleted portion and the reasons for the objections have been stated.

Signature _____

Title _____

Sworn to before me this day

_____
Notary Public

State of California, County of __ San Diego
Subscribed and sworn to (or affirmed) before me on this
__ day of __ Oct __ 2012, by
Heather Blau
proved to me on the basis of satisfactory evidence to be
the person(s) who appeared before me.
Signature _____  (seal)

D. L. DUNCAN
Commission No. 1950173
NOTARY PUBLIC-CALIFORNIA
SAN DIEGO COUNTY
My Comm. Expires AUGUST 28, 2015.

*In the event that more than one person is responsible for complying with this demand, the certificate shall identify the documents for which each certifying individual was responsible.  In place of a sworn statement, the above certificate of compliance may be supported by an unsworn declaration as provided for by 28 U.S.C. § 1746.

FTC Form 144-Back (rev. 2/08)

# ATTACHMENT FF



You are currently not working on any case

VFS Customer 56806 Owner: - Primary Contact: david dabease - Phone: 8194950564

Add New Alert

No alerts on this account.

Active Only ○ Canceled Only ○ Include Canceled

| Quantity | Product Code | Description | Reaction | Application | Total MRC | MRC | Start Date | GUID |
|---|---|---|---|---|---|---|---|---|
| 1 | 800#NVO | Additional 800# ($5/month) | * 8004975331 | San Diego | $0.00 | $0.00 | 7/24/2007 | 214521 |
| 1 | SETNVO | Set Up Fee | | | $0.00 | $0.00 | 7/24/2007 | 214522 |
| 1 | MF6NVO | Call Limiting | | | $0.00 | $0.00 | 7/24/2007 | 214523 |

You are currently not working on any case

VPS Customer 555008 Owner - Primary Contact: david clabeaux - Phone: 8134950364

+ Add New Alert

Alert Added On:

No alerts on this account.

General | Products | **Billing** | Case | History | Call History | Network Sites

Billing Summary

Converted To New Billing Date 6/13/2012

| Current Payment Method: | CreditCard | dave clabeaux, 46XXXXXXXXXX6574, 10/14 | Edit | Total Balance: | $74.27 | Last Balance Due On: | 10/27/2012 |
|---|---|---|---|---|---|---|---|
| MRC: | $9.95 | Deposit: | $25.00 | Average Monthly Invoice: | $74.00 | Total Pending Charges: | $0.00 |
| Last Payment Amount: | $93.64 | Last Payment Date: | 9/27/2012 | Lifetime Invoiced: | $395.01 | Lifetime Paid: | $295.74 |
| YTD Invoiced: | $370.01 | YTD Paid: | $295.74 | Adjustment Total: | $0.00 | Goodwill Credit Total: | $0.00 |
| Start Date: | 5/24/2012 | Billing Day: | 24 | Due Date Offset from Billing Day: | 3 | Hold Date: | 10/30/2012 |

Invoices to:

david clabeaux | daveclabeaux@yahoo.com | Remove

# ATTACHMENT GG

Six Figure Program

# Six Figure Program

The Six Figure Program Has Been Advertised On:    

**HOME**   ORDER NOW   ABOUT US   FAQS   CONTACT US   GUARANTEE

**Fact:**   **Two Average Guys from Humble Beginnings Are Making 1.2 Million Per Year from Their Websites.**

**Fact:**   **Their Students Are Making Up to $15,000 Per Month from Their Home Computers.**

**Fact:**   **More Than Half of the Students Receive Their First Check Within 7 – 10 Days.**

**Enter your information below to get started**





Get Started!

The Six Figure Program Has Been Advertised On:    

Dave Clabeaux          Ben Moskel

You should know that our current success came after years working this program. Although we make over $1 Million per year on the Internet, you should not expect to make that much. It took us about two years before we made a Million dollars per year from our websites. The typical student has a check for $10-$15 delivered via First Class U.S. Mail in about 7-10 days. A portion of students do nothing and consequently make nothing. Our top students are making $15,000 per month take-home pay. Again, this isn't a typical result, but it all depends on how much time and effort you put into the Program. This is not a lazy person get-rich product. Those programs are usually scams. If you're willing to do whatever it takes and if you follow directions, you can expect to make what 53% of students

Six Figure Program

make – which is a minimum of $10-15 within 7 days. Your first check is sent via First Class US Mail although many of the companies pay you via bank wire or direct deposit.



**True Story: We travel the World. We drive new BMWs. We have made over $5 Million Dollars and make as much as <u>$22,307 per day</u> - all from the Internet using our laptops or home computer.** We have no employees, no inventory, no fancy office, and no fancy computer or website skills. Here's a legitimate, **no scam** program that let's you make money from your laptop or home computer.

This is a <u>**true story**</u>. We live the Internet lifestyle and there is NO BS. We can document every word with income statements, bank deposits, Affidavits, IRS forms, and photos and videos from all the exotics places we've been to because of our Internet business.



## How We Quit Our Jobs as A Miserable Insurance Lawyer and a Teacher with This One Weird Trick

Let us take you back to 2004. I graduated law school and passed the bar exam. I expected big pay checks and a cushy lifestyle. Instead, I found myself processing insurance claims in a sweaty backwater law office. My boss worked me like a plow horse and sent me home on Fridays with a tiny paycheck.

Six Figure Program

I endured this torture for a few months thinking every day that there must be a better way. One day I discovered a co-worker who was making $10,000 per month from a simple website. She told me what to do. I was intrigued and got Dave involved. He was stuck in a teaching job that was not getting him anywhere financially. We began by setting up a website and pretty soon we were making $300 per day - all from a simple website - with just a few hours of "work".

In October of 2006, I told my boss to shove it. Remember, this is all **100% true**. You can look this up for yourself.

It's 2011 and we have made over $5 Million Dollars from simple websites. Some days we make as much as $22,000 in a single day without any employees, inventory, product or service to sell. We drive BMWs, take our wives on expensive vacations, and happily work from our laptops or home offices.

<u>Disclaimer</u>

## Are You Willing to Do Whatever it Takes to Make Money from Your Home Computer or Laptop?

This business is NOT for everyone. It is only for people who are motivated. It is not multi-level marketing or a get-rich-by-sitting-on-the-couch or any of the scams you'll find peddled on the Internet.

This is a program for serious, motivated, people who want the Internet Lifestyle. We share our exact secrets. You will need a website - which we can build for you. And you will need to dedicate at least a few hours of your time to the system.

**Here's how the program works: Big companies pay you money on the Internet. You post a link and you get paid when people using the Internet and your link buy things and sign up for services.**

**You've heard of the companies that pay you online. There's more than 2,000 currently paying people like you online. Here's just a few of these companies:**

| | |
|---|---|
| ▪ Prada | ▪ **Sony** |
| ▪ **Louis Vuitton** | ▪ Verizon |
| ▪ Best Buy | ▪ **Nike** |
| ▪ **American Express** | ▪ Ralph Lauren |
| ▪ Oakley Sunglasses | ▪ **Tiffany & Co.** |
| ▪ **Travelocity** | ▪ Samsung |
| ▪ Carnival Cruise Lines | and many, many, more! |

Remember, this is NOT a scam. I've put some real commission checks here for you to see. Our system is proven and simple - yet very few others have yet to get in on this new Internet opportunity.

