1

1    FEDERAL TRADE COMMISSION

2    I N D E X

3

4

5    RECORDING:                                    PAGE:

6    Telephone contact with Unidentified Female       3

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

2

1                    FEDERAL TRADE COMMISSION

2

3       In the Matter of:              )

4       The Six Figure Program         )  Matter No. 1223186

5                                       )

6       ------------------------------)

7                                       July 31, 2012

8

9

10

11           The following transcript was produced from a

12       digital file provided to For The Record, Inc. on October

13       1, 2012.

14

15

16

17

18

19

20

21

22

23

24

25

3

1                    P R O C E E D I N G S

2                    -    -    -    -    -

3            MR. LIGGINS:  My name is Michael Liggins, L-I-

4    G-G-I-N-S.  I am an investigator with the Federal Trade

5    Commission's Southeast Region, located in Atlanta,

6    Georgia.  Today's date is July 31st, 2012.  The time is

7    approximately 2:10 p.m. Eastern Standard Time.

8            I will be calling a company by the name of Six

9    Figure Program at 1-800-585-4902.  I will be posing as a

10   consumer by the name of Eli ███, who is interested in a

11   business opportunity with Six Figure Program.

12   _____

13           UNIDENTIFIED FEMALE:  (Inaudible).

14           MR. LIGGINS:  Hello?

15           AUTOMATED MESSAGE:  Thank you for calling.

16   Goodbye.

17           **(The call was concluded.)**

18   _____

19        **TELEPHONE CONTACT WITH UNIDENTIFIED FEMALE**

20           UNIDENTIFIED FEMALE:  Thank you for calling Six

21   Figure Program.  I'm here to take your order.

22           MR. LIGGINS:  Yes.  I was just trying to find

23   out some information about your program.

24           UNIDENTIFIED FEMALE:  Okay.  What would you

25   like to know?

4

1         MR. LIGGINS:  Exactly what does it entail?  I

2    saw your website and that's how I got the number.  And

3    I'm just curious to know, you know, what would I need to

4    do in order to make a pretty good income.

5         UNIDENTIFIED FEMALE:  Okay.  Well, the $27 is

6    the first step, and that includes instant access to the

7    videos and training material.

8         MR. LIGGINS:  Uh-huh.

9         UNIDENTIFIED FEMALE:  And the training material

10   would show you the entire step by step process.  And in

11   addition, Ben and Dave would send you a quick start DVD

12   and claim cash guide in the mail.  So it's sent by first

13   class mail.  And if you order right now, it will be

14   shipped out in tomorrow's mail.  So did you want to place

15   an order for that?

16        MR. LIGGINS:  Yeah.  I'm just trying to find

17   out what kind of business is this before, you know, I

18   spend my money.

19        UNIDENTIFIED FEMALE:  It would be whatever

20   business you were interested in.

21        MR. LIGGINS:  Okay.  So it's no set type of

22   business?  It's not --

23        UNIDENTIFIED FEMALE:  No, it's your choice.

24        MR. LIGGINS:  Okay.  So I'm kind of curious,

25   what am I paying my money for then?

5

1          UNIDENTIFIED FEMALE:  For them to help you, for

2     them to help you set up your business.

3          MR. LIGGINS:  So I come up with my own

4     business, and for $27 --

5          UNIDENTIFIED FEMALE:  Right.  But they're going

6     to guide you through everything.  That's what this is --

7     the training material is for.  It shows you exactly how

8     to do it.

9          MR. LIGGINS:  Okay.  I guess I'm a little young

10    and confused.  Okay.  So, again, I was looking at the

11    website and the website said I can make, you know, a

12    certain amount of money.  And I'm just trying to figure

13    out how I'm going to make money and how much money I can

14    make --

15         UNIDENTIFIED FEMALE:  Okay.  Well --

16         MR. LIGGINS:  -- before -- before --

17         UNIDENTIFIED FEMALE:  Well, that's -- all these

18    things are something that they would be discussing in the

19    training material.  So the step by step process is not

20    something that I tell you over the phone right now.  It's

21    something that is included in the fee when you purchase

22    the program.

23         MR. LIGGINS:  Okay.  So I guess my concern is I

24    just don't want to throw away $27 and then I'll wind up

25    with nothing.

6

1          UNIDENTIFIED FEMALE:  Well, there's a money-

2     back guarantee.  So if you're not satisfied with the

3     program, you can request a refund.

4          MR. LIGGINS:  Okay.  And you can't tell me what

5     the program is about?

6          UNIDENTIFIED FEMALE:  No, that's included in

7     the $27.

8          MR. LIGGINS:  So --

9          UNIDENTIFIED FEMALE:  I mean, if you need -- if

10    you want more information, I can leave a general message

11    for the corporate office and request for somebody to call

12    you back or email you back.

13         MR. LIGGINS:  Okay.  Well, let me go ahead and

14    -- I guess it's $27.  If I eat it, I just eat it.  So

15    what do I need to do at this point?

16         UNIDENTIFIED FEMALE:  Are you interested in

17    placing an order right now?

18         MR. LIGGINS:  Yeah, I guess I can.

19         UNIDENTIFIED FEMALE:  Okay.  Just a moment,

20    please.

21         **(Brief pause.)**

22         UNIDENTIFIED FEMALE:  Okay.  What is your name?

23         MR. LIGGINS:  Eli, E-L-I, my last name is ▇▇▇

24    ▇▇▇▇

25         UNIDENTIFIED FEMALE:  What is your phone

7

1    number?

2           MR. LIGGINS:  My phone number is area code 770-

3    508-████.

4           UNIDENTIFIED FEMALE:  Okay.  And your email

5    address?

6           MR. LIGGINS:  Is Eli████@yahoo.com.

7           UNIDENTIFIED FEMALE:  Okay.  Let me just read

8    this back to confirm.  That's E-L-I-████████ at

9    yahoo.com?

10          MR. LIGGINS:  Yes.

11          UNIDENTIFIED FEMALE:  What is your billing

12   address?

13          MR. LIGGINS:  It's ████████████████

14   ████████████ and that's in Fayetteville,

15   Georgia.

16          UNIDENTIFIED FEMALE:  Okay.  And what's the zip

17   code?

18          MR. LIGGINS:  30214.

19          UNIDENTIFIED FEMALE:  How do you spell the city

20   name?

21          MR. LIGGINS:  Fayetteville, F-A-Y-E-T-T-E-V-I-

22   L-L-E.

23          UNIDENTIFIED FEMALE:  Okay.  Is this going to

24   be on a Visa, Mastercard or American Express?

25          MR. LIGGINS:  Visa.

8

1              UNIDENTIFIED FEMALE:  What is the card number?

2              MR. LIGGINS:  XXXX XXXX XXXX XXXX.

3              UNIDENTIFIED FEMALE:  Expiration?

4              MR. LIGGINS:  October 2020.

5              UNIDENTIFIED FEMALE:  Okay.  And the security

6       code on the back?

7              MR. LIGGINS:  133.

8              UNIDENTIFIED FEMALE:  Okay.  I'll put this

9       through right now.  Just a moment.

10             **(Brief pause.)**

11             UNIDENTIFIED FEMALE:  Okay.  And did you also

12      want to purchase the Prosperity Finder, which would match

13      your personal interests with the hottest markets and best

14      affiliate offers?

15             MR. LIGGINS:  How much is that?

16             UNIDENTIFIED FEMALE:  That would be for $14.

17             MR. LIGGINS:  I just want to see what I get for

18      my $27 at first.

19             UNIDENTIFIED FEMALE:  Okay.  In that case,

20      you're all set.  Your order has been approved.  What you

21      can do now is go check your email.  We're going to send

22      you two confirmation emails.  One of the emails is your

23      receipt.  It will be from Pay To.  And the other email is

24      going to be from the Six Figure Program.  The subject

25      line is Your Order.  So open that email.  It will give

9

1    you immediate access to the training center.

2              MR. LIGGINS:  Okay.  That's it?

3              UNIDENTIFIED FEMALE:  All right.  So you're all

4    set.  Yep, that's it.

5              MR. LIGGINS:  All right.  Thank you very much.

6              UNIDENTIFIED FEMALE:  Thank you.  Bye-bye.

7              MR. LIGGINS:  Bye.

8              AUTOMATED MESSAGE:  Thank you for calling.

9    Goodbye.

10             **(The call was concluded.)**

11   _____

12             MR. LIGGINS:  My name is Michael Liggins, L-I-

13   G-G-I-N-S.  I am an investigator with the Federal Trade

14   Commission Southeast Region, located in Atlanta, Georgia.

15   Today's date is July 31st, 2012.  The time is

16   approximately 2:21 p.m. Eastern Standard Time.  I just

17   concluded a phone call to Six Figure -- Six Figure

18   Program at telephone number 1-800-585-4902.  I was posing

19   as a consumer by the name of Eli ████.  And I was

20   interested in purchasing a business opportunity, and

21   which I did, for $27.  This now concludes this recording.

22             **(The recording was concluded.)**

23

24

25

10

# C E R T I F I C A T I O N   O F   T Y P I S T

MATTER NUMBER:  1223186

CASE TITLE:  THE SIX FIGURE PROGRAM

TAPING DATE:  JULY 31, 2012

TRANSCRIPTION DATE:  OCTOBER 15, 2012

I HEREBY CERTIFY that the transcript contained herein is a full and accurate transcript of the tapes transcribed by me on the above cause before the FEDERAL TRADE COMMISSION to the best of my knowledge and belief.

DATED:  OCTOBER 15, 2012

GEORGE QUADE

# C E R T I F I C A T I O N   O F   P R O O F R E A D E R

I HEREBY CERTIFY that I proofread the transcript for accuracy in spelling, hyphenation, punctuation and format.

SARA J. VANCE

# ATTACHMENT NN

Print                                                                                     Page 1 of 1

| Subject: | Your payment has been sent |
| --- | --- |
| From: | Paytoo (no-reply@paytoo.com) |
| To: | mychal█████@yahoo.com; |
| Date: | Tuesday, July 24, 2012 11:18 AM |



Six Figure Program

Dear Mychal █████,
We just process a payment for you to the Merchant Six Figure Program,
You will find below the details for this transaction
Thank you for using paytoo

Date: 2012-07-24 11:18:04
Request #: 42237
Trans Type: Credit Card
Transaction #: 60263
Merchant: Six Figure Program
Name: Mychal █████
Account: XXXXXXXXXXXXX6972
Card Type: VISA
AuthCode: 220308
Street: ██████████████
Zip: 30214
Invoice #: MK6253-1343143319
Description: SFP $27 Purchase
Result: accepted

Total Amt: 27.00 USD

**This transaction will appear has 'Paytoo 1 888 363-1895*' on your bank statement.**

If you have any question regarding this transaction, you can contact our Customer support open 24/7 at:
1 888 363 1895 or by email at support@gopaytoo.com

From Paytoo Tue Jul 24 08:18:08 2012
X-Apparently-To: mychal█████@yahoo.com via 98.138.211.178; Tue, 24 Jul 2012 08:22:09 -0700
Return-Path: <no-reply@paytoo.com>
Received-SPF: pass (domain of paytoo.com designates 184.107.174.242 as permitted sender)
IFdlIGp1c3QgcHJvY2VzcyBhIHBheW1lbnQgZm9yIHIvdSB0byB0aGUgTWVy
Y2hhbnQgQU2l4IEZpZ3VyZSBQcm9ncmFtLCB3b3Ugd2lsbCBmaW5kIGJlG93
IHRoZSBkZXRhaWxzIGZviciB0aGlzIHRyYW5zYWN0aW9uaW9uLiRoYW5rIHlvdSBm
b3IgdXNpbmcgcGF5dG9vIERhdGU6IDIwMTItMDctMjQgMTE6MTg6MDQgUmVx
dWVzdCAjOiA0MjIzNyBUcmFucFyBUeXBlOiBDcmVkaXQgQ2FyZEwQEBAQ--
X-YMailISG: JutVRroWLDtY0uYt7x4kKu_xraXKPUOvrNCVsf3NPIyQTVyF
B0kWTa7K__EFtD_V0t5sY3dyCoERd5dv9N6rtExonPit.OYswvZxtA..jdEK
y7RUUU3jCwcVRjf_Eq_eymXWfByF0Hs52W26onf_1mEEwLtkFEPp6Vj64u0W
ECvZ.cBs_zkPV0Vy8qgSwBTiuSQbEb8f5fbTjUnUuRPy1SZhS8zrS5SNyOMI
69CtF1Ldr2MRaUMka3Qpbb31J9G6Vmd.Od25PR3cfCOkkIPFlWLCK3GEU5ot
mq4FdCYlt5s9mvBlxH2F0EJCQPxryqNwyMLvEt22I6BggWnsi2rBtEPrlxAY
5e4RZrERs7.j1nEFBf2PVuxxUgimztO3KtkzfnqNJ8_6g_y5HsaRXvYtL_Wd
z__8XlJDBPFyhdYx02OxnoZwd1d7ZtPk_a9cD9MweBSlsnIlf9Rupy0ZRYwm
04YDY5nrFYMnpNkUVeiVciuzOhV37djfLtwpzx9jiSzCs9umkZ94fiFUWU8U
UVJwLE0rXoajCoYp49sU1mTJ1qXZuSifxE_r.Zpui3HO3xdPlBYhV3lUIoY8
.QoQGgRIV_IKpltkRJfxZy2XPyPffSHpT0DuvkPJA15xJfBdoxX6On5MEr03
09Y5Mk09RBPik2ytZEOtCh3.S9FKIpaHnraPy3HHc0Yj85KuVV4lyGedus9d
xVE2K_Tt8A38JI5IqzzUmXnorIKU0x553kDdoZvgRMxRXaPnO_SDnp1FmGev
887eDIVZEsBFzWiqmebd8EnaGk1ajhZZqgaLmpj0zeckaRa0m5Yqgqt EcnEM
PkSI4EUj106EoC5Rnejga3QkkbMjPnCTbXd9EAGek8_DJVQjMRlOSNzX66VM
2.bPdc2FB_Bxp0MfSkpyb0AzsTjBvgyd1Mn.Cx8LRiqs4Ro7.Lg9X4B_iOX2
7IYZ5BDXZreYcFXIoB5Xo5fsvsclhFxCE06KSNZc.3HKiEVEs75t2D3cYlz7
DTxyJFbTyixnjQpI0d2GILYFPbufxGSb0XPSyTKbGaNJLfJIzBnXxg8d2TBv
e4TzOe_57Pio9rua0sQVbrn_IOHgX0_8HTmtlXM2MC1BmmmE9L9sGecYh9bI
_hBy_QTLLufoDQhUB55B0Jk1c7_EcDRf.CoVFRLQcndq13mVWSvdtNYPDTKA
gBWX9XhQwI7I4MQZ.QtWLbCeguoxhzs3YcyhAeZarP3KYRWMnzR1C2h1DITX
1IgoRGILHEE86Ar0KV7739IOOfmgCmONI0.NIT.LecNtMyn.pOL2US4CxDtV
C74yQng83kmM44Nf8k_qaN9HIiUDxayehKvAPQC65w8ARXgG6t_TIgWUaRWe
TPtt8Fx6GqoiyhfgDCY-
X-Originating-IP: [184.107.174.242]
Authentication-Results: mta1046.mail.bf1.yahoo.com  from=paytoo.com; domainkeys=neutral
(no sig);  from=paytoo.com; dkim=neutral (no sig)
Received: from 127.0.0.1  (EHLO mail.paymotech.com) (184.107.174.242)
  by mta1046.mail.bf1.yahoo.com with SMTP; Tue, 24 Jul 2012 08:22:09 -0700
Received: from localhost (localhost [127.0.0.1])
        by mail.paymotech.com (Postfix) with ESMTP id 1785D19A016E;
        Tue, 24 Jul 2012 11:22:07 -0400 (EDT)
X-Virus-Scanned: Debian amavisd-new at ubuntu.privatedns.com
Received: from mail.paymotech.com ([127.0.0.1])
        by localhost (mail.paymotech.com [127.0.0.1]) (amavisd-new, port 10024)
        with ESMTP id 9-0CnET20iNJ; Tue, 24 Jul 2012 11:22:05 -0400 (EDT)

