*"Keep away from people who try to belittle your ambitions. Small people always do that, but the really great make you feel that you, too, can become great."*

*Mark Twain*

# Preface: Note to the Reader

Before we begin, I'd like to set the record straight regarding the tools I am going to share with you:

- You will not become a millionaire today, tomorrow, this week, or even this month.
- You will need to learn new ideas and material.
- You will need to work hard.
- You will have to change the way you think about some pretty important concepts, such as time, income, and self-enrichment.
- This will require persistence.
- You can become a millionaire, possibly within a year.
- Depending on the speed at which you learn and the amount of time you can commit, you may be able to achieve enough success quit your job in as little as 30 days.
- You do not need to be a genius.
- You do need to have common sense and a rational, level thought process.
- You do need to have an entrepreneurial spirit.

If you expect to become a millionaire overnight, go play the lottery. If you think you can make hundreds of thousands of dollars just clicking around on the Internet for 30 minutes each night, by all means show me how it's done, and I'll throw this book away and rewrite it using your technique.

If you feel you do not have these characteristics, that is fine. But please put this text in the hands of someone who does.

**Let me make this clear: I quit my job as a successful attorney because I was making more money through my affiliate marketing websites. In honor of my entrepreneurial accomplishments, my friends and family through me a retirement party. *When was the last time you attended a retirement party for a 27-year-old lawyer?***

The Online Entrepreneur

# Chapter 1: Affiliate

# Marketing Fundamentals

**What is affiliate marketing?**

**Affiliate marketing** is a method through which you can earn money on the Internet simply by referring potential customers to the website of a merchant who sells products and/or services on the Internet. In other words, you send **customers** (people searching the web) to **websites** (here, website refers to internet stores owned by merchants), and the owner of the website pays you for each purchase the customer makes.

Let's look at affiliate marketing from another angle. It is similar to the way that commissioned sales work in the "real world."

9

The Online Entrepreneur

**You** (the affiliate marketer) generate sales for a **company** (the website), and the company pays you a commission or percentage of the sale.

However, affiliate marketers reap the rewards of commissioned sales without the stress of face-to-face selling, the hassle of providing customer service, or the drudgery of maintaining inventory. Most exciting of all, you don't even have to leave your house! You can literally sit at home in your underwear and make money!

Of course, you are not confined to conducting your business from the comfort of your home. Some affiliate marketers decide to work while sitting on a sun drenched beach in the Florida Keys; others work from a 5th Avenue Penthouse Suite in New York; still others work from a luxury suite at the Rio in Las Vegas. The allure of affiliate marketing lies in the freedom it affords: *you can literally work from anywhere in the world*, provided you have a computer with Internet access.

Another great benefit of being an affiliate marketer is that you can work in an area or industry that you know and are familiar with. When asked the secret to his success, Warren Buffet, the great stock market investor, is famous for offering the simple advice, "Do what you know, and do it well." What he means is that you should work in a field that

10

The Online Entrepreneur

you already know; you should work in an area that you are passionate about. And affiliate marketing allows you to do just that. For example, if you are an avid rock climber, you may want to promote websites that sell rock-climbing gear. The following is just a small sampling of the larger companies that are actively seeking affiliate marketers to promote their products:

- Pet Meds
- Oakley
- Marriott Hotels
- Zappas
- eBay

- American Express
- Travelocity
- Expedia
- Wal-mart
- Target
- Amazon.com

And the following are samples of some of the hottest industries in affiliate marketing:

- Adult Entertainment
- Art
- Autos
- Books
- Cards
- Clothing
- Computers
- Credit Card
- Education
- Fitness
- Flowers

- Food & Wine
- Gambling
- Games
- Health
- Herbal
- Home Business
- Legal magazines
- Marketing
- Matchmaking

11

## The Online Entrepreneur

- Money & Finance
- Music & Videos
- Pharmacy
- Poker
- Real Estate
- Residual Income
- Retail and Malls
- Software
- Sports
- Surveys
- Telephone
- Travel
- Web Hosting

As you can see, the opportunities that are available to you are limitless. Virtually every company that sells a product or service on the Internet has an affiliate program that you can participate in. In fact, most companies consider affiliate marketers a valuable part of their sales force and actively recruit new affiliate marketers to help promote their products. What this means is that as an affiliate marketer, *you are in high demand.*

Surely some, if not all, of these are the reasons you have made the choice to pursue a career in affiliate marketing. And rest assured, you have made a wise decision. **Affiliate marketing is one of the most effective ways to make money on the Internet.**

I attend an annual convention in Las Vegas for affiliate marketers, and each year I am amazed at the ever-increasing number of ordinary, average-Joe type people who have

12

### The Online Entrepreneur

stumbled into affiliate marketing and are making seven figure incomes. Because affiliate marketing requires very little skill, money, or resources to get started, there is incredible diversity at these conventions. Mingled in the crowd of the independently wealthy are athletes, computer geeks, former construction workers, college students, retired police officers, housewives, and kids who aren't even old enough to order a drink at the bar. Truly, the only thing each of these people has in common is a shared entrepreneurial spirit. Affiliate marketing is truly a low-risk, high reward business model.

Affiliate marketing is not easy; it is not a get-rich-quick-while-doing-nothing scheme. However, it is a get-rich-soon-through-hard-work system.

Now depending on how much time you are able to commit you your business, and how quickly you are able to learn new material and pick up on patterns, you may be a couple years, a year, a few months, or even a few weeks away from financial independence. There is something of great importance that you need to prepare yourself for as this time approaches. It is something that will surely surprise you, as it does most affiliate marketers. It is completely unexpected. Here it is: the people that you trust the most, your friends, family, and loved ones, **will not**

13

The Online Entrepreneur

**believe in your success, even after you have achieved it.** When they see you in your BMW, they will assume you are involved in some sort of a pyramid-marketing scheme. When they visit you at your 5,000 square foot lake house, they will guess that your business will only bring you short-term success. And when they ride in your new wake boarding boat, they will whisper to their friends about how you must be over-extending your credit.

## HERE'S HOW IT WORKS

If you have ever made an online purchase, chances are you have bought something through an affiliate website. Let's take a look at the following case study:

Mike decides that he needs a new credit card because the interest rates on his current card are too high. So he goes to the Yahoo! Search Engine and does a search for "low interest credit cards." He finds a site towards the top of the search results that compares several different credit cards. The site is called "Credit Card Comparison," or CCC. Mike decides that he likes the Discover Card featured on the site. CCC's site provides a direct link to Discover's site, so Mike clicks on the link and applies for the card.

14

### The Online Entrepreneur

In the above scenario, what actually happened is that Mike did a search for a credit card and ended up on an affiliate site. Because the site was useful and provided him with valuable information, Mike was then redirected to Discover's site to apply for the card.  What Mike probably doesn't realize is that Discover was actually able to track what site brought Mike to their site.  Discover knows that CCC directed Mike to their site. Discover then paid CCC a predetermined commission, such as $15.00, for sending Mike to their site.  *The reason that CCC is a successful affiliate marketer is because they were able to send Mike to Discover's website.* They did this by providing a service of value to Mike.  They provided Mike with a comparison of several low interest rate credit cards.

