The Online Entrepreneur

**Google Diagram**

| Paid | | Paid |
|------|------|------|
| Free | | Paid |

78

The Online Entrepreneur

**Yahoo Diagram**



79

The Online Entrepreneur

**MSN Diagram**



As a PPC advertiser, you choose the specific search keywords for which you want to appear in the top of the search results for.   In addition, you actually get to design the text that appears in the search results.  Let's look at the CircuitCity.com example again, and compare their two ads:

80

The Online Entrepreneur

**Sponsored Link:**



     The above link is a sponsored link. Circuit City paid so that it would come in at the top of the sponsored searches. Since they paid for the link, they were able to design it as well. Every word you see in the link was written by a person on Circuit City's advertising team.

**Natural Link:**

**circuitcity**.com Consumer Electronics
www.circuitcity.com/
Buy consumer electronics such as, flat screen tvs, plasma tvs, digital cameras, notebooks and pcs of all brands at **circuitcity**.com.

     Circuit City did not pay for this ad. They came in the top of the natural listings for the keyword "circuit city" because their website best matches that keyword.

---

**Remember, your ad can be shown hundreds or even thousands of times, but you only pay for an ad if a customer clicks on it and visits your site.**

---

81

**The Online Entrepreneur**

The rank that you appear at in the search results depends upon what you are bidding for a given keyword relative to what other companies are bidding for that same word.  For example, some keywords, such as "Play Station 3" or "Halo 2" can cost anywhere from $2 to $4 per click to appear in the top spot.  However, less popular words can cost as little as one penny per click, and the average cost per click is around 30 cents.

For example, if advertiser A bids 20 cents, advertiser B bids 10 cents, and advertiser C bids 50 cents, generally speaking, here is the order in which their ads would appear in the search results:

| | |
|---|---|
| 1st Place: | **Advertiser C** |
| 2nd Place: | **Advertiser A** |
| 3rd Place: | **Advertiser B** |

Correspondingly, advertiser A will receive the most customers, advertiser B will receive the second most, and advertiser C will receive the least amount of clicks or customers.

Recently, the top three search engines have gone to a hybrid auction model where your ranking is determined not just by your bid price, but by other factors as well.  Bid price has hands-down the heaviest influence on your ranking, but Yahoo and MSN also incorporate the quality of your advertisement

82

The Online Entrepreneur

into the formula.   The quality of your ad is measured by your **click through rate (CTR).** CTR is simply the percentage of users who actually click on your ad versus the number of users who view your ad but do not click on it. In other words, if your ad is viewed 100 times and 5 of those 100 viewers clicked through to your website, your CTR would be 5%.

If you have a good quality ad with a high CTR, the search engines will rank you higher, you'll receive more website traffic, and make more money.   That is why it pays to write a compelling web advertisement: you will both attract more visitors *and* rank higher in the search results, which will in turn attract even more visitors.

It is relatively inexpensive to use pay-per-click advertising and start your own PPC campaign.     Currently, Google requires a minimum bid of just 1 cent.

A successful PPC campaign is based upon simple math.   For example, if you are paying 10 cents per click, then you will spend $10 for every 100 visitors to your site.  If 10 of those visitors click through to your affiliate links and make a purchase that earns you $5 per sale, you will earn a gross profit of $50. Subtract your PPC advertising cost of $10, and you have made $40 profit.     You have quadrupled your original investment of $10 in

83

The Online Entrepreneur

PPC costs. There are very few business opportunities, outside of a Vegas casino, which offer that kind of immediate and hefty return on investment.

The best part about pay-per-click advertising versus any other form of advertising is that you hardly have to spend any money to determine whether the advertising is working. If you have spent $10 for 100 visitors and not one of those visitors has purchased anything from your affiliate links, simply turn the advertising off. Think about it: if you were to advertise for your business via television, radio, or print, you would have to invest thousands upon thousands of dollars before you could even begin to determine if the advertising was effective.

> **If you take nothing else from this book, take with you the knowledge that right now, pay-per-click advertising is unequivocally both the single most effective and least expensive form of advertising available today. There is simply no better way to instantly increase customer base and drive your business light years ahead of others.**

84

**The Online Entrepreneur**

The first step to setting up a PPC campaign for your business is to develop a list of keywords. Remember, keywords are the words or phrases that people search for in the search engines. First, think of all the words that are relevant to your website or product. Write down everything that comes to mind. Keep in mind that different people use different keywords to search for the same product. For example, one person looking to purchase a flat screen television might search for "flat screen" while another person might search for a flat screen television using the keywords "LCD TV" or "plasma TV." Try to think of as many possible words and phrases as you can when developing a keyword list. You may even consider possible misspellings. For example, Circuit City has a sponsored link for the misspelled keyword "circut city."

While you are creating your list of keywords, try to come up with a list of related keywords that you *do not* want to pay for. Referring back to the American Express example, if you are promoting an American Express card, you do not want your ad to appear for searches relating to "American Express Payment" or "American Express Customer Service" because those people likely already have a credit card and are only going to waste your money by clicking on your ad.

85

The Online Entrepreneur

The secret to building a good keyword list is to come up with a large number of **specific keywords.**   In addition to "flat panel TV," you should bid on more specific keywords, such as "Sony 42 inch black progressive flat panel." A person searching for a highly specific item is probably farther along in the buying cycle and is consequently more likely to make a purchase as compared to a person searching for "flat screen." In addition, because they are not searched as frequently, less companies bid on the more specific keywords.   As a result, specific keywords are less competitive and much less expensive than broad, generic keywords.

## GETTING STARTED

Once your website is ready and your keyword list is complete, your business is essentially complete, and you are ready to start earning cash!  Sometimes creating a PPC campaign can be a bit tricky, so it may take a few rounds before your campaign is a lean, mean cash machine.   In addition, it takes about 100 clicks before you can determine which keywords are making you money and which ones you should dump.  That is why I recommend starting your campaign with Microsoft and Yahoo.   Microsoft and Yahoo combined their services so you can access both traffic sources from a single platform.

86

The Online Entrepreneur

You can sign up at:

http://adcenter.microsoft.com

## MICROSOFT PAY-PER-CLICK ADVERTISING CAMPAIGN CREDIT

As I mentioned at the beginning of this chapter, to get your business started off on the right foot, you can usually find a free credit towards your Microsoft/Yahoo PPC campaigns. Simply conduct a search for "Microsoft Advertising credit" or similar words.

Feel free to use the money as you wish, as it is the same as cash. It's like playing with "house money"! With this credit, you can test out your new campaign and begin earning serious commissions without spending a penny of your own money! Since you will be driving targeted traffic to your website for free, any commissions you earn will be 100% pure profit!

