## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### Tampa Division

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,** | |
|      Plaintiff, | |
| v. | |
| **THE ONLINE ENTREPRENEUR, INC.,** a corporation, also d/b/a THE SIX FIGURE PROGRAM and BEN AND DAVE'S PROGRAM; | **Case No.** |
| **BEN AND DAVE'S CONSULTING ASSOCIATES, INC.,** a corporation; | |
| **BENJAMIN MOSKEL**, individually and as an officer or owner of THE ONLINE ENTREPRENEUR, INC.; and BEN AND DAVE'S CONSULTING ASSOCIATES, INC.; and | |
| **DAVID CLABEAUX**, individually and as an officer or owner of THE ONLINE ENTREPRENEUR, INC., and BEN AND DAVE'S CONSULTING ASSOCIATES, INC., | |
|      Defendants. | |

## PLAINTIFF FEDERAL TRADE COMMISSION

## VOLUME II

### Supporting Declarations, Continued

# TABLE OF CONTENTS

**Exhibit #**

2.   **Declaration of Warren Clark**, President,
     Better Business Bureau Serving Upstate New York

3.   **Declaration of Karen Nalven,** President,
     Better Business Bureau of West Florida

# PLAINTIFF'S  EXHIBIT 2

## DECLARATION OF WARREN CLARK, PRESIDENT
## BETTER BUSINESS BUREAU SERVING UPSTATE NEW YORK

I, Warren Clark, hereby declare as follows:

1.      I am over the age of 21 years and am competent to give this Declaration.  I am President of the Better Business Bureau serving Upstate New York ("Upstate New York BBB" or "BBB"), a position I have held since 2012.  I have been associated with the BBB since 1979.  My business address is 100 Bryant Woods South, Amherst, NY 14228.  I have personal knowledge of the facts stated in this Declaration, and if called as a witness, I could and would competently testify to the facts stated herein.

2.      As the President of the Upstate New York BBB, I am responsible for the general oversight and management of the operations and marketing for a 48-county region including the cities Buffalo, Rochester, Syracuse, and Albany, New York.  The Upstate New York BBB, one of the largest bureaus in the United States, maintains 45,000 business reviews, nearly 6,000 of which are currently BBB Accredited Businesses.  My responsibilities also include reviewing complaints received from consumers and communicating with the owners or representatives of businesses regarding those complaints.

3.      During the normal course of business, the BBB regularly receives complaints and inquiries from the public about businesses located within our geographic area.  The BBB does not act as an advocate for consumers or businesses (whether the business is BBB-accredited or not), but instead acts as a mutually-trusted intermediary to resolve complaints, facilitate communication, and provide information on ethical business practices.  The BBB remains impartial and does not take sides in disputes between business and their customers.

Page 1 of 11

4.      The BBB generally receives complaints from consumers through its website, by facsimile, and by mail.  Complaints filed with the BBB are housed in an internal database maintained by the BBB.  The complaints filed via the BBB website are input directly into the database file for each company.  Paper complaints are first transcribed and then entered into the database.

5.      When the BBB receives a complaint about a business, we send a copy of the complaint to that business and request the business's assistance in working out the problem with their dissatisfied customer.  Most businesses, regardless of whether they are BBB-accredited or not, generally cooperate with the BBB.  However, some do not.  A business's cooperation with the BBB is voluntary.  Because the BBB is not a government or law enforcement agency, we cannot force a business to reply nor can we administer sanctions.

6.      A regular function of the BBB is to provide a review, called the "BBB Business Review," on the marketplace practices of businesses.  Our reviews are public and contain information about the nature of the business, its principal officers, a three-year summary of any complaints the BBB has processed, and any government action involving the business's practices.  The information in the review consists predominantly of information obtained from consumers, publicly-available information such as business and corporate filings with the various Secretary of State offices and Internet domain registrations, as well as information obtained from the business itself.  BBBs also will report a business's accreditation status in its public report and note whether the business participates in any special BBB programs to improve customer satisfaction.  These reviews are not an endorsement of any product, service, or business, but are provided solely to assist consumers in exercising their own best judgment.

7.      The BBB Business Review for **The Six Figure Program** dated October 24, 2012, shows that the Upstate New York BBB first opened its file on the business on May 27, 2011. According to information obtained by the BBB, The Six Figure Program, which also does business under the names **The Online Entrepreneur, Inc.** and **Ben & Dave's Program** (hereinafter collectively referred to as "The Six Figure Program"), has sold work-at-home Internet business opportunities since April 2007. The business management is listed as Ben Moskel, the President, and Dave Clabeaux, the CEO, with Mr. Moskel serving as the business contact for the company. The company operates from several locations including 200 High Point Road, Victor, New York 14564; 106 Cobblestone Court Drive #159, Victor, New York 14564; 2604 Elmwood Avenue # 287; and [private residence in] Land O Lakes, Florida 34638. Telephone numbers used by the business include (800) 520-2224, (585) 486-████ (716) 984-████, (800) 585-4902, and (801) 437-████. (Attached as **Attachment A** is a redacted copy of the BBB's Business Review for The Six Figure Program.)

8.      The BBB Business Review for The Six Figure Program also shows that the company has a rating of "F" on a scale from A+ to F. This rating is based on 16 factors such as the length of time the business has been operating; complaint volume for a business this size; whether the company responded to the complaints; the company's response to the complaints filed; the resolution of complaints filed; and the fact that the BBB has sufficient background information on this business. The amount of harm that consumers allege to have suffered is not a factor considered in the business review. The factors that lowered the rating for The Six Figure Program include: 62 complaints filed against the business, 3 of which were not resolved, and 29 of which were considered by the BBB to be serious complaints filed against the business.

Page 3 of 11

9.      The Six Figure Program is not a BBB-accredited business.  Businesses are under no obligation to seek BBB accreditation, and some businesses are not accredited because they have not sought BBB accreditation.  To be accredited by the BBB, a business must apply for accreditation and BBB must determine that the business meets BBB accreditation standards, which include a commitment to make a good faith effort to resolve any consumer complaints. BBB accredited businesses must pay a fee for accreditation review/monitoring and for support of BBB services to the public.

10.     While The Six Figure Program has made multiple applications for BBB accreditation, the BBB has denied these applications.  Beginning on May 27, 2011, Ben Moskel applied online to the Upstate New York BBB for accreditation for The Six Figure Program. Among other things, the application included the following information:

> Company:       The Six Figure Program
>                200 High Point Road
>                Victor, NY 14564
>
> Phone:         (800) 520-2224
>
> Email :        ben@sixfigureprogram.com
> Website:       www.sixfigureprogram.com
> Business Start Date:   April 2007
> Type of Business:      Education
> Employees:     2
> Owners:        Ben Moskel, Dave Clabeaux
> Contact:       Ben Moskel, President
> Locations:     2
> Customers:     500 - 49,999
> Annual Gross Revenue:      $1 - $999,999
> Name on Credit Card:       Benjamin D. Moskel

**(Attachment B** is a redacted copy of the online application form from Mr. Moskel.)

Page 4 of  11

11.     As part of our review of The Six Figure Program's application, the Upstate New York BBB staff searched the website sixfigureprogram.com and printed two pages from the site. The first webpage, entitled "Contact Us," showed the contact information for the business to be:

> Six Figure Program
> Attn: Dave Clabeaux
> [private residence address]
> Land O Lakes, Florida  34638
> Telephone number: 800-497-5331
> Email address: dave@sixfigureprogram.com.

The business address, phone and email listed on sixfigureprogram.com were different from the information provided in the application for this business by Mr. Moskel.  The second website page contained advertising claims for The Six Figure Program and included some of the following statements:

**Achieve 100% Financial and Personal Independence**

The Six Figure Program is not only a sure-fire money making system, it is a vehicle by which you can finally live the lifestyle you imagined for yourself.

The typical person who joins and follows the simple steps laid out in the program has a check for at least $20 sent to their house within 7 - 10 business days.

The Six Figure Program is the same way.  People who just want to make a few extra bucks and do the bare minimum make as little as $20 a week.  However, there are some people who have used the system and are now making as much as $15,000 per month.  It all depends on how much extra income you want and the amount of effort you are willing to put into it.

The Six Figure Program is the perfect step towards achieving financial independence. It combines your desire to make money with a proven sure-fire method of making money.  Plus, the Six Figure Program is a true no-risk, high reward method. There are no business start up fees, investment capital or infrastructure involved!

(Redacted copies of these two printed webpages are also in **Attachment B.**)

12.     The information from these webpages, as well as other claims in the website, was a concern to us.  Therefore, on June 2, 2011, Kathleen B. Winter, Operations Manager for the

Upstate NY BBB, responding to The Six Figure Program's application for accreditation, sent a

letter to Mr. Moskel requesting that he submit additional information to our Ethics & Standards

Committee of the Board of Directors, which makes the final decision regarding accreditation.

Specifically, Ms. Winter asked Mr. Moskel to provide the following information by June 13,

2011:

> 1.      Substantiation that consumers are "generating piles of cash from the Internet" as a result of your program.
>
> 2.      Substantiation that your business is located in upstate New York; and
>
> 3.      Information about your relationship with the United States Postal Service (their logo is listed on your web site).

(A copy of this June 2, 2011, letter to Mr. Moskel is attached hereto as **Attachment C**.)

13.      On June 16, 2011, Kathleen Winter sent a letter to Ben Moskel notifying him that

his application for BBB accreditation for The Six Figure Program had been declined by the

Ethics & Standards Committee because Mr. Moskel did not respond to the BBB's request for

additional information.  (A copy of this June 16, 2011, letter to Mr. Moskel is attached hereto as

**Attachment D**.)  Mr. Moskel subsequently provided materials to the BBB on July 12, 2011.

14.      On August 11, 2011, Kathleen Winter sent a second letter to Ben Moskel stating

that the Ethics & Standards Committee declined to accept the application "because of a recent

pattern of complaints."  (A copy of this August 11, 2011, letter to Mr. Moskel is attached hereto

as **Attachment E**.)  Further, as part of the accreditation review process, the Upstate New York

BBB staff again searched the website sixfigureprogram.com.  This time, the "Contact Us"

webpage showed yet another mailing address for the business which differed from that listed in

the application submitted by Mr. Moskel:

Six Figure Program
1608 S. Ashland Ave. #17763
Chicago, IL 60608

(A copy of this webpage is also included in **Attachment E.**)

15.    Thereafter, the Upstate New York BBB received a letter dated September 19,

2011, from "Ben Moskel, Esq., Six Figure Program, Email: ben@benmoskel.com, Telephone:

716.984.█████, Fax: 585.486.█████." In his letter, Mr. Moskel asks that the BBB reconsider the

denial of accreditation to The Six Figure Program, by explaining that:

> Furthermore, it was expected that we received a recent pattern of complaints. Our
> business has grown by leaps and bounds over the prior four months.
> Currently there are approximately 300 - 500 new customers every day enrolling in
> our program. I don't think it is unreasonable to have a few additional complaints
> with your organization.

(A copy of Mr. Moskel's September 19, 2011, letter to the BBB is attached hereto as

**Attachment F.**)

16.    On December 20, 2011, Leanne Puccio, the Investigations and Operations

Manager for the Upstate New York BBB, sent a letter Ben Moskel to notify him that BBB has

continued to receive a number of complaints for The Six Figure Program.  In relevant part, the

BBB's letter states:

> We find that a pattern of complaints exist concerning consumers having to pay
> more than the advertised $27 to get their site up and running for operation.
> Additionally consumers have reported that when they have an issue with their
> website, they have difficulty receiving assistance for the problem or reaching
> customer service.
>
> We have also identified a pattern in your responses to complaints stating that you
> have been trying to reach certain consumers, however consumers respond back to
> us stating they are still experiencing issues with their websites and despite this
> response their complaint issue [sic] have not been addressed or resolved.

This letter also requested that, within 10 days, Mr. Moskel provide to the BBB an explanation for the issues listed in the letter as well as provide the steps he planned to take "to eliminate the pattern or high volume in the future" so that the BBB could work with him towards finding a solution. (A copy of the BBB's letter to Mr. Moskel is attached hereto as **Attachment G.**)

17.     On February 17, 2012, Mr. Moskel again filed an online application with Upstate New York BBB for accreditation. This application contained virtually identical information as that found in his application dated May 27, 2011, *i.e.*, listing The Six Figure Program address as 200 High Point Drive, Victor, NY 14564, the website as www.sixfigureprogram.com, the owners as Ben Moskel and Dave Clabeaux, and the contact as Ben Moskel, President. **(Attachment H** is a redacted copy of the online application form from Mr. Moskel.)

18.     On March 15, 2012, Kathleen Winter sent a letter to Ben Moskel notifying him that his application for BBB accreditation for The Six Figure Program had been declined by the Ethics & Standards Committee because the company's rating was below the minimum "B" required to be a BBB Accredited Business. (A copy of this June 16, 2011, letter to Mr. Moskel is attached hereto as **Attachment I.**)

19.     Thereafter, on about April 10, 2012, the BBB received an undated letter from Mr. Moskel. In addressing the BBB's concerns regarding The Six Figure Program's customer service issues, Mr. Moskel stated that he had hired additional customer service staff and that "100% of customer inquires are resolved within a 24 hour business hour window." Mr. Moskel's letter also noted that:

> We have clarified to any potential customer (before purchase) that web hosting is required in order to own a website. This is indicated on our website before a customer navigates to the shopping cart area.

Page 8 of 11

Please be advised that our company is not a web hosting company. We are not charging for web hosting. If any customer desires web hosting they purchase it through a third party service.

(A copy of Mr. Moskel's undated letter to the BBB is attached hereto as **Attachment J**.)

20.     Since May 2011, the Upstate New York BBB has repeatedly given notice to Ben Moskel and Dave Clabeaux regarding advertising and consumer issues with their businesses, The Six Figure Program and lately, Ben and Dave's Program.  Recent complaints filed against The Six Figure Program have been responded to by Ben and Dave's Program, and the BBB has begun to receive complaints for Ben and Dave's Program. Specifically, the BBB has 1) forwarded 62 consumer complaints filed with the BBB; 2) sent letters to address concerns regarding the program's advertising claims regarding potential earnings and the total price consumers must pay to use the program; and 3) repeatedly declined the applications for BBB accreditation due to continued patterns in consumer complaints and consistently low BBB Business Review ratings.

21.     In addition, between November 2007, and May 2012, three separate BBB offices, the West Florida BBB, the BBB of Chicago and Northern Illinois, and the Upstate New York BBB, had open files for The Six Figure Program.  Each BBB office had communication with Ben Moskel and/or Dave Clabeaux regarding consumer complaints, the company's BBB Business Review rating, and/or the company's multiple applications for BBB accreditation.  In May 2012, the three BBB offices consolidated the files each office had opened on The Six Figure Program.  The West Florida BBB and the BBB of Chicago and Northern Illinois sent their files and complaints to our office, the Upstate New York BBB, which now receives and processes all complaints regarding The Six Figure Program and Ben and Dave's Program.

22.     Despite this repeated notice to The Six Figure Program and its principals from three separate BBBs, consumer complaints have continued unabated.  The 62 consumer complaints filed in the last three years – including 48 in the last 12 months – against The Six Figure Program and now Ben and Dave's Program, are strikingly uniform in their assertions. Consumers report to the BBB that once they have purchased The Six Figure Program or Ben and Dave's Program, they learn that they must pay an additional $100 or more in fees for webhosting and/or other services to use the program.  Consumers state that they have problems getting their website to work and have trouble reaching customer service for assistance.  Consumers also complain that they have not made the income promised by the program and that they have been unable to obtain a refund despite the company's money-back guarantee.  Ben Moskel and Dave Clabeaux, both of whom have responded to complaints filed with the BBB, offer to refund or indicate that they have refunded the money consumers paid to the program.  However, consumers also complain that they have not received the refunds that the company has claimed it issued.  (Redacted copies of consumer complaints received by the BBB and the company's response are appended hereto as **Attachment K** and are also contained in part in **Attachment A**.)

