**Business/Consumer Response & Rebuttals:**

**10/26/2011**
**Ben Moskel**

Respond to Complaint

RE:  Tom Saltsman

This customer is barely literate so the nature of his complaint is vague.

However, it appears that he wants the BBB to shut down our business because you (the BBB) have given us an "F" rating.

This is correct. Your Tampa, Florida branch has given us an "F" rating.

We have attempted to correspond with the Tampa BBB branch. However, they have ignored all of our correspondence.

It would appear that the branch has defaulted on its duties.

He also indicates we "hide" behind "Gater Hoister Co."

We do recommend that our customers invest in a website if they intend on operating a web based business.

We also recommend Hostgator to host said website.

Hostgator is the most economical choice for web hosting.

We make it very clear to all customers that we do recommend Hostgator. That is also clearly spelled out in the material I sent to your Amherst BBB branch.

Please find responses to this customers remaining complaints below:

1.     Correct, we do not offer live chat.

2.     Our website editor is functional. This customer is one of the few who refuses to follow the operating instructions.

.     We provide over 40 videos that show a customer how to use their website. He obviously chose to ignore the video training.



Better Business Bureau
Serving Upstate NY

100 Bryant Woods South
Amherst, NY 14228
(716) 881-5222
FAX
www.upstateny.bbb.org

**Case #:** 8734748

**Consumer Info:**   Reed, Larry
███████████ MN ████
███████████
███████████@yahoo.com

**Business Info:**   Susan's Business Blog
███████████
Land O Lakes, FL ████

http://www.susansbusinessblog.com

**Date Filed:** 9/10/2011

**Nature of the Complaint:** Advertising Issues

**Consumer's Original Complaint:**

I would like to challenge the suspiciously-glowing tone of a "spam" e-mail, and related website, for a "work-from-home" business opportunity ("Starving College Student Breaks Free! Starts Making Over $4,000 a Month!"), with particular concern about the following points: *Whether this "starving college student" is an actual "flesh-and=blood" person. *Whether her account is authentic, sincere, and can be independently verified. *Whether the earnings claims can be considered typical for actual participants. *Whether the blog in question is a genuine, impartial such. *Potential appeal to vulnerable persons needing extra income, but cannot find work in the community due to circumstances outside their direct control (e.g., illness, disability, mental or emotional disorders, need to care for infants or elderly).

**Consumer's Desired Resolution:**

I would like to request an Advertising Review under the BBB Advertising Code, with especial emphasis on the Basic Principles and section 15 (Testimonials and Endorsements), the latter in regards to the supposed "blog" used to sell the scheme.

**Business/Consumer Response & Rebuttals:**

**10/26/2011**
**Ben Moskel**

**Respond to Complaint**

RE:  Larry Reed

This person is apparently challenging our advertising claims.

Please be advised we conduct a thorough fact finding investigation of all our customer testimonials. Our material has also been reviewed and fact checked by three attorneys for compliance.

---

**10/26/2011**
**Mr. Larry Ellis Reed**

I accept the business's response to resolve this complaint

[A default letter is provided here which indicates your acceptance of the business's response.  If you wish, you may update it before sending it.]

Better Business Bureau:

I have reviewed the response made by the business in reference to complaint ID 8734748, and find that this resolution is satisfactory to me.
And as a matter of fact, the original reason for the contact WAS to challenge the advertising claims, and the authenticity thereof.

Regards,

Larry Reed

---



Better Business Bureau
Serving Upstate NY

100 Bryant Woods South
Amherst, NY 14228
(716) 881-5222
FAX
www.upstateny.bbb.org

**Case #:** 8773894

**Consumer Info:**  Cauthen, Janice

OH

@yahoo.com

**Business Info:**  The Six Figure Program

Land O Lakes, FL
(800) 520-2224

**Date Filed:** 10/16/2011

**Nature of the Complaint:** Advertising Issues

**Consumer's Original Complaint:**

I recently purchased The Six Figure Program (10/8/11). After the purchase I was to register a domain name with Brain Host Web Hosting.

After registering, the six figure programwas to set up my website. When my website was built they were to contactme with information on how to set up my business. I am still waiting for this. I paid $14.00 which I used my Visa onlne. I have sent emails to the support line who responded that a representive witl get in touch with me. I heard from the support tem once asking for information that I've ready forwarded to them after getting my domain name. Then recently I received a email telling me that they were cancelling me and refunding my money.

When I asked why, took took an additional $16.90 out of my account without permission casuing my account to be - $1.25. I have a approxiatementy 20 emails from the owners, Ben Moskel and Dave Clabeaux with information on making money on a business that I don't have.

**Consumer's Desired Resolution:**

I want the $30.90 they took out of my account. The program was offered to me for $14.00, took an additional $16.90 out of my account without permission. I do not want them in my account again or I will file charges.

**Business/Consumer Response & Rebuttals:**

**10/18/2011**
**Handler**

Respond to Complaint
Below please find responses to the customer's concerns:

- The customer indicated we failed to build her website.
Please be advised that we did build her website on 10/10/11.
We included more than 6 pages of content, our SEO Engine, and
the social media plug ins she requested.

We could not publish her website to the Internet because the customer
gave us incorrect password information.

We asked the customer to provide us her password, but she did not respond.

- The customer indicated that we withdrew funds ($16.90) wihout her permission.
Please be advised that we do not have any product or service that cost $16.90.

The customer must be confused.

I can assure you that we did not make the withdrawal she alleges.

- The customer requests a refund.

Please be advised that we issued a full refund on 10/18/11. This is the first time
this customer has requested a refund.

Thank you.

---

**10/18/2011**
**Mrs. Janice Charlton Cauthen**

I accept the business's response to resolve this complaint

[A default letter is provided here which indicates your acceptance of the business's response.  If you wish, you
may update it before sending it.]

Better Business Bureau:

I have reviewed the response made by the business in reference to complaint ID 8773894, and find that this

resolution is satisfactory to me.

Regards,

Janice Cauthen

---



Better Business Bureau
Serving Upstate NY

100 Bryant Woods South
Amherst, NY 14228
(716) 881-5222
FAX
www.upstateny.bbb.org

**Case #:** 8813280

**Consumer Info:**  Elliott, Ricky

████████ **OR** ████

████████@yahoo.com

**Business Info:**  The Six Figure Program

████████

Land O Lakes, FL ████
(800) 520-2224

**Date Filed:** 11/18/2011

**Nature of the Complaint:** Advertising Issues

### Consumer's Original Complaint:
They lured me into their business for a low price of $27, then kept offering upgrades for over $200. Then, before I could generate any income for myself, I had to do several things like, obtain an domain name for $14.95 and a webmaster for $166.80; creating a website and obtaining traffic for my website for additional cost. My complaint is, they were not upfront with the total cost it would take to generate income, making me believe it would only cost $27.

### Consumer's Desired Resolution:
They need to change their policy to let everyone know from the beginning the total cost it will be to start generating revenue.

**Business/Consumer Response & Rebuttals:**

**11/22/2011**
**Handler**

Respond to Complaint
Thank you for your interest in the Six Figure Program.

You are correct. The Program is a one-time investment of $27.

You can use the Training Material as is - which includes a coaching call,
43+ training videos, MP3 downloads, The Online Entrepreneur book (96 pages),
lifetime support (email), and lifetime product updates.

You get all of this material for one time investment of $27. Currently we do not offer
any upgrades at checkout so you pay just $27.

Some of our customers who already own a hosted website will require
no further investment.

Others ask that we build their website for them. You need web hosting and
a domain name if you want to have a website.

We do not charge for web hosting. Web hosting is a separate company. You do
not pay us money for web hosting.

Generally customers who intend to run an Internet based business understand they
will need a website to operate that business.

The investment is quite low compared to an offline brick and mortar business. You can
host a website for as little as $8 - $10 per month.

Even though the website is optional - and we do not ask for any money for a website, we
make it clear that web hosting is optional and may be additional.

It is indicated on our home page - before checkout and also in our FAQ section.

Finally, most of our customers recoup any web hosting investment within days or weeks of
joining our program.

You can start making money almost immediately with the Claim Cash section. Checks are mailed
every Tuesday.

Some of our members are making between $50 per month and $15,000 per month.

Thank you for your question.

-Ben Moskel

---

**11/22/2011**
**Ricky Eugene Elliott**

I do not accept the response made by the business to resolve this complaint

Better Business Bureau:

I have reviewed the response made by the business in reference to complaint ID 8813280, and have determined that this does not resolve my complaint.  For your reference, details of the offer I reviewed appear below.

[To assist us in bringing this matter to a close, we would like to know your view on the matter.]

They have refunded me the $27 investment I paid them, but don't seem to understand my complaint.  Even though they only charge the one-time fee of $27, they need to make it clear to others the total cost to generate revenue.  Web Hosting from BrainHost.com is necessary, for one example, to create a website. which said they would only charge me $6.95 per month, but deducted 2 years in advance [$166.80].  Bottom-Line:  They need to be more honest and make clear the TOTAL cost that will come out of the pockets of their customers before taking their money!

Regards,

Ricky Elliott

---

**11/28/2011**
**Handler**

Respond to Complaint
Hi Ricky.

I understand your concern.

We are sorry you paid the $166 up front.

Brain Host does offer other less cumbersome options. Two years is the best value. However, there was also the one year
option which is less up front.

Also, we are not getting this money.

Remember too that the website we build for you would cost at least $5,000 if you hired a private development company.

We do appreciate your feedback.

Best of Luck,
Ben Moskel



Better Business Bureau
Serving Upstate NY

100 Bryant Woods South
Amherst, NY 14228
(716) 881-5222
FAX
www.upstateny.bbb.org

**Case #:** 8832826

**Consumer Info:**   Blickman, Birgitta

███████████████ CA ██████
███████████
███████@netzero.com

**Business Info:**   The Six Figure Program

Land O Lakes, FL ████
(800) 520-2224

**Date Filed:** 12/2/2011

**Nature of the Complaint:** Advertising Issues

**Consumer's Original Complaint:**

I received an email regarding Six Figure Programs. I visited thier web site and read the material as well as viewed several videos. It sounded great and then they sent me to a site that requested an initial nominal fee of $27.00. After payment they moved me to a site with a step by step process to ultimately receive a web site and direct training. Step 2 stated that I could not move forward without a domain name and that I must use Brain Host. I followed this instruction and immediately ran into a technical problem with Brain Host. They were at least available to speak to live over the phone, unlike Ben and Dave. Six Figure Program stated that Brain Host would confirm that I completed the establishment of my domain name but Brain Host stated that they would not do this and informed me that Six Figure Program was an affiliate of thier firm basically stating that my investment with them provided a kick back payment to Six Figure. Brain Host could not resolve the technical issue for several days and when they finally did they provided me with the information to forward to Six Figure Program. I forwarded the information via email and have not received any confirmation that they completed building my web site. I checked with BBB and discovered that they were also listed in Chicago and Florida where they received an "F" rating and several complaints. In New York they have a B rating. I called the customer service number and finally spoke with "Jeff" who was extremely unprofessional and rude. He could not help me but in fact wanted to get rid of me quickly. I called the customer service a few more times and when a person answered it was "Jeff" again. I asked questions and he could not answer them nor could he help me complete the process to actually received the training and work with my site as an affiliate marketer. He offered to cancel my account and refund my fee, which had been charged twice per my bank account. I informed him of the double charge and he stated a refund would be issued. It was recommended that I email their assistant "Jessica". I sent several emails and finally received a brief reply from "Jessica" that did not address any of my questions or offer any help to complete what was promised on thier web site. I continue to receive emails from them offering sell more and more training products. They have received personal information from me and a copy of my Brain host user and password information they stated was required in order for them to build my web site. I have hit a brick wall and I am extremely concerned that I have been scammed and that they have my personal information: bank card + home address + Brain Host account access information. I have spent hours

attempting to reach Dave and Ben as I feel they should step up and provide the help promised on thier site. At this point I believe they need to be investigated and shut down. Thier initial fee is nominal but considering the number of people who buy into their sales pitch they are making a lot of money using innocent people seeking a legitimate home business.

