**Better Business Bureau**
**Serving Upstate NY**

100 Bryant Woods South
Amherst, NY 14228
(716) 881-5222
FAX
www.upstateny.bbb.org

**Case #:** 9034095

**Consumer Info:**   Cohen, Jesse

NJ

@gmail.com

**Business Info:**   The Six Figure Program

Land O Lakes, FL
(800) 520-2224

**Date Filed:** 5/10/2012

**Nature of the Complaint:** Delivery Issues

**Consumer's Original Complaint:**

I purchased a course on CD's about internet marketing as well as an add on product. Both charges were posted to my credit card, each in the amount of $27.00 on April 6,2012 for a total of $54.00. I never received the product paid for and numerous attempts on my part to reach the seller have been futile.

**Consumer's Desired Resolution:**

A refund of the total purchase price of $54.00

**Business/Consumer Response & Rebuttals:**

**05/22/2012**
**Handler**

**Respond to Complaint**
Dear Jesse,

I am sorry to hear that.

Your materials were shipped so they were likely
lost in the mail.

We have no record of you contacting our support
department.

We have issued you a full refund.

Best of luck,
Ben Moskel

---

**05/22/2012**
**Dr. Jesse Cohen**

I accept the business's response to resolve this complaint

[A default letter is provided here which indicates your acceptance of the business's response.  If you wish, you
may update it before sending it.]

Better Business Bureau:

I have reviewed the response made by the business in reference to complaint ID 9034095, and find that this
resolution is satisfactory to me.
I would like it duly noted that although Ms. Moskel states he has no record indicating that I contacted his
support team, is it disingenuous on his part to state something that casts his firm in a good light when the truth
is I sent several e-mails directly to him via the e-mail address he uses to market his materials as well to his
support department to inquire as to why I didn't receive the goods i purchased but they chose not to reply
which lead me to file this very complaint. I believe they purposely ignore such contacts because they fully realize
that most people will not bother filing the BBS complaint like I did, but simply absorb the loss of $27 or $54 .

Regards,

Jesse Cohen

Better Business Bureau
Serving Upstate NY

100 Bryant Woods South
Amherst, NY 14228
(716) 881-5222
FAX
www.upstateny.bbb.org

**Case #:** 9034131

| | | | |
|---|---|---|---|
| **Consumer Info:** | Skolnick, Karen Ann | **Business Info:** | The Six Figure Program |
| | TX | | Land O Lakes, FL |
| | @live.com | | |

http://www.sixfigureprogram.com

**Date Filed:** 9/22/2011

**Nature of the Complaint:** Customer Service Issues

**Consumer's Original Complaint:**

On program for making money at home September 19, 2011 I decided I would try out this. I thought about for a long time Then when I recieved the email about this program again I made the decesion to order it. After giving them my imformation and payment online They then informed me that I would have to pay another company to get the program i thought I was paying for started. In their ad and video they never mention that you have to pay this extra fee to another company or I would never have ordered the perogram because I do not have enough money to do that I thought the one time fee that was 29.97 reduced to 14.00 was the only amount I could afford to try to see if this program worked for especially when they were offering a money back gaurantee. When I found out about the additional fee to the other company I called the customer service of the Six Figure Program and talked to Lily who said because I just did the order it would not go through since i was requesting my refund right then before it had a chance to go all the way through. I also emailed them about wanting a refund and talking to Lily. The next day i checked my account and it did go through. I then called the customer service number again and the only thing I received was a message to leave my name and number and that someone would get back to me asap. I left my name and number and I also sent an email and they responded the same as the day before we recieved your message and have assigned it to a represenative and they will get back with you in 24 hours. I checked my account again on wednesday no refund so I tried to call the customer service again received the same response and i did the same thing left my number and name. I did the same with an email same response as the day before. I tried again today Thursday Sept 22 same response. Product_Or_Service: The Six Figure Program

**Consumer's Desired Resolution:**

DesiredSettlementID: Refund I would like my refund of 14.00 as promised asap

**Business/Consumer Response & Rebuttals:**

**05/22/2012**
**Handler**

**Respond to Complaint**
Dear Karen,

I am sorry to hear about your experience.

You have been issued a full refund.

We wish you the best of luck.

-Ben Moskel

---

**05/22/2012**
**Karen Ann Skolnick**

I accept the business's response to resolve this complaint

[A default letter is provided here which indicates your acceptance of the business's response.  If you wish, you may update it before sending it.]

Better Business Bureau:

I have reviewed the response made by the business in reference to complaint ID 9034131, and find that this resolution is satisfactory to me.

Regards,

Karen Ann Skolnick

---

Better Business Bureau
Serving Upstate NY

100 Bryant Woods South
Amherst, NY 14228
(716) 881-5222
FAX
www.upstateny.bbb.org

**Case #: 9050192**

**Consumer Info:** Marquez, Jennifer

PA

█████@yahoo.com

**Business Info:** The Six Figure Program

Land O Lakes, FL ███████
(800) 520-2224

**Date Filed:** 5/23/2012

**Nature of the Complaint:** Guarantee Or Warranty Issues

**Consumer's Original Complaint:**

I did not get my refund back. I called and told them i didn't recieve my refund back on my credit card. I called them 4 times about it and they keep telling me the same things. That they will take my information and send it in, the money will be back on your card in 3 to 5 business day. I still haven't recieved nothing so i called them again today and told them i have't recieved it and iz there another person i can talk, they said no and hung up one me. They were extremly rude!!

**Consumer's Desired Resolution:**

Just want my money back and take them out the internet so nobdy else gets there money taken away from them.

**Business/Consumer Response & Rebuttals:**

**05/23/2012**
**Handler**

**Respond to Complaint**
Hello,

Ms. Marquez was given her money back on 5/2/12, which is
21 days ago.

Attached is proof of the refund.

There has been a recent trend of customers who scam companies
by filing complaints with the BBB in hopes of receiving a "double refund."

In light of the proof that she already received her money, my guess is that
Ms. Marquez is trying to "scam" us.

If not, I suggest she take a closer look at her credit card statement.

In sum, Ms. Marquez received a timely refund - which is proven by the attached document.

There is nothing more we can do.

_____

Better Business Bureau
Serving Upstate NY

100 Bryant Woods South
Amherst, NY 14228
(716) 881-5222
FAX
www.upstateny.bbb.org

**BBB.**
bbb.org

## Case #: 9056839

**Consumer Info:**   Boyd, Kari

███████████ CA ██████

███████████@hotmail.com

**Business Info:**   The Six Figure Program

██████████████

Land O Lakes, FL ██

(800) 520-2224

**Date Filed:** 5/29/2012

**Nature of the Complaint:** Advertising Issues

**Consumer's Original Complaint:**

The company advertisement promises making money quickly and easily. I paid 27.00 then purchased a book from them called the online entrepreneur. Then I was directed to open a web domain which cost over 200.00 They design a "pre designed webpage" that is unchangable other than adding companies you want to represent. The webpage is set up in such a phony matter that customers refuse to go there. The company will not allow you to change your webpage by removing the ridiculious pictures they paste on it. Then the company wants 500.00 more dollars to train me to make money. I paid the first 27.00 I bought the book, I bought the web domain. I told them that if they could make me the 500.00 I would be glad to re-invest it in their company. They also have a one click area on the pre designed website which you select which companies you want to represent for "quick" sales... You have to buy them yourself!!! Feel free to look at my website to see for yourself.

████████████

I purchased the product in September 2011. Today is May 29. I have not made one penny.

**Consumer's Desired Resolution:**

I want a full refund since the purchase has not fulfilled its promises. this consists of 27.00 for the original product ( order # ███980). The Brianhost purchase which they forced me to purchase, and I did not make any money so a refund of that which was 181.75 ID #██5426 and ██427 (BrainHost.com 3660 Center Road Suite 363 Brunswick, OH 44212 ) The book The online Entrepreneur Creating the Six Figure Online Business in 30 days Published by Simian Press P.O. Box 22 Oldsmar, Fl 34677 first edition. ISBN # 978-0-978094-1-3

**Business/Consumer Response & Rebuttals:**

**06/04/2012**
**Handler**

**Respond to Complaint**
Hi Kari,

This is Ben Moskel.

I'm sorry that you feel this way. Please note that we issued your full
refund for the purchase price of $27.

If you purchased web hosting from Brain Host, you can contact them for
a full refund. They are a completely separate company. We cannot give you
a refund for money you paid to a separate company.

Aside from that, I apologize that we must have done a poor job communicating
the capabilities of the web editor we gave you.

You said "They
design a "pre designed webpage" that is unchangeable other than adding
companies you want to represent."

Although there are a few items that are static, In our Training Center we have several videos that show you how to change
nearly anything on your website. For example:
- You can link up your YouTube account directly;
- You can link up your Twitter feed directly;
- You can link up your Facebook page directly;
- You can add pages to your site;
- You can add images to your site;
- You can add/upload video to your site;
- You can add/update/change the Traffic feed - which automatically
pulls articles online to your site every day.
- You can add menu items;
- You can add, alter, text

All of the videos show you how to do this in the Training Center.

We provide this to you in lieu of you having to invest in programmers,
web editor software, and the like.

(If you paid a private company for this technology, it would run upwards of $3,000 - $5,000).

You also said: "They also have a one click area
on the pre designed website which you select which companies you want
to represent for "quick" sales... You have to buy them yourself!!!"

Actually, NONE of the offers require a purchase. Currently there are over 100+ offers that do NOT require a purchase.
IN fact, we tell you in the Training NOT to buy anything.

Again, there are dozens of videos on how to drive OTHERS to your website via SEO, PPC, and Social Media.

I suppose we just need to do a better job of showing people how to use the equipment we provide for just 27 bucks.

I wish you the best of luck.
-Ben Moskel

---

06/05/2012
Mrs. Kari Dawn Boyd

I do not accept the response made by the business to resolve this complaint

Better Business Bureau:

I have reviewed the response made by the business in reference to complaint ID 9056839, and have determined that this does not resolve my complaint.  For your reference, details of the offer I reviewed appear below.

[To assist us in bringing this matter to a close, we would like to know your view on the matter.]
I have checked my credit card records and the statement that they have refunded  27.00 is not accurate. There have not been any refunds credited to my credit card. Also as I stated I was charged not only 27.00 but 14.00 for a book that did not bring any results either. Which was purchased in accompanyment with the program to help know how better make a profit. The company refuses to pay for the purchase of the Brain host webdomain purchase which holds a 30 day money back guarantee. Brain host has been contacted, now there is only partial refund of one or two months left on the account which is about 5.00. refunded per month. Of which I received NO MONEY. The least the company could have done to at least show good business dealings would have been to refund the 27.00 and the 14.00. I strongly feel it is the responsibility of the SIX figure program that my 30 day guarantee ran out with Brain host due to their  be patient, dont quit, keep trying messages. I did so. I would like this matter taken care of in a more appropriate business matter, I have not even asked for compensation for the time it has taken to get this website up in the hopes of their false advertisement.
The fact they state they sent a refund to my account, and finding no refund there  really makes me upset.

Here is a copy of the e-mail they sent me.
Dear Customer,

Please contact customer service at 866-448-4593. We are always happy to help you over the phone.

Thank you

From: Kari Boyd <> Subject: I CONTACTED THE BBB
In response to your statement that I need to take up
with BRAINHOST to receive my refund.... they have 30 day policy. That has
expired, I have not made a penny at your request to purchase the BrainHost web
domain company. It should be your responsibility to refund this amount. I
purchased the six fig program @ 27.00 plus the other whatever it was 14.00 and
the book. also for 181.75 my webdomain from brian host. I gave it a year to
allow for full entrepreneur opportunity, I did not quit just as you said, this
is what has caused the refund policy with Brain host to expire. I have
contacted the BBB about the matter. Kari Boyd www.1h0nestbiz.com is my ZERO profit
website from you. STOP calling me asking me to pay you 500. more dollars for
something that wont work. If your company had worked, I would have made at least
a little money, but after a year NOT A PENNY

Six fig 27.00

Book 14.00

Brainhost 181.75

-------------------------------

Total 222.75

Order # ████980 also from brainhost purchased products #
████6426 and ████6427

Kari Boyd

████████████

████████, Ca.████

Regards,

Kari Boyd

**06/07/2012**
**Handler**

**Respond to Complaint**
Hi Kari,

This is Ben Moskel.

Rest assured we are not out to get your $14 and $27.

I am sorry that this has become a hassle for you.

I am gathering our screen shots showing the refund to you.

Also - we are not Brain Host. That is a separate company.

We cannot refund money you paid to them. You can
contact Brain Host for a refund by email or phone or
here:

http://www.brainhost.com/help/

They are in Ohio and have support staff ready 24/7 to help you.

