| | |
|---|---|
| **From:** | Ben Moskel <██████@gmail.com> |
| **Sent:** | Wednesday, May 02, 2012 12:05 PM |
| **To:** | kblue@bbbwestflorida.org |
| **Subject:** | Six Figure Program Follow-Up |
| **Attachments:** | bbb-florida.docx |

Hi Kristen,

You and I spoke on 4-19-12 regarding my company -The Six Figure Program.

I am following up on correspondence
I sent to you on 4-20-12 via FEDEX.

I sent that material via overnight, but have not heard from you.

A copy of that letter is attached.

Please let me know what else you need from me to make some progress.

Also, please note that we are working with Attorney Peter Marinello from the NARC.

You indicated that you are familiar with Mr. Marinello.

He has made some suggestions to our marketing which we are implementing.

He is also aware of our request to your branch to:

1. re-evaluate our rating and
2. that you remove our employee's home address from your website.

I look forward to your anticipated cooperation.


-Ben Moskel