# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### Tampa Division

**FEDERAL TRADE COMMISSION,**

     Plaintiff,

v.

**THE ONLINE ENTREPRENEUR, INC.,**
a corporation, also d/b/a THE SIX FIGURE
PROGRAM and BEN AND DAVE'S
PROGRAM;

**BEN AND DAVE'S CONSULTING
ASSOCIATES, INC.,** a corporation;

**BENJAMIN MOSKEL,** individually and as
an officer or owner of THE ONLINE
ENTREPRENEUR, INC.; and BEN AND
DAVE'S CONSULTING ASSOCIATES,
INC.; and

**DAVID CLABEAUX,** individually and as
an officer or owner of THE ONLINE
ENTREPRENEUR, INC., and BEN AND
DAVE'S CONSULTING ASSOCIATES,
INC.,

     Defendants.

Case No.

## PLAINTIFF FEDERAL TRADE COMMISSION

## VOLUME III

### Supporting Declarations, Continued

# TABLE OF CONTENTS

**Exhibit #**

4.      **Declaration of Joseph Aponte**

5.      **Declaration of Gary Belanger**

6.      **Declaration of Mark Blum**

7.      **Declaration of Kari Boyd**

8.      **Declaration of Angel Carrillo-Torres**

9.      **Declaration of Jesse Cohen**

10.     **Declaration of Willie Dixon**

11.     **Declaration of Joyce Huffstetler**

12.     **Declaration of Jeanie Joe**

13.     **Declaration of Ronald Karr**

14.     **Declaration of Roberta Mallet**

15.     **Declaration of Janet Mays**

16.     **Declaration of Pua Ponafala**

17.     **Declaration of Candice Sellman**

18.     **Declaration of Belinda Sheppard**

19.     **Declaration of Sondra Waldrop**

# PLAINTIFF'S EXHIBIT 4

**DECLARATION OF JOSEPH APONTE**
Pursuant to 28 U.S.C. § 1746

1.      My name is Joseph Aponte.  I am over 21 years of age.  I currently reside in New York, New York.  I have personal knowledge of the matters asserted in the following statements and, if called as a witness before any court, could and would testify to the same.

2.      I was looking for a way to make money from my home because I am bedridden. I was searching the Internet when I came across an advertisement for "The Six Figure Program."

3.      In early 2012, I saw an advertisement for The Six Figure Program on the Internet. I visited the website, sixfigureprogram.com, where I learned more about the program.  On the website, there was a video of two men who claimed to have made a fortune with The Six Figure Program and also claimed that they could teach anyone who purchases the program how to make a significant income on the Internet.  The website's claims led me to believe that I could make thousands of dollars per week with the program.  According to the website, for a fee of $27.00, I would have my own website created for me, and I would receive training and assistance with website promotion so that I could start making money.  While I figured I would start off slowly, I expected that, using the program, I would eventually be able to build up to a sustainable income.

4.      In March 2012, I decided to purchase the program and entered my $27.00 payment by debit card into the website application form.  After I paid the $27.00 fee, I received an email from The Six Figure Program instructing me to visit a second website, HostGator.com, to register my domain name and buy webhosting for my website.  I was not aware before I purchased the program that I would be required to spend additional money to operate my website.  However, I followed the email instructions and I ended up spending about $1,000.00 for domain name and webhosting services.

1

5.      Thereafter, I waited to hear back from The Six Figure Program that my website had been created.  After several weeks, I had not heard from the company and I tried calling the telephone numbers listed on sixfigureprogram.com, but I was never able to speak with anyone over the phone.  I also sent emails to inquire about my website construction, but all I would get were generic email replies that someone would get back to me soon.  No one ever got back to me.

6.      After several more weeks with no substantive communication from The Six Figure Program, I called and emailed the company asking for a refund.  At one point, I received an email from The Six Figure Program stating that my money would be refunded, but I never received a refund.  I contacted Six Figure Program three to five times thereafter and never got a response.

7.       On May 7, 2012, I filed a complaint with the Better Business Bureau ("BBB") against The Six Figure Program.  No one from the company responded to my BBB complaint.  A copy of my redacted complaint to the BBB is attached hereto as **Attachment A**.

8.      At no time before I made a payment to The Six Figure Program, did I ever see a document with the title "Disclosure of Important Information About Business Opportunity," or a document such as the "Disclosure Of Important Information About Business Opportunity Required by the Federal Trade Commission" which is attached hereto as **Attachment B**.

9.      In addition, at no time before I made a payment to The Six Figure Program, did I see any document entitled "Earnings Claim Statement Required By Law."

10.      I feel that I was scammed by The Six Figure Program.  Their website led me to believe that for a fee of $27.00, I would be able to start making a good income and be able to work from home.  Instead, I was required to pay additional money to use the program that had

2

not been disclosed to me before I purchased the program.  I never got my website and I

repeatedly asked The Six Figure Program for a refund.  I never got my refund and I eventually

gave up trying asking for my money back.  I made zero dollars off this program and lost over

$1,000.00.

     Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the
United States of American that the foregoing is true and correct.

Executed on _10/31/12_____, 2012.

JOSEPH APONTE

# ATTACHMENT A.



Better Business Bureau
Serving Upstate NY

100 Bryant Woods South
Amherst, NY 14228
(716) 881-5222
FAX
www.upstateny.bbb.org

**Case #:** 9030314

| | | |
|---|---|---|
| **Consumer Info:** Aponte, Joseph | **Business Info:** | Six Figure Program |
| New York, NY ▮ | | Land O Lakes, FL▮ |
| ▮@aol.com | | 8004975331 |
| | | www.sixfigureprogram.com |

**Date Filed:** 5/7/2012

**Nature of the Complaint:** Customer Service Issues

**Consumer's Original Complaint:**
will not return phone calls and did not full fill contract

**Consumer's Desired Resolution:**
keep their promise and get my business going.

# ATTACHMENT B.

# DISCLOSURE OF IMPORTANT INFORMATION ABOUT BUSINESS OPPORTUNITY
### Required by the Federal Trade Commission, Rule 16 C.F.R. Part 437

Name of Seller: _____   Address: _____

Phone:_____   Salesperson: _____   Date: _____

_____ has completed this form, which provides important information about the business opportunity it is offering you. The Federal Trade Commission, an agency of the federal government, requires that _____ complete this form and give it to you. However, the Federal Trade Commission has not seen this completed form or checked that the information is true. **Make sure that this information is the same as what the salesperson told you about this opportunity.**

---

**LEGAL ACTIONS:** Has _____ or any of its key personnel been the subject of a civil or criminal action, including any FTC Rule, involving misrepresentation, fraud, securities law violation, or unfair or deceptive practices, including any FTC Rule, within the past 10 years?

☐ **YES →** *If the answer is yes,__ _____ must attach a list of all such legal actions to this form.*
☐ **NO**

---

**CANCELLATION OR REFUND POLICY:** Does _____ offer a cancellation or refund policy?

☐ **YES →** *If the answer is yes, _____ must attach a statement describing this policy to this form.*
☐ **NO**

---

**EARNINGS:** Has _____ or its salesperson discussed how much money purchasers of this business opportunity can earn or have earned? In other words, have they stated or implied that purchasers can earn a specific level of sales, income, or profit?

☐ **YES →** *If the answer is yes, _____ must attach an Earnings Claims Statement to this form.*
*Read this statement carefully. You may wish to show this information to an advisor or accountant.*
☐ **NO**

---

**REFERENCES:** In the section below, _____ must provide you with contact information for at least 10 people who have purchased a business opportunity from them. If fewer than 10 are listed, this is the total list of all purchasers. **You may wish to contact the people below to compare their experiences with what** _____ **told you about the business opportunity.**

Note: If you purchase a business opportunity from _____, your contact information can be disclosed in the future to other potential buyers.

| | Name | State | Telephone Number | | Name | State | Telephone Number |
|---|------|-------|------------------|---|------|-------|------------------|
| 1. | | | | 6. | | | |
| 2. | | | | 7. | | | |
| 3. | | | | 8. | | | |
| 4. | | | | 9. | | | |
| 5. | | | | 10. | | | |

---

Signature: _____   Date: _____

By signing above, you are acknowledging that you have received this form. This is not a purchase contract. To give you enough time to research this opportunity, the Federal Trade Commission requires that after you receive this form, _____ must wait at least seven calendar days before asking you to sign a purchase contract or make any payments.

**For more information about business opportunities in general:** Visit the FTC's website at www.ftc.gov/bizopps or call 1-877-FTC-HELP (877-382-4357). You can also contact your state's Attorney General.

# PLAINTIFF'S EXHIBIT 5

## DECLARATION OF GARY BELANGER
Pursuant to 28 U.S.C. § 1746

1.      My name is Gary Belanger.   I am over 21 years of age.   I currently reside in

Maine.   I have personal knowledge of the matters asserted in the following statements and, if

called as a witness before any court, could and would testify to the same.

2.      I have been a carpenter for many years but recently I have been looking for

income opportunities that are not as physically demanding as carpentry work.  I was specifically

searching on the Internet for business opportunities I could operate from home.  I came across a

company named "The Six Figure Program."  I went to their website, sixfigureprogram.com,

where I saw a video with two gentleman talking about how their company can help people just

like me make a significant income from their home computers.

3.      The promise of earnings made on sixfigureprogram.com made got me very

excited.  The website was very clear that people like me, with little or no Internet experience,

could make thousands of dollars a month by using the program.

4.      The website stated that for a fee of $27.00, I would get a website built for me and

training that would allow me to begin earning an income immediately.  This seemed like a great

deal because the website said I would be able to get continued support and training as part of the

program.

5.      On May 31, 2012, I purchased The Six Figure Program through the

sixfigureprogram.com website for $27.00.  Upon completing my purchase, I was emailed a link

to a webhosting company called BrainHost where I discovered that I was required to purchase

webhosting for my website.  When I made the initial $27.00 purchase, I was unaware that there

would be any additional fees.  Because of the promises of potential income made by The Six

Figure Program, I decided to pay the additional costs and I purchased webhosting services from BrainHost.com for about $200.

6.       Both the Six Figure Program website and the email I received from Six Figure Program upon completing my purchase, stated that I would have a website built for me within 48 hours. By June 5, 2012, however, my website had not been made.  I called Six Figure Program and emailed them repeatedly over the next week but received no help other than automated messages that said someone would get back to me.

7.       On June 7, 2012, I filed a complaint with the Better Business Bureau ("BBB"), in which I described my frustration with The Six Figure Program's failure to respond to my requests for assistance in using the program and help to get my website operational.  My redacted BBB complaint is attached as **Attachment A**.  After filing the complaint I forwarded a copy of my complaint to The Six Figure Program's customer service department.

