# PLAINTIFF'S EXHIBIT 11

## DECLARATION OF JOYCE HUFFSTETLER
Pursuant to 28 U.S.C. § 1746

1.      My name is Joyce Huffstetler.  I am over 21 years of age.  I currently reside in North Carolina.  I have personal knowledge of the matters asserted in the following statements and, if called as a witness before any court, could and would testify to the same.

2.      I lost my job in February 2011.  I began looking for ways to make money from home until I could find a new stable job.

3.      On March 16, 2011, I saw an advertisement for the The Six Figure Program on television.  I went on the Internet and found The Six Figure Program website.  On the website, I watched videos, featuring Dave Clabeaux and Ben Moskel, that claimed I would be able to make thousands of dollars per month.  The website stated that The Six Figure Program would provide me with a website and set me up with affiliate websites through which I could make money.  The price of the program was under $30.00.

4.      That same day, March 16, 2011, I purchased the program by entering my debit card into the website application form.  Right after I purchased the program, I received a welcome email from Ben Moskel and Dave Clabeaux that included the email addresses for Ben and Dave as well as the "regular mail" address for the company in Land O'Lakes, Florida.  The email directed me to click on a link to The Six Figure Program Training Center.  When I clicked on the link, I was upset to learn that I needed to obtain a domain name and webhosting services from a company called HostGator for an additional cost.  I was never informed before I purchased the program that I would be required to spend any money beyond the initial fee for the program.  A redacted copy of the email I received from The Six Figure Program is attached hereto as **Attachment A**.

1

5.      I then followed the instructions and purchased my domain name and webhosting. However, I had a very difficult time getting my website set up.  I called Ben Moskel and Dave Clabeaux several times, but was not able to reach them.  On March 18, 2011, I sent an email to Jessica@sixfigureprogram.com to tell the company I how discouraged I was and "wondering if I have been scamed [sic]."  A redacted copy of my email is attached hereto as **Attachment B, p. 2.** Thereafter, I continued on for at least a couple of weeks of back and forth communication with The Six Figure Program and Hostgator, and I finally was able to use my website.

6.      After purchasing the program, I started to get a constant flow of emails from The Six Figure Program and other companies to sell me products and services such as coaching lessons, tickets for a seminar in New York City, and joining affiliate marketing networks.  I joined one network called LinkShare Network. A redacted copy of a welcome email I received from LinkShare Network is attached hereto as **Attachment C.**   I ended up spending over $100 in additional services for my website on top of the fees for The Six Figure Program, and my domain registration and webhosting fees.

7.      On June 20, 2011, I sent an email to Dave Clabeaux to complain that I had made only $4.00 from my website.  I was pretty fed up with the constant emails and the money I was being asked to shell out to make my website successful.  I had worked very hard on developing my website and I had spent additional funds above what I thought I was going to spend when I purchased the program.  A redacted copy of my email to Dave Clabeaux dated June 20, 2011, is attached hereto as **Attachment D.**

8.      In addition, I had trouble getting my website to work at times.  I would call The Six Figure Program a number of times to get further information, but each time I called all I heard were automated telephone messages to leave a message and that someone would get back

2

to me in a day.  In response to my emails to the company for assistance, I would also receive an email response stating that that someone would get back to me.  No one would get back to me.

9.     On July 25 2011, I filed a complaint with the Better Business Bureau ("BBB") to complain that I thought I had researched this business opportunity, but in the end, I think that The Six Figure Program is just a scam.  A redacted copy of my BBB complaint is attached hereto as **Attachment E**.

10.     The sixfigureprogram.com website misled me into believing that, for a fee of less than $30.00, I would have a website created for me and I would be able to start making a sizable income.  Instead, I spent well over $100.00 for domain registration, webhosting, and market support services that had not been disclosed to me before I purchased the program.  I finally got my website working, but I never made the significant income promised by The Six Figure Program.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of American that the foregoing is true and correct.

Executed on _Oct. 18 / 2012_, 2012.

_Joyce Huffstetler_
**JOYCE HUFFSTETLER**

3

# ATTACHMENT A.

----- Forwarded Message ----
**From:** Six Figure Program <ben@sixfigureprogram.com>
**To:** Joyce Huffstetler ███████████.net>
**Sent:** Wed, March 16, 2011 10:03:48 PM
**Subject:** Your Order

Joyce,

Welcome to the Six Figure Program! We are
extremely excited to have you on board!

1.    Look, I know what you're thinking. You just
bought another work-from-home product, and you are
very hopeful, but in the back of your head, you really
don't feel it's going to work.

In fact, you may have even make the $29.95 purchase
just to prove that we are a "scam".

Trust me, **this couldn't be further from the truth.**
Dave and I are just two ordinary guys, a former
teacher and a former lawyer, who found a way to
**earn a living online**.

The best advice I can give to you right now is
to follow our training program, get your website
live, and TAKE ACTION.

Remember, success comes to those who **take action.**

To get started, go to the Six Figure Program
Training Center at the following site:

www.sixfigureprogram.com/trainingcenter.htm

You're definitely going to want to bookmark this
page.

The Training Center provides all the instructions you
need to get started, including the most important first
step: **how to get your website live.**

If you have any questions along the way, feel free to
contact either of us at the following email addresses:

ben@sixfigureprogram.com

1

dave@sixfigureprogram.com


**Regular Mail**
Six Figure Program
Attn: David Clabeaux
███████████████
Land O Lakes, Florida ██████


Again, congratulations and best of luck!

Ben Moskel
Dave Clabeaux

Six Figure Program


Ben Moskel
Dave Clabeaux
██████████████████
Land O Lakes, FL ██████


If you no longer wish to receive communication from us:
Cancel

To update your contact information:
Update


2

# ATTACHMENT B.

----- Forwarded Message ----
**From:** Joy ████████████uth.net>
**To:** Jessica H. <jessica@sixfigureprogram.com>
**Sent:** Fri, March 18, 2011 11:17:06 PM
**Subject:** Re: correct username and password

ok, I just got off the phone with support tech who walked me through each step. I had to get a new domain name because the one I had was taken. So the domain name is www.████████.com and it is registered with hostgator.com and it will take 24-48 hours to set up. It cost me $15.00s tonight to get it completed. hostgator.com/domains is where I had to go.
Now I don't know if this was the wrong way or the right way you wanted it done but it's done. What other information do you need at this point.

**From:** Jessica H. <jessica@sixfigureprogram.com>
**To:** Joy ████████████.net>
**Sent:** Fri, March 18, 2011 11:04:03 PM
**Subject:** Re: correct username and password

Ok, please keep us posted. Thanks!

On Fri, Mar 18, 2011 at 5:07 PM, Joy <████████████.net> wrote:
they said they can't point me to getting started page, but for me to go to www.hostgator.com/gettingstarted.shtml they are asking for the last 4 ditis of my credit card used to open account. they are looking into it to see what they can do.

**From:** Jessica H. <jessica@sixfigureprogram.com>
**To:** Joy ████████████.net>
**Sent:** Fri, March 18, 2011 6:17:07 PM

**Subject:** Re: correct username and password

Joy,

Your domain name is not on HostGator servers. Please contact them and ask them to point your domain name to their Getting Started page. Your site should look like this image below. Once this is done, please let me know.

Also, we need the HostGator Control Panel username and password they email to you. Thanks!

1

HostGator.com Web Hosting

Copyright 2009 © HostGator.com

On Fri, Mar 18, 2011 at 12:12 PM, Joy <░░░░░░░░░░.net> wrote:
Jessica I have made three telephone calls to Ben and Dave over the past 2 days to find out why I have not gotten a website set up and been able to start earning. I am getting discouraged and wondering if I have been scamed. I hope not as I am unemployed and this was going to be a full time effort to establish a new begining for me and my family. I really could not afford to throw away money. Please contact me quickly. Joy Huffstetler

**From:** Jessica H. <jessica@sixfigureprogram.com>
**To:** Joy <░░░░░░░░░.net>
**Sent:** Thu, March 17, 2011 9:58:48 PM
**Subject:** Re: correct username and password

Hi Joy,

Did you purchase web hosting for this site through HostGator?

On Thu, Mar 17, 2011 at 4:58 AM, Joy ░░░░░░░░░░░░.net> wrote:
jhuff

2

j16505171

--
Best Regards,

Jessica H.
Customer Service Representative
Six Figure Program

--
Best Regards,

Jessica H.
Customer Service Representative
Six Figure Program

--
Best Regards,

Jessica H.
Customer Service Representative
Six Figure Program

3

# ATTACHMENT C.

----- Forwarded Message ----
**From:** The LinkShare Network <contact@linkshare.com>
**To:** ████████████.net
**Sent:** Sat, April 2, 2011 11:54:05 AM
**Subject:** Welcome to the LinkShare Network!

Dear Joyce Huffstetler:

Welcome to the LinkShare Network - the Web's premiere affiliate-marketing network! Hundreds of thousands of sites just like yours are already participating in mutually beneficial, revenue-producing partnerships with LinkShare advertisers.

Getting started is easy! Just go to http://www.linkshare.com and log in with your LinkShare username and password:

Username: JHuffstetl

If you have forgotten your login password, please click the link below (or copy and paste it into your browser's URL line) and create a new password for your account:

https://cli.linksynergy.com/cli/common/forgotLoginInfo.php?action=ForgotPassword

You may also change your username or password at any time by selecting the My Account tab, clicking Edit in the Contact & Account Info section, and typing in a new password.

When you are ready to start earning commissions, just follow these three easy steps:

1. Select the Programs tab from the top of the Publisher Dashboard. Click on a category to find advertiser programs that interest you. Apply for any and all programs that you would like to join. Advertisers will notify you of approval via Email.

2. Once you are approved to partner with an advertiser, log in to your account again. Click on the advertiser name in the Links section. Select the type of link you would like to place on your Web site. And copy and paste the code directly into your site. You're ready to start earning commissions!

3. Once advertiser links are placed in your Web site, log in to the Publisher Dashboard and select the Reports tab to see how your links are performing. Please note that account activity is updated once daily.

