From: **My Product Online** <support@myproductonline.com>
Date: Tue, Mar 6, 2012 at 9:42 AM
Subject: Acknowledge: Status (Ticket# LTK4950161050611X)
To: Pua Ponafala ▮▮▮▮▮▮▮@gmail.com>

Dear Pua Ponafala,

Thank you for contacting us!

We have received your inquiry and are assigning it to a representative. You can expect to receive a response from us within one business day.

===== Your Inquiry =====

Dear Mr. Moskel & Clabeaux,

As of this time I'm still waiting for someone to let me know what's going on with my suppose website being build. I reply with the information and was told a representative is working on it. What"s going on!!!

--
*Pua Ponafala*

1

From: **Pua Ponafala** ███████@gmail.com>
Date: Wed, Mar 7, 2012 at 9:37 AM
Subject: Re: We're Waiting for You
To: Ben Moskel <ben@sixfigureprogram.com>


Mr. Moskel,
I am trying to be respectful as I can with all these message I'm getting, again as I've been responding to almost
every email that has been sending to me, still have not get any thing tell me wast is my next step to take to get
this program going. As I mention before I register with Host gator right after I become a member I hope paid
the $27.00 and $149.00 to the Host gator and yet all I'm getting is a response saying a representative is working
on my case and was told within a business day I should get a response, yet another message from you.


On Wed, Mar 7, 2012 at 10:14 AM, Ben Moskel <ben@sixfigureprogram.com> wrote:

Pua,

Right now there are over 1,400 Six Figure
Program students getting paid from their
website.

It's true.

Some students are making a few
bucks.

Some are making $15,000 per month - take
home.

**How can you join them?**

Take things one step at a time.

The first step is to get your website.

Your website is like your store. Except, unlike a
costly brick and mortar store with sky high

1

expenses, you have just a small investment for web hosting.

Don't worry, you'll probably get this investment back in no time with Claim Cash.

Remember, the website we build for you comes with immediate access to Claim Cash.

Claim Cash is a done-for-you page on your website.

**It pays you when you - or other people - fill out simple forms.**

We want you to get started.

However, it doesn't look like you got your Hosting website yet. We need you to do this so we can build your website.

We arranged for you to get a special deal with Hosting.

Click Here To Get Hosting

We are anxious to build your website and get you going!

-Ben


If you no longer wish to receive our emails, click the link below:
Unsubscribe

The Six Figure Program
2604 Elmwood Ave
Number 287
Rochester, New York 14618
United States
(800) 497-5331


*Pna Ponafala*

2

From: support@myproductonline.com
To: ████████@hotmail.com
Subject: Acknowledge: RE: Please Make A Decision (Ticket# LTK495016110████)
Date: Thu, 8 Mar 2012 21:52:40 -0500

Dear Pua Ponafala,
Thank you for contacting us!
We have received your inquiry and are assigning it to a representative. You can expect to receive a response from us within one business day.
══════ Your Inquiry ══════

Mr. Moskel,

I don't know what else to tell you because I keep getting your promo email after me keep responding that I already signed up with you guys through another email of mine, so now I'm getting this email from you saying this is my last chance but yet I'm still waiting on a representative to response about my web-site situation.


*Pua Ponafala*

From: ben@sixfigure-program1.org
To: ████████@hotmail.com
Subject: Please Make A Decision
Date: Thu, 8 Mar 2012 18:48:07 +0000

                                                    Tired of hearing from us? Click here to unsubscribe.

Pua:

This is your final notice. You have just
24 hours to either join the Six Figure Program
or let us know that you are not interested.

You can join here:

www.SixFigure-Program1.org

Or, you can let us know that you are no longer
interested by clicking "Cancel" at the bottom of
this email.

Best,
Ben Moskel
Six Figure Program

P.S. Do not ask us for one second's extension. It
will not be granted.

www.SixFigure-Program1.org

From: ben@sixfigure-program1.org
To: ███████ hotmail.com
Subject: Please Make A Decision
Date: Thu, 8 Mar 2012 18:48:07 +0000

Tired of hearing from us? Click here to unsubscribe.

Pua:

This is your final notice. You have just
24 hours to either join the Six Figure Program
or let us know that you are not interested.

You can join here:

www.SixFigure-Program1.org

Or, you can let us know that you are no longer
interested by clicking "Cancel" at the bottom of
this email.

Best,
Ben Moskel
Six Figure Program

P.S. Do not ask us for one second's extension. It
will not be granted.

www.SixFigure-Program1.org

The Six Figure Program | 2604 Elmwood Ave, Number 287 | Rochester, N.Y. 14618 | 800-497-5331

Click here to unsubscribe.

2

From: **My Product Online** <support@myproductonline.com>
Date: Fri, Mar 9, 2012 at 2:22 PM
Subject: Acknowledge: Web page (Ticket# LTK495016112█████)
To: Pua Ponafala ███████████████

Dear Pua Ponafala,

Thank you for contacting us!

We have received your inquiry and are assigning it to a representative. You can expect to receive a response from us within one business day.

====== Your Inquiry ======

Hello, I have not heard anything about the status of my Web Site supposed to been built, what going on?

--
*Pua Ponafala*

# ATTACHMENT C.

From: ben@sixfigure-program1.org
To: ████████@hotmail.com
Subject: Thank You
Date: Sun, 4 Mar 2012 18:48:07 +0000

Tired of hearing from us? <u>Click here to unsubscribe</u>.

Pua,

I'm going to be blunt: you need to **drop what you are doing right now** and listen to the message Dave and I recorded for you.

We talk about how **affiliate marketing has changed our lives forever.**

Here are the secrets we reveal:

1. How **Fortune 500 companies pay you** to post links.
These companies include Turbo Tax, Discover Card, Weight watchers, and more.
2. How to join free databases with **thousands of brand name companies....who pay you to post links.**
3. A foolproof way to get a **free professional website.**

We want to share this message with you as soon as possible.
Just click on this link below or cut and paste it into your web browser:
http://www.SixFigure-Program1.org/audioseminar.php
-Ben Moskel
P.S. We are taking this message down in 24 hours. Make sure you listen now:
http://www.SixFigure-Program1.org/audioseminar.php

P.P.S. If you try going to the link after 24 hours and the message is no longer there, do not bother asking us to send it to you.

The Six Figure Program | 2604 Elmwood Ave, Number 287 | Rochester, N.Y. 14618 | 800-497-5331

<u>Click here to unsubscribe</u>.

From: <support@myproductonline.com>
Date: Mon, Mar 5, 2012 at 7:11 AM
Subject: Fifth and Final Secret to Success
To: ████████@gmail.com

Pua,

As promised, here is my fifth and final Secret to Success:

**5. Do not rest on your laurels--challenge and reinvent. Business is ever-changing. Stay hungry.** True entrepreneurs do not rest on their laurels. They do not sit back and say, "hey, I've accomplished enough. I am happy where I am at."

Many people that have used The Six Figure Program originally had a goal of just making enough money to quit their job. However, as soon as they achieved that goal, they realized that they could achieve more. Much, much more.

Believe me, I was once where you are. Just like you, I was stuck in a dead-end job. My income would never go up more than 3 - 5% a year. I never dreamed that I would drive a BMW, own an enormous, beautiful home, or have the luxury of being able to take my wife on exotic vacations.

Set goals for yourself, accomplish them, and then set more. **If you are willing to put in the effort, The Six Figure Program will help you achieve your personal and financial goals.**

And most importantly, persevere! Keep watching the videos and learning all of our tricks and techniques!!

1

Best of luck,
Ben Moskel


P.S.  If you have not yet gotten your web hosting
information, please do so here:

Six Figure Program Training Center


If you no longer wish to receive our emails, click the link below:
 Unsubscribe

The Six Figure Program
2604 Elmwood Ave
Number 287
Rochester, New York 14618
United States
(800) 497-5331

infusionsoft.


--

From: **Dave Clabeaux-Six Figure Program** <dave@sixfigureprogram.com>
Date: Thu, Mar 8, 2012 at 7:16 AM
Subject: Job Security
To: ██████████@gmail.com

Dear Pua,


Do you feel like you have job security?


If you do, you are lucky. It's a rare thing

these days.


If you are like most people, you are constantly

worried that you are going to lose your job.


This is especially true if you have a job in

sales. You are on the chopping block every

1

month.

Let's face it: most companies have no loyalty
anymore.

And with the economy the way it is right now,
most companies are taking advantage of their
employees by making them work more hours
for less money.

Heck, one of my best friends lost not one, not
two, but THREE good jobs in just two months!

5 years ago, I was the same way. I was constantly
worried that I would lose my job. I can't even
begin to describe the stress I felt.

Let me tell you, **that's no way to live.**

2

So I decided to create my own job security.

**Now that I am a full time affiliate marketer, I have never felt more secure in my ability to make money and provide for myself and my fiance.**

I don't have to worry about impressing my boss, **because I am my own boss.**

Yesterday Ben and I let you know that we are releasing 50 copies of The Ultimate DVD Package.

Almost half of them are already gone.

If you are more of a hands on learner, the DVD's show you exactly how we build our websites.

**In fact, we are including three website templates that we are currently using to generate $100,000+**

3

**per year.**

We are offering these for the next 5 days or when they

are gone, whichever comes first.

Grab yours now:

www.sixfiguredvd.com

Best,

Dave Clabeaux

P.S. Don't forget that we offer a full 90-day, no-questions-asked

money-back guarantee. If for any reason you feel this DVD set

is not for you, simply return it for a full refund. That makes

this a no-brainer ; )

www.sixfiguredvd.com

P.P.S. We are also giving you free shipping

on these 50 sets. Grab yours before they are gone:

www.sixfiguredvd.com

If you no longer wish to receive our emails, click the link below:
 Unsubscribe

The Six Figure Program
2604 Elmwood Ave
Number 287
Rochester, New York 14618
United States
(800) 497-5331

Infusionsoft

From: **Dave Clabeaux-Six Figure Program** <<u>dave@sixfigureprogram.com</u>>
Date: Fri, Mar 9, 2012 at 7:17 AM
Subject: People Would Kill to See This
To: ██████████@gmail.com

Dear Pua,

Would you like to see one of the <u>actual websites</u>

we are currently using to make thousands of dollars

each month?

How about three of them?

Better yet, would you like to get your hands on

one of them?

How about all three of them?

**We will give you three website templates** that we

are currently using to make $100,000+ per year

if <u>you order</u> the <u>Ultimate DVD Package</u> in the next

1

<u>4 days</u>.

We are releasing just 50 sets. When they are gone,

they are gone.

We fully expect to run out before the 4 days are

up.

