

Better Business Bureau
Serving Upstate NY

100 Bryant Woods South
Amherst, NY 14228
(716) 881-5222
FAX
www.upstateny.bbb.org

**Case #:** RED 0318
ADET

**Consumer Info:** Waldrop, Sondra
REDACTED

**Business Info:** Six Figure Program
Land O Lakes, FL
8004975331

www.sixfigureprogram.com

**Date Filed:** 5/7/2012

**Nature of the Complaint:** Customer Service Issues

**Consumer's Original Complaint:**
After registering for the program I have yet to receive an email in response to any questions regarding the program. They do not provide a telephone number for contacting them. Misleading and it is a scam.

**Consumer's Desired Resolution:**
I want a refund of the 27.00 that they say will make you loooots of money. Scam

**Business/Consumer Response & Rebuttals:**

09/13/2011
noemail@bbb.org

Business Response
Contact Name and Title: Dave Clabeaux Contact Phone: 800-497-5331 Contact Email: dave@sixfigureprogram.com I have personally sent no less than three personal emails to MS. Waldrop in the last 2 weeks and have not received a response from her. Ms. Waldrop complains that we do not provide a phone number; however, our phone number is clearly listed on our contact page. In addition, I have personally called and left 2 voicemails on Ms. Waldrop's phone with my personal cell phone number, and have not received a return phone call. We would be more than happy to help Ms. Waldrop, but since she refuses to answer both phone and email contacts, this is impossible. Please have her email me at dave@sixfigureprogram.com.

**WALDROP ATTACHMENT G**