DEFENDANTS:

*[signature]*

_____
HAMBURGER, MAXSON & YAFFE, LLP
By: LANE T. MAXSON (LTM 5897)
Attorneys FOR DEFENDANTS ESSEX
MARKETING GROUP, WESTBROOK
MARKETING GROUP, WESTBROOK
MARKETING ASSOCIATES, MANHATTAN
VENDING, RICHARD GUADAGNO and
HENRY SANCHEZ

DATED: 6/25/02

SO ORDERED, this 27 day of June, 2002, at 11:05 .m.

_____
Thomas C. Platt
UNITED STATES DISTRICT COURT JUDGE

Page 21 of 21