<u>Disclaimer</u>



http://www.sixfigureprogram.com/2012/[6/7/2012 5:13:25 PM]

Six Figure Program



$46,620.00 - One Month's Commission
Check - Just From People Filling Out Forms!



$4,208.25 Monthly Check From a Big Brand
Electronics Company!



$4,991.00 - One Week's Commission from
a Popular Credit Card Company



Six Figure Program

**$2,520.00 - One Week's Commission from
a Popular Online Travel Company**

We've shared our secrets with other students who have also achieved extreme success and now work from home. You can see some of our REAL success stories in the video at the top of this website. These are **real people** - not actors. They just applied our step-by-step program. You probably have seen us advertised on CNN.com, ESPN.com, FOX News, MSNBC, and ABC.

You might think that we are Internet nerds or computer hackers. WRONG! We have very few computer skills and use dirt simple websites. Some people call our websites UGLY. We don't care. Our "ugly" websites make us as much as $22,000 per day.

You should know that our current success came after years working this program. Although we make over $1 Million per year on the Internet, you should not expect to make that much. It took us about two years before we made a Million dollars per year from our websites. The typical student has a check for $10-$15 delivered via First Class U.S. Mail in about 7-10 days. A portion of students do nothing and consequently make nothing. Our top students are making $15,000 per month take-home pay. Again, this isn't a typical result, but it all depends on how much time and effort you put into the Program. This is not a lazy person get-rich product. Those programs are usually scams. If you're willing to do whatever it takes and if you follow directions, you can expect to make what 53% of students make - which is a minimum of $10-15 within 7 days. Your first check is sent via First Class US Mail although many of the companies pay you via bank wire or direct deposit.

## The REAL Reason Why People Fail at Making Money on The Internet

Perhaps you've already bought another course on making money on the Internet. Why aren't you rich yet? Here is one reason why people fail at getting rich from the Internet: The so-called Gurus and Internet experts are selling old out-dated programs that don't work anymore.

Sadly these gurus get rich by selling outdated information. Our members enjoy only the hottest, most cutting edge techniques that work. We know because we use the same exact powerful secrets.

**In fact, here is one of our $9,000 per month websites:**

Six Figure Program



This is a real $9,000 per month website that has already made over $33,000.

Disclaimer

# Do I Need Advanced Computer Skills to Make Money?

Nope! You won't need advanced computer skills with The Six Figure Program. You probably have more skills right now than we did when we got started. We made money online with almost no computer skills or technological knowledge. In fact, when we got started, we could not even send an attachment to an email message!

**The Six Figure Program allows you to Sit back and relax while you work from the comfort of your home computer!**

RETAIL VALUE: $99.99

ORDER NOW: $27.00

90-Day Money-Back Guarantee

**Enter your information below to get started**



Six Figure Program





## Here are Just a Few of the Testimonials We've Received!





http://www.sixfigureprogram.com/2012/[6/7/2012 5:13:25 PM]

Six Figure Program



<u>Disclaimer</u>

# Achieve 100% Financial and Personal Independence

The Six Figure Program is not only a sure-fire money making system, it is a vehicle by which you can finally live the lifestyle you imagined for yourself.

Most people waste their lives dredging away at dead-end jobs, trying to please miserable bosses, and desperately trying to make ends meet. Those people spend all their time and energy complaining that their life failed to meet their expectations. Those same people do nothing about it!

This is not surprising considering the paralyzing effect of the "FEAR OF FAILURE."



Some of our top students are making between $1,200 and $15,000 per month.

They work from their laptops and their home computers. They don't have to call anybody or sell anything face-to-face. Their websites do all of the work. There is no customer service.

They get checks in the mail from big brand companies that you've heard of – such as credit card companies, car companies, books, music, and computer software. Some of these companies pay

Six Figure Program

you by direct deposit too!

## But I am Still Skeptical?

Justin was skeptical too. He took a leap of faith and tried out the program. In fact, just the opposite is true. For example, Justin, a Six Figure Program student, is on pace to make $54,000 per year from his simple website. Justin is not college educated. He is just 19 years old!

Justin doesn't have the education and skills for the "corporate" workplace. No matter. He achieved rapid success with a simple website because he followed a proven system and he took action.

The typical person who joins and follows the simple steps laid out in the program has a check for at least $20 sent to their house within 7 - 10 business days.

It's kind of like buying exercise equipment. You can spend $3,000 on a Bowflex machine or a treadmill, but if you leave it sitting in the corner of your basement, you aren't going to lose weight.

The Six Figure Program is the same way. People who just want to make a few extra bucks and do the bare minimum make as little as $20 a week. However, there are some people who have used the system and are now making as much as $15,000 per month. It all depends on how much extra income you want and the amount of effort you are willing to put into it.

Because you found the Six Figure Program you have already taken the most difficult step - you made the decision to give yourself a better life! Let us show you how to get your first check in 7-10 business days. Just do what we tell you in the DVD and videos and you can prove to your family and friends that you can make money online.

The Six Figure Program is the perfect step towards making an income from your home computer or your laptop. We know you're anxious to make money online. Let us show you how!

Plus, the Six Figure Program is a true no-risk, high reward method. There are no business start up fees, investment capital or infrastructure involved!

## Once you receive the Six Figure Program, you will literally be able to sit down at your computer and start making money.

## You'll receive your first check within 7-10 days!

### Here Is Exactly What Is Included:



**Six Figure Program Video Tutorial Series**

Learn the business and make money by literally sitting back and watching our training videos! Dozens of ultra-valuable training videos, packed with our greatest money-making secrets! The best part is, we keep adding new material each week as we learn new secrets! We also post new videos after EVERY seminar we attend! ($500 Value)

Six Figure Program



### Six Figure Program Quick Start DVD

Designed for speed, this Full Color DVD contains the 3 easy steps for you to start making money. Follow along on your home computer or laptop and get your first commission check within 7-10 days!($60 Value)



### 30 Minute Audio Coaching Session with Ben and Dave

For that one-on-one help that some people need. ($500 Value)



### An Official Copy of The Online Entrepreneur

96 page book which explains in detail exactly how the program works including tips, tricks, and little known strategies. (Retails for $59.95 at Amazon.com and Barnes & Noble Bookstores)



### Claim Cash Special Report

Want a sure-fire way of getting your first check in the mail within just 7-10 days? This 11 page special report reveals a simple step-by-step process for getting paid almost immediately. (Value $49)



### SPECIAL BONUS - We Will Build Your Website for You!!!

On top of that, we will also give you a powerful Website Editor Tool. We had our software engineer design this so that after we build your site, you can make quick and easy changes to it yourself! You'll also need web hosting, but we will point you in the right direction. ($500 Value - Limited Time Offer)



## Sit back and relax while you work from the comfort of your home computer!

Immediate Online Access!! No Monthly Membership!! Lifetime Access to Our Best Training Material Forever!! Start Making Money Today!!