Received: from localhost (unknown [141.0.168.34])
    (Authenticated sender: no-reply@paytoo.com)
    by mail.paymotech.com (Postfix) with ESMTPA id 9BB2219A012B;
    Tue, 24 Jul 2012 11:22:04 -0400 (EDT)
From: Paytoo <no-reply@paytoo.com>
To: mycha█████@yahoo.com
Subject: Your payment has been sent
Date: Tue, 24 Jul 2012 11:18:08 -0400
Content-Type: text/html; charset=utf-8
Content-Transfer-Encoding: quoted-printable
Content-Disposition: inline
MIME-Version: 1.0
Message-Id: <20120724152207.1785D19A016E@mail.paymotech.com>
Content-Length: 8272

Print                                                                                Page 1 of 6

| | |
|---|---|
| **Subject:** | Our Support for You |
| **From:** | Six Figure Program (ben@sixfigureprogram.com) |
| **To:** | mychal█████@yahoo.com; |
| **Date:** | Wednesday, July 25, 2012 6:00 AM |

Dear Mychal,

I realize that joining the Six Figure Program was
a big move for you.

You might be nervous.

You might be feeling excited.

You might be a little bit scared.

Rest assured that we are here to support you.

However, there are a few simple rules about how
we are going to work together.

Think of these as ground rules. If you
follow these simple rules you'll make progress
100X quicker than if you try to do things your own
way.

1. First, we answer all emails within 24
hours during the business workweek and 48 hours
during the weekend.

Sometimes you'll get a quicker response, but please
be patient if you don't hear back right away.

You can send your questions to either:

ben@sixfigureprogram.com
dave@sixfigureprogram.com

2. Second, be polite. We want you to succeed.
We want to help you.

Our assistant, Jessica, is knowledgeable and kind.
She is part of our team that will be helping you
along the way.

She will treat you with respect and we expect you
to do the same.

Put another way, we simply don't tolerate rude,
demanding, or angry emails.

3. Third, follow directions. This is especially true

when you sign up for web hosting in Step 2 in the

Training Center.

We want to get your website up and running and
soon as possible. We understand how anxious
and excited you are to get started.

However, we can only build your website if you

click the "Get Web Hosting" button in Step 2
and sign up for web hosting with Smart Puppy.

If you haven't done so already, do this right
now:  www.sixfigureprogram.com/trainingcenter.htm

4. Fourth, do not call us a scam.

Referring to Dave or I as a "scam" is insulting.

It is hurtful.  It is rude.  And we will not tolerate
it.

We are not a scam.

Dave is a former teacher. I am a former lawyer.
We are just two ordinary guys who figured out how
to make money online.

We are sharing that knowledge with you. It
took us years of brutally hard work, blood, sweat,
and tears to figure out the information that we
share with you.

We invested thousands of dollars of our own money
paying programming expenses to create a simple-to-use
website for you.

You would have to pay at least $3,000 if
you paid a website company to design a site like
it on your own.

We realize that our program is not 100% perfect.
However, we make it better every single day.

We are very certain it is the best program out there.
Last week we had 1,496 students receive checks in the
mail as a direct result of using our program.

Some people make a few bucks. Some students make as
much as $15,000 per month.

I can guarantee that no other program has this
kind of success rate.

We welcome and appreciate your feedback on how we can
make things easier for you. But, do not insult us by
calling us a "scam."

5. Five, we offer email support only. **We do not
offer phone support**. Everything you
need to get started and begin making money with
your website is in the Training Center.

If you already reviewed all the material in the Training
Center and still have questions, send us an email
and we will help you.

If these rules seem unfair or out of line, we are happy
to issue you a refund.

We are grateful that you chose to do business with us.
We realize that it may have been a leap of faith for
you.

On the same token, it is also a privilege to work with our team. We make our money from DOING what we are sharing with you.

Very few - if any - people are willing to share the type of information, tools, tips, and hard fought knowledge, for such a modest investment.

We want to work with people who are motivated, who are determined, and who want to work with us - rather than against us.

Now, with that out of the way, let's get down to business!

Best,

Ben Moskel

ben@sixfigureprogram.com

P.S. Remember, **you have just 48 hours** to get web hosting so we can build your website.

To do this, go here:

http://www.sixfigurelogin.com

Then follow these 3 steps:

1. Watch the video in Step 1.

2. Click the button that says "Get Web Hosting"

Print                                                    Page 6 of 6

in Step 2, and order web hosting.

3.  We'll get your website live within 24 hours!!
Again, go here:
http://www.sixfigurelogin.com


The Six Figure Program
2171 Monroe Avenue
Suite 204
Rochester, NY 14618


If you no longer wish to receive communication from us:
Cancel

To update your contact information:
Update

From Six Figure Program Wed Jul 25 03:00:45 2012
X-Apparently-To: mychalk█████@yahoo.com via 98.138.211.181; Wed, 25 Jul 2012 03:02:08 -0700
Return-Path: <bounce@priorityoneemail.com>
Received-SPF: pass (domain of priorityoneemail.com designates 69.10.237.37 as permitted sender)

IFNpeCBGaWd1cmUgUHJvZ3JhbSB3YXMgYSBiaWcgbW92ZSBmb3IgeW91LiBZ
b3UgbWlnaHQgYmUgbmVydm91cy4gWW91IG1pZ2h0IGJlIGZyZWxpbmcgZXhj
aXRlZC4gWW91IG1pZ2h0IGJlIGbgbGl0dGxlIGJpcdCBzY2FyZWQuIFFlc3Qg
YXNzdXJlZCB0aGF0IGlGYZSBoZXJlIHRvIHN1cHBvcnQgeW91LiBIb3dldmVy
dmVyLCB0aGVyZSBhcmUgYSBmZXcgc2ltcGxlIHJ1bGVzIGFibW5EwAQEBAQ--
X-YMailISG: RgBQthQWLDshVHMYUIvAYtGShi5BMCVfYhWWyad4G00IuE.h
LZ6LbUA3o_RE4J329AjkQxoWUHxCQxo4J5Ak19rV72q.2.Xry6Hfyy9Qzs89
36w0wYx6OCqDZC1vDlyW05BK6A0iL6tv3HZZbnkIUEQwFjMVrAdoAKvAQ3Sg
DQizZGwP0twlJikOheI14jsFtunBh2GJVJlAApK1mvTPdMLi6P1ZbVPOPIQX
JRgMXgG2oXNsCg2lCcP63eTiAHZqrMOZgjcq9D4yCwkOcHZsOuzEsQAxru5P
MxJ79_kcGnJxdlqQTMSX1jB7sOb0kj_6_K1ZyIBpp8nUUGPEHHMhwJ9udhr2
wPbBh8c8czhIzzoQEdkCc_3G_0rW1DJXKKghIPHzA4Zu8ztuDEHrSPSTggrg
EaC8q7HGTZo_a2pShEdL1lZ6jPFgBxzEYfSbPz4fg50.wvRrrarjXZqQ2Tz
0AaMRdbJ3.lnfWP74pq6E40g09nJaHjEScMrxbc_1YwsjdFxackW7Oodm9iv
9b5dLOMOW3AWy2042pw1wXjGdrYP.5i0bgMSo3RWN98lAn1bMtVKeaxbBH2H
16OqjP4JsUKtAss8Q3JttC6e.JwZR2wBkz7SceFObPQMTmpZIvuir75XXHXI
kJxJIHnZHja6mvH22Ge0HMo4kFj_RrmGiu9YBUEZ5Yxa33bbDzosELDeUDRF
DB9MI8IzQgqhyP9a4_QcX2X9SyPwQBXQfswt8FIWitQgYQk78fs0XvQUnljM
.0M7PqPzdlWpV0dbzbnbv9qjXb4eW5lM4c03anFhpLPtZEnHn8SVhPpsV2nx
IZUOE.0CBrQ9dcMiWuC_p1hOa9yu.nLcyfR4sTon4mm6wNhrOCA1ese0lDIH
l3WzKeF7QMTcHbqbPqMxL7MCM05R.zdmQEI1VQU6HR1PcIIT_d7n3pTdvANz
qVgrzY4uPv3IAXMDG4GvShBZSOpqUKcf7f0duhzexbCJBwEV_IGbugeCmutR
hw56WmB9A.d4bvLp_pxL7DS5_sWtGOq6wQhAmnvhegHi0Wa0Nmb2ch_e38pl
DxRqF6gqviwj.y0smeCyZlZBprJY3ZMFu3B0VskAs0lbf0ncl.6xPhQ1sUJE
zU3DZn1uNnT9bo6gaDiVN_E3h6bp397rROwPhRbbRv_XfaGL14mu.uJzid.E
xOYWg5xxqzo0MxzTVAy7A2idx70ptKPaMWr0d4R9Tt9MvGprmIE9.I0XYG5
0WrYET50yBV8NYv0FDefFv670137.ynsQFZE6QCKQaQOKk_BirROEk3JvyQ5
xatxJx_ooEJw9Wll7flOIGe3XVueuHAfI4qW3_BuFbwg8zLVqsrKUJdlNwPR
_3IejvioDSeQYkJlEWlnudBXJPanOQyxizJVRt1Jy6OltCdJrB8XjM2lImys
g.u4ElCsYfKy53T9GnMMgG2m_GOCZB4LGlZnrYGEbYB9hTcviL9AUb2QaKzK
IPvzFIsD
X-Originating-IP: [69.10.237.37]
Authentication-Results: mta1026.mail.bf1.yahoo.com  from=priorityoneemail.com;
domainkeys=pass (ok);  from=priorityoneemail.com; dkim=pass (ok)
Received: from 127.0.0.1  (EHLO mail037.priorityoneemail.com) (69.10.237.37)
  by mta1026.mail.bf1.yahoo.com with SMTP; Wed, 25 Jul 2012 03:02:07 -0700
DKIM-Signature: v=1; a=rsa-sha1; c=relaxed/relaxed; s=customer; d=priorityoneemail.com;
h=To:From:Reply-To:Message-ID:Sender:Content-Type:MIME-Version:Date:Subject;
bh=wR4nOgY+jRUwMYK6IInoB+FxJ5U=;

b=Ma3mM8T8wuzT0JmzeaJKF8Nltzsb/QpFBXZrbD7tk2TsCw2av14Xu3xgiffgBQ2u6pe0jsLr
catL

UVmWdcKa9L6y4SqEuUfJ1DSyshBxqi6dZvGXYvDQIXtud3Lml1Nl8CdBmJ5Y2Gh+UpUrR
Z1agMTP
   EvIbiPfl0358tASGgSI=
DomainKey-Signature: a=rsa-sha1; c=nofws; q=dns; s=customer; d=priorityoneemail.com;

b=YpOSE3Y8fBx0+XDz/JoQh5BZSja3gAc2QovI+Ey9HlftGrIiOg84RcRGdwIWqyy1e52POJI
0jPFN

HSo07PrRVLVXPJaZGGrBmJuBduozUXMmjRHTYQirHR4XD9yFibX/0XPY7+WRRPNEma
u8ap/hp8bq
   gS7M74ZbYwj8SkVB8xg=;
Received: from mailer (172.28.6.36) by mail038.priorityoneemail.com (PowerMTA(TM)
v3.5r15sb9) id h1v21u12ckkt for <mychal███@yahoo.com>; Wed, 25 Jul 2012 06:00:53 -
0400 (envelope-from <bounce@priorityoneemail.com>)
Received: from broadcaster (localhost [127.0.0.1])
        by mailer (Postfix) with SMTP id 4EF6D170047
        for <mychalk███@yahoo.com>; Wed, 25 Jul 2012 06:00:53 -0400 (EDT)
To: "Mychal ███    <mychalk███@yahoo.com>
X-SentTo: "Mychal ███" <mychal███@yahoo.com>
From: "Six Figure Program" <ben@sixfigureprogram.com>
Reply-To: ben@sixfigureprogram.com
X-VirtualServerGroup: unconfirmed
Message-ID: <1343210445.8678@priorityoneemail.com>
Sender: 104515@priorityoneemail.com
Content-Type: text/html; charset=UTF-8
MIME-Version: 1.0
x-1scdbg: MCARALT:104515:248619:1143607240
Date: Wed, 25 Jul 2012 06:00:45 -0400
Subject: Our Support for You
Content-Length: 12683

Print                                                                 Page 1 of 3

| Subject: | This Guy went from Zero to $10,000 per month |
| From: | Six Figure Program (ben@sixfigureprogram.com) |
| To: | mychal██@yahoo.com; |
| Date: | Thursday, July 26, 2012 5:37 AM |

Dear Mychal,

**I noticed you haven't asked us to build your
website yet.**

Perhaps it's because you're not sure whether you
will really make money with our program.

Let me share just a few stories from people who
are making money right now from their websites:

-Adam makes $2,000 per month from a simple idea

-Chris H. from Baltimore went from zero to $10,000

plus per month

-Justin got a $1,500 check from just one affiliate
program....then he doubled it a few weeks later.

You can see their stories here

These are just a few of the success stories out there.

The number of people collecting weekly commission

checks from their websites is now in the thousands.

We'd for you to make money too, **but you need a website.**

This is simple. Just grab a Smart Puppy web hosting plan and we will build your site within 24 hours.

Get your website here

www.sixfigurelogin.com

-Ben

**P.S.  Remember, you now have just 24 hours to get your web hosting and have us build your website for free.**

Here is what you need to do:

1. Click here to go to the Training Center.

2. Watch the video in Step 1.

3. In Step 2, Click on the "Get Web Hosting" button and follow the instructions.

As soon as you do that, we will build your site within 24 hours!