---

**Note:  The credit card market represents a major opportunity for new affiliates. Credit card companies are so anxious to acquire new customers that they are willing to pay high commissions to affiliate marketers.  For example, as of the printing of this book, American Express is paying their affiliate advertisers $100 for each credit card referral.  Do the math: if you send them just five referrals a day (and believe me, this is a very low number), your gross annual income from American Express alone will be $182,500.**

---

15

The Online Entrepreneur

> **Interested in finding out how simple that is to accomplish?  Keep reading.**

## WHAT YOU NEED TO BE AN AFFILIATE MARKETER

You are going to be amazed to find out how realistic, and in fact, how conservative the above scenario is.  To be an affiliate marketer, you need only three things:

- A computer
- Internet access
- A website

## COMPUTER

If you don't have one, go buy one.  Don't use the one at your local library.  You will waste too much traveling back and forth.  And you will soon realize what an incredibly valuable commodity your time is.

Don't go overboard.  You can purchase a brand new inexpensive desktop for less than $400, or a brand new inexpensive laptop for less than $600.  I strongly recommend a laptop, because then you will truly be able to work from anywhere.

## INTERNET ACCESS

16

The Online Entrepreneur

Don't waste your time with a dialup connection. Subscribe to a high-speed cable service. If you have a laptop, purchase a Sprint or Verizon high-speed wireless card and subscribe to their service. The cost is about the same as high-speed Internet access for your home, except this provides you with high-speed Internet access anywhere, anytime.

## WEBSITE

Building a website is easier than you might think. If you have web-building experience, great; if not, do not worry. There are plenty of tools and software out there that will do most of the hard work for you. In fact, you can often use pre-built templates for your sites. Do not be intimidated by this task. Since you have chosen to become an affiliate marketer, learning to build a website is your job. Soon you will be able to build entire sites in an afternoon.

Let's take a look at exactly what a website is and how it operates. A website consists of hypertext mark up language documents, or "html" documents. An html document is made up of words, images, and commands that all work together to make a website viewable on the Internet.

17

The Online Entrepreneur

I could literally write hundreds of pages and waste countless hours of your time going in great depth into the technical aspects of building a website. Indeed, there are entire books and manuals dedicated to the subject. Thankfully, you do not need to be a professional web designer to be a successful affiliate marketer. If you currently have no knowledge of web design, you have three options:

- Hire (pay) someone to build your site.
- Take a web design class or learn it on your own using books and the Internet.
- Use a website template.

## WEBSITE TEMPLATES

A **website template** is essentially a pre-constructed website. It is an html file that already has all the images, structure, and design built in for you. The only thing left for you to do is to fill in the content, which is almost as easy as using a word processor. And if you acquire just a basic understanding of html code, you will even be able to change the layout and images of the website. If you have never built a website before, I *highly recommend* that you use a template for your first couple sites. Since using a template allows you to see the pre-constructed code, you will see exactly how websites are built.

18

The Online Entrepreneur

Using a template is one of the best ways to quickly learn website design.

You can download free templates or purchase them for $20 to $40 online. Simply go online and do a search for templates. Choose a template with the look and feel that you think will best suit your site, download the template, and begin filling in the content. Use an html quick reference guide to help you make some adjustments to the code. It's that simple! After you build your first website with a template, compare it to other websites. You will be amazed at how professional your site looks, and you will realize how many poor-quality websites are currently polluting the Internet.

19

The Online Entrepreneur

> **I highly recommend that you use Brain Host for your web hosting needs. They are one of the most reliable and cost-effective web hosting sites on the Net. Not only are they inexpensive, but they have terrific customer service. You can find them by clicking on the following link:**
>
> ## www.BrainHost.com

20

The Online Entrepreneur

# Chapter 2: Building High

# Powered Web Sites

## CHOOSING A FORMAT FOR SUCCESS

Choosing and creating the format of your website is pivotal to affiliate marketing. You want to design a site that attracts and keeps potential customers coming to it, and most importantly, directs them to your affiliate sites. Pay close attention to this section. The format of you site will determine the level of success you achieve as an affiliate marketer.

As you have already seen, there are many different marketing opportunities in virtually every industry you can imagine. You

21

The Online Entrepreneur

can safely assume that if a business is doing well selling goods or services online, it almost certainly has an affiliate program that you can join.    This affords you the ability to take almost any approach to building your successful site.

Always remember that in the world of affiliate marketing, **content is king.**  A good affiliate website will attract visitors to it once and redirect them to a merchant's site for commission; a great affiliate website will keep that same customer coming back again and again, and redirecting them to site after site for an endless chain of commissions.  The way to obtain a customer's trust in your website and to keep them coming back is to provide useful content.  A customer must see value in your website.  Want are you offering the customer? What do they get for coming to your site? Choose a topic that you either have extensive knowledge in or are willing to do the research to have extensive knowledge in.

For example, let's say you are passionate about photography.  For as long as you can remember, you have always carried a camera around with you, and you have a natural eye for identifying a good shot.  Even though this has always been just a fun hobby for you, chances are you have a wealth of knowledge on the subject.    You probably have more knowledge of camera lenses than 99% of

22

### The Online Entrepreneur

Americans, and you can tell the difference between a good quality digital camera and an over-priced knock-off at a glance. You would be an extremely valuable resource for a person interested in purchasing their first camera. Take that knowledge and turn it into a website that offers tips and advice for photography and does reviews of top-selling digital cameras and other photography equipment. The key is to make sure that the products that you are promoting blend in seamlessly with your site. Your site should come across as a wealth of information, rather than a collection of advertisements.

Have you figured out how you would make money from that site yet? If you have, you are catching on quick. If not, let me explain. If a person goes online looking for a digital camera and finds your site, they will find the information useful--particularly the reviews. Your site not only provides the customer with great information and reviews, but it also links them directly to Bestbuy.com, Circuitcity.com, or some other merchant who sells the cameras you have reviewed. A customer clicks on the link for Bestbuy.com that you set right next to the camera. He purchases a $399 Sony Sureshot, and Bestbuy sends you a check for 8% of the sale, or $32.00. Sounds pretty easy, doesn't it? Are you now beginning to realize how many times you have made money for some other affiliate

23

The Online Entrepreneur

advertiser?   Are you beginning to think of informative sites that you can build?   Are the mental gears turning?

Writing product reviews is another great way to earn affiliate commissions.   It such a simple project: simply write a review of a particular product that you are promoting, and put your affiliate link in the review.   The people that come to your website will gain valuable information from the review, and you will earn valuable commissions when they click through to your merchant and make a purchase.