### Getting Started with Microsoft/Yahoo

If you are new to pay-per-click, we suggest you get started with Microsoft/Yahoo instead of Google.

Google has recently made it difficult for new affiliates to use its pay-per-click platform.

87

The Online Entrepreneur

Google has become extremely arrogant – shunning the very people who made it the dominant search engine.

Not to worry though. You can access to more traffic than you can handle with your Microsoft Adcenter campaign.

## Quick PPC Tips

To wrap things up, here are a few quick pieces of advice to guide you along the way in your PPC campaigns:

- Get started with Microsoft/Yahoo at: http://adcenter.microsoft.com
- Avoid smaller search engines like Miva, and Looksmart.  These smaller engines have cheaper bid prices, but do not have much search volume, and they generally have a much lower conversion rate, or number of sales-to-click-throughs, than the big three.
- Look for cheap keywords that nobody else has thought to bid on.
- Test the effectiveness of different keywords.
- Stay out of the first position in the rankings until you are sure a keyword is effective (unless you are the only advertiser).  People tend to click on the first thing they see on a page, and so an ad in the first position may get a lot

88

**The Online Entrepreneur**

more careless clickers and untargeted traffic.

- Aim for the 3rd and 4th positions in the search rankings. You will be most likely to attract a visitor who is more targeted to your offer from these positions.

89

# The Jet Setters Club Order Form

| | |
|---|---|
| **Name:** | |
| **Email Address:** | |
| **Phone Number:** | |
| **Shipping Address:** | |

| City: | State: | Zip: | Country: |
|---|---|---|---|

| | |
|---|---|
| **Please Circle Card Type:**   **Visa**   **Mastercard**   **Discover**   **American Express** | |
| **Card Number:** | |
| **Expiration:**                    **CVV Code:** | |
| **Billing Address:**
*Leave blank if the billing address is the same as the shipping address* | |

| City: | State: | Zip: | Country: |
|---|---|---|---|

**Mail Order Form to:**

**The Online Entrepreneur**
**200 High Point Drive    Victor, N.Y. 14564**

**Or Enroll Online:**
**www.JetsettersClub.net**

We Promise Your Satisfaction. There is NO ongoing committment.
You may cancel at anytime and KEEP the BONUSES just for giving it a try.

# Thank You for Your Order!

© Six Figure Program   |   Ben Moskel   Dave Clabeaux   |   SixFigureProgram.com

# ATTACHMENT QQ

Six Figure Program
2171 Monroe Ave. Suite 204
Rochester, NY 14618
United States

#1

7/30/12   #310

Mychal ▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮
Fayetteville GA 30214

$2.
US POST
FIRST-Cl
FROM 1
JUL 25
s▮▮▮
VOL. I,



"THE DIFFERENCE BETWEEN
A SUCCESSFUL PERSON AND OTHERS
IS NOT A LACK OF STRENGTH, NOT
A LACK OF KNOWLEDGE, BUT
RATHER A LACK IN WILL."

— *Vince Lombardi*

## BEN AND DAVE'S PROGRAM

# Six Figure Program

## Welcome to the Six Figure Program and Congratulations on making a wise investment!

**Now for some straight talk:** I understand it took a leap of faith to invest in our Program. I imagine you were skeptical about whether this Program was legitimate or just another "get-rich-quick" Internet scam.

Your spouse or significant other may have even criticized you for your decision. If you still have any lingering doubt in your mind about whether this Program is for real, I can assure you that this Program is absolutely for real.

**My story:** Let me illustrate my point by sharing a short story with you. Let me take you back to the Fall of 2005. I was stuck in a truly terrible job. I worked 70+ hours per week in a cramped and sweaty office. I was earning $14 per hour.

My boss berated me daily. I had a mountain of student loans and credit card debt – nearly $80,000 to be exact. I was broke and had bad credit.

**This was a very DARK time in my life.**

**I had to make a change and make it quick.**

I had zero time or money to waste on "Get Rich Quick" schemes. It took an enormous leap of faith to invest my free time and resources into Affiliate Marketing. I'm incredibly grateful that I did. I got Dave – my best friend and college teammate – on board and convinced him to be my business partner.



## Dave and I currently make $1.2 Million per year from simple websites.



The Six Figure Program      dave@sixfigureprogram.com      2604 Elmwood Ave, Number 287      SixFigureProgram.com
                                                            Rochester, N.Y. 14618                      Page 1

# Six Figure Program

**Success stories:** I've shared this same story at International business seminars, on our Radio Show, and with other students. Fortunately, it has inspired more than a few people to use the Six Figure Program to make serious money on the Internet. Here are just a few recent students who discovered success with the Six Figure Program:



**Chris H., St. Mary's County, Maryland:** Chris discovered the Six Figure Program a few months back while surfing on the Internet. Chris had plenty of enthusiasm for making money online, but absolutely no experience in Affiliate Marketing. He found a product he was passionate about and put it on his website. Within four months he turned that passion into a $10,000 per month income – from one simple website! He added more traffic to his website and is currently making **$15,000 PROFIT PER MONTH!** Way to go Chris!



**Adam from Vancouver, British Columbia:** Adam took just one idea and turned it into a $2,500 per month Affiliate website. It took Adam less than 4 months to do this. Here's the best part: We took a quick look at Adam's website, identified some mistakes he was making, and showed him how in the next 60 days he could increase his monthly income to **$15,000 a month** with minimal effort on his part.



**Alex from Chicago:** Alex recently let us know that he is earning $154.00 per day through just two simple websites, and has 2 more sites in the works. That may not sound like a lot of money, but do the math: that's **$56,210 a year of passive income!** Remember, your websites never rest or take a sick day: they work for you 24 hours a day, 7 days a week, and 365 days a year.



Here's the Bottom line: our Six Figure Program students are making serious money online RIGHT NOW from Fortune 500 companies including American Express, 1-800 Contacts, Weight Watchers, Free Credit Reports, Adidas, Blue Nile, The Wall Street Journal, Citi Bank, and thousands of other companies!

In other words, our students are using the secrets in the **very same materials** you are holding to **quit their jobs** and create **a better life for themselves**.



The Six Figure Program     SixFigureProgram.com

# Six Figure Program

We have provided you with our playbook. Now it's up to you to join the game.

**What You Should Do Next:**

**Step One:** Watch the Quick Start DVD that arrived with this letter

**Step Two:** Read through the enclosed Special Claim Cash Bonus Report

**Step Three:** Follow the instructions in the Quick Start DVD and Claim Cash Report to receive your **FIRST PAYMENT** in the next **7-10 BUSINESS DAYS!**

Once again, welcome to the Six Figure Program!