23.     In 2012, the Electronic Retailing Self-Regulation Program ("ERSP") conducted an independent review of the website www.sixfigureprogram.com concerning online advertising by The Online Entrepreneur, Inc. for "The Six Figure Program."  ERSP is a self-regulatory program under the National Advertising Review Council (NARC) and administered by the Council of Better Business Bureaus ("CBBB").  On June 26, 2012, ERSP released a report of its findings after reviewing questionable advertising claims on The Six Figure Program website concerning earnings claims, performance claims, and testimonials.  Despite ERSP's suggested

Page 10 of  11

changes to a number of these claims, as listed in detail in their report, the BBB continues to

receive complaints regarding The Six Figure Program, and the company's new business Ben and

Dave's Program. (**Attachment L** is a copy of ERSP's report.)

24.     The documents produced and attached hereto by the BBB are true copies of

records of regularly conducted activity that:

a)     Were made at or near the time of the occurrence of the matters set forth by, or

from information transmitted by, a person with knowledge of those matters;

b)     Were kept in the course of the regularly conducted activity of the BBB; and

c)     Were made by the regularly conducted activity as a regular practice of BBB.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the
United States of American that the foregoing is true and correct.

Executed on _____10 - 24 -_____, 2012.

**WARREN CLARK**

Page 11 of 11

# ATTACHMENT A.



## Better Business Bureau®

> ### Print this full report

**THIS BUSINESS IS NOT BBB ACCREDITED**

# The Six Figure Program

## Phone: (800) 520-2224

Fax: (585) 486-███
2604 Elmwood Ave   Number 287, Rochester, NY 14618
http://www.sixfigureprogram.com
*View Additional Web Addresses*



**On a scale of A+ to F**
Reason for Rating
BBB Ratings System Overview

*BBB Business Reviews may not be reproduced for sales or promotional purposes.*

## BBB Accreditation

This business is not BBB accredited.

Businesses are under no obligation to seek BBB accreditation, and some businesses are not accredited bec
accreditation.

To be accredited by BBB, a business must apply for accreditation and BBB must determine that the busine
standards, which include a commitment to make a good faith effort to resolve any consumer complaints. I
pay a fee for accreditation review/monitoring and for support of BBB services to the public.

## Reason for Rating

BBB rating is based on 16 factors. Get the details about the factors considered.

Factors that *lowered* the rating for The Six Figure Program include:

62 complaints filed against business

3 complaints filed against business that were not resolved
29 serious complaints filed against business

## Customer Complaints Summary

| 62 complaints closed with BBB in last 3 years | 48 closed in last 12 months | |
|---|---|
| **Complaint Type** | **Total Closed Complaints** |
| Advertising/Sales Issues | 19 |
| Billing/Collection Issues | 2 |
| Delivery Issues | 2 |
| Guarantee/Warranty Issues | 6 |
| Problems with Product/Service | 33 |
| **Total Closed Complaints** | 62 |

**Additional Complaint Information**

Consumers have reported to the BBB that once contracting with Six Figure Program they then have to pay a hosting company typically ranging around $100 or more. After establishing their website, consumers state th to work and trouble reaching customer service for assistance at Six Figure Program. Six Figure Program has refunding or offering to refund the money paid to Six Figure Program.

## Government Actions

BBB knows of no significant government actions involving The Six Figure Program.

What government actions does BBB report on?

## Advertising Review

BBB has nothing to report concerning The Six Figure Program's advertising at this time.

What is BBB Advertising Review?

## Additional Information

BBB file opened: May 27, 2011
Business started: 04/01/2007 in NY

**Business Management**
Mr. Ben Moskel, President
Mr. Dave Clabeaux, CEO

**Contact Information**
Principal: Mr. Ben Moskel, President



**Business Category**
BUSINESS OPPORTUNITY COMPANIES
MARKETING PROGRAMS & SERVICES

**Alternate Business Names**
Susan's Business Blog
Home Business Wealth
The Online Entrepreneur, Inc.,
Ben & Dave's Program

**Industry Tips**
Business Opportunities & Franchises
Work At Home Schemes

**Additional Locations**



THIS LOCATION IS NOT BBB ACCREDITED
**106 Cobblestone Court Drive #159**
Victor, NY 14564

THIS LOCATION IS NOT BBB ACCREDITED
**200 High Point Road**
Victor, NY 14564
(800) 520-2224

THIS LOCATION IS NOT BBB ACCREDITED
**2604 Elmwood Ave Number 287**
Rochester, NY 14618

THIS LOCATION IS NOT BBB ACCREDITED

Land O Lakes, FL

THIS LOCATION IS NOT BBB ACCREDITED
**1608 S. Ashland Ave # 17763**
Chicago, IL 60608

**Additional Phone Numbers**

(716) 984███(Phone)
(800) 585-4902(Phone)
(801) 437███Phone)

**Additional Email Addresses**

ben@sixfigureprogram.com -
Communication/Mass Email
dave@sixfigureprogram.com
dave@sixfigureincome.com

# Complaint Detail(s)

**10/17/2012** Advertising/Sales Issues |

**Additional Notes**

**Complaint:** This program is a fake and a scam! They told me this was an online market affiliate program and that they would send me a how to video with a list of top affiliate marketers. All they did was send me a dvd that was the same exact video that was on their website with no information. Then when I asked for a refund they tried to tell me I had to invest for 5 thousand dollars. I told them no, they harrassed me on the phone- then they told me to shut up and when I asked for a refund they gave me a cancellation code of: L005ER spelling out the word "looser." That is just rude, disrespectful and bad business. I want my money back and I have phoned the fraud department of the Federal Bureau of Investigation because as a military member- this is just BS.

**Desired Settlement:** I want my money back, but I also want to see this company and thei owners go to prison. It is not right what they are doing to people and I didn't serve my country in a combat zone to come how to vultures like this!

**Business Response:** Hello,


We have issued a refund for Mr **** for $41.00. We do not offer a program for $5,000.00 nor do we have cancellation codes.
The refund went through paypal as that is how he paid.

Ben and Dave's Program

**BBB's Final Determination:** Business offered a resolution. Consumer did not pursue furth with BBB and the matter was assumed to be resolved

**10/17/2012**  Advertising/Sales Issues |

**Additional Notes**

**Complaint:** I bought Ben and Dave's program, and paid 27 dollars for it. sooner after i discovered i had to pay for web hosting which was to host my domain name and web address. Even though they promised the website was free, some of the claims in the claims cash page arent correct in the sense that when i filled out some of the offers, it was supposed to calculate how much commission and automatically update itself. but that didn happen, it registered the date of the transaction but would not register the offer and the commission price for more than 2 days now. I have tried contacting them, but would be given one excuse or the other. Secondly i do have issues with their customer service relations and it just doesnt add up.

**Desired Settlement:** They should tell people the truth about what they are doing. and be serious about it.

**Business Response:** Hello,

We have issued a refund of $27.00 to **** ***.
Ben and Dave's Program

**BBB's Final Determination:** Business offered a resolution. Consumer did not pursue furth with BBB and the matter was assumed to be resolved

**10/16/2012**  Guarantee/Warranty Issues |

**Additional Notes**

**Complaint:** On September 28th, I have recently ordered the six figure program and found out that you also need money for web hosting, and I currently do not have money to put in that and after reading a lot of complaints about this program not being honest enough of at least giving people their money back, I decided not to go any further with risking on losing

any more money that I would've possibly have spent. They have been sending me a couple of emails wondering why I have not started on getting web hosting so they can build my website. I decided not to go through with responding back thinking that If I did, I would not receive my $27 back after rightfully requesting to do so. All I ask is for my $27 back on my card with no forthcoming issues.

**Desired Settlement:** Simply put, I just want my $27.00 refunded back to my Vanilla Visa Gift Card, please & thank you

**Business Response:** Hello,


We have issued a $27.00 refund for:

My ****** never once contacted us directly for a refund. If he had we have refunded it right away.

Ben and Dave's program


**BBB's Final Determination:** Business offered a resolution. Consumer did not pursue further with BBB and the matter was assumed to be resolved

**8/29/2012**   Billing/Collection Issues |

### Additional Notes

**Complaint:** I received a free dvd in the mail about their promotion. Upon watching the dvd was instructed to go to their website and pay a one time fee of 27 dollars to invest. I put in all of the card information, and a messaged popped up saying "card was declined." However I have a deduction text message application on my smart phone. The text explained that the 27 dollars had come off the card's previous balance. I decided to call the phone number on the www.sixfigureprogram.com website. This number is ###-###-####. After calling it rang for awhile and then a message said, "this number is no longer a working number." My suspicions grew. At this point I have decided to file a complaint on this "company."

**Desired Settlement:** I would like to be compensated for the money deducted from the card as well as compensation for my time any other future damages that may occur from this transaction.

**Business Response:**

This customer's transaction was denied by their credit card company.

I have attached a screen shot to show this.

*******

**BBB's Final Determination:** Business offered a resolution. Consumer did not pursue further with BBB and the matter was assumed to be resolved

**7/31/2012**   Problems with Product/Service |

### Additional Notes

**Complaint:** The six figure program makes you pay $27 promising a full refund if not satisfied. Then, they make you sign up with a web hosting service (smartpuppyhosting.com having you pay even more. Again promising you a full refund, neither have responded to various emails/ calls regarding a refund. I am most concerned about getting my refund from smart puppy web hosting.

**Desired Settlement:** Desired outcome may be that i get full refund from both websites/ businesses.

**Business Response:** This person has been refunded.

**BBB's Final Determination:** Business offered a resolution. Consumer did not pursue furth with BBB and the matter was assumed to be resolved

**7/6/2012** Problems with Product/Service |

**Additional Notes**

**Complaint:** This company promotes a program where they will guide you through the process of setting up a website. It turns out that once I paid them for the service, they do nothing to guide you through setting up. They have been constantly calling my cell phone and harassing me to listen to some audio message or to get into some expensive ($15,000) coaching program. The company is a scam, misleading, they lie about their product and service, they deceptively coerse people into paying for a domain name, and then abandon you. I have received over 25 phone calls from their "COACHING" group, many have been down right rude, nasty, insulting and offensive. One even threatened me that I would never get a refund with "that attitude". The coaching program is some affiliate of the SIX FIGURE PROGRAM and the guys that run SFP are Ben Moskel and another guy, not sure of his name I am also filing a complaint with the OHIO Attorney General Office. I have not received my refund to date and I want the phone calls to stop.

**Desired Settlement:** Stop Contacting Me Reimburse me for the cost of a domain name which I will not use as I won't get caught up in another scam.

**Business Response:** Hi \*\*\*\*\*\*,

I am sorry to hear that.

You are correct, nobody deserves to be treated that way.

Please be advised that you have been given a full refund.

We also confirmed with Hostgator that you received a refund from them as well.

-Ben Moskel

**Consumer Response:**

THE COMPANY HAS NOT REIMBURSED ME 1 DIME FOR MY COST OF THEIR PROGRAM THEY SAY THAT I HAVE BEEN REIMBURSED BUT THAT IS NOT TRUE.  IT'S NOT RESOLVED UNTIL

I HAVE BEEN REIMBURSED - IN FULL !!
Regards,

\*\*\*\*\*\* \*\*\*\*\*\*

**Business Response:** Hi \*\*\*\*\*\*,

The refund was issued on June 14th.

Can you please double check your statement to
confirm receipt.

-Ben Moskel

**Consumer Response:**

I would file a complaint - had I received the refund in the first place. I checked my accounts
again - all the way back to May 20th ( you are claiming refund on June 14th) - no refund was
ever issued by Six Figure Income.

Just like my original complaint, I am getting the complete run around.
I am getting tired of being jerked around and wasting my valuable time. I have contacted the
NY attorney general's office and filed a complaint as well over this issue. I just want my
full refund so I can be done with this unethical company once and for all.

Regards,

****** ******

**Consumer Response:**

No refund has ever been issued - not under your corporate name, your name, etc..... Show me
the proof that you issued a full refund - and to what account it was refunded- because no refund
was ever received.

You should be able to show copies of payment made, date, etc.... Show me the proof.

Why is your company making this such a hassle? I have now wasted about 12 hours of time -
between email, phone calls, harassing calls from your coaching program, and now with the
BBB.

****** ******

**Business Response:** Hi *****,

I understand you're frustrated.
Your order was already refunded on the 14th of June.

I've attached the merchant bank statement as
well as the purchase invoice and refund statement.

Please double check your credit card. Perhaps you are
confused about which card you originally used.

Thanks,
Ben

**BBB's Final Determination:** Business offered a resolution. Consumer did not pursue furth
with BBB and the matter was assumed to be resolved

**7/3/2012** Guarantee/Warranty Issues |

**Additional Notes**

**Complaint:** I signed up for the six figure program cost said 27.00 I used my debit card to make the purchase was understood once I signed up that was the only cost to start the buisness, they sent me s link that showed that 300.00 more was needed to set up a website and I was not interested in spending more I thought 27.00 was all that was needed for help and website, I contacted many times a lady named ******* told her I wanted refunded being that there was a 90 day money back guarantee that was June 11th and i have no received my money back I contacted her again and got a generated message again that sai i would be refunded still nothing. This company is a scam and have scammed many people out of their money.

**Desired Settlement:** I believe this company should have to refund the money also for dishonesty about the product and lying about their refund policy, they should have to learn lesson here what they are doing is wrong so I would like refund plus additional for scams. I have considered contacting my lawyer the next step if they to not resolve this and compensate me

**Business Response:** HI *******,

This is Ben Moskel.

You have been refunded.

There is no web hosting package for $300.

You must be confused with another company.

Best of luck,
Ben

**Consumer Response:**

I have been told it was refunded many times and I've even called was told that the do not have my credit card in their system but i was charged I also have asked for phone number to call ******* h directly or Ben but I don't get a response. I find tha they give false advertisement and other steps should be taken to have this compan shut down there are a lot of consumers that I've come across that are in similar situations with this company and have not been refunded. It needs brought to the attention what they are doing is scaming people out of a lot of money then they try to ask people to pay thousands of dollars to go to new York to meet with them to learn to make money, I want my money back into my account today and they need to pay additional for for false advertisement and so on.

Regards,

******* *******

**Business Response:** Hi *******,

Your refund was issued when you requested it.

You requested it less than 24 hours ago - please

allow a day or two for your bank or credit card company
to credit your account.

This is standard with a refund from any business.

-Ben

**Consumer Response:**

**It has still not been refunded to my account this company is a joke again they lie
and are a scam I don't know what more to do I guess if they do not respond I can
contact my bank and possibly my lawyer. There are so many people that got
scammed out of their money buy these guys. And now I'm receiving phone calls to
spend more money.**

**Regards,**

**\*\*\*\*\*\*\* \*\*\*\*\*\*\***

**Business Response:** Hi \*\*\*\*\*\*\*,

We did issue your refund.

However, in the interests of resolving this
I have sent - via \*\*\*\*\* overnight - a check for $27.00.

So you will get double your money back.