**Consumer's Desired Resolution:**

I would like my refund immediately including the double charge I found on my bank statement. I would like this company investigated and shut down as I am certain they are a scam. I want to make sure my personal and private information is removed from their system and protected.





**Case #:** 8847365

**Consumer Info:**   Ca

**Date Filed:** 12/14

**Nature of the Co**

**Consumer's Orig**
Nov 28, 2011, I purch
paid, oline, a web he
business. Brain Host
I needed to start w
message saying tha
wrong email addres
sent email after em
email from a person
stating that my prob
business day, still n
solution of how to,
rating with BBB, wh
do not know why it
running my website
than what I've recei

**Consumer's Des**
I would just like to
successful Affiliate
money to be refund

**Business/Consumer Response & Rebuttals:**

**12/09/2011**
**Handler**

**Respond to Complaint**
Hi Birgitta,

This is Ben Moskel.

I am sorry that you did not have a good experience with the Six Figure Program.

We will issue your refund immediately.

Best of Luck,
Ben Moskel

_____



Better Business Bureau
Serving Upstate NY

100 Bryant Woods South
Amherst, NY 14228
(716) 881-5222
FAX
www.upstateny.bbb.org

**Case #:** 8847365

**Consumer Info:**   Carter, Richard

            MI ▬▬▬

            ▬▬▬@yahoo.com

**Business Info:**   The Six Figure Program

            ▬▬▬

            Land O Lakes, FL ▬

            (800) 520-2224

**Date Filed:** 12/14/2011

**Nature of the Complaint:** Advertising Issues

**Consumer's Original Complaint:**

Nov 28, 2011, I purchased a membership, online, with Sixfigure Program to become an affiliate marketer. I also paid, oline, a web host, Brain Host, for a domain name to set up a website to run my affiliate marketing business. Brain Host contacted Sixfigure Program, the website was set up, it appeared that I received everything I needed to start working, when I attempted to publish the website per the instruction, I received an error video message saying that there was a problem publishing the website. The causes may have been, them receiving the wrong email address, and/or the wrong password that I received from Brain Host. Whatever the case may be, I sent email after email,with the correct email address and password, made calls and left messages. I received an email from a person, who seem genuinely concerned, still no real solution to my problem. I received emails stating that my problem was assigned to a representive and that I would hear back from them within one business day, still no solution. I get inspiring emails from Bob and Dave, support, and productonline, still no solution of how to, or what the error may be to correct this problem. It has now been two weeks. I checked their rating with BBB, which was a "C", and assume that they are legit, they don't want to be considered a scam, I just do not know why it is taking them so long to contact me with an answer to get published so that I can start running my website. I'm not so much angry as I am frustrated, I expected more professionalism and support than what I've received so far.

**Consumer's Desired Resolution:**

I would just like to solve this problem, get my website up and running, and start a home-based business as a successful Affiliate Marketer, if The Sixfigure Program is unable to solve this problem, then I would like my money to be refunded. Thank you for your time and efforts.

**Business/Consumer Response & Rebuttals:**

**12/20/2011**
**Handler**

**Respond to Complaint**
My assistant has been trying to resolve this website issue.

She sent Richard an email on December 6, 7, and 16th requesting his website username.

We must have that to fix this website.

Without his username we cannot fix it.

Richard has not responded to my assistant.

Our hands are tied until Richard gives us the username.

He could have done that 10X over and already started making money in the time he spent filing this complaint with the BBB.

Thank you,
Ben Moskel

**BBB**
bbb.org

Better Business Bureau
Serving Upstate NY

100 Bryant Woods South
Amherst, NY 14228
(716) 881-5222
FAX
www.upstateny.bbb.org

**Case #:** 8855473

**Consumer Info:**   Gentile, Jon

▮▮▮▮▮ ID ▮▮▮▮▮
▮▮▮▮▮
▮▮▮▮@live.com

**Business Info:**   The Six Figure Program
▮▮▮▮▮
Land O Lakes, FL ▮▮▮
(800) 520-2224

**Date Filed:** 12/22/2011

**Nature of the Complaint:** Refund / Exchange Issues

**Consumer's Original Complaint:**

Sent them an email to first find out if they were going to build my first website. Received an auto-responder email saying they would get back to me within 24 hours - no contact from them. Also noticed that the web hosting company they recommended was charging for domain name registration. Basically, since I've never got a response back from them specifying if they were still going to build my first web site I requested a refund of the $27.00 that I paid back in September. The refund request was done within the 90 days they specified. To the best of my knowledge I have not heard back from them from the refund request either. Before I go and spend money on web hosting and domain registration I wanted assurance that they were still committed on building my first website so I'm requesting my full refund. The only acceptable communication to them is by email. I wonder how old their training videos are since the web hosting specials they advertised went up in price. I think that they are receiving commissions when an affiliate signs up with the web hosting company they recommended.

**Consumer's Desired Resolution:**

If they're not willing to build my first site and give me assurance that they will, I want my money back.

**Business/Consumer Response & Rebuttals:**

**12/22/2011**
**Handler**

**Respond to Complaint**
Hi Jon,

This is Ben Moskel.

I see you filed a complaint with the BBB.

This is disappointing.

We are always available to help you. I looked through all our
customer service records and do not see any request from you.

Our staff is building websites 24/7. I am sorry that yours did not get built.

There was some error in communication. This was probably our fault. My apologies.

We did not intend to exclude you. It was certainly a mistake.

In any event, I initiated your refund. This program is probably not for you
if you are so quick to file complaints.

Best of luck,

Ben Moskel

**Better Business Bureau**
**Serving Upstate NY**

100 Bryant Woods South
Amherst, NY 14228
(716) 881-5222
FAX
www.upstateny.bbb.org

**Case #:** 8873627

| **Consumer Info:** | | **Business Info:** | |
|---|---|---|---|
| Stork, William (Bill) | | The Six Figure Program | |
| ██ IL ██ | | Land O Lakes, FL ██ | |
| ██ @drycleandesign.com | | (800) 520-2224 | |

**Date Filed:** 1/9/2012

**Nature of the Complaint:** Contract Issues

**Consumer's Original Complaint:**

In late October, 2011, I entered an agreement via internet with 6 Figure Program. It was offered with a 60 day money back satisfaction guarantee. When I later found that it would cost $1,000 up front to gain access to their mentoring program through another company, I decided to ask for my money back. I did so on Nov. 1 and again on Nov.9. They claim that they have either refunded or never charged my credit cards. I have disputed a $27 charge on one card and two $97 charges on another. 6 Figure been notified of my intent to do so as well as my intent to contact you. I have offered to copy them my credit card statements as proof that they are wrong, but they have only insisted that they are right. Most communications have been via email. I have copies of all of them. I am sure that by now they consider me a burr under their saddle.

A further note of explanation is in order. Originally I approved two $27 charges, which they did refund on my request. They also advised me that the mentoring service was available, but this information came only after the second of the two $27 charges was refunded. To avail myself of the mentoring service, I needed to be a member, so on the same date as the second refund, I approved another $27 charge to get reinstated I realized my need for mentoring. This third $27 is apparently the source of their confusion. This is the only phone conversation that I remember, and they called me. So I do not have a phone number to call them. When I found that the mentoring service wanted $1000 up front, I backed out entirely and asked for the last $27 back. They think they gave it back, but they must be looking no further than the original two $27 charges that they did return.

Lastly, the two $97 charges. In the midst of all this, I signed up for a different program with 6 Figure that did not require expensive mentoring. Due to recurring health issues, I cannot go forward with this either and offered to return their info packet unopened and asked them to refund the first $97. They explained that the packet was free and that no $97 would be charged. Wrong again! The first $97 appeared on my December statement and the second $97 has been posted on the January statement. I have disputed both with my Credit Card company.

I stop short of calling them dishonest or a scam, but at the very least, their operation is shoddy. Please let me know if you need any further information.

**Consumer's Desired Resolution:**

There is no way I can expect to be reimbursed for the hours wasted on this. You carry a bigger hammer than I do, so please let it fall where it will do the most good for others like me.

**Business/Consumer Response & Rebuttals:**

**01/12/2012**
**Handler**

**Respond to Complaint**
Hi Bill,

This is Ben Moskel.

I am sorry this Program did not work out for you.

All refunds have been issued - even though you already filed charge backs.

The two $97 charges were for a product you acknowledge receiving.

Normally you must return a product to receive a refund, but we issued it in any event.

You may keep the product in the event your health improves and you are able to pursue at a later date.

I wish you the best of luck and apologize this did not work out for us.

-Ben Moskel

---

**01/17/2012**
**Mr. William (Bill) Valentine Stork Jr.**

I accept the business's response to resolve this complaint

[A default letter is provided here which indicates your acceptance of the business's response.  If you wish, you may update it before sending it.]

Better Business Bureau:

I have reviewed the response made by the business in reference to complaint ID 8873627, and find that this resolution is satisfactory to me.

BBB:

As of this morning, both credit card companies involved in my dispute with Six Figure Program have received credits from Six figure. My dispute has been settled and you can close the case. Thanks for your help.

**Bill Stork**

**Regards,**

**William (bill) Stork**



Better Business Bureau
Serving Upstate NY

100 Bryant Woods South
Amherst, NY 14228
(716) 881-5222
FAX
www.upstateny.bbb.org

**Case #:** 8878926

**Consumer Info:**    Davis, James
███████████ CA ██████
███████████
███████@cox.net

**Business Info:**    The Six Figure Program
████████████████
Land O Lakes, FL ██████
(800) 520-2224

**Date Filed:** 1/12/2012

**Nature of the Complaint:** Customer Service Issues

**Consumer's Original Complaint:**
I have tried to explain to this company, that no part of our agreement as advertised, has been honored. I asked the person who answered the phone to transfer me to the service department. The person refused to say another word and did not resdpond at all. After a short silence, disconnected my call. No one will answer the service line nor return calls upon request.

**Consumer's Desired Resolution:**
And to have ALL monies deducted from my checking account in monthly charges from 08-03-2011 thru o1-2012, returned to my accounts.

**Business/Consumer Response & Rebuttals:**

**01/13/2012**
**Handler**

**Respond to Complaint**
Hi James,

Sorry to hear you had trouble with the service department.