Best of luck,
Ben

Better Business Bureau
Serving Upstate NY

100 Bryant Woods South
Amherst, NY 14228
(716) 881-5222
FAX
www.upstateny.bbb.org

**BBB**
bbb.org

**Case #:** 9058992

**Consumer Info:** Carrillo , Angel

SC

@hotmail.com

**Business Info:** The Six Figure Program

Land O Lakes, FL

http://www.sixfigureprogram.com/2012/

**Date Filed:** 5/30/2012

**Nature of the Complaint:** Service Issues

**Consumer's Original Complaint:**

Angel Carrillo found and purchased this Program which promises you will receive materials within 3-5 days and they didn't arrive until 10 days later. Also said that will only cost a small amount and managed to scam me out of $330.00 for materials that do not say anything different from what they show online and a website that doesnt work. They also guarantee your first paycheck in the mail within the next 7-10 business days if you begin working right away but it is not true. No matter what amount of work you do you will NEVER get a paycheck. Beware, because they have it setup in a way that the bank fraud department will deny your fraud claim and refund of your money because they delivered the materials they promised even though it is a complete SCAM and FRAUDALENT WAY TO TAKE PEOPLE'S MONEY!!! And forget about contacting them because they dont answer any questions straightforward, all you get is the run around.

**Consumer's Desired Resolution:**

I want a full $329.50 refund from this company via check mailed to me or refunded to our bank account from which they took the money in the first place because, I was mislead by the promises made by these two individuals. He has done everything as per their instructions and no money has been earned. It will also be a good solution for them to shut down their website because they are scamming money out of honest and goluble people who are in a tough financial situation.

**Business/Consumer Response & Rebuttals:**

**06/03/2012**
**Mrs. Rebecca D Cruz**

Respond to Complaint

As for my complaint my husband's full name is Angel M Carrillo-Torres however, the correspondance from The Six Figure Program had his name printed as Angel Carrillo. I am assuming either name will be ok but just in case I am submitting them both.
Thank you for your prompt response.

---

**06/07/2012**
**Handler**

Respond to Complaint
Hi Angel,

I'm sorry to hear that.

You have been issued a refund.

It's frustrating to hear that you were not satisfied.

We have issued thousands upon thousands of checks.

We wish you the best of luck.

-Ben Moskel

---

**06/11/2012**
**Mrs. Angel  Carrillo**

I accept the business's response to resolve this complaint

[A default letter is provided here which indicates your acceptance of the business's response.  If you wish, you may update it before sending it.]

Better Business Bureau:

I have reviewed the response made by the business in reference to complaint ID 9058992, where it stated that a refund will be issued after I send them my name, phone number and zipcode. I also emailed them requesting

Since I have onl 5 days to reply to BBB I am notifying that they say they will send a refund but I am not sure when this will be. However, if such refund is not received I will be notifying the BBB imediately.

Regards,

Angel Carrillo

**BBB.**
bbb.org

Better Business Bureau
Serving Upstate NY

100 Bryant Woods South
Amherst, NY 14228
(716) 881-5222
FAX
www.upstateny.bbb.org

**Case #:** 9064133

**Consumer Info:**  Dixon, Willie

████████ NY ████

████-████

████@aol.com

**Business Info:**  The Six Figure Program

████████████████

Land O Lakes, FL ███

(800) 520-2224

**Date Filed:** 6/4/2012

**Nature of the Complaint:** Guarantee Or Warranty Issues

**Consumer's Original Complaint:**

This company stated that if you are not satisfied with their service or if this is not for you , they will refund your money. you have a 90 day guarantee.On April 30 i sent them my credit card number to purchase the service. I realized that this service was not for me. On May 1,2012 i contacted the company via email and explained to them that the service they are selling is not for me and i would like my money back. On May 2,2012 i received an email stating that they will cancel my order and refund my money. The company stated that it will take 3 to 7 business days to refund my money. Since May 2,2012 i have contacted the company two more times with the same complaint and i've been told the same thing, you will receive your refund with in 3 to 7 business days. Guess what? it is now June 4,2012 and i still haven't receive my $27.00 refund.

**Consumer's Desired Resolution:**

All i want is my refund. Stop telling me that you are going to refund my money and just do it. Just cut me a check and send it back to me, don't reverse anything on my credit card. Just send me a paper check as soon as possible. thank you.

**Business/Consumer Response & Rebuttals:**

**06/07/2012**
**Handler**

**Respond to Complaint**
Hi Willie,

I'm sorry to hear that you are not satisfied.

We have issued your refund.

Best,
Ben Moskel

---

**06/07/2012**
**Mr. Willie Dixon**

I accept the business's response to resolve this complaint

[A default letter is provided here which indicates your acceptance of the business's response.  If you wish, you may update it before sending it.]

Better Business Bureau:

I have reviewed the response made by the business in reference to complaint ID 9064133, and find that this resolution is satisfactory to me.

this is the third time that i was told that i am going to receive a refund, i hope that this time is the truth.
Regards,

Willie Dixon

---

Better Business Bureau
Serving Upstate NY

100 Bryant Woods South
Amherst, NY 14228
(716) 881-5222
FAX
www.upstateny.bbb.org

**Case #:** 9068346

**Consumer Info:**   Mays, Janet

AL

@austin.rr.com

**Business Info:**   The Six Figure Program

Land O Lakes, FL
(800) 520-2224

**Date Filed:** 6/6/2012

**Nature of the Complaint:** Advertising Issues

**Consumer's Original Complaint:**

I purchased a service for the building of a website through The Six Figure Program. Additionally, I had to go through a company called Host Gator and buy a domain name. Upon completing this process, The Six Figure Program guarantees that they will provide customers with a website that allows them to start a home-owned business in affiliate marketing. To date I have not received my website. I have emailed the owners (both of them), and have gotten emails stating that they have received my emails and a representative will contact me within 24 hours. This has not happened either.

**Consumer's Desired Resolution:**

I want my money back for the TWO programs I purchased from The Six Figure Program, as well as a refund from Host Gator.

**Business/Consumer Response & Rebuttals:**

**06/07/2012**
**Handler**

**Respond to Complaint**
Hi Janet,

This is Ben Moskel.

I received your BBB complaint.

I am sorry for the miscommunication. We did build your website.

Your website is live on the
Internet.

You can look at it here:
http://www.nomoreteaching.com

We nonetheless issued you a full refund. You are free to keep the website
and the website editor software that we gave you.

Best,
Ben Moskel

Better Business Bureau
Serving Upstate NY

100 Bryant Woods South
Amherst, NY 14228
(716) 881-5222
FAX
www.upstateny.bbb.org

**Case #:** 9070377

**Consumer Info:**   Belanger, Gary

███████████ ME ██████████

███████████

███████████@yahoo.com

**Business Info:**   The Six Figure Program

Land O Lakes, FL █████
(800) 520-2224

**Date Filed:** 6/7/2012

**Nature of the Complaint:** Contract Issues

**Consumer's Original Complaint:**

They said they would Build a website in 24 to 48 Hrs., I ordered it on May 31est and They have done nothing ,not returning My Phone Calls, or e-mails. when I call to get answers they say they can only give a message.

**Consumer's Desired Resolution:**

closing of my domain name they had me buy, and web hosting they had me buy, ASAP.

**Business/Consumer Response & Rebuttals:**

**06/07/2012**
**Handler**

**Respond to Complaint**
Hi Gary,

This is Ben Moskel.

We are processing your refund.

We tried to build your website, but you never
sent us your hosting information.

Just so you know, you can download your
website files in the Training Center.

Just use this link:

http://sixfigureprogram.com/video-library.htm

It is the Website File Template link.

I am sorry that it didn't work out and that you
were frustrated with us.

We wish you the best of luck.

-Ben

---

**06/08/2012**
**Mrs. Gary J Belanger**

This Company Has worked on this problem, and now I very Happy with there responce,

They have acted very quickly and turned this deal around, I'm very happy now, Thank you so very much, Gary

---

Better Business Bureau
Serving Upstate NY

100 Bryant Woods South
Amherst, NY 14228
(716) 881-5222
FAX
www.upstateny.bbb.org

**Case #:** 9072626

**Consumer Info:**   Rodriguez, Susan

█████████ CA

█████████@yahoo.com

**Business Info:**   The Six Figure Program

Land O Lakes, FL
(800) 520-2224

**Date Filed:** 6/8/2012

**Nature of the Complaint:** Delivery Issues

**Consumer's Original Complaint:**

I found a work at home program and requested the CD to see if it was something I'd like to try. A few e-mails later...no CD. I kept receiving emails and still no CD.

**Consumer's Desired Resolution:**

I want to make sure they can't steal my identity or cause other problems for me later.
I would like to see them closed down to protect myself and others.



Better Business Bureau
Serving Upstate NY

100 Bryant Woods South
Amherst, NY 14228
(716) 881-5222
FAX
www.upstateny.bbb.org

**Case #: 9077203**

**Consumer Info:** BEDARD, JOANNE

████████████ OH ████

████████@NEO.RR.COM

**Business Info:** The Six Figure Program

Land O Lakes, FL ██████
(800) 520-2224

**Date Filed:** 6/12/2012

**Nature of the Complaint:** Refund / Exchange Issues

**Consumer's Original Complaint:**
This company promotes a program where they will guide you through the process of setting up a website. It turns out that once I paid them for the service,
they do nothing to guide you through setting up. They have been constantly calling my cell phone and harassing me to listen to some audio message or
to get into some expensive ($15,000) coaching program. The company is a scam, misleading, they lie about their product and service, they deceptively
coerse people into paying for a domain name, and then abandon you.

I have received over 25 phone calls from their "COACHING" group, many have been down right rude, nasty, insulting and offensive. One even threatened me
that I would never get a refund with "that attitude". The coaching program is some affiliate of the SIX FIGURE PROGRAM and the guys that run SFP are Ben
Moskel and another guy, not sure of his name.

I am also filing a complaint with the OHIO Attorney General Office. I have not received my refund to date and I want the phone calls to stop.

**Consumer's Desired Resolution:**
Stop Contacting Me
Reimburse me for the cost of a domain name which I will not use as I won't get caught up in another scam.



Better Business Bureau
Serving Upstate NY

100 Bryant Woods South
Amherst, NY 14228
(716) 881-5222
FAX
www.upstateny.bbb.org

**Case #:** 9077700

**Consumer Info:** Joe, Jeannie

███████████ CA ████

████████@hotmail.com

**Business Info:** The Six Figure Program

████████████████

Land O Lakes, FL ████
(800) 520-2224

**Date Filed:** 6/13/2012

**Nature of the Complaint:** Advertising Issues

**Consumer's Original Complaint:**
Unable to find correct address for refund. Different address listed on BBB

**Consumer's Desired Resolution:**
refund and make these people tell the buyer that they have to buy a web hosting before they sign up, amount it will cost, and make the website user friendly or allow the customer to use whatever web hoster they want.



Better Business Bureau
Serving Upstate NY

100 Bryant Woods South
Amherst, NY 14228
(716) 881-5222
FAX
www.upstateny.bbb.org

**Case #:** 9085547

**Consumer Info:** Rauktys, Leah
                 IL
                 @att.net

**Business Info:** The Six Figure Program
                 Land O Lakes, FL
                 (800) 520-2224

**Date Filed:** 6/19/2012

**Nature of the Complaint:** Advertising Issues

**Consumer's Original Complaint:**
I received a DVD that stated they would charge me $27.00 to get my website up and running so i could start making money in 24 hrs. I quickly found out it was going to cost me more than $27.00. It also said in their dvd that when you call to sign up you will not be up sold, that there are no other products to buy. Well, when i called I was upsold. I was told it was $27.00 for the program with the link to follow instructions to my website. BUT, for an extra $14.00 I could get a DVD that would link affiliate marketing opportunites to my personal interests so i could post those to my website. Well, I spent $41.00. Received the email link which takes you to another website where they tell you that you need to spend $95-$167 to get your website hosted before they can build and start up your website. They should have disclosed this information before now. I stopped there and searched the internet to find people have spent a lot more money with them and got nowhere. I want my $41.00 back. They lied in the dvd, and i bought under false pretense.

**Consumer's Desired Resolution:**
My $41.00 refunded to my credit card. And, all my information deleted from their system. I NEVER want to hear from them again. I saw online many people feel stalked by them even after quitting the program. The business kept their information and kept hounding them.

**Complaint Timeline:**

| | | |
|---|---|---|
| 06/19/2012 | djohnson@upstatenybbb.org | Pending initial BBB review: Process complaint |
| 06/19/2012 | djohnson@upstatenybbb.org | Pending initial Business response: Action taken |

**Complaint Messages/Notes:**

06/19/2012
**Better Business Bureau, Inc.**

The Better Business Bureau has received a customer concern about your business

Better Business Bureau, Inc.
100 Bryant Woods South
Amherst, NY 14228
Phone: (716) 881-5222 | Fax: (716) 883-5349

06/19/2012

Ben Moskel
The Six Figure Program

█████████████

Land O Lakes  FL  34638

Dear Ben Moskel:

The Better Business Bureau received a complaint about your business.  The complaint was submitted on 6/19/2012 12:30:27 AM and was assigned an ID of 9085547.

Although the BBB makes no judgment on the validity of this complaint, we recognize that there are two sides to every dispute.  We are simply requesting your cooperation in making a good faith effort to resolve the dispute, regardless of the settlement explanation given by the consumer.  Our objective is to assist both parties in reaching a resolution outside of the legal system.