8.       After I forwarded my BBB complaint to the Six Figure Program, Ben Moskel, one of the men featured in the sixfigureprogram.com video, emailed me back explaining the difficulty in constructing my website.

9.       I ended up speaking with Ben Moskel and, after the conversations, The Six Figure Program got my website to operate.  After a few weeks of having my website running, however, I still had not received any profits.  I emailed sixfigureprogram.com complaining about not getting profits that I had been promised before buying the program.  I never received a satisfactory answer as to why I did not earn the promised profits.

10.      I set up the website, and followed the program directions to the letter, including doing a lot to promote my website on the Internet.  According to the program claims, I should have been receiving a sizable income by now; however, I have received zero profit.  I emailed

the company to explain to me where my promised income is, but I have not heard anything further from The Six Figure Program.

11.     At no time before I made a payment to the Six Figure Program, did I ever see a document with the title "Disclosure of Important Information About Business Opportunity," or a document such as the "Disclosure Of Important Information About Business Opportunity Required by the Federal Trade Commission" which is attached hereto as **Attachment B**.

12.     In addition, at no time before I made a payment to The Six Figure Program, did I see a document entitled "Earnings Claim Statement Required By Law."

13.     I was scammed by the Six Figure Program.  The sixfigureprogram.com website led me to believe that, for a fee of $27.00, I would have a website created for me and I would be able to start making a sizable income.  Instead, I was required to spend an additional $200 for ~~webhosting~~ *Coaching Prosper would provide*, services that were not disclosed to me before I purchased the program.  While I finally received a website after I forwarded my BBB complaint to the company, I have never made any money from the Six Figure Program.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of American that the foregoing is true and correct.

Executed on ___10/16/_____, 2012.

GARY BELANGER

# ATTACHMENT A.



Better Business Bureau
Serving Upstate NY

100 Bryant Woods South
Amherst, NY 14228
(716) 881-5222
FAX
www.upstateny.bbb.org

**Case #:** 9070377

**Consumer Info:**   Belanger, Gary

Buckfield, ME ▆▆▆

▆▆▆▆▆@yahoo.com

**Business Info:**   The Six Figure Program

▆▆▆▆▆▆▆▆

Land O Lakes, FL ▆▆▆
(800) 520-2224

**Date Filed:** 6/7/2012

**Nature of the Complaint:** Contract Issues

**Consumer's Original Complaint:**
They said they would Build a website in 24 to 48 Hrs., I ordered it on May 31est and They have done nothing ,not returning My Phone Calls, or e-mails. when I call to get answers they say they can only give a message.

**Consumer's Desired Resolution:**
closing of my domain name they had me buy, and web hosting they had me buy, ASAP.

**Business/Consumer Response & Rebuttals:**

**06/07/2012**
**Handler**

**Respond to Complaint**
Hi Gary,

This is Ben Moskel.

We are processing your refund.

We tried to build your website, but you never
sent us your hosting information.

Just so you know, you can download your
website files in the Training Center.

Just use this link:

http://sixfigureprogram.com/video-library.htm

It is the Website File Template link.

I am sorry that it didn't work out and that you
were frustrated with us.

We wish you the best of luck.

-Ben

---

**06/08/2012**
**Mrs. Gary J Belanger**

This Company Has worked on this problem, and now I very Happy with there responce,

They have acted very quickly and turned this deal around, I'm very happy now, Thank you so very much, Gary

---

# ATTACHMENT B.

## DISCLOSURE OF IMPORTANT INFORMATION ABOUT BUSINESS OPPORTUNITY
### Required by the Federal Trade Commission, Rule 16 C.F.R. Part 437

Name of Seller: _____   Address: _____

_____

Phone:_____   Salesperson: _____   Date: _____

_____ has completed this form, which provides important information about the business opportunity it is offering you. The Federal Trade Commission, an agency of the federal government, requires that _____ complete this form and give it to you. However, the Federal Trade Commission has not seen this completed form or checked that the information is true. **Make sure that this information is the same as what the salesperson told you about this opportunity.**

---

**LEGAL ACTIONS:** Has _____ or any of its key personnel been the subject of a civil or criminal action, including any FTC Rule, involving misrepresentation, fraud, securities law violation, or unfair or deceptive practices, including any FTC Rule, within the past 10 years?

☐ **YES →** *If the answer is yes, __ _____ must attach a list of all such legal actions to this form.*
☐ **NO**

---

**CANCELLATION OR REFUND POLICY:** Does _____ offer a cancellation or refund policy?

☐ **YES →** *If the answer is yes, _____ must attach a statement describing this policy to this form.*
☐ **NO**

---

**EARNINGS:** Has _____ or its salesperson discussed how much money purchasers of this business opportunity can earn or have earned? In other words, have they stated or implied that purchasers can earn a specific level of sales, income, or profit?

☐ **YES →** *If the answer is yes, _____ must attach an Earnings Claims Statement to this form.*
*Read this statement carefully. You may wish to show this information to an advisor or accountant.*
☐ **NO**

---

**REFERENCES:** In the section below, _____ must provide you with contact information for at least 10 people who have purchased a business opportunity from them. If fewer than 10 are listed, this is the total list of all purchasers. **You may wish to contact the people below to compare their experiences with what _____ told you about the business opportunity.**

Note: If you purchase a business opportunity from _____, your contact information can be disclosed in the future to other potential buyers.

| | Name | State | Telephone Number | | Name | State | Telephone Number |
|---|---|---|---|---|---|---|---|
| 1. | | | | 6. | | | |
| 2. | | | | 7. | | | |
| 3. | | | | 8. | | | |
| 4. | | | | 9. | | | |
| 5. | | | | 10. | | | |

---

Signature: _____   Date: _____

By signing above, you are acknowledging that you have received this form. This is not a purchase contract. To give you enough time to research this opportunity, the Federal Trade Commission requires that after you receive this form, _____ must wait at least seven calendar days before asking you to sign a purchase contract or make any payments.

**For more information about business opportunities in general:** Visit the FTC's website at www.ftc.gov/bizopps or call 1-877-FTC-HELP (877-382-4357). You can also contact your state's Attorney General.

# PLAINTIFF'S EXHIBIT 6

## DECLARATION OF MARK BLUM
Pursuant to 28 U.S.C. § 1746

1.      My name is Mark Blum.  I am over 21 years of age.  I currently reside in Winter

Park, Florida.  I have personal knowledge of the matters asserted in the following statements, and

if called as a witness before any court, could and would testify to the same.

2.      I am a full-time college student and former member of the United States Air

Force.  In October 2012, I began to search the Internet for ways to make an income from home

through my computer.  I began to receive a number of emails regarding Internet business

opportunities.  One of these emails was from two men, Ben Moskel and Dave Clabeaux, who

claimed that I could make a lot of money using their affiliate marketing program, Ben and

Dave's Program.

3.      The email included a link to their website, benanddavesprogram.com.  I was

interested in learning more about affiliate marketing, so I went to the website to get more

information.  The website explained the details of the program and included a video of Ben

Moskel and Dave Clabeaux talking about the fortune they had made in affiliate marketing and

how the program gave consumers the tools set up their own Internet business that could earn

thousands of dollars a month.

4.      The website advertised that for $27.00 I could purchase Ben and Dave's Program

which included my own personal webpages, training in affiliate marketing, personal

consultations with coaches, and a how-to DVD.  The website claimed that Ben Moskel and Dave

Clabeaux would work with me through every step of the process to ensure my success in making

money from the program.  Further, according to the website, I could start making money

immediately with the program.  The website included examples of commission checks ranging

1

from $5,000 to $10,000 that customers had earned a month using the Ben and Dave's Program.
Looking at the website, I believed that I could realistically make about $5,000 per month from
home using the program.  In addition, the website stated that the program had a money back
guarantee and that if I tried the program and was not satisfied, I would get a full return of my
money.  As a result of this money-back guarantee, I felt confident that I would not be out any
money if I did not like the program.

5.     On October 2, 2012, I purchased Ben and Dave's Program by using Paypal for the
$27.00 payment and entering my personal information into the website application form.  At the
same time, I also purchased a list of top affiliate marketing companies for $14.00, bringing my
total purchase to $41.00.

6.     That same day, October 2, 2012, I got a purchase confirmation email from Ben
Moskel welcoming me to the program.  The email included a physical address for Ben and
Dave's Program as 8203 Main Street, Suite 9, Williamsville, NY 14221.  The email also
instructed me to click on a link "Get Web Hosting" contained in the email.  After clicking the
link, I was surprised to find out that I was required to pay an additional $400 to $500 to a
company called Smartpuppy.com for webhosting services for my website.  I thought that for my
$27.00 purchase of the program, I was getting a website that would be ready for me to use to
start making money.  Instead, I was directed to Smartpuppy.com to pay significantly more
money for my website.  A redacted copy of my email from Ben Moskel is attached hereto as
**Attachment A**.

7.     Before I purchased Ben and Dave's Program, I was not informed that I would
need to spend more money in order to use the program.  In fact, the claim on the company's
website that I could start making money from my own website for a $27.00 investment was the

2

main reason I purchased the program.  I did not have any more money to spend to use the program.  I decided to wait until I received my DVD from the company.

8.      On October 5, 2012, I received my DVD in the mail from Ben and Dave's Program.  I had been expecting the DVD to contain valuable information regarding how to create a website, how to promote my website, and insights into affiliate marketing.  However, the DVD was the same sales pitch from Ben and Dave that I had seen on the benanddavesprogram.com website – it was just a discussion of how much money these two men had made in affiliate marketing.  At this point, I realized that the program was not a legitimate business opportunity.

9.      I immediately called the toll-free number listed on benanddavesprogram.com and spoke with a representative named Chris.  I told Chris that I was not satisfied with the program and asked for a refund of my $41.00.  Chris told me that he could arrange for me to have one-on-one training and coaching, but that Heidi, the lead affiliate consultant for Ben and Dave's Program, was not available until October 8, 2012.  Thinking that I was finally going to get the program and services I had paid for, I waited for Heidi to call me.

10.      On October 12, 2012, I received a telephone call from Heidi, who confirmed that she was the lead affiliate consultant for Ben and Dave's Program.  Heidi told me that she could personally lead me through the program step-by-step and give me the coaching I would need to be successful in making money from Ben and Dave's Program.  Heidi then stated, however, that "it takes money to make money" and she told me that there would be a $5,000 additional charge for her services.  When I asked specifically what I would get for my investment, Heidi became antagonistic and verbally abusive to me.  After arguing with Heidi over the telephone, and listening to her tell me to "shut up," I could no longer tolerate her hostility and verbal abuse and I hung up the phone.