As you move forward with your partnerships, you can take many actions to maximize the revenue-generating potential of your Web site. First and foremost, partner with advertisers who offer products and services that are likely to be of interest to your site's visitors. Once you have chosen appropriate partners, you can increase the likelihood of purchase from your site by placing product, text,

storefront, and banner links in appropriate contexts. Last, but still very important, use the reports that LinkShare provides to evaluate your successes, so that you can focus your energies on making all your partnerships work.

For more tips and information on ways to increase your commissions, go to the LinkShare Publisher Help Center at: http://helpcenter.linkshare.com/publisher/

We would like to make your participation with LinkShare as smooth as possible. If you encounter any difficulties or have questions, please Email us using this form: http://helpcenter.linkshare.com/publisher/contact.php or contact us by phone at 888-880-8430.

We look forward to a long and successful partnership with you!

Best Regards,

The LinkShare Team
http://www.linkshare.com

Username: 

████████████.net

# ATTACHMENT D.

----- Forwarded Message ----
**From:** Joy ███████████.net>
**To:** dave@sixfigureprogram.com
**Sent:** Mon, June 20, 2011 12:38:13 PM
**Subject:** Re: Skip it And Save Money?

Dave , you and Ben have sent several reasons to attend the NYC Summit and I
appreciate that. However I have not made over $4.00s on my web site since I set it up.
I go to the website and ck out the offers you give and everyone wants Money, or a
commitment, I have it on E-bay, Google, Yahoo, ect... It's out there and getting hits but
that is all. If I got a penny for each click I would have made over $73k by now. The way
my site is set up people have to purchase something from affiliate in order for me to
receive anything and that is not happening. What am I doing wrong?  I am paying
Hostgator, Google, and other SEC every month and nothing comming in. So with that
said I can not afford to spend money I don't have.  I started this website because I had
lost my job in Feb. of this year. I still don't have a job, still putting in app; while I work
the website and I am starting to get frustrated and I am not sure I can keep this website
going but I am not going to give up yet. So if you have some other means of helping
me please let me know. Or just tell me I am PISSING in the WIND and I will drop out.
OK. Joyce Huffstetler

**From:** Dave Clabeaux <dave@sixfigureprogram.com>
**To:** Joyce Huffstetler ███████████.net>
**Sent:** Mon, June 20, 2011 9:38:36 AM
**Subject:** Skip it And Save Money?

Dear Joyce,


By now you're heard quite a bit of buzz about The

Real Internet Millionaire's Summit August 22nd-23rd in

NYC.


You're probably thinking to yourself, "Great--another

get-rich-quick seminar.  I'll just stay at home and save the

1

money".

Here is why this is NOT just another seminar:

1.  We have had students attend our seminars and trainings and go on to make $15,000 per month.

2.  We have had students receive a ten-fold return on their investment within 2 weeks of attending.

3.  You will be personally introduced to the big players in the industry by us.  You will be able to do business with them right there on the spot.

4.  You will be shown an honest way to earn an incredibly lucrative living from home.

The Real Internet Millionaires Summit is unlike any event you have ever attended.

You will not just receive a bunch of content and leave with your head spinning.

You will be personally introduced to ALL of our big industry

2

contacts.

You will be exposed to affiliate offers that are not even available on the open market (in other words, you won't find these offers online).

Which is why we can make this bold guarantee:

If by the end of day one, you find us guilty of not delivering, you may demand whatever you deem fair:

a.  A full refund

b.  A full refund and $250 in documented travel expenses

c.  Double your refund.

It's simple: find us guilty of not delivering on our promises and choose the punishment you deem just.

Look, I'll be blunt: if you are open to it, <u>attending this summit can change your life.</u>

Reserve your spot now:

<u>www.therealsummit.com</u>

Best,

Dave Clabeaux

3

P.S.  Remember, seats are in short supply.  Last year we

sold out well in advance.  Because we are introducing you

to our personal contacts, the group cannot exceed a certain

size.  Once the seats are gone, they are gone--no exceptions.

Don't be left on the outside looking in:


www.therealsummit.com


The Six Figure Program
Attn: David Clabeaux
106 Cobblestone Court Drive #159
Victor, N.Y. 14564


If you no longer wish to receive communication from us:
Cancel

To update your contact information:
Update

4

# ATTACHMENT E.



Better Business Bureau
Serving Upstate NY

100 Bryant Woods South
Amherst, NY 14228
(716) 881-5222
FAX
www.upstateny.bbb.org

**Case #:** 8679255

**Consumer Info:** Huffstetler, Joyce

NC

.net

**Business Info:** The Six Figure Program

Land O Lakes, FL

http://www.sixfigureprogram.com

**Date Filed:** 7/25/2011

**Nature of the Complaint:** Billing or Collection Issues

**Consumer's Original Complaint:**
I spent alot of money to this company on line to start a home business. I was promised if I filled out these "Claim Cash" sites for them they would pay me so much per site. I have not received any payment for June or July,the only check I received was a partical payment of what they owe me for April and May. I have every letter I have sent to them about this matter. I can not get them to return a reason, why? The only letters I have gotten is to imform me of how to do these claim for cash, which I know how to do. I have followed their instructions to the letter and still no payment. I have two addresses now: ███████████ Land O Lakes, Fla. ████ and 106 Copplestone Court Dr. Victor, NY. 14564 and I have written to both and have received no answers. The names of owners are Dave Clabeaux and Ben Moskel. Jessica H. is there Customer Service Representative and that is who will sometimes send answers on how to work the site, but never where or when I will receive the money they owe me. Please hwlp me! I lost my job in Feb. of this year and spent money on this program to help while I looked for a new job. I thought I had researched it very well but maybe I missed something and it is just a scam. I hope not.Thank you for your efforts and time. Mrs. Joyce Huffstetler

**Consumer's Desired Resolution:**
I want to be paid what they promised and what I have spent hours earning. I want them to contact me personly by phone █████81. If this is a legal company they won't mind speaking to me person to person. This way I can make sure I am dealing with replical company.

**Business/Consumer Response & Rebuttals:**

**10/26/2011**
**Ben Moskel**

**Respond to Complaint**

RE: Joyce Huffstetler

This customer alleges that we have not paid her commissions that she earned from the website we built for her.

Please be advised that we did pay her.

A check was mailed out from Bank of America on or around July 1st for $13.75. (See attached.)

It was mailed to this address:

Joyce Huffstetler
 NC

The customer also alleges that she has outstanding commissions due. She has earned $1.50 since her last payment. (see attached.)

The minimum check amount is $10.00. The customer has been told this numerous times via email correspondence.

Nonetheless, we have gone ahead and issued a check for $1.50. (see attached.)

# PLAINTIFF'S EXHIBIT 12

## DECLARATION OF JEANIE JOE
Pursuant to 28 U.S.C. § 1746

1.      My name is Jeanie Joe.  I am over 21 years of age.  I currently reside in Santa Rosa, California.  I have personal knowledge of the matters asserted in the following statements and, if called as a witness before any court, could and would testify to the same.

2.      Because I lost my job July 2011, and did not have enough savings to live on, I was looking for a way to make an income by using the Internet.  While searching the Internet for money-making opportunities, I came across a website called sixfigureprogram.com.

3.      The first thing I saw on the website was a video that started to play automatically. This video was of Ben Moskel and Dave Clabeaux, discussing "The Six Figure Program" and how much money they had made using their program.  The website also showed a number of copies of commission checks earned by customers who were using The Six Figure Program.  The website showed sample commission checks for sums like $46,000 a month or $4,000 a week. These checks gave me the impression that if I purchased the program, I would be able to make a substantial income.

4.      The program was advertised as costing $27.00.  For that money, I understood that I would get a customized website that would be built for me by Ben Moskel and Dave Clabeaux and I would get training on how to make money from the Internet using affiliate marketing.  In the video, Ben and Dave made it sound like anyone who could send email could make money using the program.  I decided to purchase the $27.00 program because the website made it seem like this was something I could do to make money.

5.      In mid-May 2012, I purchased the program online for $27.00 on my credit card. Right after making the purchase I received an email from Six Figure Program that contained a link to BrainHost.com, a company that charged fees for webhosting the website that The Six

1

Figure Program would build for me. I was never informed before I purchased the program that I would need to spend any additional money in order to operate my website and use the program. There were no other options for me to get the necessary webhosting services -- I had to use BrainHost.com. So, I bought the webhosting service and additional website security services for my website and ended up paying around $800 for these services.

6.      After purchasing the program, I also received emails from other companies that wanted to sell me different Internet services.

7.      Once my website was created, I discovered that I could not log on to the website to use it. I tried continually to email The Six Figure Program at: ben@sixfigureprogram.com; dave@sixfigureprogram.com; Jessica@sixfigureprogram.com; and support@sixfigureprogram.com. A redacted copy of one email that I sent to Ben Moskel on May 26, 2012, is attached as **Attachment A**.

8.      I would try to call The Six Figure Program at their customer service phone number, but all I heard were automated messages. I was never able to talk to anyone at The Six Figure Program to get help or information.

9.      I really never got any assistance from The Six Figure Program. No one ever really responded to my telephone and email requests. All I received were automated responses telling me "we are here to support you" but offering no specific support. Since I did not have a website and I could get no assistance from The Six Figure Program, I began asking the company for a refund. A redacted copy of one of these email exchanges and my requests for a refund is attached at **Attachment B**.

10.     Despite spending $27.00 for the program and an additional $800.00 for website-related services, I never received a fully functional website. Without more instruction and

someone to talk to at The Six Figure Program, I found it impossible to operate my website or use the program. I did not make any money.

11.     At the end of May 2012, I began to send emails requesting a refund from Six Figure Program (see, e.g., **Attachment B**). However, I heard nothing from anyone at The Six Figure Program.

12.     On June 13, 2012, I filed a complaint with the Better Business Bureau ("BBB") against The Six Figure Program complaining that they had not informed me before I purchased the program of the additional costs required to use the program. I also asked for help getting a refund. My redacted complaint to the BBB is attached at **Attachment C**.