Grab yours now:

<u>www.sixfiguredvd.com</u>

I'll be blunt: **if your are looking for something**

**to change your life, this is it.**

-Dave

P.S. DO NOT wait on this. When the 50 are gone, that's

it. **We will not make any exceptions.** Click the link below

to grab yours now:

<u>www.sixfiguredvd.com</u>

P.P.S. Remember, money follows those who take action:

2

www.sixfiguredvd.com


If you no longer wish to receive our emails, click the link below:
 Unsubscribe

The Six Figure Program
2604 Elmwood Ave
Number 287
Rochester, New York 14618
United States
(800) 497-5331

infusionsoft.

# ATTACHMENT D.



Better Business Bureau
Serving Upstate NY

100 Bryant Woods South
Amherst, NY 14228
(716) 881-5222
FAX
www.upstateny.bbb.org

**Case #:** 8949648

**Consumer Info:** Ponafala, Pua

Burtonsville, MD

@gmail.com

**Business Info:** The Six Figure Program

Land O Lakes, FL
(800) 520-2224

**Date Filed:** 3/9/2012

**Nature of the Complaint:** Advertising Issues

**Consumer's Original Complaint:**

Regretfully I stumble upon this program and I ordered the program and I wish I had come to this site to investigate this people before I order it, because from what I've read through all the complaint, it is exactly what happened to me. The Six Figure Program, upon seeing that it cost $27 as stated. Once I signed up for the program I saw that there was a fee required (over $149.00) to connect with a web hosting site called Host Gator and paid the fee for 12 month. I already have a web site and would not have purchased this program had I known that there were hidden fees. Also, they do not have any kind of LIVE or (PERSONAL) customer service just automated emails and voicemails. I've been responding to all the emails that were sent to me and I keep asking when will my so call Web site be ready, there response. We received your request and is has been assigned to a Representative and will response within a business day. waited and response to another of Mr. Ben Moskel or Dave ***** and it was the same response all the time. I'm an unemployed person wasting my money to type of scam these type of people do, this is not right for anybody to taking advantage off by these no hearted people like Mr. Moskel & Dave Clabeaus, I've wasted my last resort of income and don't know what to do. Before I signed up, I recieved up to 6 emails in a day about the program, once I signed up and realized, that same day that I did not want the service, I attempted to email them and since then I have not recieved any responses other than their automated 'someone will get back with you". I should've researched it a bit more before signing up, however on the site you can view anything really UNTIL you sign up. Ironically, even AFTER I paid, I couldn't go back to the website, other than the original "pay here " site. I have no login/password to view any of the information. This is a SCAM!!

**Consumer's Desired Resolution:**

I wish that your Organization can do something about these type people who rob hard working people out there and put the end to their SCAM. I recommend to catch them and put them in jail and throw away the key so that they won't hurt anybody else out there working to better themselves.

**Business/Consumer Response & Rebuttals:**

**03/12/2012**
**Handler**

Respond to Complaint
Hi Pua,

Sorry to hear you had a bad experience.

We have issued you a full refund.

We are not Host Gator so you will need to contact Host Gator for a
refund from Host Gator.
I wish you the best of luck in your business pursuits.

-Ben Moskel

_____

# ATTACHMENT E.

---------- Forwarded message ----------
From: **Ben Moskel** <benmoskel@gmail.com>
Date: Thu, Mar 15, 2012 at 3:58 PM
Subject: Re: Waiting for your response
To: Pua Ponafala <█████████@gmail.com>

Hi Pua,

Yes, I saw all your emails as well as the complaint you filed with the Better Business Bureau.

We responded to all of them already.

Your refund has been issued.

Repeat, your refund has been issued.

You will need to contact the hosting company for a we hosting refund. We are not the hosting company.

Best,
Ben


On Mar 15, 2012, at 12:22 PM, Pua Ponafala @gmail.com> wrote:

Hello Mr. Moskel,

I sent you an email about a week ago regarding my account with your so call program, if I do
remember the promise you made on your training video that you guys will response to our need,
well... I'm still waiting. I'm asking for refund and credit my account for the amount of $176.00,
$27.00 signed up fee plus $149.00 for the Host Gator web site that you told on the training video
I need to get for my website, thanks


--
*Pua Ponafala* ███████████████████

*Teaching Golf Professional*
*Contact:* ██████████
*Cell:* ████████████

1

# ATTACHMENT F.

# DISCLOSURE OF IMPORTANT INFORMATION ABOUT BUSINESS OPPORTUNITY
Required by the Federal Trade Commission, Rule 16 C.F.R. Part 437

Name of Seller: _____  Address: _____

Phone:_____  Salesperson: _____  Date: _____

_____ has completed this form, which provides important information about the business opportunity it is offering you. The Federal Trade Commission, an agency of the federal government, requires that _____ complete this form and give it to you. However, the Federal Trade Commission has not seen this completed form or checked that the information is true. **Make sure that this information is the same as what the salesperson told you about this opportunity.**

---

**LEGAL ACTIONS:** Has _____ or any of its key personnel been the subject of a civil or criminal action, including any FTC Rule, involving misrepresentation, fraud, securities law violation, or unfair or deceptive practices, including any FTC Rule, within the past 10 years?

☐ **YES →** *If the answer is yes,__ _____ must attach a list of all such legal actions to this form.*
☐ **NO**

---

**CANCELLATION OR REFUND POLICY:** Does _____ offer a cancellation or refund policy?

☐ **YES →** *If the answer is yes, _____ must attach a statement describing this policy to this form.*
☐ **NO**

---

**EARNINGS:** Has _____ or its salesperson discussed how much money purchasers of this business opportunity can earn or have earned? In other words, have they stated or implied that purchasers can earn a specific level of sales, income, or profit?

☐ **YES →** *If the answer is yes, _____ must attach an Earnings Claims Statement to this form.*
       *Read this statement carefully. You may wish to show this information to an advisor or accountant.*
☐ **NO**

---

**REFERENCES:** In the section below, _____ must provide you with contact information for at least 10 people who have purchased a business opportunity from them. If fewer than 10 are listed, this is the total list of all purchasers. **You may wish to contact the people below to compare their experiences with what _____ told you about the business opportunity.**

Note: If you purchase a business opportunity from _____, your contact information can be disclosed in the future to other potential buyers.

| | Name | State | Telephone Number | | Name | State | Telephone Number |
|---|---|---|---|---|---|---|---|
| 1. | | | | 6. | | | |
| 2. | | | | 7. | | | |
| 3. | | | | 8. | | | |
| 4. | | | | 9. | | | |
| 5. | | | | 10. | | | |

---

Signature: _____  Date: _____

By signing above, you are acknowledging that you have received this form. This is not a purchase contract. To give you enough time to research this opportunity, the Federal Trade Commission requires that after you receive this form, _____ must wait at least seven calendar days before asking you to sign a purchase contract or make any payments.

**For more information about business opportunities in general:** Visit the FTC's website at www.ftc.gov/bizopps or call 1-877-FTC-HELP (877-382-4357). You can also contact your state's Attorney General.

# PLAINTIFF'S EXHIBIT 17

### DECLARATION OF CANDICE SELLMAN
Pursuant to 28 U.S.C. § 1746

1.      My name is Candice (Roney) Sellman.  I am over 21 years of age.  I currently reside in Pennsylvania.  I have personal knowledge of the matters asserted in the following statements and, if called as a witness before any court, could and would testify to the same.

2.      As a stay-at-home mother, I have been looking for a work-at-home business opportunity because I have young children.  I have been trying to find a way to earn extra money for my family to supplement our family income.

3.      In June 2012, my husband came across an advertisement for "The Six Figure Program" while searching the Internet.  I went to the website sixfigureprogram.com, which described the program as an Internet income-producing program.  The website advertised that, for a fee of $27.00, I would get my own website and training on how to run my own Internet marketing business.  According to the website, once I purchased the program, I could start making money right away.  The website led me to believe that I could make a significant monthly income.  While I was not keen on the idea of spending money to make money, I figured that the $27.00 fee would cover the cost of creating my own website.  Further, the website advertised a 90 day money back guarantee if I was not fully satisfied.  I felt I had nothing to lose.

4.      On June 6, 2012, I signed up for The Six Figure Program through their website and paid the $27.00 fee with my debit card.  The website informed me that I would get an email confirmation of my purchase.  I checked my email and found a message from Ben Moskel and Dave Clabeaux, which also included their picture, confirming my purchase and welcoming me to the program.  This email also included a link to begin video training.  A redacted copy of this email is attached hereto as **Attachment A.**

1

5.      When I clicked on the link, I was shocked to learn that I needed to obtain my own domain and webhosting services from BrainHost for an additional cost of $300. After seeing this new cost requirement to use the program, I decided that The Six Figure Program was not what had been represented to me in the website. I was never informed before I purchased the program that I would be required to spend any money beyond the $27.00.

6.      On June 7, 2012, I sent an email to the company requesting a refund. Attached as **Attachment B** is a redacted copy of my email requesting a refund.

7.      After I purchased the program, I began to receive daily or near-daily email messages from Ben Moskel and Dave Clabeaux typically discussed the significant amount of money to be made from the program as well as upselling website-related and program-related services. Attached as **Attachment C** are redacted example copies of two of these emails dated June 8, 2012, and June 21, 2012.

8.      By June 27, 2012, three weeks after I asked for a refund, I had not received my money back. Since I had first requested a refund on June 7, 2012, I had been emailing the company a number of times trying to get my refund, but I kept getting generated responses from the company stating: "I am sorry to hear that you were not happy with the Program. We will process your return and issue you a refund. Please allow 7-10 business days for your bank to process the transaction. A redacted copy of my email exchanges concerning my request for a refund is attached hereto as **Attachment D.**

9.      That day, June 27, 2012, realizing that I was getting nowhere with The Six Figure Program, I filed a complaint with the Better Business Bureau ("BBB") to help me get my refund. Thereafter, Ben Moskel responded to the BBB that my money had been refunded. Redacted

2

copies of my complaint to the BBB, subsequent responses by Mr. Moskel, and my replies to Mr.

Moskel are attached as **Attachment E**.

10.     In addition to my BBB complaint, I continued to deal directly with The Six Figure

Program by email to try and get my refund.  After getting yet another email message from the

company that I would receive a refund in 7-10 business days, I asked for a telephone number to

call to speak with someone personally about my concerns.  I was given the telephone number for

Ben Moskel.  Attached as **Attachment F** is a redacted copy of my email exchanges with the

company.

11.     I immediately called Mr. Moskel and demanded a refund.  Mr. Moskel promised

me that he would send me a check in the mail.  About two weeks later, I received a check for

$27.00 from The Online Entrepreneur, Inc., ▄▄▄▄▄▄▄▄▄▄ Land O'Lakes, FL ▄▄▄▄.