# ORDER NOW: $27.00

90-Day Money-Back Guarantee

Six Figure Program

# FREE BONUS: Facebook Millions!



✓ YES! I want the Six Figure Program plus the FREE Bonus Facebook Millions for a one-time fee of $27.00. I understand there is a no-questions-asked 90-day money-back guarantee. I understand that I can keep the the FREE Bonus "Facebook Millions" just for giving the Six Figure Program a try.

**Enter your information below to get started**





## CALL NOW!!!
## 1-800-585-4902

You should know that our current success came after years working this program. Although we make over $1 Million per year on the Internet, you should not expect to make that much. It took us about two years before we made a Million dollars per year from our websites. The typical student has a check for $10-$15 delivered via First Class U.S. Mail in about 7-10 days. A portion of students do nothing and consequently make nothing. Our top students are making $15,000 per month take-home pay. Again, this isn't a typical result, but it all depends on how much time and effort you put into the Program. This is not a lazy person get-rich product. Those programs are usually scams. If you're willing to do whatever it takes and if you follow directions, you can expect to make what 53% of students make - which is a minimum of $10-15 within 7 days. Your first check is sent via First Class US Mail although many of the companies pay you via bank wire or direct deposit.

HOME  |  ORDER THE SIX FIGURE PROGRAM  |  ABOUT US  |  FAQ  |  GUARANTEE  |  PRIVACY POLICY

Copyright 2006-2011 Six Figure Program

Six Figure Program

# Six Figure Program


The Six Figure Program Has Been Advertised On:

**HOME**   ORDER NOW   ABOUT US   FAQS   CONTACT US   GUARANTEE

**Fact:**   **Two Average Guys from Humble Beginnings Are Making 1.2 Million Per Year from Their Websites.**

**Fact:**   **Their Students Are Making Up to $15,000 Per Month from Their Home Computers.**

**Fact:**   **More Than Half of the Students Receive Their First Check Within 7 – 10 Days.**

**Enter your information below to get started**



Get Started!

The Six Figure Program Has Been Advertised On: 

Dave Clabeaux                Ben Moskel

You should know that our current success came after years working this program. Although we make over $1 Million per year on the Internet, you should not expect to make that much. It took us about two years before we made a Million dollars per year from our websites. The typical student has a check for $10-$15 delivered via First Class U.S. Mail in about 7-10 days. A portion of students do nothing and consequently make nothing. Our top students are making $15,000 per month take-home pay. Again, this isn't a typical result, but it all depends on how much time and effort you put into the Program. This is not a lazy person get-rich product. Those programs are usually scams. If you're willing to do whatever it takes and if you follow directions, you can expect to make what 53% of students

Six Figure Program

make - which is a minimum of $10-15 within 7 days. Your first check is sent via First Class US Mail although many of the companies pay you via bank wire or direct deposit.



## True Story: We travel the World. We drive new BMWs. We have made over $5 Million Dollars and make as much as $22,307 per day - all from the Internet using our laptops or home computer. We have no employees, no inventory, no fancy office, and no fancy computer or website skills. Here's a legitimate, **no scam** program that let's you make money from your laptop or home computer.

This is a **true story**. We live the Internet lifestyle and there is NO BS. We can document every word with income statements, bank deposits, Affidavits, IRS forms, and photos and videos from all the exotics places we've been to because of our Internet business.



An International Company Interviewed Us About the Six Figure Program

## How We Quit Our Jobs as A Miserable Insurance Lawyer and a Teacher with This One Weird Trick

Let us take you back to 2004. I graduated law school and passed the bar exam. I expected big pay checks and a cushy lifestyle. Instead, I found myself processing insurance claims in a sweaty backwater law office. My boss worked me like a plow horse and sent me home on Fridays with a tiny paycheck.

Six Figure Program

I endured this torture for a few months thinking every day that there must be a better way. One day I discovered a co-worker who was making $10,000 per month from a simple website. She told me what to do. I was intrigued and got Dave involved. He was stuck in a teaching job that was not getting him anywhere financially. We began by setting up a website and pretty soon we were making $300 per day - all from a simple website - with just a few hours of "work".

In October of 2006, I told my boss to shove it. Remember, this is all **100% true**. You can look this up for yourself.

It's 2011 and we have made over $5 Million Dollars from simple websites. Some days we make as much as $22,000 in a single day without any employees, inventory, product or service to sell. We drive BMWs, take our wives on expensive vacations, and happily work from our laptops or home offices.

Disclaimer

## Are You Willing to Do Whatever it Takes to Make Money from Your Home Computer or Laptop?

This business is NOT for everyone. It is only for people who are motivated. It is not multi-level marketing or a get-rich-by-sitting-on-the-couch or any of the scams you'll find peddled on the Internet.

This is a program for serious, motivated, people who want the Internet Lifestyle. We share our exact secrets. You will need a website – which we can build for you. And you will need to dedicate at least a few hours of your time to the system.

**Here's how the program works: Big companies pay you money on the Internet. You post a link and you get paid when people using the Internet and your link buy things and sign up for services.**

**You've heard of the companies that pay you online. There's more than 2,000 currently paying people like you online. Here's just a few of these companies:**

| | |
|---|---|
| • Prada | • **Sony** |
| • **Louis Vuitton** | • Verizon |
| • Best Buy | • **Nike** |
| • **American Express** | • Ralph Lauren |
| • Oakley Sunglasses | • **Tiffany & Co.** |
| • **Travelocity** | • Samsung |
| • Carnival Cruise Lines | and many, many, more! |

Remember, this is NOT a scam. I've put some real commission checks here for you to see. Our system is proven and simple - yet very few others have yet to get in on this new Internet opportunity.

Disclaimer



Six Figure Program



**$46,620.00 - One Month's Commission Check - Just From People Filling Out Forms!**



**$4,208.25 Monthly Check From a Big Brand Electronics Company!**



**$4,991.00 - One Week's Commission from a Popular Credit Card Company**



Six Figure Program

**$2,520.00 - One Week's Commission from a Popular Online Travel Company**

We've shared our secrets with other students who have also achieved extreme success and now work from home. You can see some of our REAL success stories in the video at the top of this website. These are **real people** - not actors. They just applied our step-by-step program. You probably have seen us advertised on CNN.com, ESPN.com, FOX News, MSNBC, and ABC.

You might think that we are Internet nerds or computer hackers. WRONG! We have very few computer skills and use dirt simple websites. Some people call our websites UGLY. We don't care. Our "ugly" websites make us as much as $22,000 per day.

You should know that our current success came after years working this program. Although we make over $1 Million per year on the Internet, you should not expect to make that much. It took us about two years before we made a Million dollars per year from our websites. The typical student has a check for $10-$15 delivered via First Class U.S. Mail in about 7-10 days. A portion of students do nothing and consequently make nothing. Our top students are making $15,000 per month take-home pay. Again, this isn't a typical result, but it all depends on how much time and effort you put into the Program. This is not a lazy person get-rich product. Those programs are usually scams. If you're willing to do whatever it takes and if you follow directions, you can expect to make what 53% of students make - which is a minimum of $10-15 within 7 days. Your first check is sent via First Class US Mail although many of the companies pay you via bank wire or direct deposit.