The Six Figure Program
2171 Monroe Avenue
Suite 204
Rochester, NY 14618

If you no longer wish to receive communication from us:
Cancel

To update your contact information:
Update

From Six Figure Program Thu Jul 26 02:37:22 2012
X-Apparently-To: mychalk████@yahoo.com via 98.138.211.180; Thu, 26 Jul 2012 02:38:13 -0700
Return-Path: <bounce@priorityoneemail.com>
Received-SPF: pass (domain of priorityoneemail.com designates 69.10.237.38 as permitted sender)
ZCB1cyB0byBidWlsZCB5b3VyIHdlYnNpdGUgeWV0LiBQZXJoYXBzIGl0J3Mg
YmVjYXVzZSB5b3UncmUgbm90IHN1cmUgd2hldGhlciB5b3Ugd2lsbCByZWFs
bHkgbWFrZSB0b25leSB3aXRoIG91ciBwcm9ncmFtLiBMZXQgbWUgc2hhcmUg
anVzdCBhIGZldyBzdG9yaWVzIGZyb20gcGVvcGxlIHdobyBhcmFuW5n
IG1vbmV5IHJpZ2h0IG5vdyBmcm9tIHRoZWlyIHdlYnNpdGVzOgEwAQEBAQ--
X-YMailISG: pt.WgI0WLDv4Ia.gZBEYSIY_Oy9A.0Ym0o1vtEaRcA2ib2rL
26YpgWqXrn92Mf62tkews7DFwxtNCPZSS5gFvB5ZCpCdL4T1xNGY8IVKnsOF
VKU1U4O7cSjjtSOmqT5jJhmH6iN_SCewNoEZGiWb30DqQS.QE6NHUX_Uprkl
zs.C0c_fgAFcNUK5IVS8g.T2OxdYqK1jMlx.uqWCjaC9DFJ7uftY41KEAaH5
UO8AUBfkLIl.eV44a7poNllZs.DrPUCIndGwa16Reyqso8US9wctv5Mou0u0
jsco121ByGwxIQMEhUdHLveYK2yqnjQxBK6L0pv4aSCm.RCbJACBT5iTzrgz
aLzfCzK6O_sNUYfhGOvdKqeGRv_qF16Yay8u1US4qjCGVnsTTbn.8lwl5b4O
.Qiyu.irVhKu7Sat5PfxAsWa5KG93XyS2l2_BEUJgGPVszM0BRl4Ff391ole
H9SdhJVIAv3Y40GzTFpx2aQN3LBdEa2wuJGXw7m2dsw0lDgJVpZF4slP09bA
dqQA1c7sTwHQy2z57ACcM45Oe52svPCqNKHk6ulRStO91f19XgQXpqpkPAYz
bRJOvuZDldYJJHzO848QrMt1nMS5W8544S.vmoc80yFsb6hzpMOGvwSHArOd
foe7SFRnJvQO1ZFoksrGph.RBtsONzxulKrqpDjpmH8bY8Oa9gufJxFR4j_N
1_YQmlpx5WoBYQCgdTfYESZOqy8aCsuU11NC4fq3.HvNIyKBAEL4BfXgCYGd
7u5b0G0vW_RyNJqUqKvzORkPLs8SwhgksRASuYDwcGEdqXd_F8i1eTyJv.HZ
FJ.qR4lY.k2qoGX94rsWhOEXeG5llUAzdWgLLEzGi.2wBeFyfBY6UUd0ECkO
vAtMb_9GmgJ5B_V8MGDOJ5wYFkDAyEgCb65RAOXL0HPF5RAqEtComTOcsi_K
3pyznX702sxL39bH92G5ZrHbbtjRTuE3hpjEQS0FVKUnF4jbACAnyA_wX40n
4Yx3TkqMhfJEf5z8lIea3EJf1ZiPzfe580COtFMKps78UDsiQMP.6GAajUc3
CUsuv_IJ3mqz8oeNQZIKEpx6hwdWHg4EpHWF5ul97d1O1iS7P0wyDJUEcQyP
FQ--
X-Originating-IP: [69.10.237.38]
Authentication-Results: mta1399.mail.mud.yahoo.com  from=priorityoneemail.com;
domainkeys=pass (ok);  from=priorityoneemail.com; dkim=pass (ok)
Received: from 127.0.0.1  (EHLO mail038.priorityoneemail.com) (69.10.237.38)
  by mta1399.mail.mud.yahoo.com with SMTP; Thu, 26 Jul 2012 02:38:12 -0700
DKIM-Signature: v=1; a=rsa-sha1; c=relaxed/relaxed; s=customer; d=priorityoneemail.com;
  h=To:From:Reply-To:Message-ID:Sender:Content-Type:MIME-Version:Date:Subject;
  bh=xoLfATD8j1aeCWie39orftrtDU4=;

  b=ht/9diSWoAdnuktCxEuZ2BK0qrMVlGzl7zGPPTW8aUXe/dNzdP0Gq/Z3X0mA2afZT2upS
+PWMlAi

VwFCBjaUdjjscp688OIuyya8fOv0vwW3EemKsjnuoBtQSFrTYEj0wTwirH8XcqPMU3bobKcZ
ttrL
  2hIs7Soc1k+7H1gZgOs=

DomainKey-Signature: a=rsa-sha1; c=nofws; q=dns; s=customer; d=priorityoneemail.com;

b=jbBH3ItSkR7Lm/XlgEAXPGvdK4Cp/6IpQN0RB2fuR/TqbnI1m+YuRSD40iSHmVjHLubw
XzXVBy30

5ObaVuiJQhKR/5suIDXXoZAqrj6ys4umVZz6qUNtGAItH+qcZtQkTTpSk/pzmEfOmoKr9+Dh
qYLX
   HJ+klkxLTjKFpeWxlo4=;
Received: from mailer (172.28.6.40) by mail038.priorityoneemail.com (PowerMTA(TM)
v3.5r15sb9) id h2480812ckko for <mycha███████>yahoo.com>; Thu, 26 Jul 2012 05:37:44 -
0400 (envelope-from <bounce@priorityoneemail.com>)
Received: from broadcaster (localhost [127.0.0.1])
        by mailer (Postfix) with SMTP id 702762BEC6
        for <mychalk█████@yahoo.com>; Thu, 26 Jul 2012 05:37:44 -0400 (EDT)
To: "Mychal ███████ <mychal█████@yahoo.com>
X-SentTo: "Mychal ███████" <mycha█████@yahoo.com>
From: "Six Figure Program" <ben@sixfigureprogram.com>
Reply-To: ben@sixfigureprogram.com
X-VirtualServerGroup: unconfirmed
Message-ID: <1343295442.91593@priorityoneemail.com>
Sender: 104515@priorityoneemail.com
Content-Type: text/html; charset=UTF-8
MIME-Version: 1.0
x-1scdbg: MCARALT:104515:248619:1143607240
Date: Thu, 26 Jul 2012 05:37:22 -0400
Subject: This Guy went from Zero to $10,000 per month
Content-Length: 5100

Print                                                                                                    Page 1 of 2

| | |
|---|---|
| **Subject:** | We're Waiting for You |
| **From:** | Six Figure Program (ben@sixfigureprogram.com) |
| **To:** | mychal████@yahoo.com; |
| **Date:** | Friday, July 27, 2012 6:26 AM |

Mychal,

Right now there are over 1,400 Six Figure
Program students getting paid from their
website.

It's true.

Some students are making a few
bucks.

Some are making $15,000 per month - take
home.

How can you join them?

Take things one step at a time.

The first step is to get your website.

Your website is like your store. Except, unlike a
costly brick and mortar store with sky high
expenses, you have just a small investment for web
hosting.

Don't worry, you'll probably get this investment
back in no time with Claim Cash.

Remember, the website we build for you comes with
immediate access to Claim Cash.

Claim Cash is a done-for-you page on your website.

It pays you when you - or other people - fill out simple
forms.

We want you to get started.

However, it doesn't look like you got your Smart Puppy

website yet. We need you to do this so we can build your
website.

We arranged for you to get a special deal
with Smart Puppy Web Hosting.

Go here to sign up for Your Website:

We are anxious to build your website and get you
going!

-Ben

The Six Figure Program
2171 Monroe Avenue
Suite 204
Rochester, NY 14618


If you no longer wish to receive communication from us:
Cancel

To update your contact information:
Update

From Six Figure Program Fri Jul 27 03:26:29 2012
X-Apparently-To: mychal███████@yahoo.com via 98.138.211.178; Fri, 27 Jul 2012 03:26:45 -0700
Return-Path: <bounce@priorityoneemail.com>
Received-SPF: pass (domain of priorityoneemail.com designates 69.10.237.37 as permitted sender)

U2l4IEZpZ3VyZSBQcm9ncmFtIHN0dWRlbnRzIGdldHHRpbmcgcGFpZCBmcm9t
IHRoZWlyIHdlYnNpdGUuIEl0J3MgdHJ1ZS4gU29tZSBzdHVkZW50cyBhcmUg
bWFraW5nIGEgZmV3IGJ1Y2tzLiBTb21lIGFyZSBtYWtpbmcgJDE1LDAwMCBw
ZXIgbW9udGggLSBB0YWtlIGhvbWUulEhvdyBjYW4geW91IGpvaW4gdGgblbT8g
VGFyZSB0aGluZ3Mgb25ISHN0ZXAgYXQgYSB0aW1lLiBUaGUgZGwAQEBAQ--
X-YMailISG: KLBZ9DEWLDtmo1Jx54bs_edT_ByFpXo6U6HUaUVOiC5mQY5W
PCH0btivJnNhEfU17NVattzKUykoRYA64FLFdWeGQWrjj.IKdqmhKKZYytk2
mXXyxsqhTw0ApX7ca_SRbcZOxk2BHvSWlI_6HofZbwNHeOV0YajP9ftmzJiX
Vdprm3jROpr2ZoadV9KttdNtoC0cUNWneSgAd9Xbummpx52tKoAWCoDGB3UV
ksUfpmfKsDazWE71FYOvNFPFwMdzRMOlUQPKpx3QiPh0gvvd3unM6KGNxgDD
9EkgQPz1xczj9ZY75q57XNEXOU5KWX5LP3hT2booymspLDgaBb7WLCIWaH.K
siuXjxX3wIMb7dY7zCEY18kCdUJrVjVQnDpC2wFslWlRLE.UYOpPBns197yJ
LhpG1EIjAsk9NgMLOPRMiPn8ImpgOGaimr5mmtUnDtzS.ljtlPSi.u9XjA7_
j6WS.3dEnri0Ixgwdmw1KOX61vUKAQE_pZRB4SMnmnP.Ie6fd5kNiqAWrIX5
ewj.7hJ4suGV3ySa.LVpZ74JL6pjtgZ6G_.WkExdt.ZtYsp48NHkbm0rtXnt
MHx54nt2rnlmiQIetoqtLS9nWS7nUkFHIKI23RlM999EBMggUKm9l7A_taIM
xln5gEKcP8rpbtRF4CuobXoCku3zyS7i3tIqm27.JHJX9561_H2Z.sLeNa8N
eWJnukHFqrmQb8e6nAGPkYvjVCD9J__XH1EMADSiCRvj0GX6aEgI7YWwIaAF
wdYg2AEQPDtldRq3Yj9or8TAv41Sd5UvS2g12DVdrnPaGov9spRg__I5.Jvt
AGtmzglO_6lB.wPklcfmztspESOmVeeO6oQRMAsqakl1fMUyBLnalYY1T8jU
B_PuNUAu4iartO_qNP8EhntdEdSe2ioi0oGGOAVtNNqIQ9UnW6HGEp4jZlWI
iih9KGdMdrj_MLfG6VLqqs31Fvdo6FdtqYH4KU8LtImQBuiSpPKz4S0pC3u2
M7zX_NabQ_RPpVZzn_UtB9dyblW9EwhNwI3nIwzXDqJQkaCbtsKcLV8UgV7G
VGKeoIwOzOEPGuHOfFBqEhGpo5z8bkFvjA243MBDpTARjHXnDtclV0HKnlW6
3S8c5d6qiGClOjphWxVxWe1J2JSPaJnIs7qk813eK2T4ldqH7wB0w2cYY.mG
se0nckHKQdhhtl_38hjQ32nMpko4KEkF64IfkOubdw.VVt2luyqbIiOHsDzs
S0ej8o74WWaL8VKSD3.ifKmMKgl_58u_jZ1cRBGvuVU_0.CzcLZTjkvt63tr
u4gBbyZkmBskF3ZycXffmzkHZ2GbTpMX6G9Hhz1JSjTugXYViR9HFLO1GT.y
73ASA2zOXEegEvZQCpFd72qTl5fsJLeV4QeHgFefnt6dG.3JvNplLHAk73t0
pyF8k6Q-
X-Originating-IP: [69.10.237.37]
Authentication-Results: mta1359.mail.bf1.yahoo.com  from=priorityoneemail.com;
domainkeys=pass (ok);  from=priorityoneemail.com; dkim=pass (ok)
Received: from 127.0.0.1  (EHLO mail037.priorityoneemail.com) (69.10.237.37)
  by mta1359.mail.bf1.yahoo.com with SMTP; Fri, 27 Jul 2012 03:26:45 -0700
DKIM-Signature: v=1; a=rsa-sha1; c=relaxed/relaxed; s=customer; d=priorityoneemail.com;
  h=To:From:Reply-To:Message-ID:Sender:Content-Type:MIME-Version:Date:Subject;
  bh=iciIUBtstse+4nz3YDVzvarAIkMs=;

b=ACsI+pZW7l9WkdiTkChbpKGkSULa9sULYgZ4UFVQgkeRsY67SCxolFm1F6qZmzEo8K9
2DeeFi4IV

tLK/XZxo9xEOiE/lyt+Dof9vjv5ompdHK5Ha0dLizb6NGw99Zqzex7e0YULqUigKeKZBpn12t
XW5
   Nm0JqVv76O8i1ht6E/U=
DomainKey-Signature: a=rsa-sha1; c=nofws; q=dns; s=customer; d=priorityoneemail.com;

b=eXBBS/UJvANut7KlRg7DkS2D/izeW5JmVv9clLLzDWloExUf47mCSQ77FV3FG8r2dAXy
fUQCzr8P

+ask6gKrMeVT40sgpNPwvD7TMZfaPGTQP2wxICnMFLsoXTjknDdD4re/IGcq09MnwLDIU
S1j54F6
   qCAeGkkgWkQQdlL6FVg=;
Received: from mailer (172.28.6.35) by mail038.priorityoneemail.com (PowerMTA(TM)
v3.5r15sb9) id h29mea12ckk7 for <mychal█████@yahoo.com>; Fri, 27 Jul 2012 06:26:40 -
0400 (envelope-from <bounce@priorityoneemail.com>)
Received: from broadcaster (localhost [127.0.0.1])
        by mailer (Postfix) with SMTP id 7D11514AB84
        for <mychal█████@yahoo.com>; Fri, 27 Jul 2012 06:26:40 -0400 (EDT)
To: "Mychal █████ <mychalk█████@yahoo.com>
X-SentTo: "Mychal █████" <mychalk█████@yahoo.com>
From: "Six Figure Program" <ben@sixfigureprogram.com>
Reply-To: ben@sixfigureprogram.com
X-VirtualServerGroup: unconfirmed
Message-ID: <1343384789.51218@priorityoneemail.com>
Sender: 104515@priorityoneemail.com
Content-Type: text/html; charset=UTF-8
MIME-Version: 1.0
x-1scdbg: MCARALT:104515:248619:1143607240
Date: Fri, 27 Jul 2012 06:26:29 -0400
Subject: We're Waiting for You
Content-Length: 3372

Print                                                              Page 1 of 1

| Subject: | Final Notice |
|----------|--------------|
| **From:** | Six Figure Program (ben@sixfigureprogram.com) |
| **To:** | mychalk██████@yahoo.com; |
| **Date:** | Saturday, July 28, 2012 5:01 AM |

Mychal,

**You have just 12 hours to get web hosting
so that we can build your website.**

Here is what you need to do right now:

**1.  Click here to go to the Training Center.**

**2.  Watch the video in Step 1.**

**3.  In Step 2, click the "Get Website Hosting" button
and follow the directions to get web hosting.**

Within 24 hours we will have your website live!