> **Note: If your gears are really turning, you may have already asked yourself, "How do I get people to come to my site?"  If you want to cheat and find out this incredible secret right now, skip ahead to chapter 7.**

Another business model for creating a successful affiliate site is to provide **coupons** for online stores.   Companies provide their affiliate advertisers with special coupons that regular customers do not have access to. What this means is that as an affiliate, you will be able to offer your visitors exclusive coupons not otherwise available on the web.   So companies will not only pay you money for

24

The Online Entrepreneur

sending people to their websites, but they even provide you with coupons to entice people to come to your site! The coupons that merchants offer change regularly and expire. They are also typically very high-value coupons. If you continuously update and offer these valuable and exclusive coupons, your visitors will keep returning to your site again and again, resulting in a continuous positive stream of revenue (in the form of commission for the merchants you are advertising for).

## JOINING AN AFFILIATE PROGRAM

Before building your website, it is necessary to go ahead and choose an affiliate program. Remember, you will be building your website around this program. Just as I discussed in Chapter One, just about every company that does business online has an affiliate program. The exciting part is that you can join as few or as many programs as you like. While some affiliates choose to focus on one specific market, I know some affiliate marketers who are making money from hundreds of programs from all different types of companies.

If you are very creative, you can even make money from multiple merchants from a variety of industries through one site. For example, if you decide to create an informative website about the Great Lakes, you can have

25

### The Online Entrepreneur

affiliate links for vacations and hotel packages for hotels surrounding the lakes (which are very profitable industries), affiliate links for fishing equipment, and affiliate links for wake boarding boats all on the same site.  There are no limits.  If you create value for your site visitors, you can market anything that you can think of.

The caveat, of course, is that you do not want to have a site that is too cluttered with too many unrelated offers.  When this happens, your visitors will feel like your site is one giant advertisement, and they will find another site.  On the other hand, you will convert more visitors into buyers if you products relate to your site's content.

Keeping this in mind, if you build a website around the topic of photography, you should only promote products and services that are related to photography.  For example, even though credit card affiliate programs pay good commissions, you should not work a credit card offer into your photography website; this would be too much of a stretch and stray too far off topic.  Your visitors would be distracted by the blatant advertisement. While it is good to be creative and work as many offers into your website as possible, do not go overboard.  Having offers that closely relate to your site's topic or niche will keep your visitors focused and in more of a buyer's

26

The Online Entrepreneur

mindset than if they were distracted by unrelated offers.

However, limiting your website to a single niche or scope of topic does not mean that you cannot operate other websites in different niche markets with different focus topics and different affiliate programs. To the contrary, you can operate as many different niche websites as your time and resources allow.

In the world of affiliate marketing, niche markets reign supreme. Discover a product that few people are marketing for, and you will be competing with less websites. For example, if you build a website based around video gaming and try to promote Sony's PlayStation III, you would face a large volume of competition. There are countless gaming websites, and even more affiliate marketers trying to promote gaming systems. However, if you built a website based on the benefits of a specific herbal supplement and promoted a merchant who sells that supplement, you will face much less competition.

Let's step away from affiliate marketing for a minute and look at a different industry just to see exactly how niche marketing works. In 1973, Dan Poynter became interested in a new aviation sport, hang gliding. Like most people, he was interested in learning more

27

### The Online Entrepreneur

about his new sport. However, he found that there were no good books available on the subject. An entrepreneur at heart, Poynter saw this as a niche market opportunity. After learning about the sport through instructors and real world experience, he decided to write and self publish a basic manual for his favorite new hobby so that others who tried to join the sport would have knowledge readily available. Since then, *Hang Gliding* has sold over 130,000 copies! Because Poynter took advantage of a niche market, he was able to quit his job and become a full time self-publisher. But he did not stop there—he continued write and publish over 80 other niche market books, making more than a successful living for himself. In other words, find a niche market, monopolize it, and then move on to your next target niche.

> **I know of one affiliate marketer who promotes over 100 unique categories of products via just over 100 separate web properties. This particular affiliate has a very simple mindset. His goal with each website is to develop it until it is successful, and then let it run and move on to the next site. In this way, he creates multiple streams of ongoing revenue. His goal is not to get rich off of**

28

The Online Entrepreneur

> **one site. Instead, he aims to make just a few hundred or a few thousand dollars per month from each website he creates. By using this technique, he now collectively earns more than 1.5 million dollars a year.**

Although it may at first seem intimidating to operate multiple websites, it is actually rather simple: once you establish a successful website, it will continue to earn passive income with minimal maintenance. Also, there are many technologies available that make in increasingly easy to get a website up and running. As I mentioned earlier, website templates drastically reduce the time you would spend building a site. Furthermore, many larger merchants, such as Zappos.com, offer software through their affiliate program that allows their entire catalog of merchandise to be instantly uploaded on your site. This saves you the time of tediously entering individual pieces of data.

Keep in mind the following statistics. The average web surfer:
- Spends just five seconds deciding whether or not he will stay on a given site
- Does not like text-rich documents

29

The Online Entrepreneur

- Likes pictures, charts, and graphics
- Reads the text under pictures and graphics
- Does not like animated or flashy graphics polluting a site
- Does not like sites with black or dark backgrounds
- Does not like text written in light or difficult-to-read colors
- Enjoys sites that have information that is direct and to-the-point
- Enjoys finding exclusive offers

> **Note: the words partner, merchant, and business are interchangeable. They are different words for the company that you are trying to send your visitors to.**

30

The Online Entrepreneur

# Chapter 3: Choosing an Affiliate Partner

**CHOOSING AN AFFILIATE PARTNER**

Choose wisely the companies you decide to promote. If you are receiving an 8% commission, would you rather it be on a candy bar or a Cadillac?   Choose to promote merchants that offer the largest payouts or net commissions per sale.   For example, the industries listed in Chapter One all have affiliate program commissions with either a high flat payout or a large average sale.

Do not sell yourself short or set your goals too low.  What few people realize is that it is often easier to sell a pricier product than

31

The Online Entrepreneur

an inexpensive one. If you have ever been to a theme park, you have probably seen the pictures of yourself on the rides that the park tries to sell to you. When technology first allowed parks to sell these pictures, they assumed that the demand would be low. They assumed that people would not place a high value on the photos, so during initial marketing tests, the parks tried selling them for around two dollars each. The photos sold reasonably well, but the numbers did not knock anyone's socks off. However, the parks found that when they marked the photos up to four dollars each, they actually sold more photos! What the parks soon discovered was that their patrons' **perceived value** of the photos was based on what the park was charging for them. Prices finally leveled off at around six dollars per photo.

The theme parks originally set their goals too low because they did not see the value of their product. Do not make the same mistake with your website. If you feel that you have a good deal of knowledge that would benefit a great number of people, do not waste your energies promoting an affiliate program that pays low commissions. Never underestimate the propensity of the American public to spend money!