Best,

**Dave Clabeaux**
**Ben Moskel**
Six Figure Program



The Six Figure Program          SixFigureProgram.com



# Do You Want a GUARANTEED Way of Getting Your First Affiliate Check in the Next 7-10 Days?



If you want to **FINALLY** start making money on the Internet, read on. You're going to like this.

Since you are reading this, I can assume that you are an entrepreneur at heart. I can also assume that you've purchased other money making programs in the past.

***(It's OK if you did. I bought a closet full of programs before I discovered something that actually works!)***

If you're like I was a few years ago, then you're probably feeling anxious to find a program that actually makes you money. You probably want to get SOMETHING going and start making SOME money quickly.

If you follow the simple steps in this Guide, then we can guarantee that you will make money with this program. We even GUARANTEE you will get your first commission check in the next 7-10 business days.

## How can we make such a bold guarantee?

It's simple: Dave and I have done ALL the hard work for you. This means you can "hit the ground running."

You can literally start making money just minutes from now!

Page 2

# Here's How This Works:

Fortune 500 companies pay you money just to fill out forms. You can fill out the forms or you can have other people fill them out.

Of course the more people that fill them out, the more money you make.

## Can I See a Real Life Example?

Here's an example:



ADT is a popular home security company. You've probably seen their advertisements on the Internet and on TV.

ADT is just one company who will pay you to fill out their online form.

See the blue form in the picture above? Fill out that form and you get paid $12.00!

It should take you no more than two minutes to fill out this form.

**Do the math: you will be making $360 PER HOUR to fill out forms!**

**Page 3**

You don't actually have to purchase the ADT product to get paid the $12.00. In other words, you make $12.00 each and every time you, or somebody else, fills out the form. Again, it does not matter whether anybody buys the product!

Of course, you should be at least somewhat interested in the ADT product. In other words, you should only fill out forms for products and services that interest or excite you.

We would suggest you skip the ADT form if you live in an apartment or already own a security system.

**Don't worry - there are literally THOUSANDS of companies who pay you money to fill out forms like this!**

Here's another example:



Here's a super simple form for Carnival Cruise Lines. You get paid $1.00 just for typing your email in the form!

Remember, you don't have to go on a Carnival Cruise to get paid. You get paid whenever you – or somebody else - types in their email address. Again, you should fill

out forms for products or services that interest or excite you.
I realize that it's not a TON of money. However, typing in your email address and clicking the "continue" button should take you about 15 seconds. At this pace you are still making $240 PER HOUR.

Remember too that the Six Figure Program shows you exactly how to get hundreds or thousands of other people to your website to fill out the forms. The Sky is the limit. This is just a way for you to get started immediately!

In addition, every week you will find brand new forms in the Claim Cash Section. You can keep making money from your Claim Cash page forever!

**You won't make a Million Dollars overnight. However, some of our students make up to $15,000 per month just by getting people to fill out the forms on their website!**



Here's another good form to fill out. This one pays you $10.00!

# How Can I Get Started Making Money from Filling Out Forms?

You'll find forms just like the ones in the pictures above in the **"Claim Cash"** Section of your website.

We've already done all the hard work for you. All you have to do is log in and click on "Claim Cash." Then, get started filling out forms! Do you see the potential? Are you getting excited?

Here are some more detailed steps for you to get started.

---

### If You *HAVE* Your Website, Follow These Steps:

**STEP ONE:** Go to your website. Then, click on the **"Claim Cash"** page of your website.

**STEP TWO:** Find a product or service you're interested in and fill out the form.

**STEP THREE:** Get paid for each form you fill out! **Your check will arrive within 7-10 business days. As long as you continue to fill out forms, you'll continue to get a check every week!!!**

Every week you will find brand new forms to fill out. You can keep making money from your Claim Cash page forever!

Remember, you will need a website to access the Claim Cash section. If you already have your website, great! I encourage you to go to your Claim Cash section right NOW and start making money!

---

### If You *DON'T HAVE* Your Website Yet, Follow These Steps:

**STEP ONE:** Log into the Six Figure Program Training Center.

You can get there by typing this url into your browser bar: ***www.SixFigureLogin.com***

**STEP TWO:** Follow the Instructions on the Page

**STEP THREE:** We'll build your website for you and you can start making money immediately! **Your check will arrive within 7-10 business days. As long as you continue to fill out forms, you'll continue to get a check every week!!!**

---

# How Much Will I Make?

The purpose of Claim Cash is to get you started making money. We provided this for you so that you could see how Affiliate Marketing works.

Will you make a Million Dollars from your Claim Cash page?

No, you probably won't make a Million Dollars. However, you will make decent money very quickly - sometimes in just minutes. Plus, Claim Cash will get you familiar with your new business and living the "Internet Lifestyle." You will see what it is like to get checks in the mail every week from your new website.

Claim Cash gives you a hands on way of making quick and easy money.

Plus, at the very least, Claim Cash is a way to make a couple hundred dollars per week. Making a side income of $200 - $500 per month isn't bad for spending a few minutes to fill out forms!

In addition, every week you will find brand new forms to fill out. You can keep making money from your Claim Cash Section forever!



*Michelle is a stay-at-home mom and a Six Figure Program student. She has three kids so she stays plenty busy* ☺

*Michelle started filling out just 6-7 forms per week. This took about 30 minutes. She made between $36 - $42 each time she filled out forms on her Six Figure Program website.*

*In other words, Michelle worked just 30 minutes per week and made a minimum of $144 per month.*

*Michelle's next goal was to make $600 per month. She had other people fill out the forms. This was easy for her. She got people to fill out the forms from her Facebook and Twitter account.*

*Michelle is now working just one hour per week and making between $600-$700 per month. (This is an extra side income of $7,200 per year!)*

*Her next project is to start a credit card website posting links to companies like American Express, Discover Card, and Capital One. Each time Michelle starts a new website she is adding an additional stream of income to her business.*

*Here's the best part: Michelle got to experience first-hand how Affiliate Marketing works just by doing Claim Cash. She discovered which products work best and the companies that pay her the most money.*

***We are confident and excited for Michelle's new credit card website. Some Six Figure Program students who are focused on credit card websites are making between $6,000 - $9,000 per month!***

***Go Michelle!***

## Dave and I use this same exact formula:

Each website we build represents an additional income stream. **You can post links to THOUSANDS of different companies.** In other words, the sky is the limit.