This is your FEDEX  tracking number.
\*\*\*\* \*\*\*\* \*\*\*\*

-Ben Moskel

**BBB's Final Determination:** Consumer accepted resolution offered by the business.

**6/28/2012**  Advertising/Sales Issues |

**Additional Notes**
**Complaint:** I received a DVD that stated they would charge me $27.00 to get my website
up and running so i could start making money in 24 hrs. I quickly found out it was going to
cost me more than $27.00. It also said in their dvd that when you call to sign up you will no
be up sold, that there are no other products to buy. Well, when i called I was upsold. I was
told it was $27.00 for the program with the link to follow instructions to my website. BUT, fi
an extra $14.00 I could get a DVD that would link affiliate marketing opportunites to my
personal interests so i could post those to my website. Well, I spent $41.00. Received the
email link which takes you to another website where they tell you that you need to spend
$95-$167 to get your website hosted before they can build and start up your website. They
should have disclosed this information before now. I stopped there and searched the interne
to find people have spent a lot more money with them and got nowhere. I want my $41.00
back. They lied in the dvd, and i bought under false pretense.

**Desired Settlement:** My $41.00 refunded to my credit card. And, all my information
deleted from their system. I NEVER want to hear from them again. I saw online many peopl
feel stalked by them even after quitting the program. The business kept their information
and kept hounding them.

**Business Response:** Hi ****,

You and I spoke on the phone today.

Just to confirm your refund has been
processed.

Your comments have been acknowledged.

-Ben

**BBB's Final Determination:** Business offered a resolution. Consumer did not pursue furth
with BBB and the matter was assumed to be resolved

**6/28/2012**   Problems with Product/Service |

**Additional Notes**

**Complaint:** I have e-mailed them on six occasions requesting they refund my $27.00 for
there program I canceled weeks ago. They keep replying they have turned the request over
to one of there representatives.

**Desired Settlement:** Just refund the $27.00 and quite the foolishness.

**Business Response:** Hi ******,

We have issued the refund.

This is the first refund request we have seen.

-Ben Moskel

**BBB's Final Determination:** Business offered a resolution. Consumer did not pursue furth
with BBB and the matter was assumed to be resolved

**6/17/2012**   Advertising/Sales Issues |

**Additional Notes**

**Complaint:** Unable to find correct address for refund. Different address listed on BBB

**Desired Settlement:** refund and make these people tell the buyer that they have to buy a
web hosting before they sign up, amount it will cost, and make the website user friendly or
allow the customer to use whatever web hoster they want.

**Business Response:**
Hi *******,

We have issued your refund.

I'm sorry it didn't work out.

Customers do need web hosting for a website
to be on the Internet. (We are not a web hosting
company.)

For future reference, please be advised
that you can receive a refund by emailing
us - or by responding to any of the emails we
sent - or by calling our support center listed
on the home page and the guarantee page and

the contact page or by sending mail to the physical
address listed on the home page and on the contact page.

Thanks and best of luck.

Ben Moskel

**BBB's Final Determination:** Consumer accepted resolution offered by the business.

**6/15/2012**   Advertising/Sales Issues |

### Additional Notes

**Complaint:** I purchased a service for the building of a website through The Six Figure
Program. Additionally, I had to go through a company called Host Gator and buy a domain
name. Upon completing this process, The Six Figure Program guarantees that they will
provide customers with a website that allows them to start a home-owned business in
affiliate marketing. To date I have not received my website. I have emailed the owners (bot
of them), and have gotten emails stating that they have received my emails and a
representative will contact me within 24 hours. This has not happened either.

**Desired Settlement:** I want my money back for the TWO programs I purchased from The
Six Figure Program, as well as a refund from Host Gator.

**Business Response:**
I received your BBB complaint.

I am sorry for the miscommunication. We did build your website.

Your website is live on the
Internet.

You can look at it here:
http://www.***.com

We nonetheless issued you a full refund. You are free to keep the website
and the website editor software that we gave you.

**BBB's Final Determination:** Business offered a resolution. Consumer did not pursue furth
with BBB and the matter was assumed to be resolved

**6/15/2012**   Advertising/Sales Issues |

### Additional Notes

**Complaint:** The company advertisement promises making money quickly and easily. I paid
27.00 then purchased a book from them called the online entrepreneur. Then I was directed
to open a web domain which cost over 200.00 They design a "pre designed webpage" that i
unchangable other than adding companies you want to represent. The webpage is set up in
such a phony matter that customers refuse to go there. The company will not allow you to
change your webpage by removing the ridiculious pictures they paste on it. Then the
company wants 500.00 more dollars to train me to make money. I paid the first 27.00 I
bought the book, I bought the web domain. I told them that if they could make me the
500.00 I would be glad to re-invest it in their company. They also have a one click area on
the pre designed website which you select which companies you want to represent for
"quick" sales... You have to buy them yourself!!! Feel free to look at my website to see for
yourself. ***.com I purchased the product in September 2011. Today is May 29. I have not
made one penny.

**Desired Settlement:** I want a full refund since the purchase has not fulfilled its promises. this consists of 27.00 for the original product ( order # *). The * purchase which they force me to purchase, and I did not make any money so a refund of that which was 181.75 ID # and *(**.com *** Brunswick, OH 44212 ) The book The online Entrepreneur Creating the Six Figure Online Business in 30 days Published by Simian Press ** Oldsmar, Fl 34677 first edition. ISBN # ***

**Business Response:** Hi *,
This is * *.
I'm sorry that you feel this way. Please note that we issued your full refund for the purchase price of $27. If you purchased web hosting from * *t, you can contact them for a full refund. They are a completely separate company. We cannot give you a refund for money you paid to a separate company. Aside from that, I apologize that we must have done a poor job communicatingthe capabilities of the web editor we gave you. You said "They design a "pre designed webpage" that is unchangeable other than adding companies you want to represent."Although there are a few items that are static, In our Training Center we have several videos that show you how to change nearly anything on your website. For example: You can link up your ** account directly;- You can link up your ** feed directly;- You can link up your ** page directly;- You can add pages to your site;- You can add images to you site;- You can add/upload video to your site; - You can add/update/change the Traffic feed which automaticallypulls articles online to your site every day. - You can add menu items;- You can add, alter, textAll of the videos show you how to do this in the Training Center. We provide this to you in lieu of you having to invest in programmers, web editor software, and the like. (If you paid a private company for this technology, it would run upwards of $3,000 $5,000).You also said: "They also have a one click area on the pre designed website which you select which companies you want to represent for "quick" sales... You have to buy them yourself!!!" Actually, NONE of the offers require a purchase. Currently there are over 100+ offers that do NOT require a purchase. IN fact, we tell you in the Training NOT to buy anything. Again, there are dozens of videos on how to drive OTHERS to your website via SEO, PPC, and Social Media. I suppose we just need to do a better job of showing people how to use the equipment we provide for just 27 bucks. I wish you the best of luck. -* *

**Consumer Response:**

I have reviewed the response made by the business in reference to complaint ID
*,
and have determined that this does not resolve my complaint.  For your reference, details of the offer I reviewed appear below.

I have checked my credit card records and the statement that they have refunded  27.00 is not accurate. There have not been any refunds credited to my credit card. Also as I stated I was charged not only 27.00 but 14.00 for a book that did not bring any results either. Whic was purchased in accompanyment with the program to help know how better make a profit. The company refuses to pay for the purchase of the * * webdomain purchase which holds a 30 day money back guarantee. * * has been contacted, now there is only partial refund of one or two months left on the account which is about 5.00. refunded per month. Of which I received NO MONEY. The least the company could have done to at least show good busines dealings would have been to refund the 27.00 and the 14.00. I strongly feel it is the responsibility of the SIX figure program that my 30 day guarantee ran out with * * due to their  be patient, dont quit, keep trying messages. I did so. I would like this matter taken care of in a more appropriate business matter, I have not even asked for compensation for the time it has taken to get this website up in the hopes of their false advertisement.
The fact they state they sent a refund to my account, and finding no refund there  really makes me upset.
 Here is a copy of the e-mail they sent me.
Dear Customer,

Please contact customer service at ###-###-####. We are always happy to help you ove the phone.

Thank you

From: * * <> Subject: I CONTACTED THE BBB

In response to your statement that I need to take up with * to receive my refund.... they have 30 day policy. That has expired, I have not made a penny at your request to purchase the * web domain company. It should be your responsibility to refund this amount. I purchased the six fig program @ 27.00 plus the other whatever it was 14.00 and the book. also for 181.75 my webdomain from * *. I gave it a year to allow for full entrepreneur opportunity, I did not quit just as you said, this is what has caused the refund policy with * to expire. I have contacted the BBB about the matter. * * www.**.com is my ZERO profit website from you. STOP calling me asking me to pay you 500. more dollars for something that wont work. If your company had worked, I would have made at least a little money, but after a year NOT A PENNY
Regards,

* *


**Business Response:** Hi *,

This is * *.

Rest assured we are not out to get your $14 and $27.

I am sorry that this has become a hassle for you.

I am gathering our screen shots showing the refund to you.

Also - we are not * *. That is a separate company.

We cannot refund money you paid to them. You can
contact * * for a refund by email or phone or
here:

http://www.*.com/*

They are in Ohio and have support staff ready 24/7 to help you.

Best of luck,
*


**BBB's Final Determination:** Business offered a resolution. Consumer did not pursue furth with BBB and the matter was assumed to be resolved

6/11/2012   Problems with Product/Service |

### Additional Notes

**Complaint:** * * found and purchased this Program which promises you will receive materia within 3-5 days and they didn't arrive until 10 days later. Also said that will only cost a sma amount and managed to scam me out of $330.00 for materials that do not say anything different from what they show online and a website that doesnt work. They also guarantee your first paycheck in the mail within the next 7-10 business days if you begin working righ away but it is not true. No matter what amount of work you do you will NEVER get a paycheck. Beware, because they have it setup in a way that the bank fraud department will deny your fraud claim and refund of your money because they delivered the materials they

promised even though it is a complete SCAM and FRAUDALENT WAY TO TAKE PEOPLE'S MONEY!!! And forget about contacting them because they dont answer any questions straightforward, all you get is the run around.

**Desired Settlement:** I want a full $329.50 refund from this company via check mailed to me or refunded to our bank account from which they took the money in the first place because, I was mislead by the promises made by these two individuals. He has done everything as per their instructions and no money has been earned. It will also be a good solution for them to shut down their website because they are scamming money out of honest and goluble people who are in a tough financial situation.

**Consumer Response:**

As for my complaint my husband's full name is * * * * however, the correspondance from The Six Figure Program had his name printed as * *. I am assuming either name will be ok but just in case I am submitting them both.

Thank you for your prompt response.

**Business Response:** Hi *, I'm sorry to hear that. You have been issued a refund. It's frustrating to hear that you were not satisfied. We have issued thousands upon thousands o checks. We wish you the best of luck.
-* *

**Consumer Response:** I have reviewed the response made by the business in reference to complaint ID *, where it stated that a refund will be issued after I send them my name, phone number and zipcode. I also emailed them requesting information about when to expect the refund and the exact amount but have not heard from the company. Since I hav onl 5 days to reply to BBB I am notifying that they say they will send a refund but I am not sure when this will be. However, if such refund is not received I will be notifying the BBB imediately.
Regards,   * *

**BBB's Final Determination:** Consumer accepted resolution offered by the business.

6/11/2012   Problems with Product/Service |

**Additional Notes**

**Complaint:** They said they would Build a website in 24 to 48 Hrs., I ordered it on May 31es and They have done nothing ,not returning My Phone Calls, or e-mails. when I call to get answers they say they can only give a message.

**Desired Settlement:** closing of my domain name they had me buy, and web hosting they had me buy, ASAP.

**Business Response:** Hi ****,

This is Ben Moskel.

We are processing your refund.

We tried to build your website, but you never sent us your hosting information.

Just so you know, you can download your website files in the Training Center.

Just use this link:

http://sixfigureprogram.com/video-library.htm

It is the Website File Template link.

I am sorry that it didn't work out and that you
were frustrated with us.

We wish you the best of luck.

-Ben

**Consumer Response:**

They have acted very quickly and turned this deal around, I'm very happy now,
Thank you so very much, ****

**BBB's Final Determination:** Consumer accepted resolution offered by the business.

**6/7/2012** Guarantee/Warranty Issues |

### Additional Notes

**Complaint:** This company stated that if you are not satisfied with their service or if this is
not for you , they will refund your money. you have a 90 day guarantee.On April 30 i sent
them my credit card number to purchase the service. I realized that this service was not for
me. On May 1,2012 i contacted the company via email and explained to them that the
service they are selling is not for me and i would like my money back. On May 2,2012 i
received an email stating that they will cancel my order and refund my money. The compan
stated that it will take 3 to 7 business days to refund my money. Since May 2,2012 i have
contacted the company two more times with the same complaint and i've been told the sam
thing, you will receive your refund with in 3 to 7 business days. Guess what? it is now June
4,2012 and i still haven't receive my $27.00 refund.

**Desired Settlement:** All i want is my refund. Stop telling me that you are going to refund
my money and just do it. Just cut me a check and send it back to me, don't reverse anythin
on my credit card. Just send me a paper check as soon as possible. thank you.

**Business Response:** Hi *,
I'm sorry to hear that you are not satisfied. We have issued your refund.
Best, * *

**Consumer Response:** I have reviewed the response made by the business in reference to
complaint ID *, and find that this resolution is satisfactory to me. this is the third time that
was told that i am going to receive a refund, i hope that this time is the truth.
Regards,   * *

**BBB's Final Determination:** Consumer accepted resolution offered by the business.

**5/31/2012** Guarantee/Warranty Issues |

### Additional Notes

**Complaint:** I did not get my refund back. I called and told them i didn't recieve my refund
back on my credit card. I called them 4 times about it and they keep telling me the same
things. That they will take my information and send it in, the money will be back on your
card in 3 to 5 business day. I still haven't recieved nothing so i called them again today and
told them i haven't recieved it and iz there another person i can talk, they said no and hung
up one me. They were extremly rude!!

**Desired Settlement:** Just want my money back and take them out the internet so nobdy
else gets there money taken away from them.

**Business Response:** Hello, *** ******* was given her money back on 5/2/12, which is 2 days ago. Attached is proof of the refund. There has been a recent trend of customers who scam companies by filing complaints with the BBB in hopes of receiving a "double refund." In light of the proof that she already received her money, my guess is that *** ******* is trying to "scam" us. If not, I suggest she take a closer look at her credit card statement. In sum, *** ******* received a timely refund - which is proven by the attached document. There is nothing more we can do.

**BBB's Final Determination:** Business offered a resolution. Consumer did not pursue furth with BBB and the matter was assumed to be resolved

**5/22/2012** Problems with Product/Service |

**Additional Notes**

**Complaint:** On program for making money at home September 19, 2011 I decided I would try out this. I thought about for a long time Then when I recieved the email about this program again I made the decesion to order it. After giving them my imformation and payment online They then informed me that I would have to pay another company to get th program i thought I was paying for started. In their ad and video they never mention that you have to pay this extra fee to another company or I would never have ordered the perogram because I do not have enough money to do that I thought the one time fee that was 29.97 reduced to 14.00 was the only amount I could afford to try to see if this program worked for especially when they were offering a money back gaurantee. When I found out about the additional fee to the other company I called the customer service of the Six Figur Program and talked to * who said because I just did the order it would not go through since was requesting my refund right then before it had a chance to go all the way through. I also emailed them about wanting a refund and talking to *. The next day i checked my account and it did go through. I then called the customer service number again and the only thing I received was a message to leave my name and number and that someone would get back t me asap. I left my name and number and I also sent an email and they responded the sam as the day before we recieved your message and have assigned it to a represenative and they will get back with you in 24 hours. I checked my account again on wednesday no refur so I tried to call the customer service again received the same response and i did the same thing left my number and name. I did the same with an email same response as the day before. I tried again today Thursday Sept 22 same response. Product_Or_Service: The Six Figure Program

**Desired Settlement:** DesiredSettlementID: Refund I would like my refund of 14.00 as promised asap

**Business Response:** Dear *,

I am sorry to hear about your experience.