This is Ben Moskel.

Your refunds have been initiated.

I wish you the best of luck.

-Ben Moskel

---

**BBB.**
bbb.org

Better Business Bureau
Serving Upstate NY

100 Bryant Woods South
Amherst, NY 14228
(716) 881-5222
FAX
www.upstateny.bbb.org

**Case #:** 8884060

**Consumer Info:**   GRANGER, JOHN

███████ MO █████

███████ @GMAIL.COM

**Business Info:**   The Six Figure Program

Land O Lakes, FL █████
(800) 520-2224

**Date Filed:** 1/17/2012

**Nature of the Complaint:** Service Issues

**Consumer's Original Complaint:**
They sell a pitch sales and e-mail we received from them before we gave them our credit information for our
credit card. They charged us 3 payments of $27.00 =$81.00 on our credit card. Conveniently afterwards they
would not answer no phone calls, the E-mail they sent us on Saturday evening mentioned they had 1 business
day they would contact us, today is Tuesday still no correspondence from them. We had until Sunday evening to
get help from them with our website and Domain name still no word through contact with me by phone or any
other E-mails. We are suppose to get DVD's to help me. Another friend did research and identified them
scamming they have several locations for addresses such as Boca Raton FL, New York, Calif.

**Consumer's Desired Resolution:**
I just want my money refunded of $81.00 and I cancelled my card so they dont have access to any more money
ASAP.

**Business/Consumer Response & Rebuttals:**

**01/18/2012**
**Handler**

**Respond to Complaint**
Hi John,

This is Ben Moskel.

Please accept my apologies. It seems like you've had a bad experience.

First things first, we issued your refund.

I have no idea why it was charged 3X. It should have been a single charge of $27.

On occasion if you reload your browser at checkout it will charge your card again which might be the case here.

In any event, we have issued your refund.

We also provide email support. Our representatives respond within 24 business hours. Since Monday was a holiday, there was a delay in response time.

Finally, you asked about the training material.
You can access it here:

http://sixfigureprogram.com/trainingcenter.htm

Feel free to browse at your convenience. Even though we issued your refund for the product, you may enjoy this complimentary - on us for your troubles.

Best of luck,
Ben Moskel

**BBB**
bbb.org

Better Business Bureau
Serving Upstate NY

100 Bryant Woods South
Amherst, NY 14228
(716) 881-5222
FAX
www.upstateny.bbb.org

**Case #: 8900482**

**Consumer Info:**  Owens, Tyreka

SC

@gmail.com

**Business Info:**  The Six Figure Program

Land O Lakes, FL
(800) 520-2224

**Date Filed:** 1/31/2012

**Nature of the Complaint:** Advertising Issues

**Consumer's Original Complaint:**
I ordered the Six Figure Program, upon seeing that it cost $27 as stated. Once I signed up for the program I saw that there was a fee required (over $100) to connect with a web hosting site called Brain Host. I already have a web site and would not have purchased this program had I known that there were hidden fees. Also, they do not have any kind of LIVE or (PERSONAL) customer service just automated emails and voicemails. Before I signed up, I recieved up to 6 emails in a day about the program, once I signed up and realized, that same day that I did not want the service, I attempted to email them and since then I have not recieved any responses other than their automated 'someone will get back with you".

I should've researched it a bit more before signing up, however on the site you can view anything really UNTIL you sign up. Ironically, even AFTER I paid, I couldn't go back to the website, other than the original "pay here " site. I have no login/password to view any of the information.
This is a SCAM!!

**Consumer's Desired Resolution:**
I would like to be reimbursed for my time and the money I spent.

**Business/Consumer Response & Rebuttals:**

**02/02/2012**
**Handler**

Respond to Complaint
Hi Tyreka,

This is Ben Moskel.

I am truly sorry you had a negative experience with us.

Your refund has been issued. Please allow 3-5 days for it to show on your bank or credit card statement.

We wish you the best of luck.

-Ben Moskel

---

**BBB.**
bbb.org

Better Business Bureau
Serving Upstate NY

100 Bryant Woods South
Amherst, NY 14228
(716) 881-5222
FAX
www.upstateny.bbb.org

**Case #:** 8923109

**Consumer Info:** brown, Tammu

▆▆▆▆ CA ▆▆▆▆

▆▆▆▆@gmail.com

**Business Info:** The Six Figure Program

Land O Lakes, FL ▆
(800) 520-2224

**Date Filed:** 2/17/2012

**Nature of the Complaint:** Advertising Issues

**Consumer's Original Complaint:**
On February 2, 2012 I purchase a website from Ben Moskel and partner Dave along with a Consultant certification course, in the amount of 1,495.00, the website didn't work, I got knocked off of google because website was incorrectly formatted, They charged my credit card several times totally 1,495.00, there was never a consultant class online, I asked these guys several times to refund my money back and they refused and denied any of the transactions took place. They suppose to have an assistant name Jessica, who I was told to receive my refund from and for me to email her, so I emailed Jessica on 2/3/2012-2/17/2012 and I received no replies.

**Consumer's Desired Resolution:**
Contact these guys and put a stop to their crooked, deceiving behavior to hard working citizens who do not deserves this. There is a blog on the internet about these crooks, thousands have been ripped off, please help. Requesting a refund credited back to everyones creditcard immediately. Thank you.

**Business/Consumer Response & Rebuttals:**

**02/17/2012**
**Handler**

**Respond to Complaint**
I've spoken to Tammu Brown via telephone today (2/17/12).

Her name was not added to our list of registrants - which is why she received no updates on the course.

We have resolved the issues and issued refunds for all products purchased.

-Ben Moskel
▮▮▮▮▮▮▮▮▮gmail.com

---

**02/17/2012**
**Ms. Tammu brown**

I do not accept the response made by the business to resolve this complaint

Better Business Bureau:

I have reviewed the response made by the business in reference to complaint ID 8923109, and have determined that this does not resolve my complaint.  For your reference, details of the offer I reviewed appear below.

[To assist us in bringing this matter to a close, we would like to know your view on the matter.] I would be more satisfied when I see the actual refund credited back on my credit card then I can accept their response and apology.

Regards,

Tammu Brown

---

**02/17/2012**
**Handler**

**Respond to Complaint**
We issued all the refunds.

thanks,
Ben



Better Business Bureau
Serving Upstate NY

100 Bryant Woods South
Amherst, NY 14228
(716) 881-5222
FAX
www.upstateny.bbb.org

**Case #:** 8923958

**Consumer Info:** Pearl, Joy

OH

@yahoo.com

**Business Info:** The Six Figure Program

Land O Lakes, FL
(800) 520-2224

**Date Filed:** 2/17/2012

**Nature of the Complaint:** Advertising Issues

**Consumer's Original Complaint:**

First let me say, I believe this Six Figure Program to have been such a misrepresentation (in more than one way) in that initially it was advertised as being a program of simplicity, easy to follow with unlimited support whenever needed, and at little startup cost to me as the consumer... not educating the consumer of all the many other costs & steps associated with the process, making it not one of simplicity and ease as was initially promised. I still decided in spite of that initial misrepresentation that I'd give it a try (which was a mistake, I should have gone with my first mind to not go forth when a small piece of the bigger puzzle to come was realized). The biggest misrepresentation for me is how it is advertised and communicated over and over again how easy it is to get support when needed through the process and how one can contact them directly and they'll "hold your hand" throught the process, but I have found this to be a joke. I have contacted customer support more than once since joining the program about a week or so (today is the 17th) and have received little help at best. Today was the straw that broke the camel's back for me. I was trying to update some information for the website & publish it with the changes made (as was indicated was available in the website editor) but was unable to do so. After several attempts, I sent in an email to Jessica@sixfigureprogram.com as was advised on their "help" page to do regarding the problem I was having, and received a response the next day regarding the matter advising I call them at 866-448-4593 in order for them to assist me with my problem over the phone. Upon calling, I first got a very dry rep named Daisy who didnt even answer the phone with any type of greeting. She simply answered the phone "hello". I initially thought I'd called the wrong #, but I started to explain why I was calling & she then started asking for certain information from me to identify me. After providing several identifying forms of information, she then said she couldn't find me in their system and referred me to email Jessica@sixfigureprogram.com. I advised her I'd already done this & that the response I received after emailing her is why I was calling. She basically kept repeating how she couldn't help me. After getting no where with this rep, I asked for a supervisor or manager to discuss the matter further. A Jessica S. then came on the line who said she was a supervisor and that her ext is 5004 (aftter the 866-448-4593 number). She was worse than the rep was with regards to providing customer service. She was rude, talked over me, and basically kept telling me there was nothing they could do, that I'd have to email Jessica. I reiterated SEVERAL times that I'd already done

that & that the reason I was calling was because of the email response received as a result of my email to her. She then said how that email I received was not from them & was basically blowing me off. I couldnt believe how rude she was & how she seemed to not have a care in the world that I needed assistance. I think after spending close to $600 dollars on a venture that started off as a misrepresentation, and that I now cannot even get assistance with, that just did it for me. If I cannot get assistance through this puzzle of a process, than I am uninterested in the product altogether and I consider this to be a grave case of false advertising.

**Consumer's Desired Resolution:**

I am requesting a refund back onto my visa cc of the monies spent with The Six Figure Program and any of its affiliatesin this process. I purchased this program around 2/8/12 (for $27), but due to problems with my internet (which was fixed 2/11/12) didn't go to setup anything til 2/12/12 which is when I realized that there were many additional charges needed in order for the program to work (none of which were initially revealed with the advertising of the program, $517.55 from BrainHost and $49.95 from clickbank, both part of the process of the program), yet was required to fully access and do any type of business with. I set up the website with dummy info just to see if/how it would work. But when I was ready to put the information that I wanted to use for the purpose of my business, I was unable to do so and was unable to get any support or assistance. I was met with rude reps, and pushback. I was basically told "oh well" in so many words. There was no desire to assist me with my needs. I am big on customer support/relations being as this is the field I am currently employed in, and this latest experience just further validated my concerns of this not being a legitimate venture. Considering it had only been a week at best since these purchases were made that have been of no benefit to me considering I was never even able to get the proper support needed to implement them, I am requesting a full refund. It's not like I setup everything that was needed successfully, but over the course of time just never got a return or profit from it & I just want my money back, it has literally been a week (give or take a day) since I purchased this program and I'm not even able to get it up and running functionally & the much advertised customer support is non existent.

**Business/Consumer Response & Rebuttals:**

**02/22/2012**
**Handler**

**Respond to Complaint**
Hi Joy,

This is Ben Moskel.

Let me first apologize for the experience you had with our company.

I am very sorry that happened to you. You deserve better than that.

Second, we issued you a full refund of $41. (The initial $27 plus the $14 prosperity finder.)

I realize you invested additional money in the form of web hosting and such. Please contact
Brain Host to receive that refund if you want to cancel your website. Brain Host is a separate
company from us - and they do provide a 30 day money back guarantee.

Finally, thank you for bringing this matter to my attention. We would like our customers
to have a good experience with us and are sorry to see that this is going on.

With your help I can now address the problems we may have overlooked in our support department.