Please review this information and respond within the next 14 days. If you received this complaint via email simply click on the "Respond to this Complaint", link located on the left, when you are ready to answer. If this complaint was received via postal mail, please state your position in a letter and fax or mail back to the BBB. If you should have any questions or concerns, please do not hesitate to contact me.

Please note the BBB now publishes the details of complaints received by our office. The customer's complaint and your response may be publicly posted on the BBB website (There are a few instances when a complaint

does not meet publishing guidelines and BBB reserves the right to not post in accordance with BBB policy).

Please do not include any information that personally identifies your customer. By submitting your response, you are representing that it is a truthful account of your experience with this customer. The BBB may edit the complaint or your response to protect privacy rights and to remove inappropriate language.


Regards,


Deborah Johnson
The Better Business Bureau


## CUSTOMER EXPERIENCE INFORMATION


Customer Information:
Leah Selene Rauktys

, IL

Daytime Phone:
E-mail: att.net


The details of this matter are as follows:


Complaint Involves:
Advertising Issues


Customer's Statement of the Problem:
I received a DVD that stated they would charge me $27.00 to get my website up and running so i could start making money in 24 hrs. I quickly found out it was going to cost me more than $27.00. It also said in their dvd that when you call to sign up you will not be up sold, that there are no other products to buy. Well, when i called I was upsold. I was told it was $27.00 for the program with the link to follow instructions to my website. BUT, for an extra $14.00 I could get a DVD that would link affiliate marketing opportunites to my personal interests so i could post those to my website. Well, I spent $41.00. Received the email link which takes you to another website where they tell you that you need to spend $95-$167 to get your website hosted before they can build and start up your website. They should have disclosed this information before now. I stopped there and searched the internet to find people have spent a lot more money with them and got nowhere. I want my $41.00 back. They lied in the dvd, and i bought under false pretense.


Complaint Background:
Product/Service: Six Figure Program
Purchase Date: 6/18/2012
Problem Occurred: 6/18/2012


Name of Salesperson:


Purchase Price: $41.00

Disputed Amount: $41.00

**Desired Settlement:**

My $41.00 refunded to my credit card. And, all my information deleted from their system. I NEVER want to hear from them again. I saw online many people feel stalked by them even after quitting the program. The business kept their information and kept hounding them.

---

**06/19/2012**
**Better Business Bureau, Inc.**

Complaint has been sent to the business

Better Business Bureau, Inc.
100 Bryant Woods South
Amherst, NY 14228
Phone: (716) 881-5222 | Fax: (716) 883-5349

06/19/2012
Leah Rauktys

 IL

Dear Leah Rauktys :

This message is in regard to your complaint submitted on 6/19/2012 12:30:27 AM against The Six Figure Program.  Your complaint was assigned ID 9085547.

Your complaint has been sent to the business for their response.  The entire complaint process can take four to six weeks from the time we receive your complaint. Once they have responded to the BBB, we will contact you again.  During the complaint process the company may try to contact you personally to clarify information or try to resolve the complaint. We encourage you to be open to their correspondence or attempt to resolve the claim. We ask that you advise us in writing by email, fax or mail if your claim is settled directly with the company.

The BBB publishes the details of complaints received by our office. The text of your complaint may be publicly posted on BBBs Web site (There are a few instances when a complaint does not meet publishing guidelines and BBB reserves the right to not post in accordance with BBB policy). Please do not include any personally identifiable information when you tell us about your problem or in your desired outcome. By submitting your complaint, you are representing that it is a truthful account of your experience with the business. BBB may edit your complaint to protect privacy rights and to remove inappropriate language.

Regards,

Deborah Johnson

The Better Business Bureau



Better Business Bureau
Serving Upstate NY

100 Bryant Woods South
Amherst, NY 14228
(716) 881-5222
FAX
www.upstateny.bbb.org

**Case #:** 9102931

| Consumer Info: | sellman, candice | Business Info: | The Six Figure Program |
|---|---|---|---|
| | ▮▮▮▮▮ PA ▮▮▮▮ | | Land O Lakes, FL ▮▮▮▮▮ |
| | ▮▮▮▮▮▮ | | (800) 520-2224 |
| | ▮▮▮▮@ymail.com | | |

**Date Filed:** 6/27/2012

**Nature of the Complaint:** Guarantee Or Warranty Issues

**Consumer's Original Complaint:**
I signed up for the six figure program cost said 27.00 I used my debit card to make the purchase was understood once I signed up that was the only cost to start the buisness, they sent me s link that showed that 300.00 more was needed to set up a website and I was not interested in spending more I thought 27.00 was all that was needed for help and website, I contacted many times a lady named Jessica told her I wanted refunded being that there was a 90 day money back guarantee that was June 11th and i have no received my money back I contacted her again and got a generated message again that said i would be refunded still nothing. This company is a scam and have scammed many people out of their money.

**Consumer's Desired Resolution:**
I believe this company should have to refund the money also for dishonesty about the product and lying about their refund policy, they should have to learn a lesson here what they are doing is wrong so I would like refund plus additional for scams. I have considered contacting my lawyer the next step if they to not resolve this and compensate me

## Complaint Timeline:

| 06/27/2012 | djohnson@upstatenybbb.org | Pending initial BBB review: Process complaint |
| 06/27/2012 | djohnson@upstatenybbb.org | Pending initial Business response: Action taken |
| 06/27/2012 | ▮▮▮▮▮gmail.com | Business Responded to Complaint: Action taken |
| 06/28/2012 | djohnson@upstatenybbb.org | Pending consumer Response: Action taken |
| 06/28/2012 | ▮▮▮▮▮@ymail.com | Pending BBB review of rejection: Action taken |
| 06/28/2012 | djohnson@upstatenybbb.org | Pending consumer Response: Manual state change |
| 06/28/2012 | ▮▮▮▮▮@ymail.com | Pending BBB review of rejection: Action taken |
| 06/28/2012 | djohnson@upstatenybbb.org | Pending Response of Rejection: Action taken |
| 06/28/2012 | ▮▮▮▮▮gmail.com | Business responded to rejection: Action taken |
| 06/28/2012 | djohnson@upstatenybbb.org | Pending consumer Response: Action taken |
| 07/03/2012 | ▮▮▮▮▮@ymail.com | Pending BBB review of rejection: Action taken |
| 07/03/2012 | djohnson@upstatenybbb.org | Pending Response of Rejection: Action taken |
| 07/03/2012 | ▮▮▮▮▮gmail.com | Business responded to rejection: Action taken |
| 07/03/2012 | djohnson@upstatenybbb.org | Pending consumer Response: Action taken |
| 07/03/2012 | ▮▮▮▮▮@ymail.com | Resolved: Action taken |

## Complaint Messages/Notes:

**06/27/2012**
**Better Business Bureau, Inc.**

The Better Business Bureau has received a customer concern about your business

Better Business Bureau, Inc.
100 Bryant Woods South
Amherst, NY 14228
Phone: (716) 881-5222 | Fax: (716) 883-5349

06/27/2012

Ben Moskel
The Six Figure Program



Land O Lakes  FL ▮▮▮

Dear Ben Moskel:

The Better Business Bureau received a complaint about your business.  The complaint was submitted on
6/27/2012 9:39:27 AM and was assigned an ID of 9102931.

Although the BBB makes no judgment on the validity of this complaint, we recognize that there are two sides to
every dispute.  We are simply requesting your cooperation in making a good faith effort to resolve the dispute,
regardless of the settlement explanation given by the consumer.  Our objective is to assist both parties in
reaching a resolution outside of the legal system.

Please review this information and respond within the next 14 days. If you received this complaint via
email simply click on the "Respond to this Complaint", link located on the left, when you are ready to answer. If
this complaint was received via postal mail, please state your position in a letter and fax or mail back to the BBB.
If you should have any questions or concerns, please do not hesitate to contact me.

Please note the BBB now publishes the details of complaints received by our office. The customer's complaint
and your response may be publicly posted on the BBB website (There are a few instances when a complaint
does not meet publishing guidelines and BBB reserves the right to not post in accordance with BBB policy).
Please do not include any information that personally identifies your customer. By submitting your response,
you are representing that it is a truthful account of your experience with this customer. The BBB may edit the
complaint or your response to protect privacy rights and to remove inappropriate language.

Regards,

Deborah Johnson
The Better Business Bureau

CUSTOMER EXPERIENCE INFORMATION

Customer Information:
Candice Marie Sellman

▮▮▮▮▮▮▮▮

Daytime Phone: (412) 992-▮▮▮
E-mail: ▮▮▮▮▮@ymail.com

The details of this matter are as follows:

**Complaint Involves:**
Guarantee Or Warranty Issues

**Customer's Statement of the Problem:**
I signed up for the six figure program cost said 27.00 I used my debit card to make the purchase was understood once I signed up that was the only cost to start the buisness, they sent me s link that showed that 300.00 more was needed to set up a website and I was not interested in spending more I thought 27.00 was all that was needed for help and website, I contacted many times a lady named Jessica told her I wanted refunded being that there was a 90 day money back guarantee that was June 11th and i have no received my money back I contacted her again and got a generated message again that said i would be refunded still nothing. This company is a scam and have scammed many people out of their money.

**Complaint Background:**
Product/Service: the six figure program
Purchase Date: 6/6/2012
Problem Occurred: 6/11/2012
Talked to Company: 6/11/2012

**Name of Salesperson:**
online

**Purchase Price: $27.00**
**Disputed Amount: $27.00**

**Desired Settlement:**
I believe this company should have to refund the money also for dishonesty about the product and lying about their refund policy, they should have to learn a lesson here what they are doing is wrong so I would like refund plus additional for scams. I have considered contacting my lawyer the next step if they to not resolve this and compensate me

---

**06/27/2012**
**Better Business Bureau, Inc.**

Complaint has been sent to the business

Better Business Bureau, Inc.
100 Bryant Woods South
Amherst, NY 14228
Phone: (716) 881-5222 | Fax: (716) 883-5349

06/27/2012
Candice Sellman



Dear Candice Sellman :

This message is in regard to your complaint submitted on 6/27/2012 9:39:27 AM against The Six Figure Program.  Your complaint was assigned ID 9102931.

Your complaint has been sent to the business for their response.  The entire complaint process can take four to six weeks from the time we receive your complaint. Once they have responded to the BBB, we will contact you again.  During the complaint process the company may try to contact you personally to clarify information or try to resolve the complaint. We encourage you to be open to their correspondence or attempt to resolve the claim. We ask that you advise us in writing by email, fax or mail if your claim is settled directly with the company.

The BBB publishes the details of complaints received by our office. The text of your complaint may be publicly posted on BBBs Web site (There are a few instances when a complaint does not meet publishing guidelines and BBB reserves the right to not post in accordance with BBB policy). Please do not include any personally identifiable information when you tell us about your problem or in your desired outcome. By submitting your complaint, you are representing that it is a truthful account of your experience with the business. BBB may edit your complaint to protect privacy rights and to remove inappropriate language.

Regards,

Deborah Johnson
The Better Business Bureau

---

**06/27/2012**
**Handler**

**Respond to Complaint**
HI Candice,

This is Ben Moskel.

You have been refunded.

There is no web hosting package for $300.

You must be confused with another company.

Best of luck,
Ben

---

06/28/2012
**Better Business Bureau, Inc.**

Message received from the business about your complaint

Better Business Bureau, Inc.
100 Bryant Woods South
Amherst, NY 14228
Phone: (716) 881-5222 | Fax: (716) 883-5349

06/28/2012

Candice Sellman



Dear Candice Sellman :

This message is in regard to your complaint submitted on 6/27/2012 9:39:27 AM against The Six Figure
Program.  Your complaint was assigned ID 9102931.

The business has sent the BBB a message regarding this complaint, and we are passing it on to you.  The
contents of this message are below or attached.  Please contact us within the next 5 business days with your
response to the company's message. If you are going to accept the offer, you MUST follow up with the company
to let them know and work out the details.

The BBB publishes the details of complaints received by our office. The text of your complaint may be publicly
posted on BBBs Web site (There are a few instances when a complaint does not meet publishing guidelines and
BBB reserves the right to not post in accordance with BBB policy). Please do not include any personally
identifiable information when you tell us about your problem or in your desired outcome. By submitting your
complaint, you are representing that it is a truthful account of your experience with the business. BBB may edit
your complaint to protect privacy rights and to remove inappropriate language.

Regards,

Deborah Johnson
The Better Business Bureau

MESSAGE FROM BUSINESS:

HI Candice,

This is Ben Moskel.

You have been refunded.

There is no web hosting package for $300.

You must be confused with another company.

Best of luck,
Ben

---

**06/28/2012**
**Mrs. candice marie sellman**

I do not accept the response made by the business to resolve this complaint

Better Business Bureau:

I have reviewed the response made by the business in reference to complaint ID 9102931, and have determined that this does not resolve my complaint.  For your reference, details of the offer I reviewed appear below.

[To assist us in bringing this matter to a close, we would like to know your view on the matter.]