3

11.     I then called Chris, the Ben and Dave's Program representative and asked for my refund. I explained that the program was not what had been represented to me and I wanted my money back per the guarantee on the website. Chris told me that I needed to have a cancellation code and told me to get a pen and paper to write it down. He then gave me the code "L005ER" and he hung up the phone.

12.     That day, October 8, 2012, I filed a complaint with the Better Business Bureau ("BBB") telling them my story and seeking assistance in getting a refund of my $41.00. A redacted copy of my complaint to the BBB is attached hereto as **Attachment B**. I also complained about Ben and Dave's Program to Paypal, which credited $41.00 to my credit card.

13.     At no time before I made a payment to Ben and Dave's Program, was I provided with or did I ever see a document with the title "Disclosure of Important Information About Business Opportunity" or a document such as "Disclosure of Important Information About Business Opportunity Required by the Federal Trade Commission" which is attached hereto as **Attachment C**.

14.     In addition, at no time before I made a payment to Ben and Dave's Program, did I see any document entitled "Earnings Claim Statement Required By Law."

15.     From the day I purchased Ben and Dave's Program, I began to receive daily email solicitations from Ben Moskel and Dave Clabeaux discussing issues such as how much money their customers were making and how to expand into mobile marketing. Redacted example copies of these emails I received on October 2, 2012 and October 4, 2012, are attached hereto as **Attachment D**.

4

16.     As I said in my complaint to the BBB, I feel that Ben and Dave's Program "is a fake and a scam!" Their website led me to believe that for a fee of $27.00, I would be able to start earning a solid income from home. Instead, I was asked to pay additional money such as $400 to $500 for webhosting and $5,000 for coaching, that had not been disclosed to me before I purchased the program. The program was not what was represented in the Ben and Dave's Program website. Although I was able to get a refund, I am concerned that Ben Moskel and Dave Clabeaux are continuing to deceive consumers.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of American that the foregoing is true and correct.

Executed on   16 October  , 2012.

MARK BLUM

5

# ATTACHMENT A.

--- On **Tue, 10/2/12, Ben and Dave's Program <*ben@benanddavesprogram.com*>** wrote:

From: Ben and Dave's Program <ben@benanddavesprogram.com>
Subject: Our Support for You
To: "Mark Blum" <███████@yahoo.com>
Date: Tuesday, October 2, 2012, 7:12 AM

Dear Mark,


I realize that joining Ben and Dave's Program was
a big move for you.


You might be nervous.


You might be feeling excited.


You might be a little bit scared.


Rest assured that we are here to support you.


However, there are a few simple rules about how
we are going to work together.


Think of these as ground rules. If you
follow these simple rules you'll make progress
100X quicker than if you try to do things your own
way.

1. First, we answer all emails within 24
hours during the business workweek and 48 hours
during the weekend.

Sometimes you'll get a quicker response, but please
be patient if you don't hear back right away.

You can send your questions to either:

ben@benanddavesprogram.com
dave@benanddavesprogram.com

2. Second, be polite. We want you to succeed.
We want to help you.

Our assistant, Jessica, is knowledgeable and kind.
She is part of our team that will be helping you
along the way.

She will treat you with respect and we expect you
to do the same.

Put another way, we simply don't tolerate rude,
demanding, or angry emails.

3. Third, follow directions. This is especially true

when you sign up for web hosting in Step 2 in the

Training Center.

2

We want to get your website up and running and
soon as possible. We understand how anxious
and excited you are to get started.

However, we can only build your website if you

click the "Get Web Hosting" button in Step 2
and sign up for web hosting with Smart Puppy.

If you haven't done so already, do this right
now: http://www.myprogramlogin.com

4. Fourth, do not call us a scam.

Referring to Dave or I as a "scam" is insulting.

It is hurtful.  It is rude.  And we will not tolerate
it.

We are not a scam.

Dave is a former teacher. I am a former lawyer.
We are just two ordinary guys who figured out how
to make money online.

We are sharing that knowledge with you. It
took us years of brutally hard work, blood, sweat,
and tears to figure out the information that we
share with you.

We invested thousands of dollars of our own money
paying programming expenses to create a simple-to-use
website for you.

You would have to pay at least $3,000 if

3

you paid a website company to design a site like
it on your own.

We realize that our program is not 100% perfect.
However, we make it better every single day.

We are very certain it is the best program out there.
Last week we had 1,496 students receive checks in the
mail as a direct result of using our program.

Some people make a few bucks. Some students make as
much as $15,000 per month.

I can guarantee that no other program has this
kind of success rate.

We welcome and appreciate your feedback on how we can
make things easier for you. But, do not insult us by
calling us a "scam."

5. Five, we offer email support only. **We do not
offer phone support**. Everything you
need to get started and begin making money with
your website is in the Training Center.

If you already reviewed all the material in the Training
Center and still have questions, send us an email
and we will help you.

If these rules seem unfair or out of line, we are happy
to issue you a refund.

4

We are grateful that you chose to do business with us.
We realize that it may have been a leap of faith for
you.

On the same token, it is also a privilege to work with
our team. We make our money from DOING what we are
sharing with you.

Very few - if any - people are willing to share
the type of information, tools, tips, and hard
fought knowledge, for such a modest investment.

We want to work with people who are motivated, who
are determined, and who want to work with us -
rather than against us.

Now, with that out of the way, let's get down to
business!

Best,

Ben

ben@benanddavesprogram.com

P.S.  Remember, **you have just 48 hours** to get
web hosting so we can build your website.

To do this, go here:

http://www.myprogramlogin.com

5

Then follow these 3 steps:

1.  Watch the video in Step 1.

2.  Click the button that says "Get Web Hosting"
in Step 2, and order web hosting.

3.  We'll get your website live within 24 hours!!
Again, go here:
http://www.myprogramlogin.com

8203 Main Street Suite 9
Williamsville, NY 14221


If you no longer wish to receive communication from us:
Cancel

To update your contact information:
Update

6

# ATTACHMENT B.



Better Business Bureau
Serving Upstate NY

100 Bryant Woods South
Amherst, NY 14228
(716) 881-5222
FAX
www.upstateny.bbb.org

**Case #:** 9251417

**Consumer Info:** Blum, Mark

Winter Park, FL

**Business Info:** The Six Figure Program

Land O Lakes, FL
(800) 520-2224

**Date Filed:** 10/8/2012

**Nature of the Complaint:** Advertising Issues

**Consumer's Original Complaint:**

This program is a fake and a scam! They told me this was an online market affiliate program and that they would send me a how to video with a list of top affiliate marketers. All they did was send me a dvd that was the same exact video that was on their website with no information. Then when I asked for a refund they tried to tell me I had to invest for 5 thousand dollars. I told them no, they harrassed me on the phone- then they told me to shut up and when I asked for a refund they gave me a cancellation code of: L005ER spelling out the word "looser." That is just rude, disrespectful and bad business. I want my money back and I have phoned the fraud department of the Federal Bureau of Investigation because as a military member- this is just BS.

**Consumer's Desired Resolution:**

I want my money back, but I also want to see this company and their owners go to prison. It is not right what they are doing to people and I didn't serve my country in a combat zone to come how to vultures like this!

## Business/Consumer Response & Rebuttals:

**10/09/2012**
**Handler**

Respond to Complaint
Hello,

We have issued a refund for Mr Blum for $41.00. We do not offer a program for $5,000.00 nor do we have cancellation codes.
The refund went through paypal as that is how he paid.

Ben and Dave's Program

# ATTACHMENT C.

## DISCLOSURE OF IMPORTANT INFORMATION ABOUT BUSINESS OPPORTUNITY
### Required by the Federal Trade Commission, Rule 16 C.F.R. Part 437

Name of Seller: _____   Address: _____

_____

Phone:_____   Salesperson: _____   Date: _____

_____ has completed this form, which provides important information about the business opportunity it is offering you.  The Federal Trade Commission, an agency of the federal government, requires that _____ complete this form and give it to you.  However, the Federal Trade Commission has <u>not</u> seen this completed form or checked that the information is true.  **Make sure that this information is the same as what the salesperson told you about this opportunity.**

---

**LEGAL ACTIONS:** Has _____ or any of its key personnel been the subject of a civil or criminal action, including any FTC Rule, involving misrepresentation, fraud, securities law violation, or unfair or deceptive practices, including any FTC Rule, within the past 10 years?

☐ **YES** → *If the answer is yes, ___ _____ must attach a list of all such legal actions to this form.*
☐ **NO**

---

**CANCELLATION OR REFUND POLICY:** Does _____ offer a cancellation or refund policy?

☐ **YES** → *If the answer is yes, _____ must attach a statement describing this policy to this form.*
☐ **NO**

---

**EARNINGS:** Has _____ or its salesperson discussed how much money purchasers of this business opportunity can earn or have earned?  In other words, have they stated or implied that purchasers can earn a specific level of sales, income, or profit?

☐ **YES** → *If the answer is yes, _____ must attach an Earnings Claims Statement to this form.*
         *Read this statement carefully.  You may wish to show this information to an advisor or accountant.*
☐ **NO**

---

**REFERENCES:** In the section below, _____ must provide you with contact information for at least 10 people who have purchased a business opportunity from them. If fewer than 10 are listed, this is the total list of all purchasers.  **You may wish to contact the people below to compare their experiences with what** _____ **told you about the business opportunity.**

Note: If you purchase a business opportunity from _____, your contact information can be disclosed in the future to other potential buyers.

| | Name | State | Telephone Number | | Name | State | Telephone Number |
|---|---|---|---|---|---|---|---|
| 1. | | | | 6. | | | |
| 2. | | | | 7. | | | |
| 3. | | | | 8. | | | |
| 4. | | | | 9. | | | |
| 5. | | | | 10. | | | |

---

Signature: _____   Date: _____

By signing above, you are acknowledging that you have received this form.  This is <u>not</u> a purchase contract.  To give you enough time to research this opportunity, the Federal Trade Commission requires that after you receive this form, _____ must wait <u>at least seven calendar days</u> before asking you to sign a purchase contract or make any payments.

**For more information about business opportunities in general:** Visit the FTC's website at <u>www.ftc.gov/bizopps</u> or call 1-877-FTC-HELP (877-382-4357).  You can also contact your state's Attorney General.

# ATTACHMENT D.

--- On **Tue, 10/2/12, Ben and Dave's Program <_ben@benanddavesprogram.com_>** wrote:

From: Ben and Dave's Program <ben@benanddavesprogram.com>
Subject: Big Call Tomorrow!
To: "Mark Blum" ▮▮▮▮▮▮▮@yahoo.com>
Date: Tuesday, October 2, 2012, 11:35 PM

Dear Mark,

Tomorrow Dave and I are holding a big,

important call about Mobile Marketing.