13.     Within a week or two of filing my BBB complaint, I was sent an email from Ben Moskel at The Six Figure Program informing me that my refund had been processed and would be credited back to my account. I finally received the refund in late June 2012, but feel that I would not have received a refund had I not filed a BBB complaint.

14.     At no time before I made a payment to The Six Figure Program, did I ever see a document with the title "Disclosure of Important Information About Business Opportunity," or a document such as the "Disclosure Of Important Information About Business Opportunity Required by the Federal Trade Commission" which is attached hereto as **Attachment D**.

15.     In addition, at no time before I made a payment to The Six Figure Program, did I see a document entitled "Earnings Claim Statement Required By Law."

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of American that the foregoing is true and correct.

Executed on ___10-15-12___, 2012.

_Jeannie Joe_
**JEANIE JOE**

3

# ATTACHMENT A.

From: ████████@hotmail.com
To: ben@sixfigureprogram.com
Subject: web hosting
Date: Sat, 26 May 2012 07:15:23 -0700

I did go to the brainhost site and signed up for web hosting.  Spent lots of $$ and cannot log in.  When I go to the training site to see my web site, I cannot sign in.  It says my email is incorrect.  I only have one email adddress.  I have at least two emails from 6 figure saying I need to sign up!  Help!!!  Oh, when I told brain host I could not sign in they said to check with my server, never had to do this with any other site.  Now getting emails stating I have not yet signed up.  What to do.

I hope all the negative posts do not come to reality.  This is not good to have so many problems right off the bat.

1

# ATTACHMENT B.

From: ███████@hotmail.com
To: ben@sixfigureprogram.com
Subject: RE: Our Support for You
Date: Thu, 7 Jun 2012 08:51:28 -0700

Support, support, are you home??  I asked for a refund with no avail.

---

From: ███████@hotmail.com
To: ben@sixfigureprogram.com
Subject: RE: Our Support for You
Date: Thu, 31 May 2012 08:11:14 -0700

I have yet to receive a reply, I have emailed you many times asking for refund, suddenly no emails, only self regenerating ones>>>>>??????

---

To: ███████@hotmail.com
From: ben@sixfigureprogram.com
Date: Thu, 24 May 2012 07:10:22 -0400
Subject: Our Support for You

Jeannie,

I realize that joining the Six Figure Program was
a big move for you.

You might be nervous.

You might be feeling excited.

You might be a little bit scared.

Rest assured that we are here to support you.

However, there are a few simple rules about how
we are going to work together.

Think of these as ground rules. If you
follow these simple rules you'll make progress
100X quicker than if you try to do things your own
way.

1. First, we answer all emails within 24
hours during the business workweek and 48 hours
during the weekend.

Sometimes you'll get a quicker response, but please
be patient if you don't hear back right away.

You can send your questions to either:
ben@sixfigureprogram.com
dave@sixfigureprogram.com

2. Second, be polite. We want you to succeed.
We want to help you.

Our assistant, Jessica, is knowledgeable and kind.

She is part of our team that will be helping you
along the way.

She will treat you with respect and we expect you
to do the same.

Put another way, we simply don't tolerate rude,
demanding, or angry emails.


3. Third, follow directions. This is especially true
when you sign up for web hosting in Step 2 in the
Training Center.

We want to get your website up and running and
soon as possible. We understand how anxious
and excited you are to get started.

However, we can only build your website if you
click the "Get Web Hosting" button in Step 2
and sign up for web hosting with Brain Host.

If you haven't done so already, do this right
now:  www.sixfigureprogram.com/trainingcenter.htm

4. Fourth, do not call us a scam.

2

Referring to Dave or I as a "scam" is insulting.
It is hurtful.  It is rude.  And we will not tolerate
it.

Dave is a former teacher. I am a former lawyer.
We are just two ordinary guys who figured out how
to make money online.

We are sharing that knowledge with you. It
took us years of brutally hard work, blood, sweat,
and tears to figure out the information that we
share with you.

We invested thousands of dollars of our own money
paying programming expenses to create a simple-to-use
website for you.

You would have to pay at least $3,000 if
you paid a website company to design a site like
it on your own.

We realize that our program is not 100% perfect.
However, we make it better every single day.

We are very certain it is the best program out there.
Last week we had 1,496 students receive checks in the
mail as a direct result of using our program.

Some people make a few bucks. Some students make as
much as $15,000 per month.

I can guarantee that no other program has this
kind of success rate.

We welcome and appreciate your feedback on how we can
make things easier for you. But, do not insult us by
calling us a "scam."

5. Five, we offer email support only. **We do not
offer phone support.** Everything you
need to get started and begin making money with
your website is in the Training Center.

If you already reviewed all the material in the Training
Center and still have questions, send us an email
and we will help you.

If these rules seem unfair or out of line, we are happy
to issue you a refund.

We are grateful that you chose to do business with us.
We realize that it may have been a leap of faith for
you.

On the same token, it is also a privilege to work with
our team. We make our money from DOING what we are
sharing with you.

3

Very few - if any - people are willing to share
the type of information, tools, tips, and hard
fought knowledge, for such a modest investment.

We want to work with people who are motivated, who
are determined, and who want to work with us -
rather than against us.

Now, with that out of the way, let's get down to
business!

-Ben
ben@sixfigureprogram.com

P.S.  Remember, **you have just 48 hours** to get
web hosting so we can build your website.

To do this, go here:

www.sixfigureprogram.com/trainingcenter.htm

Then follow these 3 steps:

1.  Watch the video in Step 1.

2.  Click the button that says "Get Web Hosting"
in Step 2, and order web hosting.

3.  We'll get your website live within 24 hours!!


The Six Figure Program
2171 Monroe Avenue
Suite 204
Rochester, NY 14618


If you no longer wish to receive communication from us:
Cancel

To update your contact information:
Update

4

# ATTACHMENT C.



Better Business Bureau
Serving Upstate NY

100 Bryant Woods South
Amherst, NY 14228
(716) 881-5222
FAX
www.upstateny.bbb.org

**Case #:** 9077700

**Consumer Info:**   Joe, Jeannie

Santa Rosa, CA ▉▉▉

▉▉▉▉@hotmail.com

**Business Info:**   The Six Figure Program

Land O Lakes, FL▉
(800) 520-2224

**Date Filed:** 6/13/2012

**Nature of the Complaint:** Advertising Issues

**Consumer's Original Complaint:**
Unable to find correct address for refund. Different address listed on BBB

**Consumer's Desired Resolution:**
refund and make these people tell the buyer that they have to buy a web hosting before they sign up, amount it will cost, and make the website user friendly or allow the customer to use whatever web hoster they want.

# ATTACHMENT D.

# DISCLOSURE OF IMPORTANT INFORMATION ABOUT BUSINESS OPPORTUNITY
### Required by the Federal Trade Commission, Rule 16 C.F.R. Part 437

Name of Seller: _____  Address: _____

_____

Phone:_____  Salesperson: _____  Date: _____

_____ has completed this form, which provides important information about the business opportunity it is offering you. The Federal Trade Commission, an agency of the federal government, requires that _____ complete this form and give it to you. However, the Federal Trade Commission has not seen this completed form or checked that the information is true. **Make sure that this information is the same as what the salesperson told you about this opportunity.**

---

**LEGAL ACTIONS:** Has _____ or any of its key personnel been the subject of a civil or criminal action, including any FTC Rule, involving misrepresentation, fraud, securities law violation, or unfair or deceptive practices, including any FTC Rule, within the past 10 years?

☐ **YES →** *If the answer is yes,__ _____ must attach a list of all such legal actions to this form.*
☐ **NO**

---

**CANCELLATION OR REFUND POLICY:** Does _____ offer a cancellation or refund policy?

☐ **YES →** *If the answer is yes, _____ must attach a statement describing this policy to this form.*
☐ **NO**

---

**EARNINGS:** Has _____ or its salesperson discussed how much money purchasers of this business opportunity can earn or have earned? In other words, have they stated or implied that purchasers can earn a specific level of sales, income, or profit?

☐ **YES →** *If the answer is yes, _____ must attach an Earnings Claims Statement to this form. Read this statement carefully. You may wish to show this information to an advisor or accountant.*
☐ **NO**

---

**REFERENCES:** In the section below, _____ must provide you with contact information for at least 10 people who have purchased a business opportunity from them. If fewer than 10 are listed, this is the total list of all purchasers. **You may wish to contact the people below to compare their experiences with what _____ told you about the business opportunity.**

Note: If you purchase a business opportunity from _____, your contact information can be disclosed in the future to other potential buyers.

| | Name | State | Telephone Number | | Name | State | Telephone Number |
|---|---|---|---|---|---|---|---|
| 1. | | | | 6. | | | |
| 2. | | | | 7. | | | |
| 3. | | | | 8. | | | |
| 4. | | | | 9. | | | |
| 5. | | | | 10. | | | |

---

Signature: _____   Date: _____

By signing above, you are acknowledging that you have received this form. This is not a purchase contract. To give you enough time to research this opportunity, the Federal Trade Commission requires that after you receive this form, _____ must wait at least seven calendar days before asking you to sign a purchase contract or make any payments.

**For more information about business opportunities in general:** Visit the FTC's website at www.ftc.gov/bizopps or call 1-877-FTC-HELP (877-382-4357). You can also contact your state's Attorney General.

# PLAINTIFF'S EXHIBIT 13

## DECLARATION OF RONALD KARR
### Pursuant to 28 U.S.C. § 1746

1.        My name is Ronald Karr.  I am over 21 years of age.  I currently reside in

Jamestown, New York.  I have personal knowledge of the matters asserted in the following

statements and, if called as a witness before any court, could and would testify to the same.

2.        Being retired, I had been trying to find a way to supplement my income from my

home for a while.  I was also trying to teach my daughter to make money from home so that she

could avoid continuing to work at a hazardous chemical manufacturing plant.   I was searching

the Internet for work at home opportunities when I found a website, sixfigureprogram.com, that

advertised the Six Figure Program.  I was motivated to try Six Figure Program because it

advertised I could make a lot of money from my home computer.  The website claimed that for

$27.00 a website to be created for me and I would get access to affiliate marketing training.