This is the same address listed for The Six Figure Program on the BBB's website.  The check

was signed by Dave Clabeaux.  Attached as **Attachment G** is a redacted copy of the check I

received refunding my payment to The Six Figure Program.

12.     At no time before I made a payment to The Six Figure Program, was I provided

with or did I ever see a document with the title "Disclosure of Important Information About

Business Opportunity," or a document such as the "Disclosure Of Important Information About

Business Opportunity Required by the Federal Trade Commission" which is attached hereto as

**Attachment H**.

13.     In addition, at no time before I made a payment to The Six Figure Program, did I

see any document entitled "Earnings Claim Statement Required By Law."

14.     To this day, I continue to receive near daily email solicitations for business

opportunities from Ben Moskel and Dave Clabeaux.  However, the solicitations I am now

3

receiving are for another business opportunity advertised by Mr. Moskel and Mr. Clabeaux called benanddavesprogram.com with the address 8203 Main Street, Suite 9, Williamsville, NY 14221.  A redacted copy of an email I received on October 9, 2012, advertising benanddavesprogram.com is attached hereto as **Attachment I**.

15.     I feel that I was scammed by The Six Figure Program.  Their website led me to believe that for a fee of $27.00, I would be able to start making a good income and be able to work from home to help support my family.  Instead, I was asked to pay additional money that had not been disclosed to me before I purchased the program.  Although, through persistence, I was able to obtain a refund check for my purchase of The Six Figure Program, I still get email solicitations for Ben Moskel and Dave Clabeaux's latest business opportunities.  I worry that these men are continuing to scam consumers.


Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of American that the foregoing is true and correct.

Executed on _____Oct. 12_____, 2012.

_Candice Sellman_
**CANDICE SELLMAN**

4

# ATTACHMENT A.

**From:** Six Figure Program <ben@sixfigureprogram.com>
**To:** candi sellman█████████@ymail.com>
**Sent:** Wednesday, June 6, 2012 3:31 PM
**Subject:** Your Order

candi,

Welcome to the Six Figure Program! We are extremely excited to have you on board!

1. Look, I know what you're thinking. You just bought another work-from-home product, and you are very hopeful, but in the back of your head, you really don't feel it's going to work.

In fact, you may have even make the $27.00 purchase just to prove that we are a "scam".

Trust me, **this couldn't be further from the truth**. Dave and I are just two ordinary guys, a former teacher and a former lawyer, who found a way to **earn a living online**.

The best advice I can give to you right now is to go to your Training Center and follow Steps 1 and 2 right away.

Remember, success comes to those who **take action**.

To get started, go to the Six Figure Program Training Center at the following site:

www.sixfigureprogram.com/trainingcenter.htm

You're definitely going to want to bookmark this page.

The Training Center provides all the instructions you

1

need to get started, including the most important first
step: **how to get your website live.**
Again, congratulations on making a wise decision!
Ben Moskel
Dave Clabeaux
Six Figure Program


P.S.  Remember, in order for us to build your website,
you must get web hosting.  To do this, follow
these 3 steps:

1.  Click Here to go to the Training Center.

2.  Watch the video in Step 1.

3.  In Step 2, click "Get Web Hosting" and
get your website.

Once you have done that, we will have your
site live within 24 hours!
P.P.S.  You must take care of this step immediately.
We are only building websites for the next 48 hours.



The Six Figure Program
2171 Monroe Avenue
Suite 204
Rochester, NY 14618

If you no longer wish to receive communication from us:
Cancel

To update your contact information:
Update

2

# ATTACHMENT B.

**From:** Jessica H. <jessica@sixfigureprogram.com>
**To:** Candi Roney ██████████@ymail.com>
**Sent:** Thursday, June 7, 2012 10:09 PM
**Subject:** Re: ordered program

I would be happy to assist you with your refund.  Please provide me with your order ID number, you received this by email when you purchased the program.  thanks

On Thu, Jun 7, 2012 at 10:59 AM, Candi Roney ██████████@ymail.com> wrote:



I would like q refund please

------------------------------
On Thu, Jun 7, 2012 6:55 AM EDT Jessica H. wrote:

>Hello,
>
>Here is a direct link to the training center.
>
>http://www.sixfigureprogram.com/trainingcenter.php
>
>Best Regards,
>
>Jessica H.
>Customer Service Representative
>Six Figure Program
>
>
>On Wed, Jun 6, 2012 at 9:54 PM, Candi Roney ██████████@ymail.com> wrote:
>
>>
>>
>> I went to the link and entered my info its saying no matches found
>>
>>
>> ------------------------------
>> On Wed, Jun 6, 2012 8:56 PM EDT Jessica H. wrote:
>>
>> >Hi,

1

>> >
>> >I understand you are looking for your materials.
>> >
>> >Please be advised that your product is available via online access.
>> >
>> >You have 24/7 access to the following all from the Training Center:
>> >
>> >- The Online Entrepreneur Book
>> >
>> >- 40+ training videos - covering traffic, websites, finding good companies
>> >to work with, and more.
>> >
>> >- Access to your professional website
>> >
>> >- Motivational MP3's and other audio tutorials
>> >
>> >- Domain Selection Guide
>> >
>> >And More.
>> >
>> >You can access all your material here:
>> >https://www.sixfigurekit.com/campaigns/sfp/trainingcenter.php
>> >
>> >
>> >Best Regards,
>> >
>> >Jessica H.
>> >Customer Service Representative
>> >Six Figure Program
>> >
>> >
>> >On Wed, Jun 6, 2012 at 3:37 PM, Candi Roney ██████@ymail.com> wrote:
>> >
>> > Hello i just ordered my program and it confirmed it, but when i went to
>> > the next step to see what to do next my computer died. what do i do to
>> go
>> > back to the page with out paying again?
>> >
>> > Thank you,
>> > Candi
>> >
>> >
>> >
>> >
>> >--
>> >Best Regards,
>> >
>> >Jessica H.
>> >Customer Service Representative
>> >Six Figure Program
>>

2

# ATTACHMENT C.

**From:** Six Figure Program <ben@sixfigureprogram.com>
**To:** candi sellman ████████@ymail.com>
**Sent:** Friday, June 8, 2012 6:50 AM
**Subject:** This Guy went from Zero to $10,000 per month

Dear candi,

**I noticed you haven't asked us to build your website yet.**

Perhaps it's because you're not sure whether you will really make money with our program.

Let me share just a few stories from people who are making money right now from their websites:

-Adam makes $2,000 per month from a simple idea

-Chris H. from Baltimore went from zero to $10,000 plus per month

-Justin got a $1,500 check from just one affiliate program....then he doubled it a few weeks later

You can see their stories here

These are just a few of the success stories out there.

The number of people collecting weekly commission checks from their websites is now in the thousands.

We'd for you to make money too, **but you need a website.**

This is simple. Just grab a Brain Host web hosting plan and we will build your site within 24 hours.

Get your website here

www.sixfigureprogram.com/trainingcenter.htm

1

-Ben

**P.S.  Remember, you now have just 24 hours to get your web hosting and have us build your website for free.**

Here is what you need to do:

1.  Click here to go to the Training Center.

2.  Watch the video in Step 1.

3.  In Step 2, Click on the "Get Web Hosting" button and follow the instructions.

As soon as you do that, we will build your site within 24 hours!

The Six Figure Program
2171 Monroe Avenue
Suite 204
Rochester, NY 14618


If you no longer wish to receive communication from us:
Cancel

To update your contact information:
Update

2

**From:** Dave Clabeaux <dave@sixfigureprogram.com>
**To:** candi sellman <████████@ymail.com>
**Sent:** Thursday, June 21, 2012 2:29 PM
**Subject:** Call Is About to Start!

Dear  candi,

The call is about to start!!

Here are the call details:

**Date** : Thursday, June 21, 2012
**Time** : 3 pm Eastern, 2 pm Central, 1 pm Mountain,  12 pm Pacific
**Number** : **1-218-862-1300**
**Access Number** : 581398#

There will be no replays; this is a one-time deal.

See you on the call!!

Dave Clabeaux
Six Figure Program
P.S. We are going to show you the new, simple
technique that several of our students are currently
using to make $3,500 to $6,000 a month.

The Six Figure Program
2171 Monroe Avenue
Suite 204
Rochester, NY 14618

If you no longer wish to receive communication from us:
Cancel

To update your contact information:
Update

1

# ATTACHMENT D.

**From:** Jessica H. <jessica@sixfigureprogram.com>
**To:** Candi Roney ███████@ymail.com>
**Sent:** Tuesday, June 26, 2012 1:42 PM
**Subject:** Re: ordered program

Candi,

Your refund is in process.

Best Regards,

Jessica H.
Customer Service Representative
Six Figure Program


On Tue, Jun 26, 2012 at 12:53 PM, Candi Roney ███████@ymail.com> wrote:


You have said that also on June 11th please do not send me generated messages I want the refund today or today i will contact the bbb,

Thanks


------------------------------
On Tue, Jun 26, 2012 12:41 PM EDT Jessica H. wrote:

>Hi,
>
>
>I am sorry to hear that you were not happy with the Program.
>
>
>We will process your return and issue a refund. Please allow 7-10 business
>days for your bank to process the transaction.
>
>
>Best of Luck.
>
>

1

>--
>Best Regards,
>
>Jessica H.
>Customer Service Representative
>Six Figure Program
>
>
>
>
>
>
>
>
>
>On Tue, Jun 26, 2012 at 8:29 AM, Candi Roney ▉▉▉▉▉@ymail.com> wrote:
>
>>
>>
>> When will you be refunding me?  I would like an answer today, this has
>> been going on 14 days now
>>
>>
>> ------------------------------
>> On Mon, Jun 25, 2012 1:33 PM EDT Jessica H. wrote:
>>
>> >Hi Candi,
>> >
>> >We are looking into it. Have you contacted your bank? Some banks take
>> >longer then other so to process the refund.
>> >
>> >Best Regards,
>> >
>> >Jessica H.
>> >Customer Service Representative
>> >Six Figure Program
>> >
>> >
>> >On Mon, Jun 25, 2012 at 1:18 PM, Candi Roney ▉▉▉▉▉@ymail.com> wrote:
>> >
>> >
>> > Hello,
>> > I still have not recieved my refund into my account if not credited back
>> > by today i will be contacting the bbb.  Thank you
>> >
>> >
>> >
>> > ------------------------------
>> > On Mon, Jun 11, 2012 9:17 PM EDT Jessica H. wrote:
>> >
>> > >I am sorry to hear that you were not happy with the Program.