## The REAL Reason Why People Fail at Making Money on The Internet

Perhaps you've already bought another course on making money on the Internet. Why aren't you rich yet? Here is one reason why people fail at getting rich from the Internet: The so-called Gurus and Internet experts are selling old out-dated programs that don't work anymore.

Sadly these gurus get rich by selling outdated information. Our members enjoy only the hottest, most cutting edge techniques that work. We know because we use the same exact powerful secrets.

**In fact, here is one of our $9,000 per month websites:**

Six Figure Program



This is a real $9,000 per month website that has already made over $33,000.

Disclaimer

# Do I Need Advanced Computer Skills to Make Money?

Nope! You won't need advanced computer skills with The Six Figure Program. You probably have more skills right now than we did when we got started. We made money online with almost no computer skills or technological knowledge. In fact, when we got started, we could not even send an attachment to an email message!

**The Six Figure Program allows you to Sit back and relax while you work from the comfort of your home computer!**

RETAIL VALUE: ~~$99.95~~

ORDER NOW: $27.00

90-Day Money-Back Guarantee

**Enter your information below to get started**



http://www.sixfigureprogram.com/2012/index.php[6/7/2012 5:13:33 PM]

Six Figure Program





## Here are Just a Few of the Testimonials We've Received!







Disclaimer

# Achieve 100% Financial and Personal Independence

The Six Figure Program is not only a sure-fire money making system, it is a vehicle by which you can finally live the lifestyle you imagined for yourself.

Most people waste their lives dredging away at dead-end jobs, trying to please miserable bosses, and desperately trying to make ends meet. Those people spend all their time and energy complaining that their life failed to meet their expectations. Those same people do nothing about it!

This is not surprising considering the paralyzing effect of the "FEAR OF FAILURE."



Some of our top students are making between $1,200 and $15,000 per month.

They work from their laptops and their home computers. They don't have to call anybody or sell anything face-to-face. Their websites do all of the work. There is no customer service.

They get checks in the mail from big brand companies that you've heard of – such as credit card companies, car companies, books, music, and computer software. Some of these companies pay

Six Figure Program

you by direct deposit too!

## But I am Still Skeptical?

Justin was skeptical too. He took a leap of faith and tried out the program. In fact, just the opposite is true. For example, Justin, a Six Figure Program student, is on pace to make $54,000 per year from his simple website. Justin is not college educated. He is just 19 years old!

Justin doesn't have the education and skills for the "corporate" workplace. No matter. He achieved rapid success with a simple website because he followed a proven system and he took action.

The typical person who joins and follows the simple steps laid out in the program has a check for at least $20 sent to their house within 7 - 10 business days.

It's kind of like buying exercise equipment. You can spend $3,000 on a Bowflex machine or a treadmill, but if you leave it sitting in the corner of your basement, you aren't going to lose weight.

The Six Figure Program is the same way. People who just want to make a few extra bucks and do the bare minimum make as little as $20 a week. However, there are some people who have used the system and are now making as much as $15,000 per month. It all depends on how much extra income you want and the amount of effort you are willing to put into it.

Because you found the Six Figure Program you have already taken the most difficult step - you made the decision to give yourself a better life! Let us show you how to get your first check in 7-10 business days. Just do what we tell you in the DVD and videos and you can prove to your family and friends that you can make money online.

The Six Figure Program is the perfect step towards making an income from your home computer or your laptop. We know you're anxious to make money online. Let us show you how!

Plus, the Six Figure Program is a true no-risk, high reward method. There are no business start up fees, investment capital or infrastructure involved!

## Once you receive the Six Figure Program, you will literally be able to sit down at your computer and start making money.

## You'll receive your first check within 7-10 days!

## Here Is Exactly What Is Included:



### Six Figure Program Video Tutorial Series

Learn the business and make money by literally sitting back and watching our training videos! Dozens of ultra-valuable training videos, packed with our greatest money-making secrets! The best part is, we keep adding new material each week as we learn new secrets! We also post new videos after EVERY seminar we attend! ($500 Value)

Six Figure Program



### Six Figure Program Quick Start DVD

Designed for speed, this Full Color DVD contains the 3 easy steps for you to start making money. Follow along on your home computer or laptop and get your first commission check within 7-10 days!($60 Value)



### 30 Minute Audio Coaching Session with Ben and Dave

For that one-on-one help that some people need. ($500 Value)



### An Official Copy of The Online Entrepreneur

96 page book which explains in detail exactly how the program works including tips, tricks, and little known strategies. (Retails for $59.95 at Amazon.com and Barnes & Noble Bookstores)



### Claim Cash Special Report

Want a sure-fire way of getting your first check in the mail within just 7-10 days? This 11 page special report reveals a simple step-by-step process for getting paid almost immediately. (Value $49)



### SPECIAL BONUS - We Will Build Your Website for You!!!

On top of that, we will also give you a powerful Website Editor Tool. We had our software engineer design this so that after we build your site, you can make quick and easy changes to it yourself! You'll also need web hosting, but we will point you in the right direction. ($500 Value - Limited Time Offer)



## Sit back and relax while you work from the comfort of your home computer!

Immediate Online Access!! No Monthly Membership!! Lifetime Access to Our Best Training Material Forever!! Start Making Money Today!!

# ORDER NOW: $27.<sup>00</sup>

### 90-Day Money-Back Guarantee

Six Figure Program

# FREE BONUS: Facebook Millions!



☑ YES! I want the Six Figure Program plus the FREE Bonus Facebook Millions for a one-time fee of $27.00. I understand there is a no-questions-asked 90-day money-back guarantee. I understand that I can keep the the FREE Bonus "Facebook Millions" just for giving the Six Figure Program a try.

**Enter your information below to get started**





You should know that our current success came after years working this program. Although we make over $1 Million per year on the Internet, you should not expect to make that much. It took us about two years before we made a Million dollars per year from our websites. The typical student has a check for $10-$15 delivered via First Class U.S. Mail in about 7-10 days. A portion of students do nothing and consequently make nothing. Our top students are making $15,000 per month take-home pay. Again, this isn't a typical result, but it all depends on how much time and effort you put into the Program. This is not a lazy person get-rich product. Those programs are usually scams. If you're willing to do whatever it takes and if you follow directions, you can expect to make what 53% of students make - which is a minimum of $10-15 within 7 days. Your first check is sent via First Class US Mail although many of the companies pay you via bank wire or direct deposit.