Best,
Ben Moskel


P.S.  If you do not get web hosting within
the next 12 hours, **we may not be able to
build your website.**  Take action now:

www.sixfigureprogram.com/trainingcenter.htm



The Six Figure Program
2171 Monroe Avenue
Suite 204
Rochester, NY 14618


If you no longer wish to receive communication from us:
Cancel

To update your contact information:
Update

Print                                                                                Page 1 of 1

| Subject: | Final Notice |
| --- | --- |
| From: | Six Figure Program (ben@sixfigureprogram.com) |
| To: | mychal███████@yahoo.com; |
| Date: | Saturday, July 28, 2012 5:01 AM |

Mychal,

**You have just 12 hours to get web hosting
so that we can build your website.**

Here is what you need to do right now:

**1. Click here to go to the Training Center.**

**2. Watch the video in Step 1.**

**3. In Step 2, click the "Get Website Hosting" button
and follow the directions to get web hosting.**

Within 24 hours we will have your website live!


Best,
Ben Moskel


P.S. If you do not get web hosting within
the next 12 hours, **we may not be able to
build your website.** Take action now:

www.sixfigureprogram.com/trainingcenter.htm


The Six Figure Program
2171 Monroe Avenue
Suite 204
Rochester, NY 14618


If you no longer wish to receive communication from us:
Cancel

To update your contact information:
Update

From Six Figure Program Sat Jul 28 02:01:26 2012
X-Apparently-To: mychalk████@yahoo.com via 98.138.211.181; Sat, 28 Jul 2012 02:02:06 -0700
Return-Path: <bounce@priorityoneemail.com>
Received-SPF: pass (domain of priorityoneemail.com designates 69.10.237.37 as permitted sender)

ZWIgaG9zdGluZybyby0aGF0IHdlIGNhhbiBidWlsZCB5b3VyIHdlIYnNpdGUu
IEhlcmUgaXMgd2hhdCB5b3UgbmVlZCB0byBkbyByaWdodCBub3c6IDEuIENs
aWNrIGhlcmUgdG8gZ28gdG8gdGhlIFRyeWWluaW5nIENlbnblci4gMi4gV2F0
Y2ggdGhlIHZpZG9vLiVIGluIFN0ZXAgMS4gMy4gV4gSW4gU3RlcCAyLCBjbGljayBB0
aGUgIkdldldCBXZWJzaXRlIEhvc3RpbmciIGJ1dHRvbiBhbmQgZgEwAQEBAQ--
X-YMailISG: 5MU6y.kWLDta41KB8.nc6swZob83oS_giAWxiocKyJDAtxM5
TemOGtL4ZQb_mukT5A1_b7Mdq8ehAXoPJ_nf9LBJO0OFlf0Vutl9xoZ9xahT
W0Uba8rpMHM9S45y9.LYZGbA8hEFGeoVA52AjjH3cdVgjpZ3WYQrgKPAOofE
XYH1f1dSTbBjaMdl9okKIu750MbVDCrm_9MdMrY67qraS7NGCyWNe12gNk3a
5gf4T2KRuqP7d96R4u6cXINbctdTPIdgvdbebY01bp3MazZiSGP.7SsSs9iF
TgPtpz7_tabPLUYCcvyGDqJwRl73Uw6vKYg6l9445VULMXwVp7emCLtK8LFL
8jNxbOjFy2Ku4Y17.MOmo_iOQIBcUqhLOcekeWvgWST2NoFyQSck2aiZzI.u
nCqD.j2JVTjNVSKjwpo3J0N_NghTjfg.xubgnZN9laNstKuJKs2KEJhoWJfN
URbfxY5fu.DMLd5XfLVqI1pplciaVUlPDKV2PuSzpDxq0BK.71IdMFGMoPrf
7CYg1PqF56zU7_u9tr6UZrsGVownZurYu0SkY9MPKiik7_JjMalaxjKIMP12C
GT_gmFNCrNMgt4Y_3sSSxW0V..D8cfcLfi9LZNg0MtnxKdhNzKp7BGL0h78N
WKUHW5JfM7C_n4M441dRz2VPRIu7h3Sq5V1uKEy03TekGkJ5UL43yA_QoR99
PRrOiLrXJ84TynYWT5Y2dK9Af6TuGRIGbg_Quius032IyBxIoQmG90lO0D4R
9ll9_JY0rp_LfhCD9UDlGTW2VraEd6lpN.Apb01AWZL9DR7HsmaRGMfj9Ycb
PHlfXmw7FpDAB5PErcgIqPqp6ONd6DwZ56aTsrw9wVGBm5LGei.TxLwxdBtI
ata6HztKrKgI1orWKSoYksr4uqrM25X9M4LawiVmFhprYh7mJRo5CP3OX9RZ
X7DIwCantU8sVeiSlY18jdQs52fS4JzQU.aH1KQOcz43oB7fAPV35sN0zmI0
C8ZK5X1UHzJRncegBjgqqa_Ccp46GgsOBWhEH20LL3jO6ACwCEmZplcGlSLK
Hgd9NuZaJYTe_tgOu.D_bSKaxY5ISW2ER9r49uMZ06Z8UtapT0ZcluGv4qEz
69L2G1eqFfvPXeB3k_YEvZACF79xjC25Ns78cv5YbNLxagjzz5ONdaQaLNR6
RIv3GBvs7MU3L8zV9NnFD3pocDpkpX_3bbr12mnkhGAmPuy6EWqH185NAZDN
EPPvkQ0.F6eYfp6PKFZbskFLcxg4HRkcLGmMT7K5C6YhlYnEOcKnPxGgIfrX
BncSs.apYIOcnJbXSW4FPcOdsIefZMNoxY3t_QI11BsJXTcPCfgKdBhHiKW8
LL6VqPBA6a39Vrwaf_.XTVESSgpSaefZ5B7bdAxXrWh9JRbyYctyeSU4Ajvf
JwLof2g-
X-Originating-IP: [69.10.237.37]
Authentication-Results: mta1010.mail.ac4.yahoo.com  from=priorityoneemail.com; domainkeys=pass (ok);  from=priorityoneemail.com; dkim=pass (ok)
Received: from 127.0.0.1  (EHLO mail037.priorityoneemail.com) (69.10.237.37)
  by mta1010.mail.ac4.yahoo.com with SMTP; Sat, 28 Jul 2012 02:02:06 -0700
DKIM-Signature: v=1; a=rsa-sha1; c=relaxed/relaxed; s=customer; d=priorityoneemail.com;
  h=To:From:Reply-To:Message-ID:Sender:Content-Type:MIME-Version:Date:Subject;
  bh=k+fxgxhb7GziSfGg5RT7u2uSu3E=;

b=Ia/9pyKoo5mz80LyGcEgq2AdQcnv8j0X/a9g9iJKql1mETrxK8pYUGOxOeXNdNHLmBQ1
XVkhO1TM

gPXjSrOHah6z3Al0JEA6D783BSllvOhGq+e/uea9esImwhSx9muEWQKAvBTYmE45feRs88x
1SQgX
  3gp8jp8ChuWnBN8CD8U=
DomainKey-Signature: a=rsa-sha1; c=nofws; q=dns; s=customer; d=priorityoneemail.com;

b=Traa/Tzcs0r6v+AmpsGskwAEBrCinMz7DRTZ2d8o/d+OrvlGsRhK+yiJ6jNRrrBfpeiO0bvoL
L75

YCqJK6OtfB/zfI14sJj+vkR0bdDObU9b1+HhIQL+dWh/Mn51Xga8goSmmk6Z3FttAk9W6qIkg
bIg
  xbidZqEMOKcSADy/kuM=;
Received: from mailer (172.28.6.34) by mail038.priorityoneemail.com (PowerMTA(TM)
v3.5r15sb9) id h2el8s12ckkj for <mychalknights@yahoo.com>; Sat, 28 Jul 2012 05:01:28 -0400
(envelope-from <bounce@priorityoneemail.com>)
Received: from broadcaster (localhost [127.0.0.1])
      by mailer (Postfix) with SMTP id 9A422128024
      for <mychal███████@yahoo.com>; Sat, 28 Jul 2012 05:01:28 -0400 (EDT)
To: "Mychal ███████ <mychal███████@yahoo.com>
X-SentTo: "Mychal ███████ <mychal███████@yahoo.com>
From: "Six Figure Program" <ben@sixfigureprogram.com>
Reply-To: ben@sixfigureprogram.com
X-VirtualServerGroup: unconfirmed
Message-ID: <1343466086.29477@priorityoneemail.com>
Sender: 104515@priorityoneemail.com
Content-Type: text/html; charset=UTF-8
MIME-Version: 1.0
x-1scdbg: MCARALT:104515:248619:1143607240
Date: Sat, 28 Jul 2012 05:01:26 -0400
Subject: Final Notice
Content-Length: 2827

Print                                                                                          Page 1 of 2

| Subject: | Urgent |
|---|---|
| From: | Six Figure Program (ben@sixfigureprogram.com) |
| To: | mychal█████████@yahoo.com; |
| Date: | Sunday, July 29, 2012 6:29 AM |

Mychal,

Quick heads up: Dave and I worked late last
night.  We worked out some deals for you.

We got you a contract with some big brand
companies.

These guys agreed to do business with **you** – *right
now*.

- Walt Disney Vacation
- Direct Pet Insurance
- Apple Macbook Air
- Green Dot Visa Card
- &nbs p;Proactive
- eHarmony
- Angry Birds Survey
- BidCactus

We vouched for you.  We convinced these companies
that you are serious about affiliate marketing.

Please don't make us look stupid.

We negotiated everything for you.  We have your
links and got you a good payout.

Their only requirement is that you have your own
domain and website.

So, if you get your domain and website *today*,
these companies will start paying you.

Get Your Domain and Website Here

We're not putting pressure on you, but some of
these guys are impatient.  They want t o see that

you're serious about this.

Get Your Domain and Website Here

-Ben

P.S. We don't want you to miss out.  **The next 10** people who sign up will get a set of custom business cards.  Your domain name will be printed on them.

You can hand them out at parties and **tell your friends that you do business with companies like Apple and eHarmony.**

Get Your Domain and Website Here

The Six Figure Program
2171 Monroe Avenue
Suite 204
Rochester, NY 14618

**If you no longer wish to receive communication from us:**
Cancel

**To update your contact information:**
Update

From Six Figure Program Sun Jul 29 03:29:46 2012
X-Apparently-To: mychal███████@yahoo.com via 98.138.211.178; Sun, 29 Jul 2012 03:30:26 -
0700
Return-Path: <bounce@priorityoneemail.com>
Received-SPF: pass (domain of priorityoneemail.com designates 69.10.237.38 as permitted
sender)
ZWQgbGF0ZSBsYXN0IG5pZ2h0LiBXZSB3b3JrZWQgb3V0IHNvbWUgZGVhbHMg
Zm9yIHlvdS4gV2UgZ290IHlvdSBhIGNvbnRyYWN0IHdpdGggGgc29tZSBiaWcg
YnJhbmQgY29tcGFuaWVzLiBUaUaGVzZSBndlzIGFncmVlZCB0byBkbyBidcXNp
bmVzcyB3aXRoIHlvdSBByaWdodCBub3culC0gV2FsdCCBEaXNuZXXkgVmFjYXRp
b24gLSBEaXJlY3QgUGV0Eluc3VyYW5jZSAtlEFwcGxlIE1hYwEwAQEBAQ--
X-YMailISG: op6yW8MWLDvOUO1W8kRpujS.KRJfKcCKrfNZUM.zfdNbIjb1
kc_BlkH4DYyZa8itspq_lVMVyqt7SkXijZDqa65v3kIuEmRyFZ2kp134fl II
XpKOsUYPk4YIkEDDnrVVCnAjKZSGsA788TZR6NSW35rvJ7XYS.Vov7xWBprf
5EPi4eWEQ8jfNjb8BbVMWNvZx7ETnfVIrHeCfWC.sck9UNqbK2b5qDl0mlMR
2vJobx.Dl5mOQl3fpSsfvZwxr_39R0pOGVC0WA.Kkkl6opYudr1WcTUVtk8W
NiYe7y.B09UK8tT0gnBWR_Hz1SRxjtCvi5.9X.j.srJMlbX55w6lXPHPAb2E
A2evBrkStcs1v_64CsGi2Pgg_l1Md2Qw_k3tgiP18gZ22ayBeGZlQ4r5XP4w
Vgylatr5p6QcPeyftfa1hUBRqNYUxDJ2Ww6jMqX278ngmPt3AOtEEh7Wy4gu
P585Pm.UagApTRurl9dfNVzF9WaJ_ihbXMJYhs.qidjwx0TnMHv9aF3SagGa
irhtYFWkrt1j6egahvv_EoIWZEQFRhWj9cU5dpd3XTwPTwp3nrZFhgLJvizv
XUZoDFZ_IBFVStJr0P1tvSxq_LFVG8c9yjmWNXIwm.yaPbMHkkBETn_DuBDL
2ss0erdIB..UNs4PJUuYoRuOOJlzduO4OMusIMhISpImYiwdnSXd8JRRPO3n
pdKSoYTZgpBAQmmH8PYveRYO5YPdIRIVVvrAN7kF2J1uEa5I24dgx_HBDx1S
YyAQrzzzggzyU.jR9Th9OCmkb_a2IWWxgrvS3qcaDIXPUlaN4I5LRRSDkRfi
YQChrNrzSnpRKeHWFusMhcUvj452vgLOKNaujiZFb_egGwtwdJ4YxKDVwlo0
IWRGdAXTtBSFEtY6qdD_KuvdHBu9Abf4bOMulETTvmRrVKHf8rFvmkFiR9m2
jaPbqGAUvhy9lx_pV5dDT_Q_klu9hTmkd1CMqkAzSSzfdB_03MTk5SA68J72
Jd7oYj0JW3VGaJLupS1K1FAPdH8jrkeAgkFZmh2X2lA8WICJ_xY3JoVl0nE.
_Sm.APXUT4gH1EBp9gU_9dYXX3kLvObRPCPZWO9K6TAGWIlYYSvcqV6U77pt
ttfmvky1PWiHfv7iGdxRSXD46UojlsSUavO5oJkL1GzS3.hHLq58zsHUtkEQ
GRLDyoCAW7q9vOYid0S8XZkrKmxmX489sUfgzcMvT7EIwZHxqSRC6_GEXA8Y
tiCW.akGiHiMBU9LAdQkAboJ89Ez7clQki6CVgtJc5dDzbbmV2K.yMqqxcmo
6kbz.3TMCGXHOG_HnLtBUteQlByv3kDPVzZFzx7NXKlo6ijy
X-Originating-IP: [69.10.237.38]
Authentication-Results: mta1233.mail.mud.yahoo.com from=priorityoneemail.com;
domainkeys=pass (ok); from=priorityoneemail.com; dkim=pass (ok)
Received: from 127.0.0.1 (EHLO mail038.priorityoneemail.com) (69.10.237.38)
by mta1233.mail.mud.yahoo.com with SMTP; Sun, 29 Jul 2012 03:30:25 -0700
DKIM-Signature: v=1; a=rsa-sha1; c=relaxed/relaxed; s=customer; d=priorityoneemail.com;
h=To:From:Reply-To:Message-ID:Sender:Content-Type:MIME-Version:Date:Subject;
bh=STiAmwUIoLkhGtpKoWs4N2aTsyM=;