Once you have decided which industry you are going to promote, you then have to

32

The Online Entrepreneur

decide which merchants or businesses you are going to promote.   For example, if you are promoting sporting goods, you must choose whether you want to promote merchants such as Dick's Sporting Goods, East Bay, or Fog Dog.  Or, you may choose to promote all three.

Each merchant that you may or may not decide to promote has unique terms and conditions for its affiliate program.  Take time to read through these and familiarize yourself with them.  You are an affiliate marketer; take the time to learn your business.

> **Many companies spend little, if any, time and money investing in educating their employees.   If you have worked for large corporations before, your training probably lasted a month at best.   This fosters a mindset that learning and developing new skills is wasteful; that all available time is best spent working.  Throw that mindset out the window immediately.    You are an entrepreneur now.  You are the boss.  If you feel you need to learn something, if you feel that you do not have enough knowledge or insight on a particular topic, seek it out. Write this down: *An entire afternoon, day, week, or month spent reading and learning with pay for itself thousands of times over down the road.***

33

The Online Entrepreneur

---

**Take the time to equip yourself with the tools you need to be successful at what you do. Invest in yourself. Self-enrichment is a win-win. By gaining knowledge, you are working both smarter *and* harder.**

---

I operate one website related to personal finance. Many of my visitors apply for a Visa card as the Visa advertisement is prominently displayed on a popular page. The Visa card affiliate program pays $20 per application. This means that each time someone clicks from my site to the Visa site and fills out an application, Visa sends me $20, whether or not the application is approved.

One month I swapped out the Visa advertisement with a MasterCard offer with a higher commission: $23 per application. It took me about three minutes to change the links. The new MasterCard link performs just as well as the Visa link did, converting the same number of sales each month. A difference of only $3 per application may not seem like much, right? However, I average about 300 sales per month through that link. This means that I am earning an additional $900 per month, or $10,800 per year. Can you remember the last time you completed a simple task at you current job that resulted in

34

The Online Entrepreneur

a 10k pay raise?   Welcome to the world of affiliate marketing!

Now of course, it is only too natural to seek out the merchant or partner offering the highest commissions. However, there is more to consider than just the commission rate. The following are some concepts to consider when selecting an affiliate partner:

1. **Commission Structure:** Are you paid a flat rate or a percentage of the overall sale amount?

2. **Commission Rate:** You can often shop the same program among different **networks**. (A **network** is explained later in this chapter.)

3. **Merchant's Conversion Rate:** How successful is a potential partner at converting visitors into buyers? If a company offers phenomenal commission rates but does a poor job of getting the people you send to their site to buy, then you are wasting your time with that merchant.  A merchant's ability to convert visitors into buyers is usually calculated and available to you when you are shopping around for a partner.

35

The Online Entrepreneur

> ***Conversion rate:*** **this is a term you will hear often in affiliate marketing. A websites conversion rate is the percentage of visitors that it converts into leads or sales. For example, if you build a website about low interest rate credit cards and 5% of the people who visit your site click through to your partner merchant, your conversion rate is 5%. Similarly, the conversion rate of your merchant depends on how many of the visitors to his site he converts. For example, if 70% of the visitors you send to the credit card affiliate site apply for the card, then that affiliate's conversion rate is 70%.**

## EARNINGS PER CLICK

In order to take into account both the amount of commission paid per sale *and* the merchant's conversion rate, a simple formula was created to measure a statistic called **earnings per click,** or **EPC.** EPC is equal to the average amount of commission paid to you by a merchant for every 100 visitors you send to their website. For example, if a company's EPC is $100.00, then that company generally pays about $100 for every 100 visitors. Put another way, it pays approximately one dollar

36

The Online Entrepreneur

for every visitor referred by an affiliate.
Therefore, you can safely assume that you will
earn a gross amount of one dollar for each
visitor you refer to that company.  Of course,
this will vary based on the quality of the
referrals you are sending them.  If you send
someone to a credit card site when they were
expecting to go to a snowboarding site,
chances are that the conversion rate for the
visitors that you send to the merchant will be
close to zero.

Reviewing a company's EPC is a great
way to measure the quality of a company and
the potential revenue before forming a
partnership.  For example, if you are using
pay-per-click to drive traffic to your site (more
on this later) and you are spending an average
of 30 cents for each visitor you refer, then you
will make about 70 cents per visitor.  If you
refer 100 visitors per day, then your net profit
would be $70 per day, or $2100 per month, or
$25,500 per year.  Remember, this is from just
one affiliate!

In order for an affiliate partner to be
worth your time, the general rule of thumb is
to look for companies that have an EPC of at
least $150.  Some companies in the financial
industry have EPC's in excess of $500.  Can
you imagine finding a niche market in the
financial industry and making $5 every time
someone clicks on an affiliate link on your

37

The Online Entrepreneur

website?  I can—I've already done it.  And I'm going to keep on doing it, because there are literally *thousands* of opportunities.

## COOKIE DURATION

**Cookies** serve as the universal method of tracking sales between merchants and affiliates.  A **cookie** is a small file placed on the hard drive of a user's computer when he or she clicks from your website to your merchant's website.  The cookie contains your unique affiliate ID code and tracks any sale back to your account.

**Cookie duration** refers to the length of time that the cookie remains on the user's computer.  To put it another way, cookie duration refers to the window of time in which you can be credited for the sale.  Most merchants offer a 30-day cookie.  This means that you will earn commission as long as a visitor that you referred to a merchant's site makes a purchase within 30 days of the time you referred them.  In other words, if you direct a visitor to a merchant's site, and that visitor decides to come back eight days later and make a purchase, you will receive commission credit for that sale.

A cookie remains on a computer indefinitely as long as the user does not specifically delete the cookie.  And the majority

38

The Online Entrepreneur

of Internet users do not even know what cookies are, let alone how to remove them. In sum, once a cookie is placed, the user can leave the merchant site, surf the Internet, or shut down their computer, and the cookie will remain. Therefore, as long as a user makes a purchase within that 30-day window, you will receive commission for that sale.

Now let's put the above information to practical use. When choosing a merchant, it is important to look for the merchant who offers the longest cookie duration. Some travel sites have a 365-day cookie, allowing for commission up to one year after the initial click! Better still, some programs even allow for multiple commissions within the same cookie window. For example, if you have a 30-day cookie and a visitor that you sent to a partner merchant's site buys from your partner four times within that 30-day window, you will receive credit for all four sales, even though the visitor only clicked through your website on the first visit.

39

The Online Entrepreneur

> **Use common sense!** When choosing your merchant partners, take a look at their website. What does it look like? Are they an established company? Do they have brand name recognition? Is the site easy to navigate? Would you ever shop on their site? How easy or difficult is it to make a purchase? Would you ever buy anything from the site?

40

The Online Entrepreneur

---

# Chapter 4: Simple Steps to Joining a Merchant's Affiliate Program

---

The first step to becoming an affiliate is to build your website.  Once your site is constructed and live on the web, you can now begin applying for affiliate programs.