We currently have hundreds of different sites with links to a variety of products including credit cards, anti-virus software, music downloads, and more. These simple websites are making us a combined income of $1.2 Million per year!

## Do you see the potential? Are you getting excited?

Page 8





The Claim Cash Section is the perfect way for you to get started.

Follow these three simple steps to get started:

## If You *HAVE* Your Website, Follow These Steps:

**STEP ONE:** Go to your website. Then, click on the **"Claim Cash"** page of your website.

**STEP TWO:** Find a product or service you're interested in and fill out the form.

**STEP THREE:** Get paid for each form you fill out! **Your check will arrive within 7-10 business days. As long as you continue to fill out forms, you'll continue to get a check every week!!!**

Every week you will find brand new forms to fill out. You can keep making money from your Claim Cash page forever!

Remember, you will need a website to access the Claim Cash section. If you already have your website, great! I encourage you to go to your Claim Cash section right NOW and start making money!

## If You *DON'T HAVE* Your Website Yet, Follow These Steps:

**STEP ONE:** Log into the Six Figure Program Training Center.

You can get there by typing this url into your browser bar: ***www.SixFigureLogin.com***

**STEP TWO:** Follow the Instructions on the Page

**STEP THREE:** We'll build your website for you and you can start making money immediately! **Your check will arrive within 7-10 business days. As long as you continue to fill out forms, you'll continue to get a check every week!!!**

Page 9

# How Soon Will I Get Paid?

## Dave and I encourage you to get started right NOW!

The sooner you get started, the sooner you get paid. If you start now, you will get a check in the mail in the next 7-10 business days.

We are making $1.2 Million per year right now from simple Affiliate sites like yours. You will only make money if you TAKE ACTION!

Some people reading this might say to themselves... "I'll do this tomorrow, I don't want to miss my favorite TV show."

I can guarantee you that those same people will NEVER make any money on the Internet.

On the other hand, if you are motivated and hungry for success, then you will succeed. If you're somebody who is saying: "I will do whatever it takes to make this work," then you will make it work.

You will also be somebody who makes it a priority to work on your new business.



# I WILL DO WHATEVER IT TAKES TO MAKE THIS WORK!

If that's you, then congratulations! Dave and I get super excited to work with people like you.

People like you are the ones who are making serious money on the Internet. People like you who are motivated to make money are the ones who **TAKE ACTION!**



You now have a sure fire way of making money almost immediately. Just imagine what it's going to feel like to receive that first check in the mail!

**We've given you the Playbook to making money on the Internet. Now it's time for you to get in the game!**



*"The difference between a successful person and others is not a lack of strength, not a lack of knowledge, but rather a lack in will."*

*— Vince Lombardi*

Dave Clabeaux

Ben Moskel

Page 11

# CLAIM CASH
## Special Report

## Six Figure Program

Ben Moskel    Dave Claireaux

# ATTACHMENT RR

SIX FIGURE PROGRAM
2171 MONROE AVE
SUITE 204
ROCHESTER NY 14618

# Z



$1.
US POST.
FIRST CL.
FROM 1
AUG 01 2
st
VOL.



FU
FAYETTEVILLE GA 30214

**MEMBER PACKAGE**



"THE DIFFERENCE BETWEEN
A SUCCESSFUL PERSON AND OTHERS
IS NOT A LACK OF STRENGTH, NOT
A LACK OF KNOWLEDGE, BUT
RATHER A LACK IN WILL."

— *Vince Lombardi*

# BEN AND DAVE'S PROGRAM

# Six Figure Program

## Welcome to the Six Figure Program and Congratulations on making a wise investment!

**Now for some straight talk:** I understand it took a leap of faith to invest in our Program. I imagine you were skeptical about whether this Program was legitimate or just another "get-rich-quick" Internet scam.

Your spouse or significant other may have even criticized you for your decision. If you still have any lingering doubt in your mind about whether this Program is for real, I can assure you that this Program is absolutely for real.

**My story:** Let me illustrate my point by sharing a short story with you. Let me take you back to the Fall of 2005. I was stuck in a truly terrible job. I worked 70+ hours per week in a cramped and sweaty office. I was earning $14 per hour.

My boss berated me daily. I had a mountain of student loans and credit card debt – nearly $80,000 to be exact. I was broke and had bad credit.

**This was a very DARK time in my life.**

**I had to make a change and make it quick.**

I had zero time or money to waste on "Get Rich Quick" schemes. It took an enormous leap of faith to invest my free time and resources into Affiliate Marketing. I'm incredibly grateful that I did. I got Dave – my best friend and college teammate – on board and convinced him to be my business partner.



## Dave and I currently make $1.2 Million per year from simple websites.



# Six Figure Program

**Success stories:** I've shared this same story at International business seminars, on our Radio Show, and with other students. Fortunately, it has inspired more than a few people to use the Six Figure Program to make serious money on the Internet. Here are just a few recent students who discovered success with the Six Figure Program:



**Chris H., St. Mary's County, Maryland:** Chris discovered the Six Figure Program a few months back while surfing on the Internet. Chris had plenty of enthusiasm for making money online, but absolutely no experience in Affiliate Marketing. He found a product he was passionate about and put it on his website. Within four months he turned that passion into a $10,000 per month income – from one simple website! He added more traffic to his website and is currently making **$15,000 PROFIT PER MONTH!** Way to go Chris!



**Adam from Vancouver, British Columbia:** Adam took just one idea and turned it into a $2,500 per month Affiliate website. It took Adam less than 4 months to do this. Here's the best part: We took a quick look at Adam's website, identified some mistakes he was making, and showed him how in the next 60 days he could increase his monthly income to **$15,000 a month** with minimal effort on his part.



**Alex from Chicago:** Alex recently let us know that he is earning $154.00 per day through just two simple websites, and has 2 more sites in the works. That may not sound like a lot of money, but do the math: that's **$56,210 a year of passive income!** Remember, your websites never rest or take a sick day: they work for you 24 hours a day, 7 days a week, and 365 days a year.



Here's the Bottom line: our Six Figure Program students are making serious money online RIGHT NOW from Fortune 500 companies including American Express, 1-800 Contacts, Weight Watchers, Free Credit Reports, Adidas, Blue Nile, The Wall Street Journal, Citi Bank, and thousands of other companies!

In other words, our students are using the secrets in the **very same materials** you are holding to **quit their jobs** and create **a better life for themselves**.



The Six Figure Program

SixFigureProgram.com

# Six Figure Program

We have provided you with our playbook. Now it's up to you to join the game.