You have been issued a full refund.

We wish you the best of luck.

-* *

**Consumer Response:**

I have reviewed the response made by the business in reference to complaint ID
*
, and find that this resolution is satisfactory to me.

Regards,

* * *

**BBB's Final Determination:** Consumer accepted resolution offered by the business.

**5/22/2012**  Delivery Issues |

**Additional Notes**

**Complaint:** I purchased a course on CD's about internet marketing as well as an add on product. Both charges were posted to my credit card, each in the amount of $27.00 on Apri 6,2012 for a total of $54.00. I never received the product paid for and numerous attempts on my part to reach the seller have been futile.

**Desired Settlement:** A refund of the total purchase price of $54.00

**Business Response:** Dear *,

I am sorry to hear that.

Your materials were shipped so they were likely lost in the mail.

We have no record of you contacting our support department.

We have issued you a full refund.

Best of luck,
* *

**Consumer Response:**

I have reviewed the response made by the business in reference to complaint ID *

, and find that this resolution is satisfactory to me.

I would like it duly noted that although Ms. * states he has no record indicating tha I contacted his support team, is it disingenuous on his part to state something that casts his firm in a good light when the truth is I sent several e-mails directly to hir via the e-mail address he uses to market his materials as well to his support department to inquire as to why I didn't receive the goods i purchased but they chose not to reply which lead me to file this very complaint. I believe they purposely ignore such contacts because they fully realize that most people will not bother filing the BBS complaint like I did, but simply absorb the loss of $27 or $54

Regards,

* *

**BBB's Final Determination:** Consumer accepted resolution offered by the business.

**5/11/2012**  Problems with Product/Service |

**Additional Notes**

**Complaint:** The website shows a physical disc with their information, and ask for no address to send it to. There's no physical product and thus no way to send their program back. I would appreciate this be shut down, as this could have an incredibly damaging effect on my personal finances and do not wish the same on anyone else.

**Desired Settlement:** I only ask that they refund my money, $27.00, and remove their phishing program from the internet.

**Business Response:** Hi ******,
This is Ben Moskel.
I am sorry you had a bad experience.
Rest assured that we processed your $27 refund.
As for obtaining a refund, I searched the support materials and could not find a single request for a refund.
 For future reference, we provide you several quick and easy ways to obtain a refund:
 - Via phone
- via email
- via postal mail
This refund policy is clearly stated:
1. on our website
2. in our emails to you when you sign up
3. in all of our other marketing material.
 All you have to do is send an email and you get your money back. As stated, You can even keep all the materials - no return is necessary.
As to your comment about "phishing", I cannot comment because I do not know what that means.
Again, we wish you the best of luck and you can look for your funds to be credited in 48-72 hours.
Best of luck! -Ben Moskel

**Consumer Response:**

The methods this email mentions are impossible, as the resources listed all cycle back to their webpage and go nowhere. I have no goods to return because all they did was take my money in exchange for nothing.

Regards,

****** ********

**BBB's Final Determination:** After reviewing the position of all parties, BBB determined that the business made a reasonable effort to address the complaint. However the consumer remains dissatisfied.

**5/8/2012** Problems with Product/Service |

**Additional Notes**

**Complaint:** I purchased the six figure program after listening to **** & *** (if that is their real names)..thinking I could maybe do this as a part time thing. I am a stay at home mother of 3 children under four years old. I just stupidly bought into this thinking it sounded different from all the other work from home scams..boy was I wrong! This scam is probably the worst one out there because you can't even get these idiots to answer the phone. I've called several times in the past 3 weeks trying to get in touch with a voice to get my money back..not only do you not get to talk to anyone human, but they express how "important" your call is to them ..but conveniently never return the call. Also, I had to go through **** ***** to produce the website I was going to use and funny but **** & *** forget to inform

you that you will be paying anywhere from $110 and up to get to where you need to be in this program. Not to mention dealing with the **** ***** geeks was a real treat..they don want to help anyone and act like you're bothering them when calling about a refund as well..not to mention they don't use their real names so when I was "disconnected" (how weird!) with my phone call to them, I immediately called back & they had no clue who I had just talked to. I'm still fighting for a refund all the way around with this. This experience has taught me definitely to not put any trust in two losers sitting on the back of a bobbing boat who look like they just rolled out of bed, while telling me and millions of other suckers out there how great this opportunity is.

**Desired Settlement:** I want a full refund back from six figure and **** ***** in full.

**Business Response:** This is *** ******. (Yes, that is my real name.) First, we issued you refund. Second, I am a real person. I see you live here in Rochester. I also live and work in Rochester. I invite you to pay me a visit at my office in Victor if you like. Third, I would ask that if you do, that you please don't use the hurtful words you chose in your complaint. (Example:"because you can't even get these idiots to answer the phone.... two losers sitting on the back of a bobbing boat who look like they just rolled out of bed...") Finally, I am sorr that you had a frustrating experience. Your refund has been initiated. ********* is a separate company. If you revisit our website you'll see that we indicate web hosting is not included. We would like to give you hosting, but we are not a hosting company. Lastly, I don't know why you were not able to get the response you liked. In our welcome email we tell you that we provide Email support. I have researched the logs and cannot find any ema support requests that you sent - and it appears you only called our voice mail box. In any event, I wish you the best. Let me know if you would like to meet in person so you feel better about the experience - just as long as you refrain from using insults :) -*** ******

**Consumer Response:**

Better Business Bureau:

I have reviewed the response made by the business in reference to complaint ID *******, and find that this resolution is satisfactory to me.

Regards,

******** **********

**BBB's Final Determination:** Consumer accepted resolution offered by the business.

**5/7/2012** Problems with Product/Service |

**Additional Notes**

**Complaint:** The company is a scam and plain annoying. I purchased the program and after that they keep calling my house. I don't even know how they got my house number. I have sent emails to stop but the calls still come. Do NOT get involved with this company at all.

**Desired Settlement:** I just want them to not call my house everyday, offering different programs or products that is useless.

**Business Response:** WE have not received any email notification from *** *** in regards to calling his home, or a refund from our program. We are an online based company and do not have phone support, we can only provide support through email correspondence.

**BBB's Final Determination:** Business offered a resolution. Consumer did not pursue furth with BBB and the matter was assumed to be resolved

**5/7/2012**   Problems with Product/Service |

**Additional Notes**

**Complaint:** March 14, 2012 i ordered Six Figure Program online business,order number 3032866 for the amount of $27. They said if i was unsatisfied that i could cancel and receive my refund within 3 months. What they didn't tell me was that i would have to pay a couple of hundred just to have a website built. I tried to work with them. I even asked what were the requirements for the website so i could find a less expensive way to build the website so can continue with the program. They would not supply me with the information. One of their representatives contacted me and i advised them that i wanted to cancel, they just told me that "this is not the reason for the call" and that was it. No one gave me any information on how to cancel and would not even try to assist me in canceling my account.I have contacted them numerous time via email requesting cancellation and all they keep sending me is emails with the attempt to resale the program to me. When i call on the telephone i just get an answering machine. I am a bit fed up.

**Desired Settlement:** All i want is the return of my $27.

**Business Response:** We have not received any email communication from *** **** in regards to a refund or the cost of the program. We have refunded her on 4/23/2012.

**BBB's Final Determination:** Business offered a resolution. Consumer did not pursue furth with BBB and the matter was assumed to be resolved

**5/2/2012**   Problems with Product/Service |

**Additional Notes**

**Complaint:** On April 14, 2012, I signed up online with The Six Figure Program (Affiliated Marketing). I felt comfortable doing so due to the 24 to 48 hour guarantee that my website would be built. Plus the guarantee of support from *** ****** & **** ******** or a representative from their company. I completed a survey which would allow a coach for guidance. I phoned the coach on the 14th and have never heard from them. Also my websit has never been built. I have emailed *** ****** daily for almost the entire 2 weeks since I signed up asking for a full refund of $371.15. All I received back is a generic response stating that someone will contact me within 24 hours - I have had zero calls from The Six Figure Program. I have also left a message with customer service - no response (###-### ####). The only people I have heard from are representatives from Prosper whom wanted more money so "my website would get quicker response". I do not know what's going on with *** ****** & *** ******** but their company does provide the service or product as stated on their website. ALL I WANT IS FOR THEM TO GIVE ME BACK MY MONEY $371.15.Thank you,Deborah Dawson

**Desired Settlement:** Full Refund of $371.15.Also for *** ****** & *** ******** to be honest with people.

**Business Response:** This is *** ******* I'm sorry you were frustrated with your experience. First things first. We issued you a refund. (The refund details are attached.)You should see this reflected in your bank/credit card statement within 48 hours or so. Second, the refund amount is for $27. You indicated $300+. However, you invested $27 with us. Perhaps you are referring to web hosting or a purchase with some other company other tha us? As stated in the 20+ minute training video, we are not a web hosting company. We onl require a one-time payment of $27. If you invested in a website, then please contact that hosting company for a refund. We are not that company as stated in the 20+ minute trainin video. I just want to make sure that is clear: We are not a web hosting company. That is a separate company. I hope this helps you understand the difference. In the training video yo watched which is video one it indicated that you could invest in web hosting but that it is a separate company. We only have a purchase of $27 on file with you. We never accepted an additional funds other than the one time payment of $27. Does that make sense? I'm sorry you were frustrated with your experience. Our support staff is working 6 days a week. We answer all inquiries within 24 hours - currently it is less than 12. Among other staff, we hav

our associate *******. She works Monday - Friday - and sometimes Saturday with student who have questions. She is very familiar with the program and helps anybody who has questions. It looks like you called a number rather than send an email. Also, we listed a different phone number on our home page. It doesn't look like you tried emailing us. We provided these to you via email and in your purchase receipt but I guess it wasn't clear. I wish you the best of luck with your future business ventures. **** ******

**Consumer Response:**

Better Business Bureau:

I have reviewed the response made by the business in reference to complaint ID *******, and find that this resolution is satisfactory to me.

See below comment.

Regards,

******* ******

The only additional comment I have is to *** ******* I emailed you personally for almost weeks so please do not state that there was no emails. Also your company NEVER responde to emails or phone messages.

Fortunately for me, I have gotten a refund from the nice folks at ***** ****.

**BBB's Final Determination:** Consumer accepted resolution offered by the business.

4/2/2012   Problems with Product/Service |

**Additional Notes**

**Complaint:** I ordered the Six Figure Program in good faith. I was supposed to receive a dis and a book on the program, and have only received emails. I went thru thru the web hostin company they suggested. Two days later they said that I had to go thru another web hostin company, which would be over $200.00 more than I had already spent, and do not have. I looked them up on your website, and found that they have had numerous complaints.I ther tried to contact them to get a refund. The emails go from their email immediately to a support department, and I get the same automated response every time. "Thankyou for contacting us! We have received your inquiry and are assigning it to a representative. You can expect to receive a response from us within one business day" Same response every time. I tried to call three different numbers to talk with someone. The one on their website, to supposedly join their program, puts you on perpetual hold. The next, ###-###-#### says that all representatives are currently with other customers, leave your name and number and we will contact you shortly. NO ONE ever calls back. The last number, ###-###-#### you get a recording that the approximate wait time is less than one minute, then you get static for a couple of minutes, and then a recording that the mailbox is full. I sent emails ton *** and ****, that i was going to file a complaint with you, and have my bank block access to my account. I got the same automated response as the emails from support, and they came from support, not them. It is like their emails go directly to the support department. I simply want to cancel with them and get a refund. Order date was Wed. 02/29/2012 my first contact with them was Friday 03/02/2012 I paid $27.00 with my debit card. They did not provide me with an order number. They say they have a 90 day ful refund, no questions asked.

**Desired Settlement:** I simply want to cancell and get a full refund

**Business Response:** This person was refunded on 3/6/2012 for $27

**BBB's Final Determination:** Business offered a resolution. Consumer did not pursue furth
with BBB and the matter was assumed to be resolved

**3/25/2012** Advertising/Sales Issues |

**Additional Notes**

**Complaint:** Purchased this program for $27.00 and then found out that the program would
then cost another 100 and twenty something for web hosting, if this company is so
successful and they want to see people succeed then they should pay for the whole start up
cost with the option of the buyer in this case me the option to pay back once you start
making money, Tried several attempts to reach Ben or dave by the provided email and I ge
no response, tried to call the 800 number and get a machine every time.

**Desired Settlement:** Issue me a full refund or Ben or Dave call me directly to tell me my
options and if you would help out with the start up cost. I am a struggling father to make
ends meat and pay my bills, but you make your system should like its a god send. Please
help or issue me a full refund in which I paid for.

**Business Response:** Hey Donald,
This is Ben Moskel. I understand where you are coming from. I also wanted to let you kno
we issued your full refund. I'm sorry this didn't work out for you. As far as the website, Brai
Host is the best service we found based upon trying out all kinds of website companies.
Having web hosting is the only way to get a website on the Internet - believe me I wish
there was another way :)
In any event, I wish you the best of luck in your business
pursuits.
-Ben
P.S. I see you are from Hornell. I used to do work at the Worker's Comp Board there and ge
sandwiches at the Subway there - nice place!

**BBB's Final Determination:** Consumer accepted resolution offered by the business.

**3/21/2012** Guarantee/Warranty Issues |

**Additional Notes**

**Complaint:** I recently ordered the six figure program and found out that you also need
money for web hosting, and I currently do not have money to put into that and I have been
trying to get a refund and all I get is an automated message and an email which states that
a representative will get back to me in one day, no one has done anything and I just want
my money refunded.

**Desired Settlement:** I want my 27.00 refunded back to account

**Business Response:** Hi *******,

This is Ben Moskel. I am sorry to hear that this did not work out for you. We have issued
your refund for $27. Please give your bank about 3-5 days to issue the credit.
Thanks - and best of luck to you.
-Ben Moskel

**BBB's Final Determination:** Consumer accepted resolution offered by the business.

**3/12/2012** Advertising/Sales Issues |

**Additional Notes**

**Complaint:** Regretfully I stumble upon this program and I ordered the program and I wish
had come to this site to investigate this people before I order it, because from what I've rea
through all the complaint, it is exactly what happened to me. The Six Figure Program, upon
seeing that it cost $27 as stated. Once I signed up for the program I saw that there was a

fee required (over $149.00) to connect with a web hosting site called Host Gator and paid the fee for 12 month. I already have a web site and would not have purchased this program had I known that there were hidden fees. Also, they do not have any kind of LIVE or (PERSONAL) customer service just automated emails and voicemails. I've been responding all the emails that were sent to me and I keep asking when will my so call Web site be ready there response. We received your request and is has been assigned to a Representative and will response within a business day. waited and response to another of Mr. Ben Moskel or Dave ***** and it was the same response all the time. I'm an unemployed person wasting my money to type of scam these type of people do, this is not right for anybody to taking advantage off by these no hearted people like Mr. Moskel & Dave Clabeaus, I've wasted my last resort of income and don't know what to do. Before I signed up, I recieved up to 6 emails in a day about the program, once I signed up and realized, that same day that I did not want the service, I attempted to email them and since then I have not recieved any responses other than that automated 'someone will get back with you". I should've researched it a bit more before signing up, however on the site you can view anything really UNTIL you sign up. Ironically, even AFTER I paid, I couldn't go back to the website, other than the original "pay here " site. I have no login/password to view any of the information. This is a SCAM!!

**Desired Settlement:** I wish that your Organization can do something about these type people who rob hard working people out there and put the end to their SCAM. I recommend to catch them and put them in jail and throw away the key so that they won't hurt anybody else out there working to better themselves.