I wish you the best of luck with your business ventures.

-Ben Moskel



Better Business Bureau
Serving Upstate NY

100 Bryant Woods South
Amherst, NY 14228
(716) 881-5222
FAX
www.upstateny.bbb.org

**Case #:** 8924304

| | |
|---|---|
| **Consumer Info:** Young, Scott | **Business Info:** The Six Figure Program |
| ▇▇▇ NC ▇▇▇ | Land O Lakes, FL ▇ |
| ▇▇▇@yahoo.com | (800) 520-2224 |

**Date Filed:** 2/18/2012

**Nature of the Complaint:** Advertising Issues

**Consumer's Original Complaint:**
I received an email that this was a legit company and to get started all i had to do was enter my debit card information and let it be approved that i would not be charged anythng. and it charged my card 27.00 US Dollars. These people are apparently just a scam group ripping people of ad i demend they be shut down if they really do exist

**Consumer's Desired Resolution:**
I want my 27.00 US Dollars back and then i never want to be contacted by these people again. If i am contacted by them they will see me in court

**Business/Consumer Response & Rebuttals:**

**02/22/2012**
**Handler**

**Respond to Complaint**
Hi Scott,

This is Ben Moskel.

So sorry this didn't work out.

Our company has issued an immediately refund.

I apologize that you had a bad experience.

In the future please be advised that our product is $27.00.

It is a one time investment. I went back and listened to our call center
recordings and did not find where any of our agents indicates it is a free product.

Also, see our website where we clearly indicate the product does cost money.

Thank you and best wishes.

-Ben Moskel

---

**02/22/2012**
**Mr. Scott McKinley Young**

I accept the business's response to resolve this complaint

[A default letter is provided here which indicates your acceptance of the business's response.  If you wish, you
may update it before sending it.]

Better Business Bureau:

I have reviewed the response made by the business in reference to complaint ID 8924304, and find that this
resolution is satisfactory to me.  Where do i need to provide my Credit Card information that i entered on the
ewbsite cause i chose for it not to remember my information and i need to know if they need that info to
process my refund. Please let me know so i can provide this information if needed. thanks

Regards,

**Scott Young**



Better Business Bureau
Serving Upstate NY

100 Bryant Woods South
Amherst, NY 14228
(716) 881-5222
FAX
www.upstateny.bbb.org

**Case #:** 8925178

**Consumer Info:**   Silva, Catherine
⬛⬛⬛⬛⬛ NY ⬛⬛⬛
⬛⬛⬛@verizon.net

**Business Info:**   The Six Figure Program
⬛⬛⬛⬛⬛
Land O Lakes, FL ⬛⬛⬛

sixfigureprogram.com

**Date Filed:** 2/19/2012

**Nature of the Complaint:** Refund / Exchange Issues

**Consumer's Original Complaint:**
company has bad customer service skills They don't care about their clients

**Consumer's Desired Resolution:**
I want a Refund my debit card was charged for a product i don't want. The company charged me for the second part of a program. They want me to send back the products. The issue is this I never received the products . So they have my money and the product i have sent them several emails i stated this in the emails that i don't have the product yet they say that i need to return the item before i can get my money back . Now they are ignoring my emails .I am an honest person

**Business/Consumer Response & Rebuttals:**

**02/22/2012**
**Handler**

**Respond to Complaint**
Hello,

We issued refunds to this customer for any and all purchases.

We are sorry that you did not receive the materials.

Our products are shipped from Rochester, NY via US Mail.

We realize that on occasion they fail to be delivered. We deeply
regret this happened to you.

I wish you the best of luck in your business ventures.

-Ben Moskel

---

**02/22/2012**
**Mr. Catherine Silva**

I do not accept the response made by the business to resolve this complaint

Better Business Bureau:

I have reviewed the response made by the business in reference to complaint ID 8925178, and have determined
that this does not resolve my complaint.  For your reference, details of the offer I reviewed appear below.

[To assist us in bringing this matter to a close, we would like to know your view on the matter.]

Regards,

Catherine Silva

The Business has stated that a refund was issued i  checked with my bank  there has been no refund credited to
my account I want them to provide a DATE !!
When they say  they  issued one   So far there is no proof of this..

---

**02/23/2012**
**Handler**

**Respond to Complaint**
Hi Catherine,

I understand your concern about your refund.

Rest assured we processed your refund.

We have no interest in "scamming" you or anyone else.

However, refunds are not immediate.

It takes your bank or credit card company 3-5 business days to
place the funds back into your account.

We wish it was quicker, but the way banks do business is completely beyond our control.

Attached is proof that we did indeed issue your refund.

Best of luck to you,
Ben Moskel



Better Business Bureau
Serving Upstate NY

100 Bryant Woods South
Amherst, NY 14228
(716) 881-5222
FAX
www.upstateny.bbb.org

**Case #:** 8947513

**Consumer Info:** prestridge, shawna

▇▇▇▇▇▇ OR ▇▇▇▇▇
▇▇▇▇▇▇▇
▇▇▇▇▇▇▇@gmail.com

**Business Info:** The Six Figure Program

Land O Lakes, FL ▇
(800) 520-2224

**Date Filed:** 3/8/2012

**Nature of the Complaint:** Advertising Issues

**Consumer's Original Complaint:**
I purchased the six figure program for for the 27.00$ an was told they would build the website for free ….its not free an dont have the money for it . i have sent them emails explaining i dont have the money for the website an want a refund of my money an have yet to get a response .

**Consumer's Desired Resolution:**
REFUND MY MONEY

**Business/Consumer Response & Rebuttals:**

**03/12/2012**
**Handler**

Respond to Complaint
Hello,

This is Ben Moskel.

I am sorry you had a bad experience and misunderstood the offer.

We have issued a total refund to you.

I wish you the best of luck.

-Ben Moskel



Better Business Bureau
Serving Upstate NY

100 Bryant Woods South
Amherst, NY 14228
(716) 881-5222
FAX
www.upstateny.bbb.org

**Case #:** 8947949

**Consumer Info:**   Hammon, Connie

▉▉▉ ID ▉▉▉

▉▉▉▉▉@yahoo.com

**Business Info:**   The Six Figure Program

Land O Lakes, FL ▉▉▉▉
(800) 520-2224

**Date Filed:** 3/8/2012

**Nature of the Complaint:** Guarantee Or Warranty Issues

**Consumer's Original Complaint:**
I signed up for this program a week ago, and since then I have found that it seems to be a scam. I have tried contacting the company by phone, and all I get is a recording telling me to leave my name and number, and the next available rep. will call me back. This was two days ago. I've tried emailing them back, and yet no response.

**Consumer's Desired Resolution:**
I just want my 100% money back guarentee of $27.00 credited back to my account.

**Business/Consumer Response & Rebuttals:**

**03/12/2012**
**Handler**

**Respond to Complaint**
Hi Connie,

This is Ben Moskel.

Sorry you had a bad experience.

We have issued your full refund.

I tried to respond to your question - but don't see an actual question.

You only call us a "scam" so it is difficult to address that.

I wish you the best of luck with your business pursuits.

-Ben Moskel

_____

Better Business Bureau
Serving Upstate NY

100 Bryant Woods South
Amherst, NY 14228
(716) 881-5222
FAX
www.upstateny.bbb.org

**BBB.**
bbb.org

**Case #:** 8949648

**Consumer Info:** Ponafala, Pua

███████ MD ████

████████@gmail.com

**Business Info:** The Six Figure Program

Land O Lakes, FL ████
(800) 520-2224

**Date Filed:** 3/9/2012

**Nature of the Complaint:** Advertising Issues

**Consumer's Original Complaint:**

Regretfully I stumble upon this program and I ordered the program and I wish I had come to this site to investigate this people before I order it, because from what I've read through all the complaint, it is exactly what happened to me. The Six Figure Program, upon seeing that it cost $27 as stated. Once I signed up for the program I saw that there was a fee required (over $149.00) to connect with a web hosting site called Host Gator and paid the fee for 12 month. I already have a web site and would not have purchased this program had I known that there were hidden fees. Also, they do not have any kind of LIVE or (PERSONAL) customer service just automated emails and voicemails. I've been responding to all the emails that were sent to me and I keep asking when will my so call Web site be ready, there response. We received your request and is has been assigned to a Representative and will response within a business day. waited and response to another of Mr. Ben Moskel or Dave ***** and it was the same response all the time. I'm an unemployed person wasting my money to type of scam these type of people do, this is not right for anybody to taking advantage off by these no hearted people like Mr. Moskel & Dave Clabeaus, I've wasted my last resort of income and don't know what to do. Before I signed up, I recieved up to 6 emails in a day about the program, once I signed up and realized, that same day that I did not want the service, I attempted to email them and since then I have not recieved any responses other than their automated 'someone will get back with you". I should've researched it a bit more before signing up, however on the site you can view anything really UNTIL you sign up. Ironically, even AFTER I paid, I couldn't go back to the website, other than the original "pay here " site. I have no login/password to view any of the information. This is a SCAM!!

**Consumer's Desired Resolution:**

I wish that your Organization can do something about these type people who rob hard working people out there and put the end to their SCAM. I recommend to catch them and put them in jail and throw away the key so that they won't hurt anybody else out there working to better themselves.

**Business/Consumer Response & Rebuttals:**

**03/12/2012**
**Handler**

**Respond to Complaint**
Hi Pua,

Sorry to hear you had a bad experience.

We have issued you a full refund.

We are not Host Gator so you will need to contact Host Gator for a
refund from Host Gator.
I wish you the best of luck in your business pursuits.

-Ben Moskel



Better Business Bureau
Serving Upstate NY

100 Bryant Woods South
Amherst, NY 14228
(716) 881-5222
FAX
www.upstateny.bbb.org

**Case #:** 8955415

**Consumer Info:**   Oden, Felicia

▓▓▓▓ TN ▓▓▓

▓▓▓▓@hotmail.com

**Business Info:**   The Six Figure Program

Land O Lakes, FL ▓

www.ben@sixfigureprogram.com

**Date Filed:** 3/14/2012

**Nature of the Complaint:** Guarantee Or Warranty Issues

**Consumer's Original Complaint:**
I recently ordered the six figure program and found out that you also need money for web hosting, and I currently do not have money to put into that and I have been trying to get a refund and all I get is an automated message and an email which states that a representative will get back to me in one day, no one has done anything and I just want my money refunded.

**Consumer's Desired Resolution:**
I want my 27.00 refunded back to account

**Business/Consumer Response & Rebuttals:**

**03/21/2012**
**Handler**

Respond to Complaint
Hi Felicia,

This is Ben Moskel.

I am sorry to hear that this did not work
out for you.

We have issued your refund for $27.

Please give your bank about 3-5 days to
issue the credit.

Thanks - and best of luck to you.