Regards,

Candice Sellman

---

**06/28/2012**
**Deborah Johnson**

Complaint you submitted to the BBB

Better Business Bureau, Inc.
100 Bryant Woods South
Amherst, NY 14228
Phone: (716) 881-5222 | Fax: (716) 883-5349

06/28/2012

Candice Sellman

Dear Candice Sellman :

This message is in regard to your complaint submitted on 6/27/2012 9:39:27 AM against The Six Figure Program.  Your complaint was assigned ID 9102931.

We understand you are not satisfied with the company response, but
we would need more specific information to validate your rebuttal before we can
reach out to the company again. At this time if you would like to provide any
additional details, along with any photos, documentation or contracts
that might explain exactly why you do not agree with their reply we can take
further steps in regard to this complaint.

The BBB publishes the details of complaints received by our office. The text of your complaint may be publicly posted on BBBs Web site (There are a few instances when a complaint does not meet publishing guidelines and BBB reserves the right to not post in accordance with BBB policy). Please do not include any personally identifiable information when you tell us about your problem or in your desired outcome. By submitting your complaint, you are representing that it is a truthful account of your experience with the business. BBB may edit your complaint to protect privacy rights and to remove inappropriate language.

Regards,

Deborah Johnson
The Better Business Bureau

---

**06/28/2012**
**Mrs. candice marie sellman**

I do not accept the response made by the business to resolve this complaint

Better Business Bureau:

I have reviewed the response made by the business in reference to complaint ID 9102931, and have determined that this does not resolve my complaint.  For your reference, details of the offer I reviewed appear below.

[I have been told it was refunded many times and I've even called was told that they do not have my credit card in their system but i was charged I also have asked for a phone number to call Jessica h directly or Ben but I don't get a response. I find that they give false advertisement and other steps should be taken to have this company shut down there are a lot of consumers that I've come across that are in similar situations with this company and have not been refunded. It needs brought to the attention what they are doing is scaming people out of a lot of money then they try to ask people to pay thousands of dollars to go to new York to meet with them to learn to make money, I want my money back into my account today and they need to pay additional for for false advertisement and so on..]

Regards,

Candice Sellman

---

**06/28/2012**
**Better Business Bureau, Inc.**

BBB Customer Comment: The consumer does not find your offer satisfactory

Better Business Bureau, Inc.
100 Bryant Woods South
Amherst, NY 14228
Phone: (716) 881-5222 | Fax: (716) 883-5349

06/28/2012

Ben Moskel
The Six Figure Program



Land O Lakes  FL ▇▇▇

Dear Ben Moskel:

This message is in regard to a complaint submitted to the BBB about your business on 6/27/2012 9:39:27 AM by Candice Sellman .  This complaint was assigned ID 9102931.

Your customer has additional concerns regarding this case.  For your convenience, a copy of this information is listed below.  Please respond within 10 days of receiving this notice.

In the BBB's experience, responses that help to foster trust in a business:

*    Acknowledge customer concerns

*    State the facts as you see them and avoid emotion

*    Explain the actions you can and can't take to resolve concerns

Should you provide additional information in the future, please note the BBB now publishes the details of complaints received by our office. The customer's complaint and your response may be publicly posted on the BBB website (There are a few instances when a complaint does not meet publishing guidelines and BBB reserves the right to not post in accordance with BBB policy). Please do not include any information that personally identifies your customer. By submitting your response, you are representing that it is a truthful account of your experience with this customer. The BBB may edit the complaint or your response to protect privacy rights and to

remove inappropriate language.

If you should have any questions or concerns, please do not hesitate to contact me.

Regards,

Deborah Johnson
The Better Business Bureau

MESSAGE:

Better Business Bureau:

I have reviewed the response made by the business in reference to complaint ID 9102931, and have determined that this does not resolve my complaint. For your reference, details of the offer I reviewed appear below.

[I have been told it was refunded many times and I've even called was told that they do not have my credit card in their system but i was charged I also have asked for a phone number to call Jessica h directly or Ben but I don't get a response. I find that they give false advertisement and other steps should be taken to have this company shut down there are a lot of consumers that I've come across that are in similar situations with this company and have not been refunded. It needs brought to the attention what they are doing is scaming people out of a lot of money then they try to ask people to pay thousands of dollars to go to new York to meet with them to learn to make money, I want my money back into my account today and they need to pay additional for for false advertisement and so on..]

Regards,

Candice Sellman

_____

06/28/2012
Handler

Respond to Complaint
Hi Candice,

Your refund was issued when you requested it.

You requested it less than 24 hours ago - please
allow a day or two for your bank or credit card company
to credit your account.

This is standard with a refund from any business.

**06/28/2012**
**Better Business Bureau, Inc.**

Message received from the business about your complaint

Better Business Bureau, Inc.
100 Bryant Woods South
Amherst, NY 14228
Phone: (716) 881-5222 | Fax: (716) 883-5349

06/28/2012

Candice Sellman

████████████████

Dear Candice Sellman :

This message is in regard to your complaint submitted on 6/27/2012 9:39:27 AM against The Six Figure
Program.  Your complaint was assigned ID 9102931.

The business has sent the BBB a message regarding this complaint, and we are passing it on to you.  The
contents of this message are below or attached.  Please contact us within the next 5 business days with your
response to the company's message. If you are going to accept the offer, you MUST follow up with the company
to let them know and work out the details.

The BBB publishes the details of complaints received by our office. The text of your complaint may be publicly
posted on BBBs Web site (There are a few instances when a complaint does not meet publishing guidelines and
BBB reserves the right to not post in accordance with BBB policy). Please do not include any personally
identifiable information when you tell us about your problem or in your desired outcome. By submitting your
complaint, you are representing that it is a truthful account of your experience with the business. BBB may edit
your complaint to protect privacy rights and to remove inappropriate language.

Regards,

Deborah Johnson
The Better Business Bureau

MESSAGE FROM BUSINESS:

Hi Candice,

Your refund was issued when you requested it.

You requested it less than 24 hours ago – please
allow a day or two for your bank or credit card company
to credit your account.

This is standard with a refund from any business.

-Ben

---

07/03/2012
Mrs. candice marie sellman

I do not accept the response made by the business to resolve this complaint

Better Business Bureau:

I have reviewed the response made by the business in reference to complaint ID 9102931, and have determined
that this does not resolve my complaint.  For your reference, details of the offer I reviewed appear below.

[It has still not been refunded to my account this company is a,joke again they lie and are a scam I don't know
what more to do I guess if they do not respond I can contact my bank and possibly my lawyer. There are so
many people that got scammed out of their money buy these guys. And now I'm receiving phone calls to spend
more money..]

Regards,

Candice Sellman

---

07/03/2012
Better Business Bureau, Inc.

BBB Customer Comment: The consumer does not find your offer satisfactory

Better Business Bureau, Inc.
100 Bryant Woods South
Amherst, NY 14228
Phone: (716) 881-5222 | Fax: (716) 883-5349

07/03/2012

Ben Moskel
The Six Figure Program



Land O Lakes  FL

Dear Ben Moskel:

This message is in regard to a complaint submitted to the BBB about your business on 6/27/2012 9:39:27 AM by Candice Sellman . This complaint was assigned ID 9102931.

Your customer has additional concerns regarding this case.  For your convenience, a copy of this information is listed below.  Please respond within 10 days of receiving this notice.

In the BBB's experience, responses that help to foster trust in a business:

*    Acknowledge customer concerns

*    State the facts as you see them and avoid emotion

*    Explain the actions you can and can't take to resolve concerns

Should you provide additional information in the future, please note the BBB now publishes the details of complaints received by our office. The customer's complaint and your response may be publicly posted on the BBB website (There are a few instances when a complaint does not meet publishing guidelines and BBB reserves the right to not post in accordance with BBB policy). Please do not include any information that personally identifies your customer. By submitting your response, you are representing that it is a truthful account of your experience with this customer. The BBB may edit the complaint or your response to protect privacy rights and to remove inappropriate language.

If you should have any questions or concerns, please do not hesitate to contact me.

Regards,

Deborah Johnson
The Better Business Bureau

MESSAGE:

Better Business Bureau:

I have reviewed the response made by the business in reference to complaint ID 9102931, and have determined that this does not resolve my complaint.  For your reference, details of the offer I reviewed appear below.

[It has still not been refunded to my account this company is a,joke again they lie and are a scam I don't know

what more to do I guess if they do not respond I can contact my bank and possibly my lawyer. There are so many people that got scammed out of their money buy these guys. And now I'm receiving phone calls to spend more money..]

Regards,

Candice Sellman

---

07/03/2012
Handler

Respond to Complaint
Hi Candice,

We did issue your refund.

However, in the interests of resolving this
I have sent - via FEDEX overnight - a check for $27.00.

So you will get double your money back.

This is your FEDEX  tracking number.

██████████████

-Ben Moskel

---

07/03/2012
Better Business Bureau, Inc.

Message received from the business about your complaint

Better Business Bureau, Inc.
100 Bryant Woods South
Amherst, NY 14228
Phone: (716) 881-5222 | Fax: (716) 883-5349

07/03/2012

Candice Sellman
██████████████████

Dear Candice Sellman :

This message is in regard to your complaint submitted on 6/27/2012 9:39:27 AM against The Six Figure Program.  Your complaint was assigned ID 9102931.

The business has sent the BBB a message regarding this complaint, and we are passing it on to you.  The contents of this message are below or attached.  Please contact us within the next 5 business days with your response to the company's message. If you are going to accept the offer, you MUST follow up with the company to let them know and work out the details.

The BBB publishes the details of complaints received by our office. The text of your complaint may be publicly posted on BBBs Web site (There are a few instances when a complaint does not meet publishing guidelines and BBB reserves the right to not post in accordance with BBB policy). Please do not include any personally identifiable information when you tell us about your problem or in your desired outcome. By submitting your complaint, you are representing that it is a truthful account of your experience with the business. BBB may edit your complaint to protect privacy rights and to remove inappropriate language.

Regards,

Deborah Johnson
The Better Business Bureau

MESSAGE FROM BUSINESS:

Hi Candice,

We did issue your refund.

However, in the interests of resolving this
I have sent - via FEDEX overnight - a check for $27.00.

So you will get double your money back.

This is your FEDEX  tracking number.
████████████████

-Ben Moskel

_____

07/03/2012
Mrs. candice marie sellman

I accept the business's response to resolve this complaint

[A default letter is provided here which indicates your acceptance of the business's response.  If you wish, you may update it before sending it.}

**Better Business Bureau:**

I have reviewed the response made by the business in reference to complaint ID 9102931, and find that this resolution is satisfactory to me.

Regards,

Candice Sellman

Better Business Bureau
Serving Upstate NY

100 Bryant Woods South
Amherst, NY 14228
(716) 881-5222
FAX
www.upstateny.bbb.org

**Case #:** 9082033

**Consumer Info:**   Karr, Ronald

█████████ NY █████

█████@windstream.net

**Business Info:**   The Six Figure Program

█████████████

Land O Lakes, FL █████

(800) 520-2224

**Date Filed:** 6/15/2012

**Nature of the Complaint:** Refund / Exchange Issues

**Consumer's Original Complaint:**

I have e-mailed them on six occasions requesting they refund my $27.00 for there program I canceled weeks ago. They keep replying they have turned the request over to one of there representatives.

**Consumer's Desired Resolution:**

Just refund the $27.00 and quite the foolishness.

**Business/Consumer Response & Rebuttals:**

**06/19/2012**
**Handler**

Respond to Complaint
Hi Ronald,

We have issued the refund.

This is the first refund request we have seen.

-Ben Moskel



Better Business Bureau
Serving Upstate NY

100 Bryant Woods South
Amherst, NY 14228
(716) 881-5222
FAX
www.upstateny.bbb.org

**Case #:** 9137853

**Consumer Info:**   Lynn, Brianna

███████, CO █████

████████@gmail.com

**Business Info:**   The Six Figure Program

████████ Land O Lakes, FL █████
(800) 520-2224

**Date Filed:** 7/23/2012

**Nature of the Complaint:** Refund / Exchange Issues

**Consumer's Original Complaint:**
The six figure program makes you pay $27 promising a full refund if not satisfied. Then, they make you sign up with a web hosting service (smartpuppyhosting.com) having you pay even more. Again promising you a full refund, neither have responded to various emails/ calls regarding a refund. I am most concerned about getting my refund from smart puppy web hosting.

**Consumer's Desired Resolution:**
Desired outcome may be that i get full refund from both websites/ businesses.

**Business/Consumer Response & Rebuttals:**

**07/23/2012**
**Ben Moskel**

Respond to Complaint

This person has been refunded.