I'll give you a hint right now: we have

discovered a way to profit from the new

iPhone 5 launch.

This new secret that we discovered is putting

no less than $2,000 PER DAY into our bank

accounts.

That is 100% profit, and it is 100% documented.

1

Are you excited?  You should be!!

We are going to share this information with

you on a call tomorrow, Wednesday, October

3rd at 3:00 pm.

Here is the call info:

Date:  Wednesday, October 3rd, 2012

Time: 3:00 pm Eastern, 2 pm Central, 1 pm Mountain, 12 pm Pacific

Number: 1-218-862-1300

Access Number: 581398#

This will be a live call, and there will be no

replays.

See you on the call!!

Best,

Ben

P.S.  Click on the link below now to enter your

cell phone info so we can send you a personal

text message reminder with the call info right

before the call starts:

www.teleseminarreminder.com

8203 Main Street Suite 9
Williamsville, NY 14221

If you no longer wish to receive communication from us:
<u>Cancel</u>

To update your contact information:
<u>Update</u>

--- On **Thu, 10/4/12, Ben and Dave's Program** <***ben@benanddavesprogram.com***> wrote:

From: Ben and Dave's Program <ben@benanddavesprogram.com>
Subject: We're Waiting for You
To: "Mark Blum" <██████████ahoo.com>
Date: Thursday, October 4, 2012, 8:48 AM

Mark,

Right now there are over 1,400 Ben and Dave's
Program students getting paid from their
website.

It's true.

Some students are making a few
bucks.

Some are making $15,000 per month - take
home.

How can you join them?

Take things one step at a time.

The first step is to get your website.

Your website is like your store. Except, unlike a
costly brick and mortar store with sky high
expenses, you have just a small investment for web
hosting.

Don't worry, you'll probably get this investment
back in no time with Claim Cash.

Remember, the website we build for you comes with
immediate access to Claim Cash.

1

Claim Cash is a done-for-you page on your website.

It pays you when you - or other people - fill out simple forms.

We want you to get started.

However, it doesn't look like you got your Smart Puppy website yet. We need you to do this so we can build your website.

We arranged for you to get a special deal with Smart Puppy Web Hosting.

Go here to sign up for Your Website:

We are anxious to build your website and get you going!

-Ben


8203 Main Street Suite 9
Williamsville, NY 14221


If you no longer wish to receive communication from us:
Cancel

To update your contact information:
Update

# PLAINTIFF'S EXHIBIT 7

## DECLARATION OF KARI BOYD
Pursuant to 28 U.S.C. § 1746

1.　　My name is Kari Boyd.  I am over 21 years of age.  I currently reside in Shandon, California.  I have personal knowledge of the matters asserted in the following statements, and if called as a witness before any court, could and would testify to the same.

2.　　In 2011, I was student and living at home on disability.  Because I was living on a fixed income, I needed to find a way to make money from home to supplement my income.  I decided to look on the Internet for work at home opportunities.

3.　　In September of 2011, I first learned of The Six Figure Program and visited the company's website, sixfigureprogram.com.  The website touted the program's ability to enable people make money from their home computers, so I was very interested in learning more about The Six Figure Program and how the program works.

4.　　According to the website, sixfigureprogram.com, the program provides you with step by step instructions on how to make money quickly and easily on the Internet through affiliate marketing.  The website explained that for the cost of $27.00, the program gives you your own website through which consumers can purchase items from different companies.  Once I purchased the program and received my website, I would, thereafter, chose the companies I wanted to be affiliated with and then, each time a consumer made a purchase from one of my affiliated companies through my website, I would earn a commission from that company.  The commission I could earn for each transaction could range anywhere from several dollars to over $100.

5.　　The sixfigureprogram.com claimed that I could begin making money from the program immediately and that my website would be available to me very soon after I purchased the program.  Based on website's representations, I believed that if I purchased the program, I could realistically make about $2,000 per month income.  Further, posted on the website were many examples of the commission checks earned by Six Figure Program customers, so I felt pretty confident I could start earning a steady income once I purchased the program.

6.　　I decided to purchase The Six Figure Program and I entered my credit card payment of $27.00 and my personal information into the website application form.  Thereafter, I received an email confirming my purchase of The Six Figure Program from Ben Moskel and Dave Clabeaux, who I believed were the owners of the program.  This email contained a link to a

1

website training program and a message to contact Ben or Dave for assistance with Six Figure Program. I also paid an additional $14.00 for a book entitled "The Online Entrepreneur," which had also been advertised on the website as an aid to learning more about affiliate marketing.

7.     I clicked on the link in the email and began watching The Six Figure Program training video. I then learned from the video that I was required to purchase a domain name and webhosting service for my website from a company named "BrainHost." According to the video, if I did not use BrainHost, my website would not work. I clicked on a link provided to BrainHost and paid $181.75 on my credit card to register the domain and to host my website for one year. I was never told before I purchased The Six Figure Program that I would need to spend close to an additional $200 in order for me to use the program.

8.     Although The Six Figure Program advertised that I would get my website in a short time after I purchased the program, over the next two to three months, I experienced a great deal of difficulty accessing and operating my website. I could not input necessary information into my website.

9.     For about two to three months after I purchased the program, I constantly emailed and called The Six Figure Program to get assistance with my website, but all I got were canned email messages from Jessica@sixfigureprogram.com and automated voicemail messages that someone would get back to me in 24 hours. No one got back to me. I could neither use my website nor get someone from The Six Figure Program to fix the problem.

10.     In addition, after I purchased the program, I began to receive email and telephone solicitations by The Six Figure Program and various other companies upselling additional business opportunities, software, and coaching services to help me increase my affiliate marketing sales. However, given that I was having trouble just getting my website to operate, I declined these offers and refused to spend any more money on the program. An email solicitation that I received from Dave Clabeaux on May 21, 2012, and my response to his email are attached hereto as redacted as **Attachment A**.

11.     By the end of November 2011, I finally got some assistance from the program and I was able to use my website. I hoped that I could start making the commission income promised by The Six Figure Program. Unfortunately, I never received any affiliate marketing traffic. Contrary to The Six Figure Program's claims, I made no sales and never received a dime in commissions or any money from my website.

2

12.      In early May 2012, after months of trying to make money from the program, I contacted The Six Figure Program and asked for a refund.  I received an automated email response with an 800 number to call.  Although I called this 800 number, I was put on hold for such a long time that I eventually had to hang up.

13.      Out of frustration, on May 29, 2012, I filed a complaint with the Better Business Bureau ("BBB") stating that despite The Six Figure Program's promises, not only did I have to spend more that $27.00 to use the program, but I also never made any income from the program. In fact, I lost over $200.  I asked the BBB for help in getting my money back from both The Six Figure Program and BrainHost.  Ben Moskel replied to the BBB stating that I would receive a refund.  A copy of my BBB complaint and Mr. Moskel's response are attached hereto as redacted as **Attachment B**.

14.      That same day, May 29, 2012, I sent an email to Dave Clabeaux, in which I explained that that I had lost a total of $222.75 from my dealings with his company and I asked that the company stop any further calls to me to upsell additional products.  I also notified Mr. Clabeaux that that I had contacted the BBB.  A copy of my email to Dave Clabeaux at dave@sixfigureprogram.com is attached hereto as redacted as **Attachment C**.

15.      Although I did eventually receive a refund from The Six Figure Program around the end of June 2012, I never received any money back from the BrainHost, the company from which The Six Figure Program required that I purchase webhosting.

16.      My experience with The Six Figure Program was a disaster.  I purchased the program believing the website's claims that for $27.00, I would get set up with my own website and an Internet affiliate marketing business that would allow me to earn a significant income.  I ended up paying additional costs of $181.75 for website-related fees that had not been disclosed to me when I decided to purchase the program.  I would never have purchased the program if I knew that I would be required to spend this additional money.  After months of extensive time and effort on my part, I never made any money from the program – not a penny.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of American that the foregoing is true and correct.

Executed on __10/11__, 2012.

_Kari Boyd_
**KARI BOYD**

3

# ATTACHMENT A.

Dave,

I'll be BLUNT

I already bought into the six figure program. Went with brain host, did all that I was supposed to. It has been almost a year now, I have not made ONE PENNY. I find it scummy that your company would call and offer to teach me how to make money if I pay 500. more. THAT in its self tells me, you are aware that your company has not been making money for the clients. It is the stupid pictures at the top that make all your customers look like scammers that is why they do not make a profit. IF I WANT TO BUY a product I do not need SUCCESS at the top of the webpage I go to purchase from. I was a single mom working my way through college, with a disabled son. Being disabled myself I am financially devastated after purchasing all your CRAP. THANK YOU For taking advantage of me and ripping me off I feel so much more financially inadequate now.

**From:** Dave Clabeaux
**Sent:** Monday, May 21, 2012 8:27 PM
**To:** kari boyd
**Subject:** We Are Looking For a Partner

Dear kari,

I'll be blunt:
Ben and I found a successful website that we had forgotten about.
We are selling a 90% equity share in that website.
This site is currently making $15,000 per year.
It requires about 1 hour per week of maintenance.
With a little more work, it will easily produce $3,000 to $5,000 per month, or $36,000 to $60,000 per year.
This is perfect for you if:
-You are close to retirement and are sick of getting poor returns from your 401k.
-You would like to hit the ground running with a profitable website right out of the gate.
-You would like to acquire a passive stream of income.
If you are at all interested, you need to watch this video right now:
http://partnerwithbenanddave.com/
Best,
Dave Clabeaux

P.S. We are selling to the first legitimate investor
we speak to. We fully expect the website to be gone
within 24 hours:
http://partnerwithbenanddave.com/

P.P.S. Watch and listen to THE ENTIRE VIDEO
before applying. In other words, if you are not
a legitimate, serious investor, please do not
apply. The asking price is firm, and there
are no payment options.


The Six Figure Program
2171 Monroe Avenue
Suite 204
Rochester, NY 14618


If you no longer wish to receive communication from us:
Cancel

To update your contact information:
Update

# ATTACHMENT B.

**BBB.**
bbb.org

Better Business Bureau
Serving Upstate NY

100 Bryant Woods South
Amherst, NY 14228
(716) 881-5222
FAX
www.upstateny.bbb.org

**Case #:** 9056839

**Consumer Info:**   Boyd, Kari

Paso Robles, CA

hotmail.com

**Business Info:**   The Six Figure Program

Land O Lakes, FL
(800) 520-2224

**Date Filed:** 5/29/2012

**Nature of the Complaint:** Advertising Issues

**Consumer's Original Complaint:**
The company advertisement promises making money quickly and easily. I paid 27.00 then purchased a book from them called the online entrepreneur. Then I was directed to open a web domain which cost over 200.00 They design a "pre designed webpage" that is unchangable other than adding companies you want to represent. The webpage is set up in such a phony matter that customers refuse to go there. The company will not allow you to change your webpage by removing the ridiculious pictures they paste on it. Then the company wants 500.00 more dollars to train me to make money. I paid the first 27.00 I bought the book, I bought the web domain. I told them that if they could make me the 500.00 I would be glad to re-invest it in their company. They also have a one click area on the pre designed website which you select which companies you want to represent for "quick" sales... You have to buy them yourself!!! Feel free to look at my website to see for yourself.
.com
I purchased the product in September 2011. Today is May 29. I have not made one penny.