4.        I bought the Six Figure Program in April 2012.  After I signed up for the Program

I was provided with a link to a webpage for a company named BrainHost.com.  BrainHost

required that I pay an additional $97.00 for website services, although now I cannot recall

exactly what services I was paying for.  After paying for BrainHost's services I was forwarded to

yet another website that stated I needed to pay for more services.  At that point I decided that the

Six Figure Program claims—$27 for a website to start making money—were false, and I started

trying to get my money back.

5.        I recovered the $97.00 I spent on BrainHost.com after emailing BrainHost and

requesting my money back; however, I found that the Six Figure Program was much more

difficult to deal with.  After I attempted to get my refund back from the company for almost two

months, on June 15, 2012, I filed a complaint with the Better Business Bureau ("BBB").  A

redacted copy of my BBB complaint is attached as **Attachment A**.  Several weeks after filing

the BBB complaint my money was refunded to me.

      6.      At no time before I made a payment to the Six Figure Program, did I ever see a

document with the title "Disclosure of Important Information About Business Opportunity," or a

document such as the "Disclosure Of Important Information About Business Opportunity

Required by the Federal Trade Commission" which is attached hereto as **Attachment B**.

      7.      In addition, at no time before I made a payment to the Six Figure Program, did I

see a document entitled "Earnings Claim Statement Required By Law."

      8.      I was scammed by the Six Figure Program.  The sixfigureprogram.com website

led me to believe that, for a fee of $27.00, I would have a website created for me and I would be

able to start making a sizable income.  Instead, I was required to spend an additional $97.00 for

webhosting services that had not been disclosed to me before I purchased the program.  I never

received my website and I did not make any money from the Six Figure Program.


Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United
States of American that the foregoing is true and correct.


      Executed on      10 - 10 - 12     , 2012.


**RONALD KARR**

# ATTACHMENT A.



Better Business Bureau
Serving Upstate NY

100 Bryant Woods South
Amherst, NY 14228
(716) 881-5222
FAX
www.upstateny.bbb.org

**Case #:** 9082033

| **Consumer Info:** | | **Business Info:** | |
|---|---|---|---|
| Karr, Ronald | | The Six Figure Program | |
| Jamestown, NY ■■■ | | Land O Lakes, FL ■ | |
| ■■■@windstream.net | | (800) 520-2224 | |

**Date Filed:** 6/15/2012

**Nature of the Complaint:** Refund / Exchange Issues

**Consumer's Original Complaint:**
I have e-mailed them on six occasions requesting they refund my $27.00 for there program I canceled weeks ago. They keep replying they have turned the request over to one of there representatives.

**Consumer's Desired Resolution:**
Just refund the $27.00 and quite the foolishness.

# ATTACHMENT B.

# DISCLOSURE OF IMPORTANT INFORMATION ABOUT BUSINESS OPPORTUNITY
### Required by the Federal Trade Commission, Rule 16 C.F.R. Part 437

Name of Seller: _____   Address: _____
_____

Phone:_____   Salesperson: _____   Date: _____

_____ has completed this form, which provides important information about the business opportunity it is offering you. The Federal Trade Commission, an agency of the federal government, requires that _____ complete this form and give it to you. However, the Federal Trade Commission has not seen this completed form or checked that the information is true. **Make sure that this information is the same as what the salesperson told you about this opportunity.**

---

**LEGAL ACTIONS:** Has _____ or any of its key personnel been the subject of a civil or criminal action, including any FTC Rule, involving misrepresentation, fraud, securities law violation, or unfair or deceptive practices, including any FTC Rule, within the past 10 years?

☐ **YES.** → *If the answer is yes, __ _____ must attach a list of all such legal actions to this form.*
☐ **NO**

---

**CANCELLATION OR REFUND POLICY:** Does _____ offer a cancellation or refund policy?

☐ **YES** → *If the answer is yes, _____ must attach a statement describing this policy to this form.*
☐ **NO**

---

**EARNINGS:** Has _____ or its salesperson discussed how much money purchasers of this business opportunity can earn or have earned? In other words, have they stated or implied that purchasers can earn a specific level of sales, income, or profit?

☐ **YES** → *If the answer is yes, _____ must attach an Earnings Claims Statement to this form. Read this statement carefully. You may wish to show this information to an advisor or accountant.*
☐ **NO**

---

**REFERENCES:** In the section below, _____ must provide you with contact information for at least 10 people who have purchased a business opportunity from them. If fewer than 10 are listed, this is the total list of all purchasers. **You may wish to contact the people below to compare their experiences with what** _____ **told you about the business opportunity.**

Note: If you purchase a business opportunity from _____, your contact information can be disclosed in the future to other potential buyers.

| | Name | State | Telephone Number | | Name | State | Telephone Number |
|---|---|---|---|---|---|---|---|
| 1. | | | | 6. | | | |
| 2. | | | | 7. | | | |
| 3. | | | | 8. | | | |
| 4. | | | | 9. | | | |
| 5. | | | | 10. | | | |

---

Signature: _____   Date: _____

By signing above, you are acknowledging that you have received this form. This is not a purchase contract. To give you enough time to research this opportunity, the Federal Trade Commission requires that after you receive this form, _____ must wait at least seven calendar days before asking you to sign a purchase contract or make any payments.

**For more information about business opportunities in general:** Visit the FTC's website at www.ftc.gov/bizopps or call 1-877-FTC-HELP (877-382-4357). You can also contact your state's Attorney General.

# PLAINTIFF'S EXHIBIT 14

## DECLARATION OF ROBERTA MALLETT
### Pursuant to 28 U.S.C. § 1746

1.      My name is Roberta Mallett.   I am over 21 years of age.   I currently reside in Colorado.   I have personal knowledge of the matters asserted in the following statements and, if called as a witness before any court, could and would testify to the same.

2.      While researching opportunities to work at home I found the website sixfigureprogram.com through an Internet banner advertisement.  The website described a Program that would build me a website which would give me the opportunity to earn income of thousands of dollars per month.   The program, The Six Figure Program, would only cost me $27.00.   The sixfigureprogram.com website stated that the Program would only cost me a minimal amount of $27.00 and nothing more.

3.      These representations of money and earning a good income for a $27.00 investment excited me.  I was searching for a way to make some money and everything about the website convinced me that this was a good way to go about it.  I went ahead and paid for the $27.00 Program on February 29, 2012 on the website.

4.      Immediately upon signing up, I received an email from The Six Figure Program welcoming me but also informing me that the $27.00 I had paid did not in fact cover the costs of my domain name registration or webhosting.  I subsequently went ahead and purchased a domain name from the website linked in the email for about $10 or $20 a month.

5.      Next, I was forwarded to another website, HostGator.com, where I purchased a web-hosting package for around $300.  I was upset about these costs because I understood that the $27.00 fee would cover everything I needed to use the program.  Since sixfigureprogram.com had made it clear that I would be able to make great profits from the program, and I felt that I had already committed money at that point, I made the additional required purchases.

1

6.      On March 2, 2012, I received another email informing me that I had until

midnight of that day to purchase $200 more of webhosting services from a different website than

HostGator.com.   A copy of this redacted email is attached as **Attachment A**.

7.      I was flustered and confused by this news.   I immediately tried to contact

sixfigureprogram.com for more information.   I was certainly not willing to spend another $200

for a service I had already purchased for $300.   I tried to call the phone number that was listed on

sixfigureprogram.com and found out that the phone number was not in service.

8.      I emailed the sixfigureprogram.com website technical support address and

received an automated response email confirming that I had logged my complaint with them and

informing me that they would respond within one business day.   A redacted copy of this email is

attached as **Attachment B**.   At that point I only had 6 hours before midnight to purchase the

additional webhosting and I started to get nervous.

9.      Thinking I was going to have to pay an additional $200 or lose my website which

I had already spent over $300 for, made that night was a horrible experience for me.   The next

day, I asked for a refund from all of the companies where I had spent money in connection to

The Six Figure Program.   The webhosting service, HostGator, was very nice, and gave me my

money back right away, as did the company I received my domain name from.

Sixfigureprogram.com, however, was not easy to deal with and did not give me a refund.

10.     I emailed The Six Figure Program numerous times requesting a refund.   I never

received anything more than the same automated email responses.   I threatened to complain to

the Better Business Bureau ("BBB"), and still never received a response.

2

11.     On May 7, 2012 I reported The Six Figure Program to the BBB.  A copy of my redacted BBB complaint is attached as **Attachment** C.  Two weeks after I filed my BBB complaint I received a full refund from The Six Figure Program.

12.     At no time before I made a payment to the Six Figure Program, did I ever see a document with the title "Disclosure of Important Information About Business Opportunity," or a document such as the "Disclosure Of Important Information About Business Opportunity Required by the Federal Trade Commission" which is attached hereto as **Attachment D**.

13.     In addition, at no time before I made a payment to the Six Figure Program, did I see a document entitled "Earnings Claim Statement Required By Law."

14.     I was misled by the Six Figure Program.  The sixfigureprogram.com website led me to believe that, for a fee of $27.00, I would have a website created for me and I would be able to start making a sizable income.   Instead, I was required to spend over an additional $300.00 for domain registration and webhosting services that had not been disclosed to me before I purchased the program.   I never received my website and I did not make any money from The Six Figure Program.

Pursuant to 28 U.S.C.  § 1746, I declare under penalty of perjury under the laws of the United States of American that the foregoing is true and correct.