2

>> > >
>> > >
>> > >We will process your return and issue a refund. Please allow 7-10
>> business
>> > >days for your bank to process the transaction.
>> > >
>> > >
>> > >Best of Luck.
>> > >
>> > >
>> > >--
>> > >Best Regards,
>> > >
>> > >Jessica H.
>> > >Customer Service Representative
>> > >Six Figure Program
>> > >
>> > >
>> > >
>> > >
>> > >
>> > >
>> > >
>> > >
>> > >On Mon, Jun 11, 2012 at 8:44 AM, Candi Roney ▆▆▆▆▆@ymail.com>
>> wrote:
>> > >
>> > >
>> > > When will I be refunded
>> > >
>> > >
>> > >
>> > > ------------------------------
>> > > On Fri, Jun 8, 2012 9:00 PM EDT Jessica H. wrote:
>> > >
>> > >>Please provide me with the last 4 numbers of the credit card you used
>> > to
>> > >>purchase the program I can look you up that way as well :)**
>> > > >
>> > > >On Thu, Jun 7, 2012 at 10:26 PM, Candi Roney ▆▆▆▆▆@ymail.com>
>> > wrote:
>> > > >
>> > > >
>> > > >
>> > > > I have never recieved a order I'd number email just email from you
>> > with
>> > > > a
>> > > > link.  My card is being shown charged
>> > > >
>> > > >

3

>> > > > -----------------------------
>> > > > On Thu, Jun 7, 2012 10:09 PM EDT Jessica H. wrote:
>> > > >
>> > > > >I would be happy to assist you with your refund.  Please provide me
>> > > with
>> > > > >your order ID number, you received this by email when you purchased
>> > the
>> > > > >program.  thanks
>> > > > >
>> > > > >On Thu, Jun 7, 2012 at 10:59 AM, Candi Roney⬛⬛⬛⬛@ymail.com>
>> > > wrote:
>> > > > >
>> > > > >
>> > > > >
>> > > > >
>> > > > > I would like q refund please
>> > > > >
>> > > > > -----------------------------
>> > > > > On Thu, Jun 7, 2012 6:55 AM EDT Jessica H. wrote:
>> > > > >
>> > > > > >Hello,
>> > > > > >
>> > > > > >Here is a direct link to the training center.
>> > > > > >
>> > > > > >http://www.sixfigureprogram.com/trainingcenter.php
>> > > > > >
>> > > > > >Best Regards,
>> > > > > >
>> > > > > >Jessica H.
>> > > > > >Customer Service Representative
>> > > > > >Six Figure Program
>> > > > > >
>> > > > > >
>> > > > > >On Wed, Jun 6, 2012 at 9:54 PM, Candi Roney⬛⬛⬛⬛@ymail.com>
>> > > > wrote:
>> > > > > >
>> > > > > >
>> > > > > >
>> > > > > > I went to the link and entered my info its saying no matches
>> > found
>> > > > > >
>> > > > > >
>> > > > > > -----------------------------
>> > > > > > On Wed, Jun 6, 2012 8:56 PM EDT Jessica H. wrote:
>> > > > > >
>> > > > > > >Hi,
>> > > > > > >
>> > > > > > >I understand you are looking for your materials.
>> > > > > > >
>> > > > > > >Please be advised that your product is available via online
>> > access.

4

>> > > > > >
>> > > > > >You have 24/7 access to the following all from the Training
>> > Center:
>> > > > > >
>> > > > > >- The Online Entrepreneur Book
>> > > > > >
>> > > > > >- 40+ training videos - covering traffic, websites, finding
>> good
>> > > > > companies
>> > > > > >to work with, and more.
>> > > > > >
>> > > > > >- Access to your professional website
>> > > > > >
>> > > > > >- Motivational MP3's and other audio tutorials
>> > > > > >
>> > > > > >- Domain Selection Guide
>> > > > > >
>> > > > > >And More.
>> > > > > >
>> > > > > >You can access all your material here:
>> > > > > >https://www.sixfigurekit.com/campaigns/sfp/trainingcenter.php
>> > > > > >
>> > > > > >
>> > > > > >Best Regards,
>> > > > > >
>> > > > > >Jessica H.
>> > > > > >Customer Service Representative
>> > > > > >Six Figure Program
>> > > > > >
>> > > > > >
>> > > > > >On Wed, Jun 6, 2012 at 3:37 PM, Candi Roney <
>> █████████mail.com>
>> > > > > wrote:
>> > > > > >
>> > > > > > Hello i just ordered my program and it confirmed it, but when
>> i
>> > > went
>> > > > > to
>> > > > > > the next step to see what to do next my computer died. what
>> do i
>> > > > do
>> > > > > to
>> > > > > > go
>> > > > > > back to the page with out paying again?
>> > > > > >
>> > > > > > Thank you,
>> > > > > > Candi
>> > > > > >
>> > > > > >
>> > > > > >
>> > > > > >

5

# ATTACHMENT E.



Better Business Bureau
Serving Upstate NY

100 Bryant Woods South
Amherst, NY 14228
(716) 881-5222
FAX
www.upstateny.bbb.org

**Case #:** 9102931

| **Consumer Info:** | sellman, candice | **Business Info:** | The Six Figure Program |
|---|---|---|---|
| | PA | | Land O Lakes, FL |
| | @ymail.com | | (800) 520-2224 |

**Date Filed:** 6/27/2012

**Nature of the Complaint:** Guarantee Or Warranty Issues

**Consumer's Original Complaint:**
I signed up for the six figure program cost said 27.00 I used my debit card to make the purchase was understood once I signed up that was the only cost to start the buisness, they sent me s link that showed that 300.00 more was needed to set up a website and I was not interested in spending more I thought 27.00 was all that was needed for help and website, I contacted many times a lady named Jessica told her I wanted refunded being that there was a 90 day money back guarantee that was June 11th and i have no received my money back I contacted her again and got a generated message again that said i would be refunded still nothing. This company is a scam and have scammed many people out of their money.

**Consumer's Desired Resolution:**
I believe this company should have to refund the money also for dishonesty about the product and lying about their refund policy, they should have to learn a lesson here what they are doing is wrong so I would like refund plus additional for scams. I have considered contacting my lawyer the next step if they to not resolve this and compensate me

## Complaint Timeline:

| | | |
|---|---|---|
| 06/27/2012 | djohnson@upstatenybb.org | Pending initial BBB review: Process complaint |
| 06/27/2012 | djohnson@upstatenybb.org | Pending initial Business response: Action taken |
| 06/27/2012 | benmoskel@gmail.com | Business Responded to Complaint: Action taken |
| 06/28/2012 | djohnson@upstatenybb.org | Pending consumer Response: Action taken |
| 06/28/2012 | ▓▓▓▓ymail.com | Pending BBB review of rejection: Action taken |
| 06/28/2012 | djohnson@upstatenybb.org | Pending consumer Response: Manual state change |
| 06/28/2012 | ▓▓▓▓ymail.com | Pending BBB review of rejection: Action taken |
| 06/28/2012 | djohnson@upstatenybb.org | Pending Response of Rejection: Action taken |
| 06/28/2012 | benmoskel@gmail.com | Business responded to rejection: Action taken |
| 06/28/2012 | djohnson@upstatenybb.org | Pending consumer Response: Action taken |
| 07/03/2012 | ▓▓▓▓ymail.com | Pending BBB review of rejection: Action taken |
| 07/03/2012 | djohnson@upstatenybb.org | Pending Response of Rejection: Action taken |
| 07/03/2012 | benmoskel@gmail.com | Business responded to rejection: Action taken |
| 07/03/2012 | djohnson@upstatenybb.org | Pending consumer Response: Action taken |
| 07/03/2012 | ▓▓▓▓ymail.com | Resolved: Action taken |

## Complaint Messages/Notes:

**06/27/2012**
**Better Business Bureau, Inc.**

The Better Business Bureau has received a customer concern about your business

Better Business Bureau, Inc.
100 Bryant Woods South
Amherst, NY 14228
Phone: (716) 881-5222 | Fax: (716) 883-5349

06/27/2012

Ben Moskel
The Six Figure Program



Land O Lakes  FL  █████

Dear Ben Moskel:

The Better Business Bureau received a complaint about your business.  The complaint was submitted on 6/27/2012 9:39:27 AM and was assigned an ID of 9102931.

Although the BBB makes no judgment on the validity of this complaint, we recognize that there are two sides to every dispute.  We are simply requesting your cooperation in making a good faith effort to resolve the dispute, regardless of the settlement explanation given by the consumer.  Our objective is to assist both parties in reaching a resolution outside of the legal system.

Please review this information and respond within the next 14 days. If you received this complaint via email simply click on the "Respond to this Complaint", link located on the left, when you are ready to answer. If this complaint was received via postal mail, please state your position in a letter and fax or mail back to the BBB. If you should have any questions or concerns, please do not hesitate to contact me.

Please note the BBB now publishes the details of complaints received by our office. The customer's complaint and your response may be publicly posted on the BBB website (There are a few instances when a complaint does not meet publishing guidelines and BBB reserves the right to not post in accordance with BBB policy). Please do not include any information that personally identifies your customer. By submitting your response, you are representing that it is a truthful account of your experience with this customer. The BBB may edit the complaint or your response to protect privacy rights and to remove inappropriate language.

Regards,

Deborah Johnson
The Better Business Bureau

CUSTOMER EXPERIENCE INFORMATION

Customer Information:
Candice Marie Sellman



███  PA  ████

Daytime Phone: (412)███████
E-mail: ████████ymail.com

The details of this matter are as follows:

Complaint Involves:
Guarantee Or Warranty Issues

Customer's Statement of the Problem:
I signed up for the six figure program cost said 27.00 I used my debit card to make the purchase was understood once I signed up that was the only cost to start the buisness, they sent me s link that showed that 300.00 more was needed to set up a website and I was not interested in spending more I thought 27.00 was all that was needed for help and website, I contacted many times a lady named Jessica told her I wanted refunded being that there was a 90 day money back guarantee that was June 11th and i have no received my money back I contacted her again and got a generated message again that said i would be refunded still nothing. This company is a scam and have scammed many people out of their money.

Complaint Background:
Product/Service: the six figure program
Purchase Date: 6/6/2012
Problem Occurred: 6/11/2012
Talked to Company: 6/11/2012

Name of Salesperson:
online

Purchase Price: $27.00
Disputed Amount: $27.00

Desired Settlement:
I believe this company should have to refund the money also for dishonesty about the product and lying about their refund policy, they should have to learn a lesson here what they are doing is wrong so I would like refund plus additional for scams. I have considered contacting my lawyer the next step if they to not resolve this and compensate me

---

**06/27/2012**
**Better Business Bureau, Inc.**

Complaint has been sent to the business

Better Business Bureau, Inc.
100 Bryant Woods South
Amherst, NY 14228
Phone: (716) 881-5222 | Fax: (716) 883-5349

06/27/2012
Candice Sellman



PA

Dear Candice Sellman :

This message is in regard to your complaint submitted on 6/27/2012 9:39:27 AM against The Six Figure Program.  Your complaint was assigned ID 9102931.