HOME  |  ORDER THE SIX FIGURE PROGRAM  |  ABOUT US  |  FAQ  |  GUARANTEE  |  PRIVACY POLICY

Copyright 2006-2011 Six Figure Program

Order Now | Six Figure Program



HOME    **ORDER NOW**    ABOUT US    FAQS    CONTACT US    GUARANTEE

**The Six Figure Program allows you to Sit back and relax while you work from the comfort of your home computer!**

**RETAIL VALUE:** ~~$99.95~~

**ORDER NOW:** $**27.**00

90-Day Money-Back Guarantee



**Enter your information below to get started**



## Here Is Exactly What Is Included:

➤ **Six Figure Program Video Tutorial Series**

Learn the business and make money by literally sitting back and watching our training videos! Dozens of ultra-valuable training videos, packed with our greatest money-making secrets! The best part is, we keep adding new material each week as we learn new secrets! We also post new videos after EVERY seminar we attend! ($500 Value)

➤ **Six Figure Program Quick Start DVD**

Designed for speed, this Full Color DVD contains the 3 easy steps for you to start making money. Follow along on your home computer or laptop and get your first commission check within 7-10 days!($60 Value)

➤

Order Now | Six Figure Program

### 30 Minute Audio Coaching Session with Ben and Dave

For that one-on-one help that some people need. ($500 Value)

### ➤ An Official Copy of The Online Entrepreneur

96 page book which explains in detail exactly how the program works including tips, tricks, and little known strategies. (Retails for $59.95 at Amazon.com and Barnes & Noble Bookstores)

### ➤ Claim Cash Special Report

Want a sure-fire way of getting your first check in the mail within just 7-10 days? This 11 page special report reveals a simple step-by-step process for getting paid almost immediately. (Value $49)

### ➤ SPECIAL BONUS - We Will Build Your Website for You!!!

On top of that, we will also give you a powerful Website Editor Tool. We had our software engineer design this so that after we build your site, you can make quick and easy changes to it yourself! You'll also need web hosting, but we will point you in the right direction. ($500 Value)

Copyright 2006-2011 Six Figure Program

About Us | Six Figure Program



HOME   ORDER NOW   **ABOUT US**   FAQS   CONTACT US   GUARANTEE



## About Us



**Ben Moskel -** is a native of the upstate New York area. After graduating law school he worked as an attorney defending large corporate businesses. Ben soon grew tired of the long hours and demanding schedule and began looking to escape the "rat race."

He learned about Affiliate Marketing from a co-worker who explained that you could make money with just a computer and a website! Ben comments now that "I was very skeptical at first because it simply seemed too good to be true. However, when I saw that she was the youngest attorney in our law firm and drove the nicest car in the lot (BMW 7-Series) I started to believe!"

Ben later started his first affiliate website (www.mallbizz.com) and was soon earning more from his affiliate website than from his attorney salary. As his website business grew he realized that Affiliate Marketing was not only more lucrative than working as a lawyer, but gave him the independence he always dreamed of.

He quit his lawyer job and has never looked back. He now enjoys being able to set his own schedule and the perks that come with being your own boss (such as working in jeans and a t-shirt). He comments that "Affiliate Marketing is truly an amazing opportunity since it harnesses the massive potential of the Internet." He explains that affiliate websites run 24/7 regardless of whether you are working and jokes that "There are few things in life better than making money while you sleep!"

**Dave Clabeaux -** is originally from Western New York but relocated to Tampa, Florida for a warmer climate. Before he discovered Affiliate Marketing he was working as an English Professor and a second job as an author for Houghton-Mifflin, one of the largest producers of textbooks in the United States and Canada. As a result of having two full-time jobs and always operating under the intense pressure



of book deadlines, Dave found himself working long into the evening and nearly every weekend.

Dave believed that there had to be a better way to make money. He always heard stories about people who used the Internet to become millionaires. He learned first hand that such a thing was possible when Ben Moskel, his best friend and college teammate, quit his job as an attorney because he was making more money with his website!

Dave quickly launched his own affiliate website. Using only the tips that Ben gave him and his passion for snow boarding, he created a massively successful affiliate business promoting ski and snow boarding equipment. In less than twelve months he was earning nearly $500,000 per year from a small group of websites. Dave left his corporate job and now works solely as an affiliate marketer. He comments that he never believed in the idea of working hard for 80% of your life only to retire when you are "too old to enjoy it."

When asked what he enjoys most about Affiliate Marketing, he says that it is the mobility it offers: "I like that I have the freedom to work wherever I choose. My two favorite places to work are poolside in my backyard and from my suite at the Rio Las Vegas. With Affiliate Marketing you can work anywhere as long as you have Internet access."

Dave admits that he is fortunate to have discovered Affiliate Marketing and enjoys seeing others succeed. He has transferred his natural teaching skills into empowering others to reach financial independence. He comments that: "I know what it feels like to be a prisoner of your job and how desperate it you can make you feel. It is truly rewarding for me to show others how they can quit their jobs and enjoy the ideal lifestyle."

About Us | Six Figure Program

**The Six Figure Program allows you to
Sit back and relax while you work from
the comfort of your home computer!**

**RETAIL VALUE:** $99.95

**ORDER NOW:** $**27.**00

90-Day Money-Back Guarantee

**Enter your information below to get
started**







An International Company Interviewed Us
About the Six Figure Program

About Us | Six Figure Program



Hear us on the radio as "The Internet Experts" - which airs Saturday mornings at 10:00 a.m. PST



Troy McClain from Donald Trump's *The Apprentice* hit TV show spoke a recent Six
Figure Program event

About Us | Six Figure Program



Teaching some of our students at our annual clinic in New York City.

About Us | Six Figure Program



Dave and his girlfriend Abi enjoying a night out on New Year's Eve.

*"Vacations are much more relaxing as an affiliate marketer since your websites continue to make money even when you are out having fun! "*



Ben and his wife Casey in Las Vegas for an Affiliate Marketing convention.

*"Las Vegas is one of my favorite places and going there for "business" is a great excuse for a vacation!"*



Here we are working the floor at Affiliate Summit East in Boston, MA.

We made some great new contacts and even had time to catch a Red Sox game at Fenway Park!

Dave and I recently attended ad:tech New York. For those of you who do not already know, ad:tech New York is **one of the largest marketing conventions in the world**, with a ton of top affiliate networks, marketing firms, and other Internet based companies.

We attend conferences like this *at least* once every two months in order to keep the information we provide in The Six Figure Program **cutting edge and up-to-date**. We update our materials on a quarterly basis to insure that you are getting the latest and greatest affiliate marketing knowledge.

Below are some pictures from the trip—enjoy!

About Us | Six Figure Program



Ben's brother Dan went with us to the ad-tech convention. Dan just recently quit his job and is beginning to enjoy living the "entrepreneurial lifestyle."



Meeting with some of our star students who are making serious money online.

About Us | Six Figure Program



Here we are working with some ambitious
students at one of our Mastermind Sessions.



Another weekend Mastermind Session at Dave's home office
in Tampa, Florida.

About Us | Six Figure Program



We work hard and play hard. This is from a 10,000 foot
mountain peek in the Rockies - one of our annual extreme
adventure trips paid for by an affiliate company



Meeting with some of our most successful students in Las Vegas to share
cutting edge Internet strategies.

About Us | Six Figure Program



HOME  |  ORDER THE SIX FIGURE PROGRAM  |  ABOUT US  |  FAQ  |  GUARANTEE  |  PRIVACY POLICY

Copyright 2006-2011 Six Figure Program

FAQ | Six Figure Program



HOME    ORDER NOW    ABOUT US    **FAQS**    CONTACT US    GUARANTEE



## Frequently Asked Questions:

■ **Is the Six-Figure Program Legitimate, or is this just another work from home scam?**

The Six Figure Program is absolutely NOT a scam. Myself, Ben Moskel, and Dave Clabeaux are just two ordinary guys. I was a lawyer and Dave was a teacher.