b=g32XM7ApA3Xu2E+Fpatw5PrJ5EdSybblQzvv/KTT4XnmOU2btlbuqSkitgkm5kswtK0ZCP
WiHwHL

4P0RtbzKKDLY/9Soyzur3f7sqYOFiYGmifWuFkfU15H1aq5yHOwZLUllZXtbPKI12EQT2U
W6RqtJ
  hTUM43sBL9jjbqgW46g=
DomainKey-Signature: a=rsa-sha1; c=nofws; q=dns; s=customer; d=priorityoneemail.com;

b=ID4zNiQJ1ZHt9IYbhFxFhZzmiRkLc/TvrE44siDHkp9OLGBB6s+j+lguw1SRebUJKRGEAc
n8xk4t

Xy514LpsJtpMlFn6f26CW6SNunM/FjfNcAqDRkVs4FC18ZhpMFtetEW5pe32oJPW46uIRGjG
1q7g
  Hy5S4Kkw+IyLN8vbbHI=;
Received: from mailer (172.28.6.35) by mail038.priorityoneemail.com (PowerMTA(TM)
v3.5r15sb9) id h2k8c212ckke for <mychal███████@yahoo.com>; Sun, 29 Jul 2012 06:30:03 -
0400 (envelope-from <bounce@priorityoneemail.com>)
Received: from broadcaster (localhost [127.0.0.1])
        by mailer (Postfix) with SMTP id 9D36814AB83
        for <mychal███████@yahoo.com>; Sun, 29 Jul 2012 06:30:03 -0400 (EDT)
To: "Mychal ███████ <mychal██████@yahoo.com>
X-SentTo: "Mychal ███████" <mychalk██████@yahoo.com>
From: "Six Figure Program" <ben@sixfigureprogram.com>
Reply-To: ben@sixfigureprogram.com
X-VirtualServerGroup: unconfirmed
Message-ID: <1343557786.08591@priorityoneemail.com>
Sender: 104515@priorityoneemail.com
Content-Type: text/html; charset=UTF-8
MIME-Version: 1.0
x-1scdbg: MCARALT:104515:248619:1143607240
Date: Sun, 29 Jul 2012 06:29:46 -0400
Subject: Urgent
Content-Length: 4172

Print                                                                                    Page 1 of 2

| Subject: | We Need Your Help |
|----------|-------------------|
| From: | Six Figure Program (ben@sixfigureprogram.com) |
| To: | mychal█████@yahoo.com; |
| Date: | Monday, July 30, 2012 8:02 AM |

Mychal,

You have just 12 hours to get web hosting
so that we can build your website:

www.sixfigurelogin.com

If you have any questions, go to the Training
Center and watch the video in Step 1

Go Here to Go To the Training Center:

http://www.sixfigurelogin.com

Within 12 hours we will have your website live!

Best,
Ben Moskel

P.S. We are building the next 7 sites that come
in or for the next 12 hours, which ever comes
first. If you grab your site after the deadline, we
will not be able to build it for you:

Go Here to Get Your Website:

http://www.sixfigurelogin.com

The Six Figure Program
2171 Monroe Avenue
Suite 204
Rochester, NY 14618


If you no longer wish to receive communication from us:
Cancel

To update your contact information:
Update

From Six Figure Program Mon Jul 30 05:02:11 2012
X-Apparently-To: mychal███████@yahoo.com via 98.138.211.181; Mon, 30 Jul 2012 05:03:34 -0700
Return-Path: <bounce@priorityoneemail.com>
Received-SPF: pass (domain of priorityoneemail.com designates 69.10.237.38 as permitted sender)

ZWIgaG9zdGluZyBzbyB0aGF0IGHdlIGNhbiBidWlsZCB5b3VyIHdllYnNpdGU6
lGh0dHA6Ly93d3cuc2l4ZmlndXJllbHJlb9naW4uY29tIEImIHlvdSBoYXZlIGFu
eSBxdWVzdGlvbnMsIGdvlIHRvIHRoZSBUcmFpbmluZyBDZW50ZXIgYW5tIHdlIHdpIHdhdGNoI Hdlh
dGNoIHRoZSB2aWRlbyBpbiBTdGVwIDEgR28gSGVyZSB0byBHBoyBUbyB0a0GUg
VHJhaW5pbmcgQ2VudGVyOiBodHRwOi8vd3d3LnNpeGZpZ3VyZQwAQEBAQ--
X-YMailISG: 4W6PaXAWLDv.BRQxpmElHxOYCVOqo9S3BNv._XiB2aXcShO5
QXY1E3G1pQDqU7e_m_AIVx6uTMRzoVTQCqoRw84Whwx33tMJM0_LA9JiMfSt
lIGl8ZFrBpXyRV56ddlvnooA0Cs.oJS_pS0AKotZOOidXa3I.F2xK34WaXta
qPEsDqdjABHnvXraCJxbLJPkcpNAGmCXiGrww0RXSOFAmT4ijMfYPkz_r5YE
7yr8l885CPVUZ9v3CiEU5j3u922QUWJGfv01EC3dhxpz8HMo7IAyI1bgkb.p
dglkylJyrbl5Az4eBjVX..9d0KU1gPGLjload4E5NhQXR7r9EJKbaq_HGjTV
CELTdZSZh8HBYu4UDAP7rL7UmitsWwjwyDqLab3cto1gGHC_pw4_gMVe0oLB
ZiIhgg0AIIHEfTCFhcAjAj8JObNuFmdSl2Tlvo3aXUh5A_0RixCGbBFgbkQ.
Qsm0KNBPwueY8DD3Ji3XwTVQ8.JsEKCleM5lPK5KnSQCL5NKO_CKYj03Eu9n
JriS.iicjjJOPtN7Vlj3oLexrtVn6QRoYcliL0tPjFgDli9C_9qPjBge_vsG
pekXzZfP6M87OO2zOsfDrknZ_iU2PktDNwumzehMfHyIcyDbIR.4xWOebYvw
MTqHxzZviU4lpYF5IcJkJGHBI1M_gXlk1AfwzRDgHf6eqwP21r_WKLLpHFpz
n_4kdWV2Ra9mnxge9rSNRMs3VimigQD9xVc.xbrIDdiK531iuENSJYkWhq0J
8RXtSPCPzM28HQ.CyrvcCkzsj7hRzSBMKOkG3di9ceU4hUOKx47omo8hgVlB
4SiS32PUShtGf8D8.lcnS.p6QImnreXU7WcajDjGDedsm0uqmRA6hIHxuxJe
3l_uD6PvzndVlkUwymPfqeX5dy2kAmphyavwDg8GTdBEPJrrnk.MXqTWaSiK
PQ0d5JPjmpl2N_mFAjljXh.rmFMz49bQCimCnO.O1vbCOSm5Qa5kaNsxNkhD
Lr7lXUWQefl26ea7Sbzzamg_7FBgX7wz4MGHu8AKHVglEqv6qP80moI0e5qX
SlPaOFQOllx69mysOIyrzrHu47bzUiCTRKsJjaww_dN9FgBkz9LW4J9LutvH
xWnpcrHdXzx7lA3luHXPv72cBnEom9Ixxx1bWkiJsdksSKPb0Ue8LljO1bhH
YqiHboPHqP1VCD2iiYNZGkY0vUdHT5QzguOjwkwr5Qx9Yfqgv1CSpFc7moGT
ssL4F.LZCCAXGBDfjeoe_f9aKevuTXa0sJA6XSO7JxLxZMJEBZ4g.mprIBN5
oaCBhtBg2w7Kjhb_V.lb00AWKNb5it.0Hi32M8AjQweG
X-Originating-IP: [69.10.237.38]
Authentication-Results: mta1297.mail.mud.yahoo.com from=priorityoneemail.com;
domainkeys=pass (ok); from=priorityoneemail.com; dkim=pass (ok)
Received: from 127.0.0.1  (EHLO mail038.priorityoneemail.com) (69.10.237.38)
  by mta1297.mail.mud.yahoo.com with SMTP; Mon, 30 Jul 2012 05:03:33 -0700
DKIM-Signature: v=1; a=rsa-sha1; c=relaxed/relaxed; s=customer; d=priorityoneemail.com;
  h=To:From:Reply-To:Message-ID:Sender:Content-Type:MIME-Version:Date:Subject;
  bh=AnTxJDHSi1ZSjQ5bC7lg4rMTGVc=;

  b=ZkzezqpDZljZkwOb3USAUx4QDBAyjGTpaYJdvU0/fJHStPTaLrl1kYL4tnPjmoK+XfYbiW
  Kr1/EK

eVhhRbGWDuXFa4mBodogMcdxmcVYSG7XyOPxLLgzVDIUqjdJzt3IKYbORVJGxIX66u6i
74F05Ns3
   RZhxOwkSrPQEeXnAzvg=
DomainKey-Signature: a=rsa-sha1; c=nofws; q=dns; s=customer; d=priorityoneemail.com;

b=IGo4dK0NiImZEEP8htjoFAQxMBP2O2/s1HEQb+d43VjfbEOHq8quaAPlcFaMNwJyhlfV8o
YtZbiW

ORK1fwK0Q98xTcOLjnHW/cSXtOiGxbNt7Kr3nUT8zt0AxFKPcgRLOdf9zSN6tnGDOO0tsrcW
X0sE6
   03frOO9ZQMQNLwOc0iY=;
Received: from mailer (172.28.6.35) by mail038.priorityoneemail.com (PowerMTA(TM)
v3.5r15sb9) id h2ps1a12ckki for <mychal███@yahoo.com>; Mon, 30 Jul 2012 08:02:15 -
0400 (envelope-from <bounce@priorityoneemail.com>)
Received: from broadcaster (localhost [127.0.0.1])
      by mailer (Postfix) with SMTP id 1273A14AB7F
      for <mychall███@yahoo.com>; Mon, 30 Jul 2012 08:02:15 -0400 (EDT)
To: "Mychal ███" <mychall███@yahoo.com>
X-SentTo: "Mychal ███" <mychal███@yahoo.com>
From: "Six Figure Program" <ben@sixfigureprogram.com>
Reply-To: ben@sixfigureprogram.com
X-VirtualServerGroup: unconfirmed
Message-ID: <1343649731.14974@priorityoneemail.com>
Sender: 104515@priorityoneemail.com
Content-Type: text/html; charset=UTF-8
MIME-Version: 1.0
x-1scdbg: MCARALT:104515:248619:1143607240
Date: Mon, 30 Jul 2012 08:02:11 -0400
Subject: We Need Your Help
Content-Length: 2427

Print                                                                    Page 1 of 2

| | |
|---|---|
| **Subject:** | Did You Forget? |
| **From:** | Six Figure Program (ben@sixfigureprogram.com) |
| **To:** | mychal█████@yahoo.com; |
| **Date:** | Tuesday, July 31, 2012 8:07 AM |

Dear  Mychal,

I noticed you haven't asked us to build your
website yet.

Perhaps it's because you're not sure whether you
will really make money with our program.

Let me share just a few stories from people who
are making money right now from their websites:

-Adam makes $2,000 per month from a simple idea

-Chris H. from Baltimore went from zero to $10,000
plus per month

-Justin got a $1,500 check from just one affiliate
program....then he doubled it a few weeks later

You can see their stories here

These are just a few of the success stories out there.

The number of people collecting weekly commission
checks from their websites is now in the thousands.

We'd for you to make money too, but you need a

website.

This is simple. Just set up Hosting and let us take it from there.