Affiliate programs are set up on one of two possible platforms:

1. In-house
2. Network

## IN HOUSE AFFILIATE PLATFORMS

41

The Online Entrepreneur

With an in-house platform, the merchant has its own tracking system and affiliate management department. In other words, you can go directly to a company and apply to their affiliate program. You work directly with that company and that company alone.

## NETWORK AFFILIATE PLATFORMS

With a network, a third-party company manages the affiliate program on behalf of the merchant. I like to refer to the network as a "Middle-man Super-accountant." The network does the following:

- Collects all of the commissions from the merchants and distributes your payments
- Tracks sales
- Provides coupons from merchants to affiliates
- Provides affiliates (you) with detailed reports
- Runs incentive programs in which you compete with other affiliate marketers to bring in the most sales

Here are some of the benefits of Affiliate Networks:
- A single affiliate network provides you with access to hundreds of merchants

42

**The Online Entrepreneur**

- Some merchants operate exclusively through affiliate networks and do not have an in-house affiliate platform
- Because affiliate networks produce such a large volume of sales for merchants, they are able to negotiate larger commissions with certain merchants than you could on your own

In order to drive sales, networks provide tech support to affiliates (you). They also keep you up to date with the latest and greatest offers and promotions from merchants. The enticements and coupons the networks provide in turn increase your ability to send merchants to a visitor's site.

Sometimes the incentive programs can be quite lucrative. I addition to your regular commissions, you can win:

- Vacations
- Cruises
- Cash
- I-pods
- Laptops

You can also win many other valuable gifts. For example, I am currently participating in a one-month contest in which the winner gets the Apple iPhone.

43

**The Online Entrepreneur**

The majority of affiliate programs are operated via a network. Most merchants choose to operate this way simply because they do not know exactly how affiliate advertising works, nor do they want to be bothered with learning how or hiring the additional man-power to create their own in-house affiliate program. This can work to your advantage. Once you join a network, you will be able to simultaneously partner with as many companies as you like, all from one or two sites. This is obviously more efficient and saves time, and as I explained in Chapter 1, time is hands-down your greatest commodity.

---

**Note: There is no cost whatsoever to join an affiliate network.**

---

Once you are a member of a network, you could join the following companies, all with a single click of a button:

- eBay
- Amazon
- Best Buy
- Circuit City
- Dick's Sporting Goods
- Wal-Mart
- Target

44

### The Online Entrepreneur

If a merchant uses a network and an in-house affiliate program, you can start in the network. Once you establish yourself as a good affiliate and reach certain volume goals, you can then go directly to the merchant and negotiate higher commissions.

Be aware, there are a few inherent disadvantages to using a network versus an in-house platform. While you can sometimes find better commissions through a network, they can also work against you. You see, a network is just like an affiliate. It is paid on a commissioned structure. More overall sales volume channeled through a network means more money for the network. The commission that goes to a network can be as high as 30% on each sale. And since the network is essentially a middleman, this is money coming out of your pocket. For example, let's assume that you are promoting the "Student Discover Card" through a network. The network pays a $30 commission per card. Assuming the network is taking a 30% commission on each sale, its commission is $9. Therefore, the Discover Card company pays out a total of $39 for each sale: $9 to the network, and $30 passed through the network to you. By promoting the same "Student Discover Card" through an in-house program, you essentially eliminate the middleman. And since you have eliminated the middleman, you are in a position to negotiate a better rate. Even

45

The Online Entrepreneur

though Discover may only offer $28 commission per sale through their in-house program, you know that they are paying $39 commission per sale to their networks.  This means that if you can demonstrate that you are a successful affiliate, you might be able to negotiate a $36 to $38 commission directly through Discover's in-house program.  This is advantageous to you because you make an additional $6 to $8 per sale; it is advantageous to Discover because they pay out $1 to $3 less per sale.  In true-to-life Steven Covey (author of *Seven Habits of Highly Successful People)* fashion, this is a true win-win situation.

> **Note:    Always strive to tweak and maximize your income and minimize your expenditures whenever possible.  In the scenario above, it might take a total of 45 minutes to sign up for Discover's in-house platform and switch the links on your website from the network links to Discover's in-house links.  However, if you average just 5 sales per day from this merchant, this simple task of increasing your per-sale commission by $3 will increase your annual income by $5,475.  Remember, that $3 increase per sale is pure profit.  And that is the name of the game in affiliate marketing:  making slight changes to slightly increase profitability or slightly decrease expenditures,**

46

The Online Entrepreneur

> **resulting in a long-term large increase in revenue.  By making these types of small, incremental changes, you will make drastic long-term improvements in your profits.**

Chances are that if you are a beginner in affiliate marketing, you will run all of your programs through a network.  Again, it costs nothing to join a network.  More notably, the affiliate networks want you to be successful because the more successful you are, the more revenue you generate for them.  Lastly, don't forget that the networks have the added benefit of a support staff.   Remember, the networks have much to gain by accepting you since you represent additional revenue for them.

## OPTIMAL HYPERLINK PLACEMENT

To direct as much traffic as possible to your merchant's site, it is important to have a functional, user-friendly website.  Your visitors should be able to find what they are looking for.  Your site should not be cluttered, and it should be easy to navigate.  Most importantly, make sure that all of your hyperlinks are functional and directed towards the proper destination.   If your hyperlinks are off, you cannot get paid.  Make sure that you do not have any broken images.  Make sure that all

47

The Online Entrepreneur

text is properly aligned.  Make sure graphics are properly placed. Test your site by checking it on several computers and with different software.  Find out what your site looks like in Microsoft Internet Explorer and Netscape Navigator.  Websites will appear different on different software.

Once you have a working website that meets these basic requirements, you can begin applying to the networks.  It's free to join a network so you can apply to as many networks as you like.  Below is a list of networks we recommend.  As a member of an affiliate network, you will literally be able to participate in thousands of different programs:

- **Commission Junction**: www.cj.com
- **Affiliate Wise**: www.affiliatewise.com
- **Click Booth**: www.clickbooth.com

In addition to these major networks, you can join smaller, second-tier networks.  Many of the second-tier networks specialize in operating niche affiliate programs.  For example, they might specialize in areas such as credit cards or work-from-home opportunities.  Some of these can present great opportunities because of their specialization and intense focus.  Here is a non-exhaustive list of reputable, second-tier networks:

48

## The Online Entrepreneur

- **National Card Reporting** (www.nesreporting.com): Specializes in facets of the financial market, including credit cards, debt settlement, credit repair, debt reduction, and credit reports.
- **Card Offers** (www.cardoffers.com): Specializes in credit cards. Does an excellent job converting the visitors you send to them into sales.
- **Partner Weekly** (www.partnerweekly.com): Specializes in cash advance/payday loans.
- **CPA Way** (www.cpaway.com): Hosts a general variety of short form and "As seen on TV" offers.
- **Creditcards.com** (www.creditcards.com): Specializes in a large variety of credit card programs. Number one rated site to search, compare, and apply for credit cards.
- **Click Bank** (www.clickbank.com): Specializes in work from home opportunities, such as info-marketing, health, and self-improvement products.