**What You Should Do Next:**

**Step One:** Watch the Quick Start DVD that arrived with this letter

**Step Two:** Read through the enclosed Special Claim Cash Bonus Report

**Step Three:** Follow the instructions in the Quick Start DVD and Claim Cash Report to receive your **FIRST PAYMENT** in the next **7-10 BUSINESS DAYS!**

Once again, welcome to the Six Figure Program!

Best,

**Dave Clabeaux**
**Ben Moskel**
Six Figure Program




The Six Figure Program    SixFigureProgram.com



# Do You Want a GUARANTEED Way of Getting Your First Affiliate Check in the Next 7-10 Days?



If you want to **FINALLY** start making money on the Internet, read on. You're going to like this.

Since you are reading this, I can assume that you are an entrepreneur at heart. I can also assume that you've purchased other money making programs in the past.

***(It's OK if you did. I bought a closet full of programs before I discovered something that actually works!)***

If you're like I was a few years ago, then you're probably feeling anxious to find a program that actually makes you money. You probably want to get SOMETHING going and start making SOME money quickly.

If you follow the simple steps in this Guide, then we can guarantee that you will make money with this program. We even GUARANTEE you will get your first commission check in the next 7-10 business days.

## How can we make such a bold guarantee?

It's simple: Dave and I have done ALL the hard work for you. This means you can "hit the ground running."

You can literally start making money just minutes from now!

Page 2

# Here's How This Works:

Fortune 500 companies pay you money just to fill out forms. You can fill out the forms or you can have other people fill them out.

Of course the more people that fill them out, the more money you make.

## Can I See a Real Life Example?

Here's an example:



ADT is a popular home security company. You've probably seen their advertisements on the Internet and on TV.

ADT is just one company who will pay you to fill out their online form.

See the blue form in the picture above? Fill out that form and you get paid $12.00!

It should take you no more than two minutes to fill out this form.

**Do the math: you will be making $360 PER HOUR to fill out forms!**

**Page 3**

You don't actually have to purchase the ADT product to get paid the $12.00. In other words, you make $12.00 each and every time you, or somebody else, fills out the form. Again, it does not matter whether anybody buys the product!

Of course, you should be at least somewhat interested in the ADT product. In other words, you should only fill out forms for products and services that interest or excite you.

We would suggest you skip the ADT form if you live in an apartment or already own a security system.

**Don't worry - there are literally THOUSANDS of companies who pay you money to fill out forms like this!**

Here's another example:



Here's a super simple form for Carnival Cruise Lines. You get paid $1.00 just for typing your email in the form!

Remember, you don't have to go on a Carnival Cruise to get paid. You get paid whenever you – or somebody else - types in their email address. Again, you should fill

**Page 4**

out forms for products or services that interest or excite you.
I realize that it's not a TON of money. However, typing in your email address and clicking the "continue" button should take you about 15 seconds. At this pace you are still making $240 PER HOUR.

Remember too that the Six Figure Program shows you exactly how to get hundreds or thousands of other people to your website to fill out the forms. The Sky is the limit. This is just a way for you to get started immediately!

In addition, every week you will find brand new forms in the Claim Cash Section. You can keep making money from your Claim Cash page forever!

**You won't make a Million Dollars overnight. However, some of our students make up to $15,000 per month just by getting people to fill out the forms on their website!**



Here's another good form to fill out. This one pays you $10.00!

# How Can I Get Started Making Money from Filling Out Forms?

You'll find forms just like the ones in the pictures above in the **"Claim Cash"** Section of your website.

We've already done all the hard work for you. All you have to do is log in and click on "Claim Cash." Then, get started filling out forms! Do you see the potential? Are you getting excited?

Here are some more detailed steps for you to get started.

---

### If You *HAVE* Your Website, Follow These Steps:

**STEP ONE:** Go to your website. Then, click on the **"Claim Cash"** page of your website.

**STEP TWO:** Find a product or service you're interested in and fill out the form.

**STEP THREE:** Get paid for each form you fill out! **Your check will arrive within 7-10 business days. As long as you continue to fill out forms, you'll continue to get a check every week!!!**

Every week you will find brand new forms to fill out. You can keep making money from your Claim Cash page forever!

Remember, you will need a website to access the Claim Cash section. If you already have your website, great! I encourage you to go to your Claim Cash section right NOW and start making money!

---

### If You *DON'T HAVE* Your Website Yet, Follow These Steps:

**STEP ONE:** Log into the Six Figure Program Training Center.

You can get there by typing this url into your browser bar: ***www.SixFigureLogin.com***

**STEP TWO:** Follow the Instructions on the Page

**STEP THREE:** We'll build your website for you and you can start making money immediately! **Your check will arrive within 7-10 business days. As long as you continue to fill out forms, you'll continue to get a check every week!!!**

---

# How Much Will I Make?

The purpose of Claim Cash is to get you started making money. We provided this for you so that you could see how Affiliate Marketing works.

Will you make a Million Dollars from your Claim Cash page?

No, you probably won't make a Million Dollars. However, you will make decent money very quickly - sometimes in just minutes. Plus, Claim Cash will get you familiar with your new business and living the "Internet Lifestyle." You will see what it is like to get checks in the mail every week from your new website.

Claim Cash gives you a hands on way of making quick and easy money.

Plus, at the very least, Claim Cash is a way to make a couple hundred dollars per week. Making a side income of $200 - $500 per month isn't bad for spending a few minutes to fill out forms!

In addition, every week you will find brand new forms to fill out. You can keep making money from your Claim Cash Section forever!



*Michelle is a stay-at-home mom and a Six Figure Program student. She has three kids so she stays plenty busy ☺*

Michelle started filling out just 6-7 forms per week. This took about 30 minutes. She made between $36 - $42 each time she filled out forms on her Six Figure Program website.

In other words, Michelle worked just 30 minutes per week and made a minimum of $144 per month.

Michelle's next goal was to make $600 per month. She had other people fill out the forms. This was easy for her. She got people to fill out the forms from her Facebook and Twitter account.

Michelle is now working just one hour per week and making between $600-$700 per month. (This is an extra side income of $7,200 per year!)

Her next project is to start a credit card website posting links to companies like American Express, Discover Card, and Capital One. Each time Michelle starts a new website she is adding an additional stream of income to her business.

Here's the best part: Michelle got to experience first-hand how Affiliate Marketing works just by doing Claim Cash. She discovered which products work best and the companies that pay her the most money.

**We are confident and excited for Michelle's new credit card website. Some Six Figure Program students who are focused on credit card websites are making between $6,000 - $9,000 per month!**

**Go Michelle!**

## Dave and I use this same exact formula:

Each website we build represents an additional income stream. **You can post links to THOUSANDS of different companies.** In other words, the sky is the limit.