**Business Response:** Hi ***,
Sorry to hear you had a bad experience. We have issued you a full refund. We are not Host Gator so you will need to contact Host Gator for a refund from Host Gator. I wish you the best of luck in your business pursuits.
-Ben Moskel

**BBB's Final Determination:** Consumer accepted resolution offered by the business.

3/12/2012   Advertising/Sales Issues |

**Additional Notes**

**Complaint:** I purchased the six figure program for for the 27.00$ an was told they would build the website for free ....its not free an dont have the money for it . i have sent them emails explaining i dont have the money for the website an want a refund of my money an have yet to get a response .

**Desired Settlement:** REFUND MY MONEY

**Business Response:** Hello, This is Ben Moskel. I am sorry you had a bad experience and misunderstood the offer. We have issued a total refund to you. I wish you the best of luck.
-Ben Moskel

**BBB's Final Determination:** Consumer accepted resolution offered by the business.

3/12/2012   Guarantee/Warranty Issues |

**Additional Notes**

**Complaint:** I signed up for this program a week ago, and since then I have found that it seems to be a scam. I have tried contacting the company by phone, and all I get is a recording telling me to leave my name and number, and the next available rep. will call me back. This was two days ago. I've tried emailing them back, and yet no response.

**Desired Settlement:** I just want my 100% money back guarentee of $27.00 credited back to my account.

**Business Response:** Hi ******,
This is Ben Moskel. Sorry you had a bad experience. We have issued your full refund. I tried to respond to your question - but don't see an actual question. You only call us a "scam" so is difficult to address that. I wish you the best of luck with your business pursuits.
-Ben Moskel

**BBB's Final Determination:** Consumer accepted resolution offered by the business.

**3/3/2012**   Problems with Product/Service |

**Additional Notes**

**Complaint:** company has bad customer service skills They don't care about their clients

**Desired Settlement:** I want a Refund my debit card was charged for a product i don't want The company charged me for the second part of a program. They want me to send back the products. The issue is this I never received the products . So they have my money and the product i have sent them several emails i stated this in the emails that i don't have the product yet they say that i need to return the item before i can get my money back . Now they are ignoring my emails .I am an honest person

**Business Response:** Hello,
We issued refunds to this customer for any and all purchases. We are sorry that you did not receive the materials. Our products are shipped from Rochester, NY via US Mail. We realize that on occasion they fail to be delivered. We deeply regret this happened to you.I wish you the best of luck in your business ventures.
-Ben Moskel

**Consumer Response:**

The Business has stated that a refund was issued i  checked with my bank  there has been no refund credited to  my account I want them to provide a DATE !! When they say  they issued one   So far there is no proof of this..

**Business Response:** Hi *********,
I understand your concern about your refund. Rest assured we processed your refund. We have no interest in "scamming" you or anyone else. However, refunds are not immediate. It takes your bank or credit card company 3-5 business days to place the funds back into your account. We wish it was quicker, but the way banks do business is completely beyond our control. Attached is proof that we did indeed issue your refund.
Best of luck to you,
Ben Moskel

**BBB's Final Determination:** Business offered a resolution. Consumer did not pursue further with BBB and the matter was assumed to be resolved

**3/2/2012**   Advertising/Sales Issues |

**Additional Notes**

**Complaint:** First let me say, I believe this Six Figure Program to have been such a misrepresentation (in more than one way) in that initially it was advertised as being a program of simplicity, easy to follow with unlimited support whenever needed, at little startup cost to me as the consumer... not educating the consumer of all the many other costs & steps associated with the process, making it not one of simplicity and ease as was initially promised. I still decided in spite of that initial misrepresentation that I'd give it a try (which was a mistake, I should have gone with my first mind to not go forth when a small piece of the bigger puzzle to come was realized). The biggest misrepresentation for me is how it is advertised and communicated over and over again how easy it is to get support when needed through the process and how one can contact them directly and they'll "hold your hand" throught the process, but I have found this to be a joke. I have contacted

customer support more than once since joining the program about a week or so (today is the 17th) and have received little help at best. Today was the straw that broke the camel's back for me. I was trying to update some information for the website & publish it with the change made (as was indicated was available in the website editor) but was unable to do so. After several attempts, I sent in an email to Jessica@sixfigureprogram.com as was advised on their "help" page to do regarding the problem I was having, and received a response the next day regarding the matter advising I call them at 866-448-4593 in order for them to assist me with my problem over the phone. Upon calling, I first got a very dry rep named ***** who didnt even answer the phone with any type of greeting. She simply answered the phone "hello". I initially thought I'd called the wrong #, but I started to explain why I was calling & she then started asking for certain information from me to identify me. After providing several identifying forms of information, she then said she couldn't find me in their system and referred me to email Jessica@sixfigureprogram.com. I advised her I'd already done this & that the response I received after emailing her is why I was calling. She basically kept repeating how she couldn't help me. After getting no where with this rep, I asked for a supervisor or manager to discuss the matter further. A ******* S. then came on the line who said she was a supervisor and that her ext is 5004 (after the 866-448-4593 number). She was worse than the rep was with regards to customer service. She was rude, talked over me, and basically kept telling me there was nothing they could do, that I'd have to email *******. I reiterated SEVERAL times that I'd already done that & that the reason I was calling was because of the email response received as a result of my email to her. She then said how that email I received was not from them & was basically blowing me off. I couldnt believe how rude she was & how she seemed to not have a care in the world that I needed assistance. I think after spending close to $600 dollars on a venture that started off as a misrepresentation, and that I now cannot even get assistance with, that just did it for me. If I cannot get assistance through this puzzle of a process, than I am uninterested in the product altogether and I consider this to be a grave case of false advertising.

**Desired Settlement:** I am requesting a refund back onto my visa cc of the monies spent with The Six Figure Program and any of its affiliates in this process. I purchased this program around 2/8/12 (for $27), but due to problems with my internet (which was fixed 2/11/12) didn't go to setup anything til 2/12/12 which is when I realized that there were now additional charges needed in order for the program to work (none of which were initially revealed with the advertising of the program, $517.55 from BrainHost and $49.95 from clickbank, both part of the process of the program), yet was required to fully access and do any type of business with. I set up the website with dummy info just to see if/how it would work. But when I was ready to put the information that I wanted to use for the purpose of my business, I was unable to do so and was unable to get any support or assistance. I was met with rude reps, and pushback. I was basically told "oh well" in so many words. There was no desire to assist me with my needs. I am big on customer support/relations being as this is the field I am currently employed in, and this latest experience just further validated my concerns of this not being a legitimate venture. Considering it had only been a week at best since these purchases were made that have been of no benefit to me considering I was never even able to get the proper support needed to implement them, I am requesting a full refund. It's not like I setup everything that was needed successfully, but over the course of time just never got a return or profit from it & I just want my money back, it has literally been a week (give or take a day) since I purchased this program and I'm not even able to get it up and running functionally & the much advertised customer support is non existent.

**Business Response:** Hi ***,
This is Ben Moskel. Let me first apologize for the experience you had with our company. I am very sorry that happened to you. You deserve better than that. Second, we issued you a full refund of $41. (The initial $27 plus the $14 prosperity finder.) I realize you invested additional money in the form of web hosting and such. Please contact Brain Host to receive that refund if you want to cancel your website. Brain Host is a separate company from us - and they do provide a 30 day money back guarantee. Finally, thank you for bringing this matter to my attention. We would like our customers to have a good experience with us and are sorry to see that this is going on.  With your help I can now address the problems we may have overlooked in our support department.

I wish you the best of luck with your business ventures.
-Ben Moskel

**BBB's Final Determination:** Business offered a resolution. Consumer did not pursue furth
with BBB and the matter was assumed to be resolved

2/22/2012 Advertising/Sales Issues |

**Additional Notes**

**Complaint:** I received an email that this was a legit company and to get started all i had tc
do was enter my debit card information and let it be approved that i would not be charged
anythng. and it charged my card ***** US Dollars. These people are apparently just a scar
group ripping people of ad i demend they be shut down if they really do exist

**Desired Settlement:** I want my***** US Dollars back and then i never want to be
contacted by these people again. If i am contacted by them they will see me in court

**Business Response:** Hi ******
This is *** *******
So sorry this didn't work out.

Our company has issued an immediately refund.

I apologize that you had a bad experience.

In the future please be advised that our product is $******
It is a one time investment. I went back and listened to our call center
recordings and did not find where any of our agents indicates it is a free product.

Also, see our website where we clearly indicate the product does cost money.

Thank you and best wishes.

_-*****|

**Consumer Response:**

Better Business Bureau:

I have reviewed the response made by the business in reference to complaint ID *******,
and find that this resolution is satisfactory to me.  Where do i need to provide my Credit Ca
information that i entered on the ewbsite cause i chose for it not to remember my
information and i need to know if they need that info to process my refund. Please let me
know so i can provide this information if needed. thanks

Regards,


****


**BBB's Final Determination:** Consumer accepted resolution offered by the business.

**2/21/2012** Advertising/Sales Issues |

### Additional Notes

**Complaint:** On February 2, 2012 I purchase a website from Ben Moskel and partner ****
along with a Consultant certification course, in the amount of 1,495.00, the website didn't
work, I got knocked off of google because website was incorrectly formatted, They charged
my credit card several times totally 1,495.00, there was never a consultant class online, I
asked these guys several times to refund my money back and they refused and denied any
of the transactions took place. They suppose to have an assistant name ******, who I wa
told to receive my refund from and for me to email her, so I emailed ******* on 2/3/2012·
2/17/2012 and I received no replies.

**Desired Settlement:** Contact these guys and put a stop to their crooked, deceiving
behavior to hard working citizens who do not deserves this. There is a blog on the internet
about these crooks, thousands have been ripped off, please help. Requesting a refund
credited back to everyones creditcard immediately. Thank you.

**Business Response:** I've spoken to ***** ***** via telephone today (2/17/12).
Her name was not added to our list of registrants - which is why she received no updates or
the course.
We have resolved the issues and issued refunds for all products purchased.
-Ben Moskel
benmoskel@█████████

**Consumer Response: I would be more satisfied when I see the actual refund
credited back on my credit card then I can accept their response and apology.**
Regards,
***** *****

**Business Response:** We issued all the refunds.
thanks,
Ben

**BBB's Final Determination:** Consumer accepted resolution offered by the business.

**2/11/2012** Advertising/Sales Issues |

### Additional Notes

**Complaint:** I ordered the Six Figure Program, upon seeing that it cost $27 as stated. Once
signed up for the program I saw that there was a fee required (over $100) to connect with a
web hosting site called Brain Host. I already have a web site and would not have purchased
this program had I known that there were hidden fees. Also, they do not have any kind of
LIVE or (PERSONAL) customer service just automated emails and voicemails. Before I signe
up, I recieved up to 6 emails in a day about the program, once I signed up and realized, tha
same day that I did not want the service, I attempted to email them and since then I have
not recieved any responses other than their automated 'someone will get back with you". I
should've researched it a bit more before signing up, however on the site you can view
anything really UNTIL you sign up. Ironically, even AFTER I paid, I couldn't go back to the
website, other than the original "pay here " site. I have no login/password to view any of th
information. This is a SCAM!!

**Desired Settlement:** I would like to be reimbursed for my time and the money I spent.

**Business Response:** Hi ******,
This is Ben Moskel.
I am truly sorry you had a negative experience with us.
Your refund has been issued. Please allow 3-5 days for it to show on your bank or credit car
statement.
We wish you the best of luck.
-Ben Moskel

**BBB's Final Determination:** Business offered a resolution. Consumer did not pursue furth
with BBB and the matter was assumed to be resolved

1/26/2012   Problems with Product/Service |

**Additional Notes**

**Complaint:** They sell a pitch sales and e-mail we received from them before we gave them
our credit information for our credit card. They charged us 3 payments of $27.00 = $81.00 c
our credit card. Conveniently afterwards they would not answer no phone calls, the E-mail
they sent us on Saturday evening mentioned they had 1 business day they would contact u:
today is Tuesday still no correspondence from them. We had until Sunday evening to get
help from them with our website and Domain name still no word through contact with me b
phone or any other E-mails. We are suppose to get DVD's to help me. Another friend did
research and identified them scamming they have several locations for addresses such as
Boca Raton FL, New York, Calif.

**Desired Settlement:** I just want my money refunded of $81.00 and I cancelled my card so
they dont have access to any more money ASAP.

**Business Response:** Please accept my apologies. It seems like you've had a bad
experience.

First things first, we issued your refund.

I have no idea why it was charged 3X. It should have been a single charge of $27.

On occasion if you reload your browser at checkout it will charge your card again which
might be the case here.

In any event, we have issued your refund.

We also provide email support. Our representatives respond within 24 business hours. Since
Monday
was a holiday, there was a delay in response time.

Finally, you asked about the training material.
You can access it here:
**************

Feel free to browse at your convenience. Even though we issued your refund for the produc
you may
enjoy this complimentary - on us for your troubles.

Best of luck,
*** ******

**BBB's Final Determination:** Business offered a resolution. Consumer did not pursue furth
with BBB and the matter was assumed to be resolved

1/20/2012   Problems with Product/Service |

**Additional Notes**

**Complaint:** I have tried to explain to this company, that no part of our agreement as
advertised, has been honored. I asked the person who answered the phone to transfer me t
the service department. The person refused to say another word and did not resdpond at al
After a short silence, disconnected my call. No one will answer the service line nor return
calls upon request.

**Desired Settlement:** And to have ALL monies deducted from my checking account in monthly charges from 08-03-2011 thru o1-2012, returned to my accounts.

**Business Response:** Hi *****,

Sorry to hear you had trouble with the service department.

This is *** ******.

Your refunds have been initiated.

I wish you the best of luck.

-*** ******

**BBB's Final Determination:** Business offered a resolution. Consumer did not pursue furth with BBB and the matter was assumed to be resolved

1/17/2012  Problems with Product/Service |

**Additional Notes**

**Complaint:** In late October, 2011, I entered an agreement via internet with 6 Figure Program. It was offered with a 60 day money back satisfaction guarantee. When I later found that it would cost $1,000 up front to gain access to their mentoring program through another company, I decided to ask for my money back. I did so on Nov. 1 and again on Nov.9. They claim that they have either refunded or never charged my credit cards. I have disputed a $27 charge on one card and two $97 charges on another. 6 Figure been notified of my intent to do so as well as my intent to contact you. I have offered to copy them my credit card statements as proof that they are wrong, but they have only insisted that they are right. Most communications have been via email. I have copies of all of them. I am sure that by now they consider me a burr under their saddle. A further note of explanation is in order. Originally I approved two $27 charges, which they did refund on my request. They also advised me that the mentoring service was available, but this information came only after the second of the two $27 charges was refunded. To avail myself of the mentoring service, I needed to be a member, so on the same date as the second refund, I approved another $27 charge to get reinstated I realized my need for mentoring. This third $27 is apparently the source of their confusion. This is the only phone conversation that I remember, and they called me. So I do not have a phone number to call them. When I four that the mentoring service wanted $1000 up front, I backed out entirely and asked for the last $27 back. They think they gave it back, but they must be looking no further than the original two $27 charges that they did return. Lastly, the two $97 charges. In the midst of a this, I signed up for a different program with 6 Figure that did not require expensive mentoring. Due to recurring health issues, I cannot go forward with this either and offered t return their info packet unopened and asked them to refund the first $97. They explained that the packet was free and that no $97 would be charged. Wrong again! The first $97 appeared on my December statement and the second $97 has been posted on the January statement. I have disputed both with my Credit Card company. I stop short of calling them dishonest or a scam, but at the very least, their operation is shoddy. Please let me know if you need any further information.