-Ben Moskel

---



Better Business Bureau
Serving Upstate NY

100 Bryant Woods South
Amherst, NY 14228
(716) 881-5222
FAX
www.upstateny.bbb.org

**Case #:** 8967948

**Consumer Info:**    Bracci, Donald

███████████ NY ███████

████████████@gmail.com

**Business Info:**    The Six Figure Program

Land O Lakes, FL███████
(800) 520-2224

**Date Filed:** 3/22/2012

**Nature of the Complaint:** Advertising Issues

**Consumer's Original Complaint:**
Purchased this program for $27.00 and then found out that the program would then cost another 100 and twenty something for web hosting, if this company is so successful and they want to see people succeed then they should pay for the whole start up cost with the option of the buyer in this case me the option to pay back once you start making money, Tried several attempts to reach Ben or dave by the provided email and I get no response, tried to call the 800 number and get a machine every time.

**Consumer's Desired Resolution:**
Issue me a full refund or Ben or Dave call me directly to tell me my options and if you would help out with the start up cost. I am a struggling father to make ends meat and pay my bills, but you make your system should like its a god send. Please help or issue me a full refund in which I paid for.

**Business/Consumer Response & Rebuttals:**

**03/23/2012**
**Handler**

**Respond to Complaint**
Hey Donald,

This is Ben Moskel.

I understand where you are coming from.

I also wanted to let you know we issued your full refund. I'm sorry this didn't work out for you.

As far as the website, Brain Host is the best service we found based upon trying out all kinds of website companies.

Having web hosting is the only way to get a website on the Internet - believe me I wish there was another way :)

In any event, I wish you the best of luck in your business pursuits.

-Ben
P.S. I see you are from Hornell. I used to do work at the Worker's Comp Board there and get sandwiches at the Subway there - nice place!

**Better Business Bureau**
Serving Upstate NY

100 Bryant Woods South
Amherst, NY 14228
(716) 881-5222
FAX
www.upstateny.bbb.org

**BBB.**
bbb.org

**Case #:** 9010669

| **Consumer Info:** | Dawson, Deborah | **Business Info:** | The Six Figure Program |
|---|---|---|---|
| | ████ MI ██ | | ████████ |
| | ████ ██ | | Land O Lakes, FL ██ |
| | ████ @yahoo.com | | |
| | | | www.sixfigureprogram.com |

**Date Filed:** 4/28/2012

**Nature of the Complaint:** Refund / Exchange Issues

**Consumer's Original Complaint:**
On April 14, 2012, I signed up online with The Six Figure Program (Affiliated Marketing). I felt comfortable doing so due to the 24 to 48 hour guarantee that my website would be built. Plus the guarantee of support from Ben Moskel & Dave Clabeaux or a representative from their company. I completed a survey which would allow a coach for guidance. I phoned the coach on the 14th and have never heard from them. Also my website has never been built. I have emailed Ben Moskel daily for almost the entire 2 weeks since I signed up asking for a full refund of $371.15. All I received back is a generic response stating that someone will contact me with 24 hours - I have had zero calls from The Six Figure Program. I have also left a message with customer service - no response (800-743-8533). The only people I have heard from are representatives from Prosper whom wanted more money so "my website would get quicker response". I do not know what's going on with Mr. Moskel & Mr. Clabeaux but their company does provide the service or product as stated on their website. ALL I WANT IS FOR THEM TO GIVE ME BACK MY MONEY $371.15.Thank you,Deborah Dawson

**Consumer's Desired Resolution:**
Full Refund of $371.15.Also for Mr. Moskel & Mr. Clabeaux to be honest with people.

**Business/Consumer Response & Rebuttals:**

**05/02/2012**
**Handler**

**Respond to Complaint**
Hi Deborah,

This is Ben Moskel.

I'm sorry you were frustrated with your experience.

First things first. We issued you a refund. (The refund details are attached.)

You should see this reflected in your bank/credit card statement within 48 hours or so.

Second, the refund amount is for $27.

You indicated $300+. However, you invested $27 with us. Perhaps you are referring to web hosting or a purchase with some other company other than us?

As stated in the 20+ minute training video, we are not a web hosting company. We only require a one-time payment of $27.

If you invested in a website, then please contact that hosting company for a refund. We are not that company as stated in the 20+ minute training video.

I just want to make sure that is clear:

We are not a web hosting company. That is a separate company.

I hope this helps you understand the difference.

In the training video you watched which is video one it indicated that you could invest in web hosting but that it is a separate company.

We only have a purchase of $27 on file with you. We never accepted any additional funds other than the one time payment of $27.

Does that make sense?

I'm sorry you were frustrated with your experience.

Our support staff is working 6 days a week. We answer all inquiries within 24 hours - currently it is less than 12.

Among other staff, we have our associate Jessica. She works Monday - Friday - and sometimes Saturday with students
who have questions. She is very familiar with the program and helps anybody who has questions.

It looks like you called a number rather than send an email. Also, we listed a different phone number on our home page.

It doesn't look like you tried emailing us.

We provided these to you via email and in your purchase receipt but I guess it wasn't clear.

I wish you the best of luck with your future business ventures.

-Ben Moskel

---

05/02/2012
Mr. Deborah Morgan Dawson

I accept the business's response to resolve this complaint

[A default letter is provided here which indicates your acceptance of the business's response.  If you wish, you may update it before sending it.]

Better Business Bureau:

I have reviewed the response made by the business in reference to complaint ID 9010669, and find that this resolution is satisfactory to me.
See below comment.

Regards,

Deborah Dawson

The only additional comment I have is to Mr. Moskel. I emailed you personally for almost 2 weeks so please do not state that there was no emails. Also your company NEVER responded to emails or phone messages. Fortunately for me, I have gotten a refund from the nice folks at Brain Host.

---

Better Business Bureau
Serving Upstate NY

100 Bryant Woods South
Amherst, NY 14228
(716) 881-5222
FAX
www.upstateny.bbb.org

**Case #:** 9017104

**Consumer Info:**   DiPasquale, Samantha

                 NY

                   @yahoo.com

**Business Info:**   The Six Figure Program

Land O Lakes, FL
(800) 520-2224

**Date Filed:** 5/2/2012

**Nature of the Complaint:** Refund / Exchange Issues

**Consumer's Original Complaint:**

I purchased the six figure program after listening to dave & ben (if that is their real names)..thinking I could maybe do this as a part time thing. I am a stay at home mother of 3 children under four years old. I just stupidly bought into this thinking it sounded different from all the other work from home scams..boy was I wrong! This scam is probably the worst one out there because you can't even get these idiots to answer the phone. I've called several times in the past 3 weeks trying to get in touch with a voice to get my money back..not only do you not get to talk to anyone human, but they express how "important" your call is to them ..but conveniently never return the call. Also, I had to go through Host Gator to produce the website I was going to use and funny but dave & ben forget to inform you that you will be paying anywhere from $110 and up to get to where you need to be in this program. Not to mention dealing with the Host Gator geeks was a real treat..they don't want to help anyone and act like you're bothering them when calling about a refund as well..not to mention they don't use their real names so when I was "disconnected" (how weird!) with my phone call to them, I immediately called back & they had no clue who I had just talked to. I'm still fighting for a refund all the way around with this. This experience has taught me definitely to not put any trust in two losers sitting on the back of a bobbing boat who look like they just rolled out of bed, while telling me and millions of other suckers out there how great this opportunity is.

**Consumer's Desired Resolution:**

I want a full refund back from six figure and Host gator..in full.

**Business/Consumer Response & Rebuttals:**

**05/03/2012**
Handler

Respond to Complaint
Hi Samantha,

This is Ben Moskel.

(Yes, that is my real name.)

First, we issued your refund.

Second, I am a real person. I see you live here in Rochester.

I also live and work in Rochester. I invite you to pay me a visit at my office in Victor
if you like.

Third, I would ask that if you do, that you please don't use the hurtful words you
chose in your complaint.

(Example:"because you can't even get these idiots to
answer the phone....
two losers sitting on the back of a bobbing boat who look like they just
rolled out of bed...")

Finally, I am sorry that you had a frustrating experience. Your refund
has been initiated. Hostgator is a separate company. If you revisit our website
you'll see that we indicate web hosting is not included. We would like to give you hosting, but we are not a
hosting company.

Lastly, I don't know why you were not able to get the response you liked. In our welcome email we tell you
that we provide Email support. I have researched the logs and cannot find any email support requests that you
sent - and it appears you only called our voice mail box.

In any event, I wish you the best. Let me know if you would like to meet in person so you feel better about the
experience - just as long as you refrain from using insults :)

-Ben Moskel

**05/08/2012**
**Mrs. Samantha DiPasquale**

I accept the business's response to resolve this complaint

[A default letter is provided here which indicates your acceptance of the business's response. If you wish, you may update it before sending it.]

Better Business Bureau:

I have reviewed the response made by the business in reference to complaint ID 9017104, and find that this resolution is satisfactory to me.

Regards,

Samantha Dipasquale

---



Better Business Bureau
Serving Upstate NY

100 Bryant Woods South
Amherst, NY 14228
(716) 881-5222
FAX
www.upstateny.bbb.org

**Case #:** 9030311

| **Consumer Info:** | Sheppard, Belinda | **Business Info:** | Six Figure Program |
|---|---|---|---|
| | ███████ IN ███ | | Land O Lakes, FL ██████████ |
| | █████████@yahoo.com | | 8004975331 |
| | | | www.sixfigureprogram.com |

**Date Filed:** 5/7/2012

**Nature of the Complaint:** Customer Service Issues

**Consumer's Original Complaint:**

Dear Sirs/ma'am, I have been with the Six Figure Affiliate program since July. I have found out over the last 2-3 months that my web site I purchased may be owned by me, since I paid for Host Gator in advance for 1 year! BUT you (Six Figure Program) have control over my site that denies me access to placing pictures, or certain revisions to possibly make my site attract more customers!! I joined my site with Yahoo.com, and am now an associate marketer for Amazon.com., who is ALSO linked with my web site "Wolf's-Last Ride- Motorcycle Shopping". During these last few months I have had over 500 clicks just through my site advertised through Yahoo alone, and I did not join up with them til August! My concern / issue is... how in all these clicks I have not received ONE sale??? I have spoken with an individual through the Six Figure program, and all they want is "Aggressive Marketers" that will invest hundreds to thousands of dollars, which I just do not have, to "Advertise on TV", and increase my chances of attracting yet more "clicks" and/or buyers. since my husband and I ride with a cub that is known nation wide, and we are also with a motorcycle ministry, our site is advertised through Facebook, and BikersOrNot.com, though friends and colleagues. It is just impossible for me to believe that in all this time not ONE product has been purchased!!! To me and others that have seen our site all across the U.S., they too do not understand as well as to why I am not receiving any commission on any sales. And I am beginning to feel mislead in the "Six Figure Program" as to why not ONE of my letters I have sent to Ben and Dave has not been answered as to my concerns and better understanding except to invest MORE money if I want to see results!! I have kept every email since day 1 of joining the affiliate marketing team, and every letter sent as well. I understand we are in a recession, but based on my research, and my DILIGENT checking daily on Commision Junction, Yahoo.com, and Amazon.com.... nothing is happening, and I have already sunk over 1K into all these programs combined.... I am paying out the wazoo on PPC (pay per click)!!! Yahoo.com who has also added two more campaigns to my Main site http://www.bikers-us.com (Wolf's - Last Ride - Motorcycle Shopping). To draw more to the site. I truly wanted to see if I could earn an extra income to help out in paying bills, loans, and establishing better credit, and on the road to becoming a successful marketer. But even though my husband gave up, I continued pursuing this in hopes of believing I could better my life, and the lives of those I love. I do not own a credit card so all investments into these programs have been out of my pocket, and my pay

check. The American dream that there are people that truly care and want to see people improve their lives, is becoming a myth, pipe dream, and fantasy. The more money I give, the more is requested with STILL no results (commission), but guaranteed you WILL pay for the clicks!!. The ONLY people that reached out to help us was Yahoo, and Host Gator that informed us that the "Six Figure Program" had my site settings blocked and they could not release it w/o the password that the "Six Figure Program" has ( I gave Host Gator my username and password so they could go into the Six Figure Program to see as to why I could not place pictures on my site)... That was the day I discovered there was a lock down on my Host Gator settings!!! Why am I writing this letter??? I SURELY don't expect an email back from Ben and Dave to assist me! The only people that MAY respond are the companies that work to PROMOTE people to spend MORE money!! P.S. I was told if I wanted to be an "Aggressive Marketer" to get back in touch with the "Six Figure Program" and Amazon.com when I had more money to spend. If not, I could invest into business cards and do my OWN promoting for my site!!