---



Better Business Bureau
Serving Upstate NY

100 Bryant Woods South
Amherst, NY 14228
(716) 881-5222
FAX
www.upstateny.bbb.org

**Case #: 9181095**

**Consumer Info:**   Robbins, William

▉▉▉▉▉▉▉▉, NC ▉▉▉▉
▉▉▉▉▉▉▉▉▉▉▉▉
▉▉▉▉@yahoo.com

**Business Info:**   The Six Figure Program

▉▉▉▉▉▉▉▉▉▉
Land O Lakes, FL ▉▉▉▉
(800) 520-2224

**Date Filed:** 8/20/2012

**Nature of the Complaint:** Billing or Collection Issues

**Consumer's Original Complaint:**

I received a free dvd in the mail about their promotion. Upon watching the dvd I was instructed to go to their website and pay a one time fee of 27 dollars to invest. I put in all of the card information, and a messaged popped up saying "card was declined." However, I have a deduction text message application on my smart phone. The text explained that the 27 dollars had come off the card's previous balance. I decided to call the phone number on the www.sixfigureprogram.com website. This number is 800 585-4902. After calling it rang for awhile and then a message said, "this number is no longer a working number." My suspicions grew. At this point I have decided to file a complaint on this "company."

**Consumer's Desired Resolution:**

I would like to be compensated for the money deducted from the card as well as compensation for my time any other future damages that may occur from this transaction.

**Business/Consumer Response & Rebuttals:**

**08/21/2012**
**Handler**

Respond to Complaint
This customer's transaction was denied by their credit card company.

I have attached a screen shot to show this.

Jessica

_____



Better Business Bureau
Serving Upstate NY

100 Bryant Woods South
Amherst, NY 14228
(716) 881-5222
FAX
www.upstateny.bbb.org

**Case #: 9249284**

**Consumer Info:** McCain, Torrence

IL

@yahoo.com

**Business Info:** The Six Figure Program

Land O Lakes, FL
(800) 520-2224

**Date Filed:** 10/6/2012

**Nature of the Complaint:** Guarantee Or Warranty Issues

**Consumer's Original Complaint:**
On September 28th, I have recently ordered the six figure program and found out that you also need money for web hosting, and I currently do not have money to put into that and after reading a lot of complaints about this program not being honest enough of at least giving people their money back, I decided not to go any further with risking on losing any more money that I would've possibly have spent. They have been sending me a couple of emails wondering why I have not started on getting web hosting so they can build my website. I decided not to go through with responding back thinking that If I did, I would not receive my $27 back after rightfully requesting to do so. All I ask is for my $27 back on my card with no forthcoming issues.

**Consumer's Desired Resolution:**
Simply put, I just want my $27.00 refunded back to my Vanilla Visa Gift Card, please & thank you

**Business/Consumer Response & Rebuttals:**

**10/08/2012**
**Handler**

**Respond to Complaint**
Hello,

We have issued a $27.00 refund for:

███████████████████████████, IllinoisUnited States ██████████████████
██████████████@yahoo.com

My McCain never once contacted us directly for a refund. If he had we have refunded it right away.

Ben and Dave's program



Better Business Bureau
Serving Upstate NY

100 Bryant Woods South
Amherst, NY 14228
(716) 881-5222
FAX
www.upstateny.bbb.org

**Case #: 9251417**

**Consumer Info:** Blum, Mark

███████████
███████ FL ███████
███████████
███████@yahoo.com

**Business Info:** The Six Figure Program
████████████
Land O Lakes, FL ███
(800) 520-2224

**Date Filed:** 10/8/2012

**Nature of the Complaint:** Advertising Issues

**Consumer's Original Complaint:**
This program is a fake and a scam! They told me this was an online market affiliate program and that they would send me a how to video with a list of top affiliate marketers. All they did was send me a dvd that was the same exact video that was on their website with no information. Then when I asked for a refund they tried to tell me I had to invest for 5 thousand dollars. I told them no, they harrassed me on the phone- then they told me to shut up and when I asked for a refund they gave me a cancellation code of: LOOSER spelling out the word "looser." That is just rude, disrespectful and bad business. I want my money back and I have phoned the fraud department of the Federal Bureau of Investigation because as a military member- this is just BS.

**Consumer's Desired Resolution:**
I want my money back, but I also want to see this company and their owners go to prison. It is not right what they are doing to people and I didn't serve my country in a combat zone to come how to vultures like this!

**Business/Consumer Response & Rebuttals:**

**10/09/2012**
**Handler**

**Respond to Complaint**
Hello,

We have issued a refund for Mr Blum for $41.00. We do not offer a program for $5,000.00 nor do we have cancellation codes.
The refund went through paypal as that is how he paid.

Ben and Dave's Program



Better Business Bureau
Serving Upstate NY

100 Bryant Woods South
Amherst, NY 14228
(716) 881-5222
FAX
www.upstateny.bbb.org

**Case #: 9251782**

**Consumer Info:**  Obi, Tina

███████████, CA █████

███████@yahoo.com

**Business Info:**  The Six Figure Program

███████████
Land O Lakes, FL
(800) 520-2224

**Date Filed:** 10/9/2012

**Nature of the Complaint:** Advertising Issues

**Consumer's Original Complaint:**
I bought Ben and Dave's program, and paid 27 dollars for it. sooner after i discovered i had to pay for web hosting which was to host my domain name and web address. Even though they promised the website was free, some of the claims in the claims cash page arent correct in the sense that when i filled out some of the offers, it was supposed to calculate how much commission and authomatically update itself. but that didnt happen, it registered the date of the transaction but would not register the offer and the commission price for more than 2 days now. I have tried contacting them, but would be given one excuse or the other. Secondly i do have issues with their customer service relations and it just doesnt add up.

**Consumer's Desired Resolution:**
They should tell people the truth about what they are doing. and be serious about it.

**Business/Consumer Response & Rebuttals:**

**10/09/2012**
**Handler**

**Respond to Complaint**
Hello,

We have issued a refund of $27.00 to Tina Obi.

**Ben and Dave's Program**

# ATTACHMENT L.

**ONLINE ENTREPRENEUR, INC.**
**Six Figure Program**

### BASIS OF INQUIRY

Direct response advertising for the Six Figure Program, an affiliate marketing program marketed by Online Entrepreneur, Inc. came to the attention of the Advertising Self-Regulatory Council's ("ASRC") Electronic Retailing Self-Regulation Program ("ERSP") pursuant to its ongoing monitoring program.

Based on its initial review of online advertising (www.sixfigureprogram.com) for Six Figure Program, ERSP identified the following claims as representative of the core messages that are being communicated in the advertising regarding the product:

<u>Earnings Claims</u>

- *"TWO AVERAGE GUYS WITH ALMOST NO COMPUTER SKILLS MAKE $1.2 MILLION DOLLARS PER YEAR."*
- *"We have made over $5 million dollars and make as much as $22,307 per day."*
- *"we began by setting up a website and pretty soon we were making $300 per day…with just a few hours of 'work'."*
- *"It's 2011 and we have made over $5 Million Dollars from simple websites. Some days we make as much as $22,000 in a single day…"*
- *Sample Commission Checks: "$46,620.00 – One Month's Commission;" "$4,208.25 Monthly Check;" "$4,991.00 – One Week's Commission;" "$2,520.00 One Week's Commission."*
- *"a real $9,000 per month website that has already made over $33,000."*
- *"For example, Justin, a Six Figure Program student, is on pace to make $54,000 per year from his simple website. Justin is not college educated. He is just 19 years old!"*

<u>Performance Claims</u>

- *"you will need to dedicate at least a few hours of your time."*
- *"How does it sound when I tell you that you can finally leave that long, tedious, stressful, underpaid job? The Six Figure Program was designed for that exact purpose."*
- *"You won't need advanced computer skills with The Six Figure Program."*
- *"The Six Figure Program is not only a sure-fire money making system, it is a vehicle by which you can finally live the lifestyle you imagined for yourself."*
- *"The typical person who joins and follows the simple steps laid out in the program has a check for at least $20 sent to their house within 7-10 business days."*
- *"People who just want to make a few extra bucks and do the bare minimum make as little as $20 a week. However, there are some people who have used the system and are now making as much as $15,000 per month."*

- *"The perfect step towards achieving financial independence."*
- *"Once you receive the Six Figure Program, you will literally be able to sit down at your computer and start making money."*
- *"You'll receive your first check within 7-10 days!"*

Testimonials

- *"We just recently got into making five figures - $15,000 – per month in a short amount of time."* Chris H., Six Figure Program Student

## MARKETER'S POSITION

According to Online Entrepreneur, the two Six Figure Program business partners discovered affiliate marketing while they worked at their respective jobs. Shortly after achieving significant success in affiliate marketing, the partners created a training system, using a series of videos, audio recordings, and books to teach others how to be successful through affiliate marketing.

The marketer provided ERSP with five boxes of documentation to support the claims being communicated in the Six Figure Program advertising. This documentation can be readily categorized as follows:

*DVDs and Books* – Online Entrepreneur submitted two books and twenty DVDs to ERSP which provided detailed information on the Six Figure Program on subjects ranging from website traffic techniques, affiliate partners, search engine optimization and the management of effective pay-per-click campaigns, which essentially comprised several of the same material that a customer receives upon purchase of the Six Figure Program.

*Student Testimonial Packages* – To demonstrate the various levels of success that past students have achieved using the Six Figure Program, Online Entrepreneur provided ERSP with eight different testimonial packages. The packages include audio and video statements from students who purchased the Six Figure Program as well as written statements from the students attesting to commissions that have been earned from using the program.

*Cancelled Checks and Invoices* – Online Entrepreneur sent three boxes of invoices and cancelled checks to ERSP as substantiation for the earnings claims communicated in the advertising. The materials include affiliate commission paystubs paid to the two partners as well as weekly statements from various companies which detailed the affiliate marketing earnings.

The marketer noted that, with respect to the earnings claims, it intended to create a clear distinction between earnings made by the two business partners and examples of

2

what students can expect to earn. For example, the claims *"TWO AVERAGE GUYS WITH ALMOST NO COMPUTER SKILLS MAKE $1.2 MILLION DOLLARS PER YEAR"*; *"We have made over $5 million dollars and make as much as $22, 307 per day"*; *"We began by setting up a website and pretty soon we were making $300 per day…with just a few hours of 'work'"*; and *"It's 2011 and we have made over $5 Million Dollars from simple websites. Some days we make as much as $22,000 in a single day…"* are representations of the partners' success in affiliate marketing. Conversely, the claims *Sample Commission Checks: "$46,620.00 – One Month's Commission;" "$4,208.25 Monthly Check;" "$4,991.00 – One Week's Commission;" "$2,520.00 One Week's Commission"; "a real $9,000 per month website that has already made over $33,000"*; and *"For example, Justin, a Six Figure Program student, is on pace to make $54,000 per year from his simple website. Justin is not college educated. He is just 19 years old!"* are examples of successful students' earnings. The marketer expressed a willingness to clarify this distinction and make it more clear in future advertising.

As substantiation for its performance claims, the marketer explained that it understands it must be very clear in its future advertising regarding the amount of money that the typical purchaser of the Six Figure Program can expect to earn. With respect to the *current* advertising now before ERSP, a disclosure is included in the middle of the website, in full size font, that states:

> *"[Success with the Six Figure Program is] kind of like buying exercise equipment. You can spend $3,000 on a Bowflex machine or a treadmill, but if you leave it sitting in the corner of your basement, you aren't going to lose weight.*
>
> *The Six Figure Program is the same way. People who just want to make a few extra bucks and do the bare minimum make as little as $20 a week. However, there are some people who have used the system and are now making as much as $15,000 per month. It all depends on how much extra income you want and the amount of effort you are willing to put into it."*

The marketer explained that the earnings claims communicated in the advertising are not typical results, but are simply examples of the results of a few of the more successful students. According to the marketer, it is important to share these examples with customers so that they can see what is possible and to motivate and encourage them to be above average in every aspect of their lives. However, the marketer also stated that it understands the importance of clearly disclosing to prospective purchasers that these results are not typical. Online Entrepreneur attempted to address this issue by disclosing in the middle of the website that *"The typical person who joins and follows the simple steps laid out in the program has a check for at least $20 sent to their house within 7-10 business days."*

As support for the claim that "*the typical person who joins and follows the simple steps laid out in the program has a check for at least $20 sent to their house within 7-10 business days,*" as well as representations regarding commission amounts from past students, ("*$46,620.00 – One Month's Commission*"; "*$4,208.25   Monthly Check*"; "*$4,991.00 – One Week's Commission*"; "*$2,520.00 One Week's Commission.*") the marketer noted that 43% of students receive checks ranging from $10 to $100 per week, and the average check is between $10 - $20.  The marketer further noted that in the last 6 months, there have been 3,314 purchasers of the program. In the last 6 months, 1,438 checks (minimum $10.00) were issued to individual customers.

Finally, the marketer asserted that the claim "*you will literally be able to sit down at your computer and start making money*" is literally true. Online Entrepreneur explained to ERSP that it programs unique affiliate links into the students' websites and the customer can, in fact, sit down at their computer and begin earning money immediately. More specifically, purchasers of the Six Figure Program simply click on the "*Claim Cash*" link on the programmed website, complete the affiliate offer (and hopefully have other people complete the offer as well) and get paid. The marketer includes custom affiliate links from hundreds of companies, including Geico, Visa Black Card, and Capitol One. For example, the marketer explained that customers get paid $3.00 when they fill out a 6-field application for an auto loan. They do not need to spend any money; this is simply a lead-based affiliate link. If the customer has ten friends fill out the same auto loan offer, they will earn $30. The marketer explained that there are hundreds of offers like this automatically programmed into the customers' sites.