**Consumer's Desired Resolution:**
I want a full refund since the purchase has not fulfilled its promises. this consists of 27.00 for the original product ( order # 299. The Brianhost purchase which they forced me to purchase, and I did not make any money so a refund of that which was 181.75 ID # 37 and 37 (BrainHost.com 3660 Center Road Suite 363 Brunswick, OH 44212 ) The book The online Entrepreneur Creating the Six Figure Online Business in 30 days Published by Simian Press P.O. Box 22 Oldsmar, Fl 34677 first edition. ISBN # 978-0-978094-1-3

**Business/Consumer Response & Rebuttals:**

**06/04/2012**
**Handler**

Respond to Complaint
Hi Kari,

This is Ben Moskel.

I'm sorry that you feel this way. Please note that we issued your full
refund for the purchase price of $27.

If you purchased web hosting from Brain Host, you can contact them for
a full refund. They are a completely separate company. We cannot give you
a refund for money you paid to a separate company.

Aside from that, I apologize that we must have done a poor job communicating
the capabilities of the web editor we gave you.

You said "They
design a "pre designed webpage" that is unchangeable other than adding
companies you want to represent."

Although there are a few items that are static, In our Training Center we have several videos that show you how to change
nearly anything on your website. For example:
- You can link up your YouTube account directly;
- You can link up your Twitter feed directly;
- You can link up your Facebook page directly;
- You can add pages to your site;
- You can add images to your site;
- You can add/upload video to your site;
- You can add/update/change the Traffic feed - which automatically
pulls articles online to your site every day.
- You can add menu items;
- You can add, alter, text

All of the videos show you how to do this in the Training Center.

We provide this to you in lieu of you having to invest in programmers,
web editor software, and the like.

(If you paid a private company for this technology, it would run upwards of $3,000 - $5,000).

You also said: "They also have a one click area
on the pre designed website which you select which companies you want
to represent for "quick" sales... You have to buy them yourself!!!"

Actually, NONE of the offers require a purchase. Currently there are over 100+ offers that do NOT require a purchase.
IN fact, we tell you in the Training NOT to buy anything.

Again, there are dozens of videos on how to drive OTHERS to your website via SEO, PPC, and Social Media.

I suppose we just need to do a better job of showing people how to use the equipment we provide for just 27 bucks.

I wish you the best of luck.
-Ben Moskel

---

**06/05/2012**
**Mrs. Kari Dawn Boyd**

I do not accept the response made by the business to resolve this complaint

Better Business Bureau:

I have reviewed the response made by the business in reference to complaint ID 9056839, and have determined that this does not resolve my complaint.  For your reference, details of the offer I reviewed appear below.

[To assist us in bringing this matter to a close, we would like to know your view on the matter.]
I have checked my credit card records and the statement that they have refunded  27.00 is not accurate. There have not been any refunds credited to my credit card. Also as I stated I was charged not only 27.00 but 14.00 for a book that did not bring any results either. Which was purchased in accompanyment with the program to help know how better make a profit. The company refuses to pay for the purchase of the Brain host webdomain purchase which holds a 30 day money back guarantee. Brain host has been contacted, now there is only partial refund of one or two months left on the account which is about 5.00. refunded per month. Of which I received NO MONEY. The least the company could have done to at least show good business dealings would have been to refund the 27.00 and the 14.00. I strongly feel it is the responsibility of the SIX figure program that my 30 day guarantee ran out with Brain host due to their  be patient, dont quit, keep trying messages. I did so. I would like this matter taken care of in a more appropriate business matter, I have not even asked for compensation for the time it has taken to get this website up in the hopes of their false advertisement.
The fact they state they sent a refund to my account, and finding no refund there  really makes me upset.

Here is a copy of the e-mail they sent me.
Dear Customer,

Please contact customer service at 866-448-4593. We are always happy to help you over the phone.

Thank you

From: Kari Boyd <> Subject: I CONTACTED THE BBB
In response to your statement that I need to take up
with BRAINHOST to receive my refund.... they have 30 day policy. That has
expired, I have not made a penny at your request to purchase the BrainHost web
domain company. It should be your responsibility to refund this amount. I
purchased the six fig program @ 27.00 plus the other whatever it was 14.00 and
the book. also for 181.75 my webdomain from brian host. I gave it a year to
allow for full entrepreneur opportunity, I did not quit just as you said, this
is what has caused the refund policy with Brain host to expire. I have
contacted the BBB about the matter. Kari Boyd ███████████████ is my ZERO profit
website from you. STOP calling me asking me to pay you 500. more dollars for
something that wont work. If your company had worked, I would have made at least
a little money, but after a year NOT A PENNY

Six fig 27.00

Book 14.00

Brainhost 181.75

-------------------------------

Total 222.75

Order # 295███ also from brainhost purchased products #
376██ and 376███

Kari Boyd

████████████

Paso Robles, Ca. ███████

Regards,

Kari Boyd

**Respond to Complaint**
Hi Kari,

This is Ben Moskel.

Rest assured we are not out to get your $14 and $27.

I am sorry that this has become a hassle for you.

I am gathering our screen shots showing the refund to you.

Also - we are not Brain Host. That is a separate company.

We cannot refund money you paid to them. You can
contact Brain Host for a refund by email or phone or
here:

http://www.brainhost.com/help/

They are in Ohio and have support staff ready 24/7 to help you.

Best of luck,
Ben

# ATTACHMENT C.

**From:** ████████████hotmail.com
**Sent:** Tuesday, May 29, 2012 12:18 PM
**To:** dave@sixfigureprogram.com
**Subject:** I CONTACTED THE BBB

In response to your statement that I need to take up with BRAINHOST to receive my refund.... they have 30 day policy. That has expired, I have not made a penny at your request to purchase the BrainHost web domain company. It should be your responsibility to refund this amount. I purchased the six fig program @ 27.00 plus the other  whatever it was 14.00 and the book. also for 181.75 my webdomain from brian host. I gave it a year to allow for full entrepreneur opportunity, I did not quit just as you said, this is what has caused the refund policy with Brain host to expire.  I have contacted the BBB about the matter. Kari Boyd ████████████.com  is my ZERO profit website from you. STOP calling me asking me to pay you 500. more dollars for something that wont work. If your company had worked, I would have made at least a little money, but after a year NOT A PENNY

Six fig        27.00
Book          14.00
Brainhost    181.75
------------------------------

Total    222.75

Order # 295████ also from brainhost purchased products # 37████ and 376█████


Kari Boyd
████████████
Paso Robles, Ca. ████████████

# PLAINTIFF'S EXHIBIT 8

## DECLARATION OF ANGEL M. CARRILLO-TORRES
### Pursuant to 28 U.S.C. § 1746

1.      My name is Angel M. Carrillo-Torres. I am over 21 years of age. I currently reside in South Carolina. I have personal knowledge of the matters asserted in the following statements and, if called as a witness before any court, could and would testify to the same.

2.      I had been trying to find a way to supplement my income from my home for a while because my employment is seasonal and I generally do not have sufficient income in the winter months. I was also trying to find a job that was available to work at in late evening hours since my work day is usually from 7:00 am to 9:00 pm.

3.      I was searching the Internet for work at home opportunities when I found a website, sixfigureprogram.com, that advertised "The Six Figure Program." The website included a video describing the program that made it seem like I could make a good income from the program. The website claimed that for $27.00, a website to be created for me and I would get access to marketing training which would teach me how to earn money through my website. I was really excited to try The Six Figure Program and begin to make money on the Internet.

4.      On May 3, 2012, I bought The Six Figure Program online through their website. After I signed up for the Program I was provided with a link to a webpage for a company named "BrainHost.com." BrainHost required that I pay an additional $303.00 for website hosting services — this additional cost that was never disclosed to me on The Six Figure Program's website. After paying for BrainHost's services I was forwarded to yet another website that stated I needed to pay for more services.

5.      After paying for my website to be created, and for the website to be hosted, I spent a few weeks trying to get the website to load on my computer and build it. While I could see my website on the Internet, I could not expand or edit it at all. After many attempts and

1

many long hours trying to expand my website or link it to money-making advertising, I began to

call and email The Six Figure Program customer service for help at the contact information listed

on sixfigureprogram.com.

6.    After many email and phone call attempts, I could not get in touch with anyone at

The Six Figure Program to help me.  At that point, I realized that The Six Figure Program was a

scam and that its claims that for $27.00 I would get a website and start making money to start

making money were false.

7.    I decided to ask The Six Figure Program for a refund.  I started trying to get my

money back by again contacting the company at their email and telephone contacts listed on the

website, but no one would ever return my calls and emails.  The only result was that my website

was removed from the Internet, but I was never refunded my money.

8.    On May 30, 2012, I filed a complaint with the Better Business Bureau ("BBB").

A redacted copy of my BBB complaint is attached as **Attachment A**.  Despite filing the

complaint, I still have yet to receive any money back.

9.    At no time before I made a payment to the Six Figure Program, did I ever see a

document with the title "Disclosure of Important Information About Business Opportunity," or a

document such as the "Disclosure Of Important Information About Business Opportunity

Required by the Federal Trade Commission" which is attached hereto as **Attachment B**.

10.    In addition, at no time before I made a payment to the Six Figure Program, did I

see a document entitled "Earnings Claim Statement Required By Law."

11.    The Six Figure Program stole my money by lying to me about what I was going to

get from them.  The sixfigureprogram.com website led me to believe that, for a fee of $27.00, I

would have a website created for me and I would be able to start making an income.  Instead,

2

found out that I was required to spend an over additional $300.00 for webhosting services that I did not know about when I purchased the program.  I never made any money from the Six Figure Program.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of American that the foregoing is true and correct.

Executed on _10-24-_____, 2012.