Roberta Mallett   10-22-12

**ROBERTA MALLETT**

3

# ATTACHMENT A.

----- Forwarded Message -----
**From:** "support@myproductonline.com" <support@myproductonline.com>
**To:** ⬛⬛⬛⬛⬛⬛@yahoo.com
**Sent:** Friday, March 2, 2012 8:05 AM
**Subject:** Announcement & Deadline

Roberta, Quick Announcement: Our design and programming team constructed your website. We included a "Claim Cash" section. This is a done-for-you page with affiliate companies already plugged in. Here are a few of the companies we put on your website: - Jet Blue Airline Tickets - Bugaboo Bee Stroller - Reloadable Visa/Mastercard Debit Card - Starbucks Gift Card You can start earning money from these companies immediately. We want to take your website LIVE. All you need is a domain name and hosting. We'll give you until midnight tonight to get this. After midnight we'll give your website to the next person in line. Here's all you need to do: 1. Go to this link right now for hosting 2. Follow the steps to get your hosting 3. Give us 24 hours to upload your site to the Internet -Ben P.S. Remember, the deadline to get your website live is midnight tonight. After midnight we will be forced to help the next person in line. Get your domain name and hosting here

If you no longer wish to receive our emails, click the link below: Unsubscribe

The Six Figure Program2604 Elmwood AveNumber 287Rochester, New York 14618United States(800) 497-5331

Infusionsoft.

# ATTACHMENT B.

----- Forwarded Message -----
**From:** My Product Online <support@myproductonline.com>
**To:** Roberta Mallett <███████@yahoo.com>
**Sent:** Friday, March 2, 2012 3:23 PM
**Subject:** Acknowledge: please help (Ticket# LTK4950159434095X)

Dear Roberta Mallett,
Thank you for contacting us!
We have received your inquiry and are assigning it to a representative. You can expect to receive a response from us within one business day.
======= **Your Inquiry** =======
I just received an email saying that my website has been built, and that I have until midnight to get a domain name. I did that thru host gatot two days ago. It is http://www.███████.com/
now what?

1

# ATTACHMENT C.

**BBB.**
bbb.org

Better Business Bureau
Serving Upstate NY

100 Bryant Woods South
Amherst, NY 14228
(716) 881-5222
FAX
www.upstateny.bbb.org

**Case #:** 9030323

| **Consumer Info:** | Mallett, Roberta | **Business Info:** | Six Figure Program |
| --- | --- | --- | --- |
| | Montrose, CO | | Land O Lakes, FL |
| | @yahoo.com | | 8004975331 |
| | | | www.sixfigureprogram.com |

**Date Filed:** 5/7/2012

**Nature of the Complaint:** Customer Service Issues

**Consumer's Original Complaint:**
I ordered the Six Figure Program in good faith. I was supposed to receive a disc and a book on the program, and have only received emails. I went thru thru the web hosting company they suggested. Two days later they said that I had to go thru another web hosting company, which would be over $200.00 more than I had already spent, and do not have. I looked them up on your website, and found that they have had numerous complaints.I then tried to contact them to get a refund. The emails go from their email immediately to a support department, and I get the same automated response every time. "Thankyou for contacting us! We have received your inquiry and are assigning it to a representative. You can expect to receive a response from us within one business day" Same response every time. I tried to call three different numbers to talk with someone. The one on their website, to supposedly join their program, puts you on perpetual hold. The next, 1-800-497-5331 says that all representatives are currently with other customers, leave your name and number and we will contact you shortly. NO ONE ever calls back. The last number, 1-866-448-4593 you get a recording that the approximate wait time is less than one minute, then you get static for a couuple of minutes, and then a recording that the mailbox is full. I sent emails ton Ben and Dave, that i was going to file a complaint with you, and have my bank block access to my account. I got the same automated response as the emails from support, and they came from support, not them. It is like their emails go directly to the support department. I simply want to cancel with them and get a refund. Order date was Wed. 02/29/2012 my first contact with them was Friday 03/02/2012 I paid $27.00 with my debit card. They did not provide me with an order number. They say they have a 90 day full refund, no questions asked.

**Consumer's Desired Resolution:**
I simply want to cancell and get a full refund

**Business/Consumer Response & Rebuttals:**

**03/21/2012**
**noemail@bbb.org**

Business Response
This person was refunded on 3/6/2012 for $27

# ATTACHMENT D.

# DISCLOSURE OF IMPORTANT INFORMATION ABOUT BUSINESS OPPORTUNITY
### Required by the Federal Trade Commission, Rule 16 C.F.R. Part 437

Name of Seller: _____   Address: _____
_____

Phone:_____   Salesperson: _____   Date: _____

_____ has completed this form, which provides important information about the business opportunity it is offering you. The Federal Trade Commission, an agency of the federal government, requires that _____ complete this form and give it to you. However, the Federal Trade Commission has <u>not</u> seen this completed form or checked that the information is true. **Make sure that this information is the same as what the salesperson told you about this opportunity.**

---

**LEGAL ACTIONS:** Has _____ or any of its key personnel been the subject of a civil or criminal action, including any FTC Rule, involving misrepresentation, fraud, securities law violation, or unfair or deceptive practices, including any FTC Rule, within the past 10 years?

☐ YES → *If the answer is yes, __ _____ must attach a list of all such legal actions to this form.*
☐ NO

---

**CANCELLATION OR REFUND POLICY:** Does _____ offer a cancellation or refund policy?

☐ YES → *If the answer is yes, _____ must attach a statement describing this policy to this form.*
☐ NO

---

**EARNINGS:** Has _____ or its salesperson discussed how much money purchasers of this business opportunity can earn or have earned? In other words, have they stated or implied that purchasers can earn a specific level of sales, income, or profit?

☐ YES → *If the answer is yes, _____ must attach an Earnings Claims Statement to this form.*
   *Read this statement carefully. You may wish to show this information to an advisor or accountant.*

☐ NO

---

**REFERENCES:** In the section below, _____ must provide you with contact information for at least 10 people who have purchased a business opportunity from them. If fewer than 10 are listed, this is the total list of all purchasers. **You may wish to contact the people below to compare their experiences with what _____ told you about the business opportunity.**

Note: If you purchase a business opportunity from _____, your contact information can be disclosed in the future to other potential buyers.

| | <u>Name</u> | <u>State</u> | <u>Telephone Number</u> | | <u>Name</u> | <u>State</u> | <u>Telephone Number</u> |
|---|---|---|---|---|---|---|---|
| 1. | _____ | | | 6. | _____ | | |
| 2. | _____ | | | 7. | _____ | | |
| 3. | _____ | | | 8. | _____ | | |
| 4. | _____ | | | 9. | _____ | | |
| 5. | _____ | | | 10. | _____ | | |

---

Signature: _____   Date: _____

By signing above, you are acknowledging that you have received this form. This is <u>not</u> a purchase contract. To give you enough time to research this opportunity, the Federal Trade Commission requires that after you receive this form, _____ must wait <u>at least seven calendar days</u> before asking you to sign a purchase contract or make any payments.

**For more information about business opportunities in general:** Visit the FTC's website at www.ftc.gov/bizopps or call 1-877-FTC-HELP (877-382-4357). You can also contact your state's Attorney General.

# PLAINTIFF'S EXHIBIT 15

**DECLARATION OF JANET MAYS**
Pursuant to 28 U.S.C. § 1746

1.      My name is Janet Mays.  I am over 21 years of age.  I currently reside in Texas.  I have personal knowledge of the matters asserted in the following statements, and if called as a witness before any court, could and would testify to the same.

2.      After many years being employed as a school teacher, I lost my job and was unemployed for some time.  As a result, I began to look on the Internet for alternative ways to make an income.

3.      On about May 31, 2012, while searching on the Internet, I came across a website, sixfigureprogram.com, that advertised a business opportunity called "The Six Figure Program."  The website provided some information on the program and included a video with two men, Ben Moskel and Dave Clabeaux, who had put together The Six Figure Program, in which they talk about the program and how successful they were at making a fortune in affiliate marketing.  In the video, Ben and Dave promised to guide you every step of the way to ensure your success in making money from the program.

4.      The website and video claimed that The Six Figure Program would provide me with training and my own website so that I could start making money right away through a home-owned business in affiliate marketing.  For instance, the sixfigureprogram.com website led me to believe that I could get about $100 each time someone visited my website and ended up purchasing a product or service from an affiliated website.  In fact, the website contained testimonials from customers and sample commission checks showing that customers of The Six Figure Program were making thousands of dollars every month.

5.      The Six Figure Program cost was listed on the website as $27.00.  For this fee, The Six Figure Program would assist me with my business website, help with promotion, and aid in attracting affiliate website traffic to my website.  In addition, the website advertised a no-risk, 90-day money-back guarantee that assured me that I could get a refund of my fee if I was not satisfied with the program.

6.      Based on the income claims in the website, I expected that I would start making money immediately – a little at a time – but that I would eventually build up to a

1

large income.  I decided to purchase the program because I really needed some income quickly and the money-back guarantee assured me that there was no way I could lose my $27.00 investment.

7.      That same day, May 31, 2012, I purchased The Six Figure Program by entering my debit card and personal information into the website application form and clicking the submit button.  Within a minute or two, I received an email confirming my purchase which contained a link to a website training program and a message to contact Ben Moskel or Dave Clabeaux for Six Figure Program support at ben@sixfigureprogram.com and dave@sixfigureprogram.com, respectively.  A redacted copy of this email I received is attached hereto as **Attachment A.**

8.      After clicking on the link for the training program in my purchase confirmation email, there appeared an additional offer advertising the Six Figure Program Prosperity Finder Software which was recommended to help me locate the business websites that are providing the best affiliate marketing opportunities and help me maximize my profitability.  This program also cost $27.00.  I purchased the additional software by again entering my debit card and personal information into the website application form.  I received another email confirming my purchase which contained a link to the software and a message to contact Ben Moskel or Dave Clabeaux for Prosperity Finder support at ben@sixfigureprogam.com and dave@sixfigureprogram.com, respectively.  A redacted copy of this email I received is attached hereto as **Attachment B.**

9.      I then began to view The Six Figure Program training video, and I was surprised to learn that, in order to obtain my website from The Six Figure Program, first, I had to purchase a domain name for my website, and second, I had to also purchase webhosting for my website from a company named "Hostgator.com."  I had never heard of Hostgator nor was I ever informed before I purchased the program that I would need to spend an additional $104.55 in costs in order for me to use The Six Figure Program.