Your complaint has been sent to the business for their response.  The entire complaint process can take four to six weeks from the time we receive your complaint. Once they have responded to the BBB, we will contact you again.  During the complaint process the company may try to contact you personally to clarify information or try to resolve the complaint. We encourage you to be open to their correspondence or attempt to resolve the claim. We ask that you advise us in writing by email, fax or mail if your claim is settled directly with the company.

The BBB publishes the details of complaints received by our office. The text of your complaint may be publicly posted on BBBs Web site (There are a few instances when a complaint does not meet publishing guidelines and BBB reserves the right to not post in accordance with BBB policy). Please do not include any personally identifiable information when you tell us about your problem or in your desired outcome. By submitting your complaint, you are representing that it is a truthful account of your experience with the business. BBB may edit your complaint to protect privacy rights and to remove inappropriate language.

Regards,

Deborah Johnson
The Better Business Bureau

---

**06/27/2012**
**Handler**

**Respond to Complaint**
HI Candice,

This is Ben Moskel.

You have been refunded.

There is no web hosting package for $300.

You must be confused with another company.

Best of luck,
Ben

---

**06/28/2012**
**Better Business Bureau, Inc.**

Message received from the business about your complaint

Better Business Bureau, Inc.
100 Bryant Woods South
Amherst, NY 14228
Phone: (716) 881-5222 | Fax: (716) 883-5349

06/28/2012

Candice Sellman

PA

Dear Candice Sellman :

This message is in regard to your complaint submitted on 6/27/2012 9:39:27 AM against The Six Figure
Program.  Your complaint was assigned ID 9102931.

The business has sent the BBB a message regarding this complaint, and we are passing it on to you.  The
contents of this message are below or attached.  Please contact us within the next 5 business days with your
response to the company's message. If you are going to accept the offer, you MUST follow up with the company
to let them know and work out the details.

The BBB publishes the details of complaints received by our office. The text of your complaint may be publicly
posted on BBBs Web site (There are a few instances when a complaint does not meet publishing guidelines and
BBB reserves the right to not post in accordance with BBB policy). Please do not include any personally
identifiable information when you tell us about your problem or in your desired outcome. By submitting your
complaint, you are representing that it is a truthful account of your experience with the business. BBB may edit
your complaint to protect privacy rights and to remove inappropriate language.

Regards,

Deborah Johnson
The Better Business Bureau

MESSAGE FROM BUSINESS:

HI Candice,

This is Ben Moskel.

You have been refunded.

There is no web hosting package for $300.

You must be confused with another company.

Best of luck,
Ben

---

06/28/2012
Mrs. candice marie sellman

I do not accept the response made by the business to resolve this complaint

Better Business Bureau:

I have reviewed the response made by the business in reference to complaint ID 9102931, and have determined that this does not resolve my complaint.  For your reference, details of the offer I reviewed appear below.

[To assist us in bringing this matter to a close, we would like to know your view on the matter.]

Regards,

Candice Sellman

---

06/28/2012
Deborah Johnson

Complaint you submitted to the BBB

Better Business Bureau, Inc.
100 Bryant Woods South
Amherst, NY 14228
Phone: (716) 881-5222 | Fax: (716) 883-5349

06/28/2012

Candice Sellman



Dear Candice Sellman :

This message is in regard to your complaint submitted on 6/27/2012 9:39:27 AM against The Six Figure Program. Your complaint was assigned ID 9102931.

We understand you are not satisfied with the company response, but
we would need more specific information to validate your rebuttal before we can
reach out to the company again. At this time if you would like to provide any
additional details, along with any photos, documentation or contracts
that might explain exactly why you do not agree with their reply we can take
further steps in regard to this complaint.

The BBB publishes the details of complaints received by our office. The text of your complaint may be publicly posted on BBBs Web site (There are a few instances when a complaint does not meet publishing guidelines and BBB reserves the right to not post in accordance with BBB policy). Please do not include any personally identifiable information when you tell us about your problem or in your desired outcome. By submitting your complaint, you are representing that it is a truthful account of your experience with the business. BBB may edit your complaint to protect privacy rights and to remove inappropriate language.

Regards,

Deborah Johnson
The Better Business Bureau

---

**06/28/2012**
**Mrs. candice marie sellman**

I do not accept the response made by the business to resolve this complaint

Better Business Bureau:

I have reviewed the response made by the business in reference to complaint ID 9102931, and have determined that this does not resolve my complaint. For your reference, details of the offer I reviewed appear below.

[I have been told it was refunded many times and I've even called was told that they do not have my credit card in their system but i was charged I also have asked for a phone number to call Jessica h directly or Ben but I don't get a response. I find that they give false advertisement and other steps should be taken to have this company shut down there are a lot of consumers that I've come across that are in similar situations with this company and have not been refunded. It needs brought to the attention what they are doing is scaming people out of a lot of money then they try to ask people to pay thousands of dollars to go to new York to meet with them to learn to make money, I want my money back into my account today and they need to pay additional for for false advertisement and so on..]

Regards,

Candice Sellman

---

**06/28/2012**
**Better Business Bureau, Inc.**

BBB Customer Comment: The consumer does not find your offer satisfactory

Better Business Bureau, Inc.
100 Bryant Woods South
Amherst, NY 14228
Phone: (716) 881-5222 | Fax: (716) 883-5349

06/28/2012

Ben Moskel
The Six Figure Program

████████████

Land O Lakes  FL  ████

Dear Ben Moskel:

This message is in regard to a complaint submitted to the BBB about your business on 6/27/2012 9:39:27 AM by Candice Sellman . This complaint was assigned ID 9102931.

Your customer has additional concerns regarding this case.  For your convenience, a copy of this information is listed below.  Please respond within 10 days of receiving this notice.

In the BBB's experience, responses that help to foster trust in a business:

*     Acknowledge customer concerns

*     State the facts as you see them and avoid emotion

*     Explain the actions you can and can't take to resolve concerns

Should you provide additional information in the future, please note the BBB now publishes the details of complaints received by our office. The customer's complaint and your response may be publicly posted on the BBB website (There are a few instances when a complaint does not meet publishing guidelines and BBB reserves the right to not post in accordance with BBB policy). Please do not include any information that personally identifies your customer. By submitting your response, you are representing that it is a truthful account of your experience with this customer. The BBB may edit the complaint or your response to protect privacy rights and to

remove inappropriate language.

If you should have any questions or concerns, please do not hesitate to contact me.

Regards,

Deborah Johnson
The Better Business Bureau

MESSAGE:

Better Business Bureau:

I have reviewed the response made by the business in reference to complaint ID 9102931, and have determined that this does not resolve my complaint.  For your reference, details of the offer I reviewed appear below.

[I have been told it was refunded many times and I've even called was told that they do not have my credit card in their system but i was charged I also have asked for a phone number to call Jessica h directly or Ben but I don't get a response. I find that they give false advertisement and other steps should be taken to have this company shut down there are a lot of consumers that I've come across that are in similar situations with this company and have not been refunded. It needs brought to the attention what they are doing is scaming people out of a lot of money then they try to ask people to pay thousands of dollars to go to new York to meet with them to learn to make money, I want my money back into my account today and they need to pay additional for for false advertisement and so on..]

Regards,

Candice Sellman

_____

**06/28/2012**
**Handler**

Respond to Complaint
Hi Candice,

Your refund was issued when you requested it.

You requested it less than 24 hours ago - please
allow a day or two for your bank or credit card company
to credit your account.

This is standard with a refund from any business.

-Ben

---

**06/28/2012**
**Better Business Bureau, Inc.**

Message received from the business about your complaint

Better Business Bureau, Inc.
100 Bryant Woods South
Amherst, NY 14228
Phone: (716) 881-5222 | Fax: (716) 883-5349

06/28/2012

Candice Sellman
██████████████████
██████PA ██████

Dear Candice Sellman :

This message is in regard to your complaint submitted on 6/27/2012 9:39:27 AM against The Six Figure
Program. Your complaint was assigned ID 9102931.

The business has sent the BBB a message regarding this complaint, and we are passing it on to you. The
contents of this message are below or attached. Please contact us within the next 5 business days with your
response to the company's message. If you are going to accept the offer, you MUST follow up with the company
to let them know and work out the details.

The BBB publishes the details of complaints received by our office. The text of your complaint may be publicly
posted on BBBs Web site (There are a few instances when a complaint does not meet publishing guidelines and
BBB reserves the right to not post in accordance with BBB policy). Please do not include any personally
identifiable information when you tell us about your problem or in your desired outcome. By submitting your
complaint, you are representing that it is a truthful account of your experience with the business. BBB may edit
your complaint to protect privacy rights and to remove inappropriate language.

Regards,

Deborah Johnson
The Better Business Bureau

MESSAGE FROM BUSINESS:

Hi Candice,

Your refund was issued when you requested it.

You requested it less than 24 hours ago - please
allow a day or two for your bank or credit card company
to credit your account.

This is standard with a refund from any business.

-Ben

---

**07/03/2012**
**Mrs. candice marie sellman**

I do not accept the response made by the business to resolve this complaint

Better Business Bureau:

I have reviewed the response made by the business in reference to complaint ID 9102931, and have determined
that this does not resolve my complaint.  For your reference, details of the offer I reviewed appear below.

[It has still not been refunded to my account this company is a,joke again they lie and are a scam I don't know
what more to do I guess if they do not respond I can contact my bank and possibly my lawyer. There are so
many people that got scammed out of their money buy these guys. And now I'm receiving phone calls to spend
more money..]

Regards,

Candice Sellman

---

**07/03/2012**
**Better Business Bureau, Inc.**

BBB Customer Comment: The consumer does not find your offer satisfactory

Better Business Bureau, Inc.
100 Bryant Woods South
Amherst, NY 14228
Phone: (716) 881-5222 | Fax: (716) 883-5349

07/03/2012

Ben Moskel
The Six Figure Program



Land O Lakes  FL

Dear Ben Moskel:

This message is in regard to a complaint submitted to the BBB about your business on 6/27/2012 9:39:27 AM by
Candice Sellman .  This complaint was assigned ID 9102931.

Your customer has additional concerns regarding this case.  For your convenience, a copy of this information is
listed below.  Please respond within 10 days of receiving this notice.