We were both tired of our jobs and wanted to find a way to make money online. We were able to do this and went from living paycheck-to-paycheck to becoming self-made millionaires.

■ **What is the Six-Figure-Program and how does it work?**

The Six Figure Program is a **step-by-step guide** which teaches you exactly how to set up your very own successful Internet business.

The program includes our book - **"The Online Entrepreneur"** (retails for $59.95 at Amazon.com and Barnes & Noble Bookstores), the **Quick Start DVD**, an **audio coaching session with Ben and Dave, free customized professionally designed website**, and everything you need to get started in order to cash your first commission check!

■ **What kind of companies can I make money from?**

The possibilities are virtually limitless. You can make money from any company that does business over the internet. Some examples include: Prada, American Express, Citi Card, Bank of America, Esurance, Expedia, Prada, Juicy Couture, UGG Boots, Carnival Cruise Lines, more!

■ **Does The Program work Internationally?**

YES! You can operate The Six Figure Program even if you live outside of the United States. In fact, two of our most sucessful customers live in Canada and the UK.

http://www.sixfigureprogram.com/2012/faq.php[6/7/2012 5:13:59 PM]

FAQ | Six Figure Program

■ **Can I See an Example of an Affiliate Marketing Website?**

Absolutely, we created a video to explain affiliate marketing and to show you an example of an affiliate website.

Click Here to Watch the Video

■ **How Much Money Can I Make?**

**Short Answer:** The sky is the limit. We teach you how to build your first website. Using our techniques you can create even more websites and/or promote more products.

You should know that our current success came after years working this program. Although we make over $1 Million per year on the Internet, you should not expect to make that much. It took us about two years before we made a Million dollars per year from our websites. The typical student has a check for $10-$15 delivered via First Class U.S. Mail in about 7-10 days. A portion of students do nothing and consequently make nothing. Our top students are making $15,000 per month take-home pay. Again, this isn't a typical result, but it all depends on how much time and effort you put into the Program. This is not a lazy person get-rich product. Those programs are usually scams. If you're willing to do whatever it takes and if you follow directions, you can expect to make what 53% of students make - which is a minimum of $10-15 within 7 days. Your first check is sent via First Class US Mail although many of the companies pay you via bank wire or direct deposit.
**Here is an example**, American Express is currently paying $200 commission for a credit card referral. If you make just one sale per day, you will earn $73,000.00 per year - and that's just from one single program.

- (1 Sale Per Day at $200 X 365 = $73,000.00).
- Currently, I am earning approximately $60,000 per month solely from my best performing programs. That is equal to a minimum of $720,000 per year!

See some sample commission checks here

■ **I Don't Know Much About Computers, Can I Still Use the Six Figure Program?**

Yes! If you have a basic knowledge of computers you will have no problem using the program. In fact, if you know how to check your email and surf the Internet, you know just as much as we did when we got started!

■ **Do I Need to Invest any of my Own Money?**

The Six-Figure-Progam is a true "No Risk, High Reward" business model. Your costs involve a few dollars a month to host your website (usually this costs around $10 - $12 per month; however, we found a company that does it for $4.88 per month).

■ **Is There a Guarantee?**

Yes, we are so confident in our product that we offer an airtight guarantee. If you are not satified within 90 days simply send us an email, and we will promptly issue a full refund. Plus, keep the free professionally designed website just for giving the Program a try.

FAQ | Six Figure Program

Read More About Our Personal Guarantee

### ■ How Long Before I Start Making Money?

The Six-Figure-Program shows you exactly what to do to immediately start making money. If you follow the instructions you can realistically receive your first commission check within about 7-10 days.

### ■ How Soon Will I Get the Materials?

You will have immediate access to the material: we have posted the videos in a live members area so that you can get started immediately!

### ■ What is Your Return/Refund Policy?

The Six Figure Program is backed by a Full Guarantee. We personally guarantee that you will be 100% satisfied with the product. If you are not satisfied with the Six Figure Program after 90 days, you may request a full refund with no questions asked.

### ■ I See a lot of "Get Rich Quick" Schemes - is your Product like them?

We are not a scam! There are a great number of people who will sell you the latest "get rich quick scheme." These people will tell you that you can get rich by selling garbage on E-Bay or Investing in real estate with no money down. Those programs are all the same: they promise you the moon, but never deliver a thing. Most of these programs tell you that you will get rich, but never actually tell you what you will actually be doing!

**The Six-Figure-Program is different. You know exactly what the Program involves before you invest even one penny!**

## Try It Risk Free - Money Back Guarantee!!!

### ☛ Six Figure Program Video Tutorial Series

Learn the business and make money by literally sitting back and watching our training videos! Dozens of ultra-valuable training videos, packed with our greatest money-making secrets! The best part is, we keep adding new material each week as we learn new secrets! We also post new videos after EVERY seminar we attend! ($500 Value)

### ☛ Six Figure Program Quick Start DVD

Designed for Speed, this Full Color DVD contains the 3 easy steps for you to start making money. Follow along on your home computer or laptop and get your first commission check within 7-10 days!($60 Value)

### ☛ 30 Minute Audio Coaching Session with Ben and Dave

For that one-on-one help that some people need. ($500 Value)

### ☛ An Official Copy of The Online Entrepreneur

96 page book which explains in detail exactly how the program works including tips, tricks, and little known strategies. (Retails for $59.95 at Amazon.com and Barnes & Noble Bookstores)

FAQ | Six Figure Program

### ➤ Claim Cash Special Report

Want a sure-fire way of getting your first check in the mail within just 7-10 days? This 11 page special report reveals a simple step-by-step process for getting paid almost immediately. (Value $49)

### ➤ SPECIAL BONUS - We Will Build Your Website for You!!!

On top of that, we will also give you a powerful Website Editor Tool. We had our software engineer design this so that after we build your site, you can make quick and easy changes to it yourself! You'll also need web hosting, but we will point you in the right direction. ($500 Value - Limited Time Offer)

**The Six Figure Program allows you to Sit back and relax while you work from the comfort of your home computer!**

RETAIL VALUE: $99.95

ORDER NOW: $27.00

90-Day Money-Back Guarantee

**Enter your information below to get started**





HOME | ORDER THE SIX FIGURE PROGRAM | ABOUT US | FAQ | GUARANTEE | PRIVACY POLICY

Copyright 2006-2011 Six Figure Program

Contact Us | Six Figure Program



HOME   ORDER NOW   ABOUT US   FAQS   **CONTACT US**   GUARANTEE

## Contact Us:

You may contact us by email, phone, or regular mail. We will attempt to respond to all written inquiries in a timely manner, usually within the same business day.