Get your website here

-Ben

The Six Figure Program
2171 Monroe Avenue
Suite 204
Rochester, NY 14618

If you no longer wish to receive communication from us:
Cancel

To update your contact information:
Update

From Six Figure Program Tue Jul 31 05:07:15 2012
X-Apparently-To: mychal██████@yahoo.com via 98.138.211.178; Tue, 31 Jul 2012 05:07:32 -
0700
Return-Path: <bounce@priorityoneemail.com>
Received-SPF: pass (domain of priorityoneemail.com designates 69.10.237.38 as permitted
sender)

ZCB1cyB0byBidWlsZCB5b3VyIHdlYnNpdGUgeWV0LiBQZXJoYXBzIGl0J3Mg
YmVjYXVzZSB5b3UncmUgbm90IHN1cmUgd2hldGhlciB5b3Ugd2lsbCBgZWFs
bHkgbWFrZSBtb25leSB3aXRoIG91ciBwcm9ncmFtLiBMZXQgbWUgc2hhcmUg
anVzdCBhIIGZldyBzdG9yaWVzIGZyb20gcGVvcGxlIHdobyBBhcmUgbWFraW5n
IG1vbmV5IHJpZ2h0IG5vdyBmcm9tIHRoZSWlyIHdlYnNpdGVzOgEwAQEBAQ--
X-YMailISG: txlP.UIWLDvgE_np9jx3jQgXSQGMOqE4TGx5lceEUOHs6mJd
MEiYLkBydoaSp0eB1TJ95UtFjPMtrFc3qpCN98LJXQA52KPCD7dMPHsKtwCQ
MNlTAjoMFT2Zso.7cbjGYYoBfTQY4b_iOBDhXiVbXtzzKu68xDEQaRxnVh6G
Qhv70bV_SaiRG0eD0mVY67DSItaCbuvHi2IAZ63iA8qRkKAEeEvfqZnrebBg
zwv1kCK6oDzhAGMrYzNzGqsa4Xlv184To2p8nHMHpD2fOUHJSypcx1GaB.Q_
fyDBmaHa3rX9ACLkaLrbEgRctHwiz6qE0xVmWRmqV4PbgjrGZkKzhV1PDsa0
4XYCMWtzxcChoUt492KGDGXUicK5Rwb_WnI_3d6VpaacZBOqWQiV.WrVlXs1
lS04bOHJAAApjXaRUfBKJYXCVhU88F760zrfK3_nJaoxe4ND66gMZacq9b.G
kz2gBatcUQwEvTWuAOKDTT9QVAVXLozSVq.o4GChncShHyP6V_BYG9tvTTCR
IpNB1BoPqt0He4fSXEwjnjr8v3.I_QC0sO3IN2kssi7Go5zku32dsYsgGkOr
_PXEbqT9GqsKt76LTv7pIA22stJQSflcK90K0308wpcCbWe7p1CCMYaITdYj
rzd7BJqKN9lBz9dihLz9RgLkWjlgGqtedqxAk7KMS4wpOZjtE83Q6yuLLtdf
ko1Tj6w6rkZvU0T30zcalSAfZoeg.bq3Fr8G_8LIpmhGgXOwLWVSYgn0icDe
QQXOwn_EYfXNQUg1Tw92TZW3CYpRNdmtIuFB.JUAIW5jmwtf6qmxpAG0G__N
KJos_J51fQuIJpT_Gm0SrSQ7ClH3OPpQVhcWsb4yqecrRZC1i.rg94stX8AS
Qpcw_ylARtA7eyrmoG6Mt2_mwrQujlEmyB.cQCNovs.AZomzlVmr1mU3ZZ07
H3lAORggNwreJWICwpjsguXk7NQBSYdHtn2wFuz1ardUxAiJn2oQmBYNq3Sy
ECxmOJIJdjAki9u484UHaRo.sEQWuqDAAa5z1otyRVFzA5xeqmuVMOhVIw.E
MLIz7xArMMr9slyRmaPOBldxYsF6AdY28x9d4Pn1h4L7_sI5d5HZUU3xA4MH
oAerSSn3vuxVZXN0X6aSGMVUqpMXE9zTjxXJFAA_P.7KPvFQOsfloUSOdf0T
X0ZasOhjvjvbk4gww66N2BxibWTk8YXT2YjlBz3Loc2Fqz7FK7cgMzzLFeF8
n5Jtjg98WuXnA6xLyP6XIXuohvQuUT1VJlcDW4_knOX36y8SNndtEwKZyA5z
9aXCO.mz0hBGuJuSF.VN5RenGIKfLKMZ8Cym8Icqe84VxyGL_JVdSXw91skb
Ic73ZDQdXTfDrFPjcXLx0ARPk7ZugUe3FsfciUqvIP_URZRcyzCIO8dp5Zbs
bPwyHf49pLMF6VxeEJoU1Ehg8wuhXV.3nhPGh7Uozk8-
X-Originating-IP: [69.10.237.38]
Authentication-Results: mta1242.mail.mud.yahoo.com  from=priorityoneemail.com;
domainkeys=pass (ok);  from=priorityoneemail.com; dkim=pass (ok)
Received: from 127.0.0.1  (EHLO mail038.priorityoneemail.com) (69.10.237.38)
  by mta1242.mail.mud.yahoo.com with SMTP; Tue, 31 Jul 2012 05:07:32 -0700
DKIM-Signature: v=1; a=rsa-sha1; c=relaxed/relaxed; s=customer; d=priorityoneemail.com;
  h=To:From:Reply-To:Message-ID:Sender:Content-Type:MIME-Version:Date:Subject;
  bh=pAxPfzv8zoLO4yy+4Wq41oLJUzo=;

b=iykkj1QJyKsAA0fnZU3lwfqkBwP48nzIH4eWdrGNMpIoJwIAyIuo4jHc4oG37l0DymMPP5
CXoD0V

8QpIQCf2r9IviaPNWBz1kb2mgKM3Owcu0WDYXRDSSEeDJaewT01dymeGj9AsqECsrXhD
Vcfb2ogK
    yuLCu2LbxSDXWPVionM=
DomainKey-Signature: a=rsa-sha1; c=nofws; q=dns; s=customer; d=priorityoneemail.com;

b=dZHa+VVlOx2MbmkEYHYWx6rm6Y4ObQzslZXkaxg3Nih2kLljp44YCvoWdb7QxpgJdnk
qyeyse6hG

1mpg0VDgI16gkTbPGmeblKYm8M4wxpK8GWjzxdl9fS6EIrEMo5Ifp0CAPh3bLpSU5KH6jq
uRH85e
    j5ZLJKe/zbxUaydZPW0=;
Received: from mailer (172.28.6.34) by mail038.priorityoneemail.com (PowerMTA(TM)
v3.5r15sb9) id h2v58612ckk8 for <mychal█████@yahoo.com>; Tue, 31 Jul 2012 08:07:24 -
0400 (envelope-from <bounce@priorityoneemail.com>)
Received: from broadcaster (localhost [127.0.0.1])
        by mailer (Postfix) with SMTP id B0DC4128033
        for <mychal█████@yahoo.com>; Tue, 31 Jul 2012 08:07:24 -0400 (EDT)
To: "Mychal █████" <mychal█████@yahoo.com>
X-SentTo: "Mychal █████" <mycha█████@yahoo.com>
From: "Six Figure Program" <ben@sixfigureprogram.com>
Reply-To: ben@sixfigureprogram.com
X-VirtualServerGroup: unconfirmed
Message-ID: <1343736435.47422@priorityoneemail.com>
Sender: 104515@priorityoneemail.com
Content-Type: text/html; charset=UTF-8
MIME-Version: 1.0
x-1scdbg: MCARALT:104515:248619:1143607240
Date: Tue, 31 Jul 2012 08:07:15 -0400
Subject: Did You Forget?
Content-Length: 3204

| | |
|---|---|
| **Subject:** | Is The Joke On Us? |
| **From:** | Six Figure Program (ben@sixfigureprogram.com) |
| **To:** | mychal█████@yahoo.com; |
| **Date:** | Wednesday, August 1, 2012 8:09 AM |

Dear Mychal,

You joined the Six Figure Program, which led

me to believe that you were intending on learning

how to quit your job and become an affiliate marketer.


However, you have not yet signed up for web

hosting, and we are wondering if you were just

"kidding" us . . . If you have no intention of

becoming an affiliate marketer, just say so and there

will be no hard feelings.


**Honesty is always the best policy.**


If you would like us to build your website today, click here:


http://www.sixfigurelogin.com

If not, simply click the "Cancel" button at the bottom

of this email.

Best,

Ben Moskel

Six Figure Program


The Six Figure Program
2171 Monroe Avenue
Suite 204
Rochester, NY 14618


If you no longer wish to receive communication from us:
Cancel

To update your contact information:
Update

From Six Figure Program Wed Aug  1 05:09:23 2012
X-Apparently-To: mychal█████@yahoo.com via 98.138.211.179; Wed, 01 Aug 2012 05:10:38
-0700
Return-Path: <bounce@priorityoneemail.com>
Received-SPF: pass (domain of priorityoneemail.com designates 69.10.237.38 as permitted
sender)

UHJvZ3JhbSwgd2hpY2ggbGVkIG1lIHRvIGJlbGlldmUgdGhhdCB5b3Ugd2Vy
ZSBpbnRlblRpbmcb24gbGVVhcm5pbmcgaG93IHRvIHHF1aXQgeW91ciBqb2Ig
YW5kIGJlY29tZSBhbbZmZpbGlhdGUgbWFya2V0ZXIulEhvd2V2ZXIsIHlv
dSBoYXZlIIG5vdCB5ZXQQgc2lnbmVkIvklHVwIGZvciB3ZWIgazdGluZywgYW5k
IHdlIGFyZSB3b25kZXJpbmcgaWYgeW91IHdlbGcmUganVzdCBraQEwAQEBAQ--
X-YMailISG: WB6D8YUWLDvEUa1ccj2jIveiX5qP1EmSCaBVNo.4nSEDVTL2
qO_UFnGC36luVv_vHLASgDNj73XIe9JtEG3_uKKLOdbrumO4CwFj9UB.9m6.
EuX4m65k7YrZu9M55e6koNDrsmv8A1ERFKcgVBCm7a_2N7UYPo05DvitElsq
hWYbj7NekoUSVrZK3A2yqnnnyuZYwHD0Pewr1Gui.Bm7vQRCoqCGVfpg8uxg
4hXYOgSX8sp0UiMx0OL7WOFyv.DhqobUhvOpXDsBsy19P.osLkp0zlcp61iu
wnf_aK.AWH9odK_bRkLM8jJ98tD5hVoWGz5hn8tNBqxbziM1xjiEkPfrgzuo
ejlcKmOlPKsu_c83IZ7ISOs30CV9nbEsh_HmRJM2Ix1rgvBGyNhYzr0soboQ
vtqWPn0XtYcInEHk8l764hi01XZz1atiXkCeYh0wiJaqGCxvPc5KUpSvW8BS
Kz1usUrAA_RXBfcGKufQ0Le3r8P9o1LWqdOsPl4nbx9FJOfEfUCuBkH6o8Y7
ay7qyUZfAYVHI2lwF3JTdrnVlxDg75AKMN76kN6ynDf2.Dz1mtg4wrCUihO4
FF9V.ZHw8zUFKHcyq6Pm79rhiTOyKwUf3RMrsQ6946ut2vrw7xEb8Wq3E__c
okrih3m3AukVfZwj13ge85CKl9uFAnYx9w1sCcXtWV9mOpnQFkwU6HTisDex
CL4GR9sXHzr_QViI8FGOnL3omDW2gSPl.hEoB8ognBDgaNNLSMpppQrVAP7q
h27gvvHiYD_dEAwk13T.WUkiv4HxVG_fEYywhAudog_u6vZIvQNBeVnd1uIR
dCoIV6.nRVulv3iFXVuCTZDok1w_hcPCo_m27vR1PTpEKyi7q94n4vk0gm0R
LGQu6nrYTVTdyqB1zi.eyx25cmRq5Kej2Tmrpessx4.OmYzXG6Gff9JoxP1N
EyiyZoBjrwOcwPeQeSXsnbCI4NedHfo.Pa19YzuROtiT0HunywoaN4UgM72
vRJIWMvopsXgKGT4ScrklIdO7lM0d26xVGoGdvGlr2LpeUX5MS_cwFEhMVET
t0Hkx2n8ouvyXicqPrwL.XaYeQ64Rkn0aRIejdR5.4Ng5o0cSzZgbcgWLTzV
j8hr98G18tMqkF3dHinmmIrE70ItMlaPjyqrfdVbnAq42k0n6jTZsOEeVnDs
aF7tQbfZd.gCxIhPv1Mjk9AXtruqz8LMyjdLc9_WdR.ULaO35kLurX.9vxkb
WWsiWe4Bpx0FLdG3qzYkBTJB3TKGXXDlIHq735cZwsiddu3uCgx5DyOk8KPZ
slORnHTBbjf_elA6F2Lap2vLl5Pg6S7BeFFUOxfNFvW7eqo_nmHp6bPDdXO_
xEqgm8VYl2savoS.lSGny8GLWCwZzxp8zpe4mw--
X-Originating-IP: [69.10.237.38]
Authentication-Results: mta1411.mail.mud.yahoo.com  from=priorityoneemail.com;
domainkeys=pass (ok);  from=priorityoneemail.com; dkim=pass (ok)
Received: from 127.0.0.1  (EHLO mail038.priorityoneemail.com) (69.10.237.38)
  by mta1411.mail.mud.yahoo.com with SMTP; Wed, 01 Aug 2012 05:10:38 -0700
DKIM-Signature: v=1; a=rsa-sha1; c=relaxed/relaxed; s=customer; d=priorityoneemail.com;
  h=To:From:Reply-To:Message-ID:Sender:Content-Type:MIME-Version:Date:Subject;
  bh=rHE0kxvz5MY0uCW5XumZlBr3zrA=;

  b=RDEMKL4LZvBYsISFmSON8U6bv5gatEO3UPiVT69kmYGDi84/Gid8QEa2/Cp7d+S6JvZ
  xV5gK28Ev

mmPRzZOZZZwh11XTy1hLtVEmxNwtnHqJ7vXe8rpGSYw39pbcPEk0wmWYmVt5vmsGLF
vxwO3KibdH
  mk2B6TYASaEjIvPd+ew=
DomainKey-Signature: a=rsa-sha1; c=nofws; q=dns; s=customer; d=priorityoneemail.com;

b=l5df+2hhKcK2cyy9n3fGygnzHHKboLa1jHkrRoGXOFWysy73LWmGuO4PRfE8Sk5+4bcQ
1hZAbp/k

2kvOx6ZOz7Df3mu5EDbFdDaOnNsA90v6+2q6AtoL8f5WZtmkMKJHsQQwe+04USg3ne0jR
18DVLoz
  77jiBVA1qEbhzGZU+o4=;
Received: from mailer (172.28.6.34) by mail038.priorityoneemail.com (PowerMTA(TM)
v3.5r15sb9) id h34ebs12ckk0 for <mychal████@yahoo.com>; Wed, 1 Aug 2012 08:09:25 -
0400 (envelope-from <bounce@priorityoneemail.com>)
Received: from broadcaster (localhost [127.0.0.1])
        by mailer (Postfix) with SMTP id AD2D0128026
        for <mychal████@yahoo.com>; Wed,  1 Aug 2012 08:09:25 -0400 (EDT)
To: "Mychal███████ <mychal████@yahoo.com>
X-SentTo: "Mychal███████" <mychal████@yahoo.com>
From: "Six Figure Program" <ben@sixfigureprogram.com>
Reply-To: ben@sixfigureprogram.com
X-VirtualServerGroup: unconfirmed
Message-ID: <1343822963.72348@priorityoneemail.com>
Sender: 104515@priorityoneemail.com
Content-Type: text/html; charset=UTF-8
MIME-Version: 1.0
x-1scdbg: MCARALT:104515:248619:1143607240
Date: Wed, 01 Aug 2012 08:09:23 -0400
Subject: Is The Joke On Us?
Content-Length: 2327