> **Note:  The self-improvement market in general has always been a highly profitable, multi-billion dollar industry. The price markup in this industry typically far exceeds markup in other industries, which affords self-improvement companies to pay significantly higher commissions.**

The Online Entrepreneur

50

The Online Entrepreneur

# Chapter 5: Driving Traffic to

# Your Website

So you have gone live with your website on the Internet, it is easy to navigate and looks great, and you have all of your affiliate links in place. All you have to do now is watch the money roll in, right? Not yet: **this is where the real magic comes into place.**

By this point, you understand how affiliate marketing works and how to generate revenue by sending traffic to a merchant's site. You understand how to create your site such that it leads your visitors to a merchant's site. But how do attract visitors to your website in the first place? Many new affiliate marketers make the mistake of assuming that visitors will somehow magically find their website. However, this is simply not the case. **You**

51

The Online Entrepreneur

must take steps to ensure that visitors find your site.

This next section is probably the most exciting part of this program.  Pay close attention to the following 6 types of advertising.  What if I were to tell you that there is a whole new marketing platform currently being use that is more effective than television, radio, and print advertising combined?  What if I were to tell you that most people are not even aware that this advertising exists?  Would I have your attention?  If you can't wait, take a look at number 6 on the list, and skip ahead to chapter 7.  I've dedicated an entire chapter to it.

## 1. Word-of-Mouth

This is certainly not the easiest way to get traffic to your site; nor is it realistic.  Far too people make the costly mistake of opening a new business with the notion that they will build a successful business on "word of mouth" advertising alone.  This type of advertising is only effective in rare cases and with extremely compelling content.  An example would be www.youtube.com.  This was the first site to take advantage of sharing video links.  While youtube was acquired by Google for 1.65 billion

52

The Online Entrepreneur

dollars, there were thousands of other sites just like it that did not catch on.

## 2. Internet Directories

Listing your website with directories is an inexpensive method of advertising, but like word-of-mouth advertising, it is also extremely ineffective. Don't expect a tremendous amount of traffic. This is another common mistake that many new business owners make. They run around spending countless hours getting their business listed in local and national directories, chamber lists, and other seldom-used references. They feel a great sense of accomplishment because their business name is "out there." They get that warm, fuzzy feeling and feel good about themselves the same way all unsuccessful businesses feel good about unproductive work. Think about it: when is the last time you wanted to purchase something, either online or in a store, and turned to a directory to purchase it? Most people use a regular web search engine, such as Yahoo or Google, to make a purchase online. The only reason you would want to list your website on an Internet directory is for the **back-link benefit.** Back-links are explained below in section 4, **Search Engine Optimization.**

53

The Online Entrepreneur

For this purpose only, here is a list of directories you may want to consider:

- www.Dir.yahoo.com: Yahoo! Directory
- www.DMOZ.com: The Open Directory Project
- www.Business.com: Business Directory
- www.Gimpsy.com: Gimpsy Directory
- www.JoeAnt.com: JoeAnt Directory

> **Note: Engaging in activities such as those above is not only an exercise in futility, but also gives a new business owner a false sense of security in his marketing plan. Great entrepreneurs know better. That is a quality that differentiates true entrepreneurs from regular business owners: entrepreneurs succeed where regular business owners fail. Entrepreneurs think outside the box. They do not waste their time with meaningless, "feel-good" marketing strategies. They focus only on the most effective, current marketing strategies, which are coming up in steps three through six.**

54

The Online Entrepreneur

### 3. Opt-in Email Lists

Email lists can be an extremely effective method of advertising for an established business. However, you cannot just send unsolicited emails to random addresses. It is a waste of both time and money to try and purchase an email list and blast it with offers. First, you might violate the anti-spam laws in a given state. Second, your email will most likely get dumped into the spam folder before even reaching the user's inbox. Lastly, even if your email makes it past the spam filters, your user still has to open it, which is unlikely, considering that you are a stranger to them. In sum, steer clear of email list brokers who will promise you the moon, deliver nothing, and rob you of precious time and marketing resources.

In order to send a person an email, that person has to have opted in, or agreed to receive emails from you. To obtain an opt-in email list, simply create an opt-in email link on your website. In order to get visitors to sign up to receive emails from you, you must offer them some free information. For example, if your website is designed as an informative site for track and field athletes, you might offer to email them a weekly newsletter that includes three free racing tips. Live up to your

55

The Online Entrepreneur

promise and send them quality, useful information in a short, easy-to-read format. **Here's the most important step:** include an affiliate link at the bottom of your message.     For example, you might recommend a good pair of racing spikes, and then include a coupon and a link to www.eastbay.com.   You will then receive commissions on any purchase your readers make from that site.   If you provide your readers with concise, useful information, you will gain their trust, and they will continue to go to the sites you recommend.

The best part is that you can use an **auto responder** to automatically send a series of emails to new visitors as they sign up to your list.   In other words, you can write a series of 10 emails with helpful information and affiliate links and just let it run on autopilot.   The auto responder will automatically start sending one email per week (depending on how you configure it) to each new opt-in from the moment they join.   Here is a sample auto-response email I use on one of my sites.   As you read it, try to notice the four elements of a successful auto-response email:

1. **It grabs the reader's attention.**
2. **It keeps the reader hooked.** The reader always has a reason to move on to the next paragraph.

56

The Online Entrepreneur

3. **It gives useful advice.** This builds value and trust.
4. **It recommends an affiliate link.** Remember, this is the whole purpose of the email!

Here is the letter I send to a group of visitors who joined my opt in email list that offers free advice for debt repair:

[Visitor's name],

REMEMBER THIS...

Setting:

August 25, 1995

Las Vegas, Nevada

MGM Grand Hotel and Casino

Thousands of spectators were gathered in the Grand Garden Arena. Swirls of cigar smoke ominously floated in and out of the arena lighting. There was an eerie silence and a buzz of excitement.

57

### The Online Entrepreneur

Celebrities and VIPs who had paid $1,500 a seat at ringside were on their feet.   Irishman "Hurricane" Peter McNeeley and his team were huddled in their corner.   However, all 40,000 eyes were on the tunnel in the corner of the arena.

Suddenly Redman's "Time for Some Action" boomed down from the massive arena speakers.   "Iron" Mike Tyson emerged from the tunnel, and the crowd erupted.   Fans braced themselves for a knock-down, no-holds-barred, blood thirsty battle.

The bell rang, and seven seconds later "Iron" Mike delivered a crushing right hook to McNeeley's skull. McNeeley hit the canvass.

Exactly 89 seconds later, McNeeley was finished.   He threw in the towel. The fight was over before it ever started.