We currently have hundreds of different sites with links to a variety of products including credit cards, anti-virus software, music downloads, and more. These simple websites are making us a combined income of $1.2 Million per year!

## Do you see the potential? Are you getting excited?





The Claim Cash Section is the perfect way for you to get started.

Follow these three simple steps to get started:

## If You *HAVE* Your Website, Follow These Steps:

**STEP ONE:** Go to your website. Then, click on the **"Claim Cash"** page of your website.

**STEP TWO:** Find a product or service you're interested in and fill out the form.

**STEP THREE:** Get paid for each form you fill out! **Your check will arrive within 7-10 business days. As long as you continue to fill out forms, you'll continue to get a check every week!!!**

Every week you will find brand new forms to fill out. You can keep making money from your Claim Cash page forever!

Remember, you will need a website to access the Claim Cash section. If you already have your website, great! I encourage you to go to your Claim Cash section right NOW and start making money!

## If You *DON'T HAVE* Your Website Yet, Follow These Steps:

**STEP ONE:** Log into the Six Figure Program Training Center.

You can get there by typing this url into your browser bar:
***www.SixFigureLogin.com***

**STEP TWO:** Follow the Instructions on the Page

**STEP THREE:** We'll build your website for you and you can start making money immediately! **Your check will arrive within 7-10 business days. As long as you continue to fill out forms, you'll continue to get a check every week!!!**

# How Soon Will I Get Paid?

## Dave and I encourage you to get started right NOW!

The sooner you get started, the sooner you get paid. If you start now, you will get a check in the mail in the next 7-10 business days.

We are making $1.2 Million per year right now from simple Affiliate sites like yours. You will only make money if you TAKE ACTION!

Some people reading this might say to themselves... "I'll do this tomorrow, I don't want to miss my favorite TV show."

I can guarantee you that those same people will NEVER make any money on the Internet.

On the other hand, if you are motivated and hungry for success, then you will succeed. If you're somebody who is saying: "I will do whatever it takes to make this work," then you will make it work.

You will also be somebody who makes it a priority to work on your new business.



# I WILL DO WHATEVER IT TAKES TO MAKE THIS WORK!

If that's you, then congratulations! Dave and I get super excited to work with people like you.

People like you are the ones who are making serious money on the Internet. People like you who are motivated to make money are the ones who TAKE ACTION!



You now have a sure fire way of making money almost immediately. Just imagine what it's going to feel like to receive that first check in the mail!

We've given you the Playbook to making money on the Internet. Now it's time for you to get in the game!



*"The difference between a successful person and others is not a lack of strength, not a lack of knowledge, but rather a lack in will."*

— Vince Lombardi

Dave Clabeaux
dave@sixfigureprogram.com

Ben Moskel
ben@sixfigureprogram.com

# CLAIM CASH
## Special Report

## Six Figure Program

Ben Moskel   Dave Clabeaux

# ATTACHMENT SS

# Finally! A No-Scam, Legitimate Way to Earn a Comfortable Income from Your Laptop or Home Computer

## FREE DVD
## AVAILABLE IN
## Piscataway, NJ!



### You'll discover:

- **Weekly Payments**
- **Big Brand Name Companies Pay You on the Internet**
- **No Selling**





**FREE DVD: No Credit Card Required**

| Field | |
|---|---|
| First Name | |
| Last Name | |
| E-mail | |
| Street address 1 | |
| Apartment Number | |
| City | |
| State | -- Choose -- |
| Zip Code | |

VOL. I, Page 485

VOL. I, Page 486



Country          United States



**We take your privacy very seriously.**

<u>Privacy Policy</u>

You can <u>contact us here.</u>

  

   

**Some of the companies that pay you to work from home.**

**JUST 36 DVDs left!**  14

# Look for us on TV!

As advertised on:

   

   



VOL. I, Page 487



**We are just two ordinary guys who discovered a legitimate way to earn a comfortable income on the Internet. This isn't a scam. We both quit our regular jobs as a lawyer and teacher. We  work from our home offices near Buffalo, New York.**

**We want to mail you our Free DVD that shows you how it works and how you can get started. It's free - we even pay your shipping. There's no credit card required.**

**There are LIMITED DVDs left - Claim Your Free DVD Right NOW!**

**The Online Entrepreneur, Inc.**
**Address: 2604 Elmwood Ave · Number 287 · Rochester, NY 14618**
**Phone: 1-800-245-3939**

Privacy Policy | Contact Us | Disclaimers

9/19/2012 12:34 PM

# Privacy Policy

This privacy policy sets out how Ben and Dave's Program uses and protects any information that you give Ben and Dave's Program when you use this website.

Ben and Dave's Program is committed to ensuring that your privacy is protected. Should we ask you to provide certain information by which you can be identified when using this website, then you can be assured that it will only be used in accordance with this privacy statement.

Ben and Dave's Program may change this policy from time to time by updating this page. You should check this page from time to time to ensure that you are happy with any changes. This policy is effective from 11/20/2006.

What we collect

We may collect the following information:

- name and job title
- contact information including email address
- demographic information such as postcode, preferences and interests
- other information relevant to customer surveys and/or offers

What we do with the information we gather

We require this information to understand your needs and provide you with a better service, and in particular for the following reasons:

- Internal record keeping.
- We may use the information to improve our products and services.
- We may periodically send promotional emails about new products, special offers or other information which we think you may find interesting using the email address which you have provided.
- From time to time, we may also use your information to contact you for market research purposes. We may contact you by email, phone, fax or mail. We may use the information to customize the website according to your interests.

Security

We are committed to ensuring that your information is secure. In order to prevent unauthorised access or disclosure, we have put in place suitable physical, electronic and managerial procedures to safeguard and secure the information we collect online.

VOL. I, Page 488

VOL. I, Page 489

How we use cookies

A cookie is a small file which asks permission to be placed on your computer's hard drive. Once you agree, the file is added and the cookie helps analyse web traffic or lets you know when you visit a particular site. Cookies allow web applications to respond to you as an individual. The web application can tailor its operations to your needs, likes and dislikes by gathering and remembering information about your preferences.

We use traffic log cookies to identify which pages are being used. This helps us analyse data about web page traffic and improve our website in order to tailor it to customer needs. We only use this information for statistical analysis purposes and then the data is removed from the system.

Overall, cookies help us provide you with a better website, by enabling us to monitor which pages you find useful and which you do not. A cookie in no way gives us access to your computer or any information about you, other than the data you choose to share with us.