**Desired Settlement:** There is no way I can expect to be reimbursed for the hours wasted on this. You carry a bigger hammer than I do, so please let it fall where it will do the most good for others like me.

**Business Response:** Hi ****,
This is Ben Moskel.
I am sorry this Program did not work out for you.
All refunds have been issued - even though you already filed charge backs.
The two $97 charges were for a product you acknowledge receiving.

Normally you must return a product to receive a refund, but we issued
it in any event.
You may keep the product in the event your health improves and you
are able to pursue at a later date.
I wish you the best of luck and apologize this did not work out for us.
-Ben Moskel

**Consumer Response:**

As of this morning, both credit card companies involved in my dispute with Six Figure
Program have received credits from Six figure. My dispute has been settled and you can
close the case. Thanks for your help.
**** *****

**** *****

**BBB's Final Determination:** Consumer accepted resolution offered by the business.

**12/30/2011**  Problems with Product/Service |

### Additional Notes

**Complaint:** Sent them an email to first find out if they were going to build my first website
Received an auto-responder email saying they would get back to me within 24 hours - no
contact from them. Also noticed that the web hosting company they recommended was
charging for domain name registration. Basically, since I've never got a response back from
them specifying if they were still going to build my first web site I requested a refund of the
$27.00 that I paid back in September. The refund request was done within the 90 days they
specified. To the best of my knowledge I have not heard back from them from the refund
request either. Before I go and spend money on web hosting and domain registration I
wanted assurance that they were still committed on building my first website so I'm
requesting my full refund. The only acceptable communication to them is by email. I wonder
how old their training videos are since the web hosting specials they advertised went up in
price. I think that they are receiving commissions when an affiliate signs up with the web
hosting company they recommended.

**Desired Settlement:** If they're not willing to build my first site and give me assurance that
they will, I want my money back.

**Business Response:** Hi ***,
This is Ben Moskel.
I see you filed a complaint with the BBB.
This is disappointing.
We are always available to help you. I looked through all our
customer service records and do not see any request from you.
Our staff is building websites 24/7. I am sorry that yours did not get built.
There was some error in communication. This was probably our fault. My apologies.
We did not intend to exclude you. It was certainly a mistake.
In any event, I initiated your refund. This program is probably not for you
if you are so quick to file complaints.
Best of luck,
Ben Moskel

**BBB's Final Determination:** Business offered a resolution. Consumer did not pursue further
with BBB and the matter was assumed to be resolved

**12/28/2011**  Advertising/Sales Issues |

**Additional Notes**

**Complaint:** Nov 28, 2011, I purchased a membership, online, with Sixfigure Program to become an affiliate marketer. I also paid, oline, a web host, Brain Host, for a domain name to set up a website to run my affiliate marketing business. Brain Host contacted Sixfigure Program, the website was set up, it appeared that I received everything I needed to start working, when I attempted to publish the website per the instruction, I received an error video message saying that there was a problem publishing the website. The causes may have been, them receiving the wrong email address, and/or the wrong password that I received from Brain Host. Whatever the case may be, I sent email after email,with the correct email address and password, made calls and left messages. I received an email fron a person, who seem genuinely concerned, still no real solution to my problem. I received emails stating that my problem was assigned to a representative and that I would hear back from them within one business day, still no solution. I get inspiring emails from Bob and Dave, support, and productonline, still no solution of how to, or what the error may be to correct this problem. It has now been two weeks. I checked their rating with BBB, which wa a "C", and assume that they are legit, they don't want to be considered a scam, I just do nc know why it is taking them so long to contact me with an answer to get published so that I can start running my website. I'm not so much angry as I am frustrated, I expected more professionalism and support than what I've received so far.

**Desired Settlement:** I would just like to solve this problem, get my website up and running, and start a home-based business as a successful Affiliate Marketer, if The Sixfigure Program is unable to solve this problem, then I would like my money to be refunded. Thank you for your time and efforts.

**Business Response:** My assistant has been trying to resolve this website issue.
She sent******* an email on December 6, 7, and 16th requesting his
website username.
We must have that to fix this website.
Without his username we cannot fix it.
******* has not responded to my assistant.
Our hands are tied until ******* gives us the username.
He could have done that 10X over and already started making money in the time he spent filing
this complaint with the BBB.
Thank you,
Ben Moskel

**BBB's Final Determination:** Business offered a resolution. Consumer did not pursue furth with BBB and the matter was assumed to be resolved

12/19/2011 Problems with Product/Service |

**Additional Notes**

**Complaint:** I have contacted several from six figure program, several days ago. No one is responding to me. It has only been about a week since i purchased from them. They state someone will get back to you in one business day, but it has been three days.

**Desired Settlement:** i purchased the program kit for $27 and that is what i want back.

**Business Response:** We received 2 emails from *** ******* dated on 11/30 & 12/1. I show that she has been issued her refund for $27.00, she was sent an email notifying her that her refund has been processed. I have included the email correspondence below: "********* via gmail.com to ****** I am sorry to hear that you were not happy with the Program. We will process your refund. Please allow 7-10 business days for your bank to process the transaction. Best of Luck. -- Best Regards, ******* *. Customer Service Representative Six Figure Program On Wed, Nov 30, 2011 ****** ******* wrote: Hello, i was given this email so that i could ask for a refund of my $27. I sent an email 3 days ago t ************ and just keep getting back that im being assigned a rep. Still hasnt gotten

back to me yet. If you could help me out, it would be greatly appreciated. Thank you *****
*******"

**BBB's Final Determination:** Business offered a resolution. Consumer did not pursue furth
with BBB and the matter was assumed to be resolved

**12/19/2011** Problems with Product/Service |

**Additional Notes**

**Complaint:** I cant get a hold of anyone from customer service. The one time i did, they sai
i didn't purchase from them and that they couldn't find my email address. Well how come i
have a charge on my bank statement from them!!! I want my money back now!!!

**Desired Settlement:** i want a refund now!!!

**Business Response:** Contact Name and Title: **** ******** Contact Email: ********
*** ******* WAS refunded and emailed that we issued her refund on 12/5/2011. Here is
the proof that she was refunded: Payments Date Type Status Amount Note 11/26/2011
Credit Card APPROVED (*********) $27.00 Auto-charge for Invoice #**** 12/4/2011
Refund Refund Applied -$27.00 Payment refunded through gateway 12/4/2011 Credit Credi
Applied $27.00 customer request Payment Total $27.00 BALANCE $0.00

**BBB's Final Determination:** Business offered a resolution. Consumer did not pursue furth
with BBB and the matter was assumed to be resolved

**12/17/2011** Advertising/Sales Issues | Complaint Details Unavailable

**12/16/2011** Problems with Product/Service |

**Additional Notes**

**Complaint:** on nov. 21,2011 i purchased the sixfigure program to start an online business
from home,they provided me with a website that does not work at all, tried to get some hel
thru emails and the phone ,but was unsuccessful,leading me to beleive this is a scam! chec|
number ******* for the amount of 27.00 plus 14.95 hosting fees

**Desired Settlement:** i would like them to respond and fix the problem ,but if not i would
like a refund

**Business Response:** *********, had emailed on on November 28th & 29th. We responde
on November 30th. To try to resolve his problem. We were coming off of a Holiday weekenc
(Thanksgiving) which is why our response time was 48 hours. We have since been in contac
with *** ****** and are currently working on assisting him with his website.

**BBB's Final Determination:** Business offered a resolution. Consumer did not pursue furth
with BBB and the matter was assumed to be resolved

**12/6/2011** Advertising/Sales Issues

**12/6/2011** Problems with Product/Service

**11/3/2011** Problems with Product/Service

**11/3/2011** Billing/Collection Issues

**10/26/2011** Advertising/Sales Issues

**10/18/2011** Advertising/Sales Issues

**10/12/2011** Problems with Product/Service

**10/12/2011** Problems with Product/Service

**9/30/2011** Problems with Product/Service

**9/30/2011** Problems with Product/Service
**9/26/2011** Problems with Product/Service
**8/25/2011** Advertising/Sales Issues
**8/23/2011** Problems with Product/Service
**8/10/2011** Problems with Product/Service
**8/9/2011** Delivery Issues
**8/8/2011** Problems with Product/Service
**8/1/2011** Problems with Product/Service
**10/18/2010** Problems with Product/Service
**5/5/2010** Problems with Product/Service

© 2012 Better Business Bureau®, Inc.

BBB serving Upstate NY

# ATTACHMENT B.

**Joseph Camann**

| | |
|---|---|
| From: | Dawn Carlson [dcarlson@upstatenybbb.org] |
| Sent: | Friday, May 27, 2011 10:46 AM |
| To: | 'Joseph Camann' |
| Subject: | FW: Membership Application |
| | |
| Follow Up Flag: | Follow up |
| Flag Status: | Red |

Another app that came from website.

Let me know when you do if its good to go or not and I will print out CC number for Nadine to run.

Thanks

Company: The Six Figure Program

Address: 200 High Point Road

Address2:

City: Victor

State: NY

Zip: 14564

Phone: 8005202224

Fax:

Email: ben@sixfigureprogram.com

Website: www.sixfigureprogram.com

Business Start Date: April 2007

Type Of Business: Education

Employees: 2

Owners: Ben Moskel, Dave Clabeaux

Contact: Ben Moskel, President

Locations: 2

Customers: 500 – 49,999

Annual Gross Revenue: $1 - $999,999

1

Card Number: ▇▇▇▇▇▇▇▇▇▇

Exp Date: 09/13

Name On Card: Benjamin D Moskel

Routing No:

Account No:

Check No:

Command: Submit

2

HOME   ORDER NOW   ABOUT US   FAQS   **CONTACT US**   GUARANTEE

## Contact Us:

You may contact us by email, phone, or regular mail. We will attempt to respond to all written inquiries in a timely manner, usually within the same business day.

■ **Email**
dave@sixfigureprogram.com

■ **Phone**
1-800-497-5331

■ **Regular Mail**
Six Figure Program
Attn: David Clabeaux
▬▬▬▬▬▬▬

Land O Lakes, Florida 34638

↓    ↓    ↓

**Enter your name and email below for FREE Instant Access to the Video.**

Enter Your Name and Email Below

**Name**

**Email**



Your information is secure and will never be sold, rented, or distributed to a third party.

Copyright 2006-2011 Six Figure Program

## Achieve 100% Financial and Personal Independence

The Six Figure Program is not only a sure-fire money making system, it is a vehicle by which you can finally live the lifestyle you imagined for yourself.

Most people waste their lives dredging away at dead-end jobs, trying to please miserable bosses, and desperately trying to make ends meet. Those people spend all their time and energy complaining that their life failed to meet their expectations. Those same people do nothing about it!

This is not surprising considering the paralyzing effect of the "FEAR OF FAILURE."

> **FEAR OF FAILURE** – is a clinical condition where a person does not achieve a fraction of what he or she is capable of because of the the fear of criticism, mistake, or rejection.
>
> Fear of Failure is overcome only by taking action.

Many so-called "average" people have already taken action. There are literally thousands of people who do what we do and are 100% financially independent. But very few of them have taken the time to share their secrets with other people who are just starting out. What is the secret to their success? Their "secret" is that they take action!

Many of these ultra-wealthy Internet Millionaires lack specialized education. In fact, just the opposite is true. For example, Justin, a Six Figure Program student, is on pace to make $54,000 per year from his simple website. Justin is not college educated. He is just 19 years old!

Justin doesn't have the education and skills for the "corporate" workplace. No matter. He achieved rapid success with a simple website because he followed a proven system and he took action.

The typical person who joins and follows the simple steps laid out in the program has a check for at least $20 sent to their house within 7 - 10 business days.

It's kind of like buying exercise equipment. You can spend $3,000 on a Bowflex machine or a treadmill, but if you leave it sitting in the corner of your basement, you aren't going to lose weight.

The Six Figure Program is the same way. People who just want to make a few extra bucks and do the bare minimum make as little as $20 a week. However, there are some people who have used the system and are now making as much as $15,000 per month. It all depends on how much extra income you want and the amount of effort you are willing to put into it.

Because you found the Six Figure Program you have already taken the most difficult step - you made the decision to give yourself a better life! The rest of the journey is easy - just point, click, and execute.

The Six Figure Program is the perfect step towards achieving financial independence. It combines your desire to make money with a proven sure-fire method of making money.

Plus, the Six Figure Program is a true no-risk, high reward method. There are no business start up fees, investment capital or infrastructure involved!

## Once you receive the Six Figure Program, you will literally be able to

# ATTACHMENT C.



Better Business Bureau
100 Bryant Woods South
Amherst, NY 14228
Phone: 716-881-5222
Fax: 716-883-5349
www.bbb.org

June 2, 2011

Mr. Ben Moskel
The Six Figure Program
200 High Point Road
Victor, NY 14564

Dear Mr. Moskel:

You recently applied for BBB accreditation by filling out our online form.  All applications are reviewed by the Ethics & Standards Committee of our Board of Directors, who makes the final decision regarding accreditation. In order for this Committee to have a complete understanding of your business, please provide the following information:

- Substantiation that consumers are "generating piles of cash from the Internet" as a result of your program.
- Substantiation that your business is located in upstate New York.
- Information about your relationship with the United States Postal Service (their logo is listed on your web site)

Please provide this information in writing to my attention by June 13, 2011.  If you have any questions I can be reached at 800-828-5000 ext. 277 or kwinter@upstatenybbb.org.

We appreciate your cooperation.

Sincerely,

Kathleen B. Winter
Operations Manager
kwinter@upstatenybbb.org

# ATTACHMENT D.



**Better Business Bureau**
100 Bryant Woods South
Amherst, NY 14228
Phone: 716-881-5222
Fax: 716-883-5349
www.bbb.org

June 16, 2011

Mr. Ben Moskel
The Six Figure Program
▇▇▇▇▇▇▇▇▇▇▇
Land O Lakes, FL 34638

Dear Mr. Moskel:

You recently applied for accreditation on the BBB's web site.   All applications for accreditation are reviewed by the Ethics & Standards Committee of our Board of Directors, who makes the final decision regarding accreditation.    This letter is to advise you that the Ethics & Standards Committee has declined to accept your application because you did not respond to the BBB's request for additional information.

If you have any questions, please contact me at 716-881-5222, ext. 277 or kwinter@upstatenybbb.org.

Sincerely,

Kathleen B. Winter
Operations Manager
kwinter@upstatenybbb.org

# ATTACHMENT E.



Better Business Bureau
100 Bryant Woods South
Amherst, NY 14228
Phone: 716-881-5222
Fax: 716-883-5349
www.bbb.org

August 11, 2011

Mr. Ben Moskel
The Six Figure Program
200 High Point Road
Victor, NY 14564

Dear Mr. Moskel:

The Ethics & Standards Committee of our Board of Directors has reviewed your request for BBB Accreditation.  They have declined to accept your application because of a recent pattern of complaints.

You have the right to appeal this decision.  If you wish to do so, please submit a written rebuttal to my attention and it will be presented to the Ethics & Standards Committee at their next meeting.

If you have any questions, please contact me at 716-881-5222, ext. 277 or kwinter@upstatenybbb.org.

Sincerely,

Kathleen B. Winter
Operations Manager
kwinter@upstatenybbb.org

8/11/11
sixfigureprogram.com/ContactTphr

## Contact Us:

You may contact us by email, phone, or regular mail. We will attempt to respond to all written inquiries in a timely manner, usually within the same business day.