**Consumer's Desired Resolution:**
I would like to see my business take off, and speak to someone that earnestly WANTS to see people like myself do something to improve their lives, make it better, or to get out of debt and be able to breath knowing you are not in debt to hospitals, collection agencies and bank loans. I would like to see something come INTO my account instead of going OUT of my account, so that I can aggressively pursue this dream and live to work, instead of working to live!! No one should have something I paid

**Business/Consumer Response & Rebuttals:**

**09/21/2010**
**noemail@bbb.org**

Business Response
We have contacted Belinda and she seems to be happy now. We have records of having answered at least 5 different emails from her in the past, so I am not sure why she did not receive the responses. We have a call scheduled with her this Thursday. We are not sure why she has filed this complaint, and assume that this will be dropped.

---

Better Business Bureau
Serving Upstate NY

100 Bryant Woods South
Amherst, NY 14228
(716) 881-5222
FAX
www.upstateny.bbb.org

**Case #:** 9030312

**Consumer Info:**   Scott, Ruthie

IN

@yahoo.com

**Business Info:**   Six Figure Program

Land O Lakes, FL
8004975331

www.sixfigureprogram.com

**Date Filed:** 5/7/2012

**Nature of the Complaint:** Customer Service Issues

**Consumer's Original Complaint:**
I ordered the six figure program not knowing that there would be an additional $89 dollar charge for a web site. When I tried to contact them about getting my money back, I got a call from a guy who said I needed to go to the web site to get the number and talk to a Jessica. I've left two messages, and still no response. This started last Wednsday. So now I'm coming to you.

**Consumer's Desired Resolution:**
All I want is my $27 dollars back and for them to not take any more money off my debit card.

## Business/Consumer Response & Rebuttals:

**09/26/2011**
**noemail@bbb.org**

**Business Response**
, Ms. Scott was refunded two weeks ago when she asked for a refund. I do not understand why she is complaining when we already refunded her. When a customer asks for a refund (which is rare, but does happen), all they need to do is send us an email, and we refund the full purchase price, no questions asked.

Better Business Bureau
Serving Upstate NY

100 Bryant Woods South
Amherst, NY 14228
(716) 881-5222
FAX
www.upstateny.bbb.org

**Case #:** 9030313

**Consumer Info:**  Croslin, Nicole

███████████  NY  █████

████████@yahoo.com

**Business Info:**  Six Figure Program

Land O Lakes, FL ████████
8004975331

www.sixfigureprogram.com

**Date Filed:** 5/7/2012

**Nature of the Complaint:** Customer Service Issues

**Consumer's Original Complaint:**
On 7/18/11 I purchased a product to introduce the business of affiliate marketing. I purchased by email and never got a receipt or access to the product. A screen to watch several videos came up when I purchased the product. However, I was unable to reach anyone at customer service to access the product. I got answering machines and no one has called me back. I purchased this product about 3 weeks ago and can not access the information that the company claimed they would offer. I would like a full refund of 41.00 dollars because this company does not honor their claims and are only out to steal money from customers looking for legitimate business opportunities.

**Consumer's Desired Resolution:**
I would like a full refund of 14.00 dollars and 27.00 dollars a total of 41.00 dollars. This company did not give me a receipt or access to their product for affiliate marketing strategies like they claimed.

**Business/Consumer Response & Rebuttals:**

**08/09/2011**
**noemail@bbb.org**

Business Response

I spoke to Nicole and there was some miscommunication with our program. She would rather have a refund as she started a different program. We will honor her request and process her refund.

---



Better Business Bureau
Serving Upstate NY

100 Bryant Woods South
Amherst, NY 14228
(716) 881-5222
FAX
www.upstateny.bbb.org

**Case #:** 9030314

**Consumer Info:**   Aponte, Joseph

 NY

▓▓▓▓@aol.com

**Business Info:**   Six Figure Program

Land O Lakes, FL ▓▓▓▓▓▓
8004975331

www.sixfigureprogram.com

**Date Filed:** 5/7/2012

**Nature of the Complaint:** Customer Service Issues

**Consumer's Original Complaint:**
will not return phone calls and did not full fill contract

**Consumer's Desired Resolution:**
keep their promise and get my business going.

**Business/Consumer Response & Rebuttals:**

**BBB.**
bbb.org

Better Business Bureau
Serving Upstate NY

100 Bryant Woods South
Amherst, NY 14228
(716) 881-5222
FAX
www.upstateny.bbb.org

**Case #:** 9030315

**Consumer Info:**   Murrison, Richard

████████ IL ████

████████

████████@mchsi.com

**Business Info:**   Six Figure Program

██████████████████

Land O Lakes, FL ██████████

8004975331

www.sixfigureprogram.com

**Date Filed:** 5/7/2012

**Nature of the Complaint:** Customer Service Issues

**Consumer's Original Complaint:**

Sept.1st. Bought program for $29.95 Order #██████0809. Visa debit card in Wifes name-Karen.Nothing said about having to pay out more money for more DVD's building Web sites or Search engins. All Domain names I wanted were taken! I was told to write Jessica@6figureincome.com but it just gives you the run around. I called 5 or 6 phone # and got the runaround again. The garentee said I had 90 days to try it or to get my money back. I don't have a lot of money to invest in this. All I have is S.S. If I can't get my money back, at least stop this scam. Thank You

**Consumer's Desired Resolution:**

My $29.95

**Business/Consumer Response & Rebuttals:**

**09/14/2011**
**noemail@bbb.org**

Business Response
This is NOT our company. The company that owns the domian name (Web-site address) is called:
6figureincome.com WE do not have any knowledge of who owns this company or how to contact them. Please
inform the customer of this and close the case against our company as "resolved"...Thank you. Yolo Marketing

**BBB**
bbb.org

Better Business Bureau
Serving Upstate NY

100 Bryant Woods South
Amherst, NY 14228
(716) 881-5222
FAX
www.upstateny.bbb.org

**Case #:** 9030316

**Consumer Info:** Crocker, Donald

MS

@yahoo.com

**Business Info:** Six Figure Program

Land O Lakes, FL
8004975331

www.sixfigureprogram.com

**Date Filed:** 5/7/2012

**Nature of the Complaint:** Customer Service Issues

**Consumer's Original Complaint:**
I signed up for the six figure program and still after 7 days have not been able to access my website that should have been set up over 5 days ago. I was promised a website and full access and have yet to be able to sign in to my account. I would like a refund for this program as well as from hostgator.

**Consumer's Desired Resolution:**
I would like a refund for this product, as well as, from hostgator.com for products that I never got a chance to use. This program is a waste of time and they do not personally email you to help fix the problems. I want a complaint filed against them and/or for them to be listed as a scam, because their system does not work.

**Business/Consumer Response & Rebuttals:**

**09/13/2011**
**noemail@bbb.org**

Business Response

Contact Name and Title: Dave Clabeaux Contact Phone: 800-497-5331 Contact Email: dave@sixfigureprogram.com We could not build Mr. Crocker's website because he kept submitting incorrect information to us. We tried to get him to simply forward the email he received when he signed up for web hosting, but he would not comply. If he had done that, we would have been able to build his website immediately. In addition, Mr. Crocker was already issued a refund. I am not sure why he filed this complaint.

Better Business Bureau
Serving Upstate NY

100 Bryant Woods South
Amherst, NY 14228
(716) 881-5222
FAX
www.upstateny.bbb.org

**Case #:** 9030317

**Consumer Info:**   Jernigan, Tamekia

██████████
████████ CA ████
█████████@gmail.com

**Business Info:**   Six Figure Program
██████████████
Land O Lakes, FL ████████
8004975331

www.sixfigureprogram.com

**Date Filed:** 5/7/2012

**Nature of the Complaint:** Customer Service Issues

**Consumer's Original Complaint:**

I have purchased the program and the web hosting (recommended by the company) and have not received a response regarding my website. The website is promised to be running in 48 hours. It has been nearly a month since info was purchased. Contacted customer service and an automated email was returned. Info was delivered on how to resolve problem and instructions were followed. Still I have yet to receive wesite details. Main issue is no delivery of product after purchased.

**Consumer's Desired Resolution:**

Website details. Website up and running. Direct contact from an actual person, not an automated email.

**Business/Consumer Response & Rebuttals:**

09/26/2011
noemail@bbb.org

Business Response
In response to this case, Ms. Jernigan complained that we did not build her website fast enough. I looked into the matter and discovered that the reason we could not build Ms. Jerigan's website was because she kept sending us incorrect info. Eventually she did get the correct information for her website over to us, and we were able to build her website. It took her a full week to do this. Furthermore, Ms. Jernigan is well aware that if at any time she was not satisfied with her website, all she had to do was simply email us and we would cancel her site and issue a full refund. The following are email correspondences backing this up: Jessica H. jessica@sixfigureprogram.com via gmail.com to Tamekia show details Aug 8 Hi, We are trying to build your site. However, it looks like some part of the Hostgator information you sent us is wrong. Please watch this video to fix the problem: http://go.webvideoplayer.com/view/WrAoHOFZIuXLUwqz64N1 On Thu, Aug 4, 2011 at 1:50 PM, My Product Online wrote: Dear Customer, Jay Framer Thank you From: Jay Framer Subject: Website My name is Jason farmer and I have filled out all things you need to make my website and its said it would take 24-48hrs and its been almost two weeks and nothing I was trying to see what was taking so long the website was lookatmenowmom.com if you could get back with me that would be greatly appreciated thanks Sent from Yahoo! Mail on Android -- Best Regards, Jessica H. Customer Service Representative Six Figure Program On Fri, Aug 5, 2011 at 4:53 PM, Tamekia Jernigan wrote: Hello Jessica, I have yet to receive my information regarding my website. Please look into this and let me know what I can do to speed up the process. Thanks, Tamekia -- Best Regards, Jessica H. Customer Service Representative Six Figure Program Jessica H. jessica@sixfigureprogram.com via gmail.com to tamekiajernigan show details Aug 10 Hi, We are trying to build your site. However, it looks like some part of the Hostgator information you sent us is wrong. Please watch this video to fix the problem: http://go.webvideoplayer.com/view/WrAoHOFZIuXLUwqz64N1 -- Best Regards, Jessica H. Customer Service Representative Six Figure Program -- Best Regards, Jessica H. Customer Service Representative Six Figure Program Jessica H. jessica@sixfigureprogram.com via gmail.com to tamekiajernigan show details Aug 15 Hi Tamekia, Just in case you missed my earlier email, I wanted to deliver some good news: Your website is live! You can now get started. You can access your website via the Training Center. You should also look for new emails from Ben and Dave on what to do next. Also, Ben and Dave have invited you to their Jetsetters' Club. You can see their invitation here: www.JetsettersClub.net. Again, congrats on your new website! -Jessica jessica@sixfigureprogram.com Six Figure Program Customer Support Website Editor Access: http://www.sixfigureprogram.com/editor/index

Better Business Bureau
Serving Upstate NY

100 Bryant Woods South
Amherst, NY 14228
(716) 881-5222
FAX
www.upstateny.bbb.org

**BBB**
bbb.org

**Case #:** 9030318

**Consumer Info:**  Waldrop, Sondra
IL
.com

**Business Info:**  Six Figure Program
Land O Lakes, FL
8004975331

www.sixfigureprogram.com

**Date Filed:** 5/7/2012

**Nature of the Complaint:** Customer Service Issues

**Consumer's Original Complaint:**
After registering for the program I have yet to receive an email in response to any questions regarding the program. They do not provide a telephone number for contacting them. Misleading and it is a scam.