## ANALYSIS

Preliminarily, ERSP noted the marketer's willingness to cooperate and participate in the self-regulatory program. In particular, the marketer submitted a number of examples of student success stories, customer invoices, and checks as substantiation for the express earnings claims. During the pendency of the self-regulatory inquiry, Online Entrepreneur indicated to ERSP that it was in the process of completely revising its current advertising in an effort to address a number of the prevailing issues that were brought to its attention including earnings claims, user testimonials and typicality disclosures.

Although affiliate marketing had its origins over a decade ago, the recent proliferation of work-at-home opportunities and wealth creation products has resulted in increased regulatory focus on these product offerings and, in particular, the messages being communicated by earnings claims and consumer testimonials.

As many earnings claims in this product category are communicated by virtue of consumers attesting to a particular level of success from using the product or program, adherence to the FTC's *Guides Concerning the Use of Endorsements and Testimonials in*

*Advertising* ("FTC Guides") is imperative. Further, because most advertisements relating to wealth creation products and programs implement consumer testimonials that make reference to earnings that may be considered "*atypical*," the direction provided by the FTC Guides is especially germane.

Advertisements that feature a consumer and convey that his or her experience with a product or service may be "*typical*" when that is not the case are now required by the FTC to clearly disclose the results that consumers can generally expect to receive. In contrast to the 1980 version of the FTC Guides, which allowed advertisers to describe unusual results in a testimonial as long as they included a disclaimer such as "*results may vary*" or "*results not typical*," the current FTC Guides, which were revised in 2009, no longer contain this safe harbor. Accordingly, when using consumer testimonials, a marketer should either provide substantiation that the consumer's stated experience is "*typical*" or, conversely, indicate what the typical result would be given the scenario presented by the consumer. It is important to note that, pursuant to the FTC's revised Guides, consumer endorsements "*may not contain any representations which would be deceptive, or could not be substantiated if made directly by the advertiser*" and must reflect what other consumers can generally expect to experience.

Accordingly, with respect to the subject advertising, if the earnings claims being disseminated by Online Entrepreneur are attributed to product users and are *atypical*, then the marketer's burden is to disclose (i.e., *clearly and conspicuously*) the amount of money consumers can generally expect to earn. For example, section 255.2(b) of the FTC Guides states, "*if the advertiser does not have substantiation that the endorser's experience is representative of what consumers will generally achieve, the advertisement should clearly and conspicuously disclose the generally expected performance in the depicted circumstances.*" ERSP certainly recognizes that there are a number of variables inherent in achieving a particular result in this product category, (i.e., hours spent, how long the customer participated, any specialized expertise the customer had before starting the program, etc.) and thus an assessment of typicality should be based on similar variables that account for the results expressed in the consumer testimonial at issue.

The subject advertising included a consumer testimonial stating "*We just recently got into making five figures - $15,000 – per month in a short amount of time.*" Although ERSP does not dispute the authenticity of the consumer's representation, it noted that Online Entrepreneur did not submit sales data indicating that $15,000 per month is the typical amount that a purchaser using the Six Figure Program will earn. As such, the FTC Guides instruct that the consumer testimonial be qualified with a disclosure of the "*the generally expected performance in the depicted circumstances.*" ERSP determined that the current disclosure (i.e., "*...People who just want to make a few extra bucks and do the bare minimum make as little as $20 a week. However, there are some people who have used the system and are now making as much as $15,000 per month...*") does not adequately communicate the amount of money that consumers may generally expect to earn from using the Six

Figure Program. Moreover, while the marketer did submit random checks and invoices to ERSP as evidence of customer earnings from using the Six Figure Program, this evidence could not be construed as proving that $15,000 is the typical or average amount of money that program users can expect to earn.

Based on the foregoing, ERSP recommended that the marketer discontinue the testimonial in the context in which it is currently being disseminated. ERSP also noted that if the marketer intends on incorporating consumer testimonials that communicate atypical earnings claims in future advertising, it is incumbent that Online Entrepreneur possess reliable data which measures the earnings and profit experienced by consumers who had purchased the product and then clearly and conspicuously disclose the generally expected earnings based upon in the depicted scenario.

The Six Figure Program advertising is replete with earnings claims and representations that ERSP determined inaccurately communicate to purchasers the amount of money that may be reasonably expected from using the product ("*a real $9,000 per month website that has already made over $33,000*"; "*…a Six Figure Program student, is on pace to make $54,000 per year from his simple website…*"; Sample Commission Checks: "*$46,620.00 – One Month's Commission*"; "*$4,208.25  Monthly Check*"; "*$4,991.00 – One Week's Commission*"; "*$2,520.00 One Week's Commission*" etc.). Contributing to the potentially misleading message is the fact that the marketer does not clearly and conspicuously disclose that these earnings are in any way atypical or extraordinary.

It is a basic principle of advertising law that an advertisement can make both express claims and implied claims. Express claims are those which directly state the representations at issue, while implied claims are those that are not expressly communicated. The law does not recognize any distinction between inaccurate claims whether they are express or implied.

ERSP determined the marketer could adequately support the express representation that "*You'll receive your first check in 7-10 days.*" The marketer provided ERSP with copies of checks and invoices showing dates purchasers began using the Six Figure Program along with confirmation of payment. As further support, the marketer explained to ERSP that upon purchasing the program, Online Entrepreneur will create a page for users ("Claim Cash Page") in which three different pre-approved offers are provided for users to promote with individual affiliate links and a unique affiliate ID. Payment is deposited in an online account after a third-party clicks on a link and fills out a form for a free quote. The marketer stated that the three offers change on a weekly basis. Although ERSP was not troubled with this general claim, it concluded that the more specific claim stating "*The typical person who joins and follows the simple steps laid out in the program has a check for at least $20 sent to their house within 7-10 business days*" was not accurate because many of the copied checks presented to ERSP were for amounts *less than* $20 and, accordingly, it could not be categorically demonstrated that the "*typical*"

or average purchaser would receive a check of *"at least $20"* within the first week to ten days. As such ERSP recommended that Online Entrepreneur modify this claim in future advertising for the Six Figure Program.

In addition, the marketer's assertion that it did not intend claims relating to the earning success of the two founders of the Six Figure Program to communicate real consumer expectations (*"TWO AVERAGE GUYS WITH ALMOST NO COMPUTER SKILLS MAKE $1.2 MILLION DOLLARS PER YEAR."*; *"We have made over $5 million dollars and make as much as $22, 307 per day"*; *"we began by setting up a website and pretty soon we were making $300 per day…with just a few hours of 'work'"*) is of little relevance in ascertaining the message(s) that consumers are interpreting from the advertising. Conversely, ERSP determined that it would not be unreasonable for consumers to understand this core message of the advertising as meaning that *"with just a few hours of work"* they too could achieve similar success. However, there was no evidence in the case record supporting such a message. As such, ERSP recommended that the marketer refrain from disseminating unqualified, unsupported express and implied earnings claims in future advertising.

Additionally, ERSP remained concerned with representations regarding the implication that product users will be able to achieve the earning amounts communicated in the advertising with little effort or computer knowledge (*"You won't need advanced computer skills with The Six Figure Program"*; *"you will need to dedicate at least a few hours of your time"*; *" you will literally be able to sit down at your computer and start making money"*; *"The rest of the journey is easy – just point, click and execute"*). In evaluating the potential messages communicated by an advertisement, it is important to review the totality of the advertisement and assess the representations being made in the context of the entire (i.e., *"four corners"*) advertisement. Regarding the subject advertising, ERSP determined that earnings statements (*"$22, 307 per day"*; *"$9,000 a month"*; *"$3,200 a month"*; *"$15,000 a month"*) must be read in concert with the amount of time that marketer suggests should be committed to the program (e.g., *"just a few hours of work"*). Conversely, in the book entitled *"The Online Entrepreneur – Creating a Six-Figure Business in 30 days"* that was submitted by the marketer to ERSP, the author notes *"you will need to work hard"* and that any success *"will require persistence."* ERSP concluded that this was not the same message that was communicated in the advertising for the Six Figure Program and that one core, implied message is that product purchasers can achieve significant levels of income quickly, easily and with little computer knowledge. This take-away is inaccurate.

In fact, after reviewing the marketer's materials, it was apparent to ERSP that success (*"piles of cash"*) with the product requires more than effortlessly constructing *"simple websites,"* but instead necessitates an intricate understanding of online traffic techniques, affiliate partnerships, search optimization, etc.

Further contributing to ERSP's reservations about claims of earning considerable amounts of money despite minimal computer knowledge and little time and effort were express statements that consumers can forsake their current employment (i.e., *"quit your job"*; *"Let me help you quit your job"*; *"finally leave that long, tedious, stressful, underpaid job"*) so as to make money with the Six Figure Program. While ERSP recognizes that the founders of the Six Figure Program may have achieved financial independence from affiliate marketing, ERSP would caution Online Entrepreneur from suggesting to consumers that income they can expect to receive from using the product will be so substantial that it will replace, or be a substitute for, the money and security of their present occupation.

In closing and in light of the aforementioned recommendations, ERSP reiterated the marketer's commitment to make substantial revisions to its advertising and to address the concerns stated above regarding earnings claims and the use of consumer testimonials to communicate the generally expected results from using the product.

## CONCLUSION

During the pendency of the self-regulatory inquiry, Online Entrepreneur indicated to ERSP that it was in the process of completely revising its current advertising in an effort to address a number of the prevailing issues that were brought to its attention in this matter including earnings claims, consumer testimonials and typicality disclosures. With respect to the online advertising that is currently being disseminated, ERSP determined that the marketer was disseminating several claims regarding the amount of money that consumers could generally expect to earn from using the product and that evidence provided by the marketer did not support these representations which were made by either the marketer itself or in consumer testimonials. It was further concluded that the disclosure now being used in the advertisement to qualify the earnings claims is inadequate.

ERSP determined the marketer could adequately support was the claim that *"You'll receive your first check in 7-10 days"* but recommended that more specific claim that *"The typical person who joins and follows the simple steps laid out in the program has a check for at least $20 sent to their house within 7-10 business days"* be modified.

In addition, ERSP remained concerned with representations regarding the implication that product users will be able to achieve the earning amounts communicated in the advertising with little effort or computer knowledge as well as statements used by the marketer encouraging consumers to forsake their current employment to make money with the Six Figure Program and recommended that Online Entrepreneur refrain from making these and similar claims in future advertising.

## MARKETER'S STATEMENT

"We would like to thank you for working with us to help insure our marketing adheres to the NARC guidelines. We appreciate the amount of time and effort that goes into a review like this, and thank you for your time and dedication to us and our company. Throughout this self-regulatory review process, we have made great strides in understanding the FTC, NARC, ASRC, BBB and ERSP marketing guidelines.

As a result of this process, we discovered that changes were needed in three specific areas: 1) Earnings claims; 2) Typicality; 3) Prominence of the disclosures. In the spirit of voluntary regulation, and to address these three areas, we have made the following changes to our website and product:

1. We have added [a] ....disclaimer to our website in no less than three locations, the first of which is above the fold and clearly visible without scrolling down the website.

2. We have also placed no less than 5 links to this disclaimer prominently displayed next to each and every testimonial, check, and earnings claim.

3. We have removed any references to our product being a "system".

4. We have removed any language that makes our program seem "simple" or "easy". We have also removed any language that might be misconstrued as encouragement to quit one's job.

5. We have made very clear what the typical person can expect upon purchasing our product. We have made sure that upon reading the entire website, the prevailing message says that very few of our customers get rich, and that just 53% get weekly checks for $10 to $15.

6. We have removed any headlines that refer to Ben or Dave as "average guys".

7. In addition, we are in the process of changing our name, "Six Figure Program", so that customers do not make the assumption that they will automatically make six-figures upon purchasing our product.

We feel that the changes we have made have brought our website and our product in line with the FTC guidelines. We are committed to continually educating ourselves on any new changes or guidelines created by the FTC, NARC, BBB, ASRC and ERSP. We strive to work with these organizations in an effort to self-regulate sales copy and insure that the Internet is a safe place for consumers.

Rest assured, our goals are in line with your goals and the goals of NARC, FTC, BBB, ASRC and ERSP to enhance consumer confidence in electronic retailing."

10

# PLAINTIFF'S EXHIBIT 3

**DECLARATION OF KAREN NALVEN, PRESIDENT**
**THE BETTER BUSINESS BUREAU OF WEST FLORIDA**

I, Karen Nalven, hereby declare as follows:

1.      I am over the age of 21 years and am competent to give this Declaration. I am President of the Better Business Bureau of West Florida ("West Florida BBB" or "BBB"), a position I have held since 2004. I have been associated with the BBB since 1984. My business address is 2655 McCormick Drive, Clearwater, Florida 33759. I have personal knowledge of the facts stated in this Declaration, and if called as a witness, I could and would competently testify to the facts stated herein.