ANGEL M. CARRILLO-TORRES

3

# ATTACHMENT A.



Better Business Bureau
Serving Upstate NY

100 Bryant Woods South
Amherst, NY 14228
(716) 881-5222
FAX
www.upstateny.bbb.org

**Case #:** 9058992

**Consumer Info:**   Carrillo , Angel

SC

@hotmail.com

**Business Info:**   The Six Figure Program

Land O Lakes, FL

http://www.sixfigureprogram.com/2012/

**Date Filed:** 5/30/2012

**Nature of the Complaint:** Service Issues

**Consumer's Original Complaint:**
Angel Carrillo found and purchased this Program which promises you will receive materials within 3-5 days and they didn't arrive until 10 days later. Also said that will only cost a small amount and managed to scam me out of $330.00 for materials that do not say anything different from what they show online and a website that doesnt work. They also guarantee your first paycheck in the mail within the next 7-10 business days if you begin working right away but it is not true. No matter what amount of work you do you will NEVER get a paycheck. Beware, because they have it setup in a way that the bank fraud department will deny your fraud claim and refund of your money because they delivered the materials they promised even though it is a complete SCAM and FRAUDALENT WAY TO TAKE PEOPLE'S MONEY!!! And forget about contacting them because they dont answer any questions straightforward, all you get is the run around.

**Consumer's Desired Resolution:**
I want a full $329.50 refund from this company via check mailed to me or refunded to our bank account from which they took the money in the first place because, I was mislead by the promises made by these two individuals. He has done everything as per their instructions and no money has been earned. It will also be a good solution for them to shut down their website because they are scamming money out of honest and goluble people who are in a tough financial situation.

**Business/Consumer Response & Rebuttals:**

**06/03/2012**
**Mrs. Rebecca D Cruz**

Respond to Complaint

As for my complaint my husband's full name is Angel M Carrillo-Torres however, the correspondance from The Six Figure Program had his name printed as Angel Carrillo. I am assuming either name will be ok but just in case I am submitting them both.
Thank you for your prompt response.

---

**06/07/2012**
**Handler**

Respond to Complaint
Hi Angel,

I'm sorry to hear that.

You have been issued a refund.

It's frustrating to hear that you were not satisfied.

We have issued thousands upon thousands of checks.

We wish you the best of luck.

-Ben Moskel

---

**06/11/2012**
**Mrs. Angel  Carrillo**

I accept the business's response to resolve this complaint

[A default letter is provided here which indicates your acceptance of the business's response.  If you wish, you may update it before sending it.]

Better Business Bureau:

I have reviewed the response made by the business in reference to complaint ID 9058992, where it stated that a refund will be issued after I send them my name, phone number and zipcode. I also emailed them requesting

information about when to expect the refund and the exact amount but have not heard from the company. Since I have onl 5 days to reply to BBB I am notifying that they say they will send a refund but I am not sure when this will be. However, if such refund is not received I will be notifying the BBB  imediately.

Regards,

Angel Carrillo

# ATTACHMENT B.

# DISCLOSURE OF IMPORTANT INFORMATION ABOUT BUSINESS OPPORTUNITY
### Required by the Federal Trade Commission, Rule 16 C.F.R. Part 437

Name of Seller: _____   Address: _____

_____

Phone:_____   Salesperson: _____   Date: _____

_____ has completed this form, which provides important information about the business opportunity it is offering you. The Federal Trade Commission, an agency of the federal government, requires that _____ complete this form and give it to you. However, the Federal Trade Commission has not seen this completed form or checked that the information is true. **Make sure that this information is the same as what the salesperson told you about this opportunity.**

---

**LEGAL ACTIONS:** Has _____ or any of its key personnel been the subject of a civil or criminal action, including any FTC Rule, involving misrepresentation, fraud, securities law violation, or unfair or deceptive practices, including any FTC Rule, within the past 10 years?

☐ **YES →** *If the answer is yes,__ _____ must attach a list of all such legal actions to this form.*
☐ **NO**

---

**CANCELLATION OR REFUND POLICY:** Does _____ offer a cancellation or refund policy?

☐ **YES →** *If the answer is yes, _____ must attach a statement describing this policy to this form.*
☐ **NO**

---

**EARNINGS:** Has _____ or its salesperson discussed how much money purchasers of this business opportunity can earn or have earned? In other words, have they stated or implied that purchasers can earn a specific level of sales, income, or profit?

☐ **YES →** *If the answer is yes, _____ must attach an Earnings Claims Statement to this form.*
    *Read this statement carefully. You may wish to show this information to an advisor or accountant.*
☐ **NO**

---

**REFERENCES:** In the section below, _____ must provide you with contact information for at least 10 people who have purchased a business opportunity from them. If fewer than 10 are listed, this is the total list of all purchasers. **You may wish to contact the people below to compare their experiences with what _____ told you about the business opportunity.**

Note: If you purchase a business opportunity from _____, your contact information can be disclosed in the future to other potential buyers.

| | Name | State | Telephone Number | | Name | State | Telephone Number |
|---|---|---|---|---|---|---|---|
| 1. | | | | 6. | | | |
| 2. | | | | 7. | | | |
| 3. | | | | 8. | | | |
| 4. | | | | 9. | | | |
| 5. | | | | 10. | | | |

---

Signature: _____   Date: _____

By signing above, you are acknowledging that you have received this form. This is not a purchase contract. To give you enough time to research this opportunity, the Federal Trade Commission requires that after you receive this form, _____ must wait at least seven calendar days before asking you to sign a purchase contract or make any payments.

**For more information about business opportunities in general:** Visit the FTC's website at www.ftc.gov/bizopps or call 1-877-FTC-HELP (877-382-4357). You can also contact your state's Attorney General.

# PLAINTIFF'S EXHIBIT 9

## DECLARATION OF JESSE COHEN
Pursuant to 28 U.S.C. § 1746

1.      My name is Jesse Cohen.  I am over 21 years of age.  I currently reside in West Orange, New Jersey.  I have personal knowledge of the matters asserted in the following statements, and if called as a witness before any court, could and would testify to the same.

2.      In April 2012, I began to search on the Internet for home-based businesses. and I began to receive a number of emails regarding Internet business opportunities.  One of these emails was from two men, Ben Moskel and Dave Clabeaux, who claimed that I could make a lot of money using their affiliate marketing program, The Six Figure Program.

3.      The email included a link to their website, sixfigureprogram.com.  I was very interested in learning how to attract traffic to a website, so I clicked on the email link and went to the website to get more information about the program.  The website and the video included in the website, showed Ben Moskel and Dave Clabeaux touting the amount of money they had made through affiliate marketing and how they could train consumers like me to earn thousands of dollars a month with their program.

4.      The website described The Six Figure Program and explained that, for a fee of $27.00, I would receive, among other things, training materials, CDs, and video instruction on affiliate marketing.  The website claimed that Ben Moskel and Dave Clabeaux would work with me every step of the way to ensure that I was successful in making money from the program.  In addition, the website stated that the program had a money back guarantee and that if I tried the program and was not satisfied, I would get a full return of my money.  As a result of this money-back guarantee, I felt assured that I would not lose any money on this investment.

5.      On April 6, 2011, I purchased The Six Figure Program by entering my credit card payment of $27.00 and my personal information into the website application form.  At the same time, I also purchased supplemental Internet business products from the company for another $27.00, bringing my total purchase to $54.00.

6.      Thereafter, I waited for the delivery of my materials from The Six Figure Program.  After over a week went by and I had not received the materials, I emailed Ben Moskel and Dave Clabeaux to inquire where were my materials.  Over the next several weeks, I sent several emails directly to Mr. Moskel as well as well to The Six Figure Program customer service department to inquire why I had not received the materials I purchased.

1

7.      When I did not receive a reply to my emails, on May 10, 2012, I filed a complaint with the Better Business Bureau ("BBB") seeking assistance in getting a refund of my $54.00. On May 22, 2012, Ben Moskel responded to the BBB complaint in which he stated that I would receive a full refund.  A copy of my BBB complaint and Mr. Moskel's response are attached hereto as **Attachment A**.

8.      On May 24, 2012, a credit of $54.00 was posted to my credit card account.  I believe that had I not filed the complaint with the BBB, I would not have received a refund from The Six Figure Program.

9.      At no time before I made a payment to The Six Figure Program, was I provided with or did I ever see a document with the title "Disclosure of Important Information About Business Opportunity" or a document such as "Disclosure of Important Information About Business Opportunity Required by the Federal Trade Commission" which is attached hereto as **Attachment B**.

10.      In addition, at no time before I made a payment to The Six Figure Program, did I see any document entitled "Earnings Claim Statement Required By Law."

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of American that the foregoing is true and correct.

Executed on ___October 5___, 2012.

**JESSE COHEN**

2

# ATTACHMENT A.



Better Business Bureau
Serving Upstate NY

100 Bryant Woods South
Amherst, NY 14228
(716) 881-5222
FAX
www.upstateny.bbb.org

**Case #:** 9034095

**Consumer Info:**  Cohen, Jesse

West Orange, NJ

@gmail.com

**Business Info:**  The Six Figure Program

Land O Lakes, FL
(800) 520-2224

**Date Filed:** 5/10/2012

**Nature of the Complaint:** Delivery Issues

**Consumer's Original Complaint:**
I purchased a course on CD's about internet marketing as well as an add on product. Both charges were posted to my credit card, each in the amount of $27.00 on April 6,2012 for a total of $54.00. I never received the product paid for and numerous attempts on my part to reach the seller have been futile.

**Consumer's Desired Resolution:**
A refund of the total purchase price of $54.00

**Business/Consumer Response & Rebuttals:**

**05/22/2012**
**Handler**

Respond to Complaint
Dear Jesse,

I am sorry to hear that.

Your materials were shipped so they were likely
lost in the mail.

We have no record of you contacting our support
department.

We have issued you a full refund.

Best of luck,
Ben Moskel

---

**05/22/2012**
**Dr. Jesse Cohen**

I accept the business's response to resolve this complaint

[A default letter is provided here which indicates your acceptance of the business's response.  If you wish, you
may update it before sending it.]

Better Business Bureau:

I have reviewed the response made by the business in reference to complaint ID 9034095, and find that this
resolution is satisfactory to me.
I would like it duly noted that although Ms. Moskel states he has no record indicating that I contacted his
support team, is it disingenuous on his part to state something that casts his firm in a good light when the truth
is I sent several e-mails directly to him via the e-mail address he uses to market his materials as well to his
support department to inquire as to why I didn't receive the goods i purchased but they chose not to reply
which lead me to file this very complaint. I believe they purposely ignore such contacts because they fully realize
that most people will not bother filing the BBS complaint like I did, but simply absorb the loss of $27 or $54 .