10.     Feeling that I had no choice – if I wanted to use The Six Figure Program and start making an income – I reluctantly decided to spend the additional money and I purchased my domain name and webhosting services from Hostgator.com.  A redacted copy

2

of the email I received from Hostgator.com confirming my purchase of a domain name is attached hereto as **Attachment C** and the Hostgator.com email I received confirming my purchase of webhosting services is **Attachment D.**

11.     The Six Figure Program training video stated that I would have to wait between 24 - 48 hours for my new website to become active.  After 48 hours had passed and there was no website, on or about June 2, 2012, I sent an email to Dave Clabeaux, the owner of The Six Figure Program, asking him where was my website.  In my email, I told Mr. Clabeaux that I was out of work and really needed to earn income.  I received an automated email response stating that a representative had been assigned my case and someone would contact me within 24 hours.

12.     After waiting another 48 hours, I still had no website and I received no response from The Six Figure Program.  On or about June 6, 2012, early in the morning, I emailed Dave Clabeaux again.  I received the exact same automated email response that a representative has been assigned my case and someone will contact me within 24 hours.  A redacted copy of my email to Mr. Clabeaux and the automated response from The Six Figure Program is attached hereto as **Attachment E**.

13.     Later that same day, I still had not heard from The Six Figure Program and I still had no website.  I began to worry that I had fallen for a scam.  I sent another email to The Six Figure Program cancelling my purchase and requesting a refund, but this time I sent it to the other owner of The Six Figure Program, Ben Moskel.  I again received an automated email response.  A redacted copy of my email to Mr. Moskel and the automated response from The Six Figure Program is attached hereto as **Attachment F**.

14.     I also sent an email to Hostgator and requested a refund for my domain name and webhosting services, because these services were of no use to me without a website, and I had never used them.  A redacted copy of the Hostgator.com receipt of my email to the company is attached hereto as **Attachment G**.  Later that day, I received two more emails from Hostgator: one with instructions to cancel the account (**Attachment H**) and one confirming receipt of my email (**Attachment I**).

3

15.     That same day, June 6, 2012, I filed a complaint with the Better Business Bureau ("BBB") in which I complained that The Six Figure Program guaranteed that they would provide customers with a website that allows them to start a home-owned business in affiliate marketing, but that, to date, I had not received my website.  I further complained that I had repeatedly emailed both of The Six Figure Program owners but that no one had responded to me.  I asked for assistance in getting my money back from both The Six Figure Program and Hostgator.  The next day, Ben Moskel replied to the BBB that I would receive a refund.  A redacted copy of my BBB complaint and Mr. Moskel's response is attached hereto as **Attachment J**.

16.     On June 11, 2012, I received a credit on my debit card for $54.00 for the two payments I made to The Six Figure Program.

17.     To date, I have not received a refund of the $104.55 I paid to Hostgator.

18.     On June 11, 2012 and June 12, 2012, I received emails from a man named Bill Wren at a company named Prosper Inc., offering to mentor me in affiliate marketing. Redacted copies of the two emails are attached hereto as **Attachment K.**

19.     At no time before I made a payment to The Six Figure Program, was I provided with or did I ever see a document with the title "Disclosure of Important Information About Business Opportunity."  A copy of the "Disclosure Of Important Information About Business Opportunity Required by the Federal Trade Commission" is attached hereto as **Attachment L.**

20.     In addition, at no time before I made a payment to The Six Figure Program, did I see any document entitled "Earnings Claim Statement Required By Law."

21.     The Six Figure Program did not turn out to be what it was advertised to be. The program's website advertised that I would get training and my own website for a fee of $27.00 and I would be able to start making a good income right away.  Instead, I was required to spend an additional $104.55 for a domain registration and webhosting, that had not been disclosed to me before I purchased the program.  In fact, after I cancelled the program these additional fees were never refunded to me.  I never got my website and I did not make any money from The Six Figure Program.

4

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of American that the foregoing is true and correct.

Executed on _*Oct. 26*_____, 2012.

*J. K Mays*
**JANET MAYS**

5

# ATTACHMENT A.

-----Original Message-----
From: Ben Moskel [mailto:support@myproductonline.com]
Sent: Thursday, May 31, 2012 4:00 PM
To: ▓▓▓▓▓@austin.rr.com
Subject: Your Order Confirmation Email

Congratulations Jan Mays,

You have successfully purchased The Six Figure Program.

Please click the link below and follow the steps of the training program.
You will also want to bookmark this link for future reference.
http://www.myproductonline.com/?leadid=4826955&email▓▓▓▓▓austin.rr.com

For Six Figure Program support, you can contact Ben Moskel or Dave Clabeaux:

ben@sixfigureprogram.com
dave@sixfigureprogram.com

Regular Mail
The Six Figure Program
106 Cobblestone Court Drive #159
Victor, N.Y. 14564


YOUR ORDER DETAILS:
*********************************
Product Name: The Six Figure Program
Order Number: 3063995
Payment Amount: $27.00

Billing support is provided by MyProductOnline.com.  For questions regarding your payment,
please visit MyProductOnline.com for live chat Monday through Saturday 24 hours per day.
*********************************


Please save this email so you can reference it in the future.

Sincerely,

My Product Online
Visit http://www.MyProductOnline.com for online help and live chat Monday through Saturday 24
hours per day

1

# ATTACHMENT B.

-----Original Message-----
From: Ben Moskel [mailto:support@myproductonline.com]
Sent: Thursday, May 31, 2012 4:04 PM
To: ██████@austin.rr.com
Subject: Your Order Confirmation Email

Congratulations Jan Mays,

You have successfully purchased Six Figure Program Prosperity Finder Software.

Please click the link below to use this powerful sofware (remember to bookmark this page)
http://www.theprosperityfinder.com/app/index

For Prosperity Finder support, you can contact Ben Moskel or Dave Clabeaux:

ben@sixfigureprogram.com
dave@sixfigureprogram.com

Regular Mail
The Six Figure Program
106 Cobblestone Court Drive #159
Victor, N.Y. 14564


YOUR ORDER DETAILS:
**********************************
Product Name: Six Figure Program Prosperity Finder Software Order Number: 3063999 Payment
Amount: $27.00

Billing support is provided by MyProductOnline.com.  For questions regarding your payment,
please visit MyProductOnline.com for live chat Monday through Saturday 24 hours per day.
**********************************

Please save this email so you can reference it in the future.

Sincerely,

My Product Online
Visit http://www.MyProductOnline.com for online help and live chat Monday through Saturday 24
hours per day

1

# ATTACHMENT C.

-----Original Message-----
From: sales@hostgator.com [mailto:sales@hostgator.com]
Sent: Thursday, May 31, 2012 5:05 PM
To: ▮▮▮▮▮@austin.rr.com
Subject: HostGator.com :: Your Account Info

Hello Janet Mays,

Thank you for your order with HostGator.com!

You can log into your billing account at http://gbclient.hostgator.com/login, using the email address we sent this email to, and the password ▮▮▮▮▮QYfRC.
Shared Plan:     Baby
Your Control Panel: https://gator1870.hostgator.com:2083
Username:
Domain:          ▮▮▮▮▮aching.com
Password:
1st Nameserver:   ns3739.hostgator.com
2nd Nameserver:   ns3740.hostgator.com
Server IP:       50.97.97.58

1

# ATTACHMENT D.

-----Original Message-----
From: verify@hostgator.com [mailto:verify@hostgator.com]
Sent: Thursday, May 31, 2012 5:44 PM
To: ████████@austin.rr.com
Subject: HostGator - Verification Requested

Hello,

Thank you for your order with HostGator.com!

In order for us to setup your account, we will need you to call in and verify your billing information.

If you are unable to call us, you can instead respond to this ticket with a scanned copy of a Photo ID such as a passport, or drivers license. In addition to a photo ID, please include a scanned copy of the credit card that was used in your account purchase  (assuming you purchased a hosting account with a credit card). For security purposes you can mask off all the digits of the card number except for the last 4 digits.

Please provide us with the above requested information at your earliest convenience to ensure that your account with HostGator is setup as soon as possible.

Toll-free: 1-866-96-GATOR, extension 1010
International: 001-713-574-5287

We are available 24/7, so please feel free to call us at your convenience.
We apologize for any inconveniences that may result from this process.

If you have any questions, comments, or concerns, please don't hesitate to contact us.

Thank you,
HostGator.com Sales Team
Customer ID: 1339954

1

# ATTACHMENT E.

**From:** My Product Online [mailto:support@myproductonline.com]
**Sent:** Wednesday, June 06, 2012 6:22 AM
**To:** Jan Mays
**Subject:** Acknowledge: Reply Requested (Ticket# LTK4950225538222X)


Jan Mays,

Thank you for contacting us!

We have received your email and are assigning it to a representative. You can expect to receive a response from us within 24 hours. If you need assistance much faster go to your product page and click on contact us and a number will be provided to you so you can call and get help.

====== Your Inquiry ======

Dave,
This is my second attempt to get some information about why my website has not been done.  I purchased the program, went to Host Gator and signed up with the name NoMoreTeaching.com.  Why haven't I heard anything from you?  As I stated in my first email, I am out of work and very much need this job to produce income.  If I don't hear from you within the next business day, I will be making a request for a refund.
Please, don't let me down.
Sincerely,
Jan Mays

1

# ATTACHMENT F.

-----Original Message-----
From: My Product Online [mailto:support@myproductonline.com]
Sent: Wednesday, June 06, 2012 2:42 PM
To: Jan Mays
Subject: Acknowledge: RE: Your Order Confirmation Email (Ticket#
LTK4950225771992X)

   Jan Mays,

Thank you for contacting us!
We have received your email and are assigning it to a representative. You can expect to receive a
response from us within 24 hours. If you need assistance much faster go to your product page and
click on contact us and a number will be provided to you so you can call and get help.


====== Your Inquiry ======
Mr. Moskel:
I would like to cancel my orders with your company and receive an immediate refund for the Six
Figure Program and the Prosperity Finder Software.
Please, refund $54.00 to me as soon as possible.
Thank you for your prompt attention in this matter.
Jan Mays

-----Original Message-----
From: Ben Moskel [mailto:support@myproductonline.com]
Sent: Thursday, May 31, 2012 4:04 PM
To: ▓▓▓▓▓@austin.rr.com
Subject: Your Order Confirmation Email

Congratulations Jan Mays,

You have successfully purchased Six Figure Program Prosperity Finder Software.