In the BBB's experience, responses that help to foster trust in a business:

*    Acknowledge customer concerns

*    State the facts as you see them and avoid emotion

*    Explain the actions you can and can't take to resolve concerns

Should you provide additional information in the future, please note the BBB now publishes the details of
complaints received by our office. The customer's complaint and your response may be publicly posted on the
BBB website (There are a few instances when a complaint does not meet publishing guidelines and BBB reserves
the right to not post in accordance with BBB policy). Please do not include any information that personally
identifies your customer. By submitting your response, you are representing that it is a truthful account of your
experience with this customer. The BBB may edit the complaint or your response to protect privacy rights and to
remove inappropriate language.

If you should have any questions or concerns, please do not hesitate to contact me.

Regards,

Deborah Johnson
The Better Business Bureau

MESSAGE:

Better Business Bureau:

I have reviewed the response made by the business in reference to complaint ID 9102931, and have determined
that this does not resolve my complaint.  For your reference, details of the offer I reviewed appear below.

[It has still not been refunded to my account this company is a,joke again they lie and are a scam I don't know

what more to do I guess if they do not respond I can contact my bank and possibly my lawyer. There are so many people that got scammed out of their money buy these guys. And now I'm receiving phone calls to spend more money..]

Regards,

Candice Sellman

---

**07/03/2012**
**Handler**

Respond to Complaint
Hi Candice,

We did issue your refund.

However, in the interests of resolving this
I have sent - via FEDEX overnight - a check for $27.00.

So you will get double your money back.

This is your FEDEX  tracking number.
8007 1008 ████

-Ben Moskel

---

**07/03/2012**
**Better Business Bureau, Inc.**

Message received from the business about your complaint

Better Business Bureau, Inc.
100 Bryant Woods South
Amherst, NY 14228
Phone: (716) 881-5222 | Fax: (716) 883-5349

07/03/2012

Candice Sellman



Dear Candice Sellman :

This message is in regard to your complaint submitted on 6/27/2012 9:39:27 AM against The Six Figure Program. Your complaint was assigned ID 9102931.

The business has sent the BBB a message regarding this complaint, and we are passing it on to you. The contents of this message are below or attached. Please contact us within the next 5 business days with your response to the company's message. If you are going to accept the offer, you MUST follow up with the company to let them know and work out the details.

The BBB publishes the details of complaints received by our office. The text of your complaint may be publicly posted on BBBs Web site (There are a few instances when a complaint does not meet publishing guidelines and BBB reserves the right to not post in accordance with BBB policy). Please do not include any personally identifiable information when you tell us about your problem or in your desired outcome. By submitting your complaint, you are representing that it is a truthful account of your experience with the business. BBB may edit your complaint to protect privacy rights and to remove inappropriate language.

Regards,

Deborah Johnson
The Better Business Bureau

MESSAGE FROM BUSINESS:

Hi Candice,

We did issue your refund.

However, in the interests of resolving this
I have sent - via FEDEX overnight - a check for $27.00.

So you will get double your money back.

This is your FEDEX  tracking number.
8007 1008█████

-Ben Moskel

---

**07/03/2012**
**Mrs. candice marie sellman**

I accept the business's response to resolve this complaint

[A default letter is provided here which indicates your acceptance of the business's response.  If you wish, you may update it before sending it.]

Better Business Bureau:

I have reviewed the response made by the business in reference to complaint ID 9102931, and find that this resolution is satisfactory to me.

Regards,

Candice Sellman

# ATTACHMENT F.

**From:** Jessica H. <jessica@sixfigureprogram.com>
**To:** ███████@ymail.com
**Sent:** Friday, June 29, 2012 9:31 AM
**Subject:** Fwd: Six Figure Program

Hi Candi,

You can call Ben at:

716-984-2490

Best Regards,

Jessica H.
Customer Service Representative
Six Figure Program

---------- Forwarded message ----------
From: <benmoskel@gmail.com>
Date: Thu, Jun 28, 2012 at 5:38 PM
Subject: Re: Six Figure Program
To: "Jessica H." <jessica@sixfigureprogram.com>

Ok, ill handle it. please tell her she may contact me at 716-984-2490.

-Ben

On Jun 28, 2012, at 4:53 PM, "Jessica H." <jessica@sixfigureprogram.com> wrote:

> Hi Ben,
>
> We didn't have this person in our system and I have emailed myproductline a few times about this refund and have not heard anything back. By the looks of her emails she did not hear anything either.

1

Kay

---------- Forwarded message ----------
From: **Candi Roney** <​███████@ymail.com>
Date: Thu, Jun 28, 2012 at 11:02 AM
Subject: Re: Six Figure Program
To: jessica@sixfigureprogram.com


This is out ragious I've recieved the same message from you for almost 3 weeks now I'm very mad the bbb has been contacted and next I'm considering my lawyer enough is enough what this company is doing to people is wrong I want a phone number to contact you ASAP


-------------------------------
On Thu, Jun 28, 2012 8:42 AM EDT Jessica H. wrote:

>Hi,
>
>
>I am sorry to hear that you were not happy with the Program.
>
>
>We will process your return and issue a refund. Please allow 7-10 business
>days for your bank to process the transaction.
>
>
>Best of Luck.
>
>
>--
>Best Regards,
>
>Jessica H.
>Customer Service Representative
>Six Figure Program
>
>
>
>
>
>
>
>
>--
>Best Regards,
>

2

# ATTACHMENT G.

**THE ONLINE ENTREPRENEUR, INC**   07/08                                    4147

LAND O LAKES, FL                                          63-4/630 FL
                                                                      9832

                                        7/3/12
                                                    Date

Pay to the   CANDICE SELLMAN                      $ 27.00
Order of

TWENTY-SEVEN DOLLARS                              Dollars

**Bank of America**

ACH R/T 063100277

For   REFUND, SIX FIGURE PROGRAM          Sue Clabeaux          MP

‖:              ‖:              1038‖ 4147

Harland Clarke

# ATTACHMENT H.

# DISCLOSURE OF IMPORTANT INFORMATION ABOUT BUSINESS OPPORTUNITY
### Required by the Federal Trade Commission, Rule 16 C.F.R. Part 437

Name of Seller: _____   Address: _____

_____

Phone:_____   Salesperson: _____   Date: _____

_____ has completed this form, which provides important information about the business opportunity it is offering you. The Federal Trade Commission, an agency of the federal government, requires that _____ complete this form and give it to you. However, the Federal Trade Commission has <u>not</u> seen this completed form or checked that the information is true. **Make sure that this information is the same as what the salesperson told you about this opportunity.**

---

**LEGAL ACTIONS:** Has _____ or any of its key personnel been the subject of a civil or criminal action, including any FTC Rule, involving misrepresentation, fraud, securities law violation, or unfair or deceptive practices, including any FTC Rule, within the past 10 years?

☐ YES → *If the answer is yes,__ _____ must attach a list of all such legal actions to this form.*
☐ NO

---

**CANCELLATION OR REFUND POLICY:** Does _____ offer a cancellation or refund policy?

☐ YES → *If the answer is yes, _____ must attach a statement describing this policy to this form.*
☐ NO

---

**EARNINGS:** Has _____ or its salesperson discussed how much money purchasers of this business opportunity can earn or have earned? In other words, have they stated or implied that purchasers can earn a specific level of sales, income, or profit?

☐ YES → *If the answer is yes, _____ must attach an Earnings Claims Statement to this form.*
      *Read this statement carefully. You may wish to show this information to an advisor or accountant.*
☐ NO

---

**REFERENCES:** In the section below, _____ must provide you with contact information for at least 10 people who have purchased a business opportunity from them. If fewer than 10 are listed, this is the total list of all purchasers. **You may wish to contact the people below to compare their experiences with what** _____ **told you about the business opportunity.**

Note: If you purchase a business opportunity from _____, your contact information can be disclosed in the future to other potential buyers.

|    | Name | State | Telephone Number |    | Name | State | Telephone Number |
|----|------|-------|------------------|----|------|-------|------------------|
| 1. | _____ | | | 6. | _____ | | |
| 2. | _____ | | | 7. | _____ | | |
| 3. | _____ | | | 8. | _____ | | |
| 4. | _____ | | | 9. | _____ | | |
| 5. | _____ | | | 10. | _____ | | |

Signature: _____   Date: _____

By signing above, you are acknowledging that you have received this form. This is <u>not</u> a purchase contract. To give you enough time to research this opportunity, the Federal Trade Commission requires that after you receive this form, _____ must wait <u>at least seven calendar days</u> before asking you to sign a purchase contract or make any payments.

**For more information about business opportunities in general:** Visit the FTC's website at <u>www.ftc.gov/bizopps</u> or call 1-877-FTC-HELP (877-382-4357). You can also contact your state's Attorney General.

# ATTACHMENT I.

From: dave@benanddavesprogram.com
To: ████████@ymail.com
Sent: Tue, Oct 9, 2012 6:52 PM EDT
Subject: 1 Coaching Spot Left

Dear candi,

There is just 1 coaching spot left.  I just got

off the phone with Scott, who grabbed the 3rd

spot.

We are excited to work with Scott because he

has good motivation: he wants to use the extra

income from his Mobile Marketing Business to

help his family.

We love working with people who are not just

looking to make money to waste on cars and

watches.  We have found that when someone's

motivation for making money is to help others,

they become FAR more successful than someone

just looking to acquire fancy material possessions.

1

If you would like to claim the last spot right now,

click here:

www.benanddavesprogram.com/mobile

Best,

Dave

P.S.  We discovered that people were having trouble

purchasing the spots.  If you are having trouble with

the shopping cart, shoot me an email immediately to

let me know you would like to reserve the last remaining

seat:  dave@benanddavesprogram.com

P.P.S.  This last spot will be gone tonight.  This is the last

email you will send you about it:

www.benanddavesprogram.com/mobile

8203 Main Street Suite 9
Williamsville, NY 14221

If you no longer wish to receive communication from us:
http://autocontactor.com/o?r=ac8020fb2aa74265a9fe552b6f207227

To update your contact information:
http://autocontactor.com/o?c=1&r=ac8020fb2aa74265a9fe552b6f207227

2

# PLAINTIFF'S EXHIBIT 18

## DECLARATION OF BELINDA SHEPPARD
Pursuant to 28 U.S.C. § 1746

1. My name is Belinda Sheppard. I am over 21 years of age. I currently reside in Ohio. I have personal knowledge of the matters asserted in the following statements and, if called as a witness before any court, could and would testify to the same.

2. My husband and I were looking for a way to supplement our income. He is a chaplain and I am a nurse. In or around the May of 2010 we began to search on the Internet for a business opportunity and received an email regarding a home-based Internet program called The Six Figure Program. I went to the website for this program, which I believe was sixfigureprogram.com.