■ **Email**

support@sixfigureprogram.com

■ **Phone**

800-585-4902

■ **Regular Mail**

The Six Figure Program
2604 Elmwood Ave
Number 287
Rochester, N.Y. 14618

**The Six Figure Program allows you to Sit back and relax while you work from the comfort of your home computer!**

RETAIL VALUE: ~~$99.95~~

ORDER NOW: $**27.**00

90-Day Money-Back Guarantee

**Enter your information below to get started**



http://www.sixfigureprogram.com/2012/contact.php[6/7/2012 5:14:04 PM]

Contact Us | Six Figure Program





HOME  |  ORDER THE SIX FIGURE PROGRAM  |  ABOUT US  |  FAQ  |  GUARANTEE  |  PRIVACY POLICY

Copyright 2006-2011 Six Figure Program

Guarantee | Six Figure Program



HOME   ORDER NOW   ABOUT US   FAQS   CONTACT US   **GUARANTEE**



## 90 Day, 100% Money-Back Guarantee

If you are unsatisfied with the Six Figure Program for ANY reason, if you feel the 42+ training videos, the published book The Online Entrepreneur, and the website we build for you are not worth MORE than the one-time investment of $27.00 you paid, simply shoot us an email at support@sixfigureprogram.com within 90 days (that's 3 full months!!) and we'll refund your money, no questions asked.

We do our best to provide you with the latest, most up-to-date information available. We are constantly updating our Training Center with the latest, hottest industry secrets as we discover them.

If should ever have a question for us, simply shoot us an email at support@sixfigureprogram.com and we'll answer your email within, at the most, 24 hours!! Excluding weekend and holidays, of course ; )

■ **Email**

support@sixfigureprogram.com

■ **Phone**

1-800-585-4902

■ **Regular Mail**

The Six Figure Program
2604 Elmwood Ave
Number 287
Rochester, N.Y. 14618

**The Six Figure Program allows you to
Sit back and relax while you work from**          **RETAIL VALUE:** ~~$99.95~~

http://www.sixfigureprogram.com/2012/guarantee.php[6/7/2012 5:14:08 PM]

Guarantee | Six Figure Program

**the comfort of your home computer!** **ORDER NOW:** $\$$**27.**
00

90-Day Money-Back Guarantee



**Enter your information below to get started**

First Name

Last Name

Email

**Get Started!**

HOME | ORDER THE SIX FIGURE PROGRAM | ABOUT US | FAQ | GUARANTEE | PRIVACY POLICY

Copyright 2006-2011 Six Figure Program

## Disclaimer

You should know that our current success came after years working this program. Although we make over $1 Million per year on the Internet, you should not expect to make that much. It took us about two years before we made a Million dollars per year from our websites. The typical student has a check for $10-$15 delivered via First Class U.S. Mail in about 7-10 days. A portion of students do nothing and consequently make nothing. Our top students are making $15,000 per month take-home pay. Again, this isn't a typical result, but it all depends on how much time and effort you put into the Program. This is not a lazy person get-rich product. Those programs are usually scams. If you're willing to do whatever it takes and if you follow directions, you can expect to make what 53% of students make - which is a minimum of $10-15 within 7 days. Your first check is sent via First Class US Mail although many of the companies pay you via bank wire or direct deposit.

Close Window

## Privacy Policy

We may collect your personal information but only if you voluntarily provide your personal information such as email address, name, address, phone number. We may collect your name and email address to provide you with a free gift such as our â€œSuccess Blueprintâ€, a free DVD, free video, etc. You will receive such a free gift via email or by way of "snail mail" if we designate same. You may also receive similar emails with other material. You may opt-out of our email list anytime you like. We are can-spam compliant. You can click the unsubscribe link in any email. Or, just send us an email asking us to opt-out which you can send to: ben@sixfigureprogram.com or dave@sixfigureprogram.com.

### Order Information

Customers may use an order form to purchase our products. When you place an order, we collect contact information, such as your shipping and e-mail addresses, and financial information, such as your account or credit card numbers. Contact information from the order form is used to send orders and information to our customers and to get in touch with them when necessary. Financial information is used to bill the customer for products. You also have the option of ordering products over the telephone and you may choose to pay by check, credit card or money order. If you provide your phone number and order, we may send you text messages in the future. However, the text messages are not spam. They are used solely to make certain relevant announcements. You can opt-out of receiving text messages.

### Use of Information

Information collected by The Six Figure Program is used for the following purposes: We collect information to process customer orders, to contact our customers concerning the status of an order or to answer any of their questions. We collect information to contact users about upcoming Six Figure Program sales, promotions, product information, and to participate in contests. Your information may be shared with carefully selected third party partners and may be used by them to inform you of offers, promotions and services from these organizations which may be of interest to you. The Six Figure Program will have access to and will use the personally identifiable information you provide in connection with your purchases on this Website, and it may use your data for payment processing and authorization, fraud protection and credit risk reduction, website evaluation and data analysis, and also for marketing and promotional material distribution for the Six Figure Program family of companies. We may share personal information with our Website hosting partners, and other parties who assist us in operating our Website or conducting Six Figure Program business, so long as those outside parties agree to keep the information confidential. We may release your personal information to comply with the law, to enforce our Website policies, or to protect our or others' rights, property, or safety. We do not sell any information about our users on the individual customer level. As with any business, it is possible that as our business develops, we might sell or buy online stores or other assets. In such transactions, information about customers often is among the transferred assets. Accordingly, in the unlikely event that our company or substantially all of our assets are acquired by a third party, such information may be one of the transferred assets.

### Updating of Information

In order to change or modify information previously provided by you, please choose "My Account" and update your information using the options on this page.

### Changes to Our Privacy Policy

We may amend this Privacy Policy at any time. If we make any material changes in the way we collect, use, and/or share your personal information, we will notify you by sending you an e-mail at the last e-mail address that you provided us, and/or by prominently posting notice of the changes on the Website covered by this Privacy Policy. Any material changes to this Privacy Policy will be effective upon the earlier of thirty (30) calendar days following our transmittal of an e-mail notice to you or thirty (30) calendar days following our posting of the notice of changes on the Website covered by the Privacy Policy. Please note that, at all times, you are responsible for updating your personal information to provide us your current e-mail address. In the event that the last e-mail address that you have provided us is not valid, or for any other reason is not capable of delivering to you the notice described above, our transmittal of the e-mail containing such notice will nevertheless constitute effective notice of the changes described in the notice. In

any event, changes to this Privacy Policy may affect our use of personal information that you provided us prior to our notification to you of the changes. If you do not wish to permit changes in our use of your information, you must notify us prior to the effective date of the changes that you wish to deactivate your account with us.

### Cookies

The Six Figure Program does place a feature called a "cookie" on your hard drive. A cookie is a small data file that is sent to your browser from a web server and stored on your computer's hard drive. A cookie may contain certain information, such as a unique user session ID number, which is used to track the page(s) you visited. This unique number allows us to keep track of your order as you shop on our site. Cookies also allow us to recognize registered users when they visit, and to provide those customers with specific related information. If you register with us or order from our Website, we use cookies to monitor and maintain information about how you use our Website and what you buy. If you do not register or buy from the site, we may monitor and maintain information about your use of our Website in order to improve your shopping experience. Our Website logs do generate certain kinds of non-identifying site usage data, such as the number of visits to our Website and pages viewed. This information is used for internal purposes by technical support staff to provide better service to you. Most Web browsers automatically accept cookies, but you can usually change the configuration of your browser to prevent this from occurring. Even without a cookie, you can still take advantage of most of the features of our Website, including making a purchase, but we will not be able to recognize you as a registered user unless you log-in.