# ATTACHMENT OO

Print                                                                    Page 1 of 1

| | |
|---|---|
| **Subject:** | Your payment has been sent |
| **From:** | Paytoo (no-reply@paytoo.com) |
| **To:** | ████@YAHOO.COM; |
| **Date:** | Tuesday, July 31, 2012 2:13 PM |

 **GO PAYTOO**
**Global Merchant Payment System**

**Six Figure Program**

Dear ELI████,
We just processed a payment to the merchant Six Figure Program for you,
You will find below the details for this transaction
Thank you for using paytoo

Date: 2012-07-31 14:13:36
Request #: 43798
Trans Type: Credit Card
Transaction #: 61887
Merchant: Six Figure Program
Name: ELI ████
Account: XXXXXXXXXXXX4741
Card Type: VISA
AuthCode: 175297
Street:████████████
Zip: 30214
Invoice #: ET7101-1343758669
Description: SFP $27 Purchase
Result: accepted

Total Amt: 27.00 USD

**This transaction will appear has 'Paytoo 1 888 363-1895*' on your bank statement.**

If you have any question regarding this transaction, you can contact our Customer support open 24/7
at:
1 888 363 1895 or by email at support@gopaytoo.com

From Paytoo Tue Jul 31 11:13:39 2012
X-Apparently-To: ███████@yahoo.com via 98.136.164.228; Tue, 31 Jul 2012 13:43:49 -0700
Return-Path: <no-reply@paytoo.com>
Received-SPF: pass (domain of paytoo.com designates 184.107.174.242 as permitted sender)

c3QgcHJvY2Vzc2VkIGEgcGF5bWVudCB0byB0aGUgWVyY2hhbnQgQU2l4IEZp
Z3VyZSBQcm9ncmFmIGZvciB5b3UsIFlvdSB3aXNIZZpbmQgeTmVsb3cgdGhl
IGRldGFpbHMgZm9yIHRoaXggMgdHJhbnNhY3Rpb24gVGhhbmsgeW91IGZvciB1
c2luZyBwYYXl0b28g8zlGR0F0TogMjAxMi0wNy0zMSAxNDoxNzozNiBSZXF1ZXN0
ICM6IDQzNzk4I5F4IFRyYW5zcIFR5cGU6IENyZWRpdCBDBDYXJkIFRyYYQEwAQEBAQ--
X-YMailISG: vy9frJgWLDsR_J8WG4Vxgutr.D3z6cjHY1JXSTQOTfGid7wz
vKTmFcTWY7gFN814TeSsdicaHmXT4wxnhK6z0trTW7wNJPvRsWynt2PLmbbJ
F5X7juAR9FdhVqhYTtx7Qe1sv1uNWkPD9K0SwMwj0Bm0UcEVh0GBaFSi9DeB
e5ERcX5P26dqamfrl.NmFMtPJqJ..X.GO2Yo0AO3qzlr3UsCzDvlhCVh4ORF
uvKzgkVv.X2ybbuVLraCtDCYNNLdDHxxl6F4rkVApYQEZRgMc6ppOmFPoH43
EO66zsnYWr5_vwtpCpEFHl3qafh6etP.iu.ZjL_cMKmKkaRKPTgQXyFmBoTU
dM9.qgcc88fAJ8c3aFuPvP8BfYxle7qUArNHD8Pd6394UtC6Aa92quCLSdyu
TABxR.VWppRev1wFuboUVEtxtQJXO4dbV_6nP2siyhiPBbmj08ANNaD4pFka
ApOp14ogMl1Wd_iCYmLmQb_1LuoALxS3YNLbNfuvIrNrKBNdrwgdK08wIeFI
IOSARv6jHIThYgzQthyh9FFQzpdYRMBafHMhFFZeEGG81tQ6C1dgPtBJykt3
2pOiYcLFGhf8IJyYLxVbRgHOMEW8A3tqUdTr.OVCLRgVVV7oIsV0692xk38D
8RUmInWtN4OEShaIcmr7H.2JR3lRELrqRQdz9XuykvozmqBwK4bVCX1ejFBI
CU6Z41OyMiyboBXZlQVN62Ze4MfbYwDQwvvmYMOX6EiMYFTo8x3tuBMY4F8J
gIFzrlO0S2YXATixaCmVxO9VQ.kwfZzzR7nH8Y6AWGuWP9cYiyuhW8glOmQz
9cg5a77XAflUcwh4crLlwf6W506GwDMs9p6fMMID4DLbOoAFO1PQDclmBXqa
dnqICawRIWhZ0nygWJcc0idGdb3FqRgSYPMtfQA2wNIAtv2rCdWKXFUx4Rbn
11bs4sA3gL0cLKtMdFOOs7IWAj2rCQYN4.58aahn8.6bY_x_sjXP5L89iaT5
qhbNoRoclJei_tNn64wzTQcJksC2I9WkAxU6cZrTUGJgrZeSlGfQWpk3Lo2y
FVXGZFLvwGggHbGwY1ASNuzXC3lP20xlwIXfHbP6e1Q1stnBuJ6oQerVKSsg
aRIHxfw5AVv_fJdFw101nnfCtNy39mrzMcw_GYLSEpecdxaWB_wcvTUAb.wQ
oc2DUvXxiaz39hbhluZ3xozREF6BC2EkqiHx8puRBFgge7gpMLHVzB8eQ77G
j.ieGk4Hzhpw2atk0prsnmeUVL7su1GcO1etKPonDyjyDgUFgZ3mhKz_WDmb
VWhhlCfoUdGfTawYD4j0vbvhbWjkPBWnJNPqvCXeEhOUwQImjgS9X6tFk9CH
MJinG9CVMx_5e73hKZQUruxcNzFCa.jjqA--
X-Originating-IP: [184.107.174.242]
Authentication-Results: mta1092.mail.gq1.yahoo.com  from=paytoo.com; domainkeys=neutral
(no sig);  from=paytoo.com; dkim=neutral (no sig)
Received: from 127.0.0.1  (EHLO mail.paymotech.com) (184.107.174.242)
  by mta1092.mail.gq1.yahoo.com with SMTP; Tue, 31 Jul 2012 13:43:48 -0700
Received: from localhost (localhost [127.0.0.1])
        by mail.paymotech.com (Postfix) with ESMTP id BD7B419A0519;
        Tue, 31 Jul 2012 14:17:56 -0400 (EDT)
X-Virus-Scanned: Debian amavisd-new at ubuntu.privatedns.com
Received: from mail.paymotech.com ([127.0.0.1])
        by localhost (mail.paymotech.com [127.0.0.1]) (amavisd-new, port 10024)
        with ESMTP id 88987nLeNkTB; Tue, 31 Jul 2012 14:17:55 -0400 (EDT)
Received: from localhost (unknown [141.0.168.34])

(Authenticated sender: no-reply@paytoo.com)
by mail.paymotech.com (Postfix) with ESMTPA id 8533819A0505;
Tue, 31 Jul 2012 14:17:54 -0400 (EDT)
From: Paytoo <no-reply@paytoo.com>
To: ████████@YAHOO.COM
Subject: Your payment has been sent
Date: Tue, 31 Jul 2012 14:13:39 -0400
Content-Type: text/html; charset=utf-8
Content-Transfer-Encoding: quoted-printable
Content-Disposition: inline
MIME-Version: 1.0
Message-Id: <20120731181756.BD7B419A0519@mail.paymotech.com>
Content-Length: 8263

| Subject: | Your order |
| --- | --- |
| From: | Ben Moskel (ben@sixfiguremailer.com) |
| To: | ███████@YAHOO.COM; |
| Date: | Tuesday, July 31, 2012 2:17 PM |

ELI,

Welcome to the Six Figure Program! We are
extremely excited to have you on board!

Look, I know what you're thinking. You just
bought another work-from-home product, and you are
very hopeful, but in the back of your head, you really
don't feel it's going to work.

In fact, you may have even make the $27..00 purchase
just to prove that we are a "scam".

Trust me, **this couldn't be further from the truth**.
Dave and I are just two ordinary guys, a former
teacher and a former lawyer, who found a way to
**earn a living online**.

The best advice I can give to you right now is
to go to your Training Center and follow Steps
1 and 2 right away.

Remember, success comes to those who **take action**.

To get started, go to the Six Figure Program
Training Center at the following site:

www.sixfigureprogram.com/trainingcenter.htm

You're definitely going to want to bookmark this
page.

The Training Center provides all the instructions you
need to get started, including the most important first
step: **how to get your website live.**
Again, congratulations on making a wise decision!

Ben Moskel
Dave Clabeaux

Six Figure Program


P.S.  Remember, in order for us to build your website,
you must get web hosting..  To do this, follow
these 3 steps:

1.  Click Here to go to the Training Center.

2.  Watch the video in Step 1.

3.  In Step 2, click "Get Web Hosting" and
get your website.

Once you have done that, we will have your
site live within 24 hours!
P.P.S.  You must take care of this step immediately.
We are only building websites for the next 48 hours.



The Six Figure Program
2171 Monroe Avenue
Suite 204
Rochester, NY 14618

From Ben Moskel Tue Jul 31 11:17:56 2012
X-Apparently-To: ███████@yahoo.com via 98.136.164.226; Tue, 31 Jul 2012 13:22:00 -0700
Return-Path: <return-trans1-trans120731-███████=YAHOO.COM@sixfiguremailer.com>
Received-SPF: pass (domain of sixfiguremailer.com designates 69.16.244.34 as permitted sender)

IFdlIGFyZSBleHRyZW1lbHkgZXhjaXRlZCB0byBoYXZlIHlvdSBTBvbiBib2Fy
ZCEgTG9vaywgSSBrbm93IHdoYXQgeW91J3JlIHRoaW5raW5nLiBZb3UganVz
dCBib3VnaHQgYW5vdGhlciB3b3JrLWZyb20taG9tZSBwcm9kdWN0LCBhbmQg
eW91IGFyZSB2ZXJ5IGhvcGVmdWwsIGJ1dCBpbiB0aGUgYmFjayBvZiB5b3Vy
IGhlYWQsIHlvdSBSBiZWFsbHkgZ29uJ3QgZmVlbCBCpdCdzIGdvaVQEwAQEBAQN0
ZXh0L0L3BsYWluuAwMwAgN0ZXh0L2h0bWWwDAzc-
X-YMailISG: sZJcOAoWLDvtspdJHVRYeYIckHGtFu2zNNqBYJ7PFIZxcxZk
iyqKwoqQzI41y7fJSaZbyxv7twPUG6y6mVB4cmCIXeuXrVtCqHUJj_CQ5rTC
M409.8qdVTq64lTmeGvQ6RxcVKbX4Kgc27yLFzrwOmL6qVlFakIHuGdqoVMs
Kgp8nbxuPhMv5ZOpvGMxWdiix4KMB7o6JzYEbXnj8qAxPM9ldHFE1LCaltTZ
rOstlfo3BrSlvez2_eFY7FR2U8ROVZCXnEtHRuMvgb1fNx.GUhT22pj8YJfE
f5QYFblMZTptHRp_9eYoxqlzixyR1670fr_3iarf_meQFk8r9UGcY6Hqa5U
hlVzsTwrgnpn34Ywe7GQSNNuyYYm95VmCOFMb7cZKP1p4jjqqBDUEQ4EZHMp
7poMKMo4HnZ8JOSBg_4oxIIukrDUYlzJO_vAWGDI1MAPWzWIW4t_hWzGtXWE
wvmEebvM0RCH.mM9obh7FuVEJDBkVKhDdg.T9dJrKNSfnThBNqKY8iMij0q_
3JDB4ZL15RdrESKrmbunGyaAdNjHNgVg_SSaYnqevRnxhsydoZ08VP2W7wAl
qx9l9ppC9Wgu01O5l8W_L7a5kP74mp0ym6Q7JTZ6LT7ZawB4OmanKXAV5rPj
Md4R5iEUPs7ZSXkDWfVPepsSoZwVIuECIOh3ZxviRRi9Q68pSLVF39ZK.oDY
aV3RdQ9zvd0GJ9yPbtg2M3iYQxkIzCmjVMe7wM15wwyFZcIWAcnGvcLWpEay
iCKztI4TzHPXMMHkJvsPxkJyVcAInSgkYCKY.d7OUJdMkD7uiXudJP.wyL3i
BLQGV6Jv6jPY5QWhk99gU2mZdwBJ9lWqCSE15p2NpMYwcSCOKcylnRzNiqz9
z5KeNQNgvVx0Q9hmoC13IWf9HH_0AEhukS1bMQDFf_203VDAjBzAiRZ5W.dQ
9qNgZff0anny5GEXoGRdohK2d.2OfnnftCpK88t07YshhyR.yjiMoYnZ4fu1
_I1Gii8kfAIuS9UmdXRYGeGBL54vLyAycmvF.9BQ8KAua8uQKWMJawPzvO_S
DoZfdl0m_pn1lVJOb57PVj1XUzwIfaX.16TtZpUwkKV4oISqXAaW..5yQCgL
YyUSurDUln6zFlemXuMMHXzdkJ5Zg1Awb69hOfQ_XUXj3mXr8JK2pbcd852m
7Kk5LBAss6IvoKbf8aRKTvAaouUMoQn4.7G5NDIf3wqvrmxtTEdL2_VHHO7p
fBKAKdvyakhiPdaYPqaXueuKmCmeWZF0.AfghzQUXaU1wkB0OYxeJwEqgWxY
8Vj9tYzYK6AQj_lWFmDUo6OuZQClDDC.aI7J7hFqw5_atdEdHh70iS.yNJ80
ySod_CT651WYadIQ41OigDMfgxXzdkB4U8DDITkoaxnCT7a82aAgTWCnEMPt
X-Originating-IP: [69.16.244.34]
Authentication-Results: mta1088.mail.mud.yahoo.com  from=sixfiguremailer.com;
domainkeys=pass (ok);  from=sixfiguremailer.com; dkim=pass (ok)
Received: from 127.0.0.1  (HELO smtp1-2.sixfiguremailer.com) (69.16.244.34)
  by mta1088.mail.mud.yahoo.com with SMTP; Tue, 31 Jul 2012 13:21:59 -0700
Received: (qmail 31892 invoked from network); 31 Jul 2012 18:17:57 -0000
DKIM-Signature: v=1; a=rsa-sha1; c=relaxed/relaxed;
        d=sixfiguremailer.com; s=default; h=Comment:DomainKey-Signature:
        From:Date:Subject:To:MIME-Version:Message-ID:Content-Type; bh=7i
        68+PfA+LRXxm0eEY11BhCOKHA=; b=st8g5viA0kmeKqgi7GPm4ENUKZigA9jfa7
        dwlOnbE2+FM/nwbTjh9vPDfal0GgV74vFNJk1cC8WTEYkBYA4+QlWyjIz9gH/DcR

zESmHDO4gp2ZsNZGEDO3N2RM+HETAXtmHKEl38Y2Ku4BJu2KU/z3ot8GuzGSH
2B2

cSqiDLAzo=
Comment: DomainKeys? See http://antispam.yahoo.com/domainkeys
DomainKey-Signature: a=rsa-sha1; q=dns; c=nofws;
  s=default; d=sixfiguremailer.com;

b=kTUQFiwgwUv7NQV2ZR22PIa+FnJcXLqYGUP0KmgwFtIzVyTY6Ocgxh4oIs/n+I4Sapiln
w35R6GLWzfZngdhJfg+yucIZXLHXeNsjTHPGF+ocLDtNlN8ASYRhhTucwfCkfA+Vj0ktHm
El9FKcpc4tyDH3pPhZXey5Q/KYiOoJpw=  ;
X-Mailer-Info: ZGZ3ZQVkMzShMJpfrzWjYzWvqJ5fDQHlZaWaozq2rKVfZJMuozIa
From: Ben Moskel <ben@sixfiguremailer.com>
Date: Tue, 31 Jul 2012 14:17:56 -0400
Subject: Your order
To: ███████████████@YAHOO.COM>
MIME-Version: 1.0
Message-ID: <1343758676.2012073150182154ef980@sixfiguremailer.com>
Content-Type: multipart/alternative;
  boundary="_=_swift_v4_134375867650182154f091e_=_"
Content-Length: 8894

| | |
|---|---|
| **Subject:** | Our Support for You |
| **From:** | Six Figure Program (ben@sixfigureprogram.com) |
| **To:** | ███████@YAHOO.COM; |
| **Date:** | Wednesday, August 1, 2012 6:33 AM |

Dear ELI,


I realize that joining the Six Figure Program was
a big move for you.