Mike Tyson went on to bigger and better events, becoming one of the most famous boxers in recent history. McNeeley faded into the distance.

What does this have to do with fixing your credit?

58

The Online Entrepreneur

Read on my friend.

There is a strategy you can use to deliver the "knock-out" punch to a bill collector just like Tyson did to McNeeley. You can do this before a bill collector even thinks about picking up the phone to start making those harassing phone calls. It works like this...

Once a bill collector purchases a debt, you have a window where you can challenge the validity of the debt. Within that window of time you can demand that the collector provide:

(1) The name of the original creditor, and (2) the amount owed.

Some savvy consumers challenge the bill collector by demanding this information up front. Often, creditors are either too lazy or too disorganized to research the information. Consequently, they just give up and go away.

Below is a link to a sample letter you can use to challenge a collector. Make sure you send it within that first 30-day window:

59

The Online Entrepreneur

Perhaps, it will be the knock-out punch that leaves the bill collector on the canvas, bleeding, and begging for mercy.

Best of Luck,

[Insert your name]

[Insert your website]

[Insert name of your website]

To unsubscribe or change subscriber options                              visit: [Insert your auto-remove tag]

Another great advantage to using an auto responder is that it automatically populates the fields in brackets.

Here are two reputable auto responders:

- www.aweber.com
- 1shoppingcart.com

**Note: Email lists are only effective for bringing visitors back to your site or back to your affiliate links. So how do you get visitors to come to your site in the first place? Here comes the magic! Read on.**

60

### The Online Entrepreneur

It is a truth universally acknowledged that any person who has used the Internet has undoubtedly used a search engine like Yahoo!, Google, or MSN to perform a search. Searches are the most frequent online activity behind email. That is one reason people are making millions of dollars per year by placing their websites on the first page of the search results.

Before I get into the details of getting your website listed on the SERPS, let's first take a look at how the search engines organize their information. The best way to understand search engines is to compare them to a library. A library organizes its books by topic, title, and content. When you search a library's database for a specific topic, the database returns a list of books in order of relevance to your search query.

Search engines operate in a similar manner. They review the websites on the Net, factoring in the website domain names, page titles, and the words and content on each site. Think of a website as a book: the inner pages of a website are just like the inner pages of a book. The difference lies in the fact that while a book in a library is reviewed for content, no one manually reviews a website for content. There are just too many websites and too much content for that to happen. Instead, the search engines send the equivalent of a virtual robot out into the Web. The virtual robot

61

The Online Entrepreneur

periodically scans the content on each website and collects information to store in the search engine's database.

For example, let's say you design an affiliate website dedicated to Track and Field. Let's also assume that one page on your site contains a list of various Track and Field training workouts.  When the virtual robot scans your site, it will store the content of that page and "remember" that in contains Track and Field workouts.  Accordingly, your Track and Field website will be displayed among the list of results when a person uses the search engine to look for "track and field workouts."

Each search engine uses its own virtual robot to scan, and each has different programmed criteria.  In other words, the web has different ways of storing information. Therefore, it is not uncommon to see your website listed differently amongst the different search engines.  Using the previous example, your Track and Field website might come up first on the results list when a person does a search for "track and field workouts" on Google, while your site might come up 7th on the results list when a person does the same search on Yahoo.

62

The Online Entrepreneur

> **The plain truth is that the search engines search based on a program with defined parameters and no human interaction, and you can take full advantage of this in the design of your website.**

As you probably already know from personal use, most users never look beyond the first page of search results. Hence, it is unequivocally important to know how to effectively **optimize** your website for the search robots.

**Are you ready for the two most important techniques for driving traffic to your websites?  Then it's time to read the next two chapters . . .**

**5. Search Engine Optimization (Chapter 6)**

**6. Managing Effective Pay-Per-Click Campaigns (Chapter 7)**

63

The Online Entrepreneur

━━━━━━━━━━━━━━━━━━━━━━━━

# Chapter 6: Search Engine

# Optimization

━━━━━━━━━━━━━━━━━━━━━━━━

To review, **Search Engine Optimization,** or **SEO,** is a term which refers to increasing the rank in which your website appears in the results pages of the major search engines like Yahoo, Google, and MSN.

**Keywords** provide the starting point for how search engines determine results. They help determine which websites to display and in what order to display them. A **keyword** is the word or phrase that a user types into the search box of a search engine. One of the main goals of a search engine is to provide the websites that are most relevant to the

64

The Online Entrepreneur

keyword. That way, users will find what they are looking for and continue to use that search engine.

While a search with one of the major search engines might yield several hundred million results, a vast majority of Internet users do not look beyond the first page of results. Moreover, about 30% of users click on the first listing they see (the top result), and about 90% of users click on one of the first 5 results. Therefore, your goal is to get your site to come up as high in the search as possible, particularly in the top 5. The higher you are in the search results, the more traffic your website receives, and the more affiliate commissions you earn.

Of course, this is easier said than done. Since getting your website to list within the top 5 results can be extremely profitable for affiliate marketers and retailers alike, thousands of people are vying for these positions. The top results for highly profitable keywords such as "credit cards" or "online casinos" or "notebook computers" are considered to be extremely valuable Internet "real estate." For example, the keyword phrase "credit cards" is searched nearly two million times per month on Google, Yahoo, and MSN. Not surprisingly, the average affiliate commission for a credit card is $50. And let's not even begin to think what the credit card

65

The Online Entrepreneur

companies themselves make for each new customer they obtain.

If your website ranks in the number one spot for the keyword "credit cards" on each of the major search engines, you will receive about 30% of the clicks, or about 600,000 visitors per month. If you convert just 2% of those visitors to obtain a credit card, you would earn $600,000 in affiliate commissions each and every month! Do you now see just how valuable the top Internet real estate is?

Getting the search engines to determine that your site is most relevant to a particular keyword search is a challenging task, but the rewards are well worth the effort. Here's how it works: the search engines use algorithms to determine how websites rank. These algorithms are closely guarded, secret formulas, and for good reason: if someone were to get a hold of these algorithms, they could manipulate their websites so that they came in at the top of the search results for any key words they wanted to. And as you saw with the keyword "credit cards," that can be extremely valuable Internet real estate. Just like the recipe for Coca-Cola is a secret, these algorithms are known by only a select few individuals at the top of each search engine's company.

66

The Online Entrepreneur

However, through experimentation and years of affiliate experience, a few people have a general sense of how they operate. Through years of trial and error, the community of affiliate marketers have an idea as to how to rank their sites at the top of a given keyword listing.

There are two factors that affect your website's ranking:

1. **On-page factors:** the words and text on your web page.
2. **Off-page factors:** how other websites interact with your website.

The search engines are forced to use off-page factors to determine a site ranking for an obvious reason. If the search engines only used page content to determine a site's ranking, then everyone could just copy the content of the #1 site, creating hundreds of identical sites at the top of each search ranking.