You can choose to accept or decline cookies. Most web browsers automatically accept cookies, but you can usually modify your browser setting to decline cookies if you prefer. This may prevent you from taking full advantage of the website.

Links to other websites

Our website may contain links to other websites of interest. However, once you have used these links to leave our site, you should note that we do not have any control over that other website. Therefore, we cannot be responsible for the protection and privacy of any information which you provide whilst visiting such sites and such sites are not governed by this privacy statement. You should exercise caution and look at the privacy statement applicable to the website in question.

Controlling your personal information

You may choose to restrict the collection or use of your personal information in the following ways:

- whenever you are asked to fill in a form on the website, look for the box that you can click to indicate that you do not want the information to be used by anybody for direct marketing purposes
- if you have previously agreed to us using your personal information for direct marketing purposes, you may change your mind at any time by writing to or emailing us at support@benanddavesprogram.com

We will not sell, distribute or lease your personal information to third parties unless we have your permission or are required by law to do so. We may use your personal information to send you promotional information about third parties which we think you may find interesting if you tell us that you wish this to happen.

You may request details of personal information which we hold about you under the Data Protection Act 1998. A small fee will be payable. If you would like a copy of the information held on you please write to:

Ben and Dave's Program
2604 Elmwood Ave
Number 287
Rochester, N.Y. 14618

If you believe that any information we are holding on you is incorrect or incomplete, please write to or email us as soon as possible, at the above address. We will promptly correct any information found to be incorrect.

# Contact Us

Ben Moskel

Ben and Dave's Program

2604 Elmwood Ave. Box 287 Rochester NY, 14618

VOL. I, Page 491

# Disclaimer

*Our results and the results of the students here are not typical*

*You should know that our current success came after years working this program. Although we make over $1 Million per year on the Internet, you should not expect to make that much. It took us about two years before we made a Million dollars per year from our websites. The typical student has a check for $10-$15 delivered via First Class U.S. Mail in about 7-10 days. A portion of students do nothing and consequently make nothing. Our top students are making $15,000 per month take-home pay. Again, this isn't a typical result, but it all depends on how much time and effort you put into the Program. This is not a lazy person get-rich product. Those programs are usually scams. If you're willing to do whatever it takes and if you follow directions, you can expect to make what 53% of students make - which is a minimum of $10-15 within 7 days. Your first check is sent via First Class US Mail although many of the companies pay you via bank wire or direct deposit.*

<u>Close Window</u>

# ATTACHMENT TT

Ben and Dave's Program                                                                http://websiteincome.net/

# Ben and Dave's Program

HELPING YOU WORK AT HOME SINCE 1998

## Are You Looking for a No-Scam, Legitimate Way to Jumpstart Your Career and Earn an Income from Your Laptop or Home Computer?

Just a few of the thousands of name brand companies that will pay you to work from home:

     



**Claim Your Free Starter DVD**

First Name

Last Name

Email

Street address

Apartment #

City

State        -- Choose --

Zip/Country        USA

**Send My FREE DVD**

Shipped US
First Class Mail

### See What Real Successful Progam Members with Profitable Careers are Saying:



"Thanks to Ben and Dave I am making some real money now. Online companies pay me about $7,000 per month. I do all my work from my home computer and laptop."

**– Laura, Ben and Dave's Program Student**



"I met Ben and Dave and liked the idea of getting paid on the Internet. I decided to dive in and made a little bit of money. I kept at it and now have between 5-6 companies paying me about $12,000-$15,000 per month online."

**– Chris H., Ben and Dave's Program Student**

Disclaimer

### Look for Our Career Changing Progam on TV!

As advertised on:

**We take your privacy very seriously.**
You can read our entire privacy policy here. contact us



We are just two ordinary guys who discovered a legitimate way to earn a comfortable income on the Internet. This isn't a scam. We both quit our regular jobs as a lawyer and teacher. We  work from our home offices near Buffalo, New York.

We want to mail you our FREE DVD that shows you how it works and how you can get started. It's free - we even pay your shipping. There's no credit card required.

© Copyright Ben and Dave's Program
2604 Elmwood Ave · Number 287 · Rochester, NY 14618  |  1-800-245-3939

# ATTACHMENT UU



You are logged in as mliggins_1811    **Upgrade Your Account** | Log out | Help

website-income.net | Whois Search | Search

Overview    Whois Lookup    Reverse Whois    Whois History    Hosting History    Screenshot History    Name Server Report    Reverse IP    DNS Tools

## WebSite-Income.net Whois Record

Search Whois Records | website-income.net |   Search

Add Missing Screenshot:
Queue Screenshot For Addition

Tweet    Like  2.2k

Whois Record    Site Profile    Registration    Server Stats    My Whois

You the smart one? Let us
show you the job you dream of

### Whois Record

**Related Domains For Sale or At Auction**          [1] [2] [3]  More >

IncomeOnline.net ($585)        ClickIncome.net ($10,000)      IncomeStream.net ($5,000)
RealIncome.net ($988)          InternetIncomeSystem.com ($2,788)   OnlineHomeIncome.com ($4,588)



Reverse Whois:  "Smart Puppy Hosting" owns about **559 other domains**
Email Search:   support@smartpuppyhosting.com is associated with about **528 domains**
Registrar History: **1 registrar**
NS History:     **1 change** on 2 unique name servers over 1 year.
Whois History:  **2 records** have been archived since 2012-09-12 .
Reverse IP:     **12 other sites** hosted on this server.

Monitor This Domain Name

**DomainTools for Windows®**
Now you can access domain ownership records anytime, anywhere... right from your own
desktop!    **Download Now>**

What's the value of this domain?
**FIND OUT WHAT IT'S WORTH AT**
**DOMAININDEX.COM**

**Country TLDs    General TLDs**

Available domains for registration:

| | |
|---|---|
| WebSite-Income.at | Register |
| WebSite-Income.be | Register |
| WebSite-Income.ch | Register |
| WebSite-Income.cn | Register |
| WebSite-Income.de | Register |
| WebSite-Income.dk | Register |
| WebSite-Income.es | Register |
| WebSite-Income.eu | Register |
| WebSite-Income.fr | Register |
| WebSite-Income.in | Register |

**Register All Selected >**    **Show all (17) >**

```
Domain name: website-income.net

Administrative Contact:
    Smart Puppy Hosting
    Domain Support ( support@smartpuppyhosting.com )
    +1.8882605803
    Fax:
    200 High Point Drive
    Victor, NY 14564
    US

Technical Contact:
    Smart Puppy Hosting
    Domain Support ( support@smartpuppyhosting.com )
    +1.8882605803
    Fax:
    200 High Point Drive
    Victor, NY 14564
    US

Registrant Contact:
    Smart Puppy Hosting
    Domain Support ()

    Fax:
    200 High Point Drive
    Victor, NY 14564
    US

Status: Locked

Name Servers:
    ns1.smartpuppyhosting.com
    ns2.smartpuppyhosting.com

Creation date: 10 Sep 2012 17:04:09
Expiration date: 10 Sep 2013 17:04:00
```

Backorder this domain or Hire a domain broker

Whois Directory
a b c d e f g h i j k l m n o p q r s t u v w x y z 0 1 2 3 4 5 6 7 8 9

Case 8:12-cv-02500-JDW-MAP   Document 5-7   Filed 11/05/12   Page 66 of 72 PageID 613

Memberships | Developer API | About Us |

Blog | Desktop Tools | Terms of Service | Privacy | Support | Careers | Contact Us | Site Map

© 2012 DomainTools, LLC All rights reserved.