■ **Email**

dave@sixfigureprogram.com

■ **Phone**

1-800-497-5331

■ **Regular Mail**

Six Figure Program
1608 S. Ashland Ave # 17763
Chicago, IL 60608

↓   ↓   ✓

**Enter your name and email below for FREE Instant Access to the Video.**

Enter Your Name and Email Below

**Name**

**Email**



Your information is secure and will never be sold, rented, or distributed to a third party

Copyright 2008-2011 Six Figure Program

# ATTACHMENT F.

**Ben Moskel, Esq.**
**The Six Figure Program**

---

**Email: ben@benmoskel.com**
**Telephone: 716.984.▓▓▓▓**
**Fax: 585.486.▓▓▓▓**

9/19/11
Kathleen B. Winter, Operations Manager
Better Business Bureau
100 Bryant Woods South
Amherst, NY 14228
716-881-5222, ext. 277

Sent via US Mail

RE: Appeal rejection for BBB accreditation

Dear Kathleen:

I was disappointed that your committee rejected our application for BBB accreditation.

You indicated that our company has a recent pattern of complaints.

Please be advised that we have responded to all BBB complaints about our company.

Furthermore, it was expected that we received a recent pattern of complaints. Our business has grown by leaps and bounds over the prior four months.

Currently there are approximately 300-500 new customers every day enrolling in our program. I don't think it is unreasonable to have a few additional complaints with your organization.

Again, I believe the number of BBB complaints about our company is actually quite low considering the overall number of customers we have.

I respectfully request that you to reconsider your decision.

Page | 1

Please let us know if you have any questions on the aforementioned items or require additional documentation.

Sincerely,

Ben Moskel, Esq.

# ATTACHMENT G.



Better Business Bureau
100 Bryant Woods South
Amherst, NY 14228
Phone: 716-881-5222
Fax: 716-883-5349
www.bbb.org

December 20, 2011

Mr. Ben Moskel
106 Cobblestone Court Drive #159
Victor, NY 14564

Dear Mr. Moskel:

In our efforts to promote and maintain an ethical marketplace, Better Business Bureau regularly reviews a company's file and complaint activity. We look for patterns or a high volume of complaints. The information in this letter was compiled from complaint activities concerning your company.

We find that a pattern of complaints exist concerning consumers having to pay more than the advertised $27 to get their site up and running for operation. Additionally consumers have reported that when they have an issue with their website, they have difficulty receiving assistance for the problem or reaching customer service.

We have also identified a pattern in your responses to complaints stating that you have been trying to reach certain consumers, however consumers respond back to us stating they are still experiencing issues with their websites and despite this response their complaint issue have not been addressed or resolved.

At this time we are asking you to explain the reason for the issue(s) listed above as well as provide the steps you plan to take to eliminate the pattern or high volume in the future. Please provide us with this information within 10 business days. The BBB can work with you to uncover the underlying reason for the complaints and work towards finding a solution.

If your company chooses not to address these concerns with the BBB, your file status will be changed to reflect that and the reason will be noted in your BBB Business Review. Such changes may have a negative effect on your BBB rating.

Thank you for your cooperation.  You may contact me at 716-558-7931 with any questions you may have.

Sincerely,

Leanne Puccio
Investigations and Operations Manager

# ATTACHMENT H.

**Sandy Foster**

From:         bbb@webtys.net
Sent:         Friday, February 17, 2012 12:21 PM
To:           membersemail@upstatenybbb.org
Subject:      Membership Application

Company: The Six Figure Program

Address: 200 High Point Drive

Address2:

City: Victor

State: NY

Zip: 14564

Phone: 716984████

Fax: 585486████

Email: ████████@gmail.com

Website: www.sixfigureprogram.com

Business Start Date: 1/1/2007

Type Of Business: Marketing Education

Employees: 3

Owners: Ben Moskel and Dave Clabeaux

Contact: Ben Moskel, President

Locations: 1

Customers: 500 – 49,999

Annual Gross Revenue: $1 - $999,999

Card Number: ████████████

Exp Date: 10/14

Name On Card: Ben Moskel

Routing No:

Account No:

Check No:

Command: Submit

1

# ATTACHMENT I.



Better Business Bureau
100 Bryant Woods South
Amherst, NY 14228
Phone: 716-881-5222
Fax: 716-883-5349
www.bbb.org

March 15, 2012

Mr. Ben Moskel
The Six Figure Program
200 High Point Drive
Victor, NY 14564

Dear Mr. Moskel:

You recently applied for accreditation on the BBB's web site.   All applications for accreditation are reviewed by the Ethics & Standards Committee of our Board of Directors, who makes the final decision regarding accreditation.    This letter is to advise you that the Ethics & Standards Committee has declined to accept your application because your rating is below the minimum (B) required to be a BBB Accredited Business.

You have the right to appeal this decision.  If you wish to do so, please submit a written rebuttal to my attention and it will be presented to the Ethics & Standards Committee at their next meeting.

If you have any questions, please contact me at 716-881-5222, ext. 277 or kwinter@upstatenybbb.org.

Sincerely,

Kathleen B. Winter
Office Manager

# ATTACHMENT J.

Better Business Bureau
100 Bryant Woods South
Amherst, N.Y. 14228

RE: The Six Figure Program

Attention: Kathleen B. Winter

Sent via FEDEX

Dear Kathleen,

I am writing to you regarding our company - The Six Figure Program.

I understand that we had some communication challenges.

Please know that I am available to speak with anyone from your organization at
anytime.

In fact, you or any of your colleagues may reach me on my personal cell phone: 716-
984-████ or my personal email: ████████@gmail.com.

I also understand that your organization previously asked our company to make
certain changes to our business model.

I did respond to your request in January, but will reiterate and clarify that response
below.

Specifically, you asked that we strive to provide better customer support.  You also
asked that we clarify certain website and web hosting issues to new customers.

We have addressed both of your concerns.

First, we hired additional staff to provide customer service. We have staff answering
support issues Monday through Friday from 8 am to 6 pm. In addition, during high
volume we have the staff working overtime during the evenings and on Saturdays.
In short, 100% of customer inquires are resolved within a 24 hour business hour
window.

Second, we have taken two actions to resolve the web hosting and website
questions.

We have clarified to any potential customer (before purchase) that web hosting is
required in order to own a website. This is indicated on our website before a
customer navigates to the shopping cart area.

Please be advised that our company is not a web hosting company. We are not charging for web hosting. If any customer desires web hosting they purchase it through a third party service.

To make an analogy, when you typically purchase a cellular telephone you also purchase cellular telephone service.

A website and web hosting is similar. A website is like the phone while web hosting is like the cell service provider, e.g. AT&T, Verizon, etc.

We provide our customers with a website. However, we are not a web hosting provider and cannot provide web hosting.

In any event, regardless of whether a customer invests in web hosting, we nevertheless do give them a website.

Again, to use the same analogy, it would be as if give them a cellular telephone and allow them to decide how to use it.

Additionally, the website we give them is not your average website. Most would consider it a robust, high end website.

It cost us no less than $20,000 in development fees to construct the website that we give them. We now include that same website to any customer. Remember, the website component is just one of the many items that a customer receives. Our entire product is a one-time investment of $27, or less than the cost of most books.

Again, to use the same analogy, it's as if we are giving customers one of the high end "smart phones" you find on the market today.

I am confident these changes will resolve the questions that consumers are bringing to your attention.

I hope you feel the same.

We want to ensure we are working together with you to provide a superior customer experience.

Please feel free to contact me at anytime to discuss further.

Ben Moskel
The Six Figure Program

# ATTACHMENT K.



Better Business Bureau
Serving Upstate NY

100 Bryant Woods South
Amherst, NY 14228
(716) 881-5222
FAX
www.upstateny.bbb.org

**Case #:** 8657769

**Consumer Info:**  Maxwell, Elizabeth

███████ , CA ███

███████
███████@yahoo.com

**Business Info:**  The Six Figure Program

███████████

Land O Lakes, FL ███

**Date Filed:** 7/6/2011

**Nature of the Complaint:** Customer Service Issues

**Consumer's Original Complaint:**
I paid for membership and was promised my web site would be complete in 24 to 48 hours or my money back. One week later my website was up. Then after 2 days the web site was not working. I believe this is a scam. I have sent over 20 emails on there help feature requesting some assistance as per there contract and after 2 weeks I have no working web site. No one has contacted me other than bulk emails that every member receives. I have request a full refund twice now due to the fact they do not respond to emails on the help site. I am extremely fustrated.

**Consumer's Desired Resolution:**
Either fix the website or refund my money. I am tired of asking and emailing them

**Business/Consumer Response & Rebuttals:**

**07/13/2011**
**Miss Elizabeth A Maxwell**

Respond to Complaint

I purchased a web site program from them and it only worked for 24 hours. I have sent over 70 emails and 30 phone calls with me response from the company. Last night the customer service person sent me the same email 3 times and then cancelled my account without my authorization. I have emailed the owners over 15 times with no avail, even gave them my cell number. I did not want my account cancelled I wanted them to fix there software program. No my web site is cancelled and I have invested in cards and stationary all to go in the trash can without my website. I also placed ads with the website domain name on it so I wont be able to sell my products now.

Jessica cancelled my account instead of fixing there software problem. I wanted the problem fixed not the account cancelled.

---

**07/15/2011**
**Ben Moskel**

Respond to Complaint

Normal
0

false
false
false

EN-US
X-NONE
X-NONE

MicrosoftInternetExplorer4

On 6/26/11 Ms. Maxwell signed up for our
program. After sending us the incorrect information to set up her website, we
were able to get it setup on 7/2/2011. Staring on June 25, 2011 Ms. Maxwell
began emailing us with questions about our program and her website. Since this
date, she has sent us 72 emails in which we have record of responses sent to
her trying our best to help her with this program.

Her emails began to become very offensive and her emails continued to escalate

and she began using "internet screaming" at us, calling me vulgar names and calling our program insulting terms.

This is one example of her emails:

from

Elizabeth
█████████████@yahoo.com

to

dave@sixfigureprogram.com

date

Mon,
Jul 11, 2011 at 10:15 PM

subject

Re:
Great Stories . . .

signed-by

yahoo.com

Images from this sender are always displayed. Don't display from now on.

hide details Jul 11 (3 days ago)

WHY AREN'T YOU EMAILING ME ABOUT MY FUCKED UP WEB SITE THAT I PURCHASED FROM YOU??  FUCK I SENT ENOUGH EMAILS TO YOU, AND YOUR PARTNER.  BUT WHO CARE ABOUT THE LITTLE PEOPLE, YOU GOT YOUR CUT.

JUST LIKE THE REST OF THE PEOPLE IN THE SIX FIGURE SCAM.  TAKE THE MONEY AND BLOCK ANY FURTHER COMMUNICATIONS.  YOU SUCK!!  I ACTUALLY THOUGHT I WAS GOING TO MAKE MONEY, FUCKING WEB SITE DOESNT EVEN WORK OVER 6O EMAILS AND STILL NOTHING, CALLED THE 800 NUMBER 20 TIMES AND AGAIN CLOSE YOU EYE WHAT DO YOU SEE??  YA NOTHING.

HOPE YOUR HAPPY FUCKING PEOPLE OVER FOR THERE MONEY.

BETH MAXWELL

**Absolute**
**Treasures**

**English**
**Bull Dogs of Orange County**

No matter what or
how we responded, she would not except nor listen to our responses or answers.

After weeks of her constant abuse and
harassment, we interpreted that in this email sent to us below was her
cancellation of our program.

from

Elizabeth
Maxwell ████████ahoo.com

to

"Jessica
H." <jessica@sixfigureprogram.com>

cc

Frank
Herrera <fherrera@prospering.com>

date

Mon,
Jul 11, 2011 at 11:08 PM

subject

Re:
Fw: WEB SITE DOES NOT WORK STILL, WHAT DOES IT TAKE??...OMG>> It
still doesnt work, try step 2!

signed-by

yahoo.com

hide

details Jul 11 (3 days ago)

Sorry,

I am not playing this game anymore. I am done! I give up! You win ok. I dont even want it any more. Fed Up. Done. Ok, so stop sending me the same email its getting boring.

Good night again

Absolute
Treasures

English
Bull Dogs of Orange County

There was nothing incorrect with her website, she was not using the program correctly and would not listen to our responses. Our program is a privilege to
our customers and we try our best to go out of our way to answer emails and
respond to their issues. But we do not tolerate abusive emails, derogatory
comments, and profanity.

---

**07/15/2011**
**Miss Elizabeth A Maxwell**

I do not accept the response made by the business to resolve this complaint

Better Business Bureau:

I have reviewed the response made by the business in reference to complaint ID 8657769, and have determined that this does not resolve my complaint. For your reference, details of the offer I reviewed appear below.

Yesterday I actually received a phone call from Dave at Six figure program. He told me that in one day I sent over 169 messages to them, which in impossible. I sent 3 messages a day I did not delete one message sent nor recieved. Futhure more Dave continued to threaten me over the phone. He said he would sue in if I did not respond to the fact the they sent me back my money. I went to my bank personnally and there is no refund. And the messages that he sent you DO NOT have all the message in them. He took out the fact of the time of night, that she sent the same message 3 times and that it was after 10 pm and I was going to be because I was tired of her sending the same exact message in 2 hours that were exactly the same. So what they sent you is not what I sent them. They are a scam, when I called to cancel my web host company that six figure refers people to, they said this has all the time to the six figure customers. The hosting company said 75% of there cancellations request are from the six figure program. I am suprised that theren't more complaints against them. But trying to verify there where abouts is hard. I took an educated guess on the location of the company because its not on there web site. Looking for the 800 number of theres was hard to find as well. And again I

never got a call back from them either. And the number of emails they sent me in response to the problem was not 70. They send multiple emails to all there new customers tyring to upsell you into buying more products. So this number is incorrectly reported. I am not going to be threatened by them. They did not do a service and Dave could not even explain why no one there did not fix the problem, nor did he even look at the problem. SO again, this is a bad way of doing business, and I am still mad. If you were as frustrated as I was you would say the same exact thing. I was tired of asking for help with NO avail. Jessica sent me less than 10 emails in response to my problems with the site, non of which fixed the problem. Dave even said I was lucky to get any response in less than 1 month. He said it takes over a month to get customer service on the web site. Are you kidding me!! So in my eyes this is a very poorly managed customer support services not living up to there own words of assistance 24-7. I do not like the fact that Dave threatened to sue me if I did not respond that I was paid yesterday. I also told him I had not been paid for my commissions. The site worked for less than 24 hours I made according to my commisions page $12.00 (not a Six Figure) The site states check will go out on July 5. Its July 15th and still no check. See what I mean nothing on this site works. Its all hype and a bunch os spam emails and there upsells, no service, definitely no customer service. I would love to see the 169 emails that I did not send them, and even if I did why have they not responded?? If your going to lie at least prove it."On Mon, Jul 11, 2011 at 11:08 PM, Elizabeth Maxwell <███████>yahoo.com> wrote:

Sorry,
I am not playing this game anymore. I am done! I give up! You win
ok. I dont even want it any more. Fed Up. Done. Ok, so stop sending me
the same email its getting boring.


Good night again

Absolute Treasures

English Bull Dogs of Orange County"Nice one. I meant I was done for the night.I did not state I wwanted a refund.I already invested in business cards and stationary.DO NOT CaNCEL MY ACcOUNT.why are you acting like this?

T-Mobile. America's First Nationwide 4G Network

"Jessica H." <jessica@sixfigureprogram.com> wrote:

As per your request we have canceled your account and refunded
your money.

Please note, that
depending on your bank/credit card company policies, you may not see your
refund into your account for 7-10  business days.