**Consumer's Desired Resolution:**
I want a refund of the 27.00 that they say will make you loooots of money. Scam

**Business/Consumer Response & Rebuttals:**

**09/13/2011**
**noemail@bbb.org**

Business Response
Contact Name and Title: Dave Clabeaux Contact Phone: 800-497-5331 Contact Email:
dave@sixfigureprogram.com I have personally sent no less than three personal emails to MS. Waldrop in the
last 2 weeks and have not received a response from her. Ms. Waldrop complains that we do not provide a phone
number; however, our phone number is clearly listed on our contact page. In addition, I have personally called
and left 2 voicemails on Ms. Waldrop's phone with my personal cell phone number, and have not received a
return phone call. We would be more than happy to help Ms. Waldrop, but since she refuses to answer both
phone and email contacts, this is impossible. Please have her email me at dave@sixfigureprogram.com.

Better Business Bureau
Serving Upstate NY

100 Bryant Woods South
Amherst, NY 14228
(716) 881-5222
FAX
www.upstateny.bbb.org

**Case #:** 9030319

**Consumer Info:**   Mudick, Nathan

AZ

@entity.co

**Business Info:**   Six Figure Program

Land O Lakes, FL
8004975331

www.sixfigureprogram.com

**Date Filed:** 5/7/2012

**Nature of the Complaint:** Customer Service Issues

**Consumer's Original Complaint:**

I purchased the membership to the sixfigureprogram.com 11/04/11 just 24 days ago. As I began their program I realized that I did not like the fact they basically bait and switched me by telling everyone in their online videos they can get started for just the 27.00$ and that there are no other hidden fees. But of course after making the purchase they REQUIRE you to also then make a purchase through a hosting company which is simply a reseller of ENOM.com so that you can actually build your website because they won't even let you enter the section of their website to begin building your websites without making a hosting purchase with that specific reseller. Of course you can buy hosting anywhere at a cheaper price than the cost of the company they force you to use which is brainhost.com. I already had a hosting account with godaddy.com and did not want to purchase another one for a miniumum of 100.00 dollars on top of the 27.00 I had already paid. So since I decided this was obviously ridiculous I simply requested for this company to honor their 90-day money back guarantee and refund me the 27.00 I am entitled to. I wrote 3 emails and was completely ignored by them and have received no correspondence what so ever for 3 weeks now. They also work with a company that has been emailing me called Prosper. Apparently this company is someone they work with that helps people with the program who may be struggling. They assigned a rep to my account after I have already requested a refund 3 times and have been ignored. This rep emailed me asking me if I needed help and in no way shape or form acknowledged that I have already asked to cancel with them, get a refund, and be removed from their mailing list. He simply told me that he was here to help with my six figure program and get started. He also stated that if I did not respond to him within a few business days he would close my file from his desk due to lack of time or interest. I find this completely ridiculous and obviously this company is giving me the run around. I wrote this person back that worked with Prosper and explained my situation and that I did not wish to continue with the program and I want my refund and that they have completely ignored all of my emails requesting this. Of course I then received no correspondence at all from that gentleman and have since then just continued to be spammed by this company sixfigureprogram.com and Prosper as well. Since I have emailed requesting to be removed from their mailing lists and my refund has not been processed they have followed none of the rules or guidelines they obviously state in their online videos and tutorials I was forced to file this complaint.

**Consumer's Desired Resolution:**

I simply want the 27.00$ I originally paid to join the program, I am still even with them ignoring me for 3 weeks within the 90-day money back guarantee and would also like to proceed in any other necessary action to make other people aware that these people are scamming others and simply taking their money and ignoring them after that.

**Business/Consumer Response & Rebuttals:**

12/01/2011
noemail@bbb.org

Business Response

I am sorry that there seems to be a miscommunication, we have only received one email from Mr. Mudick. dated on November 3, 2011. There was no mention of a refund, in this email as he was inquiring about hosting of his website. Which we responded to on November 4, 2011. We have gone ahead and refunded his Payment of $27.00, as he has requested in his "case description" and "desired resolution" sections of this claim. I have included the one email correspondence that we have had with Mr. Mudick. below. "from Jessica H. jessica@sixfigureprogram.com via gmail.com to        ▮entity.co date Fri, Nov 4, 2011 at 9:41 AM subject Re: Your Order mailed-by gmail.com Yes.. As for the affiliate links you would go to Commissionjunction.com and apply for affiliate programs there. Thanks Jessica On Thu, Nov 3, 2011 at 2:35 AM, wrote: Ben, I watched and listened to all the videos you and Dave supplied while getting ready to begin this program. I understand you guys will not build the first website for me if I don't purchase web hosting with Brain Host, but I have experience in building websites and used to work for Godaddy.com so I have an unlimited web hosting plan with them on a shared server in which I have already paid for on a 3yr term. My question is basically can I use this hosting plan and just have access to the content/affiliate links I need to do this? Or am I absolutely forced to make this purchase for hosting with Brain Host in order to use this program? Because I notice if I want to access "my website" I need to place my email address and hosting password on that login screen...I then assume the website builder is not something I can download and is just web based and accessible through that login screen? Please advise me on this issue thank you. Also looks like brainhost.com is registered through ENOM.com which tells me it's most likely a reseller and not an actual registrar where I would be buying the domain name I have to buy as well. Otherwise brainhost.com would not simply carry just a registrant(Corey Hammond) and would carry a business name in this field of the whois info typically. Sooo I also have to ask why I can't use an existing domain name that I own already because I own about 50 that I am doing nothing with at the time being and was hoping to use them for this program once I found it which is mildly disappointing if I can't use them at all and have to register them as well through this reseller brainhost.com. If you could provide me with the answers to these questions I would greatly appreciate it my friend. Thanks! The Dynamic and Dedicated IT Solution Specialist ▮          ▮ Nathan J Mudick Cell Phone Contact: ▮          ▮ "

**BBB**

bbb.org

Better Business Bureau
Serving Upstate NY

100 Bryant Woods South
Amherst, NY 14228
(716) 881-5222
FAX
www.upstateny.bbb.org

**Case #:** 9030320

**Consumer Info:** Morris, Jeff

███████ GA ████

████████@gmail.com

**Business Info:** Six Figure Program

████████ Land O Lakes, FL ████████
8004975331

www.sixfigureprogram.com

**Date Filed:** 5/7/2012

**Nature of the Complaint:** Customer Service Issues

**Consumer's Original Complaint:**

on nov. 21,2011 i purchased the sixfigure program to start an online business from home,they provided me with a website that does not work at all, tried to get some help thru emails and the phone ,but was unsuccessful,leading me to beleive this is a scam! check number ████████████5279 for the amount of 27.00 plus 14.95 hosting fees,thans jeff morris

**Consumer's Desired Resolution:**

i would like them to respond and fix the problem ,but if not i would like a refund

**Business/Consumer Response & Rebuttals:**

**12/01/2011**
**noemail@bbb.org**

Business Response
Mr.Morris, had emailed on on November 28th & 29th. We responded on November 30th. To try to resolve his problem. We were coming off of a Holiday weekend (Thanksgiving) which is why our response time was 48 hours. We have since been in contact with Mr. Morris and are currently working on assisting him with his website.

**Better Business Bureau**
Serving Upstate NY

100 Bryant Woods South
Amherst, NY 14228
(716) 881-5222
FAX
www.upstateny.bbb.org

**Case #:** 9030321

**Consumer Info:** Perkins, Nicole

████████████ SC ████

██████ ████

██████@yahoo.com

**Business Info:** Six Figure Program

████████████

Land O Lakes, FL ████████

8004975331

www.sixfigureprogram.com

**Date Filed:** 5/7/2012

**Nature of the Complaint:** Customer Service Issues

**Consumer's Original Complaint:**
I have contacted several from six figure program, several days ago. No one is responding to me. It has only been about a week since i purchased from them. They state someone will get back to you in one business day, but it has been three days.

**Consumer's Desired Resolution:**
i purchased the program kit for $27 and that is what i want back.

**Business/Consumer Response & Rebuttals:**

**12/04/2011**
**noemail@bbb.org**

Business Response

We received 2 emails from Ms. Perkins dated on 11/30 & 12/1. I show that she has been issued her refund for
$27.00, she was sent an email notifying her that her refund has been processed. I have included the email
correspondence below: "Jessica H. jessica@sixfigureprogram.com via gmail.com to nicole I am sorry to hear that
you were not happy with the Program. We will process your refund. Please allow 7-10 business days for your
bank to process the transaction. Best of Luck. -- Best Regards, Jessica H. Customer Service Representative Six
Figure Program On Wed, Nov 30, 2011 nicole perkins wrote: Hello, i was given this email so that i could ask for a
refund of my $27. I sent an email 3 days ago to support@sixfigureprogram.com and just keep getting back that
im being assigned a rep. Still hasnt gotten back to me yet. If you could help me out, it would be greatly
appreciated. Thank you Nicole Perkins"

---

Better Business Bureau
Serving Upstate NY

100 Bryant Woods South
Amherst, NY 14228
(716) 881-5222
FAX
www.upstateny.bbb.org

**Case #:** 9030322

**Consumer Info:**  Perkins, Nicole

███████████ SC ██████

██████████@yahoo.com

**Business Info:**  Six Figure Program

██████████████

Land O Lakes, FL ██████████
8004975331

www.sixfigureprogram.com

**Date Filed:** 5/7/2012

**Nature of the Complaint:** Customer Service Issues

**Consumer's Original Complaint:**

I cant get a hold of anyone from customer service. The one time i did, they said i didn't purchase from them and that they couldn't find my email address. Well how come i have a charge on my bank statement from them!!! I want my money back now!!!