2.      As the President, I am responsible for the general oversight and management of the operations and marketing of the West Florida BBB. My responsibilities also include reviewing complaints received from consumers and communicating with the owners or representatives of businesses regarding those complaints.

3.      During the normal course of business, the BBB regularly receives complaints and inquiries from the public about businesses located within our geographic area. The BBB does not act as an advocate for consumers or businesses (whether the business is BBB-accredited or not), but instead acts as a mutually-trusted intermediary to resolve complaints, facilitate communication, and provide information on ethical business practices. The BBB remains impartial and does not take sides in disputes between business and their customers.

4.      The BBB generally receives complaints from consumers through its website, by facsimile, and by mail. Complaints filed with the BBB are housed in an internal database maintained by the BBB. The complaints filed via the BBB website are input directly into the database file for each company. Paper complaints are first transcribed and then entered into the

database.

5.     When the BBB receives a complaint about a business, we send a copy of the complaint to that business and request the business's assistance in working out the problem with their dissatisfied customer.  Most businesses, regardless of whether they are BBB-accredited or not, generally cooperate with the BBB.  However, some do not.  A business's cooperation with the BBB is voluntary.  Because the BBB is not a government or law enforcement agency, we cannot force a business to reply nor can we administer sanctions.

6.     A regular function of the BBB is to provide a review, called the "BBB Business Review," on the marketplace practices of businesses.  Our reviews are public and contain information about the nature of the business, its principal officers, a three-year summary of any complaints the BBB has processed, and any government action involving the business's practices.  The information in the review consists predominantly of information obtained from consumers, publicly-available information such as business and corporate filings with the various Secretary of State offices and Internet domain registrations, as well as information obtained from the business itself.  Most BBBs also will report a business's accreditation status in its public report and note whether the business participates in any special BBB programs to improve customer satisfaction.  These reviews are not an endorsement of any product, service, or business, but are provided solely to assist consumers in exercising their own best judgment.

7.     The West Florida BBB first opened its file on The Six Figure Program on November 9, 2007, in response to consumer complaints received concerning this business.  According to information obtained by the BBB, **The Six Figure Program**, which also does business under the name The Online Entrepreneur, Inc. (hereinafter collectively referred to as "The Six Figure Program"), sells work-at-home Internet business opportunities.  The business,

Page 2 of  7

which started in March 2007, is managed by Ben Moskel, the President, and Dave Clabeaux, the CEO, and has used addresses in Land O Lakes, Florida and Churchville, New York.

8.      Consumers have complained to the BBB that after they purchased The Six Figure Program, they find out that they have to pay an additional $100 or more in funds for webhosting services.  Consumers state that they have problems getting their website to work and have trouble reaching customer service at The Six Figure Program for assistance.  They have been unable to obtain a refund despite the company's money-back guarantee.  The Six Figure Program has responded to complaints filed with the BBB by refunding or offering to refund the money consumers paid to Six Figure Program.

9.      On February 27, 2008, as part of the BBB's Advertising Review Program, the West Florida BBB sent a letter to Dave Clabeaux regarding questionable claims made in an Internet advertisement for The Six Figure Program on the website sixfigureprogram.com.  The letter referred Mr. Clabeaux to the BBB's Code of Advertising and specifically asked him to substantiate two of his company's advertising claims:

1)      "Make $500 in Your First Two Hours - Guaranteed!"

2)      "It is so easy in fact, that we guarantee that you will make at least $500.00 in your first two hours of using the program."

A response was received from the company on March 3, 2008, stating: "The guarantee is as stated: if after learning our program and putting it to use, we guarantee that the consumer will make $500 in 2 hours or they can return our product for a full refund." (**Attachment A** is a redacted copy of the letter to Mr. Clabeaux and the company's response.)

10.     On the same day we sent our letter to Mr. Clabeaux and The Six Figure Program, February 27, 2008, West Florida BBB staff performed a Whois search for the domain

Page 3 of  7

registration for the website sixfigureprogram.com. The Whois search results for the domain showed Ben Moskel as the registrant and the administrative contact. (**Attachment B** is a redacted copy of the BBB's Whois search results.)

11.     From May 2010 through February 2012, Dave Clabeaux and Ben Moskel applied four times to the West Florida BBB for BBB accreditation for The Six Figure Program and The Online Entrepreneur, Inc. Businesses are under no obligation to seek BBB accreditation, and some businesses are not accredited because they have not sought BBB accreditation. To be accredited by the BBB, a business must apply for accreditation and BBB must determine that the business meets BBB accreditation standards, which include a commitment to make a good faith effort to resolve any consumer complaints. BBB Accredited Businesses must pay a fee for accreditation review/monitoring and for support of BBB services to the public.

12.     The Six Figure Program is not a BBB-accredited business. The West Florida BBB declined to process the accreditation applications for The Six Figure Program and The Online Entrepreneur, Inc. because the rating we had assigned to the company was an "F" and the business did not meet the minimum qualification of a "B" rating. A regular function of the BBB is to provide a review, called the "BBB Business Review," on the marketplace practices of businesses. As part of its BBB Business Review, the BBB provides a rating for a business on a scale from A+ to F. This rating is based on 16 factors, such as the length of time the business has been operating; complaint volume for a business this size; whether the company responded to the complaints filed; the company's response to the complaints filed; the resolution of complaints filed; and the fact that the BBB has sufficient background information on this business. The amount of harm that consumers claim to have suffered is not a factor considered in the business review.

Page 4 of 7

13.     On May 04, 2010, the West Florida BBB received the first application form from Dave Clabeaux for BBB accreditation.  Among other things, the application included the following information:

> Business Identification:
> Dave Clabeaux
> [private residence address]
> Land O Lakes, Florida  34638
> Business Start Date: 08/01/2006
> Web Address: www.sixfigureprogram.com/tampa2010.htm
> Number of Employees: 3

(**Attachment C** is a redacted copy of the online submission form from Mr. Clabeaux.)

14.     On January 21, 2011, and September 1, 2011, Mr. Clabeaux again submitted online application forms for BBB accreditation.  These applications identified the business applicant as "Six Figure Program," but used the same Land O' Lakes, Florida address, and the same telephone number, contact information, and website address, sixfigureprogram.com, as the first application.  (**Attachment D** are redacted copies of Mr. Clabeaux's two online application forms.)  The January 2011 application listed The Six Figure Program's "Product or Service Offered" as  "Internet Marketing training material. [] Specifically, our course provides information on the following: [] Google Adwords [] Microsoft Adcenter [] Yahoo Display Advertising [] Web Design." (**Attachment D, p. 1**)  The September 2011 application described the company's product or service as "[b]ooks, DVD's and CD's on how to market online." (**Attachment D, p. 2**)

15.     Five months later, on February 23, 2012, Ben Moskel submitted an online application for BBB accreditation for "The Online Entrepreneur, Inc." at the same Land O' Lakes, Florida address as The Six Figure Program and listing the company's website as sixfigureprogram.com.  This application included the business telephone number for the

company as 800-497-5331 and fax number as 585-486-▮▮▮▮. Mr. Moskel's application also

included, among other things, the following information regarding The Online Entrepreneur,

Inc.:

> **Details**
> Start Date: 1/1/2007
> Website: www.sixfigureprogram.com
> Employees: 2
> Gross Annual Sales: $1M
> Annual Number of Customers: 5,000
> Product or Service Offered
> We offer a training course for entrepreneurs. It shows you how to successfully
> market a product or service online. [] We include tutorials on website best
> practices, how to choose a merchant partner, search engine marketing, and related
> topics.

(**Attachment E** is a redacted copy of Mr. Moskel's application form.)

16.     On April 25, 2012, Ben Moskel, The Six Figure Program, sent a letter to the West

Florida BBB via FedEx with the return address listed as The Online Entrepreneur, Inc., 200 High

Point Road, Victor, New York 14564.  In his letter, Mr. Moskel states that he is the president of

The Six Figure Program and he requests that the BBB re-evaluate the current "F rating" for his

company.  Mr. Moskel's letter also states that The Six Figure Program has had more than 70,000

customers and has gross annual revenues of approximately 2 million dollars.  Further, in support

of his request to change the BBB rating for his company, Mr. Moskel's letter, referring back to

our 2008 letter to Mr. Clabeaux regarding the  BBB's Advertising Review of the claims on the

website sixfigureprogram.com, states "[f]inally, you were concerned with an income statement

we used in our advertising materials, i.e. 'Make $500 in 2 Hours.'  We no longer use that income

guarantee in our advertising or marketing materials."  (**Attachment F** is a redacted copy of the

Mr. Moskel's letter and the FedEx envelope label.)

17.     On May 2, 2012, Ben Moskel sent follow-up email to inquire about the status of his request that the BBB re-evaluate change the "F" rating for his company, The Six Figure Program.  (**Attachment G** is a redacted copy of the Mr. Moskel's email.)

18.     In May 2012, the West Florida BBB, along with the BBB serving Upstate New York and the BBB of Chicago and Northern Illinois, decided to consolidate the files each office had opened on The Six Figure Program.  On May 7, 2012,  the West Florida BBB sent its files, including 18 complaints our office had received, to the BBB serving Upstate New York, which now receives and processes all complaints regarding The Six Figure Program.

19.     The documents produced and attached hereto by the BBB are true copies of records of regularly conducted activity that:

a)      Were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

b)      Were kept in the course of the regularly conducted activity of the BBB; and

c)      Were made by the regularly conducted activity as a regular practice of BBB.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of American that the foregoing is true and correct.

Executed on _Octobe 22_ , 2012.

**KAREN NALVEN**

# ATTACHMENT A.



Better Business Bureau of West Florida, Inc.
2655 McCormick Drive
Post Office Box 7950
Clearwater, FL  33758-7950
(727) 535-5522 | (800) 525-1447
Fax: (727) 539-6301
**www.bbb.org**

February 27, 2008

Mr. Dave Clabeaux
Six Figure Program
███████████████
Land O Lakes, FL ██████████

RE: Case # 67108471 : Ad Review

The Better Business Bureau serves businesses and consumers by promoting ethical business practices and helping maintain consumer confidence in the marketplace.

One long-standing service of the BBB is our Advertising Review Program.  As part of this program, we review advertising by companies in our marketplace.  We offer you the opportunity to preserve self-regulation of the marketplace by addressing the issues presented in this review of your company's advertisement.  The Bureau would like for you to substantiate the following claims:

    1)   "Make $500 in Your First Two Hours- Guaranteed!"

    2)   It is so easy in fact, that we guarantee that you will make at least $500.00 in your first two hours of using the program."

The Bureau is inquiring about your advertising claims based on the Code of Advertising: Guidelines for Truth in Advertising from your Better Business Bureau, which is enclosed for your information. Please review the following standards:

    A)   Basic Principals, (page 1)

The BBB welcomes a discussion with you about this issue. We are asking you to review your advertising and provide us with substantiation of the claims.   If unable to substantiate the claims, your company may choose to modify or discontinue the advertisement.

We encourage you to use our online complaint and advertising review system to respond to this advertising review.  The following URL (website address) will take you directly to this ad review case record, and you will be able to enter your response directly on our website: **http://www.clearwater.ebindr.com/complaint/view/67108471/b/e83xa4b**.  However, if you are unable to respond using the internet, please respond in writing by email, fax or mail.

In the interest of timeliness, your Better Business Bureau is requesting your response to this advertising review by **March 12, 2008**.

Sincerely,

Kristen Farias, Trade Practice Specialist ext 3320
kfarias@clearwaterbbb.com

**Better Business Bureau of West Florida, Inc.**

AD REVIEW ACTIVITY REPORT  Case # 67108471

**Consumer Info:** Review, Ad
(if applicable)     2655 McCormick Drive
                    Clearwater, FL  33758-7950

**Business Info:** Six Figure Program

Land O Lakes, FL

**Nature of Dispute:**

**Bureau Ad Concern :**

**Desired Resolution:**

**BBB Processing**

| | | | |
|---|---|---|---|
| 02/27/2008 | KMF | BBB | Case Received by BBB |
| 02/27/2008 | KMF | BBB | Initiate Ad Challenge Without Letter |
| 02/27/2008 | Otto | | BBB   Manually Inform Business of Ad Review Challenge |

The complete BBB Code of Advertising may be viewed online at
http://www.bbb.org/membership/codeofad.asp.

For reference see the specific Guidelines below:

**COMPLAINT # 67108471**

<u>COMPANY INFO</u>
NAME:   **Six Figure Program**
--------------------------------------------------------------------------------------

<u>CONSUMER INFO</u>
NAME:   **Ad Review**                          DAY PHONE :      -
ADDRESS:   2655 McCormick Drive                EVE PHONE :      -
        Clearwater, FL
        33758-7950                        EMAIL :
$ VALUE:   $0.00                               FAX :
--------------------------------------------------------------------------------------

<u>DETAILS</u>
CONCERNING: **Advertising Issues**
OPENED         27 February 2008
CLOSED         17 October 2008
ENTERED BY:
ASSIGNED TO:  Kristen Blue ext.