Regards,

Jesse Cohen

# ATTACHMENT B.

# DISCLOSURE OF IMPORTANT INFORMATION ABOUT BUSINESS OPPORTUNITY
### Required by the Federal Trade Commission, Rule 16 C.F.R. Part 437

Name of Seller: _____ Address: _____

Phone:_____ Salesperson: _____ Date: _____

_____ has completed this form, which provides important information about the business opportunity it is offering you.  The Federal Trade Commission, an agency of the federal government, requires that _____ complete this form and give it to you.  However, the Federal Trade Commission has <u>not</u> seen this completed form or checked that the information is true.  **Make sure that this information is the same as what the salesperson told you about this opportunity.**

---

**LEGAL ACTIONS:** Has _____ or any of its key personnel been the subject of a civil or criminal action, including any FTC Rule, involving misrepresentation, fraud, securities law violation, or unfair or deceptive practices, including any FTC Rule, within the past 10 years?

☐ **YES** → *If the answer is yes, __ _____ must attach a list of all such legal actions to this form.*
☐ **NO**

---

**CANCELLATION OR REFUND POLICY:** Does _____ offer a cancellation or refund policy?

☐ **YES** → *If the answer is yes, _____ must attach a statement describing this policy to this form.*
☐ **NO**

---

**EARNINGS:** Has _____ or its salesperson discussed how much money purchasers of this business opportunity can earn or have earned?  In other words, have they stated or implied that purchasers can earn a specific level of sales, income, or profit?

☐ **YES** → *If the answer is yes, _____ must attach an Earnings Claims Statement to this form.*
*Read this statement carefully.  You may wish to show this information to an advisor or accountant.*
☐ **NO**

---

**REFERENCES**: In the section below, _____ must provide you with contact information for at least 10 people who have purchased a business opportunity from them. If fewer than 10 are listed, this is the total list of all purchasers.  **You may wish to contact the people below to compare their experiences with what _____ told you about the business opportunity.**

Note: If you purchase a business opportunity from _____, your contact information can be disclosed in the future to other potential buyers.

| | <u>Name</u> | <u>State</u> | <u>Telephone Number</u> | | <u>Name</u> | <u>State</u> | <u>Telephone Number</u> |
|---|---|---|---|---|---|---|---|
| 1. | | | | 6. | | | |
| 2. | | | | 7. | | | |
| 3. | | | | 8. | | | |
| 4. | | | | 9. | | | |
| 5. | | | | 10. | | | |

Signature: _____   Date: _____

By signing above, you are acknowledging that you have received this form.  This is <u>not</u> a purchase contract.  To give you enough time to research this opportunity, the Federal Trade Commission requires that after you receive this form, _____ must wait <u>at least seven calendar days</u> before asking you to sign a purchase contract or make any payments.

**For more information about business opportunities in general:** Visit the FTC's website at <u>www.ftc.gov/bizopps</u> or call 1-877-FTC-HELP (877-382-4357).  You can also contact your state's Attorney General.

# PLAINTIFF'S EXHIBIT 10

## DECLARATION OF WILLIE DIXON
Pursuant to 28 U.S.C. § 1746

1.       My name is Willie Dixon.  I am over 21 years of age.  I currently reside in New

Paltz, New York.  I have personal knowledge of the matters asserted in the following statements,

and, if called as a witness before any court, could and would testify to the same.

2.       In April 2012, I had been unemployed for about 2 years.  I decided that I would

search on the Internet for a way to make money through a work at home business to help support

my family while I was looking for work.

3.       I came across a program called "The Six Figure Program" that was advertised on

the website sixfigureprogram.com. The website indicated that I could make thousands of dollars

by working from home with The Six Figure Program.

4.       The website advertised how The Six Figure Program would teach people like me,

with little Internet marketing experience, how to make money on the Internet through affiliate

marketing.  The program cost $27.00 and consisted of a website that would be built for me and

training in affiliate marketing.  The sixfigureprogram.com website also advertised a 90-day

money back guarantee that I could get my money back in full if I was not satisfied with the

program.  It was important for me that I could get my money back because I figured that I would

have nothing to lose if I was not satisfied with The Six Figure Program.

5.       On about April 30, 2012, I decided to go ahead and purchase The Six Figure

Program.  I entered my debit card number for the payment of $27.00 and personal information

into the website application and clicked on the button to process my purchase.  The

sixfigureprogram.com website showed the program as including a CD, which I assumed I would

receive in the mail after my purchase.

1

6.      On May 1, 2012, I got a purchase confirmation email from Ben Moskel welcoming me to the program and instructing me to click on a link contained in the email to access the video training program.  The email also said that for "Six Figure Program support, you can contact Ben Moskel or Dave Clabeaux: ben@sixfigureprogram.com and dave@sixfigureprogram.com."  A copy of this email I received is attached hereto as **Attachment A**.

7.      After clicking on the link in Mr. Moskel's email, I began to watch The Six Figure Program training video.  While viewing the video, I was surprised to learn that I was required to pay additional money to start and use my website.  I thought that for my $27.00 purchase of the program, I was getting a website that would be ready for me to use to start making money.  Instead, I was directed to a website for another company that required me to pay more money for my website.

8.      Before I purchased The Six Figure Program, I was not informed that I would need to spend more money in order to use the program.  In fact, the claim on the company's website that I could start making money from my own website for a $27.00 investment was the main reason I purchased the program.  I did not have any more money to spend to use the program, so I decided to seek a refund.

9.      Thereafter, I emailed Ben Moskel and Dave Clabeaux telling them I wanted to cancel my purchase and get a refund of my $27.00.   I received a response email saying my money has been refunded and that I needed to wait 3 to 7 business days for the money to post to my account.

10.     After seven days had gone by and I had not received my refund, on about May 8, 2012, I emailed the company again requesting my refund.  This time I received an email from

2

Jessica@sixfigureprogram.com stating that she needed my name, phone number and zip code to process my refund.   A copy of my email and the response is attached hereto as **Attachment B**.

11.      After I supplied the requested information to Six Figure Program, I received another email from Jessica@sixfigureprogram.com that my refund would be processed but that I needed to allow 7 to 10 business days for the bank to process the transaction.  This email and the response are also included in **Attachment B**.

12.      The next day, I received another email from Jessica@sixfigureprogram.com stating that my refund had been processed and that I needed to wait 3 to 7 business days for the money to post to my account. This email and the response are attached hereto as **Attachment C**.

13.      By May 22, 2012, I had not received my refund.  I sent another email to The Six Figure Program and I received the same automated responses I had previously received that "[y]ou have been refunded and cancelled.  Please allow 3-7 business days to see the refund post to your account. Please feel free to contact us if you have any additional questions." When I followed up the next day with another email, I received another automated response that "[y]ou can expect to receive a response from us within 24 hours. If you need assistance much faster go to your product page and click on contact us and a number will be provided to you so you can call and get help."  A copy of these email exchanges is attached hereto as **Attachment D**.

14.      On June 4, 2012, I filed a complaint with the Better Business Bureau ("BBB") against The Six Figure Program to complain that I had repeatedly tried to obtain a refund without success.  Mr. Moskel replied to my BBB complaint and said that he was issuing me a refund. Thinking that I was going to get my money back, I wrote to the BBB that I accepted Mr. Moskel's response to my complaint.  A copy of my complaint to the BBB, Mr. Moskel's response and my response are attached hereto as **Attachment E**.

3

15.     To date, I still have not received a refund from The Six Figure Program.

16.     At no time before I made a payment to The Six Figure Program, was I provided with or did I ever see a document with the title "Disclosure of Important Information About Business Opportunity" or a document such as "Disclosure of Important Information About Business Opportunity Required by the Federal Trade Commission" which is attached hereto as **Attachment F**.

17.     In addition, at no time before I made a payment to The Six Figure Program, did I see any document entitled "Earnings Claim Statement Required By Law."

18.     I purchased The Six Figure Program because they advertised that for $27.00, I would be set up in an Internet business that included a website and training, and that I would be able to make thousands of dollars.  This turned out to not be true.  It was only after I purchased the program that I learned that I needed to spend more money to get my website and business up and running.  Although I requested a refund many times, and I was repeatedly assured by the company that my refund had been issued, I never received a refund from The Six Figure Program.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of American that the foregoing is true and correct.

Executed on _OCTOBER 23,_____, 2012.

WILLIE DIXON

# ATTACHMENT A.

-----Original Message-----
From: Ben Moskel <support@myproductonline.com>
To: dblcater <█████ @█████
Sent: Tue, May 1, 2012 3:06 pm
Subject: Your Order Confirmation Email

Congratulations willie dixon,

You have successfully purchased The Six Figure Program.

Please click the link below and follow the steps of the training program. You
will also want to bookmark this link for future reference.
http://www.myproductonline.com/?leadid=4737046&email=dblcater@█████

For Six Figure Program support, you can contact Ben Moskel or Dave Clabeaux:

ben@sixfigureprogram.com
dave@sixfigureprogram.com

Regular Mail
The Six Figure Program
106 Cobblestone Court Drive #159
Victor, N.Y. 14564


YOUR ORDER DETAILS:
**********************************
Product Name: The Six Figure Program
Order Number: █████261
Payment Amount: $27.00

Billing support is provided by MyProductOnline.com.  For questions regarding
your payment, please visit MyProductOnline.com for live chat Monday through
Saturday 24 hours per day.
*********************************


Please save this email so you can reference it in the future.

Sincerely,

My Product Online
Visit http://www.MyProductOnline.com for online help and live chat
Monday through Saturday 24 hours per day

1

# ATTACHMENT B.

-----Original Message-----
From: My Product Online <support@myproductonline.com>
To: dblcater <_____@_____>
Sent: Tue, May 8, 2012 4:02 pm
Subject: RE: refund (LTK4950210652____)

Dear Customer,
Okay, I am sorry to hear that it didn't work out. I am happy to initiate your refund. I just need to collect your name, phone number, and zip code.

You can also contact jessica@sixfigureprogram.com. If your account isn't with us, then it would be her.
Thank you
From: <> Subject: refund sorry to be a bother, but last week i joined your program but then decided that it is not for me.
the day after i joined i contacted your company and withdrew my membership.
as of today i steel haven't received my money back.i received an email stating that
i will be refunded in 3 to 7 days,  as of today it is now 8 days and there is still
no refund in my account. #305____ this is my order number.
thanking you in advance

willie dixon

1

# ATTACHMENT C.

-----Original Message-----
From: Jessica H. <jessica@sixfigureprogram.com>
To: dblcater <█████@█
Sent: Wed, May 9, 2012 9:08 pm
Subject: Re: refund

I am sorry to hear that you were not happy with the Program.

We will process your return and issue a refund. Please allow 7-10 business days for your
bank to process the transaction.

Best of Luck.