Please click the link below to use this powerful sofware (remember to bookmark this page)
http://www.theprosperityfinder.com/app/index

For Prosperity Finder support, you can contact Ben Moskel or Dave Clabeaux:

ben@sixfigureprogram.com
dave@sixfigureprogram.com

1

Regular Mail
The Six Figure Program
106 Cobblestone Court Drive #159
Victor, N.Y. 14564


YOUR ORDER DETAILS:
**********************************
Product Name: Six Figure Program Prosperity Finder Software Order Number: 3063999 Payment Amount: $27.00

Billing support is provided by MyProductOnline.com.  For questions regarding your payment, please visit MyProductOnline.com for live chat Monday through Saturday 24 hours per day.
**********************************

Please save this email so you can reference it in the future.

Sincerely,

My Product Online
Visit http://www.MyProductOnline.com for online help and live chat Monday through Saturday 24 hours per day

2

# ATTACHMENT G.

-----Original Message-----
From: tickets@hostgator.com [mailto:tickets@hostgator.com]
Sent: Wednesday, June 06, 2012 11:00 AM
To: ▓▓▓▓@austin.rr.com
Subject: Hostgator email verification

Hello,

Thank you for contacting HostGator.com. In order for us to further assist you, please click on the link below:

https://tickets.hostgator.com/activate/11974452/ae95a363f353955a45a5d666eb20ef82

Clicking on the link above helps us reduce spam and work faster towards resolving your issue. Please note that you must click on the link above, or your email will not be delivered to our team.

Are you seeking an immediate answer to your question? If so, check out http://support.hostgator.com/. HostGator's self-service site includes hundreds of useful articles, video tutorials, walkthroughs, and more that contain answers to a majority of your questions.

Best regards,
HostGator.com, LLC
===================
Ticket ID: AIA-18526175
To reply to this ticket, please be sure to email 18526175@tickets.hostgator.com from the email address you created the ticket with.

1

# ATTACHMENT H.

**From:** tickets@hostgator.com [mailto:tickets@hostgator.com]
**Sent:** Wednesday, June 06, 2012 1:31 PM
**To:** ▮▮▮▮▮▮austin.rr.com
**Subject:** Update to Ticket ID: AIA-18526175

Click here to rate this response.

Hello,

I apologize for the issues you have experience. To cancel your account, please complete the following form with your account information:

https://secure.hostgator.com/cancel.php

All refund and cancellation request must be submitted using the cancellation form for verification and documentation purposes. After you have submitted the form you will receive an email confirmation stating your account has been canceled. If you don't receive this email within 24 hours, it normally means we did not receive your cancellation request and you may be held responsible for any charges that occur as a result of your account remaining active for that period. If you do not receive a confirmation email, please let us know so that we can look into that for you. If you submitted the cancellation request form using a different email address, please be sure to provide that address so we can attempt to locate your cancellation request.

If you do not know your account information, please let us know and we can send your account information to assist you in submitting the form. If you have any questions or concerns, please don't hesitate to contact us. We are more than happy to assist you.


Best regards,

Daniel S.
Sales Administrator
HostGator.com LLC
http://support.hostgator.com

Your feedback is important to us. Please take a moment to rate this response. Upon doing so, you will be entered to win a $50 credit towards your HostGator account.

http://tickets.hostgator.com/rateticket/40736541/525/1339007464/1cf4627711b7b7f8931aeaa1eac6878c

To reply to this ticket, please be sure to email 18526175@tickets.hostgator.com from the email address you created the ticket with.

1

# ATTACHMENT I.

-----Original Message-----
From: tickets@hostgator.com [mailto:tickets@hostgator.com]
Sent: Wednesday, June 06, 2012 2:34 PM
To: ████████@austin.rr.com
Subject: >>>>>>>> CANCELLATION <<<<<<<<

Hello,

Thank you for contacting HostGator.com. This email confirms that we have received your email and that a ticket has been created for you. Someone from our team will be in touch with you as quickly as possible.

Your ticket ID is MDD-18527853. You can view your ticket(s) online at anytime by going to:

https://tickets.hostgator.com/view/MDD-18527853

Please note that is only necessary to submit one ticket for each issue.
Submitting multiple tickets for the same issue actually increases our response times. If you have any additional information to add to this ticket, feel free to reply to this email at any time and include it.

Did you know that HostGator's self-service site includes hundreds of useful articles, video tutorials, and walkthroughs that contain answers to almost all of your technical support and sales questions? Check out http://support.hostgator.com/ and get your question answered right away.

Best regards,
HostGator.com, LLC
===================
Ticket ID: MDD-18527853
To reply to this ticket, please be sure to email 18527853@tickets.hostgator.com from the email address you created the ticket with.

1

# ATTACHMENT J.



Better Business Bureau
Serving Upstate NY

100 Bryant Woods South
Amherst, NY 14228
(716) 881-5222
FAX
www.upstateny.bbb.org

**Case #:** 9068346

**Consumer Info:**   Mays, Janet

███████ AL ████
334-306-████
███████@austin.rr.com

**Business Info:**   The Six Figure Program

████████████
Land O Lakes, FL 34638
(800) 520-2224

**Date Filed:** 6/6/2012

**Nature of the Complaint:** Advertising Issues

**Consumer's Original Complaint:**

I purchased a service for the building of a website through The Six Figure Program. Additionally, I had to go through a company called Host Gator and buy a domain name. Upon completing this process, The Six Figure Program guarantees that they will provide customers with a website that allows them to start a home-owned business in affiliate marketing. To date I have not received my website. I have emailed the owners (both of them), and have gotten emails stating that they have received my emails and a representative will contact me within 24 hours. This has not happened either.

**Consumer's Desired Resolution:**

I want my money back for the Two programs I purchased from The Six Figure Program, as well as a refund from Host Gator.

**Business/Consumer Response & Rebuttals:**

**06/07/2012**
**Handler**

**Respond to Complaint**
Hi Janet,

This is Ben Moskel.

I received your BBB complaint.

I am sorry for the miscommunication. We did build your website.

Your website is live on the
Internet.

You can look at it here:
http://www.A███████ching.com

We nonetheless issued you a full refund. You are free to keep the website
and the website editor software that we gave you.

Best,
Ben Moskel

# ATTACHMENT K.

**From:** Bill Wren [mailto:BWren@prospering.com]
**Sent:** Monday, June 11, 2012 4:17 PM
**To:** ▮▮▮▮▮@austin.rr.com
**Subject:** Do you want 2012 to be more prosperous than 2011-Six Figure Income Internet Success Team

Dear Jan,

Are you capable of being our next affiliate marketing success story?

Are you sincere about changing your life and making more money online and reaching your financial potential?

Your file has been assigned to me and I will be trying to contact you over the next few weeks in regards to the materials you ordered "Six Figure Income Affiliate marketing" to make some financial changes in your life.  In my specialized division, we go through an extensive interview process with each individual in order to create a highly successful Internet business Success story. With the massive amount of success that we create with each student we document this, and then Dave Clabeaux and Ben Moskel would use this concrete evidence to further promote and continue to prove that their system works!

If you are serious about this and have what it takes, we will team you up with one of our top affiliate marketing experts to take you by the hand and walk you through each and every step of building and running your business online. If you would like to schedule an interview, please give me a call at **1-800-748-5199 extension 4028**. If you feel this would not be a benefit to you, please let me know, and I will delete your file.

You must have made the decision that you are not happy where you are and that you really want to make changes in your life, or I would not have your information. Please let me know one way or another whether you are serious about making financial changes in your life.

To your wealth & success,

*Bill Wren | Success Team Admissions*

**Six Figure Income /Prosper Inc.**

1

*http://www.prospering.com*

5252 Edgewood Dr Ste 150, Provo, UT 84604

*phone: 800.748.5199 (ext. 4028)  |  Fax: 866.406.690*



Read About Prosper in the Press

 

"Inaction breeds doubt and fear. Action breeds confidence and courage. If you want to conquer fear, do not sit home and think about it. Go out and get busy." Dale Carnegie

This message (and any associated files) is intended only for the use of the individual or entity to which it is addressed and may contain information that is confidential, subject to copyright or constitutes a trade secret. If you are not the intended recipient you are hereby notified that any dissemination, copying or distribution of this message, or files associated with this message, is strictly prohibited. If you have received this message in error, please notify us immediately by replying to the message and deleting it from your computer. Messages sent to and from us may be monitored.

Internet communications cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. Therefore, we do not accept responsibility for any errors or omissions that are present in this message, or any attachment, that have arisen as a result of e-mail transmission. If verification is required, please request a hard-copy version. Any views or opinions presented are solely those of the author and do not necessarily represent those of the company.

**From:** Bill Wren [mailto:BWren@prospering.com]
**Sent:** Tuesday, June 12, 2012 2:45 PM
**To:** ███████@austin.rr.com
**Subject:** Free Gift

Hello Jan,

I am sending this email to inform you that this will be the last correspondence from our Six Figure Income Affiliate Marketing one-on-one mentoring program. We want to leave people better than when we found them even if they don't qualify to work within our proven 12 month internet mentoring program, so here's a GIFT ($200 value) of a handful of internet eBooks with no strings attached.

www.prosperlearning.com/bonusinternet

Sincerely,

*Bill Wren* | *Admissions*

*http://www.prospering.com*

5252 N. Edgewood Dr. Suite 170, Provo, UT 84604

Phone: 800.748.5199 (ext. 4028) | Fax: 866.406.6907

PROSPER

1

# ATTACHMENT L.

# DISCLOSURE OF IMPORTANT INFORMATION ABOUT BUSINESS OPPORTUNITY
Required by the Federal Trade Commission, Rule 16 C.F.R. Part 437

Name of Seller: _____   Address: _____
_____

Phone:_____   Salesperson: _____   Date: _____

_____ has completed this form, which provides important information about the business opportunity it is offering you.  The Federal Trade Commission, an agency of the federal government, requires that _____ complete this form and give it to you.  However, the Federal Trade Commission has not seen this completed form or checked that the information is true.  **Make sure that this information is the same as what the salesperson told you about this opportunity.**

---

**LEGAL ACTIONS:** Has _____ or any of its key personnel been the subject of a civil or criminal action, including any FTC Rule, involving misrepresentation, fraud, securities law violation, or unfair or deceptive practices, including any FTC Rule, within the past 10 years?