3. The website for The Six Figure Program claimed that for a fee I would receive my own website and training on how to make a lot of money on the Internet by using affiliate marketing. The videos on the website explained how easy it was to make money using The Six Figure Program. In particular, there were videos featuring two individuals, Ben Moskel and Dave Clabeaux, who talked about their involvement in the program and how they provide training and support and would teach me to build my own website.

4. According to the website, I could begin making money immediately from the program because my new website would be available soon after I purchased the program. I was especially influenced by the website's description of how Ben Moskel and Dave Clabeaux had first started out their business with help from family, and after the business took off, they were able to buy nice cars and houses for themselves and take nice vacations.

5. My budget to invest in a business was very limited, but I was willing to pay for the program to get a website-based business that I believed would generate an extra $1000 monthly income. The website did not mention any additional fees or costs after the one-time payment for the program.

6. On or about July 10, 2010, I decided to purchase the program, based on the claims made on The Six Figure Programs website that I would be able to start making money right away as an affiliate marketer. I completed the application form on The Six Figure Program website. I cannot recall exactly what I paid for the program, but I believe it was no more than $60.00. I

1

ORIGINAL

then received an email from Ben Moskel confirming my purchase and telling me my website was almost up and running.  The email also provided a link to the video training programs.

7.      When I watched the video training provided by The Six Figure Program I learned that I was required to sign up with Hostgator.com and pay an additional fee for webhosting services in order to run my website.  I paid Hostgator approximately $82.00 for the webhosting services. These additional fees I paid to Hostgator had not been disclosed to me before I purchased The Six Figure Program.

8.      Once we got our website up and running I was very disappointed and frustrated that we were not successful in making any commission income.  I contacted Ben Moskel at ben@sixfigureprogram.com and the program's customer service about our failure to make any income from our website.  Some of the numbers I called for the program and customer service were 877-634-7311 and 800-497-5331.

9.      The only response we received from The Six Figure Program was that we needed to purchase advertising for our website.   Even after we purchased advertising we still did not make any money.   When I contacted the program about my concerns, I was instructed to invest hundreds of additional dollars for advertising, but I could not afford to pour even more money into the business.

10.      Had I known about the additional webhosting and advertising costs just to get the business started, I never would have purchased The Six Figure Program.

11.      I believed that The Six Figure Program was a complete ripoff.  In or around late-2010 I filed a complaint with the Better Business Bureau ("BBB") expressing my dissatisfaction with program.  A copy of my complaint filed with the BBB is attached hereto as **Attachment A.** I have not received a refund from the company.

12.      My investment in The Six Figure Program was a money-losing disappointment for me.  I purchased the program believing the website's claims that, for a fee, I would receive my own website and an Internet affiliate marketing business that would allow me to earn a significant income.  I ended up paying additional costs of several hundred dollars for website-related fees that had not been disclosed to me at the time I purchased the program.  I would not have purchased the program had I known that I would be required to spend all this money.  After

2

months of extensive time and effort expended to try to make the program work, I have not made even a penny from the program .

   **Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

Executed on _Oct 16, ~~20~~_ , 2012.                  *Belinda Sheppard*
                                                                                    **BELINDA SHEPPARD**

3

# ATTACHMENT A.



Better Business Bureau
Serving Upstate NY

100 Bryant Woods South
Amherst, NY 14228
(716) 881-5222
FAX
www.upstateny.bbb.org

**Case #:** RED 311
ACTE

| **Consumer Info:** | Sheppard, Belinda | **Business Info:** | Six Figure Program |
|---|---|---|---|
| | REDACTED | | ███████████ |
| | | | Land O Lakes, FL ████ |
| | | | 8004975331 |
| | yahoo.com | | www.sixfigureprogram.com |

**Date Filed:** 5/7/2012

**Nature of the Complaint:** Customer Service Issues

**Consumer's Original Complaint:**

Dear Sirs/ma'am, I have been with the Six Figure Affiliate program since July. I have found out over the last 2-3 months that my web site I purchased may be owned by me, since I paid for Host Gator in advance for 1 year! BUT you (Six Figure Program) have control over my site that denies me access to placing pictures, or certain revisions to possibly make my site attract more customers!! I joined my site with Yahoo.com, and am now an associate marketer for Amazon.com., who is ALSO linked with my web site "Wolf's-Last Ride- Motorcycle Shopping". During these last few months I have had over 500 clicks just through my site advertised through Yahoo alone, and I did not join up with them til August! My concern / issue is... how in all these clicks I have not received ONE sale??? I have spoken with an individual through the Six Figure program, and all they want is "Aggressive Marketers" that will invest hundreds to thousands of dollars, which I just do not have, to "Advertise on TV", and increase my chances of attracting yet more "clicks" and/or buyers. since my husband and I ride with a cub that is known nation wide, and we are also with a motorcycle ministry, our site is advertised through Facebook, and BikersOrNot.com, though friends and colleagues. It is just impossible for me to believe that in all this time not ONE product has been purchased!!! To me and others that have seen our site all across the U.S., they too do not understand as well as to why I am not receiving any commission on any sales. And I am beginning to feel mislead in the "Six Figure Program" as to why not ONE of my letters I have sent to Ben and Dave has not been answered as to my concerns and better understanding except to invest MORE money if I want to see results!! I have kept every email since day 1 of joining the affiliate marketing team, and every letter sent as well. I understand we are in a recession, but based on my research, and my DILIGENT checking daily on Commision Junction, Yahoo.com, and Amazon.com.... nothing is happening, and I have already sunk over 1K into all these programs combined.... I am paying out the wazoo on PPC (pay per click)!!! Yahoo.com who has also added two more campaigns to my Main site http://www.bikers-us.com (Wolf's - Last Ride - Motorcycle Shopping). To draw more to the site. I truly wanted to see if I could earn an extra income to help out in paying bills, loans, and establishing better credit, and on the road to becoming a successful marketer. But even though my husband gave up, I continued pursuing this in hopes of believing I could better my life, and the lives of those I love. I do not own a credit card so all investments into these programs have been out of my pocket, and my pay

**SHEPPARD ATTACHMENT A**

VOL. III, Page 276

check. The American dream that there are people that truly care and want to see people improve their lives, is becoming a myth, pipe dream, and fantasy. The more money I give, the more is requested with STILL no results (commission), but guaranteed you WILL pay for the clicks!!. The ONLY people that reached out to help us was Yahoo, and Host Gator that informed us that the "Six Figure Program" had my site settings blocked and they could not release it w/o the password that the "Six Figure Program" has ( I gave Host Gator my username and password so they could go into the Six Figure Program to see as to why I could not place pictures on my site)... That was the day I discovered there was a lock down on my Host Gator settings!!! Why am I writing this letter??? I SURELY don't expect an email back from Ben and Dave to assist me! The only people that MAY respond are the companies that work to PROMOTE people to spend MORE money!! P.S. I was told if I wanted to be an "Aggressive Marketer" to get back in touch with the "Six Figure Program" and Amazon.com when I had more money to spend. If not, I could invest into business cards and do my OWN promoting for my site!!

**Consumer's Desired Resolution:**
I would like to see my business take off, and speak to someone that earnestly WANTS to see people like myself do something to improve their lives, make it better, or to get out of debt and be able to breath knowing you are not in debt to hospitals, collection agencies and bank loans. I would like to see something come INTO my account instead of going OUT of my account, so that I can aggressively pursue this dream and live to work, instead of working to live!! No one should have something I paid

**SHEPPARD ATTACHMENT A**

# PLAINTIFF'S EXHIBIT 19

ORIGINAL

**DECLARATION OF SONDRA WALDROP**
**Pursuant to 28 U.S.C. § 1746**

1.      My name is Sondra Waldrop. I am over 21 years of age. I currently reside in Illinois. I have personal knowledge of the matters asserted in the following statements and, if called as a witness before any court, could and would testify to the same.

2.      In or around August 2011, I was interested in find a way to make extra income. My husband found the website sixfigureprogram.com on the Internet and showed it to me

3.      I reviewed the website and understood that for $27.00 The Six Figure Program would provide my own website, leads, and training on how to make a lot of money in a short period of time. The website featured two individuals, Ben Moskel and Dave Clabeaux, who were promoting the program and claimed that, by using the program, they had gone from working in an office to becoming millionaires and driving nice cars. In addition, the website led me to believe that I could begin making money right away from the program, which was important to me. The website also claimed that the program provided a lot of training materials, support, and customer service, such as email and phone assistance, which was also important to me when I was considering whether to purchase the program.

4.      Based on the claims in the website, I decided to purchase the program. On or about August 20, 2011, I filled out the application form on the website and entered my credit card payment of $27.00. A copy of my credit card statement showing the charge is attached hereto as **Attachment A**.

5.      After purchasing the program, I received an email from Ben Moskel and Dave Clabeaux, the owners of the company, confirming my purchase and providing a link to the website training program. A copy of the email is attached hereto as **Attachment B**.

6.      I began watching the video training and discovered that there was an additional fee required for webhosting in order to run my website. I was not aware when I signed up that I would also need to purchase a webhosting services. The program provided a link to Hostgator.com, a webhosting site. On or about August 20, 2011, I paid $62.55 for the webhosting services provided by Hostgator because I needed the webhosting services to be able to use my website and make the money that The Six Figure Program had promised.

1

7.      The same day I purchased the program and webhosting services, I discovered I still could not use my website because of a problem with the domain name I had chosen that prevented me from completing one of the steps necessary for the website to operate.  Beginning on August 20, 2011, I sent several emails to Ben Moskel, Dave Clabeaux and the program's customer service department for assistance, but I only received automated emails stating that "We have received your inquiry and are assigning it to a representative. You can expect to receive a response from us within one business day."   Examples of these emails are attached hereto as **Attachment C** and **Attachment D**.

8.      On August 21, 2011, I received an email from Ben Moskel describing the support that he and Dave Clabeaux would provide, but the email did not specifically address my request for assistance and the problem I was having with the website domain name.  A copy of this email is attached hereto as **Attachment E.**

9.      On August 22, 2011, I received an email from Ben Moskel informing me that my website was ready.  However, since I had been provided with no assistance to obtain my domain name, I was unable to use my website.  I became concerned that I had been scammed because I could not use my website or get any assistance from Ben Moskel or Dave Clabeaux.

10.      Thereafter, I sent emails to Dave Clabeaux, The Six Figure Program the customer service department, and Hostgator, demanding a refund of my costs to purchase the program and for webhosting.   A copy of my email to Dave Clabeaux is attached hereto as **Attachment F.**   I received an automated response from The Six Figure Program to my request for a refund.