### Contact Information

Six Figure Program
1608 S. Ashland Ave # 17763
Chicago, IL 60608

### Phone

1-800-497-5331

### Email

dave@sixfigureprogram.com
ben@sixfigureprogram.com

Affiliate Marketing Video - 2 Minute Crash Course



HOME    ORDER NOW    ABOUT US    FAQS    CONTACT US    GUARANTEE

**The Six Figure Program allows you to
Sit back and relax while you work from
the comfort of your home computer!**

RETAIL VALUE: ~~$99.95~~

ORDER NOW: $**27.**
00

90-Day Money-Back Guarantee

**Enter your information below to get
started**

Affiliate Marketing Video - 2 Minute Crash Course



HOME  |  ORDER THE SIX FIGURE PROGRAM  |  ABOUT US  |  FAQ  |  GUARANTEE  |  PRIVACY POLICY

Copyright 2006-2011 Six Figure Program

Real Commission Checks | Six Figure Program



HOME    ORDER NOW    ABOUT US    FAQS    CONTACT US    GUARANTEE

## These are REAL Commission Checks!



Here are pictures of real checks we get each month from simple websites

Real Commission Checks | Six Figure Program



A check for $15,500 from just 30 days of posting links



$13,156 check from a big online company

Real Commission Checks | Six Figure Program



$7,500 check from a Texas website company



$11,980 check arrives via FEDEX twice a month from a credit card website

Order The Six Figure Program Today!

http://www.sixfigureprogram.com/2012/commission-checks.php[6/7/2012 5:14:15 PM]

Real Commission Checks | Six Figure Program

You should know that our current success came after years working this program. Although we make over $1 Million per year on the Internet, you should not expect to make that much. It took us about two years before we made a Million dollars per year from our websites. The typical student has a check for $10-$15 delivered via First Class U.S. Mail in about 7-10 days. A portion of students do nothing and consequently make nothing. Our top students are making $15,000 per month take-home pay. Again, this isn't a typical result, but it all depends on how much time and effort you put into the Program. This is not a lazy person get-rich product. Those programs are usually scams. If you're willing to do whatever it takes and if you follow directions, you can expect to make what 53% of students make - which is a minimum of $10-15 within 7 days. Your first check is sent via First Class US Mail although many of the companies pay you via bank wire or direct deposit.

HOME  |  ORDER THE SIX FIGURE PROGRAM  |  ABOUT US  |  FAQ  |  GUARANTEE  |  PRIVACY POLICY

Copyright 2006-2011 Six Figure Program

# ATTACHMENT HH

Ben and Dave's Program

# Ben and Dave's Program

Ben and Dave's Program Has Been Advertised On:

   

HOME    ORDER NOW    ABOUT US    FAQS    CONTACT US    GUARANTEE

**Fact:     Two Average Guys from Humble Beginnings Are Making 1.2 Million Per Year from Their Websites.**

**Fact:     Their Students Are Making Up to $15,000 Per Month from Their Home Computers.**

**Fact:     More Than Half of the Students Receive Their First Check Within 7 – 10 Days.**



**Enter your information below to get started**



First Name:
Email:



Get Started!

   

Dave Clabeaux        Ben Moskel

Ben and Dave's Program Has Been Advertised On:

*Our results and the results of the students here are not typical*

*You should know that our current success came after years working this program. Although we make over $1 Million per year on the Internet, you should not expect to make that much. It took us about two years before we made a Million dollars per year from our websites. The typical student has a check for $10-$15 delivered via First Class U.S. Mail in about 7-10 days. A portion of students do nothing and consequently make nothing. Our top students are making $15,000 per month take-home pay. Again, this isn't a typical result, but it all depends on how much time and effort you put into the Program. This is not a lazy person get-rich product. Those programs are usually scams. If you're willing to do whatever it takes and if you follow directions, you can expect to make what 53% of students*

Ben and Dave's Program

*make - which is a minimum of $10-15 within 7 days. Your first check is sent via First Class US Mail although many of the companies pay you via bank wire or direct deposit.*



## True Story: We travel the World. We drive new BMWs. We have made over $5 Million Dollars and make as much as <u>$22,307 per day</u> - all from the Internet using our laptops or home computer. We have no

employees, no inventory, no fancy office, and no fancy computer or website skills. Here's a legitimate, **no scam** program that let's you make money from your laptop or home computer.

This is a <u>**true story**</u>. We live the Internet lifestyle and there is NO BS. We can document every word with income statements, bank deposits, Affidavits, IRS forms, and photos and videos from all the exotics places we've been to because of our Internet business.





An International Company Interviewed Us About the Six Figure Program

## How We Quit Our Jobs as A Miserable Insurance Lawyer and a Teacher with This One Weird Trick

Let us take you back to 2004. I graduated law school and passed the bar exam. I expected big pay checks and a cushy lifestyle. Instead, I found myself processing insurance claims in a sweaty backwater law office. My boss worked me like a plow horse and sent me home on Fridays with a tiny paycheck.

Ben and Dave's Program

I endured this torture for a few months thinking every day that there must be a better way. One day I discovered a co-worker who was making $10,000 per month from a simple website. She told me what to do. I was intrigued and got Dave involved. He was stuck in a teaching job that was not getting him anywhere financially. We began by setting up a website and pretty soon we were making $300 per day - all from a simple website - with just a few hours of "work".

In October of 2006, I told my boss to shove it. Remember, this is all **100% true**. You can look this up for yourself.

It's 2011 and we have made over $5 Million Dollars from simple websites. Some days we make as much as $22,000 in a single day without any employees, inventory, product or service to sell. We drive BMWs, take our wives on expensive vacations, and happily work from our laptops or home offices.

Disclaimer

## Are You Willing to Do Whatever it Takes to Make Money from Your Home Computer or Laptop?

This business is NOT for everyone. It is only for people who are motivated. It is not multi-level marketing or a get-rich-by-sitting-on-the-couch or any of the scams you'll find peddled on the Internet.

This is a program for serious, motivated, people who want the Internet Lifestyle. We share our exact secrets. You will need a website - which we can build for you. And you will need to dedicate at least a few hours of your time to the system.

**Here's how the program works: Big companies pay you money on the Internet. You post a link and you get paid when people using the Internet and your link buy things and sign up for services.**

**You've heard of the companies that pay you online. There's more than 2,000 currently paying people like you online. Here's just a few of these companies:**

| | |
|---|---|
| • Prada | • **Sony** |
| • **Louis Vuitton** | • Verizon |
| • Best Buy | • **Nike** |
| • **American Express** | • Ralph Lauren |
| • Oakley Sunglasses | • **Tiffany & Co.** |
| • **Travelocity** | • Samsung |
| • Carnival Cruise Lines | and many, many, more! |

Remember, this is NOT a scam. I've put some real commission checks here for you to see. Our system is proven and simple - yet very few others have yet to get in on this new Internet opportunity.

Disclaimer