You might be nervous.


You might be feeling excited.


You might be a little bit scared.


Rest assured that we are here to support you.


However, there are a few simple rules about how
we are going to work together.


Think of these as ground rules. If you
follow these simple rules you'll make progress
100X quicker than if you try to do things your own
way.


1. First, we answer all emails within 24
hours during the business workweek and 48 hours
during the weekend.

Sometimes you'll get a quicker response, but please be patient if you don't hear back right away.

You can send your questions to either:

ben@sixfigureprogram.com
dave@sixfigureprogram.com

2. Second, be polite. We want you to succeed. We want to help you.

Our assistant, Jessica, is knowledgeable and kind. She is part of our team that will be helping you along the way.

She will treat you with respect and we expect you to do the same.

Put another way, we simply don't tolerate rude, demanding, or angry emails.

3. Third, follow directions. This is especially true

when you sign up for web hosting in Step 2 in the

Training Center.

We want to get your website up and running and soon as possible. We understand how anxious and excited you are to get started.

However, we can only build your website if you

click the "Get Web Hosting" button in Step 2
and sign up for web hosting with Smart Puppy.

If you haven't done so already, do this right
now:  www.sixfigureprogram.com/trainingcenter.htm

4. Fourth, do not call us a scam.

Referring to Dave or I as a "scam" is insulting.

It is hurtful.  It is rude.  And we will not tolerate
it.

We are not a scam.

Dave is a former teacher. I am a former lawyer.
We are just two ordinary guys who figured out how
to make money online.

We are sharing that knowledge with you. It
took us years of brutally hard work, blood, sweat,
and tears to figure out the information that we
share with you.

We invested thousands of dollars of our own money
paying programming expenses to create a simple-to-use
website for you.

You would have to pay at least $3,000 if
you paid a website company to design a site like
it on your own.

We realize that our program is not 100% perfect.
However, we make it better every single day.

We are very certain it is the best program out there.
Last week we had 1,496 students receive checks in the
mail as a direct result of using our program.

Some people make a few bucks. Some students make as
much as $15,000 per month.

I can guarantee that no other program has this
kind of success rate.

We welcome and appreciate your feedback on how we can
make things easier for you. But, do not insult us by
calling us a "scam."

5. Five, we offer email support only. **We do not
offer phone support**. Everything you
need to get started and begin making money with
your website is in the Training Center.

If you already reviewed all the material in the Training
Center and still have questions, send us an email
and we will help you.

If these rules seem unfair or out of line, we are happy
to issue you a refund.

We are grateful that you chose to do business with us.
We realize that it may have been a leap of faith for
you.

On the same token, it is also a privilege to work with
our team. We make our money from DOING what we are
sharing with you.


Very few - if any - people are willing to share
the type of information, tools, tips, and hard
fought knowledge, for such a modest investment.


We want to work with people who are motivated, who
are determined, and who want to work with us -
rather than against us.


Now, with that out of the way, let's get down to
business!


Best,

Ben Moskel

ben@sixfigureprogram.com


P.S.  Remember, **you have just 48 hours** to get
web hosting so we can build your website.


To do this, go here:


http://www.sixfigurelogin.com


Then follow these 3 steps:

1.  Watch the video in Step 1.

2.  Click the button that says "Get Web Hosting"

in Step 2, and order web hosting.

3.  We'll get your website live within 24 hours!!
Again, go here:
http://www.sixfigurelogin.com


The Six Figure Program
2171 Monroe Avenue
Suite 204
Rochester, NY 14618


If you no longer wish to receive communication from us:
Cancel

To update your contact information:
Update

From Six Figure Program Wed Aug 1 03:33:18 2012
X-Apparently-To: ███████ @yahoo.com via 98.136.164.241; Wed, 01 Aug 2012 03:34:33 -0700
Return-Path: <bounce@priorityoneemail.com>
Received-SPF: pass (domain of priorityoneemail.com designates 69.10.237.52 as permitted sender)

eCBGaWd1cmUgUHJvZ3JhbSB3YXMgYSBiaWcgbW92ZSBmb3IgeW91LiBzb3Ug
bWlnaHQgYmUgbVydm91cy4gWW91IG1pZ2h0IGJlIGZlZWxpbmcgZXhjaXRl
ZC4gWW91IG1pZ2h0IGJlIGNvbCBvdGxlIGJpdCBhdCZ2FyZWQuIFFlc3QgYXNz
dXJlZC0aGF0IHdlIGFyZSBoZXJlLiHHrHVHrIHN1cHBvcnQgeW91LiBIb3dldmVy
LCB0aGVyZSBhcmUgYSBmZXcgcnltcllHHJ1bGVzIGFib3V0IEWEwAQEBAQ--
X-YMailISG: KbYjTFEWLDvir56VbVO27ydMsgjoBnTWzEBolBi0kVfAH_li
8PA.f6YHhTs9E4Ut7OoRbkMaZUbxb_jhHMZ908rVTq1HeAxVw5TqzW2ppk7A
eNb7qAU.2ypcVTIeBo70hUQ54UfQFDazyiQLuGzwxvdHyK8Vjj3_807tn7sy
Pz.5SkcqAHFrqU3ozLB2sKd5mh8wvM2jyFL3lh7eaFMvB.VnHOcARkS8uoaJ
EZZaJEtMngeH1lvKov_q3KvyP.BPzjwDn3Nry2cjsMoaY0ECp5ZLY8Y__pB0
E7htdvawAK6JgTyw3CxOuYk__rGe8BH_fiviYc6w2JxBiccl13eap.95Yppq
3DjQqOcwBC.1w8hpVC6G0sjNAZ13HNJZGlV4Spi9bhwWMo2dZ_XiAPaCg697
J.ZNq0ZmwBUaD296SZ_QlortnDMkn3AApdThiCpLfLbqx2Lak_.gsRa_W.50
kOItEbL0Ips1oDd2kSAcy3AHK4L_ks8Guvn7e8IQQ9RyR6vY_QT7L7ODUTRg
xYQnYVdb9s7LNLIUoDvsDKv.6TtTqGF.NhDlE_xt8bQ3IwzchkYgznSQieDM
18kmCaOgVIl3tOnmO7lBj8.n4vDhEzzeHDU45iMuekhb9Zj26JZW40OTMijK
A.iqGutxQ6aRSLmKUiKpHcZTHQiRvAr3LHYqTKrbx4NvsQ4YkT1JpilA7mTV
SCN24ddWN39lH7TxACxZMUfNS5YdLzTnixL72TqiLMd_fxfw24vGleyao7kt
DgOl0BzTh_RVogcYtseEl9XzoJw4K5kjMAVRZXCEAMXYo4ea_Vspx5tyC2R0
AqpFpJJxuqyfQ0inN8GLlljdhSVqk5ZVNq8.lXrSV56EiHGE804c0JJDa82y
0HGIGWU8I3RI9RNhsLOAZnL8fh81LVJq_6IkcDObwtysGOVfnNB6jQWbFPCc
gLxoeUhxdwv70lsN5xY6IfAJTSziik1.I357cqKRlSKlPPVzJSBuDGY0Bnao
M7JkRL9a7XaFGVqwuv1v0cOePUZP7iRSjOPPoBcIHGjZQwiyJg9CvDJBHML2
7Fhvpaz0JwYqCXOee1l5jp0uui5j9Vb30O3bMFdqHRa9UwelE1TUyprYrmN_
lEjlG4qvNYuqB0GgWzwUUWYgTyGZz_D8c2LRbdp9vOM5tjDETRXkymULr82U
W2e3HVeNkHpOzsZDN8_KvLEroNSjDqZCh5_edsCB3wjYHFJwuKQrgzl4zmK9
cOq_T6tVYaecgkJiZHjp.NkdEwU_ciMZDP79YMKLg.Noh4xy5sveCASuH_dv
u5_sk.WqFwH5JnDWrrydbUJyoWKKb0l..yduNNpU2VgtKstri2WISBcfFQNI
F6NVrZJjK68AtVGCi3QfbO1maEp0t5F2ERJ1YYjov5I6rzuMbfiqHDzNIIlI
W4SeqdMrm7mH5zd9UQVem92J

X-Originating-IP: [69.10.237.52]
Authentication-Results: mta1340.mail.bf1.yahoo.com  from=priorityoneemail.com;
domainkeys=pass (ok);  from=priorityoneemail.com; dkim=pass (ok)
Received: from 127.0.0.1 (EHLO mail052.priorityoneemail.com) (69.10.237.52)
  by mta1340.mail.bf1.yahoo.com with SMTP; Wed, 01 Aug 2012 03:34:33 -0700
DKIM-Signature: v=1; a=rsa-sha1; c=relaxed/relaxed; s=customer; d=priorityoneemail.com;
  h=To:From:Reply-To:Message-ID:Sender:Content-Type:MIME-Version:Date:Subject;
  bh=hZcXW+2JI8OKZr7JNwKzGJ/aK3A=;

b=DScOK5VuiWk5HRRMeXCIXxX4vHZFfOb++lwBLuX773O1UBTFfco+mJneU9Mm4d1zc
19n/bNbKidB

JvWu0ILadoo4eEv40M0tRNb/3o/Kv50ln41TxmdlxT1NQ5HwOoVVH5e5D7gJTcTBoUwMHp
3jArYS
   ban2xPFfgt0TpI8/J0I=
DomainKey-Signature: a=rsa-sha1; c=nofws; q=dns; s=customer; d=priorityoneemail.com;

b=ixUfgJD9etp8GdYNw/FuUzz3q66T3sGAsKSCa+syfPeT6Pca/APyniqjLhkgD5mkF9IK76W
BGdU8

mEWZz3lEVtkssqLQqhu1F+P+4xC7wEjlexu50G+7Xo0FXbcwStkLFRAEdYUJ56VN3mMEsl
Vmw+ku
   YMwLqUy9N9uYEC0/wCs=;
Received: from mailer (172.28.6.20) by mail052.priorityoneemail.com (PowerMTA(TM)
v3.5r15sb9) id h3433i12cjg8 for ▓▓▓▓▓▓▓▓@YAHOO.COM>; Wed, 1 Aug 2012 06:33:23
-0400 (envelope-from <bounce@priorityoneemail.com>)
Received: from broadcaster (localhost [127.0.0.1])
        by mailer (Postfix) with SMTP id 759F51D72247
        for ▓▓▓▓▓▓▓@YAHOO.COM>; Wed,  1 Aug 2012 06:33:23 -0400 (EDT)
To: "ELI ▓▓▓▓" ▓▓▓▓▓▓▓▓@YAHOO.COM>
X-SentTo: "ELI ▓▓▓▓" <▓▓▓▓▓@YAHOO.COM>
From: "Six Figure Program" <ben@sixfigureprogram.com>
Reply-To: ben@sixfigureprogram.com
X-VirtualServerGroup: unconfirmed
Message-ID: <1343817198.49189@priorityoneemail.com>
Sender: 104515@priorityoneemail.com
Content-Type: text/html; charset=UTF-8
MIME-Version: 1.0
x-1scdbg: MCARALT:104515:248619:1144025307
Date: Wed, 01 Aug 2012 06:33:18 -0400
Subject: Our Support for You
Content-Length: 12680

# ATTACHMENT PP

# The Online Entrepreneur: Creating a Six-Figure Online Business in 30 Days

# The Online Entrepreneur: Creating a Six-Figure Online Business in 30 Days

**Ben Moskel**
**David Clabeaux**

**Third Edition**

 **Simian Press ● Oldsmar, Florida**

# The Online Entrepreneur
## Creating a Six-Figure Online Business in 30 Days
by Ben Moskel and David Clabeaux

Published by:
**Simian Press**
PO Box 22
Oldsmar, FL 34677
Admin@simianpress.com
www.simianpress.com

All rights reserved.  No part of this book may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopying, recording, or by any information storage and retrieval system, without written permission from the author.

Copyright © 2011 by Simian Press

ISBN, print ed. 978-0-9789094-1-3
ISBN, PDF ed. 978-0-9789094-2-0


**Library of Congress Cataloging-in-Publication Data**
Moskel, Ben, 1979-
The online entrepreneur : creating a six-figure online business in 30 days/Ben Moskel, David Clabeaux – 1ˢᵗ ed.
        p. cm.
   ISBN  978-0-9789094-1-3    (pbk., print edition : alk. Paper) – ISBN 978-0-978094-2-0 (pdf, e-book edition)

  1.   Affiliate programs (World Wide Web) 2.  Web sites—Design.
  3.  Internet marketing. I. Clabeaux, David, 1977- II.  Title.

HF5415.1265.M675 2007
658.8'72—dc22

                                              2007010488

# Table of Contents

**Preface**

**1**   **Affiliate Marketing Fundamentals**        **9**

**2**   **Building High-Powered Websites**        **21**

**3**   **Choosing an Affiliate Partner**        **31**

**4**   **Simple Steps to Joining a Merchant's**   **41**
        **Affiliate Program**

**5**   **Driving Traffic to Your Website**        **51**

**6**   **Search Engine Optimization**        **65**

**7**   **Managing Effective Pay-Per-Click**   **75**
        **Campaigns**