## ON-PAGE FACTORS

First, let's take a look at on-page factors. On-page factors are relatively simple compared to off-page factors. You need to choose about 4 to 6 keywords and make sure they appear in the text of your page. It is much easier to

67

The Online Entrepreneur

divide your site into subcategories rather than try to optimize your homepage for all of the keywords related to your site. In other words, do not try to optimize more than 4 to 6 keywords per page. Design each page around those 4 to 6 keywords, and maintain your focus. This strategy will prove much more effective than trying to optimize your homepage for every keyword you are targeting.

---

**Reminder: the focus or goal of SEO is to get your website to appear in the top of the search results for your targeted keywords. Your targeted keywords are the words or phrases that people would search for if they were looking for the product you are promoting.**

---

For example, if you were building a website about running, you would want to structure it according to the diagram below:

68

The Online Entrepreneur



By dividing your site into these subcategories, each page will appear more specific, detailed and specialized to the search engines. In other words, the search engine will think that your site matches a given keyword better than other sites. And as a result, it will rank you higher in the search results.

69

The Online Entrepreneur

Remember, when a person does a search for a keyword on a search engine, it is the search engine's job to deliver the sites that most closely match the keyword, or the topic the person is searching for.  If your web page targets 30 different keywords, then clearly there is a lot of information and content on your site that does not pertain to each keyword.    Your  site  is  unfocused  and cluttered.   As a result, you will not rank as high in the search engine results as a web page that chooses to focus on 4 to 6 keywords.

Generally speaking, the search keywords you want your site ranked for must appear **early and often** on your web pages.   If "running shoes" is a desired keyword, then make sure that the phrase "running shoes" appears on your page frequently, and in context.   In other words, don't just write the phrase "running shoes" two hundred times at the top of your page.   The search engine algorithms are wise to this and will drop your ranking significantly if they detect it.   (Not to mention  the  fact  that  it  looks  extremely unprofessional.)     You  want  the  phrase "running shoes" to make up between 5 and 10 percent of the text on the page.

Your keyword phrase must appear in the page title.  Make sure that it is in the visible title on the page, and the back-end title that marks the page as you are building it.

70

The Online Entrepreneur

## OFF-PAGE FACTORS

Off-page factors are how the rest of the Internet community considers your website. There are three basic components of off-page factors:

1. **Number of In-Bound Links:** the number of other websites that have direct links to your site.

2. **Link Reputation:** the quality and focus of your in-bound links. For example, if you have a list of running workouts on your site, then other sites will link to your site with that reference.

3. **Link Popularity:** the number of sites linking to the sites that link to your site. The quality of the sites that link to your site. For example, a link from CNN.com is infinitely more valuable than a link from your roommate's website about smoking pot.

71

The Online Entrepreneur

> **Obtaining *quality inbound links* is the single most effective tool you can use to optimize your website and move it up in the rankings. You can acquire quality links by building a website compelling enough to link to. You can also rent links. There are online companies designed to help you increase your site optimization by renting you links to their sites. However, this method is not recommended, as some of these companies are shady, and their effectiveness has yet to be proven. Also, you can assume that the major search engines are currently working to adjust their algorithms to render this technique useless.**

If you are new to affiliate marketing, this may seem complicated, but for right now, it is enough to understand that SEO is something that you eventually want to learn in depth. And rest assured, it is well worth the effort to learn it. Remember, any commissions you generate from SEO are 100% profit. In fact, I know an affiliate who has earned over one million dollars in affiliate commissions in a single year solely from SEO. I challenge you to find a single college course that will help you earn that kind of revenue!

72

The Online Entrepreneur

So it may take you a while to generate commissions using search engine optimization techniques. Do you want to know how to start generating commissions instantly? Turn to Chapter 7, my friend. This is what I've been waiting for . . .

---

**Note: Search engine optimization is an extremely complex and ever-evolving topic. In order to stay current on the subject, I highly recommend you search the Internet regularly and absorb as much SEO information as you can. Since no one knows exactly how the search engines work, and since they constantly change the parameters by which they search for and judge websites, you must pull in as much information as you can from as many channels as possible. Pool the information and make educated judgments as to how to develop your site to meet your search engine goals. For further reading on SEO, I recommend the following site:**

**www.seobook.com**

---

73

The Online Entrepreneur

———————————————

# Chapter 7: Managing

# Effective Pay-Per-Click

# Campaigns

———————————————

Here is something to get excited about:

> **Pay-per-click marketing is the reason that thousands of people are quitting their jobs each day.**

## PAY-PER-CLICK MARKETING

74

The Online Entrepreneur

Before I explain exactly how to make pay-per-click marketing work for your web business, allow me to make one point very clear: **pay-per-click marketing is an extremely effective way to turn any website into a virtual ATM.** If you are trying to sell a product on the web, it is simply the quickest and most effective form of advertising available. In addition, once your website is ready to go, you can literally begin earning commissions within 20 minutes of reading this chapter by launching your own pay-per-click campaign. And best of all, I am going to show you how to start with some free advertising credit!

## WHAT IS PAY-PER-CLICK?

**Pay-per-click (PPC)** is an advertising model used by search engines where businesses or websites pay the search engines to appear at the top of search results. The reason it is called pay-per-click is because the business is only charged if a person actually clicks through to the business's website.

Pay-per-click advertising sends only the most highly targeted traffic to a businesses website. A business can choose exactly what keywords it wants to appear in the search results for.

75

**The Online Entrepreneur**

A company may choose to target anywhere from one to several hundred keywords. The company then bids against other companies for the top positions in the search results. The more popular a keyword is, the more it costs; the higher up the rank, the more expensive the click.

Anyone can use pay-per-click advertising to drive traffic to their websites, including affiliate marketers. For example, if you are an affiliate marketer for the American Express Card, you can have the search engines display your website advertisement whenever a user performs a search for keywords relating to your offer, such as "American Express Card," or "American Express Card Application." Remember, even though you appear in the top of the search list, you only pay if a visitor clicks on your link. A pay-per-click link is also known as a **sponsored search.**

If you have ever used the Internet, then you have surely seen pay-per-click advertising at work, even though you may not have been aware of it at the time. The search engines display search results by dividing the "natural" or "organic" free results from the pay-per-click results. **Natural** or **organic** search results are sites that appear in the top of search results without using pay-per-click results.

76

**The Online Entrepreneur**

As a case in point, if you go to google.com and search the keyword "circuit city," you will likely see that Circuit City comes up in the first position in the sponsored links. What most people don't realize is that Circuit City is actually paying to be there. Any time a business comes up in the blue or yellow box titled "sponsored links," it has paid to appear there.   And below that, you will see that Circuit City also appears first in the natural listings.

Here is an extremely useful tool to help you differentiate between sponsored links and natural search results.   The following are diagrams of a typical screenshot for each of the three major search engines, denoting where the paid search results and the unpaid search results appear:

77