# ATTACHMENT VV



# Unimax MEDIA

Home     Privacy Policy     Contact Us     800-536-9815



Ben Moskel and Dave Clabeaux
Founders of Unimax Media and
co-authors of 'Ben and Dave's Program:
A Guide to Social Media in the
Corporate Workspace



Luann DeLesseps, star from Bravo's hit TV show *The Real Housewives of New York City*
was the keynote speaker at a recent Unimax Media corporate event.

### This Month's News

· Motivation Corner
· Magic Bullets of the Month
· Pet Corner
· Swimming with Tigers
· Efficiency Corner

**DVD TOPIC: Domain Flipping**

### Upcoming Events

**AFFILIATE SUMMIT**
Affiliate Summit Central
May 15-16, 2012 I Austin, Texas

**ad:tech**
ad:tech
November 7-8, 2012 I New York, NY

### We Work for You!!

We use strategic technology to implement the most advanced marketing practices used in business today. Join our team and leverage our assets to enhance your ROI.



## Ben and Dave's Program:
## A Guide to Social Media in the Corporate Workspace

### $27.00
RETURN and REFUND Policy: We offer
a hassle free refund policy. If you are



**+ Add To Cart**

**Unimax Media Has Been Advertised On:**

       

Home    Privacy Policy    Contact Us    800-536-9815

 



Home      Privacy Policy      Contact Us      09/19/2012

## Privacy Policy

We may collect your personal information but only if you voluntarily provide your personal information such as email address, name, address, phone number. You may also receive similar emails with other material. You may opt-out of our email list anytime you like. We are can-spam compliant. You can click the unsubscribe link in any email. Or, just send us an email asking us to opt-out which you can send to: support@unimaxmedia.com

### Order Information

Customers may use an order form to purchase our products. When you place an order, we collect contact information, such as your shipping and e-mail addresses, and financial information, such as your account or credit card numbers. Contact information from the order form is used to send orders and information to our customers and to get in touch with them when necessary. Financial information is used to bill the customer for products. You also have the option of ordering products over the telephone and you may choose to pay by check, credit card or money order. If you provide your phone number and order, we may send you text messages in the future. However, the text messages are not spam. They are used solely to make certain relevant announcements. You can opt-out of receiving text messages.

### Use of Information

Information collected by Unimax Media is used for the following purposes: We collect information to process customer orders, to contact our customers concerning the status of an order or to answer any of their questions. We collect information to contact users about upcoming Unimax Media sales, promotions, product information, and to participate in contests. Your information may be shared with carefully selected third party partners and may be used by them to inform you of offers, promotions and services from these organizations which may be of interest to you. Unimax Media will have access to and will use the personally identifiable information you provide in connection with your purchases on this Website, and it may use your data for payment processing and authorization, fraud protection and credit risk reduction, website evaluation and data analysis, and also for marketing and promotional material distribution for Unimax Media family of companies. We may share personal information with our Website hosting partners, and other parties who assist us in operating our Website or conducting Unimax Media business, so long as those outside parties agree to keep the information confidential. We may release your personal information to comply with the law, to enforce our Website policies, or to protect our or others' rights, property, or safety. We do not sell any information about our users on the individual customer level. As with any business, it is possible that as our business develops, we might sell or buy online stores or other assets. In such transactions, information about customers often is among the transferred assets. Accordingly, in the unlikely event that our company or substantially all of our assets are acquired by a third party, such information may be one of the transferred assets.

### Updating of Information

In order to change or modify information previously provided by you, please choose

1 of 2

Policy. Any material changes to this Privacy Policy will be effective upon the earlier of thirty (30) calendar days following our transmittal of an e-mail notice to you or thirty (30) calendar days following our posting of the notice of changes on the Website covered by the Privacy Policy. Please note that, at all times, you are responsible for updating your personal information to provide us your current e-mail address. In the event that the last e-mail address that you have provided us is not valid, or for any other reason is not capable of delivering to you the notice described above, our transmittal of the e-mail containing such notice will nevertheless constitute effective notice of the changes described in the notice. In any event, changes to this Privacy Policy may affect our use of personal information that you provided us prior to our notification to you of the changes. If you do not wish to permit changes in our use of your information, you must notify us prior to the effective date of the changes that you wish to deactivate your account with us.

**Cookies**

Unimax Media does place a feature called a "cookie" on your hard drive. A cookie is a small data file that is sent to your browser from a web server and stored on your computer's hard drive. A cookie may contain certain information, such as a unique user session ID number, which is used to track the page(s) you visited. This unique number allows us to keep track of your order as you shop on our site. Cookies also allow us to recognize registered users when they visit, and to provide those customers with specific related information. If you register with us or order from our Website, we use cookies to monitor and maintain information about how you use our Website and what you buy. If you do not register or buy from the site, we may monitor and maintain information about your use of our Website in order to improve your shopping experience. Our Website logs do generate certain kinds of non-identifying site usage data, such as the number of visits to our Website and pages viewed. This information is used for internal purposes by technical support staff to provide better service to you. Most Web browsers automatically accept cookies, but you can usually change the configuration of your browser to prevent this from occurring. Even without a cookie, you can still take advantage of most of the features of our Website, including making a purchase, but we will not be able to recognize you as a registered user unless you log-in.

**Unimax Media Has Been Advertised On:**

      

Home    Privacy Policy    Contact Us    09/19/2012

 



Home    Privacy Policy    Contact Us    09/19/2012

## Office Location





Unimax Media Inc.
8203 Main Street
Suite 9
Williamsville, NY 14221

800-536-9815

**Unimax Media Has Been Advertised On:**

       

Home   Privacy Policy   Contact Us   09/19/2012