Frank,
I
give up, I cant seem to get them to do any thing, phone calls emails
for help, no responses and now this crap. I am sorry, but I am so upset

and in tears.  Treated like crap.  This is just another scam, there is
no other explanation for this kind of behavior.  You may call me if you
like but I dont see any point in trying to get them to fix the site, it
just isnt going to happen, I give up.  I cant put up with the let down
any more.  I have better things to do with my time them sent emails for
help and calling them for help with no avail.
And I never got 1 response from Dave nor Ben!!
Good Luck

Beth Maxwell

Regards,

Elizabeth Maxwell

Even there affilate company called me trying to get my success story.  Funny think I think Frank was in on it
now.  He told me to keep emailing the six figure and cc him all the emails and keep him posted.  He set up an
appointment with me and after he received all the emails he stopped his contact with me.  How could I be a
success story with a web site that doesnt work.  So confusing, I think there are just taking advantage of people.

No no I am not satisfied I am even upset that Dave had the nerve to threaten to sue me.  Like that makes an
sense.  Why would you do that?  So its legal to threaten people and not give them your stated customer service.

So again I have not received my money and I was threatened by Dave one of the owners.

_____

**BBB.**
bbb.org

Better Business Bureau
Serving Upstate NY

100 Bryant Woods South
Amherst, NY 14228
(716) 881-5222
FAX
www.upstateny.bbb.org

**Case #:** 8663787

**Consumer Info:**   Maxwell, Elizabeth

████████████ CA ████

███████@yahoo.com

**Business Info:**   The Six Figure Program

Land O Lakes, FL ███

**Date Filed:** 7/12/2011

**Nature of the Complaint:** Guarantee Or Warranty Issues

**Consumer's Original Complaint:**
I purchased a web site program from them and it only worked for 24 hours. I have sent over 70 emails and 30 phone calls with me response from the company. Last night the customer service person sent me the same email 3 times and then cancelled my account without my authorization. I have emailed the owners over 15 times with no avail, even gave them my cell number. I did not want my account cancelled I wanted them to fix there software program. No my web site is cancelled and I have invested in cards and stationary all to go in the trash can without my website. I also placed ads with the website domain name on it so I wont be able to sell my products now.

**Consumer's Desired Resolution:**
Jessica cancelled my account instead of fixing there software problem. I wanted the problem fixed not the account cancelled.

**Business/Consumer Response & Rebuttals:**



Better Business Bureau
Serving Upstate NY

100 Bryant Woods South
Amherst, NY 14228
(716) 881-5222
FAX
www.upstateny.bbb.org

**Case #:** 8666670

**Consumer Info:**   Enderlin, John

███████████

██████ , NY ██████

██████@Yahoo.com

**Business Info:**   The Six Figure Program

Land O Lakes, FL ◀██████

**Date Filed:** 7/14/2011

**Nature of the Complaint:** Delivery Issues

**Consumer's Original Complaint:**
I bought an online business from sixfigure income and did not get the website that i bought from them.I have tried for 3 weeks to get this resolved with them and they will not resolve the issue or give me my money back.

**Consumer's Desired Resolution:**
Refund of all money

**Business/Consumer Response & Rebuttals:**

**07/27/2011**
**Ben Moskel**

Respond to Complaint
John's website was created and was emailed about this on 7/11/11 and we have sent him follow up emails to him because we believe there was some confusion on how to use our online program.

His website is even published using our template:  http://www.inkmanagementllc.com/

We are more than happy to help John out further or refund his purchase price of $27.00.

---

**07/28/2011**
**Mr. John Scott Enderlin**

I do not accept the response made by the business to resolve this complaint

Better Business Bureau:

I have reviewed the response made by the business in reference to complaint ID ██████670, and have determined that this does not resolve my complaint.  For your reference, details of the offer I reviewed appear below.

I had to pay $133.00 to a hosting site (hostgater) which had to be done prior to being able to get the website, then $27.00 to them.  I can not get a hold of anyone except via e-mail, and they are not responding, and they are not assisting me.  The website was supposed to up and running in 48 hours and it took over three weeks.  I was e-mailing them daily after the 48 hours and they would respond that it would be up and running in 48 hours and that went on for almost 4 weeks.

The website is up but I was supposed to be supplied with material to set up links on my site to market my site on-line to click on the links to make money on them - they have not provided me with any information.

I have provided them with my phone number on many occasions and they refuse to call me to assist me.

Regards,

John Enderlin

---



**Better Business Bureau**
**Serving Upstate NY**

100 Bryant Woods South
Amherst, NY 14228
(716) 881-5222
FAX
www.upstateny.bbb.org

**Case #:** 8669862

**Consumer Info:** darmanin, victor

████████████████
████████████████
████████@live.com

**Business Info:** The Six Figure Program

████████████████
Land O Lakes, FL ██████

https://www.sixfigurekit.com

**Date Filed:** 7/16/2011

**Nature of the Complaint:** Contract Issues

**Consumer's Original Complaint:**
that is were i saw the ad (http://www.profromgo.com/blog/ben-moskel-dave-clabeaux-6-figure-program-review.html/) the ads are on the internet i think the first time i saw it was 6/29/2011 or even before i stop seeing them now I purchased a program from these people and in a nut shell nothing was delivered they promised a website still waiting they promised a mentor to help you on the way the phone number to ring is disconnected im hoping you people get these rouges off line they rip people like my self then send me excuses now i have asked for money back and they stop responding to me i want either i want the promises they made to honoured if its true or send my money back they also force me to join a hosting company now im struggling to even get a website on line because i dont have the money get one built or the knowledge to build one i have tryed my self and its awful on line already and then what i dont know how to maintain the site im not that good with computers so i dont waste my money with gatorhost its such a mess i need your help desperately and these people Jessica Dave clabeaux and Ben moskel need to pay for this dilemma they caused .. so help look at this problem and please help me with these people i have tryed but now im crushed the web address is http://www.thesixfigureprogram.com

**Consumer's Desired Resolution:**
i would like the program they are promising or give me the money back that it has cost me so far in time and costs

**Business/Consumer Response & Rebuttals:**

**07/27/2011**
**Ben Moskel**

**Respond to Complaint**
Victor,

We received your BBB Complaint, but we have built your website and emailed you about this on 7/12/11. Maybe this email called "Your Website Is Ready" went into your Spam folder?  Below I pasted the contents of this message. If you would rather have a refund for the $27.00 purchase price, please email me and we can do this.

Great news: your website is a couple clicks away

from being live on the Internet!

I thought I would give you the honors of posting it

yourself.  To do so, all you need to do is log into the

Web 2.0 System that we have provided you with.

Your login is the email address you provided and

the password is the password for your HostGator account.

You can access the Web 2.0 System at the following link:

http://www.sixfigureprogram.com/editor/index

I suggest that you bookmark this page, as this is where

you will be going to make changes and add affiliate links

to your site.

Now, to post your website live to the Internet, simply login,

click on "Publish Site," and click on "Publish Now"--it's

that simple!!

To help you learn how to use the Web 2.0 System to make changes

to your website,
we've created several video tutorials to show you

how to use it.
You can find the videos in the Training Center:

http://www.sixfigureprogram.com/trainingcenter.htm

Just scroll down and click on "The Audio and Video Vault," and

then click on the bottom tab to see the 8 different videos about

using your Web 2.0 System to make changes to your website.

We also suggest you spend a good deal of time in the Training

Center watching all of the other instructional videos:

http://www.sixfigureprogram.com/trainingcenter.htm

As always, if you have any questions, feel free to shoot Dave

or me an email:

dave@sixfigureprogram.com

ben@sixfigureprogram.com

-Ben Moskel

P.S. Remember, you can access your Web 2.0

System here: http://www.sixfigureprogram.com/editor/index

--
Best Regards,

Jessica H.
Customer Service Representative
Six Figure Program

**07/28/2011**
**Mr. victor darmanin**

I do not accept the response made by the business to resolve this complaint

Better Business Bureau:

I have reviewed the response made by the business in reference to complaint ID ▓▓862, and have determined that this does not resolve my complaint.  For your reference, details of the offer I reviewed appear below.

[To assist us in bringing this matter to a close, we would like to know your view on the matter.]

Regards,

Victor Darmanin

the only thing there's on my hostgator account is the temporarily  website i inserted in there myself
i tryed what they said they sent me and it says it will appear on my site by following the steps i did that and another load of hoax.
it wouldn't even take my password because it never asked for it  but all  that appears to me is the site i put on there myself
 and i never received that email at all that you sent to me in this complaint
 i want my 127 dolars they owe me still for all the money i wasted by getting hostgator to host a site that i dont even know how to run
and want it cost for the program that doesn't seem to work and they stopped emailing me as well  i want this resolved by them

---



Better Business Bureau
Serving Upstate NY

100 Bryant Woods South
Amherst, NY 14228
(716) 881-5222
FAX
www.upstateny.bbb.org

**Case #:** 8679255

**Consumer Info:**  Huffstetler, Joyce

████████████, NC ████

████████████

████████@bellsouth.net

**Business Info:**    The Six Figure Program

████████████████

Land O Lakes, FL ████

http://www.sixfigureprogram.com

**Date Filed:** 7/25/2011

**Nature of the Complaint:** Billing or Collection Issues

**Consumer's Original Complaint:**

I spent alot of money to this company on line to start a home business. I was promised if I filled out these "Claim Cash" sites for them they would pay me so much per site. I have not received any payment for June or July,the only check I received was a partial payment of what they owe me for April and May. I have every letter I have sent to them about this matter. I can not get them to return a reason, why? The only letters I have gotten is to imform me of how to do these claim for cash, which I know how to do. I have followed their instructions to the letter and still no payment. I have two addresses now: ████████████ Land O Lakes, Fla. ████ and 106 Copplestone Court Dr. Victor, NY. 14564 and I have written to both and have received no answers. The names of owners are Dave Clabeaux and Ben Moskel. Jessica H. is there Customer Service Representative and that is who will sometimes send answers on how to work the site, but never where or when I will receive the money they owe me. Please hwlp me! I lost my job in Feb. of this year and spent money on this program to help while I looked for a new job. I thought I had researched it very well but maybe I missed something and it is just a scam. I hope not.Thank you for your efforts and time. ████████████

**Consumer's Desired Resolution:**

I want to be paid what they promised and what I have spent hours earning. I want them to contact me personly by phone 704-614-5981. If this is a legal company they won't mind speaking to me person to person. This way I can make sure I am dealing with replical company.

**Business/Consumer Response & Rebuttals:**

**10/26/2011**
**Ben Moskel**

**Respond to Complaint**

RE: Joyce Huffstetler

This customer alleges that we have not paid her commissions that she earned from the website we built for her.

Please be advised that we did pay her.

A check was mailed out from Bank of America on or around July 1st for $13.75. (See attached.)

It was mailed to this address:

Joyce Huffstetler

, NC

The customer also alleges that she has outstanding commissions due. She has earned $1.50 since her last payment. (see attached.)

The minimum check amount is $10.00. The customer has been told this numerous times via email correspondence.

Nonetheless, we have gone ahead and issued a check for $1.50. (see attached.)

_____



Better Business Bureau
Serving Upstate NY

100 Bryant Woods South
Amherst, NY 14228
(716) 881-5222
FAX
www.upstateny.bbb.org

**Case #:** 8695975

**Consumer Info:** Dellapenna, Dana

█████████ L OH ████

██████ @gmail.com

**Business Info:** The Six Figure Program

Land O Lakes, FL █████

The sixfigureprogram

**Date Filed:** 8/7/2011

**Nature of the Complaint:** Advertising Issues

**Consumer's Original Complaint:**

I puruchased the Sixfigure program and got the kit online. I sent all of my information to them in my payment method and waited for them to build my wbsite. I got Host Gator web hosting with a registered domain name. That part was ok, but I the sixfigure people messed up my wbsite information I gave them from Host Gator, and I have to wait for a response every time I put in a requsest to fix it. They respond to me by saying they will get back to me in one business day, and sometimes they do and I wait for them, but every day they tell me that , I have to wait that much longer to find out what the issue is with getting my webite up and running.I called host Gator and they told me that all of the information I provided for them was correct, but I was toldby sixfigure that it may have been a typo error on the sixfigue guys end, but the customer service person from sixfigure hasn't fixed the problem yet. What should I do? ████████

**Consumer's Desired Resolution:**

I want a refnd, or I want them to subbmitt my information correctly so It will go through and I get What I paid for.

**Business/Consumer Response & Rebuttals:**

**08/16/2011**
**Ben Moskel**

Respond to Complaint
I apologize to Dana for this confusion.

I looked through my Sent emails and I have created her website and it's live and published since August 8th. I haven't received any issues since then.

Please either directly contact my assistant at jessica@sixfigureprogram.com with help or to request a refund.



Better Business Bureau
Serving Upstate NY

100 Bryant Woods South
Amherst, NY 14228
(716) 881-5222
FAX
www.upstateny.bbb.org

**Case #:** 8699403

**Consumer Info:**  Rodriguez, Estella

TX

@gmail.com

**Business Info:**   The Six Figure Program

Land O Lakes, FL

david@sixfigureprogram.com

**Date Filed:** 8/9/2011

**Nature of the Complaint:** Contract Issues

**Consumer's Original Complaint:**

I cancelled the $54.00 transaction (2 @ $27.00 a piece) within 24 hours of processing. The company offers a 90 day money back guarantee. When I send them an email requesting a refund, they say that I will be contacted within 24 hours re: the refund and then I receive no email. I request that my card ending in 3905 be credited back.

**Consumer's Desired Resolution:**

Credit to the card ending in 3905 for $54.00 honoring their onsite promise to honor a refund within 90 days.

**Business/Consumer Response & Rebuttals:**

**08/23/2011**
**Ms. Estella Christie Rodriguez**

**Respond to Complaint**

From: Christie Rodriguez [mailto███████gmail.com]
Sent: Sunday, August 21, 2011 1:35 PM
To: complaints@upstatenybbb.org
Subject: Re: You have a new message from the BBB

Thank you for your assistance.  My checking account has been credited for the two transactions of $27.00 which equals $54.00.  You may close the complaint.

Best regards,

Estella (Christie) Rodriguez

---

Better Business Bureau
Serving Upstate NY

100 Bryant Woods South
Amherst, NY 14228
(716) 881-5222
FAX
www.upstateny.bbb.org

**Case #:** 8709532

**Consumer Info:** Saltsman, Tom

███████████ OH ██████

████████@insight.rr.com

**Business Info:** The Six Figure Program

████████████
Land O Lakes, FL ██████
(800) 520-2224

**Date Filed:** 8/18/2011

**Nature of the Complaint:** Customer Service Issues

**Consumer's Original Complaint:**

I am not a newcomer to online home work: I was an owner of StoreOnLIne Site, I have built my very complicated site with a help of very good customer service.

I ordered an online Site and paid to Sixfigure Co. for a Work to Home online service which consists from two affiliated organizations:

1 .Hoister of my Site is Gater and

2. Owner of my Site: is SixFigure Co.

I found out that SixFigure is phony, because it does not functioning, it does not have proper help service: by email only, mostly they not respond for my questions, or respond very formal, like "found out it from our library". It does not have proper phone for contact, it does not have live chat. In spite the Gater is positive, I can't separate these two companies by result of their work and decide who is good and who is not. Basically, I have deal with Sixfigure Co. only. SixFigure Co.are skillfully hiding themselves behind Gater Hoister Co. Gator has A+ with BBB. SixFi gure Co. is not a BBB member, it is phony organization: it constantly sends you agitation letters how good is to have big money and how good is to drive BMW car. But there no one cent is coming to your site. It is impossible to create a proper site due to very poor customer service. That is why it is not possible to earn income using their phony site.

**Consumer's Desired Resolution:**

I wish they close their online activit yas a fraudulent one.