**Consumer's Desired Resolution:**

i want a refund now!!!

**Business/Consumer Response & Rebuttals:**

**12/06/2011**
**noemail@bbb.org**

Business Response
Contact Name and Title: Dave Clabeaux Contact Email: thesixfigureprogram@gmail.com Ms. Perkins WAS
refunded and emailed that we issued her refund on 12/5/2011. Here is the proof that she was refunded:
Payments Date Type Status Amount Note 11/26/2011 Credit Card APPROVED (Visa 465614xxxxxx3455) $27.00
Auto-charge for Invoice #3110 12/4/2011 Refund Refund Applied -$27.00 Payment refunded through gateway
12/4/2011 Credit Credit Applied $27.00 customer request Payment Total $27.00 BALANCE $0.00

**BBB.**
bbb.org

Better Business Bureau
Serving Upstate NY

100 Bryant Woods South
Amherst, NY 14228
(716) 881-5222
FAX
www.upstateny.bbb.org

**Case #:** 9030323

**Consumer Info:** Mallett, Roberta

█████ CO █████

█████@yahoo.com

**Business Info:** Six Figure Program

Land O Lakes, FL █████
8004975331

www.sixfigureprogram.com

**Date Filed:** 5/7/2012

**Nature of the Complaint:** Customer Service Issues

**Consumer's Original Complaint:**

I ordered the Six Figure Program in good faith. I was supposed to receive a disc and a book on the program, and have only received emails. I went thru thru the web hosting company they suggested. Two days later they said that I had to go thru another web hosting company, which would be over $200.00 more than I had already spent, and do not have. I looked them up on your website, and found that they have had numerous complaints.I then tried to contact them to get a refund. The emails go from their email immediately to a support department, and I get the same automated response every time. "Thankyou for contacting us! We have received your inquiry and are assigning it to a representative. You can expect to receive a response from us within one business day" Same response every time. I tried to call three different numbers to talk with someone. The one on their website, to supposedly join their program, puts you on perpetual hold. The next, 1-800-497-5331 says that all representatives are currently with other customers, leave your name and number and we will contact you shortly. NO ONE ever calls back. The last number, 1-866-448-4593 you get a recording that the approximate wait time is less than one minute, then you get static for a coupple of minutes, and then a recording that the mailbox is full. I sent emails ton Ben and Dave, that i was going to file a complaint with you, and have my bank block access to my account. I got the same automated response as the emails from support, and they came from support, not them. It is like their emails go directly to the support department. I simply want to cancel with them and get a refund. Order date was Wed. 02/29/2012 my first contact with them was Friday 03/02/2012 I paid $27.00 with my debit card. They did not provide me with an order number. They say they have a 90 day full refund, no questions asked.

**Consumer's Desired Resolution:**

I simply want to cancell and get a full refund

**Business/Consumer Response & Rebuttals:**

**03/21/2012**
**noemail@bbb.org**

Business Response
This person was refunded on 3/6/2012 for $27



Better Business Bureau
Serving Upstate NY

100 Bryant Woods South
Amherst, NY 14228
(716) 881-5222
FAX
www.upstateny.bbb.org

**Case #:** 9030324

**Consumer Info:** Kim, Joseph

█████ WA █████

████@gmail.com

**Business Info:** Six Figure Program

████████████
Land O Lakes, FL█████
8004975331

www.sixfigureprogram.com

**Date Filed:** 5/7/2012

**Nature of the Complaint:** Customer Service Issues

### Consumer's Original Complaint:

The company is a scam and plain annoying. I purchased the program and after that they keep calling my house. I don't even know how they got my house number. I have sent emails to stop but the calls still come. Do NOT get involved with this company at all.

### Consumer's Desired Resolution:

I just want them to not call my house everyday, offering different programs or products that is useless.

## Business/Consumer Response & Rebuttals:

**04/23/2012**
**noemail@bbb.org**

Business Response

WE have not received any email notification from Mr. Kim in regards to calling his home, or a refund from our program. We are an online based company and do not have phone support, we can only provide support through email correspondence.



Better Business Bureau
Serving Upstate NY

100 Bryant Woods South
Amherst, NY 14228
(716) 881-5222
FAX
www.upstateny.bbb.org

**Case #:** 9030325

| **Consumer Info:** | Review, Ad | **Business Info:** | Six Figure Program |
|---|---|---|---|
| | ████████████ | | ████████████ |
| | ████ FL ████ | | Land O Lakes, FL ████████ |
| | | | 8004975331 |
| | ████@noemailprovided.org | | |
| | | | www.sixfigureprogram.com |

**Date Filed:** 5/7/2012

**Nature of the Complaint:** Customer Service Issues

**Consumer's Original Complaint:**
0

**Consumer's Desired Resolution:**
Unspecified

**Business/Consumer Response & Rebuttals:**

**03/03/2008**
**noemail@bbb.org**

Business Response
The guarantee is as stated: if after learning our program and putting it to use, we guarantee that the consumer will make $500 in 2 hours or they can return our product for a full refund.

---

**Better Business Bureau**
Serving Upstate NY

100 Bryant Woods South
Amherst, NY 14228
(716) 881-5222
FAX
www.upstateny.bbb.org

**Case #:** 9030326

**Consumer Info:** Bell, Felicia

NV

@gmail.com

**Business Info:** Six Figure Program

Land O Lakes, FL
8004975331

www.sixfigureprogram.com

**Date Filed:** 5/7/2012

**Nature of the Complaint:** Customer Service Issues

**Consumer's Original Complaint:**

March 14, 2012 i ordered Six Figure Program online business,order number 66 for the amount of $27. They said if i was unsatisfied that i could cancel and receive my refund within 3 months. What they didn't tell me was that i would have to pay a couple of hundred just to have a website built. I tried to work with them. I even asked what were the requirements for the website so i could find a less expensive way to build the website so i can continue with the program. They would not supply me with the information. One of their representatives contacted me and i advised them that i wanted to cancel, they just told me that "this is not the reason for the call" and that was it. No one gave me any information on how to cancel and would not even try to assist me in canceling my account.I have contacted them numerous time via email requesting cancellation and all they keep sending me is emails with the attempt to resale the program to me. When i call on the telephone i just get an answering machine. I am a bit fed up.

**Consumer's Desired Resolution:**

All i want is the return of my $27.

**Business/Consumer Response & Rebuttals:**

**04/23/2012**
**noemail@bbb.org**

Business Response
We have not received any email communication from Ms. Ball in regards to a refund or the cost of the program.
We have refunded her on 4/23/2012.

---

**BBB.** bbb.org

Better Business Bureau
Serving Upstate NY

100 Bryant Woods South
Amherst, NY 14228
(716) 881-5222
FAX
www.upstateny.bbb.org

**Case #:** 9030327

**Consumer Info:** Poor, Raymond

IN

███████@verizon.net

**Business Info:** Six Figure Program

Land O Lakes, FL
8004975331

www.sixfigureprogram.com

**Date Filed:** 5/7/2012

**Nature of the Complaint:** Customer Service Issues

**Consumer's Original Complaint:**

I have tried multiple times to get a refund. They said the would set up a web site in 24 to 48 hours. It has been over two weeks. I send emails and call. No one will get back with me. I want a return on my 29.95. I have a record of all the emails I sent I you need.

**Consumer's Desired Resolution:**

I want a refund. I can not work with a company that takes your money and runs.

**Business/Consumer Response & Rebuttals:**

**05/04/2010**
**noemail@bbb.org**

Business Response
Contact Name and Title: Brian Poor Contact Phone: ███████████ Contact Email: ███████████gmail.com Upon receiving this complaint, I spoke with Brian on the phone. Brian had emailed several times asking for information regarding his website. Each time, I personally answered his emails with the information he needed. It turns out that for some reason he wasn't receiving my email responses to his email address, despite the fact that he had me listed in his email address book. He then provided a second email address, and is now happy with our service. Please remove this complaint from our file, as it was clearly a misunderstanding. Brian said that he would call in to remove the complaint himself. If you have any questions, feel free to contact him.



Better Business Bureau
Serving Upstate NY

100 Bryant Woods South
Amherst, NY 14228
(716) 881-5222
FAX
www.upstateny.bbb.org

**Case #:** 9030328

**Consumer Info:** Poor, Raymond

███████ IN ███

██████@verizon.net

**Business Info:** Six Figure Program

Land O Lakes, FL ███████
8004975331

www.sixfigureprogram.com

**Date Filed:** 5/7/2012

**Nature of the Complaint:** Customer Service Issues

**Consumer's Original Complaint:**

I sent a complaint in about a week ago about sixfigure program. They called me today and we worked things out. Could you disgard both complaints.

**Consumer's Desired Resolution:**

Six Figure Program called today. We worked things out. Please disgard both complaints.

**Business/Consumer Response & Rebuttals:**

Better Business Bureau
Serving Upstate NY

100 Bryant Woods South
Amherst, NY 14228
(716) 881-5222
FAX
www.upstateny.bbb.org

**Case #:** 9030385

**Consumer Info:**  Matthews, Nathan

███████ MO █████

████████@hotmail.com

**Business Info:**  Six Figure Program

Land O Lakes, FL ████████
8004975331

www.sixfigureprogram.com

**Date Filed:** 5/6/2012

**Nature of the Complaint:** Customer Service Issues

**Consumer's Original Complaint:**

The website shows a physical disc with their information, and ask for no address to send it to. There's no physical product and thus no way to send their program back. I would appreciate this be shut down, as this could have an incredibly damaging effect on my personal finances and do not wish the same on anyone else.

**Consumer's Desired Resolution:**

I only ask that they refund my money, $27.00, and remove their phishing program from the internet.

**Business/Consumer Response & Rebuttals:**

**05/08/2012**
**Handler**

Respond to Complaint
Hi Nathan,

This is Ben Moskel.

I am sorry you had a bad experience.

Rest assured that we processed your $27 refund.

As for obtaining a refund, I searched the support materials
and could not find a single request for a refund.

For future reference, we provide you several quick and easy ways to
obtain a refund:

- Via phone

- via email

- via postal mail

This refund policy is clearly stated:

1. on our website
2. in our emails to you when you sign up
3. in all of our other marketing material.

All you have to do is send an email and you get your money back.
As stated, You can even keep all the materials - no return is necessary.

As to your comment about "phishing", I cannot comment because
I do not know what that means.

Again, we wish you the best of luck and you can look for your funds to
be credited in 48-72 hours.

Best of luck!
-Ben Moskel

**05/08/2012**
**Nathan Matthews**

I do not accept the response made by the business to resolve this complaint

Better Business Bureau:

I have reviewed the response made by the business in reference to complaint ID 9030385, and have determined that this does not resolve my complaint.  For your reference, details of the offer I reviewed appear below.

[To assist us in bringing this matter to a close, we would like to know your view on the matter.]

The methods this email mentions are impossible, as the resources listed all cycle back to their webpage and go nowhere. I have no goods to return because all they did was take my money in exchange for nothing.

Regards,

Nathan Matthews