NATURE OF DISPUTE:

DESIRED RESOLUTION::

BUSINESS RESPONSE: **The guarantee is as stated: if after learning our program and putting it to use, we guarantee that the consumer will make $500 in 2 hours or they can return our product for a full refund.**

DECISION:

ACTIVITY:

| | | | |
|---|---|---|---|
| **02/27/2008** | **KMB** | **BBB** | Case Received by BBB |
| **02/27/2008** | **KMB** | **BBB** | Initiate Ad Challenge Without Letter |
| **02/27/2008** | **Otto** | **BBB** | Manually Inform Business of Ad Review Challenge |
| **03/03/2008** | **KMB** | **BBB** | RECEIVE BUSINESS RESPONSE TO AD REVIEW : The guarantee is as stated: if after learning our program and putting it to use, we guarantee that the consumer will make $500 in 2 hours or they can return our product for a full refund. |
| **03/03/2008** | **KMB** | **BBB** | Staff Waiting from Business Response to Ad Review |
| **10/17/2008** | **KMB** | **BBB** | Ad Rev - Substantiated |
| **10/17/2008** | **Otto** | **BBB** | Ad Rev CLOSED - Substantiated |

# ATTACHMENT B.

WHOIS domain registration information results for sixfigureprogram.com from Network ...   Page 1 of 3



**NetworkSolutions.**

Call us 1-800-333-7680

Login    Help

Shopping Cart

## WHOIS Search Results

Available sixfigureprogram extensions:



| .net | .org | .us | .mobi | .info | .biz | .de | .tv | .co.uk | .eu | .bz |

Order Selected Domain(s) >

### Your WHOIS Search Results



**sixfigureprogram.com**
Services from Network Solutions.

- Certified Offer Service - Let us help you get this domain name!
- Backorder - Try to get this name when it becomes available
- SSL Certificates - Get peace of mind with a secure certificate.
- Enhanced Business Listing - Promote your business to millions of viewers for only $1 a month!

Registrant

Moskel, Ben
1905 park creek lane
churchville, NY 14428
US

Domain name: sixfigureprogram.com

Administrative Contact:
     admin@chargeoff.net
Moskel, Ben

churchville, NY
US
           Fax:

Technical Contact:
Netfirms Inc.        support@netfirms.com
Manager, Domains
5160 Yonge St., 1600

When you register a domain name, current policies require that the contact information for your domain name registration be included in a public database known as WHOIS. To learn about actions you can take to protect your WHOIS information visit www.internetprivacyadvocate.org.

NOTICE AND TERMS OF USE: You are not authorized to access or query our WHOIS database through the use of high-volume, automated, electronic processes or for the purpose or purposes of using the data in any manner that violates these terms of use. The Data in Network Solutions' WHOIS database is provided by Network Solutions for information purposes only, and to assist persons in obtaining information about or related to a domain name registration record. Network Solutions does not guarantee its accuracy. By submitting a WHOIS query, you agree to abide by the following terms of use: You agree that you may use this Data only for lawful purposes and that under no circumstances will you use





**NEW! VPS HOSTING**

Get the power of a dedicated server at a fraction of the cost.

Choose Your Domain Name Provider Wisely and Transfer Domains for $9.99/yr

Learn the do's and don'ts of search engine optimization. Download our Guide to Getting Found Online now.



**Learn the Secrets of Search Engine Optimization**

Attend our **SEO Seminar**

Learn More

TOP SECRET

WHOIS domain registration information results for sixfigureprogram.com from Network ... Page 2 of 3

Toronto, ON M2N5L9
CA
4166512100 Fax: 4166510700

Registrar of Record: Netfirms Inc.
Record expires on 2008-02-18.
Record created on 2007-02-18.
Database last updated on 2008-02-27 06:52:38.

The previous information has been obtained either directly from the registrant or a registrar
of the domain name other than Network Solutions. Network Solutions, therefore, does not
guarantee its accuracy or completeness.

Show underlying registry data for this record

| | |
|---|---|
| **Current Registrar:** | NETFIRMS, INC. |
| **IP Address:** | 216.39.58.192 (ARIN & RIPE IP search) |
| **IP Location:** | US(UNITED STATES)-WASHINGTON-SEATTLE |
| **Record Type:** | Domain Name |
| **Server Type:** | Other |
| **Lock Status:** | clientDeleteProhibited |
| **Web Site Status:** | Active |
| **DMOZ** | no listings |
| **Y! Directory:** | see listings |
| **Secure:** | No |
| **E-commerce:** | Yes |
| **Traffic Ranking:** | 4 |
| **Data as of:** | 30-Nov-2007 |



Search

**SEARCH AGAIN**

Enter a search term:

e.g. networksolutions.com

Search by:
⦿ Domain Name
○ NIC Handle
○ IP Address

WHOIS domain registration information results for sixfigureprogram.com from Network ...   Page 3 of 3

Search ₂



**Need to get your business online?**
Our professional designers can build a custom Web site for your business
$11.95/month, plus a $499.00 design fee

Go ›



**PerformanceClicks™ from Network Solutions**
Create and manage your pay per click advertising from as low as $125/month plus $99 one time set-up fee

Go ›



PayPal



**100% Secure Transaction**
For your protection, this Web site is secured with the highest level of SSL Certificate encryption.

© Copyright 2008 Network Solutions. All rights reserved

http://www.networksolutions.com/whois/results.jsp?domain=sixfigureprogram.com          2/27/2008

# ATTACHMENT C.

**From:**              webuser@hurdmanivr.com
**Sent:**              Tuesday, May 04, 2010 2:54 PM
**To:**                info@bbbwestflorida.org
**Subject:**           Join Form Submission


The following information was submitted by a form located at http://www.bbb.org/west-florida/apply by
IP address 72.77.164.150 on May 04, 2010 at 12:53 pm MDT


**Business Identification:**
Dave Clabeaux
█████████████████████████

Land O Lakes, Florida ████████

**Telephone:** ████████████
**FAX:**
**Contact Person's Name:** Dave Clabeaux
**Contact Person's Phone:** ████████████
**Contact Person's Email:** ███████████@yahoo.com **Best Time to Contact:**

**Business Start Date:** 08/01/2006
**Web Address:** www.sixfigureprogram.com/tampa2010.htm
**Number of Employees:** 3

**Product or Service Offered:**

**Form:** N1

1

# ATTACHMENT D.

| | |
|---|---|
| **From:** | BBB Website Form <clearwater.bbb@bbb-email.org> |
| **Sent:** | Friday, January 21, 2011 3:45 PM |
| **To:** | info@bbbwestflorida.org |
| **Subject:** | Application Form Submission (Six Figure Program) |

Application Form Email
Submitted: **January 21, 2011**

IP Address: **72.64.251.245**

**Business Identification**
Six Figure Program
███████████
Land O Lakes, FL, ███████

Phone: 813495███
Fax:

**Contact Information**
Name: Dave Clabeaux
Phone: ████████
Email:████████@yahoo.com
Best Time to Contact: any

**Details**
Start Date: August 2006
Website: www.TheSixFigureProgram.com
Employees: 5

**Product or Service Offered**
Internet Marketing training material.rnSpecifically, our course provides information on the following:rnGoogle
Adwords rnMicrosoft AdcenternYahoo Display AdvertisingrnWeb Design

| | |
|---|---|
| **From:** | BBB Website Form <clearwater.bbb@bbb-email.org> |
| **Sent:** | Thursday, September 01, 2011 10:41 AM |
| **To:** | info@bbbwestflorida.org |
| **Subject:** | Application Form Submission (Six Figure Program) |

**Application Form Email**
**Submitted: September 1, 2011**

**IP Address: 71.180.16.118**

**Business Identification**
Six Figure Program
███████████████

Land O Lakes, FL, ███████

Phone: 813-495-████
Fax:

**Contact Information**
Name: Dave Clabeaux
Phone: ████████████
Email: ██████████@yahoo.com
Best Time to Contact: Afternoon

**Details**
Start Date: 2007-03-01
Website: www.sixfigureprogram.com
Employees: 6
Source:

**Product or Service Offered**
Books, DVD's and CD's on how to market online.

1

# ATTACHMENT E.

| | |
|---|---|
| **From:** | BBB Website Form <clearwater.bbb@bbb-email.org> |
| **Sent:** | Thursday, February 23, 2012 9:32 AM |
| **To:** | info@bbbwestflorida.org |
| **Subject:** | Application Form Submission (The Online Entrepreneur, Inc.) |

**Application Form Email**
Submitted: **February 23, 2012**

IP Address: **96.25.242.126**

**Business Identification**
The Online Entrepreneur, Inc.
█████████████

Land O Lakes, FL, ██████

Phone: 800-497-████
Fax: 585-486-████

**Contact Information**
Name: Ben Moskel
Phone: ███████████
Email: ████████@gmail.com
Best Time to Contact: Afternoon

**Details**
Start Date: 1/1/2007
Website: www.sixfigureprogram.com
Employees: 2
Gross Annual Sales: $1M
Annual Number of Customers: 5,000
Source:

**Product or Service Offered**
We offer a training course for entrepreneurs. It shows you how to successfully market a product or service online.ⁿWe include tutorials on website best practices, how to choose a merchant partner, search engine marketing, and related topics. ⁿ

# ATTACHMENT F.

Better Business Bureau
2655 McCormick Dr.
Clearwater, FL 33759



RE: The Six Figure Program

Attention: Kristin Blue

Sent via FEDEX

Dear Ms. Blue,

I am writing to follow up on a conversation I had with you on 4-19-12.

I am the President of the Six Figure Program.

I am respectfully requesting that you and your colleagues re-evaluate our current rating with your organization.

Briefly, our company currently has a listing and an "F" rating.

Allow me to share some additional information about us that may cause you to re-evaluate what you have on file for us.

First, our company has had more than 70,000 (seventy thousand) customers.

Second, there are a total of 13 complaints on file with your organization, all of which are resolved.

Third, our company currently has more than 10 employees and contractors. Our partner organization – Prosper – has a white label of the Six Figure Program product on the market. They have more than 400 employees.

The vast majority of the complaints you have on file were customers who purchased from Prosper.

Fourth, our company has gross revenues of approximately $2 Million dollars annually.

Finally, you were concerned with an income statement we used in our advertising materials, i.e. "Make $ 500 in 2 Hours." We no longer use that income guarantee in our advertising or marketing materials.

We hired three separate attorneys to evaluate our current marketing and advertising practices for compliance with FTC regulations. We made updates and changes according to their recommendations.

I myself am a licensed attorney in the state of New York and constantly re-evaluate our marketing material to make sure it is in line with current regulations.

Finally, you asked that we provide a few references.

Below are customers who purchased our product who are happy to speak with you about their experience:

**Mike Funston**

**Chris Haddon**

**Chris Smith**
Phone:

In addition, here are some vendor contacts that you may find helpful:

**Denise Tipton**

*Denise manages our affiliate relationship with our corporate partners.

**Marianne Barnes**

*Marianne is the affiliate manager at Progrexion Marketing. We've been doing business with Progrexion since 2005 as an affiliate partner.

I hope this information will result in a re-evaluation of our grade with you.

Please feel free to contact me at anytime to discuss further.

Sincerely,

Ben Moskel
The Six Figure Program
716-984



Attn: Kristen Blue

To: Better Business Bureau
2655 McCormick Drive
Clearwater, FL 33759





press

**FedEx First Overnight®**

# FO

Extremely Urgent



VOL. II, Page 287

**FedEx** Express   **NEW Package US Airbill**

FedEx Tracking Number   **8993 8109 5514**

**1 From**

Date

Sender's Name _____ Phone _____

Company _____

Address _____

City _____ State _____ ZIP _____

**2 Your Internal Billing Reference**

**3 To**

Recipient's Name _____ Phone _____

Company _____

Address _____

Address _____

City _____ State _____ ZIP 33129

8993 8109 5514

**4 Express Package Service** *To some locations.*

**Next Business Day**
- ☑ FedEx First Overnight
- ☐ FedEx Priority Overnight
- ☐ FedEx Standard Overnight

**2 or 3 Business Days**
- ☐ NEW FedEx 2Day A.M.
- ☐ FedEx 2Day
- ☐ FedEx Express Saver

**5 Packaging** *Declared value limit $500.*
- ☑ FedEx Envelope*
- ☐ FedEx Pak*
- ☐ FedEx Box
- ☐ FedEx Tube
- ☐ Other

**6 Special Handling and Delivery Signature Options**

☐ SATURDAY Delivery

☐ No Signature Required  ☐ Direct Signature  ☐ Indirect Signature

Does this shipment contain dangerous goods?
- ☐ No
- ☐ Yes (As per attached Shipper's Declaration)
- ☐ Yes (Shipper's Declaration not required)
- ☐ Dry Ice

☐ Cargo Aircraft Only

**7 Payment** Bill to:
- ☐ Sender
- ☐ Recipient
- ☐ Third Party
- ☐ Credit Card
- ☐ Cash/Check

Total Packages   Total Weight   Total Declared Value   Credit Card Auth.

612

# ATTACHMENT G.