--
Best Regards,

Jessica H.
Customer Service Representative
Six Figure Program




On Wed, May 9, 2012 at 7:10 AM, <█████@█████> wrote:
my order id number #305█████
willie dixon
████████
new paltz ny █


-----Original Message-----
From: Jessica H. <jessica@sixfigureprogram.com>
To: dblcater <█████@█████
Sent: Tue, May 8, 2012 9:39 pm
Subject: Re: refund

I would be happy to assist you with your refund.  Please provide me with your order ID number, you received this by email when you purchased the program.  thanks

On Tue, May 8, 2012 at 4:10 PM, <████████@████████> wrote:
my name is Willie Dixon

new paltz,ny

ticket# LTK4950210████████

Best Regards,

Jessica H.
Customer Service Representative
Six Figure Program

--
Best Regards,

Jessica H.
Customer Service Representative
Six Figure Program

-----Original Message-----
From: My Product Online <support@myproductonline.com>
To: dblcater <███████@█████
Sent: Thu, May 10, 2012 4:49 pm
Subject: RE: refund (LTK49502106████

You have been refunded and cancelled. Please allow 3-7 business days to see the refund post to your account. Please feel free to contact us if you have any additional questions. If you purchased anything additional from another company you will need to contact them for a refund.

Thank you
From: Jessica H. Subject: Fwd: refund refund

---------- Forwarded message ----------
From: ████████@██████
Date: Wed, May 9, 2012 at 7:10 AM
Subject: Re: refund
To: jessica@sixfigureprogram.com

my order id number #305████
willie dixon
████████████
new paltz ny ████

-----Original Message-----
From: Jessica H. <jessica@sixfigureprogram.com>
To: dblcater <███████@█████
Sent: Tue, May 8, 2012 9:39 pm
Subject: Re: refund

I would be happy to assist you with your refund.  Please provide me with your order ID number, you received this by email when you purchased the program.  thanks

On Tue, May 8, 2012 at 4:10 PM, <████████@███████> wrote:
my name is Willie Dixon
████████████
new paltz,ny ████

ticket# LTK49502106████

Best Regards,

Jessica H.
Customer Service Representative
Six Figure Program

--

Best Regards,


Jessica H.
Customer Service Representative
Six Figure Program

# ATTACHMENT D.

-----Original Message-----
From: My Product Online <support@myproductonline.com>
To: dblcater <‎█████@█████>
Sent: Fri, May 25, 2012 1:22 pm
Subject: RE: refund (LTK4950210█████

Dear Customer,
You have been refunded and cancelled. Please allow 3-7 business days to see the refund post to your account. Please feel free to contact us if you have any additional questions. If you purchased anything additional from another company you will need to contact them for a refund.
Thank you
From: <> Subject: Re: Acknowledge: refund (Ticket# LTK49502106█████ well we will see, because i heard it before (2 other times)  on May 02,2012-- on May 10,2012 and now.
if you guys are making so much money, why does it take so long to send me my $27.00 back?
go figure

-----Original Message-----
From: My Product Online <support@myproductonline.com>
To: dblcater <█████@█████>
Sent: Wed, May 23, 2012 10:41 pm
Subject: Acknowledge: refund (Ticket# LTK49502106█████

Student,
Thank you for contacting us!
We have received your email and are assigning it to a representative. You can expect to receive a response from us within 24 hours. If you need assistance much faster go to your product page and click on contact us and a number will be provided to you so you can call and get help.
====== Your Inquiry ======
this the third time that i was told this. so in reality this will be 21 days that i've waited.
i hope this is the final time that i am being told this story.

-----Original Message-----
From: My Product On <support@myproductonline.com>
To: dblcater <█████@█████>
Sent: Wed, May 23, 2012 6:21 pm
Subject: RE: refund (LTK4950210█████

You have been refunded and cancelled. Please allow 3-7 business days to see the refund post to your account. Please feel free to contact us if you have any additional questions. If you purchased anything additional from another company you will need to contact them for a refund.
Thank you

1

From: Jessica H. Subject: Fwd: refund has this been refunded?

--------- Forwarded message ----------
From: < ███████@███████ >
Date: Tue, May 22, 2012 at 7:43 AM
Subject: Re: refund
To: jessica@sixfigureprogram.com

good morning... guess what? it has been 8 business days since you told me that i was getting a refund.
still no refund..... are we going to do this for 90 days or are we going to honor our words. this is the second time
that i was told i am going to receive a refund and it didn't happen.... are we going to try for the third time or are
you just going to send me my money.....

-----Original Message-----
From: Jessica H. <jessica@sixfigureprogram.com>
To: dblcater <███████@█
Sent: Wed, May 9, 2012 9:08 pm
Subject: Re: refund

I am sorry to hear that you were not happy with the Program.

We will process your return and issue a refund. Please allow 7-10 business days for your bank to process the transaction.

Best of Luck.

--
**Best Regards,**

Jessica H.
Customer Service Representative
Six Figure Program

On Wed, May 9, 2012 at 7:10 AM, < ███████@███████ > wrote:
my order id number #305█████
willie dixon
████████████████
new paltz ny ██

-----Original Message-----
From: Jessica H. <jessica@sixfigureprogram.com>
To: dblcater <███████@█
Sent: Tue, May 8, 2012 9:39 pm
Subject: Re: refund

I would be happy to assist you with your refund.  Please provide me with your order ID number, you received this by email
when you purchased the program.  thanks

2

On Tue, May 8, 2012 at 4:10 PM, <████████@████████ wrote:
my name is Willie Dixon

new paltz,ny

ticket# LTK4950210█

--
Best Regards,

Jessica H.
Customer Service Representative
Six Figure Program


--
Best Regards,

Jessica H.
Customer Service Representative
Six Figure Program


--
Best Regards,

Jessica H.
Customer Service Representative
Six Figure Program

3

# ATTACHMENT E.



Better Business Bureau
Serving Upstate NY

100 Bryant Woods South
Amherst, NY 14228
(716) 881-5222
FAX
www.upstateny.bbb.org

**BBB**
bbb.org

**Case #:** 9064133

**Consumer Info:** Dixon, Willie

New Paltz, NY

**Business Info:** The Six Figure Program

Land O Lakes, FL
(800) 520-2224

**Date Filed:** 6/4/2012

**Nature of the Complaint:** Guarantee Or Warranty Issues

**Consumer's Original Complaint:**

This company stated that if you are not satisfied with their service or if this is not for you , they will refund your money. you have a 90 day guarantee.On April 30 i sent them my credit card number
to purchase the service. I realized that this service was not for me. On May 1,2012 i contacted the company via email and explained to them that the service they are selling is not for me and i would like my money back. On May 2,2012 i received an email stating that they will cancel my order and refund my money. The company stated that it will take 3 to 7 business days to refund my money. Since May 2,2012 i have contacted the company two more times with the same complaint and i've been told the same thing, you will receive your refund with in 3 to 7 business days. Guess what? it is now June 4,2012 and i still haven't receive my $27.00 refund.

**Consumer's Desired Resolution:**

All i want is my refund. Stop telling me that you are going to refund my money and just do it. Just cut me a check and send it back to me, don't reverse anything on my credit card. Just send me a paper check as soon as possible. thank you.

**Business/Consumer Response & Rebuttals:**

**06/07/2012**
**Handler**

Respond to Complaint
Hi Willie,

I'm sorry to hear that you are not satisfied.

We have issued your refund.

Best,
Ben Moskel

---

**06/07/2012**
**Mr. Willie Dixon**

I accept the business's response to resolve this complaint

[A default letter is provided here which indicates your acceptance of the business's response.  If you wish, you may update it before sending it.]

Better Business Bureau:

I have reviewed the response made by the business in reference to complaint ID 9064133, and find that this resolution is satisfactory to me.

this is the third time that i was told that i am going to receive a refund, i hope that this time is the truth.
Regards,

Willie Dixon

---

# ATTACHMENT F.

## DISCLOSURE OF IMPORTANT INFORMATION ABOUT BUSINESS OPPORTUNITY
Required by the Federal Trade Commission, Rule 16 C.F.R. Part 437

Name of Seller: _____   Address: _____
_____
Phone: _____   Salesperson: _____   Date: _____

_____ has completed this form, which provides important information about the business opportunity it is offering you. The Federal Trade Commission, an agency of the federal government, requires that _____ complete this form and give it to you. However, the Federal Trade Commission has not seen this completed form or checked that the information is true. **Make sure that this information is the same as what the salesperson told you about this opportunity.**

---

**LEGAL ACTIONS:** Has _____ or any of its key personnel been the subject of a civil or criminal action, including any FTC Rule, involving misrepresentation, fraud, securities law violation, or unfair or deceptive practices, including any FTC Rule, within the past 10 years?

☐ **YES →** *If the answer is yes, _____ must attach a list of all such legal actions to this form.*
☐ **NO**

---

**CANCELLATION OR REFUND POLICY:** Does _____ offer a cancellation or refund policy?

☐ **YES →** *If the answer is yes, _____ must attach a statement describing this policy to this form.*
☐ **NO**

---

**EARNINGS:** Has _____ or its salesperson discussed how much money purchasers of this business opportunity can earn or have earned? In other words, have they stated or implied that purchasers can earn a specific level of sales, income, or profit?

☐ **YES →** *If the answer is yes, _____ must attach an Earnings Claims Statement to this form. Read this statement carefully. You may wish to show this information to an advisor or accountant.*
☐ **NO**

---

**REFERENCES:** In the section below, _____ must provide you with contact information for at least 10 people who have purchased a business opportunity from them. If fewer than 10 are listed, this is the total list of all purchasers. **You may wish to contact the people below to compare their experiences with what** _____ **told you about the business opportunity.**

Note: If you purchase a business opportunity from _____, your contact information can be disclosed in the future to other potential buyers.

| Name | State | Telephone Number | Name | State | Telephone Number |
|------|-------|------------------|------|-------|------------------|
| 1. _____ | _____ | _____ | 6. _____ | _____ | _____ |
| 2. _____ | _____ | _____ | 7. _____ | _____ | _____ |
| 3. _____ | _____ | _____ | 8. _____ | _____ | _____ |
| 4. _____ | _____ | _____ | 9. _____ | _____ | _____ |
| 5. _____ | _____ | _____ | 10. _____ | _____ | _____ |

---

Signature: _____   Date: _____

By signing above, you are acknowledging that you have received this form. This is not a purchase contract. To give you enough time to research this opportunity, the Federal Trade Commission requires that after you receive this form, _____ must wait at least seven calendar days before asking you to sign a purchase contract or make any payments.

**For more information about business opportunities in general:** Visit the FTC's website at www.ftc.gov/bizopps or call 1-877-FTC-HELP (877-382-4357). You can also contact your state's Attorney General.