☐ **YES** → *If the answer is yes,__ _____ must attach a list of all such legal actions to this form.*
☐ **NO**

---

**CANCELLATION OR REFUND POLICY:** Does _____ offer a cancellation or refund policy?

☐ **YES** → *If the answer is yes, _____ must attach a statement describing this policy to this form.*
☐ **NO**

---

**EARNINGS:** Has _____ or its salesperson discussed how much money purchasers of this business opportunity can earn or have earned?  In other words, have they stated or implied that purchasers can earn a specific level of sales, income, or profit?

☐ **YES** → *If the answer is yes, _____ must attach an Earnings Claims Statement to this form. Read this statement carefully.  You may wish to show this information to an advisor or accountant.*
☐ **NO**

---

**REFERENCES:** In the section below, _____ must provide you with contact information for at least 10 people who have purchased a business opportunity from them. If fewer than 10 are listed, this is the total list of all purchasers.  **You may wish to contact the people below to compare their experiences with what _____ told you about the business opportunity.**

Note: If you purchase a business opportunity from _____, your contact information can be disclosed in the future to other potential buyers.

| | Name | State | Telephone Number | | Name | State | Telephone Number |
|---|---|---|---|---|---|---|---|
| 1. | | | | 6. | | | |
| 2. | | | | 7. | | | |
| 3. | | | | 8. | | | |
| 4. | | | | 9. | | | |
| 5. | | | | 10. | | | |

---

Signature: _____   Date: _____

By signing above, you are acknowledging that you have received this form. This is not a purchase contract.  To give you enough time to research this opportunity, the Federal Trade Commission requires that after you receive this form, _____ must wait at least seven calendar days before asking you to sign a purchase contract or make any payments.

**For more information about business opportunities in general:** Visit the FTC's website at www.ftc.gov/bizopps or call 1-877-FTC-HELP (877-382-4357).  You can also contact your state's Attorney General.

# PLAINTIFF'S EXHIBIT 16

## DECLARATION OF PUA PONAFALA
### Pursuant to 28 U.S.C. § 1746

1.      My name is Pua Ponafala. I am over 21 years of age. I currently reside in Burtonsville, Maryland. I have personal knowledge of the matters asserted in the following statements and, if called as a witness before any court, could and would testify to the same.

2.      In March 2012, I was unemployed and needed to find a way to make an income to help pay my bills until I found a job. I began to search on the Internet for home-based employment. I also started to receive a number of emails regarding work-at-home opportunities. Some of these emails were for a home-based Internet program called "The Six Figure Program." I went to the website for this program which was sixfigureprogram.com.

3.      The website, sixfigureprogram.com, claimed that for $27.00, I could purchase The Six Figure Program that would provide me with my own website and training on how to make a significant income on the Internet by using affiliate marketing. I was not exactly sure how affiliate marketing worked, but the website led me to believe that anyone could do this job and that the program would show me how. The website contained stories of people who purchased the program and were now making thousands of dollars every month in commissions. In addition, the website claimed that I could begin making money immediately from the program because my new website would be available to use within 24 to 48 hours after I purchased the program.

4.      While I did not have any additional money to spare, I figured I could afford to pay $27.00 to purchase the program. Further, the website did not mention any additional fees or additional costs after the one-time payment of $27.00. The website also claimed that the program provided a lot of training materials, support, and customer service such as email and telephone assistance, which made me more comfortable.

5.      I decided to purchase the program. On March 5, 2012, I filled out the application form on the website and entered my credit card payment of $27.00. After that, I received an email from Ben Moskel and Dave Clabeaux, the owners of the company, confirming my purchase and providing a link to the website training program.

6.      When I started to watch the online video training, I soon discovered that there were additional fees required for domain name and webhosting services before I could use my website. I clicked on the link provided which connected me to HostGator, a webhosting site.

1

The Hostgator fee for webhosting for 12 months was $149.00. Had I known that there were hidden fees to use The Six Figure Program I would not have purchased the program. I decided to pay the additional $149.00 to HostGator because I wanted to use my website and begin to make the income that The Six Figure Program had promised I could make.

7.      Within days after purchasing the program and webhosting, I was not able to use my website. I had emailed the domain and hosting information to The Six Figure Program and I also tried emailing and calling Ben Moskel or Dave Clabeaux to learn why my website was not ready. There was no live person answering the phones or responding to emails. I only received automated email and voicemail responses stating that: "We received your inquiry and are assigning it to a representative. You can expect to receive a response from us within one business day." A copy of my redacted email to Mr. Moskel and the automated response I received is attached hereto as **Attachment A**.

8.      Thereafter, between March 6 and March 9, 2012, I was still unable to use my website and no one had gotten back to me from The Six Figure Program. Each day, I would send another email to Ben Moskel and/or Dave Clabeaux asking for assistance, only to receive the same automated response that someone would get back to me in a day. A copy of my redacted daily emails to Mr. Moskel and Mr. Clabeaux and the automated response I received is attached hereto as **Attachment B**.

9.      Despite not getting any response to my daily requests for assistance from The Six Figure Program, I did receive daily promotional emails from Ben Moskel and/or Dave Clabeaux touting The Six Figure Program and upselling additional instructional DVDs. Examples of four such emails I received from the company are attached in redacted form as **Attachment C**.

10.     By March 9, 2012, I had heard nothing back from The Six Figure Program. I filed a complaint with the Better Business Bureau ("BBB") to help me get a refund of $27.00 for The Six Figure Program, and $149.00 for the webhosting. On March 12, 2012, Ben Moskel replied to the BBB stating that I would receive a refund from The Six Figure Program, but that I would have to contact HostGator to recoup my webhosting fees. A copy of my BBB complaint and Mr. Moskel's response is attached hereto as **Attachment D**.

11.     When I filed my complaint with the BBB, I read though the many other complaints that had been filed against The Six Figure Program. These complaints were practically identical to my complaint: the program did not work as advertised, consumers could

2

not get the company to respond to their questions and concerns, and consumers learned only after purchasing the program that additional costs and fees were required to use the website. Further, it seemed that no one made any money from the program.

12.     Despite Mr. Moskel's statement to the BBB that I would receive a refund, as of March 15, 2012, no refund had been issued. So, I sent an email to the company and asked for a refund of $176.00 -- $27.00 for the program, and $149.00 for the webhosting. Mr. Moskel replied that he had seen my BBB complaint and that a refund had already been issued to me. A redacted copy of my email to Mr. Moskel and his response is attached hereto as **Attachment E**.

13.     At no time before I made a payment to The Six Figure Program was I provided with or did I ever see a document with the title "Disclosure of Important Information About Business Opportunity" or a document such as "Disclosure of Important Information About Business Opportunity Required by the Federal Trade Commission" which is attached hereto as **Attachment F**.

14.     In addition, at no time before I made a payment to The Six Figure Program did I see any document entitled "Earnings Claim Statement Required By Law."

15.     As I stated in my complaint to the BBB, I believe that The Six Figure Program is a scam. Their website falsely led me to believe that for $27.00 I would receive a website and extensive training on how to run an internet business through which I could make a good, steady income. Instead, I had to spend an additional $149.00 for webhosting costs that was not disclosed to me before I purchased the program. I never got my website and I never made any money from the program despite the time, effort, and money I put in to try and make the program work. While I did finally get my money back from The Six Figure Program (and also HostGator), I had to file a complaint with the BBB in order to get my refund.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of American that the foregoing is true and correct.

Executed on _____10/15_____, 2012.

PUA PONAFALA

3

# ATTACHMENT A.

From: **My Product Online** <support@myproductonline.com>
Date: Sun, Mar 4, 2012 at 10:02 AM
Subject: Acknowledge: Re: Your 5 Secrets to Success (Part 2) (Ticket# LTK4950160311750X)
To: Pua Ponafala ███████████gmail.com>

Dear Pua Ponafala,

Thank you for contacting us!

We have received your inquiry and are assigning it to a representative. You can expect to receive a response from us within one business day.

===== Your Inquiry =====

Yes Mr. Moskel, the Domain name has been sent to you guys and I received the reply from customer service that my Domain information has bee received and assigned to a consultant or a rep.

On Sun, Mar 4, 2012 at 10:08 AM, <support@myproductonline.com> wrote:

Pua,

Are you getting excited about making a positive change in your life and taking control of your future? I hope you are, and I hope my program will help you **achieve the financial independence you deserve.**

Quick reminder:  if you have not picked a name for your web site, please do so so through the Training Center so we can build your website asap ; )

Training Center Link

As I promised in my last email, I'd like to share with you the remaining 3 secrets to my success. Are you ready? Here they are:

1

**3. Emulate Success. Don't reinvent the wheel.** I always try to find ways to make things easier and more efficient. A perfect example of this is the fact that I use web templates to create all of my most successful websites. In addition, I always try to seek out the most successful people in my industry and copy their successful habits.

**4. Do what you know, and do it well.** Take advantage of your talents. Make your work enjoyable. The beauty of the Six Figure Program is that it allows you to do just that.

For example, if you are interested in photography, The Six Figure Program allows you to base your home business on photography.  Not only does the program allow you to work from home, but it allows you to do what you love!

Think these tips over.  Remember, I read them each and every day.  I'll send you my fifth and most important secret to success in the next email.

Best,
Ben Moskel

ben@sixfigureprogram.com

P.S.  If you have not yet gotten your domain name and web hosting, we CANNOT build your website!! Please do so here:

Six Figure Program Training Center

If you no longer wish to receive our emails, click the link below:
Unsubscribe

The Six Figure Program
2604 Elmwood Ave
Number 287
Rochester, New York 14618
United States
(800) 497-5331

2

# ATTACHMENT B.