11.      After getting yet another automated response from the Six Figure Program, I was even more concerned that I was getting the runaround and would lose my money if I did not file a complaint with the Better Business Bureau ("BBB").  In or around late August 2011, I filed a complaint with the BBB against The Six Figure Program  asking for a my money back.  A copy of my complaint filed with the BBB is attached hereto as **Attachment G.**  On August 21, 2011, my credit card account was refunded by Hostgator.com.   On August 25, 2011, my credit card account was refunded $27.00 by The Six Figure Program.

12.      As I stated in my complaint to the BBB, I believe that The Six Figure Program was promoted in a misleading manner and is a scam.  Their website falsely led me to believe that

2

for $27.00 I would receive training and a website that would generate extra money quickly. Instead, I had to spend an additional $62.55 for webhosting costs that were not disclosed to me before I purchased the program.  Had I known that there were going to be these additional costs to use The Six Figure Program I never would have purchased the program.  I never got my website running and I never made any money from the program.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on Oct 17, 2012.

SONDRA WALDROP

3

# ATTACHMENT A.

N-NYNN-NNYN
31100001

www.citicards.com

**Account Member**
SONDRA WALDROP

**Account Number**
Member Since 2011

**How To Reach Us**
1-800-950-5114

**Customer Service**
BOX 6500
SIOUX FALLS, SD
57117



**Account Activity**

| | |
|---|---|
| nce | $0.00 |
| | -$0.00 |
| | -$43.18 |
| | +$613.19 |
| s | +$0.00 |
| d | +$0.00 |
| ged | +$0.00 |
| | $570.01 |
| unt | $0.00 |
| dit Limit | $0.00 |
| | $8,400 |
| lt | $7,829 |
| Limit | $2,600 |
| Limit | $2,600 |
| sing Date | 09/08/2011 |
| Cycle | 31 |

**Extra Cash from Citi**                              extracash.citi.com

Extra Cash from Citi Member ID 664B
Extra Cash transferred to your Extra Cash from Citi Account    **57.00**

Full details can be found in the Extra Cash from Citi Summary section of this statement.

**Payments, Credits and Adjustments**

| Sale | Post | Description | | | Amount |
|------|------|-------------|---|---|--------|
| 08/25 | 08/25 | SIXFIGUREPROGRAM | 800-7438533 | NV | -27.00 |
| 08/28 | 08/28 | | | | -16.18 |

**Standard Purchases**

| Sale | Post | Description | | | Amount |
|------|------|-------------|---|---|--------|
| 08/21 | 08/21 | SIXFIGUREPROGRAM | 800-7438533 | NV | 27.00 |
| 08/21 | 08/21 | HOSTGATOR.COM | 07135745287 | TX | 62.55 |
| 08/29 | 08/29 | | | L | 40.00 |
| 08/30 | 08/30 | | | | 25.00 |
| 09/04 | 09/04 | | | | 313.86 |
| 09/04 | 09/04 | | | | 103.58 |
| 09/07 | 09/07 | | | TN | 41.20 |

**Fees**

| Sale | Post | | Amount |
|------|------|---|--------|
| | | | 0.00 |

**Interest Charged**

| | Post | Description | Amount |
|---|------|-------------|--------|
| | | TOTAL INTEREST FOR THIS PERIOD | 0.00 |

le for a limited time!

chases until

% after that.

1LEG01291

---

N-NNNN-YNYN
065750001

www.citicards.com

**Account Member**
SONDRA WALDROP

**Account Number**
Member Since 2011

**How To Reach Us**
1-800-950-5114

**Customer Service**
30X 6500
S OUX FALLS, SD
57117

**Account Activity**

| | |
|---|---|
| nce | $570.01 |
| | -$150.00 |
| | -$53.55 |
| s | +$195.73 |
| | +$0.00 |
| ged | +$0.00 |
| | $553.19 |
| unt | $0.00 |
| dit Limit | $0.00 |
| | $8,400 |
| t | $7,846 |

**Extra Cash from Citi**                              extracash.citi.com

Extra Cash from Citi Member ID 664B
Extra Cash transferred to your Extra Cash from Citi Account    **13.32**

Full details can be found in the Extra Cash from Citi Summary section of this statement.

**Payments, Credits and Adjustments**

| Sale | Post | Description | | | Amount |
|------|------|-------------|---|---|--------|
| | 09/28 | PAYMENT THANK YOU | | | -150.00 |
| 09/11 | 09/11 | HOSTGATOR.COM | 07135745287 | TX | -53.55 |

**WALDROP ATTACHMENT A**

**Standard Purchases**

| Sale | Post | Description | Amount |
|------|------|-------------|--------|

# ATTACHMENT B.

RED
ACT
ED

**Subject:**                          Fwd: Your Order Confirmation Email


----- Forwarded Message -----
Congratulations sondra waldrop,

You have successfully purchased The Six Figure Program.

Please click the link below and follow the steps of the training program. You will also want to bookmark this link for
future reference.
http://www.myproductonline.com/?leadid=3876478&email=████████@nwcable.net

For Six Figure Program support, you can contact Ben Moskel or Dave Clabeaux:

ben@sixfigureprogram.com
dave@sixfigureprogram.com

Regular Mail
The Six Figure Program
106 Cobblestone Court Drive #159
Victor, N.Y. 14564



YOUR ORDER DETAILS:
**********************************
Product Name: The Six Figure Program
Order Number: 2930928
Payment Amount: $27.00

Billing support is provided by MyProductOnline.com.  For questions regarding your payment, please visit
MyProductOnline.com for live chat Monday through Saturday 24 hours per day.
**********************************



Please save this email so you can reference it in the future.

Sincerely,

My Product Online
Visit http://www.MyProductOnline.com for online help and live chat Monday through Saturday 24 hours per day

**WALDROP ATTACHMENT B**

# ATTACHMENT C.

| | |
|---|---|
| **From:** | SONDRA WALDROP REDACTED@nwcable.net> |
| **Sent:** | Saturday, August 20, 2011 11:39 PM |
| **To:** | dave@sixfigureprogram.com |
| **Subject:** | Blessedsales.com |

I have registered everything with HostGator.com.  I am imputing the correct information into Step 3 and it keeps telling me Oops.  I did the copy and paste and still nothing.  What can I do since you I have 24 to 48 hours to get this done?  Can you please help me out ASAP?  Thanks Sondra

1

# ATTACHMENT D.

**From:**       My Product Online <support@myproductonline.com>
**Sent:**       Saturday, August 20, 2011 11:42 PM
**To:**         SONDRA WALDROP
**Subject:**    Acknowledge: Blessedsales.com (Ticket# LTK495013135783X)

Dear SONDRA WALDROP,
Thank you for contacting us!
We have received your inquiry and are assigning it to a representative. You can expect to receive a response
from us within one business day.
===== Your Inquiry =====
I have registered everything with HostGator.com. I am imputing the correct information into Step 3
and it keeps telling me Oops. I did the copy and paste and still nothing. What can I do since you I
have 24 to 48 hours to get this done? Can you please help me out ASAP? Thanks Sondra

**WALDROP ATTACHMENT D**

# ATTACHMENT E.

| | |
|---|---|
| **From:** | 104515@priorityoneemail.com on behalf of Ben Moskel <ben@sixfigureprogram.com> |
| **Sent:** | Sunday, August 21, 2011 5:53 AM |
| **To:** | sondra waldrop |
| **Subject:** | Our Support for You |

sondra,

I realize that joining the Six Figure Program was a big move for you.

You might be nervous.
You might be feeling excited.
You might be a little bit scared.

Rest assured that we are here to support you.
However, there are a few simple rules about
how we are going to work together.

Think of these as ground rules. If you follow
these simple rules you'll make progress 100X
quicker than if you try to do things your own way.

**1. First,** we answer all emails within 24 hours during
the business workweek and 48 hours during the weekend.

Sometimes you'll get a quicker response, but please be
patient if you don't hear back right away. You can send
your questions to either:
ben@sixfigureprogram.com
dave@sixfigureprogram.com

**2. Second,** be polite. We want you to succeed. We want
to help you. Our assistant, Jessica, is knowledgeable and
kind.

She is part of our team that will be helping you along the
way. She will treat you with respect and we expect you to do
the same.

Put another way, we simply don't tolerate rude, demanding,
or angry emails.

**3. Third,** follow directions. This is especially true when you
provide us with your website information. We want to get your
website up and running and soon as possible.

We understand how anxious and excited you are to get started.

1

**WALDROP ATTACHMENT E**

However, we can only build your website if you provide correct Hostgator information. We cannot possibly build your website if you give us fake or incorrect Hostgator information.

**4. Fourth,** we offer email support only. We do not offer phone support at this time. Everything you need to get started and begin making money with your website is in the Training Center.

If you already reviewed all the material in the Training Center and still have questions, send us an email and we will help you.

Remember, you are working with two legitimate guys.

Dave is a former teacher. I am a former lawyer. We are just two ordinary guys who figured out how to make money online.

We are sharing that knowledge with you. It took us years of brutally hard work, blood, sweat, and tears to figure out the information that we share with you.

We invested thousands of dollars of our own money in programming expenses to create a simple-to-use website for you.

You would have to spend at least $3,000 if you paid a website company to design anything like it.

We realize that our program is not 100% perfect.

However, we make it better every single day. Last week we had 1,496 students receive checks in the mail as a direct result of using our program.

Some people make a few bucks. Some students make as much as $15,000 per month.

I can guarantee that no other program has this kind of success rate.

We welcome and appreciate your feedback on how we can make things easier for you.

If these rules seem unfair or out of line, we are happy to issue you a refund.

We are grateful that you chose to do business with us. We realize that it may have been a leap of faith for you.

On the same token, it is also a privilege to work with our team. We make our money from DOING what we are sharing with you.

Very few - if any - people are willing to share the type of information, tools, tips, and hard fought knowledge, for such a modest investment.

2

**WALDROP ATTACHMENT E**

We want to work with people who are motivated, who are determined,
and who want to work with us - rather than against us.

Now, with that out of the way, let's get down to business!
-Ben
ben@sixfigureprogram.com

The Six Figure Program
Attn: David Clabeaux
106 Cobblestone Court Drive #159
Victor, N.Y. 14564


If you no longer wish to receive communication from us:
Cancel

To update your contact information:
Update

3

**WALDROP ATTACHMENT E**

# ATTACHMENT F.

**From:**        SONDRA WALDROP <REDACT @nwcable.net>
**Sent:**        Monday, August 22, 2011 10:51 PM
**To:**          dave@sixfigureprogram.com
**Subject:**     Blessedsales.com

I want to cancel this program.  I want all $89.55 of my money back asap.  If nothing is returned within 7 days then I will be reporting you to the BBB and to the State's Attorney.

1

**WALDROP ATTACHMENT F**

# ATTACHMENT G.